**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
                                          :
In re                                     :   Chapter 11
                                          :
Chrysler LLC, *et al.,*                   :   Case No. 09-50002 (AJG)
                                          :
          Debtors.           :   (Jointly Administered)
                                          :
---------------------------------------------------------------x

## LIST OF DEBTORS

|     | Case No.  | Debtor                              | Address                                      | Tax ID Number |
|-----|-----------|-------------------------------------|----------------------------------------------|---------------|
| 1.  | 09-50002  | Chrysler LLC                        | 1000 Chrysler Drive Auburn Hills, MI 48326   | 38-2673623    |
| 2.  | 09-50001  | Peapod Mobility LLC                 | 1000 Chrysler Drive Auburn Hills, MI 48326   | 26-4086991    |
| 3.  | 09-50000  | Chrysler Realty Company LLC         | 1000 Chrysler Drive Auburn Hills, MI 48326   | 38-1852134    |
| 4.  | 09-50003  | Chrysler Aviation Inc.              | 1000 Chrysler Drive Auburn Hills, MI 48326   | 38-3475417    |
| 5.  | 09-50004  | Chrysler Dutch Holding LLC          | 1000 Chrysler Drive Auburn Hills, MI 48326   | 26-1498515    |
| 6.  | 09-50005  | Chrysler Dutch Investment LLC       | 1000 Chrysler Drive Auburn Hills, MI 48326   | 26-1498838    |
| 7.  | 09-50006  | Chrysler Dutch Operating Group LLC  | 1000 Chrysler Drive Auburn Hills, MI 48326   | 26-1498787    |
| 8.  | 09-50007  | Chrysler Institute of Engineering   | 1000 Chrysler Drive Auburn Hills, MI 48326   | N/A           |
| 9.  | 09-50008  | Chrysler International Corporation  | 1000 Chrysler Drive Auburn Hills, MI 48326   | 38-2631697    |
| 10. | 09-50009  | Chrysler International Limited, L.L.C. | 1000 Chrysler Drive Auburn Hills, MI 48326 | N/A           |
| 11. | 09-50010  | Chrysler International Services, S.A. | 1000 Chrysler Drive Auburn Hills, MI 48326 | 38-0420030    |
| 12. | 09-50011  | Chrysler Motors LLC                 | 1000 Chrysler Drive Auburn Hills, MI 48326   | 38-3625541    |

NYI-4142512v7

|     | Case No.  | Debtor                              | Address                                    | Tax ID Number |
| --- | --------- | ----------------------------------- | ------------------------------------------ | ------------- |
| 13. | 09-50013  | Chrysler Service Contracts Inc.     | 1000 Chrysler Drive Auburn Hills, MI 48326 | 38-3382368    |
| 14. | 09-50012  | Chrysler Service Contracts Florida, Inc. | 1000 Chrysler Drive Auburn Hills, MI 48326 | 26-0347220 |
| 15. | 09-50014  | Chrysler Technologies Middle East Ltd. | 1000 Chrysler Drive Auburn Hills, MI 48326 | 75-2487766 |
| 16. | 09-50015  | Chrysler Transport Inc.             | 1000 Chrysler Drive Auburn Hills, MI 48326 | 38-2143117    |
| 17. | 09-50016  | Chrysler Vans LLC                   | 1000 Chrysler Drive Auburn Hills, MI 48326 | 31-1781705    |
| 18. | 09-50017  | DCC 929, Inc.                       | 1000 Chrysler Drive Auburn Hills, MI 48326 | 38-2899837    |
| 19. | 09-50018  | Dealer Capital, Inc.                | 1000 Chrysler Drive Auburn Hills, MI 48326 | 38-3036138    |
| 20. | 09-50019  | Global Electric Motorcars, LLC      | 1301 39th St. N.W. Suite 2 Fargo, ND 58102 | 31-1738535    |
| 21. | 09-50020  | NEV Mobile Service, LLC             | 1301 39th St. N.W. Suite 2 Fargo, ND 58102 | 33-1024272    |
| 22. | 09-50021  | NEV Service, LLC                    | 1301 39th St. N.W. Suite 2 Fargo, ND 58102 | 03-0501234    |
| 23. | 09-50022  | TPF Asset, LLC                      | 1000 Chrysler Drive Auburn Hills, MI 48326 | 74-3167035    |
| 24. | 09-50023  | TPF Note, LLC                       | 1000 Chrysler Drive Auburn Hills, MI 48326 | 74-3167038    |
| 25. | 09-50024  | Utility Assets LLC                  | 1000 Chrysler Drive Auburn Hills, MI 48326 | 20-0874783    |