## **EXHIBIT C**

ATI-2353079v29

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- x
:
In re : Chapter 11
:
Chrysler LLC, *et al.*,[1] : Case No. 09-50002 (AJG)
:
Debtors. : (Jointly Administered)
:
:
------------------------------------------------------- x

## NOTICE OF UNAUTHORIZED CONDUCT

PLEASE TAKE NOTICE OF THE FOLLOWING:

1.  On May 14, 2009, Chrysler LLC. ("Chrysler") and 24 of its domestic and indirect subsidiaries as debtors and debtors in possession (collectively with Chrysler, the "Debtors"), filed their First Omnibus Motion of Debtors and Debtors in Possession for an Order, Pursuant to Sections 105, 365 and 525 of the Bankruptcy Code and Bankruptcy Rule 6006, (A) Authorizing the Rejection of Executory Contracts and Unexpired Leases With Certain Domestic Dealers and (B) Granting Certain Related Relief (the "Motion"). On [_____], 2009, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered an order granting the relief requested in the Motion (Docket No. [__]) (the "Order").

2.  Pursuant to paragraph 7 of the Order, the Debtors have identified _____ (the "Identified Party") as a **[dealer or government entity]** engaging in Unauthorized Conduct in connection with the **[name of agreement]**. The Unauthorized Conduct includes the following: **[insert]**.

---

[1] A list of the Debtors, their addresses and tax identification numbers is located on the docket for Case No. 09-50002 (ALG) (Docket No. 97) and also can be found at http://www.chryslerrestructuring.com.

3. As authorized by paragraph 7 of the Order, the Debtors are filing a proposed Order to Show Cause, contemporaneously herewith, requesting that the Bankruptcy Court order the Identified Party to appear before the Bankruptcy Court at a hearing to be held at ____ __.m., Eastern Time, on _____, 2009, before the Honorable Arthur J. Gonzalez, United States Bankruptcy Judge, in the Bankruptcy Court, Courtroom 523, Alexander Custom House, One Bowling Green, New York, New York 10004-1408, and demonstrate why the Identified Party should not be held in violation of the Order and sections 105 and 365 of title 11 of the United States Code.

Dated: _____, 2009
New York, New York

Respectfully submitted,

_____
Corinne Ball
Veerle Roovers
JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

David G. Heiman
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114
Telephone:  (216) 586-3939
Facsimile:  (216) 579-0212

Jeffrey B. Ellman
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia  30309
Telephone:  (404) 521-3939
Facsimile:  (404) 581-8330

PROPOSED ATTORNEYS FOR DEBTORS
AND DEBTORS IN POSSESSION