**EXHIBIT D**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------- x
                                                        :
In re                                                   :   Chapter 11
                                                        :
Chrysler LLC, et al.,                                   :   Case No. 09-50002 (AJG)
                                                        :
                 Debtors.                               :   (Jointly Administered)
                                                        :
                                                        :
------------------------------------------------------- x
```

## ORDER TO SHOW CAUSE

This matter coming before the Court on the Notice of Unauthorized Conduct dated

_____, 2009 (Docket No. [__]) (the "Notice") filed by the debtors and debtors in possession in

the above-captioned cases (collectively, the "Debtors"); the Court having reviewed the Notice

and the Order, Pursuant to Sections 105, 365 and 525 of the Bankruptcy Code and Bankruptcy

Rule 6006, (A) Authorizing the Rejection of Executory Contracts and Unexpired Leases With

Certain Domestic Dealers and (B) Granting Certain Related Relief (the "Order")[1] pursuant to

which the Notice was filed; and the Court having found that (a) the Court has jurisdiction over

this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to

28 U.S.C. § 157(b), (c) the Notice provided for herein is sufficient under the circumstances and

(d) the Debtors have complied with the terms and conditions set forth in the Order;

---

[1]   Capitalized terms not otherwise defined herein shall have the meanings given to them in the Notice and Order.

ATI-2353079v29

IT IS HEREBY ORDERED THAT:

1.  _____, who is identified by the Debtors as a **[dealer or government entity]** in the Notice (the "Identified Party"), is hereby ordered, at a hearing to be conducted before this Court at _____ a.m., Eastern Time on, _____, 2009, before the Honorable Alexander J. Gonzalez, United States Bankruptcy Judge, in the Bankruptcy Court, Courtroom 523, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004-1408 (the "Hearing"), to show cause why the Identified Party should not be held in violation of sections 105 and 365 of the Bankruptcy Code for engaging in Unauthorized Conduct, as identified in the Notice.

2.  Service of this Order to Show Cause is to be made by the Debtors upon (a) the Identified Party, (b) the Office of the United States Trustee, and (c) counsel to the official committee of unsecured creditors appointed in these cases pursuant to section 1102 of the Bankruptcy Code.

3.  This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: New York, New York
   _____, 2009

_____
UNITED STATES BANKRUPTCY JUDGE

ATI-2353079v29                              -2-