# EXHIBIT B

**UNIFORM STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable**



58658

LGSI: LOGISTICS INSIGHT

Shipper's No.

**(Name of Carrier)**
RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No. 73-5153 88 ✓

AT: STERLING HTS.    MI USA    48312          ON: 3/16/2009
FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 05305          (Mail or street address of consignee – For purposes of notification only)
              LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI    48210          (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____ Car or Vehicle Initials _____ No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE |
|---|---|---|---|---|
| 1 | | TOTAL PALLETS | | |
| | | 2 CONTAINERS: | | |
| | | AUTO PARTS NOIBN | 71 | |
| | | CT121505 TOTES ON PALLET(S) | | |
| | | ITEM: CT121505 | | |

Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
    The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
        (Signature of Consignor.)

Destination      pallets ctns Net_wt Tare_wt Gross_wt

#5305 KOKOMO TRANSMISSION PLT (058658)    DK:
                    1    2    27    44    71

Packing slips # 058658

        PACKING SLIP 058658 ATTACHED
        SUPPLIER CODE:   30811

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____
to apply in prepayment of the charges on the property described hereon.

COLLECT
_____
(Agent or Cashier)

Per _____
(This signature here acknowledges only the amounts prepaid.)

*(signature)* 73 5153

Charges Advanced:

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE          TITLE

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
**NOTE**—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.    MI    USA    48312          Shipper, Per _____          Agent, Per _____



**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

```
SOLD TO: DCX01                    SHIP TO: 6215

CHRYSLER COMPANY, LLC             #6215 STERLING STAMPING PLANT
P.O. BOX 537927                   35777 VAN DYKE
LIVONIA, MI US 48153              STERLING HEIGHTS, MI US 48312

                                  DOCK:
```

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58655 | 058655 | 03/16/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 48 | DELUXE S # CT241509<br>CT241509<br>RETURNABLE TOTE | EA | .00000000 | .00 |
| 3 | DELUXE S # 0CC00071<br>0CC00071<br>RETURNABLE CONTAINER | EA | .00000000 | .00 |

```
COMMENTS: 7 TOTAL PALLETS AND CONTAINERS     SALES AMOUNT        6,276.55

                                              MISC CHARGES           .00
RELEASE:  022984200903160904                      FREIGHT            .00

                                            INVOICE AMOUNT       6,276.55
```

INVOICE PAGE
ASN/SID# 058655    1
DATE
03/16/09



**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01                           SHIP TO: 6215

CHRYSLER COMPANY, LLC                    #6215 STERLING STAMPING PLANT
P.O. BOX 537927                          35777 VAN DYKE
LIVONIA, MI US 48153                     STERLING HEIGHTS, MI US 48312

                                         DOCK:

SUPL/DUNS        B.O.L.   PACKING    SHIP              DELV SLS
NUMBER    LOC  NUMBER    SLIP-NO    DATE  PICKUP-CARRIER  CARR MAN TERMS

30811     01   58655      058655 03/16/09 LGSI: LOGISTICS    LEN NET 30

QTY-SHIP ITEM-# / DESC / COMMENTS    UM          ITEM-PRICE  EXTENDED-PRICE

   2400 DELUXE S # 05155512AB        EA           .36720000         881.28
        05155512AB
        REINF ASSY FRT FLOOR
        P.O.-#: O7127086L

    720 DELUXE S # 55113320AA        EA           .97120000         699.26
        55113320AA
        REINF ASSY FRT SEAT FRT RT
        P.O.-#: O7135109L

    720 DELUXE S # 55113321AA        EA           .97120000         699.26
        55113321AA
        REINF ASSY FRT SEAT FRT LT
        P.O.-#: O7135109L

   7500 DELUXE S # 55276410AA        EA           .53290000       3,996.75
        55276410AA
        TAPPING PLATE
        P.O.-#: O2124035Q

     24 DELUXE S # CT242209          EA           .00000000             .00
        CT242209
        RETURNABLE TOTE

COMMENTS: 7 TOTAL PALLETS AND CONTAINERS

RELEASE:  022984200903160904

**UNIFORM STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable**

LGSI: LOGISTICS INSIGHT

Shipper's No.   58655

(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No.   73 5153

AT: STERLING HTS.   MI  USA  48312      ON: 3/16/2009

FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee – For purposes of notification only.)

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 06215   A

LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.

DESTINATION : DETROIT, MI  48210

(* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____ Car or Vehicle Initials _____   No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 7 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | 24 CONTAINERS: AUTO PARTS NOI CT242209 TOTE(S) ON PALLET ITEM: CT242209 | 672 | | |
| | | 48 CONTAINERS: AUTO PARTS NOIBN CT241509 TOTES ON PALLET(S) ITEM: CT241509 | 1371 | | Per _____ (Signature of Consignor.) |
| | | 3 CONTAINERS: AUTO PARTS NOI CC71 METAL TUB ITEM: 0CC00071 | 4623 | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |

Destination     pallets ctns Net_wt Tare_wt Gross_wt

#6215 STERLING STAMPING PLANT (058655)    DK:
                    4   75  6211   454    6665

Packing slips # 058655

    PACKING SLIP 058655 ATTACHED
    SUPPLIER CODE:  30811

_[signature]_

73 5153

Received $ _____ to apply in prepayment of the charges on the property described hereon.

COLLECT

(Agent or Cashier.)

Per _____

(This signature here acknowledges only the amounts prepaid.)

Charges Advanced

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____   TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.     MI  USA  48312

Shipper, Per _____     Agent, Per _____

# Deluxe
## STAMPING & DIE COMPANY

**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 2

**ASN/SID#: 58655**

**DATE:** 3/16/2009

**Ship To:** 6215

#6215 STERLING STAMPING PLANT

35777 VAN DYKE

STERLING HEIGHTS, MI US 48312

**Dock:**

**Sold To:** DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58655 | 06215 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 2,400 | 05155512AB<br>REINF ASSY FRT FLOOR<br>P.O. #: O7127086L | EA | CTN71<br>CT242209 | 100 | 24 | 624<br>283 | LB<br>KG | 272,400 |
| 720 | 55113320AA<br>REINF ASSY FRT SEAT FRT RT<br>P.O. #: O7135109L | EA | CTN71<br>CT241509 | 30 | 24 | 637<br>289 | LB<br>KG | 50,220 |
| 720 | 55113321AA<br>REINF ASSY FRT SEAT FRT LT<br>P.O. #: O7135109L | EA | CTN71<br>CT241509 | 30 | 24 | 637<br>289 | LB<br>KG | 49,680 |
| 7,500 | 55276410AA<br>TAPPING PLATE<br>P.O. #: O2124035Q | EA | SKD71<br>0CC00071 | 2,500 | 3 | 4,313<br>1,956 | LB<br>KG | 107,500 |
| 24 | CT242209<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 1 | 0 | 0<br>0 | LB<br>KG | 2,616 |
| 48 | CT241509<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 3,330 |
| 3 | 0CC00071<br>RETURNABLE CONTAINER<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 35 |



**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

Page 2 of 2

**ASN/SID#:**  **58655**

**DATE:**  3/16/2009

| | | | | |
|---|---|---|---|---|
| **Comments:** 7 TOTAL PALLETS AND CONTAINERS | **Gross:** | 6,665 | LB | 3,023 KG |
| | **Tare:** | 454 | LB | 206 KG |
| | **Net:** | 6,211 | LB | 2,817 KG |
| | **Pallets:** | 4 | | |
| | **CTNS:** | 75 | | |



**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

INVOICE PAGE

ASN/SID# 058656    2

DATE
03/16/09

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 2462

#2462 TOLEDO NORTH ASSY PLANT
4400 CHRYSLER DRIVE
TOLEDO, OH US 43608

DOCK: 5D

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58656 | 058656 | 03/16/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 12 | DELUXE S # CT241509<br>CT241509<br>RETURNABLE TOTE | EA | .00000000 | .00 |
| 12 | DELUXE S # CT121505<br>CT121505<br>RETURNABLE TOTE | EA | .00000000 | .00 |
| 1 | DELUXE S # CP4845SP<br>CP4845SP<br>RETURNABLE PALLET | EA | .00000000 | .00 |
| 1 | DELUXE S # CP4845VL<br>CP4845VL<br>RETURNABLE LID | EA | .00000000 | .00 |

COMMENTS: 4 TOTAL PALLETS

RELEASE:  022985200903160904

| | |
|---|---|
| SALES AMOUNT | 1,061.51 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 1,061.51 |

INVOICE PAGE
ASN/SID# 058656    1
DATE
03/16/09



**DELUXE**
STAMPING & DIE COMPANY

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01                          SHIP TO: 2462

CHRYSLER COMPANY, LLC                   #2462 TOLEDO NORTH ASSY PLANT
P.O. BOX 537927                         4400 CHRYSLER DRIVE
LIVONIA, MI US 48153                    TOLEDO, OH US 43608

                                        DOCK: 5D

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58656 | 058656 | 03/16/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 540 | DELUXE S # 55113271AA<br>55113271AA<br>BRKT MODULE MTG UPR<br>P.O.-#: O8135011M | EA | .66330000 | 358.18 |
| 390 | DELUXE S # 57010166AA<br>57010166AA<br>BRKT SILL MLDG MTG RT<br>P.O.-#: O8135012K | EA | .52500000 | 204.75 |
| 390 | DELUXE S # 57010167AA<br>57010167AA<br>BRKT SILL MLDG MTG LT<br>P.O.-#: O8135012K | EA | .52500000 | 204.75 |
| 720 | DELUXE S # 57010203AA<br>57010203AA<br>REINF ASSY LIFTGATE FLIPPER LA<br>P.O.-#: O8135021M | EA | .40810000 | 293.83 |
| 36 | DELUXE S # CT121507<br>CT121507<br>RETURNABLE TOTE | EA | .00000000 | .00 |

COMMENTS: 4 TOTAL PALLETS

RELEASE:  022985200903160904

# UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable

LGSI: LOGISTICS INSIGHT

Shipper's No.   58656

(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No.   735153

AT: STERLING HTS.   MI USA   48312       ON: 3/16/2009

FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth in (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 02462     (Mail or street address of consignee – For purposes of notification only.)
LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI   48210      (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____ Car or Vehicle Initials _____ No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 4 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | 36 CONTAINERS: | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | AUTO PARTS NOIBN | | | |
| | | CT121507 TOTES ON PALLET(S) | 496 | | |
| | | ITEM: CT121507 | | | |
| | | 12 CONTAINERS: | | | |
| | | AUTO PARTS NOIBN | | | Per _____ |
| | | CT241509 TOTES ON PALLET(S) | 327 | | (Signature of Consignor.) |
| | | ITEM: CT241509 | | | |
| | | 12 CONTAINERS: | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | AUTO PARTS NOIBN | | | |
| | | CT121505 TOTES ON PALLET(S) | 165 | | |
| | | ITEM: CT121505 | | | |
| | | 1 CONTAINERS: | | | |
| | | AUTO PARTS NOI | | | Received $ |
| | | CPSP RETURNABLE PALLET | | | to apply in prepayment of the charges on the property described hereon. |
| | | ITEM: CP4845SP | | | |
| | | 1 CONTAINERS: | | | COLLECT |
| | | AUTO PARTS NOI | | | |
| | | CPVL RETURNABLE LID | 160 | | (Agent or Cashier ) |
| | | ITEM: CP4845VL | | | |

Destination       pallets ctns Net_wt Tare_wt Gross_wt

#2462 TOLEDO NORTH ASSY PLANT (058656)   DK: 5D
                    4    62    867    280    1147

Packing slips # 058656

Per _____
(This signature here acknowledges only the amounts prepaid.)

Charges Advanced·

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____   TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die  VC#30811

6690 Sterling Drive North

Sterling Hts., MI  48312

Shipper, Per _____       Agent, Per _____

Permanent post office address of shipper

**UNIFORM STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable**

Shipper's No. _____

(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No. _____

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee – For purposes of notification only.)

(* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

**Delivering Carrier** _____ **Car or Vehicle Initials** _____ **No.** _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| | | PACKING SLIP 058656 ATTACHED SUPPLIER CODE:  30811 | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | | | | Per _____ (Signature of Consignor.) |
| | | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |
| | | | | | COLLECT (Agent or Cashier ) |
| | | | | | Per _____ (This signature here acknowledges only the amounts prepaid.) |
| | | | | | Charges Advanced: |
| | | | | | $ _____ |

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____   TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

**NOTE**—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.    MI   USA    48312

Shipper, Per _____          Agent, Per _____



**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

**ASN/SID#:  58656**

**DATE:**  3/16/2009

**Ship To:** 2462

#2462 TOLEDO NORTH ASSY PLANT

4400 CHRYSLER DRIVE

TOLEDO, OH US 43608

**Dock:**  5D

**Sold To:**    DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58656 | 02462 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 540 | 55113271AA<br>BRKT MODULE MTG UPR<br>P.O. #: O8135011M | EA | CTN71<br>CT121507 | 15 | 36 | 424<br>192 | LB<br>KG | 30,401 |
| 390 | 57010166AA<br>BRKT SILL MLDG MTG RT<br>P.O. #: O8135012K | EA | CTN71<br>CT241509 | 65 | 6 | 151<br>69 | LB<br>KG | 31,751 |
| 390 | 57010167AA<br>BRKT SILL MLDG MTG LT<br>P.O. #: O8135012K | EA | CTN71<br>CT241509 | 65 | 6 | 151<br>69 | LB<br>KG | 30,971 |
| 720 | 57010203AA<br>REINF ASSY LIFTGATE FLIPPER LA<br>P.O. #: O8135021M | EA | CTN71<br>CT121505 | 60 | 12 | 140<br>64 | LB<br>KG | 37,601 |
| 36 | CT121507<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 5,160 |
| 12 | CT241509<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 948 |
| 12 | CT121505<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 612 |
| 1 | CP4845SP<br>RETURNABLE PALLET<br>P.O. #: | EA | RC | 0 | 1 | 0<br>0 | LB<br>KG | 554 |

**SHIPPER**



**Deluxe**
STAMPING & DIE COMPANY

6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

Page 2 of 2

**ASN/SID#:**  58656

**DATE:**  3/16/2009

**Ship To:**  2462

#2462 TOLEDO NORTH ASSY PLANT

4400 CHRYSLER DRIVE

TOLEDO, OH US 43608

**Dock:**  5D

**Sold To:**    DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58656 | 02462 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 1 | CP4845VL<br>RETURNABLE LID<br>P.O. #: | EA | RC | 0 | 1 | 0<br>0 | LB<br>KG | 554 |

**Comments:**    4 TOTAL PALLETS

| | | | |
|---|---|---|---|
| **Gross:** | 1,147 | LB | 520 KG |
| **Tare:** | 280 | LB | 127 KG |
| **Net:** | 867 | LB | 393 KG |
| **Pallets:** | 4 | | |
| **CTNS:** | 62 | | |



**STAMPING & DIE COMPANY**

INVOICE PAGE
ASN/SID# 058657    1
DATE
03/16/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

```
SOLD TO: DCX01                    SHIP TO: 401H

CHRYSLER COMPANY, LLC             4015(H) BELVIDERE ASSY PLT
P.O. BOX 537927                   ANDROID YARD, 3741 MORRIEM DR.
LIVONIA, MI US 48153              BELVIDERE, IL USA 61008

                                  DOCK: AN
```

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58657 | 058657 | 03/16/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 2700 | DELUXE S # 04795876AB<br>04795876AB<br>BRACKET-TRANS WIRING<br>P.O.-#: O61270711I | EA | .18690000 | 504.63 |
| 12 | DELUXE S # CT121507<br>CT121507<br>RETURNABLE TOTE | EA | .00000000 | .00 |

```
COMMENTS:                         SALES AMOUNT         504.63

                                  MISC CHARGES            .00
RELEASE:  022986200903160904            FREIGHT            .00

                                  INVOICE AMOUNT       504.63
```

**UNIFORM STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable**



Shipper's No.    58657

LGSI: LOGISTICS INSIGHT

(Name of Carrier)
RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No.    73 5153

AT: STERLING HTS.    MI  USA  48312          ON: 3/16/2009
FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 04015H          (Mail or street address of consignee – For purposes of notification only.)
          LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI   48210          (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____ Car or Vehicle Initials _____ No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 1 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | 12 CONTAINERS: | | | |
| | | AUTO PARTS NOIBN | 253 | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | CT121507 TOTES ON PALLET(S) | | | |
| | | ITEM: CT121507 | | | |
| | | | | | Per _____ (Signature of Consignor.) |
| | | Destination    pallets ctns Net_wt Tare_wt Gross_wt | | | |
| | | 4015(H) BELVIDERE ASSY PLT    (058657)    DK: AN | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | 1   12    189      64      253 | | | |
| | | Packing slips # 058657 | | | |
| | | PACKING SLIP 058657 ATTACHED | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |
| | | SUPPLIER CODE:  30811 | | | |
| | | | | | COLLECT |
| | | | | | (Agent or Cashier) |
| | | | | | Per _____ (This signature here acknowledges only the amounts prepaid.) |
| | | | | | Charges Advanced |
| | | | | | $ |



73 5153

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____     TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

**NOTE**—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.    MI   USA   48312          Shipper, Per _____          Agent, Per _____

 

**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

STAMPING & DIE COMPANY

Page 1 of 1

**ASN/SID#: 58657**

**DATE:** 3/16/2009

**Ship To:** 401H

4015(H) BELVIDERE ASSY PLT

ANDROID YARD, 3741 MORRIEM DR.

BELVIDERE, IL USA 61008

**Dock:** AN

**Sold To:** DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58657 | 04015H | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 2,700 | 04795876AB<br>BRACKET-TRANS WIRING<br>P.O. #: O61270711 | EA | CTN71<br>CT121507 | 225 | 12 | 189<br>86 | LB<br>KG | 106,833 |
| 12 | CT121507<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 444 |

**Comments:**

| | | | |
|---|---|---|---|
| **Gross:** | 253 | LB | 115 KG |
| **Tare:** | 64 | LB | 29 KG |
| **Net:** | 189 | LB | 86 KG |
| **Pallets:** | 1 | | |
| **CTNS:** | 12 | | |



**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

```
SOLD TO: DCX01                    SHIP TO: 5305

CHRYSLER COMPANY, LLC            #5305 KOKOMO TRANSMISSION PLT
P.O. BOX 537927                  2401 S. REED ROAD
LIVONIA, MI US 48153             KOKOMO, IN US 46902

                                 DOCK:
```

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58658 | 058658 | 03/16/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 600 | DELUXE S # 05078868AA<br>05078868AA<br>END COVER LOWER<br>P.O.-#: O7128228I | EA | .09890000 | 59.34 |
| 2 | DELUXE S # CT121505<br>CT121505<br>RETURNABLE TOTE | EA | .00000000 | .00 |

```
COMMENTS:                        SALES AMOUNT        59.34

                                 MISC CHARGES          .00
RELEASE:  022987200903160904         FREIGHT           .00

                                 INVOICE AMOUNT      59.34
```

**UNIFORM STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable**



58658

LGSI: LOGISTICS INSIGHT

Shipper's No. _____

(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No. 73-5153 ✓

AT: STERLING HTS.   MI USA   48312            ON: 3/16/2009

FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 05305

(Mail or street address of consignee – For purposes of notification only.)

LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.

DESTINATION : DETROIT, MI   48210

(* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____ Car or Vehicle Initials _____ No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 1 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | 2 CONTAINERS: | | | |
| | | AUTO PARTS NOIBN | 71 | | |
| | | CT121505 TOTES ON PALLET(S) | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | ITEM: CT121505 | | | |

Destination      pallets ctns Net_wt Tare_wt Gross_wt

Per _____
(Signature of Consignor.)

#5305 KOKOMO TRANSMISSION PLT (058658)   DK:

                1    2    27    44    71

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Packing slips # 058658

       PACKING SLIP 058658 ATTACHED
       SUPPLIER CODE:   30811

Received $ _____
to apply in prepayment of the charges on the property described hereon.

COLLECT

(Agent or Cashier.)

Per _____
(This signature here acknowledges only the amounts prepaid.)

*signature* 73 5153

Charges Advanced

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____        TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI USA   48312

Shipper, Per _____        Agent, Per _____



**SHIPPER**   Page 1 of 1

6940 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

**ASN/SID#:  58658**

**DATE:**   3/16/2009

**Ship To:**  5305

#5305 KOKOMO TRANSMISSION PLT

2401 S. REED ROAD

KOKOMO, IN US 46902

**Dock:**

**Sold To:**   DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58658 | 05305 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 600 | 05078868AA END COVER LOWER P.O. #: O7128228I | EA | CTN71 CT121505 | 300 | 2 | 27 12 | LB KG | 125,400 |
| 2 | CT121505 RETURNABLE TOTE P.O. #: | EA | RC | 0 | 0 | 0 0 | LB KG | 407 |

**Comments:**

| | | |
|---|---|---|
| **Gross:** | 71 LB | 32 KG |
| **Tare:** | 44 LB | 20 KG |
| **Net:** | 27 LB | 12 KG |
| **Pallets:** | 1 | |
| **CTNS:** | 2 | |



**STAMPING & DIE COMPANY**

INVOICE PAGE
ASN/SID# 058659    2
DATE
03/16/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01                          SHIP TO: 2452

CHRYSLER COMPANY, LLC                   #2452(N) WARREN TRUCK ASSY PLT
P.O. BOX 537927                         6500 HUBER STREET
LIVONIA, MI US 48153                    DETROIT, MI 48211

                                        DOCK: XL

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58659 | 058659 | 03/16/09 | LGSI: LOGISTICS | LEN | | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 66 | DELUXE S # CT241505 CT241505 RETURNABLE TOTE | EA | .00000000 | .00 |
| 12 | DELUXE S # CT121507 CT121507 RETURNABLE TOTE | EA | .00000000 | .00 |
| 1 | DELUXE S # CP4845SP CP4845SP RETURNABLE PALLET | EA | .00000000 | .00 |
| 1 | DELUXE S # CP4845VL CP4845VL RETURNABLE LID | EA | .00000000 | .00 |

COMMENTS: 5 TOTAL PALLETS                SALES AMOUNT        2,371.95

                                         MISC CHARGES             .00
RELEASE:   022988200903160904            FREIGHT                  .00

                                         INVOICE AMOUNT      2,371.95



**STAMPING & DIE COMPANY**

INVOICE PAGE
ASN/SID# 058659    1
DATE
03/16/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01                          SHIP TO: 2452

CHRYSLER COMPANY, LLC                   #2452(N) WARREN TRUCK ASSY PLT
P.O. BOX 537927                         6500 HUBER STREET
LIVONIA, MI US 48153                    DETROIT, MI 48211

                                        DOCK: XL

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58659 | 058659 | 03/16/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 624 | DELUXE S # 52010138AG<br>52010138AG<br>SHIELD SPLASH ROTOR RT<br>P.O.-#: O3132030V | EA | 1.21210000 | 756.35 |
| 780 | DELUXE S # 52010139AG<br>52010139AG<br>SHIELD SPLASH ROTOR LT<br>P.O.-#: O3132032V | EA | 1.21210000 | 945.44 |
| 156 | DELUXE S # 52855010AD<br>52855010AD<br>SHIELD ASSY SPLASH BRAKE<br>P.O.-#: O5132138S | EA | .82850000 | 129.25 |
| 156 | DELUXE S # 52855011AD<br>52855011AD<br>SHIELD ASSY SPLASH BRAKE<br>P.O.-#: O5132139S | EA | .82850000 | 129.25 |
| 1800 | DELUXE S # 56045653AA<br>56045653AA<br>BRACKET CONNECTOR<br>P.O.-#: O2132193P | EA | .22870000 | 411.66 |

COMMENTS: 5 TOTAL PALLETS

RELEASE:  022988200903160904

**UNIFORM STRAIGHT BILL OF LADING** — SHORT FORM — Original — Not Negotiable — Page 22 of 136



LGSI: LOGISTICS INSIGHT
(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Shipper's No.   58659

Carrier's No.   735153

AT: STERLING HTS.   MI  USA  48312           ON: 3/16/2009
FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee – For purposes of notification only.)

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 02452N    A
            LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI  48210          (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)
**Route**

**Delivering Carrier** _____ **Car or Vehicle Initials** _____ **No.** _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 5 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | 66 CONTAINERS: AUTO PARTS NOIBN CT241505 TOTES ON PALLET(S) ITEM: CT241505 | 1672 | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | 12 CONTAINERS: AUTO PARTS NOIBN CT121507 TOTES ON PALLET(S) ITEM: CT121507 | 276 | | Per _____ (Signature of Consignor.) |
| | | 1 CONTAINERS: AUTO PARTS NOI CPSP RETURNABLE PALLET ITEM: CP4845SP | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | 1 CONTAINERS: AUTO PARTS NOI CPVL RETURNABLE LID ITEM: CP4845VL | 200 | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |

COLLECT
(Agent or Cashier )

Destination      pallets ctns Net_wt Tare_wt Gross_wt

#2452(N) WARREN TRUCK ASSY PLT(058659)   DK: XL
              5    80   1792    356    2148

Per _____
(This signature here acknowledges only the amounts prepaid.)

Packing slips # 058659

      PACKING SLIP 058659 ATTACHED
      SUPPLIER CODE:  30811

Charges Advanced

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____     TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI  USA  48312

Shipper, Per _____ 735153          Agent, Per _____



**Deluxe**
STAMPING & DIE COMPANY

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 2

**ASN/SID#: 58659**

**DATE:** 3/16/2009

**Ship To:** 2452

#2452(N) WARREN TRUCK ASSY PLT

6500 HUBER STREET

DETROIT, MI 48211

**Dock:** XL

**Sold To:** DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58659 | 02452N | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 624 | 52010138AG SHIELD SPLASH ROTOR RT P.O. #: O3132030V | EA | CTN71 CT241505 | 26 | 24 | 580 263 | LB KG | 76,475 |
| 780 | 52010139AG SHIELD SPLASH ROTOR LT P.O. #: O3132032V | EA | CTN71 CT241505 | 26 | 30 | 725 329 | LB KG | 76,631 |
| 156 | 52855010AD SHIELD ASSY SPLASH BRAKE P.O. #: O5132138S | EA | CTN71 CT241505 | 26 | 6 | 109 50 | LB KG | 7,682 |
| 156 | 52855011AD SHIELD ASSY SPLASH BRAKE P.O. #: O5132139S | EA | CTN71 CT241505 | 26 | 6 | 125 57 | LB KG | 6,746 |
| 1,800 | 56045653AA BRACKET CONNECTOR P.O. #: O2132193P | EA | CTN71 CT121507 | 150 | 12 | 252 114 | LB KG | 57,667 |
| 66 | CT241505 RETURNABLE TOTE P.O. #: | EA | RC | 0 | 0 | 0 0 | LB KG | 5,716 |
| 12 | CT121507 RETURNABLE TOTE P.O. #: | EA | RC | 0 | 0 | 0 0 | LB KG | 444 |
| 1 | CP4845SP RETURNABLE PALLET P.O. #: | EA | RC | 0 | 1 | 0 0 | LB KG | 2,395 |

 

STAMPING & DIE COMPANY

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 2 of 2

**ASN/SID#:** **58659**

**DATE:** 3/16/2009

**Ship To:** 2452

#2452(N) WARREN TRUCK ASSY PLT

6500 HUBER STREET

DETROIT, MI 48211

**Dock:** XL

**Sold To:** DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58659 | 02452N | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 1 | CP4845VL RETURNABLE LID P.O. #: | EA | RC | 0 | 1 | 0 0 | LB KG | 2,370 |

| | |
|---|---|
| **Comments:** 5 TOTAL PALLETS | |

| | | | |
|---|---|---|---|
| **Gross:** | 2,148 | LB | 974 KG |
| **Tare:** | 356 | LB | 161 KG |
| **Net:** | 1,792 | LB | 813 KG |
| **Pallets:** | 5 | | |
| **CTNS:** | 80 | | |



**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

INVOICE PAGE
ASN/SID# 058660    1
DATE
03/16/09

```
SOLD TO: DCX01                          SHIP TO: 4012

CHRYSLER COMPANY, LLC                   #4012(N) JEFFERSON NORTH ASSY
P.O. BOX 537927                         TDS US 11851 FREUD
LIVONIA, MI US 48153                    DETROIT, MI US 48214

                                        DOCK: SL
```

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58660 | 058660 | 03/16/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 1440 | DELUXE S # 55116622AB<br>55116622AB<br>BRACKET-INSTRUMENT<br>P.O.-#: O5135102P | EA | .18780000 | 270.43 |
| 12 | DELUXE S # CT121507<br>CT121507<br>RETURNABLE TOTE | EA | .00000000 | .00 |

```
COMMENTS:                               SALES AMOUNT        270.43

                                        MISC CHARGES           .00
RELEASE:  022989200903160904                 FREIGHT           .00

                                        INVOICE AMOUNT      270.43
```

**UNIFORM STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable**



LGSI: LOGISTICS INSIGHT

Shipper's No.   58660

(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No.   73 5153

AT:STERLING HTS.   MI  USA  48312          ON: 3/16/2009

FROM:Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO:00143 LOGISTICS INSIGHT PLANTS: 04012N

(Mail or street address of consignee – For purposes of notification only.)

A, 04012

LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.

DESTINATION : DETROIT, MI  48210

(* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route

Delivering Carrier _____ Car or Vehicle Initials _____ No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 2 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. |
| | | 12 CONTAINERS: AUTO PARTS NOIBN CT121507 TOTES ON PALLET(S) ITEM: CT121507 | 295 | | |
| | | 1 CONTAINERS: AUTO PARTS NOI CC91 PLASTIC BIN ITEM: 0CC00091 | 715 | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. Per _____ (Signature of Consignor.) |

Destination     pallets ctns Net_wt Tare_wt Gross_wt

#4012(N) JEFFERSON NORTH ASSY (058660)   DK: SL
                1   12   230   64   294
#4012 JEFFERSON NORTH ASSY PLT(058661)   DK: 86
                0    1   575  140   715

Packing slips # 058660 058661

PACKING SLIP 058660 ATTACHED
SUPPLIER CODE:   30811

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____
to apply in prepayment of the charges on the property described hereon.

COLLECT

(Agent or Cashier )

Per _____

(This signature here acknowledges only the amounts prepaid.)

Charges Advanced:

$ _____

*73 5153*

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____   TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI  USA  48312

Shipper, Per _____   Agent, Per _____



**Deluxe**
STAMPING & DIE COMPANY

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 58660**

**DATE:** 3/16/2009

**Ship To:** 4012

#4012(N) JEFFERSON NORTH ASSY

TDS US 11851 FREUD

DETROIT, MI US 48214

**Dock:** SL

**Sold To:** DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58660 | 04012N | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 1,440 | 55116622AB<br>BRACKET-INSTRUMENT<br>P.O. #: O5135102P | EA | CTN71<br>CT121507 | 120 | 12 | 230<br>105 | LB<br>KG | 86,990 |
| 12 | CT121507<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 14,651 |

**Comments:**

| | | | | |
|---|---|---|---|---|
| Gross: | 294 | LB | 134 | KG |
| Tare: | 64 | LB | 29 | KG |
| Net: | 230 | LB | 105 | KG |
| Pallets: | 1 | | | |
| CTNS: | 12 | | | |



**STAMPING & DIE COMPANY**

INVOICE PAGE
ASN/SID# 058661    1
DATE
03/16/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

```
SOLD TO: DCX01                          SHIP TO: 401A

CHRYSLER COMPANY, LLC                   #4012 JEFFERSON NORTH ASSY PLT
P.O. BOX 537927                         2101 CONNER AVE
LIVONIA, MI US 48153                    DETROIT, MI USA 48215--2763

                                        DOCK: 86
```

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58660 | 058661 | 03/16/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 144 | DELUXE S # 52089357AB<br>52089357AB<br>HOOK ASSY TOW RT<br>P.O.-#: O5137089P | EA | 7.93220000 | 1,142.24 |
| 1 | DELUXE S # 0CC00091<br>0CC00091<br>RETURNABLE CONTAINER | EA | .00000000 | .00 |

```
COMMENTS:                               SALES AMOUNT       1,142.24

                                        MISC CHARGES            .00
RELEASE:  022989200903160904                 FREIGHT            .00

                                        INVOICE AMOUNT     1,142.24
```

**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable**

Shipper's No. _____ 58660

LGSI: LOGISTICS INSIGHT
(Name of Carrier)

Carrier's No. 73 5153

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

AT: STERLING HTS.    MI    USA    48312        ON: 3/16/2009
FROM: Deluxe Stamping & Die Co.

he property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being
derstood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier
the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that
ery service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or
ﬨ-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
   Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment,
d the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee - For purposes of notification only.)

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 04012N        A, 04012
         LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI   48210        (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

oute _____

Car or Vehicle Initials _____    No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| '2 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | 12 CONTAINERS: | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | AUTO PARTS NOIBN | 295 | | |
| | | CT121507 TOTES ON PALLET(S) | | | |
| | | ITEM: CT121507 | | | |
| | | | | | |
| | | 1 CONTAINERS: | | | |
| | | AUTO PARTS NOI | 715 | | Per _____ (Signature of Consignor.) |
| | | CC91 PLASTIC BIN | | | |
| | | ITEM: 0CC00091 | | | |
| | | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | Destination      pallets ctns Net_wt Tare_wt Gross_wt | | | |
| | | #4012(N) JEFFERSON NORTH ASSY (058660)   DK: SL | | | |
| | | 1   12   230   64   294 | | | |
| | | #4012 JEFFERSON NORTH ASSY PLT(058661)   DK: 86 | | | Received $ to apply in prepayment of the charges on the property described hereon. |
| | | 0    1   575   140   715 | | | |
| | | Packing slips # 058660 058661 | | | COLLECT |
| | | | | | (Agent or Cashier.) |
| | | PACKING SLIP 058660 ATTACHED | | | |
| | | SUPPLIER CODE:   30811 | | | |
| | | | | | Per _____ (This signature here acknowledges only the amounts prepaid.) |

73 5153

Charges Advanced:

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are
operly classified, described, packaged, marked and labeled, and are in proper
ndition for transportation according to the applicable regulations of the Depart-
ent of Transportation.

SIGNATURE _____    TITLE _____

f the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

OTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
he agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp:
not a part of Bill of Lading approved
by the Interstate Commerce
Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.    MI    USA    48312

Shipper, Per _____        Agent, Per _____



**STAMPING & DIE COMPANY**

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 58661**

**DATE:** 3/16/2009

**Ship To:** 401A

#4012 JEFFERSON NORTH ASSY PLT

2101 CONNER AVE

DETROIT, MI USA 48215-2763

**Dock:** 86

**Sold To:** DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58660 | 04012 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 144 | 52089357AB HOOK ASSY TOW RT P.O. #: O5137089P | EA | SKD71 0CC00091 | 144 | 1 | 575 261 | LB KG | 6,412 |
| 1 | 0CC00091 RETURNABLE CONTAINER P.O. #: | EA | RC | 1 | 0 | 0 0 | LB KG | 2,354 |

**Comments:**

| | | |
|---|---|---|
| Gross: | 715 LB | 324 KG |
| Tare: | 140 LB | 64 KG |
| Net: | 575 LB | 261 KG |
| Pallets: | 0 | |
| CTNS: | 1 | |

**Deluxe**
STAMPING & DIE COMPANY

INVOICE PAGE
ASN/SID# 058662    1
DATE
03/16/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 4025

#4025 DCX STERLING HGTS ASSY
38111 VAN DYKE AVE
STERLING HEIGHTS, MI US 48312

DOCK: SM

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58662 | 058662 | 03/16/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 490 | DELUXE S # 05155621AB<br>05155621AB<br>BRACKET WASHER RESERVOIR<br>P.O.-#: O7127022Q | EA | 2.75510000 | 1,350.00 |
| 7 | DELUXE S # 0CC00050<br>0CC00050<br>RETURNABLE CONTAINER | EA | .00000000 | .00 |

COMMENTS: 7 TOTAL CONTAINERS

RELEASE:  022990200903160904

| SALES AMOUNT | 1,350.00 |
|---|---|
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 1,350.00 |

**UNIFORM STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable**



Shipper's No.    58662

___LGSI: LOGISTICS INSIGHT___
(Name of Carrier)

Carrier's No.    73 5153

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

AT: STERLING HTS.    MI    USA    48312    ON: 3/16/2009

FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee – For purposes of notification only.)

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 04025
LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI  48210

(* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

**Delivering Carrier** _____    Car or Vehicle Initials _____    **No.** _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 7 | CTNS | AUTO PARTS NOI CC50 RETURNABLE BIN ITEM: 0CC00050 | 1148 | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br>The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |

Destination    pallets ctns Net_wt Tare_wt Gross_wt

#4025 DCX STERLING HGTS ASSY  (058662)    DK: SM
    0    7    728    420    1148

Per _____
(Signature of Consignor.)

Packing slips # 058662

If charges are to be prepaid, write or stamp here, "To be Prepaid."

    PACKING SLIP 058662 ATTACHED
    SUPPLIER CODE: 30811

Received $ _____
to apply in prepayment of the charges on the property described hereon.

COLLECT

(Agent or Cashier )

Per _____
(This signature here acknowledges only the amounts prepaid.)

*Jackie M...*
**73  5153**

Charges Advanced:

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____    TITLE _____

† Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.    MI  USA  48312

Shipper, Per _____    Agent, Per _____



6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

STAMPING & DIE COMPANY

Page 1 of 1

**ASN/SID#: 58662**
**DATE:** 3/16/2009

**Ship To:** 4025

#4025 DCX STERLING HGTS ASSY

38111 VAN DYKE AVE
STERLING HEIGHTS, MI US 48312

**Dock:** SM

**Sold To:** DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58662 | 04025 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 490 | 05155621AB<br>BRACKET WASHER RESERVOIR<br>P.O. #: O7127022Q | EA | SKD71<br>0CC00050 | 70 | 7 | 728<br>330 | LB<br>KG | 64,153 |
| 7 | 0CC00050<br>RETURNABLE CONTAINER<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 893 |

**Comments:** 7 TOTAL CONTAINERS

| | | | |
|---|---|---|---|
| **Gross:** | 1,148 | LB | 521 KG |
| **Tare:** | 420 | LB | 191 KG |
| **Net:** | 728 | LB | 330 KG |
| **Pallets:** | 0 | | |
| **CTNS:** | 7 | | |



**STAMPING & DIE COMPANY**

INVOICE PAGE
ASN/SID# 058663    1
DATE
03/16/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

```
SOLD TO: DCX01                      SHIP TO: 4087

CHRYSLER COMPANY, LLC               #4087(G) ST.LOUIS ASSY II NRTH
P.O. BOX 537927                     LINC 2219 HITZERT COURT
LIVONIA, MI US 48153                FENTON, MO US 63026

                                    DOCK: LN
```

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58663 | 058663 | 03/16/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 312 | DELUXE S # 52010138AG 52010138AG SHIELD SPLASH ROTOR RT P.O.-#: O3132030V | EA | 1.21210000 | 378.18 |
| 312 | DELUXE S # 52010139AG 52010139AG SHIELD SPLASH ROTOR LT P.O.-#: O3132032V | EA | 1.21210000 | 378.18 |
| 24 | DELUXE S # CT241505 CT241505 RETURNABLE TOTE | EA | .00000000 | .00 |

```
COMMENTS: 2 TOTAL PALLETS              SALES AMOUNT        756.36

                                       MISC CHARGES           .00
RELEASE:  022991200903160904                FREIGHT           .00

                                       INVOICE AMOUNT      756.36
```

**UNIFORM STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable**

LGSI: LOGISTICS INSIGHT
_____
(Name of Carrier)
RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Shipper's No. _____ 58663

Carrier's No. 73 5153 88

AT:STERLING HTS.   MI USA  48312        ON: 3/16/2009
FROM:Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee – For purposes of notification only.)

CONSIGNED TO:00143 LOGISTICS INSIGHT PLANTS: 04087G        C
        LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI  48210        (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____  Car or Vehicle Initials _____  No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 2 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | 24 CONTAINERS: | | | |
| | | AUTO PARTS NOIBN | 709 | | |
| | | CT241505 TOTES ON PALLET(S) | | | |
| | | ITEM: CT241505 | | | |
| | | | | | Per _____ |
| | | | | | (Signature of Consignor.) |
| | | Destination    pallets ctns Net_wt Tare_wt Gross_wt | | | |
| | | #4087(G) ST.LOUIS ASSY II NRTH(058663)  DK: LN | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | 2  24  580  128  708 | | | |
| | | Packing slips # 058663 | | | |
| | | PACKING SLIP 058663 ATTACHED | | | |
| | | SUPPLIER CODE:  30811 | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |
| | | | | | COLLECT |
| | | | | | (Agent or Cashier ) |
| | | | | | Per _____ |
| | | | | | (This signature here acknowledges only the amounts prepaid.) |
| | | | | | Charges Advanced |
| | | | | | $ |

SHIPPERS CERTIFICATION. This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____        TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI  USA  48312

Shipper, Per _____        Agent, Per _____



**Deluxe**
STAMPING & DIE COMPANY

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#:** **58663**

**DATE:** 3/16/2009

**Ship To:** 4087

#4087(G) ST.LOUIS ASSY II NRTH

LINC 2219 HITZERT COURT

FENTON, MO US 63026

**Dock:** LN

**Sold To:** DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58663 | 04087G | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 312 | 52010138AG<br>SHIELD SPLASH ROTOR RT<br>P.O. #: O3132030V | EA | CTN71<br>CT241505 | 26 | 12 | 290<br>132 | LB<br>KG | 25,864 |
| 312 | 52010139AG<br>SHIELD SPLASH ROTOR LT<br>P.O. #: O3132032V | EA | CTN71<br>CT241505 | 26 | 12 | 290<br>132 | LB<br>KG | 25,878 |
| 24 | CT241505<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 1 | 0 | 0<br>0 | LB<br>KG | 35,072 |

**Comments:**    2 TOTAL PALLETS

| | | | |
|---|---|---|---|
| **Gross:** | 708 | LB | 321KG |
| **Tare:** | 128 | LB | 58 KG |
| **Net:** | 580 | LB | 263 KG |
| **Pallets:** | 2 | | |
| **CTNS:** | 24 | | |



**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

| | |
|---|---|
| INVOICE PAGE | |
| ASN/SID# 058664 | 2 |
| DATE | |
| 03/16/09 | |

```
SOLD TO: DCX01                          SHIP TO: 8068

CHRYSLER COMPANY, LLC                    #8068 CHRYS DE VENEZUELA LL
P.O. BOX 537927                          AV PANCHO PEPE CROQUER
LIVONIA, MI US 48153                     VALENCIA
                                         CARABOBO, VE 48192
                                         DOCK:
```

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58664 | 058664 | 03/16/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 12 | DELUXE S # EXP0121509<br>EXP0121509<br>EXPENDABLE CARTON | EA | .00000000 | .00 |
| 12 | DELUXE S # EXP0121507<br>EXP0121507<br>EXPENDABLE CARTON | EA | .00000000 | .00 |

```
COMMENTS: 4 TOTAL CONTAINERS          SALES AMOUNT      1,078.25

                                      MISC CHARGES           .00
RELEASE:  022992200903160904              FREIGHT            .00

                                      INVOICE AMOUNT    1,078.25
```



**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

```
SOLD TO: DCX01                        SHIP TO: 8068

CHRYSLER COMPANY, LLC                 #8068 CHRYS DE VENEZUELA LL
P.O. BOX 537927                       AV PANCHO PEPE CROQUER
LIVONIA, MI US 48153                  VALENCIA
                                      CARABOBO, VE 48192
                                      DOCK:
```

```
SUPL/DUNS      B.O.L.    PACKING    SHIP                     DELV SLS
NUMBER    LOC NUMBER    SLIP-NO    DATE  PICKUP-CARRIER   CARR MAN TERMS

30811      01  58664      058664 03/16/09 LGSI: LOGISTICS    LEN NET 30
```

```
QTY-SHIP ITEM-# / DESC / COMMENTS    UM        ITEM-PRICE   EXTENDED-PRICE

     112 DELUXE S # 55113270AA       EA         .66330000           74.29
         55113270AA
         BRKT MODULE MTG UPR
         P.O.-#: O8135011M

     112 DELUXE S # 55113271AA       EA         .66330000           74.29
         55113271AA
         BRKT MODULE MTG UPR
         P.O.-#: O8135011M

    1800 DELUXE S # 55113274AA       EA         .18520000          333.36
         55113274AA
         BRKT FENDER MDPNT MTG RT
         P.O.-#: O8135013L

      36 DELUXE S # 52089363AC       EA       16.56420000          596.31
         52089363AC
         REAR TOW HOOK ASSY
         P.O.-#: O5137091Q

       8 DELUXE S # EXP0242209       EA         .00000000             .00
         EXP0242209
         EXPENDABLE CARTON
```

```
COMMENTS: 4 TOTAL CONTAINERS


RELEASE:  022992200903160904
```

**UNIFORM STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable**
Invoice Part 1 — Page 39 of 136

| | Shipper's No. | 58664 |

LGSI: LOGISTICS INSIGHT
(Name of Carrier)
RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No. 73 5153

AT:STERLING HTS.   MI  USA  48312          ON: 3/16/2009
FROM:Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee – For purposes of notification only.)

CONSIGNED TO:00143 LOGISTICS INSIGHT PLANTS: 08068
            LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI  48210          (* To be filed in only when shipper desires and governing tariffs provide for delivery thereat.)

Route

Delivering Carrier _____ Car or Vehicle Initials _____ No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 4 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | 8 CONTAINERS: | | | |
| | | AUTO PARTS NOIBN | 193 | | |
| | | EXP0242209 CTN ON PALLET(S) | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | ITEM: EXP0242209 | | | |
| | | 12 CONTAINERS: | | | |
| | | AUTO PARTS NOIBN | 285 | | Per _____ |
| | | EXP0121509 CTN ON PALLET(S) | | | (Signature of Consignor.) |
| | | ITEM: EXP0121509 | | | |
| | | 12 CONTAINERS: | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | AUTO PARTS NOIBN | 417 | | |
| | | EXP0121507 CTN ON PALLET(S) | | | |
| | | ITEM: EXP0121507 | | | |

Destination     pallets ctns Net_wt Tare_wt Gross_wt

#8068 CHRYS DE VENEZUELA LL   (058664)   DK:
                    4   32   682   212   894

Packing slips # 058664

        PACKING SLIP 058664 ATTACHED
        SUPPLIER CODE:  30811

*(signature)* Jacki M.
73 5153

Received $ _____
to apply in prepayment of the charges on the property described hereon.

COLLECT
(Agent or Cashier.)

Per _____
(This signature here acknowledges only the amounts prepaid.)

Charges Advanced

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____   TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI  USA  48312          Shipper, Per _____        Agent, Per _____



**SHIPPER**

Page 1 of 2

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

**ASN/SID#:** 58664

**DATE:** 16/3/2009

**Ship To:** 8068

#8068 CHRYS DE VENEZUELA LL

AV PANCHO PEPE CROQUER
VALENCIA
CARABOBO, VE 48192

**Sold To:** DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

**Dock:**

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58664 | 08068 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | CUM-Ship |
|---|---|---|---|---|---|---|---|
| 112 | 55113270AA<br>BRKT MODULE MTG UPR<br>P.O. #: O8135011M | EA | CTN71<br>EXP0242209 | 28 | 4 | 88 LB<br>40 KG | 4,042 |
| 112 | 55113271AA<br>BRKT MODULE MTG UPR<br>P.O. #: O8135011M | EA | CTN71<br>EXP0242209 | 28 | 4 | 88 LB<br>40 KG | 4,042 |
| 1,800 | 55113274AA<br>BRKT FENDER MDPNT MTG RT<br>P.O. #: O8135013L | EA | CTN71<br>EXP0121509 | 150 | 12 | 261 LB<br>118 KG | 3,678 |
| 36 | 52089363AC<br>REAR TOW HOOK ASSY<br>P.O. #: O5137091Q | EA | CTN71<br>EXP0121507 | 3 | 12 | 245 LB<br>111 KG | 3,145 |
| 8 | EXP0242209<br>EXPENDABLE CARTON<br>P.O. #: | EA | RC | 1 | 0 | 0 LB<br>0 KG | 1,040 |
| 12 | EXP0121509<br>EXPENDABLE CARTON<br>P.O. #: | EA | RC | 1 | 0 | 0 LB<br>0 KG | 91 |
| 12 | EXP0121507<br>EXPENDABLE CARTON<br>P.O. #: | EA | RC | 1 | 0 | 0 LB<br>0 KG | 5,270 |

**SHIPPER**



Page 2 of 2

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

**ASN/SID#: 58664**

**DATE:** 16/3/2009

| | | | |
|---|---|---|---|
| **Comments:** 4 TOTAL CONTAINERS | **Gross:** | 894 | LB | 406 KG |

| | | | |
|---|---|---|---|
| **Gross:** | 894 | LB | 406 KG |
| **Tare:** | 212 | LB | 96 KG |
| **Net:** | 682 | LB | 309 KG |
| **Pallets:** | 4 | | |
| **CTNS:** | 32 | | |

# Deluxe
## STAMPING & DIE COMPANY

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX03

CHRYSLER LLC SERVICE OPER.
P.O. BOX 537940
LIVONIA, MI US 48153

SHIP TO: 3110

#3110 CENTERLINE PARTS DEPOT
26311 LAWRENCE AVENUE
CENTERLINE, MI US 48015

DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58670 | 058670 | 03/16/09 | UPAC: U.P.S. | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 183 | DELUXE S # 04782718AA<br>04782718AA<br>DCX 04782718AA<br>CLAMP-STABILIZER<br>P.O.-#: O4129063L | EA | .36720000 | 67.20 |
| 4 | DELUXE S # 00000EXP<br>00000EXP<br>EXPENDABLE CONTAINERS | EA | .00000000 | .00 |

COMMENTS: 4 TOTAL CARTONS

RELEASE:  022996200903161348

| | |
|---|---|
| SALES AMOUNT | 67.20 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 67.20 |



# Deluxe
**STAMPING & DIE COMPANY**

6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

**SHIPPER**

Page 1 of 1

**ASN/SID#:  58670**

**DATE:**  3/16/2009

**Ship To:**  3110

#3110 CENTERLINE PARTS DEPOT

26311 LAWRENCE AVENUE

CENTERLINE, MI US 48015

**Dock:**

**Sold To:**    DCX03

CHRYSLER LLC SERVICE OPER.

P.O. BOX 537940

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58670 | 03110 | 0 | PD | UPAC | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 183 | 04782718AA<br>DCX 04782718AA<br>P.O. #: O4129063L | EA | CTN71<br>00000EXP | 1 | 4 | 90<br>41 | LB<br>KG | 340 |
| 4 | 00000EXP<br>EXPENDABLE CONTAINERS<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 1,147 |

3 @ 26#
1 @ 19

**Comments:**    4 TOTAL CARTONS

| | | | |
|---|---|---|---|
| **Gross:** | 98 | LB | 44 KG |
| **Tare:** | 8 | LB | 4 KG |
| **Net:** | 90 | LB | 41 KG |
| **Pallets:** | 0 | | |
| **CTNS:** | 4 | | |

```
PPH1010T                    CHRYSLER SMART SYSTEM         03/16/09   07:19:07   B94S5747
                                 SHORTAGE RESPONSE
CMD: _____        NOTE: ALL TIMES ARE EASTERN

                                                                    PREV RESP:
ACTION: _   RLSE SUPLR: 30811   PLANT: 03110   PART: 04782718AA   RESP STAT: A
CREATE DATE/TIME: 03/14/09 18:39:22
PRIMARY      R/O  RQ MDE REQSTD  RSN   SRT  GRP  ROUTE   SDS/REL STATUS:      0
SHPFRM  MDE  TM-DT  I/T    QTY   CD   TYP  DCK   I/T    SOURCE:   MOPAR
30811___ LT 100317 0069    183   PC   14   464  0069
COMMENT: NEED QTY NOW - SHIP OR CALL

ACT       SHIP TRN  PROM      PROM  SHIP RSN     AETC       ANS
CODE      FROM MDE  DATE      QTY   TIME  CD   PRE NUMBER   I/T
  _      30811___  PD  0316  ____183  1700  01    ___ _____  0069
  _      _____  __  ____  _____  ____  __    ___ _____
  _      _____  __  ____  _____  ____  __    ___ _____
  _      _____  __  ____  _____  ____  __    ___ _____
  _      _____  __  ____  _____  ____  __    ___ _____
  _      _____  __  ____  _____  ____  __    ___ _____

SUPPLIER COMMENTS: INCREASE,WILL_SHIP_UPS_3-16___
PF: 13=HOME      14=PLT MENU 15=SUMMARY  16=          17=MULT RESP 18=AETC
    19=PFM MENU 20=PUA       21=CONTACT  22=AUDIT     23=COMMENTS  24=AHD/BHND
SHORTAGE/RESPONSE PROCESSING COMPLETED
```

Pickup Request Complete                                                    Page 1 of 1



United States                                Welcome Ann Lawler  | Logout  Search        Submit Query

My UPS    Shipping    Tracking    Freight    Locations    Support    Business Solutions

**Shipping**

Create a Shipment ▪
View History ▪
Void Shipment ▪
Create a Return ▪
Calculate Time and Cost
**Schedule a Pickup**
　Pickup Status
　Pickup History
　Set Preferences ▪
Use International Tools
Get UPS Labels, Paks, and
More ▪
Open a UPS Account ▪
Set Preferences ▪

# Schedule a Pickup

### Pickup Request Complete

Thank you for choosing UPS. Your pickup request has been
successfully received. Please print this page for future reference.

**Pickup Request Number:**    2932H08RQ63

### Pickup Date and Time

**Your shipment will be ready for UPS to pick up at:**
9:00 AM Monday, March 16, 2009
**The latest time at which UPS can pick up your shipment is:**
3:00 PM Monday, March 16, 2009

### Pickup Location

Ann Lawler
Deluxe Stamping & Die Co.
6690 Sterling Drive North
STERLING HEIGHTS, MI 48312
Telephone: 5862649400
**Pick Up From:** Side Door
**E-mail Pickup Notifications To:**
jtheisen@deluxestamping.com

### Shipment Information

UPS Ground: 4 Package(s)
**Total Number of Letters/Packages: 4**

### Payment Information for Pickup

**Payment will be billed to the following Tracking Numbers:**
1Z49037E0393148694
1Z49037E0390346109
1Z49037E0394937713
1Z49037E0391327520

**Total Charge for Pickup:**        16.44 USD[1]

[1] Rates may include a fuel surcharge. If you do not have a daily
pickup, air service packages may be billed separately.

**Pickup Options**

Check the status of
this pickup here.

→ Pickup Status

Set preferences, such
as pickup location, for
all future pickup
requests.

→ Set Pickup
Preferences

**Search Support**

**Enter a keyword:**

[          ]    Search



Keep up with the latest
changes in technology

What's New at UPS

**UPS Internet Shipping**

Ship Smart. Fast. Today.
It's UPS.
View Demo

| Getting Started | Subscribe to E-mail | ups.com | Support | Other Sites |
|---|---|---|---|---|
| How To Register for My UPS | Modify E-mail Preferences | My UPS ▪ | E-mail UPS | UPS Supply Chain Solutions |
| How To Open a UPS Account | View Examples | Address Book ▪ | Contact UPS | UPS Express Critical |
| How To Ship | | Shipping | Privacy Policy | UPS Capital |
| How To Track | | Tracking | Web Site Terms of Use | UPS Mail Innovations |
| Deliveries and the UPS InfoNotice | | Freight | Trademarks | UPS Professional Services |
| | | Locations | UPS Tariff/Terms and Conditions of Service | UPS Logistics Technologies |
| | | Support | | UPS Pressroom |
| | | Business Solutions | About UPS | UPS Investor Relations |
| | | Site Guide | | More... |
| | | | UPS Careers | |
| | | UPS Global | | |

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.



**STAMPING & DIE COMPANY**

INVOICE PAGE
ASN/SID# 058671    1

DATE
03/17/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX03

CHRYSLER LLC SERVICE OPER.
P.O. BOX 537940
LIVONIA, MI US 48153

SHIP TO: 3110

#3110 CENTERLINE PARTS DEPOT
26311 LAWRENCE AVENUE
CENTERLINE, MI US 48015

DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58671 | 058671 | 03/17/09 | UPAC: U.P.S. | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 26 | DELUXE S # 04782722AA<br>04782722AA<br>DCX 04782722AA<br>CLAMP-STABILIZER<br>P.O.-#: O4129069L | EA | .19850000 | 5.16 |
| 2 | DELUXE S # 05155621AB<br>05155621AB<br>BRACKET WASHER RESERVOIR<br>P.O.-#: O7127022Q<br>PKG CHG | EA | 2.75510000 | 5.51<br><br>.17 |
| 12 | DELUXE S # 52010138AG<br>52010138AG<br>SHIELD SPLASH ROTOR RT<br>P.O.-#: O3132030V<br>PKG CHG | EA | 1.21210000 | 14.55<br><br>1.07 |
| 3 | DELUXE S # 00000EXP<br>00000EXP<br>EXPENDABLE CONTAINERS | EA | .00000000 | .00 |

COMMENTS: 3 TOTAL CARTONS

RELEASE:  023011200903171356

| | |
|---|---|
| SALES AMOUNT | 26.46 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 26.46 |

**SHIPPER**



## Deluxe
### STAMPING & DIE COMPANY

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 58671**

**DATE:** 3/17/2009

**Ship To:** 3110

#3110 CENTERLINE PARTS DEPOT

26311 LAWRENCE AVENUE

CENTERLINE, MI US 48015

**Dock:**

**Sold To:** DCX03

CHRYSLER LLC SERVICE OPER.

P.O. BOX 537940

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58671 | 03110 | 0 | PD | UPAC | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 26 | 04782722AA<br>DCX 04782722AA<br>P.O. #: O4129069L | EA | CTN71<br>00000EXP | 1 | 1 | 7 LB<br>3 KG | | 264 |
| 2 | 05155621AB<br>BRACKET WASHER RESERVOIR<br>P.O. #: O7127022Q | EA | CTN71<br>00000EXP | 1 | 1 | 3 LB<br>1 KG | | 222 |
| 12 | 52010138AG<br>SHIELD SPLASH ROTOR RT<br>P.O. #: O3132030V | EA | CTN71<br>00000EXP | 1 | 1 | 11 LB<br>5 KG | | 121 |
| 3 | 00000EXP<br>EXPENDABLE CONTAINERS<br>P.O. #: | EA | RC | 0 | 0 | 0 LB<br>0 KG | | 1,146 |

| **Comments:** | 3 TOTAL CARTONS |
|---|---|

| Gross: | 27 LB | 12 KG |
|---|---|---|
| Tare: | 6 LB | 3 KG |
| Net: | 21 LB | 10 KG |
| Pallets: | 0 | |
| CTNS: | 3 | |



**Deluxe**
STAMPING & DIE COMPANY

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

INVOICE PAGE
ASN/SID# 058672    1
DATE
03/17/09

SOLD TO: DCX03

CHRYSLER LLC SERVICE OPER.
P.O. BOX 537940
LIVONIA, MI US 48153

SHIP TO: 3111

#3111 WARREN PARTS DEPOT
21035 SHERWOOD
GATE 1
WARREN, MI US 48091
DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58671 | 058672 | 03/17/09 | UPAC: U.P.S. | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 3 | DELUXE S # 52089360AB<br>52089360AB<br>HOOK ASSY TOW LT<br>P.O.-#: O5137090P<br>PKG CHG | EA | 7.93220000 | 23.80<br><br><br><br>1.06 |
| 1 | DELUXE S # 00000EXP<br>00000EXP<br>EXPENDABLE CONTAINERS | EA | .00000000 | .00 |

COMMENTS:

RELEASE:  023011200903171356

| | |
|---|---|
| SALES AMOUNT | 24.86 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 24.86 |

**SHIPPER**



STAMPING & DIE COMPANY

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 58672**

**DATE:** 3/17/2009

**Ship To:** 3111

#3111 WARREN PARTS DEPOT

21035 SHERWOOD
GATE 1
WARREN, MI US 48091

**Sold To:** DCX03

CHRYSLER LLC SERVICE OPER.

P.O. BOX 537940

LIVONIA, MI US 48153

**Dock:**

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58671 | 03111 | 0 | PD | UPAC | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 3 | 52089360AB<br>HOOK ASSY TOW LT<br>P.O. #: O5137090P | EA | CTN71<br>00000EXP | 1 | 1 | 12<br>5 | LB<br>KG | 94 |
| 1 | 00000EXP<br>EXPENDABLE CONTAINERS<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 138 |

**Comments:**

| | | | |
|---|---|---|---|
| **Gross:** | 14 | LB | 6 KG |
| **Tare:** | 2 | LB | 1 KG |
| **Net:** | 12 | LB | 5 KG |
| **Pallets:** | 0 | | |
| **CTNS:** | 1 | | |

INVOICE PAGE
ASN/SID# 058673    2
DATE
03/17/09



**Deluxe**
STAMPING & DIE COMPANY

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX03

CHRYSLER LLC SERVICE OPER.
P.O. BOX 537940
LIVONIA, MI US 48153

SHIP TO: 3116

#3116 MARYSVILLE E COATING
840 HURON BLVD.
MARYSVILLE, MI US 48040

DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58671 | 058673 | 03/17/09 | UPAC: U.P.S. | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 18 | DELUXE S # 55396492AB<br>55396492AB<br>BRACE RADIATOR<br>P.O.-#: O6135040K | EA | 1.07610000 | 19.37 |
| 5 | DELUXE S # 00000EXP<br>00000EXP<br>EXPENDABLE CONTAINERS | EA | .00000000 | .00 |

COMMENTS: 5 TOTAL CARTONS

RELEASE:   023011200903171356

| | |
|---|---|
| SALES AMOUNT | 57.52 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 57.52 |

# Deluxe

## STAMPING & DIE COMPANY

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX03

CHRYSLER LLC SERVICE OPER.
P.O. BOX 537940
LIVONIA, MI US 48153

SHIP TO: 3116

#3116 MARYSVILLE E COATING
840 HURON BLVD.
MARYSVILLE, MI US 48040

DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58671 | 058673 | 03/17/09 | UPAC: U.P.S. | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 13 | DELUXE S # 04580062AC 04580062AC RETAINER BRACKET P.O.-#: O8123056R PKG CHG | EA | .92050000 | 11.97 .13 |
| 5 | DELUXE S # 04580326AC 04580326AC BRACE ASSEMBLY UPPER RADIATOR P.O.-#: O8123057S | EA | .99050000 | 4.95 |
| 18 | DELUXE S # 55113270AA 55113270AA BRKT MODULE MTG UPR P.O.-#: O8135011M PKG CHG | EA | .66330000 | 11.94 2.33 |
| 8 | DELUXE S # 55113271AA 55113271AA BRKT MODULE MTG UPR P.O.-#: O8135011M PKG CHG | EA | .66330000 | 5.31 1.52 |

COMMENTS: 5 TOTAL CARTONS

RELEASE:   023011200903171356



**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#:** 58673

**DATE:** 3/17/2009

**Ship To:** 3116

#3116 MARYSVILLE E COATING

840 HURON BLVD.

MARYSVILLE, MI US 48040

**Dock:**

**Sold To:**    DCX03

CHRYSLER LLC SERVICE OPER.

P.O. BOX 537940

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58671 | 03116 | 0 | PD | UPAC | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 13 | 04580062AC RETAINER BRACKET P.O. #: O8123056R | EA | CTN71 00000EXP | 1 | 1 | 12 5 | LB KG | 147 |
| 5 | 04580326AC BRACE ASSEMBLY UPPER RADIATOR P.O. #: O8123057S | EA | CTN71 00000EXP | 1 | 1 | 2 1 | LB KG | 47 |
| 18 | 55113270AA BRKT MODULE MTG UPR P.O. #: O8135011M | EA | CTN71 00000EXP | 1 | 1 | 14 6 | LB KG | 121 |
| 8 | 55113271AA BRKT MODULE MTG UPR P.O. #: O8135011M | EA | CTN71 00000EXP | 1 | 1 | 6 3 | LB KG | 133 |
| 18 | 55396492AB BRACE RADIATOR P.O. #: O6135040K | EA | CTN71 00000EXP | 1 | 1 | 12 6 | LB KG | 756 |
| 5 | 00000EXP EXPENDABLE CONTAINERS P.O. #: | EA | RC | 0 | 0 | 0 0 | LB KG | 753 |

**Comments:**    5 TOTAL CARTONS

| | | |
|---|---|---|
| **Gross:** | 52  LB | 24 KG |
| **Tare:** | 5  LB | 2 KG |
| **Net:** | 47  LB | 21 KG |
| **Pallets:** | 0 | |
| **CTNS:** | 5 | |



**United States**

Welcome Ann Lawler · Logout · Search          Submit Query

My UPS    **Shipping**    Tracking    Freight    Locations    Support    Business Solutions

**Shipping**

Create a Shipment ■
View History ■
Void Shipment ■
Create a Return ■
Calculate Time and Cost
**Schedule a Pickup**
   Pickup Status
   Pickup History ■
   Set Preferences ■
Use International Tools
Get UPS Labels, Paks, and
More ■
Open a UPS Account ■
Set Preferences ■

**Search Support**

**Enter a keyword:**



Search

Solutions for your
business

Come explore

**UPS Internet Shipping**

Ship Smart. Fast. Today.
It's UPS.
View Demo

## Schedule a Pickup

Pickup Request Complete

Thank you for choosing UPS. Your pickup request has been
successfully received. Please print thi s page for future reference.

Pickup Request Number:          2922H0OR18Q

Pickup Date and Time

**Your shipment will be ready for UPS to pick up at:**
9:00 AM Tuesday, March 17, 2009
**The latest time at which U PS can pick up your shipment is:**
3:00 PM Tuesday, March 17, 2009

Pickup Location

Ann Lawler
Deluxe Stamping & Die Co.
6690 Sterling Drive North
STERLING HEIGHTS, MI 48312
Telephone: 5862649400
**Pick Up F rom:** Side Door
**E-mail Pickup N otifications To :**
jtheisen@delux estamping.com

Shipment Information

UPS Ground: 9 Package(s)
**Total Num ber of Letters/Packag es: 9**

Payment Information for Pickup

**Payment will be billed to th e following Tracking N umbers:**
1Z49037E0394399537
1Z49037E0392117746
1Z49037E0390126150
1Z49037E0393348763
1Z49037E0394589573
1Z49037E0390132581
1Z49037E0392341799
1Z49037E0394261201
1Z49037E0391214811

**Total Charge for Pickup:**          27.74 USD[1]

[1] Rates may include a fuel surcharge. If you do not have a dai ly
pickup, air service packages may be billed separatel y.

**Pickup Options**

Check the status of
this picku p request.

→Pickup Status

Set a temporar y, one-
time pickup location fo
all future pickup
requests.

→Set Pickup
Preferences ■

| Getting Started | Subscribe to E-mail | ups.com | Support | Other Sites |
| --- | --- | --- | --- | --- |
| How To Register for My UPS | Modify E-mail Preferences | My UPS ■ | E-mail UPS | UPS Supply Chain Solutions |
| How To Open a UPS Account | View Examples | Address Book ■ | Contact UPS | UPS Express Critical |
| How To Ship | | Shipping | Privacy Policy | UPS Capital |
| How To Track | | Tracking | Web Site Terms of Use | UPS Mail Innovations |
| Deliveries and the UPS InfoNotice | | Freight | Trademarks | UPS Professional Services |
| | | Locations | UPS Tariff/Terms and Conditions | UPS Logistics Technologies |
| | | Support | of Service | UPS Pressroom |
| | | Business Solutions | | UPS Investor Relations |
| | | Site Guide | **About UPS** | More... |
| | | | | |
| | | UPS Global | UPS Careers | |

Copyright © 1994-2009 United Parcel Servic e of America, Inc. All rights reserved.

# Deluxe
## STAMPING & DIE COMPANY

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

```
SOLD TO: DCX01                        SHIP TO: 8072

CHRYSLER COMPANY, LLC                 #8072 AUTOMOBILPRODUKTION CHRY
P.O. BOX 537927                       C/O 04526 TDS EUROSTAR MATL CR
LIVONIA, MI US 48153                  20495 PENNSYLVANIA RD
                                      BROWNSTOWN, USA 48192
                                      DOCK:
```

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58665 | 058665 | 03/16/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 30 | DELUXE S # 55396492AB<br>55396492AB<br>BRACE RADIATOR<br>P.O.-#: O6135040K | EA | 1.07610000 | 32.28 |
| 1 | DELUXE S # EXP0242209<br>EXP0242209<br>EXPENDABLE CARTON | EA | .00000000 | .00 |

```
COMMENTS:                             SALES AMOUNT           32.28

                                      MISC CHARGES             .00
RELEASE:  022993200903160904          FREIGHT                  .00

                                      INVOICE AMOUNT         32.28
```

**UNIFORM STRAIGHT BILL OF LADING–SHORT FORM–Original–Not Negotiable**

LGSI: LOGISTICS INSIGHT                                  Shipper's No.   58665
_____
(Name of Carrier)
RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading        Carrier's No.   73 5153 88

AT:STERLING HTS.   MI  USA  48312            ON: 3/16/2009
FROM:Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO:00143 LOGISTICS INSIGHT PLANTS: 08072       (Mail or street address of consignee – For purposes of notification only.
                  LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI  48210              (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.
Route _____

Delivering Carrier _____   Car or Vehicle Initials _____   No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 1 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | 1 CONTAINERS: | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | AUTO PARTS NOIBN | 63 | | |
| | | EXP0242209 CTN ON PALLET(S) | | | |
| | | ITEM: EXP0242209 | | | |
| | | | | | Per _____ |
| | | Destination    pallets ctns Net_wt Tare_wt Gross_wt | | | (Signature of Consignor.) |
| | | #8072 AUTOMOBILPRODUKTION CHRY(058665)   DK: | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | |    1    1    21    42    63 | | | |
| | | Packing slips # 058665 | | | |
| | |    PACKING SLIP 058665 ATTACHED | | | |
| | |    SUPPLIER CODE:  30811 | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |

COLLECT

(Agent or Cashier )

Per _____

(This signature here acknowledges only the amounts prepaid.)

_Jackie M_____

73 5153

Charges Advanced

$ _____

SHIPPERS CERTIFICATION. This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____   TITLE _____

† Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper s weight."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI  USA  48312        Shipper, Per _____        Agent, Per _____

**SHIPPER**



6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#:  58665**

**DATE:**  3/16/2009

Ship To:  8072

#8072 AUTOMOBILPRODUKTION CHRY

C/O 04526 TDS EUROSTAR MATL CR
20495 PENNSYLVANIA RD
BROWNSTOWN,  USA 48192

Sold To:    DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

Dock:

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58665 | 08072 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 30 | 55396492AB<br>BRACE RADIATOR<br>P.O. #: O6135040K | EA | CTN71<br>EXP0242209 | 30 | 1 | 21<br>9 | LB<br>KG | 794 |
| 1 | EXP0242209<br>EXPENDABLE CARTON<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 308 |

Comments:

| | | | |
|---|---|---|---|
| Gross: | 63 | LB | 28 KG |
| Tare: | 42 | LB | 19 KG |
| Net: | 21 | LB | 9 KG |
| Pallets: | 1 | | |
| CTNS: | 1 | | |



**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

```
                                         INVOICE PAGE
                                    ASN/SID#  058667    1
                                            DATE
                                         03/16/09
```

```
SOLD TO: DCX01                    SHIP TO: 8481

CHRYSLER COMPANY, LLC            #8481 TOLUCA CAR ASSY PLANT
P.O. BOX 537927                  CHRYSLER DE MEXICO S A DE C V
LIVONIA, MI US 48153             CARR MEX TOL KM 60 5
                                 TOLUCA, MX 50000
                                 DOCK:
```

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58667 | 058667 | 03/16/09 | LGSI: LOGISTICS | LEN | | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 200 | DELUXE S # 05178547AA<br>05178547AA<br>BRKT ASSY RR SIDE RAIL SHIP<br>P.O.-#: O8127027D | EA | .85930000 | 171.86 |
| 2 | DELUXE S # 0000CC30<br>0000CC30<br>RETURNABLE CONTAINER | EA | .00000000 | .00 |

```
COMMENTS: 2 TOTAL CONTAINERS          SALES AMOUNT          171.86

                                      MISC CHARGES             .00
RELEASE:  022994200903160904          FREIGHT                  .00

                                      INVOICE AMOUNT        171.86
```

**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM - Original-Not Negotiable**
Pg 59 of 136

LGSI: LOGISTICS INSIGHT

Shipper's No. 58667

(Name of Carrier)
RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No. 73 5153

AT: STERLING HTS.    MI   USA  48312          ON: 3/16/2009
FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
    Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 08481          (Mail or street address of consignee – For purposes of notification only.)
                LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI   48210          (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____    Car or Vehicle Initials _____    No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 2 CTNS | | AUTO PARTS NOI CC30 BLUE PLASTIC BIN ITEM: 0000CC30 | 450 | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | Destination    pallets ctns Net_wt Tare_wt Gross_wt | | | |
| | | #8481 TOLUCA CAR ASSY PLANT   (058667)   DK: | | | Per _____ (Signature of Consignor) |
| | |          0    2    360    90    450 | | | |
| | | Packing slips # 058667 | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | |      PACKING SLIP 058667 ATTACHED SUPPLIER CODE:  30811 | | | |
| | | | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |
| | | | | | COLLECT _____ (Agent or Cashier.) |
| | | | | | Per _____ (This signature here acknowledges only the amounts prepaid.) |
| | | | | | Charges Advanced: |
| | | | | | $ _____ |

*Jacki M.* (signature)
73 5153

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____    TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI   USA   48312

Shipper, Per _____          Agent, Per _____



**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 58667**

**DATE:** 16/3/2009

**Ship To:** 8481

#8481 TOLUCA CAR ASSY PLANT

CHRYSLER DE MEXICO S A DE C V
CARR MEX TOL KM 60 5
TOLUCA, MX 50000

**Sold To:** DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

**Dock:**

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58667 | 08481 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 200 | 05178547AA<br>BRKT ASSY RR SIDE RAIL SHIP<br>P.O. #: O8127027D | EA | SKD71<br>0000CC30 | 100 | 2 | 360<br>163 | LB<br>KG | 66,952 |
| 2 | 0000CC30<br>RETURNABLE CONTAINER<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 652 |

**Comments:** 2 TOTAL CONTAINERS

| | | | |
|---|---|---|---|
| **Gross:** | 450 | LB | 204 KG |
| **Tare:** | 90 | LB | 41 KG |
| **Net:** | 360 | LB | 163 KG |
| **Pallets:** | 0 | | |
| **CTNS:** | 2 | | |



**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

INVOICE PAGE
ASN/SID# 058674    1
DATE
03/17/09

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 6215

#6215 STERLING STAMPING PLANT
35777 VAN DYKE
STERLING HEIGHTS, MI US 48312

DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58674 | 058674 | 03/17/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 4500 | DELUXE S # 04878838AB<br>04878838AB<br>ANCHOR CHILD SEAT TETHER<br>P.O.-#: O7127155I | EA | .08160000 | 367.20 |
| 2400 | DELUXE S # 05155512AB<br>05155512AB<br>REINF ASSY FRT FLOOR<br>P.O.-#: O7127086L | EA | .36720000 | 881.28 |
| 900 | DELUXE S # 55113320AA<br>55113320AA<br>REINF ASSY FRT SEAT FRT RT<br>P.O.-#: O7135109L | EA | .97120000 | 874.08 |
| 1080 | DELUXE S # 55113321AA<br>55113321AA<br>REINF ASSY FRT SEAT FRT LT<br>P.O.-#: O7135109L | EA | .97120000 | 1,048.90 |
| 12 | DELUXE S # CT121507<br>CT121507<br>RETURNABLE TOTE | EA | .00000000 | .00 |

COMMENTS: 7 TOTAL CONTAINERS

RELEASE:    022999200903170937

# Deluxe
## STAMPING & DIE COMPANY

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 6215

#6215 STERLING STAMPING PLANT
35777 VAN DYKE
STERLING HEIGHTS, MI US 48312

DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58674 | 058674 | 03/17/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 24 | DELUXE S # CT242209<br>CT242209<br>RETURNABLE TOTE | EA | .00000000 | .00 |
| 66 | DELUXE S # CT241509<br>CT241509<br>RETURNABLE TOTE | EA | .00000000 | .00 |
| 3 | DELUXE S # CP4845SP<br>CP4845SP<br>RETURNABLE PALLET | EA | .00000000 | .00 |
| 3 | DELUXE S # CP4845VL<br>CP4845VL<br>RETURNABLE LID | EA | .00000000 | .00 |

COMMENTS: 7 TOTAL CONTAINERS

RELEASE:   022999200903170937

| | |
|---|---|
| SALES AMOUNT | 3,171.46 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 3,171.46 |

**UNIFORM STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable**

LGSI: LOGISTICS INSIGHT

Shipper's No. 58674

(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No. 73 5157

AT: STERLING HTS.   MI  USA  48312        ON: 3/17/2009

FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 06215     (Mail or street address of consignee – For purposes of notification only.)  A

LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.

**DESTINATION** : DETROIT, MI  48210      (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

**Route**

Delivering Carrier _____ **Car or Vehicle Initials** _____ **No.** _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 7 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignor without recourse on the consignor, the consignor shall sign the following statement: |
| | | 12 CONTAINERS: | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | AUTO PARTS NOIBN | 339 | | |
| | | CT121507 TOTES ON PALLET(S) | | | |
| | | ITEM: CT121507 | | | |
| | | | | | Per _____ |
| | | 24 CONTAINERS: | | | (Signature of Consignor.) |
| | | AUTO PARTS NOI | 672 | | |
| | | CT242209 TOTE(S) ON PALLET | | | |
| | | ITEM: CT242209 | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | 66 CONTAINERS: | | | |
| | | AUTO PARTS NOIBN | 1885 | | |
| | | CT241509 TOTES ON PALLET(S) | | | |
| | | ITEM: CT241509 | | | |
| | | | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |
| | | 3 CONTAINERS: | | | |
| | | AUTO PARTS NOI | | | |
| | | CPSP RETURNABLE PALLET | | | |
| | | ITEM: CP4845SP | | | COLLECT |
| | | | | | _____ |
| | | 3 CONTAINERS: | | | (Agent or Cashier.) |
| | | AUTO PARTS NOI | 280 | | |
| | | CPVL RETURNABLE LID | | | |
| | | ITEM: CP4845VL | | | |
| | | | | | Per _____ |
| | | | | | (This signature here acknowledges only the amounts prepaid.) |

Destination     pallets ctns Net_wt Tare_wt Gross_wt

#6215 STERLING STAMPING PLANT (058674)   DK:

7  108  2691   484   3175

Packing slips # 058674

Charges Advanced:

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation          SIGNATURE _____      TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

**NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.**
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die  VC#30811

6690 Sterling Drive North

Sterling Hts., MI  48312

Shipper, Per _____   73 5157          Agent, Per _____



**SHIPPER**

STAMPING & DIE COMPANY

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 2

**ASN/SID#: 58674**

**DATE:** 3/17/2009

**Ship To:** 6215

#6215 STERLING STAMPING PLANT

35777 VAN DYKE

STERLING HEIGHTS, MI US 48312

**Dock:**

**Sold To:**    DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58674 | 06215 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 4,500 | 04878838AB<br>ANCHOR CHILD SEAT TETHER<br>P.O. #: O7127155I | EA | CTN71<br>CT121507 | 375 | 12 | 315<br>143 | LB<br>KG | 189,000 |
| 2,400 | 05155512AB<br>REINF ASSY FRT FLOOR<br>P.O. #: O7127086L | EA | CTN71<br>CT242209 | 100 | 24 | 624<br>283 | LB<br>KG | 274,800 |
| 900 | 55113320AA<br>REINF ASSY FRT SEAT FRT RT<br>P.O. #: O7135109L | EA | CTN71<br>CT241509 | 30 | 30 | 797<br>361 | LB<br>KG | 51,120 |
| 1,080 | 55113321AA<br>REINF ASSY FRT SEAT FRT LT<br>P.O. #: O7135109L | EA | CTN71<br>CT241509 | 30 | 36 | 956<br>434 | LB<br>KG | 50,760 |
| 12 | CT121507<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 504 |
| 24 | CT242209<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 1 | 0 | 0<br>0 | LB<br>KG | 2,640 |
| 66 | CT241509<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 3,396 |
| 3 | CP4845SP<br>RETURNABLE PALLET<br>P.O. #: | EA | RC | 0 | 3 | 0<br>0 | LB<br>KG | 248 |



**SHIPPER**

Page 2 of 2

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

**ASN/SID#: 58674**

**DATE:** 3/17/2009

**Ship To:** 6215

#6215 STERLING STAMPING PLANT

35777 VAN DYKE

STERLING HEIGHTS, MI US 48312

**Dock:**

**Sold To:** DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58674 | 06215 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 3 | CP4845VL | EA | RC | 0 | 3 | 0 | LB | 248 |
| | RETURNABLE LID | | | | | 0 | KG | |
| | P.O. #: | | | | | | | |

**Comments:**    7 TOTAL CONTAINERS

| | | | |
|---|---|---|---|
| **Gross:** | 3,175 | LB | 1,440 KG |
| **Tare:** | 484 | LB | 220 KG |
| **Net:** | 2,691 | LB | 1,221 KG |
| **Pallets:** | 7 | | |
| **CTNS:** | 108 | | |



**STAMPING & DIE COMPANY**

INVOICE PAGE
ASN/SID# 058675    2
DATE
03/17/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

```
SOLD TO: DCX01                      SHIP TO: 2462

CHRYSLER COMPANY, LLC               #2462 TOLEDO NORTH ASSY PLANT
P.O. BOX 537927                     4400 CHRYSLER DRIVE
LIVONIA, MI US 48153                TOLEDO, OH US 43608

                                    DOCK: 5D
```

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58675 | 058675 | 03/17/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 12 | DELUXE S # CT241509<br>CT241509<br>RETURNABLE TOTE | EA | .00000000 | .00 |

```
COMMENTS: 4 TOTAL CONTAINERS          SALES AMOUNT        1,113.10

                                      MISC CHARGES             .00
RELEASE:  023000200903170937              FREIGHT             .00

                                      INVOICE AMOUNT      1,113.10
```

INVOICE PAGE
ASN/SID# 058675    1
DATE
03/17/09

# Deluxe
## STAMPING & DIE COMPANY

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 2462

#2462 TOLEDO NORTH ASSY PLANT
4400 CHRYSLER DRIVE
TOLEDO, OH US 43608

DOCK: 5D

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58675 | 058675 | 03/17/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 540 | DELUXE S # 55113270AA<br>55113270AA<br>BRKT MODULE MTG UPR<br>P.O.-#: O8135011M | EA | .66330000 | 358.18 |
| 390 | DELUXE S # 57010166AA<br>57010166AA<br>BRKT SILL MLDG MTG RT<br>P.O.-#: O8135012K | EA | .52500000 | 204.75 |
| 390 | DELUXE S # 57010167AA<br>57010167AA<br>BRKT SILL MLDG MTG LT<br>P.O.-#: O8135012K | EA | .52500000 | 204.75 |
| 1800 | DELUXE S # 57010183AB<br>57010183AB<br>TAPPING PLATE FLIPPER HINGE<br>P.O.-#: O8135010L | EA | .19190000 | 345.42 |
| 48 | DELUXE S # CT121507<br>CT121507<br>RETURNABLE TOTE | EA | .00000000 | .00 |

COMMENTS: 4 TOTAL CONTAINERS

RELEASE:  023000200903170937

**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable**

Shipper's No. _58675_

LGSI: LOGISTICS INSIGHT

(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No. _735157_

AT:STERLING HTS.   MI   USA   48312                ON: 3/17/2009

FROM:Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO:00143 LOGISTICS INSIGHT PLANTS: 02462    (Mail or street address of consignee – For purposes of notification only.)

LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.

DESTINATION : DETROIT, MI   48210    (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____    Car or Vehicle Initials _____    No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 4 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br>The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | 48 CONTAINERS:<br>AUTO PARTS NOIBN<br>CT121507 TOTES ON PALLET(S)<br>ITEM: CT121507 | 523 | | |
| | | 12 CONTAINERS:<br>AUTO PARTS NOIBN<br>CT241509 TOTES ON PALLET(S)<br>ITEM: CT241509 | 487 | | Per _____<br>(Signature of Consignor.) |

Destination        pallets ctns Net_wt Tare_wt Gross_wt

#2462 TOLEDO NORTH ASSY PLANT (058675)    DK: 5D
                        4   60   729   280   1009

Packing slips # 058675

        PACKING SLIP 058675 ATTACHED
        SUPPLIER CODE:  30811

[signature] Jacks M
73 5157

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____
to apply in prepayment of the charges on the property described hereon.

COLLECT

(Agent or Cashier )

Per _____
(This signature here acknowledges only the amounts prepaid.)

Charges Advanced

$ _____

SHIPPERS CERTIFICATION. This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____    TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI   USA   48312

Shipper, Per _____

Agent, Per _____

**SHIPPER**




STAMPING & DIE COMPANY

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 58675**

**DATE:** 3/17/2009

**Ship To:** 2462

#2462 TOLEDO NORTH ASSY PLANT

4400 CHRYSLER DRIVE

TOLEDO, OH US 43608

**Dock:** 5D

**Sold To:** DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58675 | 02462 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 540 | 55113270AA<br>BRKT MODULE MTG UPR<br>P.O. #: O8135011M | EA | CTN71<br>CT121507 | 15 | 36 | 427<br>194 | LB<br>KG | 30,941 |
| 390 | 57010166AA<br>BRKT SILL MLDG MTG RT<br>P.O. #: O8135012K | EA | CTN71<br>CT241509 | 65 | 6 | 151<br>69 | LB<br>KG | 32,141 |
| 390 | 57010167AA<br>BRKT SILL MLDG MTG LT<br>P.O. #: O8135012K | EA | CTN71<br>CT241509 | 65 | 6 | 151<br>69 | LB<br>KG | 31,361 |
| 1,800 | 57010183AB<br>TAPPING PLATE FLIPPER HINGE<br>P.O. #: O8135010L | EA | CTN71<br>CT121507 | 150 | 12 | 0<br>0 | LB<br>KG | 75,838 |
| 48 | CT121507<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 5,208 |
| 12 | CT241509<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 960 |

**Comments:**    4 TOTAL CONTAINERS

| | | | |
|---|---|---|---|
| **Gross:** | 1,009 | LB | 458 KG |
| **Tare:** | 280 | LB | 127 KG |
| **Net:** | 729 | LB | 331 KG |
| **Pallets:** | 4 | | |
| **CTNS:** | 60 | | |



**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

INVOICE PAGE
ASN/SID# 058676    1
DATE
03/17/09

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 5305

#5305 KOKOMO TRANSMISSION PLT
2401 S. REED ROAD
KOKOMO, IN US 46902

DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58676 | 058676 | 03/17/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 10000 | DELUXE S # 04431711<br>04431711<br>SPRING RETAINER<br>P.O.-#: O5132112R | EA | .10650000 | 1,065.00 |
| 900 | DELUXE S # 05078868AA<br>05078868AA<br>END COVER LOWER<br>P.O.-#: O7128228I | EA | .09890000 | 89.01 |
| 1 | DELUXE S # 0000CC30<br>0000CC30<br>RETURNABLE CONTAINER | EA | .00000000 | .00 |
| 3 | DELUXE S # CT121505<br>CT121505<br>RETURNABLE TOTE | EA | .00000000 | .00 |

COMMENTS: 2 TOTAL CONTAINERS

RELEASE:  023001200903170937

| | |
|---|---|
| SALES AMOUNT | 1,154.01 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 1,154.01 |

# UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable

58676

LGSI: LOGISTICS INSIGHT

Shipper's No. _____

(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No. **73 5157**

AT: STERLING HTS.    MI  USA  48312          ON: 3/17/2009

FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
    Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee – For purposes of notification only.)

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 05305
              LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI  48210

(To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____  Car or Vehicle Initials _____  No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 2 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | 1 CONTAINERS: | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | AUTO PARTS NOI | 750 | | |
| | | CC30 BLUE PLASTIC BIN | | | |
| | | ITEM: 0000CC30 | | | |
| | | | | | |
| | | 3 CONTAINERS: | | | |
| | | AUTO PARTS NOIBN | 87 | | Per _____ |
| | | CT121505 TOTES ON PALLET(S) | | | (Signature of Consignor) |
| | | ITEM: CT121505 | | | |

Destination      pallets ctns Net_wt Tare_wt Gross_wt

#5305 KOKOMO TRANSMISSION PLT (058676)    DK:
                        1    4   741    96    837

Packing slips # 058676

        PACKING SLIP 058676 ATTACHED
        SUPPLIER CODE:  30811

*(signature)* 73 5157

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Per _____
(Signature of Consignor)

Received $ _____
to apply in prepayment of the charges on the property described hereon.

COLLECT

_____
(Agent or Cashier)

Per _____
(This signature here acknowledges only the amounts prepaid.)

Charges Advanced:

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.       SIGNATURE _____       TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.    MI  USA  48312          Shipper, Per _____       Agent, Per _____

**SHIPPER**



6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 58676**

**DATE:** 3/17/2009

Ship To: 5305

#5305 KOKOMO TRANSMISSION PLT

2401 S. REED ROAD

KOKOMO, IN US 46902

Dock:

Sold To:    DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58676 | 05305 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 10,000 | 04431711 SPRING RETAINER P.O. #: O5132112R | EA | SKD71 0000CC30 | 10,000 | 1 | 700 318 | LB KG | 350,000 |
| 900 | 05078868AA END COVER LOWER P.O. #: O7128228I | EA | CTN71 CT121505 | 300 | 3 | 41 18 | LB KG | 126,300 |
| 1 | 0000CC30 RETURNABLE CONTAINER P.O. #: | EA | RC | 0 | 0 | 0 0 | LB KG | 35 |
| 3 | CT121505 RETURNABLE TOTE P.O. #: | EA | RC | 0 | 0 | 0 0 | LB KG | 410 |

**Comments:**    2 TOTAL CONTAINERS

| | | | |
|---|---|---|---|
| Gross: | 837 | LB | 379 KG |
| Tare: | 96 | LB | 44 KG |
| Net: | 741 | LB | 336 KG |
| Pallets: | 1 | | |
| CTNS: | 4 | | |



**STAMPING & DIE COMPANY**

INVOICE PAGE
ASN/SID# 058677    2
DATE
03/17/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

```
SOLD TO: DCX01                        SHIP TO: 2452

CHRYSLER COMPANY, LLC                 #2452(N) WARREN TRUCK ASSY PLT
P.O. BOX 537927                       6500 HUBER STREET
LIVONIA, MI US 48153                  DETROIT, MI 48211

                                      DOCK: XL
```

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58677 | 058677 | 03/17/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 4 | DELUXE S # CP4845SP<br>CP4845SP<br>RETURNABLE PALLET | EA | .00000000 | .00 |
| 4 | DELUXE S # CP4845VL<br>CP4845VL<br>RETURNABLE LID | EA | .00000000 | .00 |

```
COMMENTS: 6 TOTAL CONTAINERS          SALES AMOUNT        2,716.64

                                      MISC CHARGES             .00
RELEASE:  023002200903170937          FREIGHT                  .00

                                      INVOICE AMOUNT      2,716.64
```

INVOICE PAGE
ASN/SID# 058677    1
DATE
03/17/09

# Deluxe
## STAMPING & DIE COMPANY

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 2452

#2452(N) WARREN TRUCK ASSY PLT
6500 HUBER STREET
DETROIT, MI 48211

DOCK: XL

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58677 | 058677 | 03/17/09 | LGSI: LOGISTICS | LEN | | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 1092 | DELUXE S # 52010138AG 52010138AG SHIELD SPLASH ROTOR RT P.O.-#: O3132030V | EA | 1.21210000 | 1,323.61 |
| 936 | DELUXE S # 52010139AG 52010139AG SHIELD SPLASH ROTOR LT P.O.-#: O3132032V | EA | 1.21210000 | 1,134.53 |
| 156 | DELUXE S # 52855010AD 52855010AD SHIELD ASSY SPLASH BRAKE P.O.-#: O5132138S | EA | .82850000 | 129.25 |
| 156 | DELUXE S # 52855011AD 52855011AD SHIELD ASSY SPLASH BRAKE P.O.-#: O5132139S | EA | .82850000 | 129.25 |
| 90 | DELUXE S # CT241505 CT241505 RETURNABLE TOTE | EA | .00000000 | .00 |

COMMENTS: 6 TOTAL CONTAINERS

RELEASE:  023002200903170937

# UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable



LGSI: LOGISTICS INSIGHT

(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Shipper's No. _____ 58677

Carrier's No. **735/57**

AT:STERLING HTS.   MI  USA  48312      ON: 3/17/2009
FROM:Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO:00143 LOGISTICS INSIGHT PLANTS: 02452N
              LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.

(Mail or street address of consignee – For purposes of notification only.)

A

DESTINATION : DETROIT, MI  48210

Route _____

(* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier _____        Car or Vehicle Initials _____   No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE |
|---|---|---|---|---|
| 6 | | TOTAL PALLETS | | |
| | | 90 CONTAINERS: AUTO PARTS NOIBN CT241505 TOTES ON PALLET(S) ITEM: CT241505 | 2301 | |
| | | 4 CONTAINERS: AUTO PARTS NOI CPSP RETURNABLE PALLET ITEM: CP4845SP | | |
| | | 4 CONTAINERS: AUTO PARTS NOI CPVL RETURNABLE LID ITEM: CP4845VL | 240 | |

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of Consignor.)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____
to apply in prepayment of the charges on the property described hereon.

| Destination | pallets | ctns | Net_wt | Tare_wt | Gross_wt |
|---|---|---|---|---|---|
| #2452(N) WARREN TRUCK ASSY PLT(058677) DK: XL | 6 | 98 | 2120 | 420 | 2540 |

Packing slips # 058677

PACKING SLIP 058677 ATTACHED
SUPPLIER CODE:  30811

*[signature]*
735157

COLLECT
(Agent or Cashier.)

Per _____
(This signature here acknowledges only the amounts prepaid.)

Charges Advanced:

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____      TITLE _____

* If the shipment moves between two ports by a carrer by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI  USA  48312

Shipper, Per _____        Agent, Per _____



**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 2

**ASN/SID#:  58677**

**DATE:**  3/17/2009

Ship To: 2452

#2452(N) WARREN TRUCK ASSY PLT

6500 HUBER STREET

DETROIT, MI  48211

**Dock:**  XL

Sold To:    DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58677 | 02452N | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 1,092 | 52010138AG<br>SHIELD SPLASH ROTOR RT<br>P.O. #: O3132030V | EA | CTN71<br>CT241505 | 26 | 42 | 1,016<br>461 | LB<br>KG | 77,567 |
| 936 | 52010139AG<br>SHIELD SPLASH ROTOR LT<br>P.O. #: O3132032V | EA | CTN71<br>CT241505 | 26 | 36 | 870<br>395 | LB<br>KG | 77,567 |
| 156 | 52855010AD<br>SHIELD ASSY SPLASH BRAKE<br>P.O. #: O5132138S | EA | CTN71<br>CT241505 | 26 | 6 | 109<br>50 | LB<br>KG | 7,838 |
| 156 | 52855011AD<br>SHIELD ASSY SPLASH BRAKE<br>P.O. #: O5132139S | EA | CTN71<br>CT241505 | 26 | 6 | 125<br>57 | LB<br>KG | 6,902 |
| 90 | CT241505<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 5,806 |
| 4 | CP4845SP<br>RETURNABLE PALLET<br>P.O. #: | EA | RC | 0 | 4 | 0<br>0 | LB<br>KG | 2,399 |
| 4 | CP4845VL<br>RETURNABLE LID<br>P.O. #: | EA | RC | 0 | 4 | 0<br>0 | LB<br>KG | 2,374 |





**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

**ASN/SID#: 58677**

**DATE:** 3/17/2009

| | | | |
|---|---|---|---|
| **Gross:** | 2,540 | LB | 1,152 KG |
| **Tare:** | 420 | LB | 191 KG |
| **Net:** | 2,120 | LB | 962 KG |
| **Pallets:** | 6 | | |
| **CTNS:** | 98 | | |

**Comments:**    6 TOTAL CONTAINERS

# Deluxe
## STAMPING & DIE COMPANY

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 4012

#4012(N) JEFFERSON NORTH ASSY
TDS US 11851 FREUD
DETROIT, MI US 48214

DOCK: SL

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58678 | 058678 | 03/17/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 1440 | DELUXE S # 55116622AB<br>55116622AB<br>BRACKET-INSTRUMENT<br>P.O.-#: O5135102P | EA | .18780000 | 270.43 |
| 12 | DELUXE S # CT121507<br>CT121507<br>RETURNABLE TOTE | EA | .00000000 | .00 |
| 1 | DELUXE S # CP4845SP<br>CP4845SP<br>RETURNABLE PALLET | EA | .00000000 | .00 |
| 1 | DELUXE S # CP4845VL<br>CP4845VL<br>RETURNABLE LID | EA | .00000000 | .00 |

COMMENTS:

RELEASE:    023003200903170937

| | |
|---|---|
| SALES AMOUNT | 270.43 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 270.43 |

**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable**

LGSI: LOGISTICS INSIGHT
_____
(Name of Carrier)
RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Shipper's No.                    58678

Carrier's No.   733157

AT:STERLING HTS.   MI  USA  48312          ON: 3/17/2009
FROM:Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO:00143 LOGISTICS INSIGHT PLANTS: 04012N
        LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI  48210

(Mail or street address of consignee - For purposes of notification only.)
A, 04012

(* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

**Route** _____
**Delivering Carrier** _____ **Car or Vehicle Initials** _____ **No.** _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 2 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | 12 CONTAINERS: AUTO PARTS NOIBN CT121507 TOTES ON PALLET(S) ITEM: CT121507 | 255 | | |
| | | 1 CONTAINERS: AUTO PARTS NOI CPSP RETURNABLE PALLET ITEM: CP4845SP | | | Per _____ (Signature of Consignor.) |
| | | 1 CONTAINERS: AUTO PARTS NOI CPVL RETURNABLE LID ITEM: CP4845VL | 40 | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | 1 CONTAINERS: AUTO PARTS NOI CC91 PLASTIC BIN ITEM: 0CC00091 | 715 | | Received $ to apply in prepayment of the charges on the property described hereon. |

Destination     pallets ctns Net_wt Tare_wt Gross_wt

COLLECT
(Agent or Cashier )

#4012(N) JEFFERSON NORTH ASSY (058678)   DK: SL
              1  14    230     64     294
#4012 JEFFERSON NORTH ASSY PLT(058679)   DK: 86
              0   1    575    140     715

Per _____
(This signature here acknowledges only the amounts prepaid.)

Packing slips # 058678 058679

Charges Advanced:

     PACKING SLIP 058678 ATTACHED
     SUPPLIER CODE:  30811

$ _____

SHIPPERS CERTIFICATION. This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____   TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

**NOTE**—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per _____

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die VC#30811
6690 Sterling Drive North
Sterling Hts., MI 48312

733157

Shipper, Per _____     Agent, Per _____

**SHIPPER**



6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 58678**

**DATE:** 3/17/2009

**Ship To:** 4012

#4012(N) JEFFERSON NORTH ASSY

TDS US 11851 FREUD

DETROIT, MI US 48214

**Dock:** SL

**Sold To:** DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58678 | 04012N | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 1,440 | 55116622AB BRACKET-INSTRUMENT P.O. #: O5135102P | EA | CTN71 CT121507 | 120 | 12 | 230 105 | LB KG | 88,430 |
| 12 | CT121507 RETURNABLE TOTE P.O. #: | EA | RC | 0 | 0 | 0 0 | LB KG | 14,663 |
| 1 | CP4845SP RETURNABLE PALLET P.O. #: | EA | RC | 0 | 1 | 0 0 | LB KG | 938 |
| 1 | CP4845VL RETURNABLE LID P.O. #: | EA | RC | 0 | 1 | 0 0 | LB KG | 920 |

**Comments:**

| | | |
|---|---|---|
| Gross: | 294 LB | 134 KG |
| Tare: | 64 LB | 29 KG |
| Net: | 230 LB | 105 KG |
| Pallets: | 1 | |
| CTNS: | 14 | |



**STAMPING & DIE COMPANY**

INVOICE PAGE
ASN/SID# 058679   1
DATE
03/17/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

```
SOLD TO: DCX01                          SHIP TO: 401A

CHRYSLER COMPANY, LLC                   #4012 JEFFERSON NORTH ASSY PLT
P.O. BOX 537927                         2101 CONNER AVE
LIVONIA, MI US 48153                    DETROIT, MI USA 48215--2763

                                        DOCK: 86
```

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58678 | 058679 | 03/17/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 144 | DELUXE S # 52089360AB<br>52089360AB<br>HOOK ASSY TOW LT<br>P.O.-#: O5137090P | EA | 7.93220000 | 1,142.24 |
| 1 | DELUXE S # 0CC00091<br>0CC00091<br>RETURNABLE CONTAINER | EA | .00000000 | .00 |

```
COMMENTS:                               SALES AMOUNT        1,142.24

                                        MISC CHARGES             .00
RELEASE:  023003200903170937            FREIGHT                  .00

                                        INVOICE AMOUNT      1,142.24
```

# UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable

58678

**Shipper's No.**

LGSI: LOGISTICS INSIGHT

(Name of Carrier)
RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

**Carrier's No.** 733157

AT: STERLING HTS.   MI   USA   48312

ON: 3/17/2009

FROM: Deluxe Stamping & Die Co.

the property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee - For purposes of notification only.)

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 04012N     A, 04012
       LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI   48210      (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route

Delivering Carrier     Car or Vehicle Initials     No.

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 2 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | 12 CONTAINERS: AUTO PARTS NOIBN CT121507 TOTES ON PALLET(S) ITEM: CT121507 | 255 | | |
| | | 1 CONTAINERS: AUTO PARTS NOI CPSP RETURNABLE PALLET ITEM: CP4845SP | | | Per _____ (Signature of Consignor) |
| | | 1 CONTAINERS: AUTO PARTS NOI CPVL RETURNABLE LID ITEM: CP4845VL | 40 | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | 1 CONTAINERS: AUTO PARTS NOI CC91 PLASTIC BIN ITEM: 0CC00091 | 715 | | Received $ to apply in prepayment of the charges on the property described hereon. COLLECT (Agent or Cashier.) |

Destination     pallets ctns Net_wt Tare_wt Gross_wt

#4012(N) JEFFERSON NORTH ASSY (058678)   DK: SL
              1    14    230    64    294
#4012 JEFFERSON NORTH ASSY PLT(058679)   DK: 86
              0    1    575   140    715

Packing slips # 058678 058679

      PACKING SLIP 058678 ATTACHED
      SUPPLIER CODE: 30811

Per _____
(This signature here acknowledges only the amounts prepaid.)

Charges Advanced:

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE          TITLE

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE—Where the rate is dependant on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per _____

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

**Deluxe Stamping & Die VC#30811**
**6690 Sterling Drive North**
**Sterling Hts., MI 48312**

733157

Shipper, Per _____          Agent, Per _____

**SHIPPER**



6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#:  58679**

**DATE:**   3/17/2009

**Ship To:** 401A

#4012 JEFFERSON NORTH ASSY PLT

2101 CONNER AVE

DETROIT, MI USA 48215-2763

**Dock:**   86

**Sold To:**     DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58678 | 04012 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 144 | 52089360AB<br>HOOK ASSY TOW LT<br>P.O. #: O5137090P | EA | SKD71<br>0CC00091 | 144 | 1 | 575<br>261 | LB<br>KG | 6,556 |
| 1 | 0CC00091<br>RETURNABLE CONTAINER<br>P.O. #: | EA | RC | 1 | 0 | 0<br>0 | LB<br>KG | 2,355 |

**Comments:**

| | | | |
|---|---|---|---|
| **Gross:** | 715 | LB | 324 KG |
| **Tare:** | 140 | LB | 64 KG |
| **Net:** | 575 | LB | 261 KG |
| **Pallets:** | 0 | | |
| **CTNS:** | 1 | | |



**STAMPING & DIE COMPANY**

INVOICE PAGE
ASN/SID# 058680    1
DATE
03/17/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 4025

#4025 DCX STERLING HGTS ASSY
38111 VAN DYKE AVE
STERLING HEIGHTS, MI US 48312

DOCK: SM

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58680 | 058680 | 03/17/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 770 | DELUXE S # 05155621AB<br>05155621AB<br>BRACKET WASHER RESERVOIR<br>P.O.-#: O7127022Q | EA | 2.75510000 | 2,121.43 |
| 11 | DELUXE S # 0CC00050<br>0CC00050<br>RETURNABLE CONTAINER | EA | .00000000 | .00 |

COMMENTS: 11 TOTAL CONTAINERS



RELEASE:  023004200903170937

SALES AMOUNT          2,121.43

MISC CHARGES              .00
FREIGHT                  .00

INVOICE AMOUNT        2,121.43

**UNIFORM STRAIGHT BILL OF LADING SHORT FORM-Original-Not Negotiable**



LGSI: LOGISTICS INSIGHT

Shipper's No.   58680

(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No.   73 5157

AT:STERLING HTS.   MI  USA  48312      ON: 3/17/2009

FROM:Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO:00143 LOGISTICS INSIGHT PLANTS: 04025     (Mail or street address of consignee – For purposes of notification only.)

LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.

DESTINATION : DETROIT, MI  48210      (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

**Route**

**Delivering Carrier** _____ Car or Vehicle Initials _____    No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 11 CTNS | | AUTO PARTS NOI CC50 RETURNABLE BIN ITEM: 0CC00050 | 1804 | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |

Destination     pallets ctns Net_wt Tare_wt Gross_wt

#4025 DCX STERLING HGTS ASSY   (058680)   DK: SM

          0    11   1143    660    1803

Packing slips # 058680

          PACKING SLIP 058680 ATTACHED
          SUPPLIER CODE:  30811

Per _____
(Signature of Consignor.)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____
to apply in prepayment of the charges on the property described hereon.

**COLLECT**

(Agent or Cashier.)

Per _____
(This signature here acknowledges only the amounts prepaid.)

*Jackie Morris*

73 5157

Charges Advanced

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SIGNATURE _____   TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI  USA  48312

Shipper, Per _____      Agent, Per _____

**SHIPPER**



**STAMPING & DIE COMPANY**

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#:  58680**

**DATE:**   3/17/2009

**Ship To:** 4025

#4025 DCX STERLING HGTS ASSY

38111 VAN DYKE AVE
STERLING HEIGHTS, MI US 48312

**Dock:**   SM

**Sold To:**     DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58680 | 04025 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 770 | 05155621AB<br>BRACKET WASHER RESERVOIR<br>P.O. #: O7127022Q | EA | SKD71<br>0CC00050 | 70 | 11 | 1,143<br>519 | LB<br>KG | 64,923 |
| 11 | 0CC00050<br>RETURNABLE CONTAINER<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 904 |

| **Comments:** | 11 TOTAL CONTAINERS | | | |
|---|---|---|---|---|

| **Gross:** | 1,803 | LB | 818 KG |
|---|---|---|---|
| **Tare:** | 660 | LB | 299 KG |
| **Net:** | 1,143 | LB | 519 KG |
| **Pallets:** | 0 | | |
| **CTNS:** | 11 | | |



## Deluxe
### STAMPING & DIE COMPANY

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

INVOICE PAGE
ASN/SID# 058681   1
DATE
03/17/09

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 402E

#4025(E) DCX SHAP C/O ANDROID
27767 GEORGE MERELLI DRIVE
WARREN, MI US 48092

DOCK: AN

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58681 | 058681 | 03/17/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 1200 | DELUXE S # 04721059AC<br>04721059AC<br>BRACKET<br>P.O.-#: O4129099AJ | EA | .81480000 | 977.76 |
| 12 | DELUXE S # CT121507<br>CT121507<br>RETURNABLE TOTE | EA | .00000000 | .00 |

COMMENTS:


RELEASE:   023005200903170937

| | |
|---|---|
| SALES AMOUNT | 977.76 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 977.76 |

**UNIFORM STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable**

58681

LGSI: LOGISTICS INSIGHT        Shipper's No. _____

(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No. **73 5153**

AT: STERLING HTS.   MI  USA  48312     ON: 3/17/2009

FROM: Deluxe Stamping & Die Co.       **73-5157**

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee – For purposes of notification only.)

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 04025E
       LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.

DESTINATION : DETROIT, MI  48210

(* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____ Car or Vehicle Initials _____ No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 1 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br><br>The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | 12 CONTAINERS: | | | |
| | | AUTO PARTS NOIBN | 370 | | |
| | | CT121507 TOTES ON PALLET(S) | | | |
| | | ITEM: CT121507 | | | |

Per _____
(Signature of Consignor.)

Destination      pallets ctns Net_wt Tare_wt Gross_wt

#4025(E) DCX SHAP C/O ANDROID (058681)   DK: AN

       1   12   306   64   370

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Packing slips # 058681

    PACKING SLIP 058681 ATTACHED
    SUPPLIER CODE:  30811

Received $ _____
to apply in prepayment of the charges on the property described hereon.

COLLECT

_____
(Agent or Cashier.)

Per _____

(This signature here acknowledges only the amounts prepaid.)

Charges Advanced:

$ _____

*73 5153*

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____ TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI  USA  48312

Shipper, Per _____      Agent, Per _____



**STAMPING & DIE COMPANY**

6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 58681**

**DATE:**  3/17/2009

**Ship To:** 402E

#4025(E) DCX SHAP C/O ANDROID

27767 GEORGE MERELLI DRIVE

WARREN, MI US 48092

**Dock:**  AN

**Sold To:**    DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58681 | 04025E | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 1,200 | 04721059AC<br>BRACKET<br>P.O. #: O4129099AJ | EA | CTN71<br>CT121507 | 100 | 12 | 306<br>139 | LB<br>KG | 59,633 |
| 12 | CT121507<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 552 |

**Comments:**

| | | | |
|---|---|---|---|
| Gross: | 370 | LB | 168 KG |
| Tare: | 64 | LB | 29 KG |
| Net: | 306 | LB | 139 KG |
| Pallets: | 1 | | |
| CTNS: | 12 | | |



**STAMPING & DIE COMPANY**

INVOICE PAGE
ASN/SID# 058682    1
DATE
03/17/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 4087

#4087(G) ST.LOUIS ASSY II NRTH
LINC 2219 HITZERT COURT
FENTON, MO US 63026

DOCK: LN

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58682 | 058682 | 03/17/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 312 | DELUXE S # 52010138AG<br>52010138AG<br>SHIELD SPLASH ROTOR RT<br>P.O.-#: O3132030V | EA | 1.21210000 | 378.18 |
| 312 | DELUXE S # 52010139AG<br>52010139AG<br>SHIELD SPLASH ROTOR LT<br>P.O.-#: O3132032V | EA | 1.21210000 | 378.18 |
| 24 | DELUXE S # CT241505<br>CT241505<br>RETURNABLE TOTE | EA | .00000000 | .00 |

COMMENTS: 2 TOTAL CONTAINERS

RELEASE:  023006200903170937

| | |
|---|---|
| SALES AMOUNT | 756.36 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 756.36 |

**UNIFORM STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable**



58682

_____ LGSI: LOGISTICS INSIGHT _____
(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Shipper's No. _____

Carrier's No. _73 5153_

AT: STERLING HTS.    MI  USA  48312        ON: 3/17/2009
FROM: Deluxe Stamping & Die Co.                    _73-5157_

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this a motor carrier shipment.
    Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee – For purposes of notification only.)

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 04087G        C
            LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
    DESTINATION : DETROIT, MI  48210        (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)
Route _____

| Delivering Carrier _____ | | | | Car or Vehicle Initials _____ | | No. _____ |
|---|---|---|---|---|---|---|
| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |

Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
    The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

2        TOTAL PALLETS

        24 CONTAINERS:
        AUTO PARTS NOIBN        709
        CT241505 TOTES ON PALLET(S)
        ITEM: CT241505

Per _____
(Signature of Consignor.)

Destination        pallets ctns Net_wt Tare_wt Gross_wt

If charges are to be prepaid, write or stamp here, "To be Prepaid."

#4087(G) ST.LOUIS ASSY II NRTH(058682)    DK: LN
                2   24    580    128    708

Packing slips # 058682

        PACKING SLIP 058682 ATTACHED
        SUPPLIER CODE:  30811

Received $_____
to apply in prepayment of the charges on the property described hereon.

COLLECT
_____
(Agent or Cashier )

_Judi M_
_73 5158_

Per _____
(This signature here acknowledges only the amounts prepaid.)

Charges Advanced:

$_____

SHIPPERS CERTIFICATION. This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SIGNATURE _____        TITLE _____

' If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.    MI  USA  48312

Shipper, Per _____        Agent, Per _____



**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#:  58682**

**DATE:**  3/17/2009

**Ship To:**  4087

#4087(G) ST.LOUIS ASSY II NRTH

LINC 2219 HITZERT COURT

FENTON, MO US 63026

**Dock:**  LN

**Sold To:**    DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58682 | 04087G | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 312 | 52010138AG<br>SHIELD SPLASH ROTOR RT<br>P.O. #: O3132030V | EA | CTN71<br>CT241505 | 26 | 12 | 290 LB<br>132 KG | | 26,176 |
| 312 | 52010139AG<br>SHIELD SPLASH ROTOR LT<br>P.O. #: O3132032V | EA | CTN71<br>CT241505 | 26 | 12 | 290 LB<br>132 KG | | 26,190 |
| 24 | CT241505<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 1 | 0 | 0 LB<br>0 KG | | 35,096 |

| **Comments:**  2 TOTAL CONTAINERS | | |
|---|---|---|
| **Gross:** | 708 LB | 321 KG |
| **Tare:** | 128 LB | 58 KG |
| **Net:** | 580 LB | 263 KG |
| **Pallets:** | 2 | |
| **CTNS:** | 24 | |



**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

INVOICE PAGE
ASN/SID# 058683    2
DATE
03/17/09

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 8068

#8068 CHRYS DE VENEZUELA LL
AV PANCHO PEPE CROQUER
VALENCIA
CARABOBO, VE 48192
DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58683 | 058683 | 03/17/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 80 | DELUXE S # 52090399AC<br>52090399AC<br>BRKT-T/HOOK<br>P.O.-#: O5137092S | EA | 3.10440000 | 248.35 |
| | PKG CHG | | | 4.00 |
| 48 | DELUXE S # EXP0121507<br>EXP0121507<br>EXPENDABLE CARTON | EA | .00000000 | .00 |
| 12 | DELUXE S # EXP0121509<br>EXP0121509<br>EXPENDABLE CARTON | EA | .00000000 | .00 |
| 4 | DELUXE S # EXP0242209<br>EXP0242209<br>EXPENDABLE CARTON | EA | .00000000 | .00 |

COMMENTS: 5 TOTAL CONTAINERS

RELEASE:  023007200903170937

| | |
|---|---|
| SALES AMOUNT | 2,404.69 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 2,404.69 |



INVOICE PAGE
ASN/SID# 058683    1
DATE
03/17/09

**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01                          SHIP TO: 8068

CHRYSLER COMPANY, LLC                   #8068 CHRYS DE VENEZUELA LL
P.O. BOX 537927                         AV PANCHO PEPE CROQUER
LIVONIA, MI US 48153                    VALENCIA
                                        CARABOBO, VE 48192
                                        DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58683 | 058683 | 03/17/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 480 | DELUXE S # 05115211AB<br>05115211AB<br>PLTE SIDE SILL LT<br>P.O.-#: O6127191T | EA | .69000000 | 331.20 |
| | PKG CHG | | | 23.76 |
| 1800 | DELUXE S # 55113275AA<br>55113275AA<br>BRKT FNDR MDPNT MTG LT<br>P.O.-#: O8135013L | EA | .18520000 | 333.36 |
| | PKG CHG | | | 227.34 |
| 48 | DELUXE S # 52089357AB<br>52089357AB<br>HOOK ASSY TOW RT<br>P.O.-#: O5137089P | EA | 7.93220000 | 380.75 |
| | PKG CHG | | | 31.48 |
| 96 | DELUXE S # 52089360AB<br>52089360AB<br>HOOK ASSY TOW LT<br>P.O.-#: O5137090P | EA | 7.93220000 | 761.49 |
| | PKG CHG | | | 62.96 |

COMMENTS: 5 TOTAL CONTAINERS

RELEASE:   023007200903170937



**UNIFORM STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable**

Shipper's No. 58683

LGSI: LOGISTICS INSIGHT
(Name of Carrier)
RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No. 735157

AT: STERLING HTS.   MI  USA   48312        ON: 3/17/2009
FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee – For purposes of notification only.)

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 08068
          LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI  48210            (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____ Car or Vehicle Initials _____ No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 5 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | 48 CONTAINERS: AUTO PARTS NOIBN EXP0121507 CTN ON PALLET(S) ITEM: EXP0121507 | 952 | | |
| | | 12 CONTAINERS: AUTO PARTS NOIBN EXP0121509 CTN ON PALLET(S) ITEM: EXP0121509 | 285 | | Per _____ (Signature of Consignor.) |
| | | 4 CONTAINERS: AUTO PARTS NOIBN EXP0242209 CTN ON PALLET(S) ITEM: EXP0242209 | 312 | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |

Destination       pallets ctns Net_wt Tare_wt Gross_wt

#8068 CHRYS DE VENEZUELA LL   (058683)   DK:
              5   64  1260   288   1548

Packing slips # 058683

     PACKING SLIP 058683 ATTACHED
     SUPPLIER CODE:  30811

735157

Received $ _____
to apply in prepayment of the charges on the property described hereon.

COLLECT
_____
(Agent or Cashier)

Per _____
(This signature here acknowledges only the amounts prepaid.)

Charges Advanced:

$ _____

SHIPPERS CERTIFICATION. This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____     TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI  USA   48312

Shipper, Per _____        Agent, Per _____



**Deluxe**
STAMPING & DIE COMPANY

6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 2

**ASN/SID#:  58683**
**DATE:**  17/3/2009

| | |
|---|---|
| **Ship To:**  8068 | **Sold To:**   DCX01 |
| #8068 CHRYS DE VENEZUELA LL | CHRYSLER COMPANY, LLC |
| AV PANCHO PEPE CROQUER | P.O. BOX 537927 |
| VALENCIA | |
| CARABOBO,  VE 48192 | LIVONIA, MI US 48153 |

**Dock:**

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58683 | 08068 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 480 | 05115211AB<br>PLTE SIDE SILL LT<br>P.O. #: O6127191T | EA | CTN71<br>EXP0121507 | 40 | 12 | 317<br>144 | LB<br>KG | 2,040 |
| 1,800 | 55113275AA<br>BRKT FNDR MDPNT MTG LT<br>P.O. #: O8135013L | EA | CTN71<br>EXP0121509 | 150 | 12 | 261<br>118 | LB<br>KG | 4,128 |
| 48 | 52089357AB<br>HOOK ASSY TOW RT<br>P.O. #: O5137089P | EA | CTN71<br>EXP0121507 | 4 | 12 | 192<br>87 | LB<br>KG | 3,097 |
| 96 | 52089360AB<br>HOOK ASSY TOW LT<br>P.O. #: O5137090P | EA | CTN71<br>EXP0121507 | 4 | 24 | 383<br>174 | LB<br>KG | 3,001 |
| 80 | 52090399AC<br>BRKT-T/HOOK<br>P.O. #: O5137092S | EA | CTN71<br>EXP0242209 | 20 | 4 | 107<br>49 | LB<br>KG | 2,969 |
| 48 | EXP0121507<br>EXPENDABLE CARTON<br>P.O. #: | EA | RC | 1 | 0 | 0<br>0 | LB<br>KG | 5,318 |
| 12 | EXP0121509<br>EXPENDABLE CARTON<br>P.O. #: | EA | RC | 1 | 0 | 0<br>0 | LB<br>KG | 103 |
| 4 | EXP0242209<br>EXPENDABLE CARTON<br>P.O. #: | EA | RC | 1 | 0 | 0<br>0 | LB<br>KG | 1,044 |

# Deluxe
STAMPING & DIE COMPANY

**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

Page 2 of 2

**ASN/SID#:  58683**

**DATE:**  17/3/2009

**Comments:**    5 TOTAL CONTAINERS

| | | | |
|---|---|---|---|
| **Gross:** | 1,548 | LB | 702 KG |
| **Tare:** | 288 | LB | 131 KG |
| **Net:** | 1,260 | LB | 571 KG |
| **Pallets:** | 5 | | |
| **CTNS:** | 64 | | |



**STAMPING & DIE COMPANY**

INVOICE PAGE
ASN/SID# 058684    1
DATE
03/17/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (810) 264-9400 • Fax (810) 264-9224

SOLD TO: DCX01                          SHIP TO: 8072

CHRYSLER COMPANY, LLC                   #8072 AUTOMOBILPRODUKTION CHRY
P.O. BOX 537927                         C/O 04526 TDS EUROSTAR MATL CR
LIVONIA, MI US 48153                    20495 PENNSYLVANIA RD
                                        BROWNSTOWN, USA 48192
                                        DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58684 | 058684 | 03/17/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 4 | DELUXE S # 55396492AB<br>55396492AB<br>BRACE RADIATOR<br>P.O.-#: O6135040K | EA | 1.07610000 | 4.30 |
| 1 | DELUXE S # EXP0242209<br>EXP0242209<br>EXPENDABLE CARTON | EA | .00000000 | .00 |

COMMENTS:                               SALES AMOUNT        4.30

                                        MISC CHARGES         .00
RELEASE:  023008200903170937            FREIGHT              .00

                                        INVOICE AMOUNT      4.30

**UNIFORM STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable**

Shipper's No. 58684

LGSI: LOGISTICS INSIGHT
(Name of Carrier)

Carrier's No. 73 5157

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

AT: STERLING HTS.   MI  USA   48312        ON: 3/17/2009
FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee – For purposes of notification only.)

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 08072
            LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI  48210

(* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____   Car or Vehicle Initials _____   No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 1 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | 1 CONTAINERS: | | | |
| | | AUTO PARTS NOIBN | 45 | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | EXP0242209 CTN ON PALLET(S) | | | |
| | | ITEM: EXP0242209 | | | |
| | | | | | Per _____ |
| | | Destination    pallets ctns Net_wt Tare_wt Gross_wt | | | (Signature of Consignor.) |
| | | #8072 AUTOMOBILPRODUKTION CHRY(058684)    DK: | | | |
| | | 1    1    3    42    45 | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | Packing slips # 058684 | | | |
| | | PACKING SLIP 058684 ATTACHED | | | |
| | | SUPPLIER CODE:  30811 | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |
| | | | | | COLLECT |
| | | | | | (Agent or Cashier.) |
| | | | | | Per _____ |
| | | | | | (This signature here acknowledges only the amounts prepaid.) |
| | | | | | Charges Advanced |
| | | | | | $ |

SHIPPERS CERTIFICATION. This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____   TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.  MI  USA  48312

Shipper, Per _____        Agent, Per _____



**Deluxe**
STAMPING & DIE COMPANY

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#:** **58684**

**DATE:** 3/17/2009

**Ship To:** 8072

#8072 AUTOMOBILPRODUKTION CHRY

C/O 04526 TDS EUROSTAR MATL CR
20495 PENNSYLVANIA RD
BROWNSTOWN, USA 48192

**Dock:**

**Sold To:**    DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58684 | 08072 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 4 | 55396492AB BRACE RADIATOR P.O. #: O6135040K | EA | CTN71 EXP0242209 | 30 | 1 | 3 1 | LB KG | 798 |
| 1 | EXP0242209 EXPENDABLE CARTON P.O. #: | EA | RC | 0 | 0 | 0 0 | LB KG | 309 |

**Comments:**

| | | | |
|---|---|---|---|
| Gross: | 45 | LB | 20 KG |
| Tare: | 42 | LB | 19 KG |
| Net: | 3 | LB | 1 KG |
| Pallets: | 1 | | |
| CTNS: | 1 | | |

# Deluxe
## STAMPING & DIE COMPANY

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (810) 264-9400 • Fax (810) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 8481

#8481 TOLUCA CAR ASSY PLANT
CHRYSLER DE MEXICO S A DE C V
CARR MEX TOL KM 60 5
TOLUCA, MX 50000
DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58685 | 058685 | 03/17/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 100 | DELUXE S # 05178547AA<br>05178547AA<br>BRKT ASSY RR SIDE RAIL SHIP<br>P.O.-#: O8127027D | EA | .85930000 | 85.93 |
| 1 | DELUXE S # 0000CC30<br>0000CC30<br>RETURNABLE CONTAINER | EA | .00000000 | .00 |

COMMENTS:

RELEASE:  023009200903170937

| | | |
|---|---|---|
| SALES AMOUNT | 85.93 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 85.93 |

**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable**



LGSI: LOGISTICS INSIGHT

Shipper's No.     58685

(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No.   73 5157

AT: STERLING HTS.   MI USA   48312          ON: 3/17/2009

FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back hereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee – For purposes of notification only.)

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 08481
                    LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.

DESTINATION : DETROIT, MI   48210          (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____  **Car or Vehicle Initials** _____  No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 1 CTNS | | AUTO PARTS NOI<br>CC30 BLUE PLASTIC BIN<br>ITEM: 0000CC30 | 225 | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignor, the consignor shall sign the following statement:<br><br>The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | Destination     pallets ctns Net_wt Tare_wt Gross_wt | | | |
| | | #8481 TOLUCA CAR ASSY PLANT    (058685)     DK: | | | Per _____<br>(Signature of Consignor.) |
| | | 0    1    180    45    225 | | | |
| | | Packing slips # 058685 | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | PACKING SLIP 058685 ATTACHED<br>SUPPLIER CODE:  30811 | | | |

Received $ _____
to apply in prepayment of the charges on the property described hereon.

COLLECT
_____
(Agent or Cashier)

Per _____
(This signature here acknowledges only the amounts prepaid.)

73 5157

Charges Advanced:

$ _____

SHIPPERS CERTIFICATION. This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation          SIGNATURE                    TITLE

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI   USA   48312

Shipper, Per _____          Agent, Per _____



**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#:** 58685

**DATE:** 17/3/2009

Ship To: 8481

#8481 TOLUCA CAR ASSY PLANT

CHRYSLER DE MEXICO S A DE C V
CARR MEX TOL KM 60 5
TOLUCA,  MX 50000

Sold To:      DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

Dock:

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58685 | 08481 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 100 | 05178547AA<br>BRKT ASSY RR SIDE RAIL SHIP<br>P.O. #: O8127027D | EA | SKD71<br>0000CC30 | 100 | 1 | 180<br>82 | LB<br>KG | 67,052 |
| 1 | 0000CC30<br>RETURNABLE CONTAINER<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 653 |

Comments:

| | | |
|---|---|---|
| **Gross:** | 225 LB | 102 KG |
| **Tare:** | 45 LB | 20 KG |
| **Net:** | 180 LB | 82 KG |
| **Pallets:** | 0 | |
| **CTNS:** | 1 | |

# Deluxe

## STAMPING & DIE COMPANY

INVOICE PAGE
ASN/SID# 058691    2
DATE
03/18/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (810) 264-9400 • Fax (810) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 2462

#2462 TOLEDO NORTH ASSY PLANT
4400 CHRYSLER DRIVE
TOLEDO, OH US 43608

DOCK: 5D

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58691 | 058691 | 03/18/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 720 | DELUXE S # 57010203AA<br>57010203AA<br>REINF ASSY LIFTGATE FLIPPER LA<br>P.O.-#: O8135021M | EA | .40810000 | 293.83 |
| 96 | DELUXE S # CT121507<br>CT121507<br>RETURNABLE TOTE | EA | .00000000 | .00 |
| 6 | DELUXE S # CT241509<br>CT241509<br>RETURNABLE TOTE | EA | .00000000 | .00 |
| 12 | DELUXE S # CT121505<br>CT121505<br>RETURNABLE TOTE | EA | .00000000 | .00 |
| 1 | DELUXE S # CP4845SP<br>CP4845SP<br>RETURNABLE PALLET | EA | .00000000 | .00 |
| 1 | DELUXE S # CP4845VL<br>CP4845VL<br>RETURNABLE LID | EA | .00000000 | .00 |

COMMENTS: 6 TOTAL CONTAINERS

RELEASE:  023012200903180927

| | |
|---|---|
| SALES AMOUNT | 1,526.08 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 1,526.08 |

# Deluxe
## STAMPING & DIE COMPANY

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (810) 264-9400 • Fax (810) 264-9224

INVOICE PAGE
ASN/SID# 058691    1
DATE
03/18/09

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 2462

#2462 TOLEDO NORTH ASSY PLANT
4400 CHRYSLER DRIVE
TOLEDO, OH US 43608

DOCK: 5D

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58691 | 058691 | 03/18/09 | LGSI: LOGISTICS | LEN | | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 540 | DELUXE S # 55113270AA<br>55113270AA<br>BRKT MODULE MTG UPR<br>P.O.-#: O8135011M | EA | .66330000 | 358.18 |
| 540 | DELUXE S # 55113271AA<br>55113271AA<br>BRKT MODULE MTG UPR<br>P.O.-#: O8135011M | EA | .66330000 | 358.18 |
| 840 | DELUXE S # 55113274AA<br>55113274AA<br>BRKT FENDER MDPNT MTG RT<br>P.O.-#: O8135013L | EA | .18520000 | 155.57 |
| 840 | DELUXE S # 55113275AA<br>55113275AA<br>BRKT FNDR MDPNT MTG LT<br>P.O.-#: O8135013L | EA | .18520000 | 155.57 |
| 390 | DELUXE S # 57010167AA<br>57010167AA<br>BRKT SILL MLDG MTG LT<br>P.O.-#: O8135012K | EA | .52500000 | 204.75 |

COMMENTS: 6 TOTAL CONTAINERS

RELEASE:   023012200903180927

# UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable

Shipper's No. **58691**

LGSI: LOGISTICS INSIGHT

(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No. **53 5909**

AT: STERLING HTS.   MI USA  48312         ON: 3/17/2009

FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee – For purposes of notification only.)

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 02462
LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI  48210     (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____ Car or Vehicle Initials _____ No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 6 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | 96 CONTAINERS: AUTO PARTS NOIBN CT121507 TOTES ON PALLET(S) ITEM: CT121507 | 1287 | | |
| | | 6 CONTAINERS: AUTO PARTS NOIBN CT241509 TOTES ON PALLET(S) ITEM: CT241509 | 164 | | Per _____ (Signature of Consignor.) |
| | | 12 CONTAINERS: AUTO PARTS NOIBN CT121505 TOTES ON PALLET(S) ITEM: CT121505 | 165 | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | 1 CONTAINERS: AUTO PARTS NOI CPSP RETURNABLE PALLET ITEM: CP4845SP | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |
| | | 1 CONTAINERS: AUTO PARTS NOI CPVL RETURNABLE LID ITEM: CP4845VL | 240 | | COLLECT _____ (Agent or Cashier ) |

Per _____

(This signature here acknowledges only the amounts prepaid.)

| Destination | pallets ctns Net_wt Tare_wt Gross_wt | | | | |
|---|---|---|---|---|---|

#2462 TOLEDO NORTH ASSY PLANT (058691)   DK: 5D
            6   116   1386   468   1854

Charges Advanced:

$ _____

Packing slips # 058691

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SIGNATURE _____   TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per _____

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die  VC#30811

6690 Sterling Drive North

Sterling Hts., MI 48312

*535909*

Shipper, Per _____          Agent, Per _____

# Deluxe
### STAMPING & DIE COMPANY

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

**SHIPPER**

Page 1 of 2

**ASN/SID#: 58691**

**DATE:** 3/17/2009

**Ship To:** 2462

#2462 TOLEDO NORTH ASSY PLANT

4400 CHRYSLER DRIVE

TOLEDO, OH US 43608

**Dock:** 5D

**Sold To:** DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58691 | 02462 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 540 | 55113270AA<br>BRKT MODULE MTG UPR<br>P.O. #: O8135011M | EA | CTN71<br>CT121507 | 15 | 36 | 427 LB<br>194 KG | | 31,481 |
| 540 | 55113271AA<br>BRKT MODULE MTG UPR<br>P.O. #: O8135011M | EA | CTN71<br>CT121507 | 15 | 36 | 424 LB<br>192 KG | | 30,941 |
| 840 | 55113274AA<br>BRKT FENDER MDPNT MTG RT<br>P.O. #: O8135013L | EA | CTN71<br>CT121507 | 70 | 12 | 122 LB<br>55 KG | | 30,401 |
| 840 | 55113275AA<br>BRKT FNDR MDPNT MTG LT<br>P.O. #: O8135013L | EA | CTN71<br>CT121507 | 70 | 12 | 122 LB<br>55 KG | | 31,241 |
| 390 | 57010167AA<br>BRKT SILL MLDG MTG LT<br>P.O. #: O8135012K | EA | CTN71<br>CT241509 | 65 | 6 | 151 LB<br>69 KG | | 31,751 |
| 720 | 57010203AA<br>REINF ASSY LIFTGATE FLIPPER LA<br>P.O. #: O8135021M | EA | CTN71<br>CT121505 | 60 | 12 | 140 LB<br>64 KG | | 38,321 |
| 96 | CT121507<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 0 | 0 | 0 LB<br>0 KG | | 5,304 |
| 6 | CT241509<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 0 | 0 | 0 LB<br>0 KG | | 966 |



**Deluxe**
STAMPING & DIE COMPANY

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

**SHIPPER**

Page 2 of 2

**ASN/SID#: 58691**

**DATE:** 3/17/2009

**Ship To:** 2462

#2462 TOLEDO NORTH ASSY PLANT

4400 CHRYSLER DRIVE

TOLEDO, OH US 43608

**Dock:** 5D

**Sold To:** DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58691 | 02462 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 12 | CT121505 RETURNABLE TOTE P.O. #: | EA | RC | 0 | 0 | 0 LB | 0 KG | 624 |
| 1 | CP4845SP RETURNABLE PALLET P.O. #: | EA | RC | 0 | 1 | 0 LB | 0 KG | 555 |
| 1 | CP4845VL RETURNABLE LID P.O. #: | EA | RC | 0 | 1 | 0 LB | 0 KG | 555 |

**Comments:**   6 TOTAL CONTAINERS

| Gross: | 1,854 | LB | 841 KG |
|---|---|---|---|
| Tare: | 468 | LB | 212 KG |
| Net: | 1,386 | LB | 629 KG |
| Pallets: | 6 | | |
| CTNS: | 116 | | |



**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (810) 264-9400 • Fax (810) 264-9224

```
SOLD TO: DCX01                        SHIP TO: 5305

CHRYSLER COMPANY, LLC                 #5305 KOKOMO TRANSMISSION PLT
P.O. BOX 537927                       2401 S. REED ROAD
LIVONIA, MI US 48153                  KOKOMO, IN US 46902

                                      DOCK:
```

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58692 | 058692 | 03/18/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 900 | DELUXE S # 05078868AA<br>05078868AA<br>END COVER LOWER<br>P.O.-#: O7128228I | EA | .09890000 | 89.01 |
| 3 | DELUXE S # CT121505<br>CT121505<br>RETURNABLE TOTE | EA | .00000000 | .00 |

```
COMMENTS:                             SALES AMOUNT        89.01

                                      MISC CHARGES          .00
                                           FREIGHT          .00
RELEASE:  023013200903180927

                                      INVOICE AMOUNT      89.01
```

**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable**

LGSI: LOGISTICS INSIGHT

Shipper's No. _____ 58692

(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No. 535909

AT: STERLING HTS.   MI  USA  48312          ON: 3/18/2009

FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee – For purposes of notification only.)

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 05305
              LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI  48210

(* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____ Car or Vehicle Initials _____ No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 1 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable Bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | 3 CONTAINERS: AUTO PARTS NOIBN | 87 | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | CT121505 TOTES ON PALLET(S) ITEM: CT121505 | | | |
| | | | | | Per _____ (Signature of Consignor.) |

Destination      pallets ctns Net_wt Tare_wt Gross_wt

#5305 KOKOMO TRANSMISSION PLT (058692)    DK:
                    1     3    41    46     87

Packing slips # 058692

      PACKING SLIP 058692 ATTACHED
      SUPPLIER CODE:  30811

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____
to apply in prepayment of the charges on the property described hereon.

COLLECT
_____
(Agent or Cashier )

Per _____

(This signature here acknowledges only the amounts prepaid.)

Charges Advanced:

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____  TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI  USA  48312

Permanent post office address of shipper

Shipper, Per _____          Agent, Per _____



**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 58692**

**DATE:** 3/18/2009

**Ship To:** 5305

#5305 KOKOMO TRANSMISSION PLT

2401 S. REED ROAD

KOKOMO, IN US 46902

**Dock:**

**Sold To:**   DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58692 | 05305 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 900 | 05078868AA<br>END COVER LOWER<br>P.O. #: O71282281 | EA | CTN71<br>CT121505 | 300 | 3 | 41<br>18 | LB<br>KG | 127,200 |
| 3 | CT121505<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 413 |

**Comments:**

| | | | |
|---|---|---|---|
| **Gross:** | 87 | LB | 39 KG |
| **Tare:** | 46 | LB | 21 KG |
| **Net:** | 41 | LB | 18 KG |
| **Pallets:** | 1 | | |
| **CTNS:** | 3 | | |

**Deluxe**

STAMPING & DIE COMPANY

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (810) 264-9400 • Fax (810) 264-9224

INVOICE PAGE
ASN/SID# 058693   1
DATE
03/18/09

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 2452

#2452(N) WARREN TRUCK ASSY PLT
6500 HUBER STREET
DETROIT, MI 48211

DOCK: XL

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58693 | 058693 | 03/18/09 | LGSI: LOGISTICS | LEN | | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 936 | DELUXE S # 52010138AG<br>52010138AG<br>SHIELD SPLASH ROTOR RT<br>P.O.-#: O3132030V | EA | 1.21210000 | 1,134.53 |
| 936 | DELUXE S # 52010139AG<br>52010139AG<br>SHIELD SPLASH ROTOR LT<br>P.O.-#: O3132032V | EA | 1.21210000 | 1,134.53 |
| 156 | DELUXE S # 52855010AD<br>52855010AD<br>SHIELD ASSY SPLASH BRAKE<br>P.O.-#: O5132138S | EA | .82850000 | 129.25 |
| 312 | DELUXE S # 52855011AD<br>52855011AD<br>SHIELD ASSY SPLASH BRAKE<br>P.O.-#: O5132139S | EA | .82850000 | 258.49 |
| 90 | DELUXE S # CT241505<br>CT241505<br>RETURNABLE TOTE | EA | .00000000 | .00 |

COMMENTS: 6 TOTAL CONTAINERS

RELEASE:   023014200903180927

| | |
|---|---|
| SALES AMOUNT | 2,656.80 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 2,656.80 |

 

**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#:  58693**

**DATE:**  3/18/2009

Ship To: 2452

#2452(N) WARREN TRUCK ASSY PLT

6500 HUBER STREET

DETROIT, MI  48211

**Dock:**  XL

Sold To:    DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58693 | 02452N | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 936 | 52010138AG SHIELD SPLASH ROTOR RT P.O. #: O3132030V | EA | CTN71 CT241505 | 26 | 36 | 870 395 | LB KG | 78,503 |
| 936 | 52010139AG SHIELD SPLASH ROTOR LT P.O. #: O3132032V | EA | CTN71 CT241505 | 26 | 36 | 870 395 | LB KG | 78,503 |
| 156 | 52855010AD SHIELD ASSY SPLASH BRAKE P.O. #: O5132138S | EA | CTN71 CT241505 | 26 | 6 | 109 50 | LB KG | 7,994 |
| 312 | 52855011AD SHIELD ASSY SPLASH BRAKE P.O. #: O5132139S | EA | CTN71 CT241505 | 26 | 12 | 250 113 | LB KG | 7,214 |
| 90 | CT241505 RETURNABLE TOTE P.O. #: | EA | RC | 0 | 0 | 0 0 | LB KG | 5,896 |

**Comments:**    6 TOTAL CONTAINERS

| | | | |
|---|---|---|---|
| Gross: | 2,520 | LB | 1,143 KG |
| Tare: | 420 | LB | 191 KG |
| Net: | 2,100 | LB | 952 KG |
| Pallets: | 6 | | |
| CTNS: | 90 | | |

**Deluxe**
STAMPING & DIE COMPANY

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (810) 264-9400 • Fax (810) 264-9224

INVOICE PAGE
ASN/SID# 058694    1
DATE
03/18/09

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 4012

#4012(N) JEFFERSON NORTH ASSY
TDS US 11851 FREUD
DETROIT, MI US 48214

DOCK: SL

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58694 | 058694 | 03/18/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 1440 | DELUXE S # 55116622AB<br>55116622AB<br>BRACKET-INSTRUMENT<br>P.O.-#: O5135102P | EA | .18780000 | 270.43 |
| 1200 | DELUXE S # 55396492AB<br>55396492AB<br>BRACE RADIATOR<br>P.O.-#: O6135040K | EA | 1.07610000 | 1,291.32 |
| 12 | DELUXE S # CT121507<br>CT121507<br>RETURNABLE TOTE | EA | .00000000 | .00 |
| 30 | DELUXE S # CT241505<br>CT241505<br>RETURNABLE TOTE | EA | .00000000 | .00 |
| 1 | DELUXE S # CP4845SP<br>CP4845SP<br>RETURNABLE PALLET | EA | .00000000 | .00 |
| 1 | DELUXE S # CP4845VL<br>CP4845VL<br>RETURNABLE LID | EA | .00000000 | .00 |

COMMENTS: 2 TOTAL CONTAINERS

RELEASE:  023015200903180927

| | |
|---|---|
| SALES AMOUNT | 1,561.75 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 1,561.75 |

**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable**

LGSI: LOGISTICS INSIGHT

(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Shipper's No. 58694

Carrier's No. 53590ⁿ

AT: STERLING HTS.   MI   USA   48312     ON: 3/18/2009
FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
    Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee – For purposes of notification only.)

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 04012N     A, 04012
              LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI   48210     (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)
Route

Delivering Carrier _____ Car or Vehicle Initials _____ No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 3 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | 12 CONTAINERS: AUTO PARTS NOIBN CT121507 TOTES ON PALLET(S) ITEM: CT121507 | 255 | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | 30 CONTAINERS: AUTO PARTS NOIBN CT241505 TOTES ON PALLET(S) ITEM: CT241505 | 888 | | Per _____ (Signature of Consignor.) |
| | | 1 CONTAINERS: AUTO PARTS NOI CPSP RETURNABLE PALLET ITEM: CP4845SP | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | 1 CONTAINERS: AUTO PARTS NOI CPVL RETURNABLE LID ITEM: CP4845VL | 80 | | Received $ to apply in prepayment of the charges on the property described hereon. |
| | | 1 CONTAINERS: AUTO PARTS NOI CC91 PLASTIC BIN ITEM: 0CC00091 | 715 | | COLLECT (Agent or Cashier.) |

Per _____

(This signature here acknowledges only the amount prepaid.)

| Destination | pallets | ctns | Net_wt | Tare_wt | Gross_wt |
|---|---|---|---|---|---|
| #4012(N) JEFFERSON NORTH ASSY (058694) | | | DK: | SL | |
| | 2 | 44 | 1058 | 164 | 1222 |
| #4012 JEFFERSON NORTH ASSY PLT (058695) | | | DK: | 86 | |
| | 0 | 1 | 575 | 140 | 715 |

Charges Advanced

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SIGNATURE _____ TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die  VC#30811
6690 Sterling Drive North
Sterling Hts., MI 48312

Shipper, Per _____     Agent, Per _____



**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#:** 58694

**DATE:** 3/18/2009

**Ship To:** 4012

#4012(N) JEFFERSON NORTH ASSY

TDS US 11851 FREUD

DETROIT, MI US 48214

**Dock:** SL

**Sold To:** DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58694 | 04012N | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 1,440 | 55116622AB<br>BRACKET-INSTRUMENT<br>P.O. #: O5135102P | EA | CTN71<br>CT121507 | 120 | 12 | 230<br>105 | LB<br>KG | 89,870 |
| 1,200 | 55396492AB<br>BRACE RADIATOR<br>P.O. #: O6135040K | EA | CTN71<br>CT241505 | 40 | 30 | 828<br>376 | LB<br>KG | 12,222 |
| 12 | CT121507<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 14,675 |
| 30 | CT241505<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 1 | 0 | 0<br>0 | LB<br>KG | 300 |
| 1 | CP4845SP<br>RETURNABLE PALLET<br>P.O. #: | EA | RC | 0 | 1 | 0<br>0 | LB<br>KG | 939 |
| 1 | CP4845VL<br>RETURNABLE LID<br>P.O. #: | EA | RC | 0 | 1 | 0<br>0 | LB<br>KG | 921 |

**Comments:**    2 TOTAL CONTAINERS

| | | | |
|---|---|---|---|
| **Gross:** | 1,222 | LB | 554 KG |
| **Tare:** | 164 | LB | 74 KG |
| **Net:** | 1,058 | LB | 480 KG |
| **Pallets:** | 2 | | |
| **CTNS:** | 44 | | |



**STAMPING & DIE COMPANY**

INVOICE PAGE
ASN/SID# 058695    1
DATE
03/18/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (810) 264-9400 • Fax (810) 264-9224

```
SOLD TO: DCX01                    SHIP TO: 401A

CHRYSLER COMPANY, LLC             #4012 JEFFERSON NORTH ASSY PLT
P.O. BOX 537927                   2101 CONNER AVE
LIVONIA, MI US 48153              DETROIT, MI USA 48215--2763

                                  DOCK: 86
```

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58694 | 058695 | 03/18/09 | LGSI: LOGISTICS | LEN | | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 144 | DELUXE S # 52089357AB<br>52089357AB<br>HOOK ASSY TOW RT<br>P.O.-#: O5137089P | EA | 7.93220000 | 1,142.24 |
| 1 | DELUXE S # 0CC00091<br>0CC00091<br>RETURNABLE CONTAINER | EA | .00000000 | .00 |

```
COMMENTS:                         SALES AMOUNT        1,142.24

                                  MISC CHARGES             .00
RELEASE:  023015200903180927           FREIGHT             .00

                                  INVOICE AMOUNT      1,142.24
```



**UNIFORM STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable**

LGSI: LOGISTICS INSIGHT

(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Shipper's No. _____ 58694

Carrier's No. 5 3 5 9 0 9

AT: STERLING HTS.    MI    USA    48312    ON: 3/18/2009

FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee – For purposes of notification only.)

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 04012N    A, 04012
LINC CROSSDOCK – DETROIT 3685 CENTRAL AVE.

DESTINATION : DETROIT, MI   48210    (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____    Car or Vehicle Initials _____    No. _____

| Delivering Carrier | | | | | |
|---|---|---|---|---|---|
| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |

**3**

TOTAL PALLETS

12 CONTAINERS:
AUTO PARTS NOIBN         255
CT121507 TOTES ON PALLET(S)
ITEM: CT121507

Per _____
(Signature of Consignor.)

30 CONTAINERS:
AUTO PARTS NOIBN         888
CT241505 TOTES ON PALLET(S)
ITEM: CT241505

If charges are to be prepaid, write or stamp here, "To be Prepaid."

1 CONTAINERS:
AUTO PARTS NOI
CPSP RETURNABLE PALLET
ITEM: CP4845SP

1 CONTAINERS:
AUTO PARTS NOI         80
CPVL RETURNABLE LID
ITEM: CP4845VL

Received $ _____
to apply in prepayment of the charges on the property described hereon.

COLLECT

(Agent or Cashier.)

1 CONTAINERS:
AUTO PARTS NOI         715
CC91 PLASTIC BIN
ITEM: 0CC00091

Per _____
(This signature here acknowledges only the amounts prepaid.)

| Destination | | pallets | ctns | Net_wt | Tare_wt | Gross_wt |
|---|---|---|---|---|---|---|
| #4012(N) JEFFERSON NORTH ASSY (058694) | | | DK: SL | | | |
| | | 2 | 44 | 1058 | 164 | 1222 |
| #4012 JEFFERSON NORTH ASSY PLT (058695) | | | DK: 86 | | | |
| | | 0 | 1 | 575 | 140 | 715 |

Charges Advanced:

$ _____

SHIPPER'S CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SIGNATURE _____    TITLE _____

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per _____

Deluxe Stamping & Die  VC#30811
6690 Sterling Drive North
Sterling Hts., MI  48312

Permanent post office address of shipper

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission

Shipper, Per  *Jacki M___*  535909    Agent, Per _____

 

**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#:** 58695

**DATE:** 3/18/2009

**Ship To:** 401A

#4012 JEFFERSON NORTH ASSY PLT

2101 CONNER AVE

DETROIT, MI USA 48215-2763

**Dock:** 86

**Sold To:** DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58694 | 04012 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 144 | 52089357AB<br>HOOK ASSY TOW RT<br>P.O. #: O5137089P | EA | SKD71<br>0CC00091 | 144 | 1 | 575<br>261 | LB<br>KG | 6,556 |
| 1 | 0CC00091<br>RETURNABLE CONTAINER<br>P.O. #: | EA | RC | 1 | 0 | 0<br>0 | LB<br>KG | 2,356 |

**Comments:**

| | | | |
|---|---|---|---|
| Gross: | 715 | LB | 324 KG |
| Tare: | 140 | LB | 64 KG |
| Net: | 575 | LB | 261 KG |
| Pallets: | 0 | | |
| CTNS: | 1 | | |



STAMPING & DIE COMPANY

INVOICE PAGE
ASN/SID# 058697    1
DATE
03/18/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (810) 264-9400 • Fax (810) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 4025

#4025 DCX STERLING HGTS ASSY
38111 VAN DYKE AVE
STERLING HEIGHTS, MI US 48312

DOCK: SM

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58697 | 058697 | 03/18/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 630 | DELUXE S # 05155621AB<br>05155621AB<br>BRACKET WASHER RESERVOIR<br>P.O.-#: O7127022Q | EA | 2.75510000 | 1,735.71 |
| 9 | DELUXE S # 0CC00050<br>0CC00050<br>RETURNABLE CONTAINER | EA | .00000000 | .00 |

COMMENTS: 9 TOTAL CONTAINERS

RELEASE:  023016200903180927

| | |
|---|---|
| SALES AMOUNT | 1,735.71 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 1,735.71 |

**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable** Page 120 of 136



Shipper's No. 58697

LGSI: LOGISTICS INSIGHT

(Name of Carrier)
RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

Carrier's No. 535909

AT: STERLING HTS.   MI  USA  48312          ON: 3/18/2009
FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 04025
        LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI  48210

(Mail or street address of consignee – For purposes of notification only.)

(* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route

Delivering Carrier _____ Car or Vehicle Initials _____ No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 9 CTNS | | AUTO PARTS NOI CC50 RETURNABLE BIN ITEM: 0CC00050 | 1476 | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| 1 CTNS | | AUTO PARTS NOIBN RETURNABLE METAL TUB ITEM: 0CS07582 | 1184 | | |
| 10 | | | | | Per _____ (Signature of Consignor.) |

Destination      pallets ctns Net_wt Tare_wt Gross_wt

#4025 DCX STERLING HGTS ASSY  (058697)  DK: SM
                 0    9   936   540    1476
#4025 DCX STERLING HGTS ASSY  (058698)  DK: WD
                 0    1   396   788    1184

Packing slips # 058697 058698

     PACKING SLIP 058697 ATTACHED
     SUPPLIER CODE:  30811

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____
to apply in prepayment of the charges on the property described hereon.

COLLECT

(Agent or Cashier)

Per _____
(This signature here acknowledges only the amounts prepaid.)

_Jackie M___ 535909_

Charges Advanced:

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____ TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI  USA  48312

Shipper, Per _____          Agent, Per _____

**SHIPPER**

 

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

STAMPING & DIE COMPANY

Page 1 of 1

**ASN/SID#: 58697**

**DATE:** 3/18/2009

**Ship To:** 4025

#4025 DCX STERLING HGTS ASSY

38111 VAN DYKE AVE
STERLING HEIGHTS, MI US 48312

**Dock:** SM

**Sold To:** DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58697 | 04025 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 630 | 05155621AB BRACKET WASHER RESERVOIR P.O. #: O7127022Q | EA | SKD71 0CC00050 | 70 | 9 | 936 424 | LB KG | 65,553 |
| 9 | 0CC00050 RETURNABLE CONTAINER P.O. #: | EA | RC | 0 | 0 | 0 0 | LB KG | 913 |

**Comments:** 9 TOTAL CONTAINERS

| | | | |
|---|---|---|---|
| **Gross:** | 1,476 | LB | 669 KG |
| **Tare:** | 540 | LB | 245 KG |
| **Net:** | 936 | LB | 424 KG |
| **Pallets:** | 0 | | |
| **CTNS:** | 9 | | |



**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (810) 264-9400 • Fax (810) 264-9224

INVOICE PAGE
ASN/SID# 058698    1
DATE
03/18/09

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 4025

#4025 DCX STERLING HGTS ASSY
38111 VAN DYKE AVE
STERLING HEIGHTS, MI US 48312

DOCK: WD

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58697 | 058698 | 03/18/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 33 | DELUXE S # 04389722AE<br>04389722AE<br>TENSION STRUT ASSY/LOWER<br>P.O.-#: O7127100AB | EA | 15.33150000 | 505.94 |
| 1 | DELUXE S # 0CS07582<br>0CS07582<br>CS-125 W/DUNNAGE FOR 27C<br>RETURNABLE CONTAINER | EA | .00000000 | .00 |

COMMENTS:

RELEASE:    023016200903180927

| | |
|---|---|
| SALES AMOUNT | 505.94 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 505.94 |

**UNIFORM STRAIGHT BILL OF LADING** — SHORT FORM — Original — Not Negotiable

Shipper's No.    58697

LGSI: LOGISTICS INSIGHT
(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

Carrier's No.    535909

AT:STERLING HTS.   MI USA  48312     ON: 3/18/2009
FROM:Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth in (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO:00143 LOGISTICS INSIGHT PLANTS: 04025    (Mail or street address of consignee - For purposes of notification only)
            LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI  48210    (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat)

Route
Delivering Carrier _____ Car or Vehicle Initials _____    No.

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 9 CTNS | | AUTO PARTS NOI CC50 RETURNABLE BIN ITEM: 0CC00050 | 1476 | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| 1 CTNS | | AUTO PARTS NOIBN RETURNABLE METAL TUB ITEM: 0CS07582 | 1184 | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| 10 | | | | | Per _____ (Signature of Consignor.) |

Destination    pallets ctns Net_wt Tare_wt Gross_wt

#4025 DCX STERLING HGTS ASSY  (058697)    DK: SM
                0    9   936    540   1476
#4025 DCX STERLING HGTS ASSY  (058698)    DK: WD
                0    1   396    788   1184

Packing slips # 058697 058698

        PACKING SLIP 058697 ATTACHED
        SUPPLIER CODE:  30811

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____ to apply in prepayment of the charges on the property described hereon.

COLLECT
(Agent or Cashier.)

Per _____
(This signature here acknowledges only the amounts prepaid.)

Charges Advanced

$ _____

*Jachi M...*
*535909*

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____    TITLE _____

†Shipper's imprint in lieu of stamp, not a part of Bill of Lading approved by the Interstate Commerce Commission.

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI  USA   48312
Permanent post office address of shipper

Shipper, Per _____    Agent, Per _____



**Deluxe**
STAMPING & DIE COMPANY

6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#:  58698**

**DATE:**  3/18/2009

**Ship To:**  4025

#4025 DCX STERLING HGTS ASSY

38111 VAN DYKE AVE
STERLING HEIGHTS, MI US 48312

**Dock:**  WD

**Sold To:**  DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58697 | 04025 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 33 | 04389722AE TENSION STRUT ASSY/LOWER P.O. #: O7127100AB | EA | SKD71 0CS07582 | 33 | 1 | 396 180 | LB KG | 4,760 |
| 1 | 0CS07582 CS-125 W/DUNNAGE FOR 27C P.O. #: | EA | RC | 1 | 0 | 0 0 | LB KG | 277 |

**Comments:**

| | | | |
|---|---|---|---|
| **Gross:** | 1,184 | LB | 537 KG |
| **Tare:** | 788 | LB | 357 KG |
| **Net:** | 396 | LB | 180 KG |
| **Pallets:** | 0 | | |
| **CTNS:** | 1 | | |



**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (810) 264-9400 • Fax (810) 264-9224

INVOICE PAGE
ASN/SID# 058699   1
DATE
03/18/09

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 4087

#4087(G) ST.LOUIS ASSY II NRTH
LINC 2219 HITZERT COURT
FENTON, MO US 63026

DOCK: LN

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58699 | 058699 | 03/18/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 312 | DELUXE S # 52010138AG<br>52010138AG<br>SHIELD SPLASH ROTOR RT<br>P.O.-#: O3132030V | EA | 1.21210000 | 378.18 |
| 312 | DELUXE S # 52010139AG<br>52010139AG<br>SHIELD SPLASH ROTOR LT<br>P.O.-#: O3132032V | EA | 1.21210000 | 378.18 |
| 24 | DELUXE S # CT241505<br>CT241505<br>RETURNABLE TOTE | EA | .00000000 | .00 |

COMMENTS: 2 TOTAL CONTAINERS

RELEASE:  023017200903180927

| | |
|---|---|
| SALES AMOUNT | 756.36 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 756.36 |

UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable
Short form - Original - Not Negotiable

Shipper's No. 58699

LGSI: LOGISTICS INSIGHT
(Name of Carrier)
RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No. 53 5909

AT: STERLING HTS.   MI  USA  48312          ON: 3/18/2009
FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
   Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee – For purposes of notification only.)

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 04087G          C
          LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI  48210          (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____ Car or Vehicle Initials _____ No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 2 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | 24 CONTAINERS: | | | |
| | | AUTO PARTS NOIBN | 709 | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | CT241505 TOTES ON PALLET(S) | | | |
| | | ITEM: CT241505 | | | |

Per _____
(Signature of Consignor.)

Destination      pallets ctns Net_wt Tare_wt Gross_wt

If charges are to be prepaid, write or stamp here, "To be Prepaid."

#4087(G) ST.LOUIS ASSY II NRTH(058699)   DK: LN
                2   24   580   128   708

Packing slips # 058699

          PACKING SLIP 058699 ATTACHED
          SUPPLIER CODE:  30811

Received $ _____
to apply in prepayment of the charges on the property described hereon.

COLLECT

(Agent or Cashier.)

Per _____
(This signature here acknowledges only the amounts prepaid.)

*Jackie M*
53 5909

Charges Advanced:

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____          TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI  USA  48312          Shipper, Per _____          Agent, Per _____

**SHIPPER**



**Deluxe**
STAMPING & DIE COMPANY

6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#:  58699**

**DATE:**  3/18/2009

**Ship To:** 4087

#4087(G) ST.LOUIS ASSY II NRTH

LINC 2219 HITZERT COURT

FENTON, MO US 63026

**Dock:**  LN

**Sold To:**    DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58699 | 04087G | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 312 | 52010138AG SHIELD SPLASH ROTOR RT P.O. #: O3132030V | EA | CTN71 CT241505 | 26 | 12 | 290 132 | LB KG | 26,488 |
| 312 | 52010139AG SHIELD SPLASH ROTOR LT P.O. #: O3132032V | EA | CTN71 CT241505 | 26 | 12 | 290 132 | LB KG | 26,502 |
| 24 | CT241505 RETURNABLE TOTE P.O. #: | EA | RC | 1 | 0 | 0 0 | LB KG | 35,120 |

**Comments:**    2 TOTAL CONTAINERS

| | | | |
|---|---|---|---|
| **Gross:** | 708 | LB | 321 KG |
| **Tare:** | 128 | LB | 58 KG |
| **Net:** | 580 | LB | 263 KG |
| **Pallets:** | 2 | | |
| **CTNS:** | 24 | | |

# Deluxe

## STAMPING & DIE COMPANY

INVOICE PAGE
ASN/SID# 058700    3
DATE
03/18/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (810) 264-9400 • Fax (810) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 8068

#8068 CHRYS DE VENEZUELA LL
AV PANCHO PEPE CROQUER
VALENCIA
CARABOBO, VE 48192
DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58700 | 058700 | 03/18/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 80 | DELUXE S # 52090399AC 52090399AC BRKT-T/HOOK P.O.-#: O5137092S | EA | 3.10440000 | 248.35 |
| | PKG CHG | | | 4.00 |
| 120 | DELUXE S # 05115548AA 05115548AA REINF RR SEAT BELT P.O.-#: O6127032R | EA | 1.43140000 | 171.77 |
| | PKG CHG | | | 22.81 |
| 96 | DELUXE S # EXP0121507 EXP0121507 EXPENDABLE CARTON | EA | .00000000 | .00 |
| 20 | DELUXE S # EXP0242209 EXP0242209 EXPENDABLE CARTON | EA | .00000000 | .00 |
| 1 | DELUXE S # EXP0323028 EXP0323028 EXPENDABLE SKID BOX | EA | .00000000 | .00 |

COMMENTS: 14 TOTAL CONTAINERS

RELEASE:  023018200903180927

| | |
|---|---|
| SALES AMOUNT | 4,732.97 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 4,732.97 |



**STAMPING & DIE COMPANY**

INVOICE PAGE
ASN/SID# 058700    2
DATE
03/18/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (810) 264-9400 • Fax (810) 264-9224

```
SOLD TO: DCX01                        SHIP TO: 8068

CHRYSLER COMPANY, LLC                 #8068 CHRYS DE VENEZUELA LL
P.O. BOX 537927                       AV PANCHO PEPE CROQUER
LIVONIA, MI US 48153                  VALENCIA
                                      CARABOBO, VE 48192
                                      DOCK:
```

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58700 | 058700 | 03/18/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 232 | DELUXE S # 57010167AA<br>57010167AA<br>BRKT SILL MLDG MTG LT<br>P.O.-#: O8135012K | EA | .52500000 | 121.80 |
| | PKG CHG | | | 5.34 |
| 96 | DELUXE S # 52089357AB<br>52089357AB<br>HOOK ASSY TOW RT<br>P.O.-#: O5137089P | EA | 7.93220000 | 761.49 |
| | PKG CHG | | | 62.96 |
| 96 | DELUXE S # 52089360AB<br>52089360AB<br>HOOK ASSY TOW LT<br>P.O.-#: O5137090P | EA | 7.93220000 | 761.49 |
| | PKG CHG | | | 62.96 |
| 108 | DELUXE S # 52089363AC<br>52089363AC<br>REAR TOW HOOK ASSY<br>P.O.-#: O5137091Q | EA | 16.56420000 | 1,788.93 |
| | PKG CHG | | | 70.83 |

```
COMMENTS: 14 TOTAL CONTAINERS


RELEASE:  023018200903180927
```



**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (810) 264-9400 • Fax (810) 264-9224

```
                                                    INVOICE PAGE
                                          ASN/SID#  058700   1
                                                        DATE
                                                     03/18/09
```

```
SOLD TO: DCX01                      SHIP TO: 8068

CHRYSLER COMPANY, LLC               #8068 CHRYS DE VENEZUELA LL
P.O. BOX 537927                     AV PANCHO PEPE CROQUER
LIVONIA, MI US 48153                VALENCIA
                                    CARABOBO, VE 48192
                                    DOCK:
```

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58700 | 058700 | 03/18/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 480 | DELUXE S # 05115210AB<br>05115210AB<br>PLATE SIDE SILL RT<br>P.O.-#: O6127191T | EA | .69000000 | 331.20 |
| | PKG CHG | | | 23.76 |
| 112 | DELUXE S # 55113270AA<br>55113270AA<br>BRKT MODULE MTG UPR<br>P.O.-#: O8135011M | EA | .66330000 | 74.29 |
| | PKG CHG | | | 9.78 |
| 112 | DELUXE S # 55113271AA<br>55113271AA<br>BRKT MODULE MTG UPR<br>P.O.-#: O8135011M | EA | .66330000 | 74.29 |
| | PKG CHG | | | 9.78 |
| 232 | DELUXE S # 57010166AA<br>57010166AA<br>BRKT SILL MLDG MTG RT<br>P.O.-#: O8135012K | EA | .52500000 | 121.80 |
| | PKG CHG | | | 5.34 |

```
COMMENTS: 14 TOTAL CONTAINERS


RELEASE:  023018200903180927
```

**UNIFORM STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable**

Shipper's No. _____ 58700

LGSI: LOGISTICS INSIGHT
(Name of Carrier)
RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No. 535909

AT: STERLING HTS.   MI  USA  48312        ON: 3/18/2009
FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee – For purposes of notification only.)

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 08068
              LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI  48210        (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____ Car or Vehicle Initials _____ No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 14 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br>The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.<br><br>Per _____<br>(Signature of Consignor.) |
| | | 96 CONTAINERS:<br>AUTO PARTS NOIBN<br>EXP0121507 CTN ON PALLET(S)<br>ITEM: EXP0121507 | 1926 | | |
| | | 20 CONTAINERS:<br>AUTO PARTS NOIBN<br>EXP0242209 CTN ON PALLET(S)<br>ITEM: EXP0242209 | 500 | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | 1 CONTAINERS:<br>AUTO PARTS NOIBN<br>EXP0323028 EXP. SKID BOX<br>ITEM: EXP0323028 | 742 | | |

Destination      pallets ctns Net_wt Tare_wt Gross_wt

#8068 CHRYS DE VENEZUELA LL   (058700)   DK:
                13   117   2473   694   3167

Packing slips # 058700

        PACKING SLIP 058700 ATTACHED
        SUPPLIER CODE:  30811

Received $ _____
to apply in prepayment of the charges on the property described hereon.

COLLECT
(Agent or Cashier.)

Per _____
(This signature here acknowledges only the amounts prepaid.)

Charges Advanced:

$ _____

SHIPPERS CERTIFICATION. This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____        TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.    MI  USA  48312

Shipper, Per _____        Agent, Per _____



**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

STAMPING & DIE COMPANY

Page 1 of 2

**ASN/SID#:  58700**

**DATE:**  18/3/2009

**Ship To:**  8068

#8068 CHRYS DE VENEZUELA LL

AV PANCHO PEPE CROQUER
VALENCIA
CARABOBO,  VE 48192

**Sold To:**    DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

**Dock:**

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58700 | 08068 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 480 | 05115210AB<br>PLATE SIDE SILL RT<br>P.O. #: O6127191T | EA | CTN71<br>EXP0121507 | 40 | 12 | 317<br>144 | LB<br>KG | 2,040 |
| 112 | 55113270AA<br>BRKT MODULE MTG UPR<br>P.O. #: O8135011M | EA | CTN71<br>EXP0242209 | 28 | 4 | 88<br>40 | LB<br>KG | 4,154 |
| 112 | 55113271AA<br>BRKT MODULE MTG UPR<br>P.O. #: O8135011M | EA | CTN71<br>EXP0242209 | 28 | 4 | 88<br>40 | LB<br>KG | 4,154 |
| 232 | 57010166AA<br>BRKT SILL MLDG MTG RT<br>P.O. #: O8135012K | EA | CTN71<br>EXP0242209 | 58 | 4 | 90<br>41 | LB<br>KG | 4,362 |
| 232 | 57010167AA<br>BRKT SILL MLDG MTG LT<br>P.O. #: O8135012K | EA | CTN71<br>EXP0242209 | 58 | 4 | 90<br>41 | LB<br>KG | 4,362 |
| 96 | 52089357AB<br>HOOK ASSY TOW RT<br>P.O. #: O5137089P | EA | CTN71<br>EXP0121507 | 4 | 24 | 383<br>174 | LB<br>KG | 3,193 |
| 96 | 52089360AB<br>HOOK ASSY TOW LT<br>P.O. #: O5137090P | EA | CTN71<br>EXP0121507 | 4 | 24 | 383<br>174 | LB<br>KG | 3,097 |
| 108 | 52089363AC<br>REAR TOW HOOK ASSY<br>P.O. #: O5137091Q | EA | CTN71<br>EXP0121507 | 3 | 36 | 734<br>333 | LB<br>KG | 3,253 |



**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 2 of 2

**ASN/SID#:** 58700
**DATE:** 18/3/2009

**Ship To:** 8068

#8068 CHRYS DE VENEZUELA LL

AV PANCHO PEPE CROQUER
VALENCIA
CARABOBO, VE 48192

**Sold To:** DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

**Dock:**

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58700 | 08068 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 80 | 52090399AC<br>BRKT-T/HOOK<br>P.O. #: O5137092S | EA | CTN71<br>EXP0242209 | 20 | 4 | 107<br>49 | LB<br>KG | 3,049 |
| 120 | 05115548AA<br>REINF RR SEAT BELT<br>P.O. #: O6127032R | EA | SKD71<br>EXP0323028 | 120 | 1 | 192<br>87 | LB<br>KG | 3,120 |
| 96 | EXP0121507<br>EXPENDABLE CARTON<br>P.O. #: | EA | RC | 1 | 0 | 0<br>0 | LB<br>KG | 5,414 |
| 20 | EXP0242209<br>EXPENDABLE CARTON<br>P.O. #: | EA | RC | 1 | 0 | 0<br>0 | LB<br>KG | 1,064 |
| 1 | EXP0323028<br>EXPENDABLE SKID BOX<br>P.O. #: | EA | RC | 1 | 0 | 0<br>0 | LB<br>KG | 280 |

**Comments:** 14 TOTAL CONTAINERS

| | | | |
|---|---|---|---|
| Gross: | 3,167 | LB | 1,436 KG |
| Tare: | 694 | LB | 315 KG |
| Net: | 2,473 | LB | 1,122 KG |
| Pallets: | 13 | | |
| CTNS: | 117 | | |

# Deluxe
## STAMPING & DIE COMPANY

INVOICE PAGE
ASN/SID# 058701    1
DATE
03/18/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 8072

#8072 AUTOMOBILPRODUKTION CHRY
C/O 04526 TDS EUROSTAR MATL CR
20495 PENNSYLVANIA RD
BROWNSTOWN, USA 48192
DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58701 | 058701 | 03/18/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 120 | DELUXE S # 55116622AB<br>55116622AB<br>BRACKET-INSTRUMENT<br>P.O.-#: O5135102P | EA | .18780000 | 22.54 |
| | PKG CHG | | | 8.75 |
| 1 | DELUXE S # EXP0121507<br>EXP0121507<br>EXPENDABLE CARTON | EA | .00000000 | .00 |

COMMENTS:

RELEASE:  023019200903180927

| | |
|---|---|
| SALES AMOUNT | 31.29 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 31.29 |



**UNIFORM STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable**
Shippers No 135 of 136

LGSI: LOGISTICS INSIGHT
(Name of Carrier)
RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Shipper's No. _____ 58701

Carrier's No. _53 5909_

AT:STERLING HTS.   MI  USA   48312
FROM:Deluxe Stamping & Die Co.

ON: 3/18/2009

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee – For purposes of notification only.)

CONSIGNED TO:00143 LOGISTICS INSIGHT PLANTS: 08072
      LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI  48210          (* To be filed in only when shipper desires and governing tariffs provide for delivery thereat.)
Route _____
Delivering Carrier _____ Car or Vehicle Initials _____ No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 1 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | 1 CONTAINERS: AUTO PARTS NOIBN EXP0121507 CTN ON PALLET(S) ITEM: EXP0121507 | 62 | | |
| | | Destination     pallets ctns Net_wt Tare_wt Gross_wt | | | Per _____ (Signature of Consignor.) |
| | | #8072 AUTOMOBILPRODUKTION CHRY(058701)   DK: 1   1   19   42   61 | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | Packing slips # 058701 | | | |
| | | PACKING SLIP 058701 ATTACHED SUPPLIER CODE:  30811 | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |
| | | | | | COLLECT _____ (Agent or Cashier ) |
| | | | | | Per _____ (This signature here acknowledges only the amounts prepaid.) |
| | | | | | Charges Advanced: |
| | | | | | $ _____ |

_Jacli m~_
_53 5909_

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____   TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI  USA   48312       Shipper, Per _____      Agent, Per _____

**SHIPPER**

 

6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

STAMPING & DIE COMPANY

Page 1 of 1

**ASN/SID#:  58701**

**DATE:**   3/18/2009

Ship To: 8072

#8072 AUTOMOBILPRODUKTION CHRY

C/O 04526 TDS EUROSTAR MATL CR
20495 PENNSYLVANIA RD
BROWNSTOWN,  USA 48192

Sold To:      DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

Dock:

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58701 | 08072 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 120 | 55116622AB<br>BRACKET-INSTRUMENT<br>P.O. #: O5135102P | EA | CTN71<br>EXP0121507 | 120 | 1 | 19<br>9 | LB<br>KG | 5,966 |
| 1 | EXP0121507<br>EXPENDABLE CARTON<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 600 |

Comments:

| Gross: | 61 | LB | 28 KG |
|---|---|---|---|
| Tare: | 42 | LB | 19 KG |
| Net: | 19 | LB | 9 KG |
| Pallets: | 1 | | |
| CTNS: | 1 | | |