# DELUXE
## STAMPING & DIE COMPANY

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

```
SOLD TO: DCX03                          SHIP TO: 3110

CHRYSLER LLC SERVICE OPER.              #3110 CENTERLINE PARTS DEPOT
P.O. BOX 537940                         26311 LAWRENCE AVENUE
LIVONIA, MI US 48153                    CENTERLINE, MI US 48015

                                        DOCK:
```

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58945 | 058945 | 04/14/09 | UPAC: U.P.S. | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 8 | DELUXE S # 52010139AG<br>52010139AG<br>SHIELD SPLASH ROTOR LT<br>P.O.-#: O3132032V<br>PKG CHG | EA | 1.21210000 | 9.70<br><br><br><br>.71 |
| 80 | DELUXE S # 55077567AA<br>55077567AA<br>BRACKET FASCIA<br>P.O.-#: O4132625I | EA | .65500000 | 52.40 |
| 53 | DELUXE S # 55366749AA<br>55366749AA<br>BRACKET ASSY<br>P.O.-#: O5132202I | EA | .30730000 | 16.29 |
| 9 | DELUXE S # 00000EXP<br>00000EXP<br>EXPENDABLE CONTAINERS | EA | .00000000 | .00 |

```
COMMENTS: 9 TOTAL CARTONS               SALES AMOUNT      113.26

                                        MISC CHARGES         .00
RELEASE:  023197200904141238            FREIGHT              .00

                                        INVOICE AMOUNT    113.26
```



**STAMPING & DIE COMPANY**

INVOICE PAGE
ASN/SID# 058945    1
DATE
04/14/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX03                          SHIP TO: 3110

CHRYSLER LLC SERVICE OPER.              #3110 CENTERLINE PARTS DEPOT
P.O. BOX 537940                         26311 LAWRENCE AVENUE
LIVONIA, MI US 48153                    CENTERLINE, MI US 48015

                                        DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58945 | 058945 | 04/14/09 | UPAC: U.P.S. | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 8 | DELUXE S # 04724284AE<br>04724284AE<br>UPSTOP ASSEMBLY FRONT DOOR<br>P.O.-#: O6122243AH | EA | .87290000 | 6.98 |
| | PKG CHG | | | .60 |
| 74 | DELUXE S # 04782722AA<br>04782722AA<br>DCX 04782722AA<br>CLAMP-STABILIZER<br>P.O.-#: O4129069L | EA | .19850000 | 14.69 |
| 11 | DELUXE S # 05105833AB<br>05105833AB<br>RR SUSPENSION STOP<br>P.O.-#: O6127068I | EA | .48930000 | 5.38 |
| 5 | DELUXE S # 52010138AG<br>52010138AG<br>SHIELD SPLASH ROTOR RT<br>P.O.-#: O3132030V | EA | 1.21210000 | 6.06 |
| | PKG CHG | | | .45 |

COMMENTS: 9 TOTAL CARTONS

RELEASE:   023197200904141238



**SHIPPER**

Page 1 of 2

6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

STAMPING & DIE COMPANY

**ASN/SID#: 058945**

**DATE:** 4/14/2009

**Ship To:** 3110

#3110 CENTERLINE PARTS DEPOT

26311 LAWRENCE AVENUE

CENTERLINE, MI US 48015

**Dock:**

**Sold To:**   DCX03

CHRYSLER LLC SERVICE OPER.

P.O. BOX 537940

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58945 | 03110 | 0 | PD | UPAC | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 8 | 04724284AE<br>UPSTOP ASSEMBLY FRONT DOOR<br>P.O. #: O6122243AH | EA | CTN71<br>00000EXP | 1 | 1 | 3<br>1 | LB<br>KG | 20 |
| 74 | 04782722AA<br>DCX 04782722AA<br>P.O. #: O4129069L | EA | CTN71<br>00000EXP | 1 | 1 | 20<br>9 | LB<br>KG | 490 |
| 11 | 05105833AB<br>RR SUSPENSION STOP<br>P.O. #: O6127068I | EA | CTN71<br>00000EXP | 1,000 | 1 | 7<br>3 | LB<br>KG | 54 |
| 5 | 52010138AG<br>SHIELD SPLASH ROTOR RT<br>P.O. #: O3132030V | EA | CTN71<br>00000EXP | 1 | 1 | 5<br>2 | LB<br>KG | 142 |
| 8 | 52010139AG<br>SHIELD SPLASH ROTOR LT<br>P.O. #: O3132032V | EA | CTN71<br>00000EXP | 1 | 1 | 7<br>3 | LB<br>KG | 194 |
| 80 | 55077567AA<br>BRACKET FASCIA<br>P.O. #: O4132625I | EA | CTN71<br>00000EXP | 1 | 3 | 71<br>32 | LB<br>KG | 615 |
| 53 | 55366749AA<br>BRACKET ASSY<br>P.O. #: O5132202I | EA | CTN71<br>00000EXP | 1 | 1 | 13<br>6 | LB<br>KG | 712 |
| 9 | 00000EXP<br>EXPENDABLE CONTAINERS<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 1,176 |

# Deluxe
## STAMPING & DIE COMPANY

6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

**SHIPPER**

Page 2 of 2

**ASN/SID#: 058945**

**DATE:** 4/14/2009

**Comments:**   9 TOTAL CARTONS

| | | | |
|---|---|---|---|
| **Gross:** | 143 | LB | 65 KG |
| **Tare:** | 17 | LB | 8 KG |
| **Net:** | 126 | LB | 57 KG |
| **Pallets:** | 0 | | |
| **CTNS:** | 9 | | |



**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

INVOICE PAGE
ASN/SID# 058946    1
DATE
04/14/09

SOLD TO: DCX03

CHRYSLER LLC SERVICE OPER.
P.O. BOX 537940
LIVONIA, MI US 48153

SHIP TO: 3111

#3111 WARREN PARTS DEPOT
21035 SHERWOOD
GATE 1
WARREN, MI US 48091
DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58945 | 058946 | 04/14/09 | UPAC: U.P.S. | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 4 | DELUXE S # 52089357AB<br>52089357AB<br>HOOK ASSY TOW RT<br>P.O.-#: O5137089P | EA | 7.93220000 | 31.73 |
| | PKG CHG | | | 1.41 |
| 1 | DELUXE S # 00000EXP<br>00000EXP<br>EXPENDABLE CONTAINERS | EA | .00000000 | .00 |

COMMENTS:

RELEASE:    023197200904141238

| | |
|---|---|
| SALES AMOUNT | 33.14 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 33.14 |



**SHIPPER**

Page 1 of 1

**ASN/SID#: 058946**

**DATE:** 4/14/2009

**Deluxe** STAMPING & DIE COMPANY

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

**Ship To:** 3111

#3111 WARREN PARTS DEPOT

21035 SHERWOOD
GATE 1
WARREN, MI US 48091

**Dock:**

**Sold To:**   DCX03

CHRYSLER LLC SERVICE OPER.

P.O. BOX 537940

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58945 | 03111 | 0 | PD | UPAC | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 4 | 52089357AB HOOK ASSY TOW RT P.O. #: O5137089P | EA | CTN71 00000EXP | 1 | 1 | 16 7 | LB KG | 105 |
| 1 | 00000EXP EXPENDABLE CONTAINERS P.O. #: | EA | RC | 0 | 0 | 0 0 | LB KG | 146 |

**Comments:**

| | | |
|---|---|---|
| **Gross:** | 18 LB | 8 KG |
| **Tare:** | 2 LB | 1 KG |
| **Net:** | 16 LB | 7 KG |
| **Pallets:** | 0 | |
| **CTNS:** | 1 | |



United States                                          Welcome, Ann Lawler  | Logout  Search        **Submit Query**

My UPS      Shipping     Tracking     Freight     Locations     Support     Business Solutions

**Shipping**

Create a Shipment ▲
View History ▲
Void Shipment ▲
Create a Return ▲
Calculate Time and Cost
**Schedule a Pickup**
  Pickup Status
  Pickup History
  Set Preferences ▲
Use International Tools
Get UPS Labels, Paks, and
More ▲
Open a UPS Account ▲
Set Preferences ▲

Search Support

**Enter a keyword:**

Search→



**Looking to switch?**

Open an account now ▶

---

**UPS Internet Shipping**

Ship Smart. Fast. Today.
It's UPS.
  View Demo

## Schedule a Pickup

Pickup Request Complete

Thank you for choosing UPS. Your pickup request has been
successfully received. Please print this page for future reference.

**Pickup Request Number:**        2953G3Q4NAC

Pickup Date and Time

**Your shipment will be ready for UPS to pick up at:**
9:00 AM Tuesday, April 14, 2009
**The latest time at which UPS can pick up your shipment is:**
3:00 PM Tuesday, April 14, 2009

Pickup Location

Ann Lawler
Deluxe Stamping & Die Co.
6690 Sterling Drive North
STERLING HEIGHTS, MI 48312
Telephone: 5862649400
**Pick Up From:** Side Door
**E-mail Pickup Notifications To:**
jtheisen@deluxestamping.com

Shipment Information

UPS Ground: 16 Package(s)
**Total Number of Letters/Packages: 16**

Payment Information for Pickup

**Payment will be billed to the following Tracking Numbers:**
1Z49037E0397105571
1Z49037E0396041589
1Z49037E0397593599
1Z49037E0397361606
1Z49037E0395945613
1Z49037E0398945626
1Z49037E0396961639
1Z49037E0395593646
1Z49037E0395441658
1Z49037E0397105660
1Z49037E0396185675
1Z49037E0398281683
1Z49037E0398993691
1Z49037E0398921704
1Z49037E0398665714
1Z49037E0398825729

**Total Charge for Pickup:**        49.20 USD[1]

[1] Rates may include a fuel surcharge ⌐. If you do not have a daily
pickup, air service packages may be billed separately.

Pickup Options

Check the status of
this pickup request.

→ Pickup Status

Set preferences, such
as pickup location, for
all future pickup
requests.

→ Set Pickup
Preferences ▲

---

| Getting Started | Subscribe to E-mail | ups.com | Support | Other Sites |
|---|---|---|---|---|
| How To Register for My UPS | Modify E-mail Preferences | My UPS ▲ | E-mail UPS | UPS Supply Chain Solutions |
| How To Open a UPS Account | View Examples | Address Book ▲ | Contact UPS | UPS Express Critical |
| How To Ship | | Shipping | Privacy Policy | UPS Capital |
| How To Track | | Tracking | Web Site Terms of Use | UPS Mail Innovations |
| Deliveries and the UPS InfoNotice | | Freight | Trademarks | UPS Professional Services |
| | | Locations | UPS Tariff/Terms and Conditions of Service | UPS Logistics Technologies |
| | | Support | | UPS Pressroom |
| | | Business Solutions | **About UPS** | UPS Investor Relations |
| | | Site Guide | | More... |
| | | | Contact UPS | |
| | | **UPS Global** | UPS Careers | |

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.



**STAMPING & DIE COMPANY**

INVOICE PAGE
ASN/SID# 058947    1
DATE
04/14/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

```
SOLD TO: DCX03                          SHIP TO: 3116

CHRYSLER LLC SERVICE OPER.              #3116 MARYSVILLE E COATING
P.O. BOX 537940                         840 HURON BLVD.
LIVONIA, MI US 48153                    MARYSVILLE, MI US 48040

                                        DOCK:
```

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58945 | 058947 | 04/14/09 | UPAC: U.P.S. | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 23 | DELUXE S # 04580062AC<br>04580062AC<br>RETAINER BRACKET<br>P.O.-#: O8123056R | EA | .92050000 | 21.17 |
| | PKG CHG | | | .23 |
| 5 | DELUXE S # 04580675AB<br>04580675AB<br>BRACE ASSEMBLY UPPER RADIATOR<br>P.O.-#: O8123062P | EA | 1.08680000 | 5.43 |
| | PKG CHG | | | .03 |
| 44 | DELUXE S # 55396492AB<br>55396492AB<br>BRACE RADIATOR<br>P.O.-#: O6135040K | EA | 1.07610000 | 47.35 |
| 3 | DELUXE S # 00000EXP<br>00000EXP<br>EXPENDABLE CONTAINERS | EA | .00000000 | .00 |

```
COMMENTS: 3 TOTAL CARTONS               SALES AMOUNT          74.21

                                        MISC CHARGES            .00
RELEASE:   023197200904141238                FREIGHT            .00

                                        INVOICE AMOUNT        74.21
```

# Deluxe
## STAMPING & DIE COMPANY

6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

**SHIPPER**

Page 1 of

**ASN/SID#: 058947**

**DATE:** 4/14/2009

**Ship To:** 3116

#3116 MARYSVILLE E COATING

840 HURON BLVD.

MARYSVILLE, MI US 48040

**Sold To:**    DCX03

CHRYSLER LLC SERVICE OPER.

P.O. BOX 537940

LIVONIA, MI US 48153

**Dock:**

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58945 | 03116 | 0 | PD | UPAC | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 23 | 04580062AC RETAINER BRACKET P.O. #: O8123056R | EA | CTN71 00000EXP | 1 | 1 | 21 10 | LB KG | 187 |
| 5 | 04580675AB BRACE ASSEMBLY UPPER RADIATOR P.O. #: O8123062P | EA | CTN71 00000EXP | 1 | 1 | 2 1 | LB KG | 174 |
| 44 | 55396492AB BRACE RADIATOR P.O. #: O6135040K | EA | CTN71 00000EXP | 1 | 1 | 30 14 | LB KG | 888 |
| 3 | 00000EXP EXPENDABLE CONTAINERS P.O. #: | EA | RC | 0 | 0 | 0 0 | LB KG | 768 |

**Comments:**    3 TOTAL CARTONS

| | | |
|---|---|---|
| **Gross:** | 58 LB | 26 K |
| **Tare:** | 5 LB | 2 K |
| **Net:** | 53 LB | 24 K |
| **Pallets:** | 0 | |
| **CTNS:** | 3 | |



**STAMPING & DIE COMPANY**

INVOICE PAGE
ASN/SID# 058948    1
DATE
04/14/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

```
SOLD TO: DCX03                        SHIP TO: 3119

CHRYSLER LLC SERVICE OPER.            #3119 CENTERLINE PARTS PKG. PL
P.O. BOX 537940                       25999 LAWRENCE AVE.
LIVONIA, MI US 48153                  CENTERLINE, MI US 48015

                                      DOCK:
```

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58945 | 058948 | 04/14/09 | UPAC: U.P.S. | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 116 | DELUXE S # 52039232<br>52039232<br>RETAINER SHOCK ABS MOUNTING<br>P.O.-#: O6136068H | EA | .13200000 | 15.31 |
| | PKG CHG | | | .35 |
| 37 | DELUXE S # 52039233<br>52039233<br>RETAINER SHOCK ABS MOUNTING<br>P.O.-#: O6136068H | EA | .13200000 | 4.88 |
| | PKG CHG | | | .11 |
| 2 | DELUXE S # 00000EXP<br>00000EXP<br>EXPENDABLE CONTAINERS | EA | .00000000 | .00 |

```
COMMENTS: 2 TOTAL CONTAINERS           SALES AMOUNT          20.65

                                       MISC CHARGES            .00
RELEASE:  023197200904141238                FREIGHT            .00

                                     INVOICE AMOUNT          20.65
```

**SHIPPER**

## ASN/SID#: 058949

**DATE:** 4/14/2009

old To:    DCX03

HRYSLER LLC SERVICE OPER.

O. BOX 537940

IVONIA, MI US 48153

| SCAC | EQP# | | POOL PT | EQP:CD/ID |
|---|---|---|---|---|
| UPAC | | | 00281 / 00143 | TL |

| iner Code | Pieces/ Per | Number/ Cartons | Net Weight | CUM-Ship |
|---|---|---|---|---|
| N71 EXP | 1 | 1 | 4 LB 2 KG | 38 |
| RC | 0 | 0 | 0 LB 0 KG | 35 |

| **Gross:** | 5 LB | 2 KG |
|---|---|---|
| **Tare:** | 1 LB | 0 KG |
| **Net:** | 4 LB | 2 KG |
| **Pallets:** | 0 | |
| **CTNS:** | 1 | |

---

**SHIPPER**

ing Drive North
eights, MI  48312
9400
9224 Fax

## ASN/SID#: 058948

**DATE:** 4/14/2009

Sold To:    DCX03

CHRYSLER LLC SERVICE OPER.

P.O. BOX 537940

LIVONIA, MI US 48153

| ice ber | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|
| | PD | UPAC | | 00143 | TL |

| UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | CUM-Ship |
|---|---|---|---|---|---|
| EA | CTN71 00000EXP | 1 | 1 | 13 LB 6 KG | 610 |
| EA | CTN71 00000EXP | 1 | 1 | 4 LB 2 KG | 689 |
| EA | RC | 0 | 0 | 0 LB 0 KG | 317 |

| **Gross:** | 20 LB | 9 K |
|---|---|---|
| **Tare:** | 2 LB | 1 K |
| **Net:** | 18 LB | 8 K |
| **Pallets:** | 0 | |
| **CTNS:** | 2 | |



**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

INVOICE PAGE
ASN/SID# 058949    1
DATE
04/14/09

SOLD TO: DCX03

CHRYSLER LLC SERVICE OPER.
P.O. BOX 537940
LIVONIA, MI US 48153

SHIP TO: 3129

#3129 MILWAUKEE PARTS DIS. CTR
3280 S. CLEMENT AVE.
MILWAUKEE, WI US 53201

DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58945 | 058949 | 04/14/09 | UPAC: U.P.S. | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 38 | DELUXE S # 52039232<br>52039232<br>RETAINER SHOCK ABS MOUNTING<br>P.O.-#: O6136068H<br>PKG CHG | EA | .13200000 | 5.02<br><br><br><br>.11 |
| 1 | DELUXE S # 00000EXP<br>00000EXP<br>EXPENDABLE CONTAINERS | EA | .00000000 | .00 |

| COMMENTS: | | |
|---|---|---|
| | SALES AMOUNT | 5.13 |
| | MISC CHARGES | .00 |
| | FREIGHT | .00 |
| RELEASE:  023197200904141238 | | |
| | INVOICE AMOUNT | 5.13 |



**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 058949**

**DATE:** 4/14/2009

Ship To: 3129

#3129 MILWAUKEE PARTS DIS. CTR

3280 S. CLEMENT AVE.

MILWAUKEE, WI US 53201

Dock:

Sold To:    DCX03

CHRYSLER LLC SERVICE OPER.

P.O. BOX 537940

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58945 | 03129 | 0 | PD | UPAC | | 0028<br>CC143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | CUM-Ship |
|---|---|---|---|---|---|---|---|
| 38 | 52039232<br>RETAINER SHOCK ABS MOUNTING<br>P.O. #: O6136068H | EA | CTN71<br>00000EXP | 1 | 1 | 4 LB<br>2 KG | 38 |
| 1 | 00000EXP<br>EXPENDABLE CONTAINERS<br>P.O. #: | EA | RC | 0 | 0 | 0 LB<br>0 KG | 35 |

Comments:

| | | |
|---|---|---|
| **Gross:** | 5 LB | 2 KG |
| **Tare:** | 1 LB | 0 KG |
| **Net:** | 4 LB | 2 KG |
| **Pallets:** | 0 | |
| **CTNS:** | 1 | |

FOR UPS SHIPPING ONLY



United States

Welcome Ann Lawler | Logout  Search        Submit Query

My UPS    Shipping    Tracking    Freight    Locations    Support    Business Solutions

**Shipping**

Create a Shipment
View History
Void Shipment
Create a Return
Calculate Time and Cost
Schedule a Pickup
  Pickup Status
  Pickup History
  Set Preferences
Use International Tools
Get UPS Labels, Paks, and
More
Open a UPS Account
Set Preferences

Search Support

**Enter a keyword:**



Search

Looking
to switch?

Open an account now

UPS Internet Shipping

**Ship Smart. Fast. Today.**
**It's UPS.**
  View Demo

## Schedule a Pickup

### Pickup Request Complete

Thank you for choosing UPS. Your pickup request has been
successfully received. Please print this page for future reference.

**Pickup Request Number:**        2953G3Q4NAC

Pickup Date and Time

**Your shipment will be ready for UPS to pick up at:**
9:00 AM Tuesday, April 14, 2009
**The latest time at which UPS can pick up your shipment is:**
3:00 PM Tuesday, April 14, 2009

Pickup Location

Ann Lawler
Deluxe Stamping & Die Co.
6690 Sterling Drive North
STERLING HEIGHTS, MI 48312
Telephone: 5862649400
**Pick Up From:** Side Door
**E-mail Pickup Notifications To:**
jtheisen@deluxestamping.com

Shipment Information

UPS Ground: 16 Package(s)
**Total Number of Letters/Packages: 16**

Payment Information for Pickup

**Payment will be billed to the following Tracking Numbers:**
1Z49037E0397105571
1Z49037E0396041589
1Z49037E0397593599
1Z49037E0397361606
1Z49037E0395945613
1Z49037E0398945626
1Z49037E0396961639
1Z49037E0395593646
1Z49037E0395441658
1Z49037E0397105660
1Z49037E0396185675
1Z49037E0398281683
1Z49037E0398993691
1Z49037E0398921704
1Z49037E0398665714
1Z49037E0398825729

**Total Charge for Pickup:**        49.20 USD[1]

[1] Rates may include a fuel surcharge. If you do not have a daily
pickup, air service packages may be billed separately.

### Pickup Options

Check the status of
this page pickup request

→ Pickup Status

Set preferences, such
as pickup location, for
all future pickup
requests.

→ Set Pickup
Preferences

---

| Getting Started | Subscribe to E-mail | ups.com | Support | Other Sites |
|---|---|---|---|---|
| How To Register for My UPS | Modify E-mail Preferences | My UPS | E-mail UPS | UPS Supply Chain Solutions |
| How To Open a UPS | View Examples | Address Book | Contact UPS | UPS Express Critical |
| Account | | Shipping | Privacy Policy | UPS Capital |
| How To Ship | | Tracking | Web Site Terms of Use | UPS Mail Innovations |
| How To Track | | Freight | Trademarks | UPS Professional Services |
| Deliveries and the UPS | | Locations | UPS Tariff/Terms and Conditions | UPS Logistics Technologies |
| InfoNotice | | Support | of Service | UPS Pressroom |
| | | Business Solutions | | UPS Investor Relations |
| | | Site Guide | **About UPS** | More... |
| | | | | |
| | | **UPS Global** | UPS Careers | |

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.

FOR UPS SHIPPING ONLY

**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable**



58950

LGSi: LOGISTICS INSIGHT

_____ Shipper's No. _____

(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No. 73-8996 88

AT: STERLING HTS.   MI  USA  48312          ON: 4/14/2009

FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back hereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 06215   (Mail or street address of consignee – For purposes of notification only.)

LINC CROSSDOCK – DETROIT 3685 CENTRAL AVE.   A

DESTINATION : DETROIT, MI  48210          (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____ Car or Vehicle Initials _____   No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 2 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | 30 CONTAINERS: | | | |
| | | AUTO PARTS NOIBN | 857 | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | CT241509 TOTES ON PALLET(S) | | | |
| | | ITEM: CT241509 | | | |
| | | | | | |
| | | 2 CONTAINERS: | | | Per _____ |
| | | AUTO PARTS NOI | | | (Signature of Consignor.) |
| | | CPSP RETURNABLE PALLET | | | |
| | | ITEM: CP4845SP | | | |
| | | | | | |
| | | 2 CONTAINERS: | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | AUTO PARTS NOI | 80 | | |
| | | CPVL RETURNABLE LID | | | |
| | | ITEM: CP4845VL | | | |
| | | | | | Received $ _____ |
| | | Destination   pallets ctns Net_wt Tare_wt Gross_wt | | | to apply in prepayment of the charges on the property described hereon. |
| | | #6215 STERLING STAMPING PLANT (058950)   DK: | | | COLLECT |
| | | 2 34 797 140 937 | | | _____ |
| | | | | | (Agent or Cashier.) |
| | | Packing slips # 058950 | | | |
| | | | | | Per _____ |
| | | PACKING SLIP 058950 ATTACHED | | | (This signature here acknowledges only the amounts prepaid.) |
| | | SUPPLIER CODE:  30811 | | | |
| | | | | | |
| | | | | | Charges Advanced: |
| | | | | | $ _____ |

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SIGNATURE _____ TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI  USA  48312

Shipper, Per _____   Agent, Per _____

# **Deluxe**
### STAMPING & DIE COMPANY

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

```
SOLD TO: DCX01                          SHIP TO: 6215

CHRYSLER COMPANY, LLC                   #6215 STERLING STAMPING PLANT
P.O. BOX 537927                         35777 VAN DYKE
LIVONIA, MI US 48153                    STERLING HEIGHTS, MI US 48312

                                        DOCK:
```

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58950 | 058950 | 04/14/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 360 | DELUXE S # 55113320AA<br>55113320AA<br>REINF ASSY FRT SEAT FRT RT<br>P.O.-#: O7135109L | EA | .97120000 | 349.63 |
| 540 | DELUXE S # 55113321AA<br>55113321AA<br>REINF ASSY FRT SEAT FRT LT<br>P.O.-#: O7135109L | EA | .97120000 | 524.45 |
| 30 | DELUXE S # CT241509<br>CT241509<br>RETURNABLE TOTE | EA | .00000000 | .00 |
| 2 | DELUXE S # CP4845SP<br>CP4845SP<br>RETURNABLE PALLET | EA | .00000000 | .00 |
| 2 | DELUXE S # CP4845VL<br>CP4845VL<br>RETURNABLE LID | EA | .00000000 | .00 |

```
COMMENTS: 2 TOTAL CONTAINERS              SALES AMOUNT        874.08

                                          MISC CHARGES            .00
RELEASE:   023188200904140854                  FREIGHT            .00

                                          INVOICE AMOUNT      874.08
```



**SHIPPER**

Page 1 of 1

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

**ASN/SID#: 058950**

**DATE:** 4/14/2009

**Ship To:** 6215

#6215 STERLING STAMPING PLANT

35777 VAN DYKE

STERLING HEIGHTS, MI US 48312

**Dock:**

**Sold To:**   DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58950 | 06215 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 360 | 55113320AA REINF ASSY FRT SEAT FRT RT P.O. #: O7135109L | EA | CTN71 CT241509 | 30 | 12 | 319 145 | LB KG | 57,060 |
| 540 | 55113321AA REINF ASSY FRT SEAT FRT LT P.O. #: O7135109L | EA | CTN71 CT241509 | 30 | 18 | 478 217 | LB KG | 57,420 |
| 30 | CT241509 RETURNABLE TOTE P.O. #: | EA | RC | 0 | 0 | 0 0 | LB KG | 3,816 |
| 2 | CP4845SP RETURNABLE PALLET P.O. #: | EA | RC | 0 | 2 | 0 0 | LB KG | 266 |
| 2 | CP4845VL RETURNABLE LID P.O. #: | EA | RC | 0 | 2 | 0 0 | LB KG | 266 |

**Comments:**   2 TOTAL CONTAINERS

| | | |
|---|---|---|
| **Gross:** | 937 LB | 425 KG |
| **Tare:** | 140 LB | 64 KG |
| **Net:** | 797 LB | 361 KG |
| **Pallets:** | 2 | |
| **CTNS:** | 34 | |



**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 2462

#2462 TOLEDO NORTH ASSY PLANT
4400 CHRYSLER DRIVE
TOLEDO, OH US 43608

DOCK: 5D

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58951 | 058951 | 04/14/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 1 | DELUXE S # CP4845SP<br>CP4845SP<br>RETURNABLE PALLET | EA | .00000000 | .00 |
| 1 | DELUXE S # CP4845VL<br>CP4845VL<br>RETURNABLE LID | EA | .00000000 | .00 |

COMMENTS: 3 TOTAL CONTAINERS

RELEASE:   023189200904140854

| | |
|---|---|
| SALES AMOUNT | 856.76 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 856.76 |



**STAMPING & DIE COMPANY**

INVOICE PAGE
ASN/SID# 058951    1
DATE
04/14/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

```
SOLD TO: DCX01                    SHIP TO: 2462

CHRYSLER COMPANY, LLC             #2462 TOLEDO NORTH ASSY PLANT
P.O. BOX 537927                   4400 CHRYSLER DRIVE
LIVONIA, MI US 48153              TOLEDO, OH US 43608

                                  DOCK: 5D
```

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58951 | 058951 | 04/14/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 540 | DELUXE S # 55113271AA<br>55113271AA<br>BRKT MODULE MTG UPR<br>P.O.-#: O8135011M | EA | .66330000 | 358.18 |
| 390 | DELUXE S # 57010167AA<br>57010167AA<br>BRKT SILL MLDG MTG LT<br>P.O.-#: O8135012K | EA | .52500000 | 204.75 |
| 720 | DELUXE S # 57010203AA<br>57010203AA<br>REINF ASSY LIFTGATE FLIPPER LA<br>P.O.-#: O8135021M | EA | .40810000 | 293.83 |
| 36 | DELUXE S # CT121507<br>CT121507<br>RETURNABLE TOTE | EA | .00000000 | .00 |
| 6 | DELUXE S # CT241509<br>CT241509<br>RETURNABLE TOTE | EA | .00000000 | .00 |
| 12 | DELUXE S # CT121505<br>CT121505<br>RETURNABLE TOTE | EA | .00000000 | .00 |

COMMENTS: 3 TOTAL CONTAINERS


RELEASE:  023189200904140854

# UNIFORM STRAIGHT BILL OF LADING-SHORT FORM Original-Not Negotiable



58951

LGSI: LOGISTICS INSIGHT

(Name of Carrier)

Shipper's No. _____

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No. 73-8996 88

AT:STERLING HTS.   MI  USA  48312          ON: 4/14/2009

FROM:Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
   Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO:00143 LOGISTICS INSIGHT PLANTS: 02462          (Mail or street address of consignee – For purposes of notification only.)
              LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.

DESTINATION : DETROIT, MI  48210          (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

| Delivering Carrier | Car or Vehicle Initials | No. |
| --- | --- | --- |

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
| --- | --- | --- | --- | --- | --- |
| 3 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this ship-ment is to be delivered to the con-signee without recourse on the con-signor, the consignor shall sign the following statement:
     The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | 36 CONTAINERS: AUTO PARTS NOIBN CT121507 TOTES ON PALLET(S) ITEM: CT121507 | 496 | | |
| | | 6 CONTAINERS: AUTO PARTS NOIBN CT241509 TOTES ON PALLET(S) ITEM: CT241509 | 164 | | Per _____ (Signature of Consignor.) |
| | | 12 CONTAINERS: AUTO PARTS NOIBN CT121505 TOTES ON PALLET(S) ITEM: CT121505 | 165 | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | 1 CONTAINERS: AUTO PARTS NOI CPSP RETURNABLE PALLET ITEM: CP4845SP | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |
| | | 1 CONTAINERS: AUTO PARTS NOI CPVL RETURNABLE LID ITEM: CP4845VL | 120 | | COLLECT _____ (Agent or Cashier.) |
| | | | | | Per _____ (This signature here acknowledges only the amounts prepaid.) |

Destination       pallets ctns Net_wt Tare_wt Gross_wt

#2462 TOLEDO NORTH ASSY PLANT (058951)    DK: 5D
             3    56    715    228    943

Packing slips # 058951

Charges Advanced:

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and in proper condition for transportation according to the applicable regulations of the Depart-ment of Transportation          SIGNATURE _____     TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per _____

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Shipper, Per _____          Agent, Per _____



**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 2

**ASN/SID#: 058951**

**DATE:** 4/14/2009

**Ship To:** 2462

#2462 TOLEDO NORTH ASSY PLANT

4400 CHRYSLER DRIVE

TOLEDO, OH US 43608

**Dock:** 5D

**Sold To:**   DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58951 | 02462 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 540 | 55113271AA<br>BRKT MODULE MTG UPR<br>P.O. #: O8135011M | EA | CTN71<br>CT121507 | 15 | 36 | 424<br>192 | LB<br>KG | 35,801 |
| 390 | 57010167AA<br>BRKT SILL MLDG MTG LT<br>P.O. #: O8135012K | EA | CTN71<br>CT241509 | 65 | 6 | 151<br>69 | LB<br>KG | 36,431 |
| 720 | 57010203AA<br>REINF ASSY LIFTGATE FLIPPER LA<br>P.O. #: O8135021M | EA | CTN71<br>CT121505 | 60 | 12 | 140<br>64 | LB<br>KG | 44,081 |
| 36 | CT121507<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 6,108 |
| 6 | CT241509<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 1,110 |
| 12 | CT121505<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 720 |
| 1 | CP4845SP<br>RETURNABLE PALLET<br>P.O. #: | EA | RC | 0 | 1 | 0<br>0 | LB<br>KG | 577 |
| 1 | CP4845VL<br>RETURNABLE LID<br>P.O. #: | EA | RC | 0 | 1 | 0<br>0 | LB<br>KG | 577 |

# Deluxe
## STAMPING & DIE COMPANY

**SHIPPER**

Page 2 of 2

6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

**ASN/SID#: 058951**

**DATE:** 4/14/2009

**Comments:**   3 TOTAL CONTAINERS

| | | |
|---|---|---|
| **Gross:** | 943  LB | 428 KG |
| **Tare:** | 228  LB | 103 KG |
| **Net:** | 715  LB | 325 KG |
| **Pallets:** | 3 | |
| **CTNS:** | 56 | |



**STAMPING & DIE COMPANY**

INVOICE PAGE
ASN/SID# 058952    1
DATE
04/14/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 401J

4015 (J) BELVIDERE ASSY PLANT
ARVIN YARD
3741 MORRIEUM DRIVE
BELVIDERE, IL USA 61008
DOCK: AR

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58952 | 058952 | 04/14/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 1000 | DELUXE S # 05105833AB 05105833AB RR SUSPENSION STOP P.O.-#: O6127068I | EA | .48930000 | 489.30 |
| 1 | DELUXE S # 0000CC30 0000CC30 RETURNABLE CONTAINER | EA | .00000000 | .00 |

COMMENTS:

RELEASE:   023190200904140854

| | |
|---|---|
| SALES AMOUNT | 489.30 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 489.30 |

**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable**

Invoices - Page 24 of 125

58952

LGSI: LOGISTICS INSIGHT                                       Shipper's No. _____

(Name of Carrier)
RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading     Carrier's No. 73-899688

AT: STERLING HTS.    MI   USA   48312              ON: 4/14/2009
FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee - For purposes of notification only

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 04015J
                 LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI   48210          (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.

Route _____

Delivering Carrier _____  Car or Vehicle Initials _____  No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 1 CTNS | | AUTO PARTS NOI CC30 BLUE PLASTIC BIN ITEM: 0000CC30 | 705 | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | Destination    pallets ctns Net_wt Tare_wt Gross_wt | | | |
| | | 4015 (J) BELVIDERE ASSY PLANT (058952)   DK: AR | | | Per _____ (Signature of Consignor.) |
| | | 0    1    660    45    705 | | | |
| | | Packing slips # 058952 | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | PACKING SLIP 058952 ATTACHED SUPPLIER CODE:  30811 | | | |
| | | | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |
| | | | | | COLLECT _____ (Agent or Cashier.) |
| | | | | | Per _____ (This signature here acknowledges only the amounts prepaid.) |
| | | | | | Charges Advanced: |
| | | | | | $ _____ |

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____        TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.    MI   USA   48312

Shipper, Per _____              Agent, Per _____



**STAMPING & DIE COMPANY**

**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 058952**

**DATE:** 4/14/2009

Ship To: 401J

4015 (J) BELVIDERE ASSY PLANT

ARVIN YARD
3741 MORRIEUM DRIVE
BELVIDERE, IL USA 61008

Sold To:   DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

Dock:   AR

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58952 | 04015J | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 1,000 | 05105833AB RR SUSPENSION STOP P.O. #: O6127068I | EA | SKD71 0000CC30 | 1,000 | 1 | 660 299 | LB KG | 59,188 |
| 1 | 0000CC30 RETURNABLE CONTAINER P.O. #: | EA | RC | 0 | 0 | 0 0 | LB KG | 59 |

**Comments:**

| | | |
|---|---|---|
| **Gross:** | 705 LB | 320 KG |
| **Tare:** | 45 LB | 20 KG |
| **Net:** | 660 LB | 299 KG |
| **Pallets:** | 0 | |
| **CTNS:** | 1 | |



**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (810) 264-9400 • Fax (810) 264-9224

INVOICE PAGE
ASN/SID# 058953    1
DATE
04/14/09

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 5305

#5305 KOKOMO TRANSMISSION PLT
2401 S. REED ROAD
KOKOMO, IN US 46902

DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58953 | 058953 | 04/14/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 600 | DELUXE S # 05078868AA<br>05078868AA<br>END COVER LOWER<br>P.O.-#: O7128228I | EA | .09890000 | 59.34 |
| 2 | DELUXE S # CT121505<br>CT121505<br>RETURNABLE TOTE | EA | .00000000 | .00 |

COMMENTS:


RELEASE:   023191200904140854

| | |
|---|---|
| SALES AMOUNT | 59.34 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 59.34 |

**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable**

INVOICE COPY 27 of 125

58953

LGSI: LOGISTICS INSIGHT

(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Shipper's No. _____

Carrier's No. 73-899688

AT: STERLING HTS.   MI   USA   48312          ON: 4/14/2009

FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 05305

LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.

(Mail or street address of consignee – For purposes of notification only.)

DESTINATION : DETROIT, MI   48210

(* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

**Delivering Carrier** _____ **Car or Vehicle Initials** _____ **No.** _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 1 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | 2 CONTAINERS: | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | AUTO PARTS NOIBN | 71 | | |
| | | CT121505 TOTES ON PALLET(S) | | | |
| | | ITEM: CT121505 | | | |
| | | | | | Per _____ (Signature of Consignor.) |

Destination     pallets ctns Net_wt Tare_wt Gross_wt

#5305 KOKOMO TRANSMISSION PLT (058953)   DK:

1   2   27   44   71

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Packing slips # 058953

PACKING SLIP 058953 ATTACHED
SUPPLIER CODE:   30811

Received $ _____
to apply in prepayment of the charges on the property described hereon.

COLLECT

(Agent or Cashier )

Per _____

(This signature here acknowledges only the amounts prepaid.)

Charges Advanced:

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____ TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI   USA   48312

Shipper, Per _____   Agent, Per _____

# Deluxe
## STAMPING & DIE COMPANY

**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 058953**

**DATE:** 4/14/2009

**Ship To:** 5305

#5305 KOKOMO TRANSMISSION PLT

2401 S. REED ROAD

KOKOMO, IN US 46902

**Sold To:**    DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

**Dock:**

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58953 | 05305 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 600 | 05078868AA END COVER LOWER P.O. #: O7128228I | EA | CTN71 CT121505 | 300 | 2 | 27 12 | LB KG | 136,500 |
| 2 | CT121505 RETURNABLE TOTE P.O. #: | EA | RC | 0 | 0 | 0 0 | LB KG | 444 |

**Comments:**

| | | | |
|---|---|---|---|
| **Gross:** | 71 | LB | 32 KG |
| **Tare:** | 44 | LB | 20 KG |
| **Net:** | 27 | LB | 12 KG |
| **Pallets:** | 1 | | |
| **CTNS:** | 2 | | |



**STAMPING & DIE COMPANY**

INVOICE PAGE
ASN/SID# 058954    1
DATE
04/14/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (810) 264-9400 • Fax (810) 264-9224

SOLD TO: DCX01                          SHIP TO: 2452

CHRYSLER COMPANY, LLC                   #2452(N) WARREN TRUCK ASSY PLT
P.O. BOX 537927                         6500 HUBER STREET
LIVONIA, MI US 48153                    DETROIT, MI 48211

                                        DOCK: XL

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58954 | 058954 | 04/14/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 312 | DELUXE S # 52010138AG<br>52010138AG<br>SHIELD SPLASH ROTOR RT<br>P.O.-#: O3132030V | EA | 1.21210000 | 378.18 |
| 312 | DELUXE S # 52010139AG<br>52010139AG<br>SHIELD SPLASH ROTOR LT<br>P.O.-#: O3132032V | EA | 1.21210000 | 378.18 |
| 24 | DELUXE S # CT241505<br>CT241505<br>RETURNABLE TOTE | EA | .00000000 | .00 |

COMMENTS:                               SALES AMOUNT        756.36

                                        MISC CHARGES           .00
                                             FREIGHT           .00
RELEASE:   023192200904140854

                                        INVOICE AMOUNT      756.36

# UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable

58954

LGSI: LOGISTICS INSIGHT

Shipper's No.

**(Name of Carrier)**
RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No. 73-899688

AT:STERLING HTS.   MI  USA   48312            ON: 4/14/2009
FROM:Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO:00143 LOGISTICS INSIGHT PLANTS: 02452N
              LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI  48210

(Mail or street address of consignee – For purposes of notification only.)
A

(* To be filed in only when shipper desires and governing tariffs provide for delivery thereat.)

Route

Delivering Carrier _____ Car or Vehicle Initials _____ No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 2 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | 24 CONTAINERS: | | | |
| | | AUTO PARTS NOIBN | 709 | | |
| | | CT241505 TOTES ON PALLET(S) | | | |
| | | ITEM: CT241505 | | | |
| | | | | | Per _____ (Signature of Consignor.) |
| | | Destination   pallets ctns Net_wt Tare_wt Gross_wt | | | |
| | | #2452(N) WARREN TRUCK ASSY PLT(058954) DK: XL | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | 2   24   580   128   708 | | | |
| | | Packing slips # 058954 | | | |
| | | PACKING SLIP 058954 ATTACHED | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |
| | | SUPPLIER CODE:  30811 | | | |
| | | | | | COLLECT |
| | | | | | _____ (Agent or Cashier) |
| | | | | | Per _____ (This signature here acknowledges only the amounts prepaid.) |
| | | | | | Charges Advanced: |
| | | | | | $ |

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____ TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

**NOTE**—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI  USA   48312

Shipper, Per _____            Agent, Per _____



**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 058954**

**DATE:** 4/14/2009

| | |
|---|---|
| **Ship To:** 2452 | **Sold To:**    DCX01 |
| #2452(N) WARREN TRUCK ASSY PLT | CHRYSLER COMPANY, LLC |
| 6500 HUBER STREET | P.O. BOX 537927 |
| DETROIT, MI  48211 | LIVONIA, MI US 48153 |
| **Dock:**    XL | |

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58954 | 02452N | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 312 | 52010138AG<br>SHIELD SPLASH ROTOR RT<br>P.O. #: O3132030V | EA | CTN71<br>CT241505 | 26 | 12 | 290<br>132 | LB<br>KG | 88,487 |
| 312 | 52010139AG<br>SHIELD SPLASH ROTOR LT<br>P.O. #: O3132032V | EA | CTN71<br>CT241505 | 26 | 12 | 290<br>132 | LB<br>KG | 88,487 |
| 24 | CT241505<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 6,790 |

**Comments:**

| | | | |
|---|---|---|---|
| **Gross:** | 708 | LB | 321 KG |
| **Tare:** | 128 | LB | 58 KG |
| **Net:** | 580 | LB | 263 KG |
| **Pallets:** | 2 | | |
| **CTNS:** | 24 | | |



**STAMPING & DIE COMPANY**

INVOICE  PAGE
ASN/SID#  058955     1
DATE
04/14/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (810) 264-9400 • Fax (810) 264-9224

SOLD TO: DCX01                          SHIP TO: 401A

CHRYSLER COMPANY, LLC                   #4012 JEFFERSON NORTH ASSY PLT
P.O. BOX 537927                         2101 CONNER AVE
LIVONIA, MI US 48153                    DETROIT, MI USA 48215--2763

                                        DOCK: 86

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58955 | 058955 | 04/14/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 144 | DELUXE S # 52089360AB<br>52089360AB<br>HOOK ASSY TOW LT<br>P.O.-#: O5137090P | EA | 7.93220000 | 1,142.24 |
| 1 | DELUXE S # 0CC00091<br>0CC00091<br>RETURNABLE CONTAINER | EA | .00000000 | .00 |

COMMENTS:                               SALES AMOUNT        1,142.24

                                        MISC CHARGES             .00
RELEASE:  023193200904140854                 FREIGHT             .00

                                        INVOICE AMOUNT      1,142.24

UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable

58955

LGSI: LOGISTICS INSIGHT

Shipper's No. _____

(Name of Carrier)
RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No. 73-8996

AT: STERLING HTS.    MI    USA    48312          ON: 4/14/2009
FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
    Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee – For purposes of notification only.)

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 04012
              LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI    48210          (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)
Route _____

Delivering Carrier _____ Car or Vehicle Initials _____ No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 1 CTNS | | AUTO PARTS NOI CC91 PLASTIC BIN ITEM: 0CC00091 | 715 | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br>    The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | Destination    pallets ctns Net_wt Tare_wt Gross_wt | | | |
| | | #4012 JEFFERSON NORTH ASSY PLT(058955)    DK: 86 | | | Per _____ (Signature of Consignor.) |
| | | 0    1    575    140    715 | | | |
| | | Packing slips # 058955 | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | PACKING SLIP 058955 ATTACHED SUPPLIER CODE:   30811 | | | |
| | | | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |
| | | | | | COLLECT _____ (Agent or Cashier.) |
| | | | | | Per _____ (This signature here acknowledges only the amounts prepaid.) |
| | | | | | Charges Advanced: |
| | | | | | $ |

SHIPPERS CERTIFICATION. This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation                    SIGNATURE _____ TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.    MI    USA    48312

Shipper, Per _____          Agent, Per _____



**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 058955**

**DATE:** 4/14/2009

**Ship To:** 401A

#4012 JEFFERSON NORTH ASSY PLT

2101 CONNER AVE

DETROIT, MI USA 48215-2763

**Dock:**  86

**Sold To:**   DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58955 | 04012 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 144 | 52089360AB HOOK ASSY TOW LT P.O. #: O5137090P | EA | SKD71 0CC00091 | 144 | 1 | 575 261 | LB KG | 7,708 |
| 1 | 0CC00091 RETURNABLE CONTAINER P.O. #: | EA | RC | 1 | 0 | 0 0 | LB KG | 2,373 |

**Comments:**

| | | |
|---|---|---|
| **Gross:** | 715 LB | 324 KG |
| **Tare:** | 140 LB | 64 KG |
| **Net:** | 575 LB | 261 KG |
| **Pallets:** | 0 | |
| **CTNS:** | 1 | |



**STAMPING & DIE COMPANY**

INVOICE PAGE
ASN/SID# 058956    1
DATE
04/14/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (810) 264-9400 • Fax (810) 264-9224

SOLD TO: DCX01                          SHIP TO: 8068

CHRYSLER COMPANY, LLC                   #8068 CHRYS DE VENEZUELA LL
P.O. BOX 537927                         AV PANCHO PEPE CROQUER
LIVONIA, MI US 48153                    VALENCIA
                                        CARABOBO, VE 48192
                                        DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58956 | 058956 | 04/14/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 48 | DELUXE S # 52089357AB<br>52089357AB<br>HOOK ASSY TOW RT<br>P.O.-#: O5137089P<br>PKG CHG | EA | 7.93220000 | 380.75<br><br><br><br>31.48 |
| 36 | DELUXE S # 52089363AC<br>52089363AC<br>REAR TOW HOOK ASSY<br>P.O.-#: O5137091Q<br>PKG CHG | EA | 16.56420000 | 596.31<br><br><br><br>23.61 |
| 80 | DELUXE S # 52090399AC<br>52090399AC<br>BRKT-T/HOOK<br>P.O.-#: O5137092S<br>PKG CHG | EA | 3.10440000 | 248.35<br><br><br><br>4.00 |
| 24 | DELUXE S # EXP0121507<br>EXP0121507<br>EXPENDABLE CARTON | EA | .00000000 | .00 |
| 4 | DELUXE S # EXP0242209<br>EXP0242209<br>EXPENDABLE CARTON | EA | .00000000 | .00 |

COMMENTS: 3 TOTAL CONTAINERS                SALES AMOUNT       1,284.50

                                            MISC CHARGES            .00
RELEASE:   023194200904140854                    FREIGHT            .00

                                            INVOICE AMOUNT     1,284.50



UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable
Pg 36 of 125

58956

LGSI: LOGISTICS INSIGHT
(Name of Carrier)
RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Shipper's No.

Carrier's No. 73·8996 8

AT: STERLING HTS.   MI  USA  48312         ON: 4/14/2009
FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier bein understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrie on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, tha every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail c rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 08068
               LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
   DESTINATION : DETROIT, MI   48210

(Mail or street address of consignee – For purposes of notification only

(* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.

Route _____

Delivering Carrier _____   Car or Vehicle Initials _____   No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 3 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | 24 CONTAINERS: AUTO PARTS NOIBN EXP0121507 CTN ON PALLET(S) ITEM: EXP0121507 | 461 | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | 4 CONTAINERS: AUTO PARTS NOIBN EXP0242209 CTN ON PALLET(S) ITEM: EXP0242209 | 232 | | Per _____ (Signature of Consignor.) |

Destination     pallets ctns  Net_wt Tare_wt Gross_wt

#8068 CHRYS DE VENEZUELA LL   (058956)   DK:
                        3   28    544    148    692

Packing slips # 058956

        PACKING SLIP 058956 ATTACHED
        SUPPLIER CODE:  30811

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____
to apply in prepayment of the charges on the property described hereon.

COLLECT
_____
(Agent or Cashier.)

Per _____
(This signature here acknowledges only the amounts prepaid.)

Charges Advanced:

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____   TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state where it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI  USA  48312

Shipper, Per _____   Agent, Per _____



**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

STAMPING & DIE COMPANY

Page 1 of 1

**ASN/SID#: 058956**

**DATE:** 14/4/2009

Ship To: 8068

#8068 CHRYS DE VENEZUELA LL

AV PANCHO PEPE CROQUER
VALENCIA
CARABOBO, VE 48192

Sold To:    DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

Dock:

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58956 | 08068 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | CUM-Ship |
|---|---|---|---|---|---|---|---|
| 48 | 52089357AB HOOK ASSY TOW RT P.O. #: O5137089P | EA | CTN71 EXP0121507 | 4 | 12 | 192 LB 87 KG | 3,721 |
| 36 | 52089363AC REAR TOW HOOK ASSY P.O. #: O5137091Q | EA | CTN71 EXP0121507 | 3 | 12 | 245 LB 111 KG | 3,793 |
| 80 | 52090399AC BRKT-T/HOOK P.O. #: O5137092S | EA | CTN71 EXP0242209 | 20 | 4 | 107 LB 49 KG | 3,609 |
| 24 | EXP0121507 EXPENDABLE CARTON P.O. #: | EA | RC | 1 | 0 | 0 LB 0 KG | 5,882 |
| 4 | EXP0242209 EXPENDABLE CARTON P.O. #: | EA | RC | 1 | 0 | 0 LB 0 KG | 1,164 |

**Comments:**    3 TOTAL CONTAINERS

| | | |
|---|---|---|
| Gross: | 692 LB | 314 KG |
| Tare: | 148 LB | 67 KG |
| Net: | 544 LB | 247 KG |
| Pallets: | 3 | |
| CTNS: | 28 | |



**STAMPING & DIE COMPANY**

INVOICE PAGE
ASN/SID# 058957    1
DATE
04/14/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (810) 264-9400 • Fax (810) 264-9224

SOLD TO: DCX01                          SHIP TO: 8481

CHRYSLER COMPANY, LLC                   #8481 TOLUCA CAR ASSY PLANT
P.O. BOX 537927                         CHRYSLER DE MEXICO S A DE C V
LIVONIA, MI US 48153                    CARR MEX TOL KM 60 5
                                        TOLUCA, MX 50000
                                        DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58957 | 058957 | 04/14/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 400 | DELUXE S # 05178547AA<br>05178547AA<br>BRKT ASSY RR SIDE RAIL SHIP<br>P.O.-#: O8127027D | EA | .85930000 | 343.72 |
| 480 | DELUXE S # 05178557AB<br>05178557AB<br>REINF ASSY SHIPPING TIE DOWN R<br>P.O.-#: O8127008J | EA | 1.77010000 | 849.65 |
| 4 | DELUXE S # 0000CC30<br>0000CC30<br>RETURNABLE CONTAINER | EA | .00000000 | .00 |
| 24 | DELUXE S # CT121507<br>CT121507<br>RETURNABLE TOTE | EA | .00000000 | .00 |
| 1 | DELUXE S # CP4845SP<br>CP4845SP<br>RETURNABLE PALLET | EA | .00000000 | .00 |
| 1 | DELUXE S # CP4845VL<br>CP4845VL<br>RETURNABLE LID | EA | .00000000 | .00 |

COMMENTS: 5 TOTAL CONTAINERS                SALES AMOUNT        1,193.37

                                            MISC CHARGES              .00
RELEASE:   023195200904140854                    FREIGHT              .00

                                            INVOICE AMOUNT      1,193.37

## UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable

SHORT FORM page 39 of 125

AS?

LGSI: LOGISTICS INSIGHT

Shipper's No.                    58957

(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No.   73-8996 88 ✓

AT: STERLING HTS.   MI USA 48312          ON: 4/14/2009

FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if this is applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO:00143 LOGISTICS INSIGHT PLANTS: 08481
              LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.

(Mail or street address of consignee – For purposes of notification only

DESTINATION : DETROIT, MI   48210

(* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____   Car or Vehicle Initials _____   No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| **5** | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | 4 CONTAINERS: AUTO PARTS NOI CC30 BLUE PLASTIC BIN ITEM: 0000CC30 | 900 | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | 24 CONTAINERS: AUTO PARTS NOIBN CT121507 TOTES ON PALLET(S) ITEM: CT121507 | 394 | | Per _____ (Signature of Consignor.) |
| | | 1 CONTAINERS: AUTO PARTS NOI CPSP RETURNABLE PALLET ITEM: CP4845SP | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | 1 CONTAINERS: AUTO PARTS NOI CPVL RETURNABLE LID ITEM: CP4845VL | 40 | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |

Destination      pallets ctns Net_wt Tare_wt Gross_wt

#8481 TOLUCA CAR ASSY PLANT   (058957)   DK:
                    1   30  1066   268   1334

Packing slips # 058957

       PACKING SLIP 058957 ATTACHED
       SUPPLIER CODE:   30811

COLLECT

(Agent or Cashier )

Per _____
(This signature here acknowledges only the amounts prepaid.)

Charges Advanced:

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.
SIGNATURE _____   TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI USA   48312

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Shipper, Per _____        Agent, Per _____



**SHIPPER**

STAMPING & DIE COMPANY

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 058957**

**DATE:** 14/4/2009

Ship To: 8481

#8481 TOLUCA CAR ASSY PLANT

CHRYSLER DE MEXICO S A DE C V
CARR MEX TOL KM 60 5
TOLUCA,  MX 50000

Dock:

Sold To:      DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58957 | 08481 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 400 | 05178547AA<br>BRKT ASSY RR SIDE RAIL SHIP<br>P.O. #: O8127027D | EA | SKD71<br>0000CC30 | 100 | 4 | 720<br>327 | LB<br>KG | 71,452 |
| 480 | 05178557AB<br>REINF ASSY SHIPPING TIE DOWN R<br>P.O. #: O8127008J | EA | CTN71<br>CT121507 | 20 | 24 | 346<br>157 | LB<br>KG | 71,572 |
| 4 | 0000CC30<br>RETURNABLE CONTAINER<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 697 |
| 24 | CT121507<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 3,468 |
| 1 | CP4845SP<br>RETURNABLE PALLET<br>P.O. #: | EA | RC | 0 | 1 | 0<br>0 | LB<br>KG | 76 |
| 1 | CP4845VL<br>RETURNABLE LID<br>P.O. #: | EA | RC | 0 | 1 | 0<br>0 | LB<br>KG | 76 |

Comments:     5 TOTAL CONTAINERS

| | | | |
|---|---|---|---|
| **Gross:** | 1,334 | LB | 605 KG |
| **Tare:** | 268 | LB | 122 KG |
| **Net:** | 1,066 | LB | 483 KG |
| **Pallets:** | | 1 | |
| **CTNS:** | | 30 | |



INVOICE PAGE
ASN/SID# 058961   2
DATE
04/15/09

STAMPING & DIE COMPANY

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (810) 264-9400 • Fax (810) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 6215

#6215 STERLING STAMPING PLANT
35777 VAN DYKE
STERLING HEIGHTS, MI US 48312

DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58961 | 058961 | 04/15/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 1 | DELUXE S # CP4845VL | EA | .00000000 | .00 |
| | CP4845VL | | | |
| | RETURNABLE LID | | | |

COMMENTS: 4 TOTAL CONTAINERS

RELEASE:  023198200904150859

| | |
|---|---|
| SALES AMOUNT | 3,538.58 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 3,538.58 |

**Deluxe**
**STAMPING & DIE COMPANY**

INVOICE PAGE
ASN/SID# 058961    1
DATE
04/15/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (810) 264-9400 • Fax (810) 264-9224

```
SOLD TO: DCX01                          SHIP TO: 6215

CHRYSLER COMPANY, LLC                   #6215 STERLING STAMPING PLANT
P.O. BOX 537927                         35777 VAN DYKE
LIVONIA, MI US 48153                    STERLING HEIGHTS, MI US 48312

                                        DOCK:
```

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58961 | 058961 | 04/15/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 540 | DELUXE S # 55113320AA<br>55113320AA<br>REINF ASSY FRT SEAT FRT RT<br>P.O.-#: O7135109L | EA | .97120000 | 524.45 |
| 360 | DELUXE S # 55113321AA<br>55113321AA<br>REINF ASSY FRT SEAT FRT LT<br>P.O.-#: O7135109L | EA | .97120000 | 349.63 |
| 5000 | DELUXE S # 55276410AA<br>55276410AA<br>TAPPING PLATE<br>P.O.-#: O2124035Q | EA | .53290000 | 2,664.50 |
| 30 | DELUXE S # CT241509<br>CT241509<br>RETURNABLE TOTE | EA | .00000000 | .00 |
| 2 | DELUXE S # 0CC00071<br>0CC00071<br>RETURNABLE CONTAINER | EA | .00000000 | .00 |
| 1 | DELUXE S # CP4845SP<br>CP4845SP<br>RETURNABLE PALLET | EA | .00000000 | .00 |

COMMENTS: 4 TOTAL CONTAINERS

RELEASE:  023198200904150859

**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable**

LGSI: LOGISTICS INSIGHT

Shipper's No. _____ 58961

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.
(Name of Carrier)

Carrier's No. 73 5233

AT:STERLING HTS.   MI  USA  48312          ON: 4/15/2009

FROM:Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or a rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO:00143 LOGISTICS INSIGHT PLANTS: 06215
          LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.

(Mail or street address of consignee – For purposes of notification only)
A

DESTINATION : DETROIT, MI  48210

(* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____ Car or Vehicle Initials _____ No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 4 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | 30 CONTAINERS: | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | AUTO PARTS NOIBN | 857 | | |
| | | CT241509 TOTES ON PALLET(S) | | | |
| | | ITEM: CT241509 | | | |
| | | | | | |
| | | 2 CONTAINERS: | | | Per _____ |
| | | AUTO PARTS NOI | 2975 | | (Signature of Consignor.) |
| | | CC71 METAL TUB | | | |
| | | ITEM: 0CC00071 | | | |
| | | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | 1 CONTAINERS: | | | |
| | | AUTO PARTS NOI | | | |
| | | CPSP RETURNABLE PALLET | | | |
| | | ITEM: CP4845SP | | | |
| | | | | | Received $ _____ |
| | | 1 CONTAINERS: | | | to apply in prepayment of the charges on the property described hereon. |
| | | AUTO PARTS NOI | 80 | | |
| | | CPVL RETURNABLE LID | | | |
| | | ITEM: CP4845VL | | | COLLECT |
| | | | | | _____ |
| | | Destination     pallets ctns Net_wt Tare_wt Gross_wt | | | (Agent or Cashier.) |
| | | | | | |
| | | #6215 STERLING STAMPING PLANT (058961)    DK: | | | |
| | | 2   34   3672   240   3912 | | | Per _____ |
| | | | | | (This signature here acknowledges only the amounts prepaid.) |
| | | Packing slips # 058961 | | | |
| | | | | | |
| | | PACKING SLIP 058961 ATTACHED | | | |
| | | SUPPLIER CODE:  30811 | | | Charges Advanced: |
| | | | | | |
| | | | | | $ _____ |

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____ TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI  USA  48312

Shipper, Per _____          Agent, Per _____

Permanent post office address of shipper



**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 2

**ASN/SID#: 058961**

**DATE:** 4/15/2009

**Ship To:** 6215

#6215 STERLING STAMPING PLANT

35777 VAN DYKE

STERLING HEIGHTS, MI US 48312

**Sold To:**    DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

**Dock:**

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58961 | 06215 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 540 | 55113320AA<br>REINF ASSY FRT SEAT FRT RT<br>P.O. #: O7135109L | EA | CTN71<br>CT241509 | 30 | 18 | 478<br>217 | LB<br>KG | 57,600 |
| 360 | 55113321AA<br>REINF ASSY FRT SEAT FRT LT<br>P.O. #: O7135109L | EA | CTN71<br>CT241509 | 30 | 12 | 319<br>145 | LB<br>KG | 57,780 |
| 5,000 | 55276410AA<br>TAPPING PLATE<br>P.O. #: O2124035Q | EA | SKD71<br>0CC00071 | 2,500 | 2 | 2,875<br>1,304 | LB<br>KG | 122,500 |
| 30 | CT241509<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 3,846 |
| 2 | 0CC00071<br>RETURNABLE CONTAINER<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 41 |
| 1 | CP4845SP<br>RETURNABLE PALLET<br>P.O. #: | EA | RC | 0 | 1 | 0<br>0 | LB<br>KG | 267 |
| 1 | CP4845VL<br>RETURNABLE LID<br>P.O. #: | EA | RC | 0 | 1 | 0<br>0 | LB<br>KG | 267 |

# Deluxe
## STAMPING & DIE COMPANY

6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

**SHIPPER**

**ASN/SID#: 058961**

**DATE:** 4/15/2009

**Comments:**    4 TOTAL CONTAINERS

| | | | |
|---|---|---|---|
| **Gross:** | 3,912 | LB | 1,774 KG |
| **Tare:** | 240 | LB | 109 KG |
| **Net:** | 3,672 | LB | 1,665 KG |
| **Pallets:** | 2 | | |
| **CTNS:** | 34 | | |



**DELUXE**
**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (810) 264-9400 • Fax (810) 264-9224

INVOICE PAGE
ASN/SID# 058962    2
DATE
04/15/09

```
SOLD TO: DCX01                      SHIP TO: 2462

CHRYSLER COMPANY, LLC               #2462 TOLEDO NORTH ASSY PLANT
P.O. BOX 537927                     4400 CHRYSLER DRIVE
LIVONIA, MI US 48153                TOLEDO, OH US 43608

                                    DOCK: 5D
```

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58962 | 058962 | 04/15/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 72 | DELUXE S # CT121507<br>CT121507<br>RETURNABLE TOTE | EA | .00000000 | .00 |
| 6 | DELUXE S # CT241509<br>CT241509<br>RETURNABLE TOTE | EA | .00000000 | .00 |
| 3 | DELUXE S # CP4845SP<br>CP4845SP<br>RETURNABLE PALLET | EA | .00000000 | .00 |
| 3 | DELUXE S # CP4845VL<br>CP4845VL<br>RETURNABLE LID | EA | .00000000 | .00 |

```
COMMENTS: 5 TOTAL CONTAINERS           SALES AMOUNT        1,219.49

                                       MISC CHARGES             .00
RELEASE:   023199200904150859               FREIGHT             .00

                                       INVOICE AMOUNT      1,219.49
```



**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (810) 264-9400 • Fax (810) 264-9224

```
                                                    INVOICE PAGE
                                         ASN/SID# 058962    1
                                                       DATE
                                                   04/15/09
```

```
SOLD TO: DCX01                    SHIP TO: 2462

CHRYSLER COMPANY, LLC             #2462 TOLEDO NORTH ASSY PLANT
P.O. BOX 537927                   4400 CHRYSLER DRIVE
LIVONIA, MI US 48153              TOLEDO, OH US 43608

                                  DOCK: 5D
```

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58962 | 058962 | 04/15/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 540 | DELUXE S # 55113270AA<br>55113270AA<br>BRKT MODULE MTG UPR<br>P.O.-#: O8135011M | EA | .66330000 | 358.18 |
| 840 | DELUXE S # 55113274AA<br>55113274AA<br>BRKT FENDER MDPNT MTG RT<br>P.O.-#: O8135013L | EA | .18520000 | 155.57 |
| 840 | DELUXE S # 55113275AA<br>55113275AA<br>BRKT FNDR MDPNT MTG LT<br>P.O.-#: O8135013L | EA | .18520000 | 155.57 |
| 390 | DELUXE S # 57010166AA<br>57010166AA<br>BRKT SILL MLDG MTG RT<br>P.O.-#: O8135012K | EA | .52500000 | 204.75 |
| 1800 | DELUXE S # 57010183AB<br>57010183AB<br>TAPPING PLATE FLIPPER HINGE<br>P.O.-#: O8135010L | EA | .19190000 | 345.42 |

```
COMMENTS: 5 TOTAL CONTAINERS


RELEASE:  023199200904150859
```

**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original—Not Negotiable**

*ASF JR*

58962

LGSI: LOGISTICS INSIGHT
_____
(Name of Carrier)

Shipper's No. _____

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No. 735232

AT: STERLING HTS.  MI  USA  48312        ON: 4/15/2009
FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) in the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee – For purposes of notification only.)

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 02462
LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI  48210        (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____ Car or Vehicle Initials _____ No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 5 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | 72 CONTAINERS: | | | |
| | | AUTO PARTS NOIBN | 815 | | |
| | | CT121507 TOTES ON PALLET(S) | | | |
| | | ITEM: CT121507 | | | |
| | | 6 CONTAINERS: | | | |
| | | AUTO PARTS NOIBN | 164 | | Per _____ (Signature of Consignor.) |
| | | CT241509 TOTES ON PALLET(S) | | | |
| | | ITEM: CT241509 | | | |
| | | 3 CONTAINERS: | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | AUTO PARTS NOI | | | |
| | | CPSP RETURNABLE PALLET | | | |
| | | ITEM: CP4845SP | | | |
| | | 3 CONTAINERS: | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |
| | | AUTO PARTS NOI | 200 | | |
| | | CPVL RETURNABLE LID | | | |
| | | ITEM: CP4845VL | | | COLLECT |
| | | | | | _____ (Agent or Cashier) |

Destination        pallets ctns Net_wt Tare_wt Gross_wt

#2462 TOLEDO NORTH ASSY PLANT (058962)  DK: 5D
          5     84    821    356    1177

Packing slips # 058962

PACKING SLIP 058962 ATTACHED
SUPPLIER CODE:  30811

Per _____
(This signature here acknowledges only the amounts prepaid.)

Charges Advanced

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SIGNATURE _____        TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per _____

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.    MI  USA  48312

Shipper, Per _____        Agent, Per _____



**SHIPPER**

Page 1 of 2

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

**ASN/SID#: 058962**

**DATE:** 4/15/2009

**Ship To:** 2462

#2462 TOLEDO NORTH ASSY PLANT

4400 CHRYSLER DRIVE

TOLEDO, OH US 43608

**Dock:** 5D

**Sold To:**    DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58962 | 02462 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 540 | 55113270AA<br>BRKT MODULE MTG UPR<br>P.O. #: O8135011M | EA | CTN71<br>CT121507 | 15 | 36 | 427<br>194 | LB<br>KG | 36,341 |
| 840 | 55113274AA<br>BRKT FENDER MDPNT MTG RT<br>P.O. #: O8135013L | EA | CTN71<br>CT121507 | 70 | 12 | 122<br>55 | LB<br>KG | 35,441 |
| 840 | 55113275AA<br>BRKT FNDR MDPNT MTG LT<br>P.O. #: O8135013L | EA | CTN71<br>CT121507 | 70 | 12 | 122<br>55 | LB<br>KG | 36,281 |
| 390 | 57010166AA<br>BRKT SILL MLDG MTG RT<br>P.O. #: O8135012K | EA | CTN71<br>CT241509 | 65 | 6 | 151<br>69 | LB<br>KG | 37,211 |
| 1,800 | 57010183AB<br>TAPPING PLATE FLIPPER HINGE<br>P.O. #: O8135010L | EA | CTN71<br>CT121507 | 150 | 12 | 0<br>0 | LB<br>KG | 88,438 |
| 72 | CT121507<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 6,180 |
| 6 | CT241509<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 1,116 |
| 3 | CP4845SP<br>RETURNABLE PALLET<br>P.O. #: | EA | RC | 0 | 3 | 0<br>0 | LB<br>KG | 580 |



**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

Page 2 of 2

**ASN/SID#: 058962**

**DATE:** 4/15/2009

Ship To:  2462

#2462 TOLEDO NORTH ASSY PLANT

4400 CHRYSLER DRIVE

TOLEDO, OH US 43608

**Dock:**  5D

Sold To:    DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58962 | 02462 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 3 | CP4845VL RETURNABLE LID P.O. #: | EA | RC | 0 | 3 | 0  LB 0  KG | | 580 |

**Comments:**   5 TOTAL CONTAINERS

| | | | |
|---|---|---|---|
| **Gross:** | 1,177 | LB | 534 KG |
| **Tare:** | 356 | LB | 161 KG |
| **Net:** | 821 | LB | 373 KG |
| **Pallets:** | 5 | | |
| **CTNS:** | 84 | | |



**STAMPING & DIE COMPANY**

INVOICE PAGE
ASN/SID# 058963    1
DATE
04/15/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (810) 264-9400 • Fax (810) 264-9224

```
SOLD TO: DCX01                    SHIP TO: 5305

CHRYSLER COMPANY, LLC             #5305 KOKOMO TRANSMISSION PLT
P.O. BOX 537927                   2401 S. REED ROAD
LIVONIA, MI US 48153              KOKOMO, IN US 46902

                                  DOCK:
```

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58963 | 058963 | 04/15/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 900 | DELUXE S # 05078868AA<br>05078868AA<br>END COVER LOWER<br>P.O.-#: O7128228I | EA | .09890000 | 89.01 |
| 3 | DELUXE S # CT121505<br>CT121505<br>RETURNABLE TOTE | EA | .00000000 | .00 |

```
COMMENTS:                         SALES AMOUNT        89.01

                                  MISC CHARGES          .00
RELEASE:  023200200904150859           FREIGHT          .00

                                  INVOICE AMOUNT      89.01
```

**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable**

Page 52 of 125

ASP JT

Shipper's No. 58963

LGSI: LOGISTICS INSIGHT

(Name of Carrier)
RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No. 73 5232

AT: STERLING HTS.    MI  USA   48312          ON: 4/15/2009

FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee – For purposes of notification only.)

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 05305
                    LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI  48210          (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____ **Car or Vehicle Initials** _____ **No.** _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 1 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | 3 CONTAINERS: | | | |
| | | AUTO PARTS NOIBN | 87 | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | CT121505 TOTES ON PALLET(S) | | | |
| | | ITEM: CT121505 | | | |
| | | | | | Per _____ (Signature of Consignor.) |
| | | Destination    pallets ctns Net_wt Tare_wt Gross_wt | | | |
| | | #5305 KOKOMO TRANSMISSION PLT (058963)    DK: | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | 1    3    41    46    87 | | | |
| | | Packing slips # 058963 | | | |
| | | | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |
| | | PACKING SLIP 058963 ATTACHED | | | |
| | | SUPPLIER CODE:  30811 | | | COLLECT |
| | | | | | (Agent or Cashier ) |
| | | | | | Per _____ (This signature here acknowledges only the amounts prepaid.) |
| | | | | | Charges Advanced: |
| | | | | | $ _____ |

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SIGNATURE _____    TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.    MI  USA   48312

Shipper, Per _____          Agent, Per _____



**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 058963**

**DATE:** 4/15/2009

Ship To:  5305

#5305 KOKOMO TRANSMISSION PLT

2401 S. REED ROAD

KOKOMO, IN US 46902

Sold To:    DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

Dock:

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58963 | 05305 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 900 | 05078868AA<br>END COVER LOWER<br>P.O. #: O71282281 | EA | CTN71<br>CT121505 | 300 | 3 | 41<br>18 | LB<br>KG | 137,400 |
| 3 | CT121505<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 447 |

**Comments:**

| | | | |
|---|---|---|---|
| **Gross:** | 87 | LB | 39 KG |
| **Tare:** | 46 | LB | 21 KG |
| **Net:** | 41 | LB | 18 KG |
| **Pallets:** | 1 | | |
| **CTNS:** | 3 | | |



**STAMPING & DIE COMPANY**

INVOICE PAGE
ASN/SID# 058964    1
DATE
04/15/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (810) 264-9400 • Fax (810) 264-9224

SOLD TO: DCX01                          SHIP TO: 2452

CHRYSLER COMPANY, LLC                   #2452(N) WARREN TRUCK ASSY PLT
P.O. BOX 537927                         6500 HUBER STREET
LIVONIA, MI US 48153                    DETROIT, MI 48211

                                        DOCK: XL

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58964 | 058964 | 04/15/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 312 | DELUXE S # 52010138AG<br>52010138AG<br>SHIELD SPLASH ROTOR RT<br>P.O.-#: O3132030V | EA | 1.21210000 | 378.18 |
| 468 | DELUXE S # 52010139AG<br>52010139AG<br>SHIELD SPLASH ROTOR LT<br>P.O.-#: O3132032V | EA | 1.21210000 | 567.26 |
| 156 | DELUXE S # 52855010AD<br>52855010AD<br>SHIELD ASSY SPLASH BRAKE<br>P.O.-#: O5132138S | EA | .82850000 | 129.25 |
| 156 | DELUXE S # 52855011AD<br>52855011AD<br>SHIELD ASSY SPLASH BRAKE<br>P.O.-#: O5132139S | EA | .82850000 | 129.25 |
| 42 | DELUXE S # CT241505<br>CT241505<br>RETURNABLE TOTE | EA | .00000000 | .00 |

COMMENTS: 4 TOTAL CONTAINERS                    SALES AMOUNT        1,203.94

                                               MISC CHARGES             .00
RELEASE:   023201200904150859                      FREIGHT              .00

                                               INVOICE AMOUNT      1,203.94

**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable**
INVOICE #: 058964-N28

58964

LGSI: LOGISTICS INSIGHT                                                Shipper's No. _____
(Name of Carrier)
RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No. 73503

AT:STERLING HTS.   MI  USA  48312              ON: 4/15/2009
FROM:Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
    Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee - For purposes of notification only.)

CONSIGNED TO:00143 LOGISTICS INSIGHT PLANTS: 02452N              A
              LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI  48210          (* To be filed in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____ **Car or Vehicle Initials** _____ No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 4 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | 42 CONTAINERS: | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | AUTO PARTS NOIBN | 1204 | | |
| | | CT241505 TOTES ON PALLET(S) | | | |
| | | ITEM: CT241505 | | | |
| | | | | | Per _____ |
| | | | | | (Signature of Consignor.) |
| | | Destination    pallets ctns Net_wt Tare_wt Gross_wt | | | |
| | | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | #2452(N) WARREN TRUCK ASSY PLT(058964)   DK: XL | | | |
| | | 4    42    959    244    1203 | | | |
| | | Packing slips # 058964 | | | |
| | | | | | Received $ |
| | | PACKING SLIP 058964 ATTACHED | | | to apply in prepayment of the charges on the property described hereon. |
| | | SUPPLIER CODE:  30811 | | | |
| | | | | | COLLECT |
| | | | | | _____ |
| | | | | | (Agent or Cashier ) |
| | | | | | Per _____ |
| | | | | | (This signature here acknowledges only the amounts prepaid.) |
| | | | | | Charges Advanced: |
| | | | | | $ |

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation          SIGNATURE _____  TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI  USA  48312

Shipper, Per _____          Agent, Per _____



**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 058964**

**DATE:** 4/15/2009

**Ship To:** 2452

#2452(N) WARREN TRUCK ASSY PLT

6500 HUBER STREET

DETROIT, MI 48211

**Dock:** XL

**Sold To:** DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58964 | 02452N | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | CUM-Ship |
|---|---|---|---|---|---|---|---|
| 312 | 52010138AG<br>SHIELD SPLASH ROTOR RT<br>P.O. #: O3132030V | EA | CTN71<br>CT241505 | 26 | 12 | 290 LB<br>132 KG | 88,799 |
| 468 | 52010139AG<br>SHIELD SPLASH ROTOR LT<br>P.O. #: O3132032V | EA | CTN71<br>CT241505 | 26 | 18 | 435 LB<br>197 KG | 88,955 |
| 156 | 52855010AD<br>SHIELD ASSY SPLASH BRAKE<br>P.O. #: O5132138S | EA | CTN71<br>CT241505 | 26 | 6 | 109 LB<br>50 KG | 9,866 |
| 156 | 52855011AD<br>SHIELD ASSY SPLASH BRAKE<br>P.O. #: O5132139S | EA | CTN71<br>CT241505 | 26 | 6 | 125 LB<br>57 KG | 8,930 |
| 42 | CT241505<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 0 | 0 | 0 LB<br>0 KG | 6,832 |

**Comments:**   4 TOTAL CONTAINERS

| | | | |
|---|---|---|---|
| **Gross:** | 1,203 | LB | 546 KG |
| **Tare:** | 244 | LB | 111 KG |
| **Net:** | 959 | LB | 435 KG |
| **Pallets:** | 4 | | |
| **CTNS:** | 42 | | |



**STAMPING & DIE COMPANY**

INVOICE PAGE
ASN/SID# 058965    1
DATE
04/15/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (810) 264-9400 • Fax (810) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 4012

#4012(N) JEFFERSON NORTH ASSY
TDS US 11851 FREUD
DETROIT, MI US 48214

DOCK: SL

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58965 | 058965 | 04/15/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 120 | DELUXE S # 52090399AC<br>52090399AC<br>BRKT-T/HOOK<br>P.O.-#: O5137092S | EA | 3.10440000 | 372.53 |
| 1440 | DELUXE S # 55116622AB<br>55116622AB<br>BRACKET-INSTRUMENT<br>P.O.-#: O5135102P | EA | .18780000 | 270.43 |
| 6 | DELUXE S # CT241509<br>CT241509<br>RETURNABLE TOTE | EA | .00000000 | .00 |
| 12 | DELUXE S # CT121507<br>CT121507<br>RETURNABLE TOTE | EA | .00000000 | .00 |

COMMENTS: 2 TOTAL CONTAINERS

RELEASE:  023202200904150859

| | |
|---|---|
| SALES AMOUNT | 642.96 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 642.96 |

**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable**

Invoice page 58 of 125



58965

LGSI: LOGISTICS INSIGHT                          Shipper's No.

(Name of Carrier)
RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No. 73523

AT: STERLING HTS.   MI  USA  48312          ON: 4/15/2009

FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to said destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 04012N

(Mail or street address of consignee – For purposes of notification only.)
A, 04012

LINC CROSSDOCK – DETROIT 3685 CENTRAL AVE.

DESTINATION : DETROIT, MI  48210          (* To be filled in only when shipper desires and governing tariffs provide for delivery threat.)

Route _____

Delivering Carrier _____ Car or Vehicle Initials _____ No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| **3** | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | 6 CONTAINERS: | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | AUTO PARTS NOIBN | 173 | | |
| | | CT241509 TOTES ON PALLET(S) | | | |
| | | ITEM: CT241509 | | | |
| | | | | | |
| | | 12 CONTAINERS: | | | Per _____ |
| | | AUTO PARTS NOIBN | 335 | | (Signature of Consignor.) |
| | | CT121507 TOTES ON PALLET(S) | | | |
| | | ITEM: CT121507 | | | |
| | | | | | If charges are to be prepaid, write |
| | | 1 CONTAINERS: | | | or stamp here, "To be Prepaid." |
| | | AUTO PARTS NOI | 715 | | |
| | | CC91 PLASTIC BIN | | | |
| | | ITEM: 0CC00091 | | | |
| | | | | | Received $ _____ |
| | | | | | to apply in prepayment of the charges on the property described hereon. |

Destination        pallets ctns Net_wt Tare_wt Gross_wt

#4012(N) JEFFERSON NORTH ASSY (058965)    DK: SL

                2   18   391    116    507
#4012 JEFFERSON NORTH ASSY PLT(058966)    DK: 86

                0    1   575    140    715

Packing slips # 058965 058966

      PACKING SLIP 058965 ATTACHED
      SUPPLIER CODE:   30811

COLLECT

(Agent or Cashier)

Per _____

(This signature here acknowledges only the amounts prepaid.)

Charges Advanced:

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____   TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.    MI   USA  48312

Shipper, Per _____       Agent, Per _____



**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

STAMPING & DIE COMPANY

Page 1 of 1

**ASN/SID#: 058965**

**DATE:** 4/15/2009

**Ship To:** 4012

#4012(N) JEFFERSON NORTH ASSY

TDS US 11851 FREUD

DETROIT, MI US 48214

**Dock:** SL

**Sold To:**    DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58965 | 04012N | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 120 | 52090399AC<br>BRKT-T/HOOK<br>P.O. #: O5137092S | EA | CTN71<br>CT241509 | 20 | 6 | 161<br>73 | LB<br>KG | 963 |
| 1,440 | 55116622AB<br>BRACKET-INSTRUMENT<br>P.O. #: O5135102P | EA | CTN71<br>CT121507 | 120 | 12 | 230<br>105 | LB<br>KG | 105,710 |
| 6 | CT241509<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 9,426 |
| 12 | CT121507<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 14,807 |

**Comments:**    2 TOTAL CONTAINERS

| | | |
|---|---|---|
| **Gross:** | 507 LB | 230 KG |
| **Tare:** | 116 LB | 53 KG |
| **Net:** | 391 LB | 177 KG |
| **Pallets:** | 2 | |
| **CTNS:** | 18 | |



**STAMPING & DIE COMPANY**

INVOICE PAGE
ASN/SID# 058966    1

DATE
04/15/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (810) 264-9400 • Fax (810) 264-9224

SOLD TO: DCX01                          SHIP TO: 401A

CHRYSLER COMPANY, LLC                    #4012 JEFFERSON NORTH ASSY PLT
P.O. BOX 537927                          2101 CONNER AVE
LIVONIA, MI US 48153                     DETROIT, MI USA 48215--2763

                                         DOCK: 86

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58965 | 058966 | 04/15/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 144 | DELUXE S # 52089357AB<br>52089357AB<br>HOOK ASSY TOW RT<br>P.O.-#: O5137089P | EA | 7.93220000 | 1,142.24 |
| 1 | DELUXE S # 0CC00091<br>0CC00091<br>RETURNABLE CONTAINER | EA | .00000000 | .00 |

COMMENTS:                               SALES AMOUNT        1,142.24

                                        MISC CHARGES            .00
RELEASE:  023202200904150859                 FREIGHT            .00

                                        INVOICE AMOUNT      1,142.24



# UNIFORM STRAIGHT BILL OF LADING-SHORT FORM Original-Not Negotiable

Shipper's No. 58965

LGSI: LOGISTICS INSIGHT
(Name of Carrier)
RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

Carrier's No. 735230

AT:STERLING HTS.   MI USA  48312   ON: 4/15/2009
FROM:Deluxe Stamping & Die Co.

the property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO:00143 LOGISTICS INSIGHT PLANTS: 04012N      (Mail or street address of consignee – For purposes of notification only.) A, 04012
               LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI   48210    (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)
Route
Delivering Carrier                        Car or Vehicle Initials              No.

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 3 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | 6 CONTAINERS: AUTO PARTS NOIBN CT241509 TOTES ON PALLET(S) ITEM: CT241509 | 173 | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | 12 CONTAINERS: AUTO PARTS NOIBN CT121507 TOTES ON PALLET(S) ITEM: CT121507 | 335 | | Per _____ (Signature of Consignor) |
| | | 1 CONTAINERS: AUTO PARTS NOI CC91 PLASTIC BIN ITEM: 0CC00091 | 715 | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |

Received $ ____ to apply in prepayment of the charges on the property described hereon.

Destination      pallets ctns Net_wt Tare_wt Gross_wt

#4012(N) JEFFERSON NORTH ASSY (058965)   DK: SL
                  2   18   391   116   507
#4012 JEFFERSON NORTH ASSY PLT(058966)   DK: 86
                  0    1   575   140   715

Packing slips # 058965 058966

        PACKING SLIP 058965 ATTACHED
        SUPPLIER CODE:  30811

COLLECT
(Agent or Cashier)

Per _____
(This signature here acknowledges only the amounts prepaid.)

Charges Advanced:

$

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SIGNATURE _____   TITLE _____

†Shipper's imprint in lieu of stamp: not a part of Bill of Lading approved by the Interstate Commerce Commission.

the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI USA  48312          Shipper, Per _____   Agent, Per _____
Permanent post office address of shipper

# Deluxe
### STAMPING & DIE COMPANY

**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 058966**

**DATE:** 4/15/2009

**Ship To:** 401A

#4012 JEFFERSON NORTH ASSY PLT

2101 CONNER AVE

DETROIT, MI USA 48215-2763

**Dock:** 86

**Sold To:**    DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58965 | 04012 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 144 | 52089357AB<br>HOOK ASSY TOW RT<br>P.O. #: O5137089P | EA | SKD71<br>0CC00091 | 144 | 1 | 575<br>261 | LB<br>KG | 7,708 |
| 1 | 0CC00091<br>RETURNABLE CONTAINER<br>P.O. #: | EA | RC | 1 | 0 | 0<br>0 | LB<br>KG | 2,374 |

**Comments:**

| | | |
|---|---|---|
| **Gross:** | 715 LB | 324 KG |
| **Tare:** | 140 LB | 64 KG |
| **Net:** | 575 LB | 261 KG |
| **Pallets:** | 0 | |
| **CTNS:** | 1 | |

INVOICE PAGE
ASN/SID# 058967    1
DATE
04/15/09



**Deluxe**
STAMPING & DIE COMPANY

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (810) 264-9400 • Fax (810) 264-9224

SOLD TO: DCX01                          SHIP TO: 8068

CHRYSLER COMPANY, LLC                   #8068 CHRYS DE VENEZUELA LL
P.O. BOX 537927                         AV PANCHO PEPE CROQUER
LIVONIA, MI US 48153                    VALENCIA
                                        CARABOBO, VE 48192
                                        DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58967 | 058967 | 04/15/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 112 | DELUXE S # 55113270AA<br>55113270AA<br>BRKT MODULE MTG UPR<br>P.O.-#: O8135011M | EA | .66330000 | 74.29 |
|  | PKG CHG | | | 9.78 |
| 112 | DELUXE S # 55113271AA<br>55113271AA<br>BRKT MODULE MTG UPR<br>P.O.-#: O8135011M | EA | .66330000 | 74.29 |
|  | PKG CHG | | | 9.78 |
| 96 | DELUXE S # 52089360AB<br>52089360AB<br>HOOK ASSY TOW LT<br>P.O.-#: O5137090P | EA | 7.93220000 | 761.49 |
| 36 | DELUXE S # 52089363AC<br>52089363AC<br>REAR TOW HOOK ASSY<br>P.O.-#: O5137091Q | EA | 16.56420000 | 596.31 |
|  | PKG CHG | | | 23.61 |

COMMENTS: 5 TOTAL CONTAINERS

RELEASE:    023203200904150859


**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (810) 264-9400 • Fax (810) 264-9224

INVOICE PAGE
ASN/SID# 058967    2
DATE
04/15/09

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 8068

#8068 CHRYS DE VENEZUELA LL
AV PANCHO PEPE CROQUER
VALENCIA
CARABOBO, VE 48192
DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58967 | 058967 | 04/15/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 120 | DELUXE S # 05115548AA<br>05115548AA<br>REINF RR SEAT BELT<br>P.O.-#: O6127032R<br>PKG CHG | EA | 1.43140000 | 171.77<br><br><br><br>22.81 |
| 8 | DELUXE S # EXP0242209<br>EXP0242209<br>EXPENDABLE CARTON | EA | .00000000 | .00 |
| 36 | DELUXE S # EXP0121507<br>EXP0121507<br>EXPENDABLE CARTON | EA | .00000000 | .00 |
| 1 | DELUXE S # EXP0323028<br>EXP0323028<br>EXPENDABLE SKID BOX | EA | .00000000 | .00 |

COMMENTS: 5 TOTAL CONTAINERS

RELEASE:  023203200904150859

| | |
|---|---|
| SALES AMOUNT | 1,744.13 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 1,744.13 |

**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original - Not Negotiable**
INVOICES - Page 5 of 125

Shipper's No.   58967

LGSI: LOGISTICS INSIGHT

(Name of Carrier)
RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No.   73 5238

AT:STERLING HTS.   MI  USA  48312          ON: 4/15/2009
FROM:Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth in (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
   Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee – For purposes of notification only .)

CONSIGNED TO:00143 LOGISTICS INSIGHT PLANTS: 08068
              LINC CROSSDOCK – DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI  48210          (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route

Delivering Carrier _____ Car or Vehicle Initials _____   No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 5 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | 8 CONTAINERS: AUTO PARTS NOIBN EXP0242209 CTN ON PALLET(S) ITEM: EXP0242209 | 193 | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | 36 CONTAINERS: AUTO PARTS NOIBN EXP0121507 CTN ON PALLET(S) ITEM: EXP0121507 | 664 | | Per _____ (Signature of Consignor.) |
| | | 1 CONTAINERS: AUTO PARTS NOIBN EXP0323028 EXP. SKID BOX ITEM: EXP0323028 | 382 | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |

Destination       pallets ctns Net_wt Tare_wt Gross_wt

#8068 CHRYS DE VENEZUELA LL   (058967)   DK:
              4    45   996    242    1238

Packing slips # 058967

        PACKING SLIP 058967 ATTACHED
        SUPPLIER CODE:  30811

Received $ _____
to apply in prepayment of the charges on the property described hereon.

COLLECT

_____
(Agent or Cashier.)

Per _____

(This signature here acknowledges only the amounts prepaid.)

Charges Advanced:

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____   TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI  USA  48312

Shipper, Per _____          Agent, Per _____



**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

STAMPING & DIE COMPANY

Page 1 of 2

**ASN/SID#: 058967**

**DATE:** 15/4/2009

Ship To:  8068

#8068 CHRYS DE VENEZUELA LL

AV PANCHO PEPE CROQUER
VALENCIA
CARABOBO,  VE 48192

Sold To:    DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

Dock:

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58967 | 08068 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 112 | 55113270AA<br>BRKT MODULE MTG UPR<br>P.O. #: O8135011M | EA | CTN71<br>EXP0242209 | 28 | 4 | 88<br>40 | LB<br>KG | 4,938 |
| 112 | 55113271AA<br>BRKT MODULE MTG UPR<br>P.O. #: O8135011M | EA | CTN71<br>EXP0242209 | 28 | 4 | 88<br>40 | LB<br>KG | 4,938 |
| 96 | 52089360AB<br>HOOK ASSY TOW LT<br>P.O. #: O5137090P | EA | CTN71<br>EXP0121507 | 4 | 24 | 383<br>174 | LB<br>KG | 3,673 |
| 36 | 52089363AC<br>REAR TOW HOOK ASSY<br>P.O. #: O5137091Q | EA | CTN71<br>EXP0121507 | 3 | 12 | 245<br>111 | LB<br>KG | 3,829 |
| 120 | 05115548AA<br>REINF RR SEAT BELT<br>P.O. #: O6127032R | EA | SKD71<br>EXP0323028 | 120 | 1 | 192<br>87 | LB<br>KG | 3,960 |
| 8 | EXP0242209<br>EXPENDABLE CARTON<br>P.O. #: | EA | RC | 1 | 0 | 0<br>0 | LB<br>KG | 1,172 |
| 36 | EXP0121507<br>EXPENDABLE CARTON<br>P.O. #: | EA | RC | 1 | 0 | 0<br>0 | LB<br>KG | 5,918 |
| 1 | EXP0323028<br>EXPENDABLE SKID BOX<br>P.O. #: | EA | RC | 1 | 0 | 0<br>0 | LB<br>KG | 287 |

# Deluxe
## STAMPING & DIE COMPANY

6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

**SHIPPER**

Page 2 of 2

**ASN/SID#: 058967**

**DATE:** 15/4/2009

**Comments:**    5 TOTAL CONTAINERS

| | | | |
|---|---|---|---|
| **Gross:** | 1,238 | LB | 562 KG |
| **Tare:** | 242 | LB | 110 KG |
| **Net:** | 996 | LB | 452 KG |
| **Pallets:** | 4 | | |
| **CTNS:** | 45 | | |



**STAMPING & DIE COMPANY**

INVOICE PAGE
ASN/SID# 058968    1
DATE
04/15/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (810) 264-9400 • Fax (810) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 8475

#8475 SALTILLO TRUCK ASSY PLT
CHRYSLER DE MEXICO S A DE C V
KM 15 CARR A DERRAMADERO
SALTILLO, CO MX 25079
DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58968 | 058968 | 04/15/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 900 | DELUXE S # 55366749AA<br>55366749AA<br>BRACKET ASSY<br>P.O.-#: O5132202I | EA | .30730000 | 276.57 |
| 12 | DELUXE S # CT121505<br>CT121505<br>RETURNABLE TOTE | EA | .00000000 | .00 |

COMMENTS:

RELEASE:   023204200904150859

| | |
|---|---|
| SALES AMOUNT | 276.57 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 276.57 |

**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable**

58968

LGSI: LOGISTICS INSIGHT

Shipper's No. _____

(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No. 735232

AT: STERLING HTS.   MI  USA  48312          ON: 4/15/2009
FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
    Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 08475          (Mail or street address of consignee – For purposes of notification only.)
              LINC CROSSDOCK – DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI  48210          (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____          Car or Vehicle Initials _____          No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 1 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | 12 CONTAINERS: | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | AUTO PARTS NOIBN | 280 | | |
| | | CT121505 TOTES ON PALLET(S) | | | |
| | | ITEM: CT121505 | | | |
| | | | | | Per _____ |
| | | | | | (Signature of Consignor.) |
| | | Destination     pallets ctns Net_wt Tare_wt Gross_wt | | | |
| | | #8475 SALTILLO TRUCK ASSY PLT (058968)   DK: | | | If charges are to be prepaid, write or stamp here, "To Be Prepaid." |
| | | 1   12   216   64   280 | | | |
| | | Packing slips # 058968 | | | |
| | | PACKING SLIP 058968 ATTACHED | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |
| | | SUPPLIER CODE:   30811 | | | |
| | | | | | COLLECT |
| | | | | | (Agent or Cashier) |
| | | | | | Per _____ |
| | | | | | (This signature here acknowledges only the amounts prepaid.) |
| | | | | | Charges Advanced: |
| | | | | | $ _____ |

SHIPPERS CERTIFICATION. This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____          TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI  USA  48312

Shipper, Per _____          Agent, Per _____



**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 058968**

**DATE:** 15/4/2009

Ship To: 8475

#8475 SALTILLO TRUCK ASSY PLT

CHRYSLER DE MEXICO S A DE C V
KM 15 CARR A DERRAMADERO
SALTILLO, CO MX 25079

Sold To:    DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

Dock:

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58968 | 08475 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 900 | 55366749AA BRACKET ASSY P.O. #: O5132202I | EA | CTN71 CT121505 | 75 | 12 | 216 98 | LB KG | 38,617 |
| 12 | CT121505 RETURNABLE TOTE P.O. #: | EA | RC | 0 | 0 | 0 0 | LB KG | 360 |

**Comments:**

| | | | |
|---|---|---|---|
| **Gross:** | 280 | LB | 127 KG |
| **Tare:** | 64 | LB | 29 KG |
| **Net:** | 216 | LB | 98 KG |
| **Pallets:** | 1 | | |
| **CTNS:** | 12 | | |



**STAMPING & DIE COMPANY**

INVOICE PAGE
ASN/SID# 058969    1
DATE
04/15/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (810) 264-9400 • Fax (810) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 8481

#8481 TOLUCA CAR ASSY PLANT
CHRYSLER DE MEXICO S A DE C V
CARR MEX TOL KM 60 5
TOLUCA, MX 50000
DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58969 | 058969 | 04/15/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 300 | DELUXE S # 05178547AA<br>05178547AA<br>BRKT ASSY RR SIDE RAIL SHIP<br>P.O.-#: O8127027D | EA | .85930000 | 257.79 |
| 240 | DELUXE S # 05178557AB<br>05178557AB<br>REINF ASSY SHIPPING TIE DOWN R<br>P.O.-#: O8127008J | EA | 1.77010000 | 424.82 |
| 3 | DELUXE S # 0000CC30<br>0000CC30<br>RETURNABLE CONTAINER | EA | .00000000 | .00 |
| 12 | DELUXE S # CT121507<br>CT121507<br>RETURNABLE TOTE | EA | .00000000 | .00 |

COMMENTS: 4 TOTAL CONTAINERS

RELEASE:   023205200904150859

| SALES AMOUNT | 682.61 |
|---|---|
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 682.61 |

**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable**
INVOICE – Pg 72 of 125

Shipper's No.   58969

LGSI: LOGISTICS INSIGHT
(Name of Carrier)
RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No.   735232V

AT: STERLING HTS.   MI USA   48312          ON: 4/15/2009
FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
    Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee – For purposes of notification only.)

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 08481
              LINC CROSSDOCK – DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI   48210          (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)
Route

Delivering Carrier _____ Car or Vehicle Initials _____   No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 4 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | 3 CONTAINERS: AUTO PARTS NOI CC30 BLUE PLASTIC BIN ITEM: 0000CC30 | 675 | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | 12 CONTAINERS: AUTO PARTS NOIBN CT121507 TOTES ON PALLET(S) ITEM: CT121507 | 237 | | Per _____ (Signature of Consignor.) |

Destination     pallets ctns Net_wt Tare_wt Gross_wt

#8481 TOLUCA CAR ASSY PLANT   (058969)   DK:
                1   15   713   199   912

Packing slips # 058969

        PACKING SLIP 058969 ATTACHED
        SUPPLIER CODE:  30811

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____ to apply in prepayment of the charges on the property described hereon.

**COLLECT**
(Agent or Cashier.)

Per _____
(This signature here acknowledges only the amounts prepaid.)

Charges Advanced:

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____          TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
**NOTE**—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI   USA   48312

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Shipper, Per _____          Agent, Per _____



**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 058969**

**DATE:** 15/4/2009

**Ship To:** 8481

#8481 TOLUCA CAR ASSY PLANT

CHRYSLER DE MEXICO S A DE C V
CARR MEX TOL KM 60 5
TOLUCA, MX 50000

**Sold To:**    DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

**Dock:**

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58969 | 08481 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 300 | 05178547AA BRKT ASSY RR SIDE RAIL SHIP P.O. #: O8127027D | EA | SKD71 0000CC30 | 100 | 3 | 540 245 | LB KG | 71,752 |
| 240 | 05178557AB REINF ASSY SHIPPING TIE DOWN R P.O. #: O8127008J | EA | CTN71 CT121507 | 20 | 12 | 173 78 | LB KG | 71,812 |
| 3 | 0000CC30 RETURNABLE CONTAINER P.O. #: | EA | RC | 0 | 0 | 0 0 | LB KG | 700 |
| 12 | CT121507 RETURNABLE TOTE P.O. #: | EA | RC | 0 | 0 | 0 0 | LB KG | 3,480 |

**Comments:**    4 TOTAL CONTAINERS

| | | | |
|---|---|---|---|
| **Gross:** | 912 | LB | 414 KG |
| **Tare:** | 199 | LB | 90 KG |
| **Net:** | 713 | LB | 323 KG |
| **Pallets:** | 1 | | |
| **CTNS:** | 15 | | |

# Deluxe
## STAMPING & DIE COMPANY

INVOICE PAGE
ASN/SID# 058970    2
DATE
04/15/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 401B

#4015(E) BELVIDERE ASSY PLT
SEQUENCE CENTER
3142 W. CHRYSLER DRIVE
BELVIDERE, IL US 61008
DOCK: MC

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58970 | 058970 | 04/15/09 | TVMC: TVM TRANS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 72 | DELUXE S # CT241507 CT241507 RETURNABLE TOTE | EA | .00000000 | .00 |
| 96 | DELUXE S # CT121507 CT121507 RETURNABLE TOTE | EA | .00000000 | .00 |
| 51 | DELUXE S # 0000CC30 0000CC30 RETURNABLE CONTAINER | EA | .00000000 | .00 |
| 3 | DELUXE S # CP4845SP CP4845SP RETURNABLE PALLET | EA | .00000000 | .00 |
| 3 | DELUXE S # CP4845VL CP4845VL RETURNABLE LID | EA | .00000000 | .00 |

COMMENTS: 56 TOTAL CONTAINERS
SEAL NO 132430

RELEASE:  023208200904151303

| | |
|---|---|
| SALES AMOUNT | 9,236.42 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 9,236.42 |


**STAMPING & DIE COMPANY**

INVOICE PAGE
ASN/SID# 058970    1
DATE
04/15/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (810) 264-9400 • Fax (810) 264-9224

SOLD TO: DCX01                    SHIP TO: 401B

CHRYSLER COMPANY, LLC             #4015(E) BELVIDERE ASSY PLT
P.O. BOX 537927                   SEQUENCE CENTER
LIVONIA, MI US 48153              3142 W. CHRYSLER DRIVE
                                  BELVIDERE, IL US 61008
                                  DOCK: MC

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58970 | 058970 | 04/15/09 | TVMC: TVM TRANS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 1920 | DELUXE S # 05115210AB<br>05115210AB<br>PLATE SIDE SILL RT<br>P.O.-#: O6127191T | EA | .69000000 | 1,324.80 |
| 960 | DELUXE S # 05115211AB<br>05115211AB<br>PLTE SIDE SILL LT<br>P.O.-#: O6127191T | EA | .69000000 | 662.40 |
| 1200 | DELUXE S # 05115444AA<br>05115444AA<br>EXTEN FRT SIDE RAIL RR RT<br>P.O.-#: O6127163N | EA | .89130000 | 1,069.56 |
| 1200 | DELUXE S # 05115445AA<br>05115445AA<br>EXTEN FRT SIDE RAIL RR LT<br>P.O.-#: O6127164N | EA | .89130000 | 1,069.56 |
| 3570 | DELUXE S # 05115548AA<br>05115548AA<br>REINF RR SEAT BELT<br>P.O.-#: O6127032R | EA | 1.43140000 | 5,110.10 |

COMMENTS: 56 TOTAL CONTAINERS
          SEAL NO 132430

RELEASE:  023208200904151303

**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable**
PART 4 of 4 Doc 2 of 125

58970

TVMC: TVM TRANSPORT                                    Shipper's No. _____

(Name of Carrier)
RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading        Carrier's No. 6523 88

AT: STERLING HTS.   MI  USA  48312              ON: 4/15/2009
FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee – For purposes of notification only.)

CONSIGNED TO: #4015(E) BELVIDERE ASSY PLT
    SEQUENCE CENTER 3142 W. CHRYSLER D
DESTINATION : BELVIDERE, IL US 61008            (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____  Car or Vehicle Initials _____   No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 56 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | 72 CONTAINERS: | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | AUTO PARTS  NOIBN | 2045 | | |
| | | CT241507 TOTES ON PALLET(S) | | | |
| | | ITEM: CT241507 | | | |
| | | | | | |
| | | 96 CONTAINERS: | | | Per _____ |
| | | AUTO PARTS NOIBN | 2616 | | (Signature of Consignor.) |
| | | CT121507 TOTES ON PALLET(S) | | | |
| | | ITEM: CT121507 | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | | | | |
| | | 51 CONTAINERS: | | | |
| | | AUTO PARTS NOI | 8007 | | |
| | | CC30 BLUE PLASTIC BIN | | | |
| | | ITEM: 0000CC30 | | | |
| | | | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |
| | | 3 CONTAINERS: | | | |
| | | AUTO PARTS NOI | | | |
| | | CPSP RETURNABLE PALLET | | | COLLECT |
| | | ITEM: CP4845SP | | | |
| | | | | | (Agent or Cashier.) |
| | | 3 CONTAINERS: | | | |
| | | AUTO PARTS NOI | 200 | | |
| | | CPVL RETURNABLE LID | | | |
| | | ITEM: CP4845VL | | | Per _____ |
| | | | | | (This signature here acknowledges only the amounts prepaid.) |
| | | Net wt    Tare    Gross wt | | | |
| | | TOTAL:  10037    2831    12868 | | | |
| | | | | | |
| | | PACKING SLIP 058970 ATTACHED | | | Charges Advanced: |
| | | SUPPLIER CODE:  30811 | | | |
| | | | | | $ _____ |

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____  TITLE _____

†Shipper's imprint in lieu of stamp: not a part of Bill of Lading approved by the Interstate Commerce Commission.

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.    MI  USA  48312        Shipper, Per _____      Agent, Per _____



**DELUXE**
STAMPING & DIE COMPANY

6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

**SHIPPER**

Page 1 of 2

**ASN/SID#: 058970**

**DATE:** 4/15/2009

Ship To:  401B

#4015(E) BELVIDERE ASSY PLT

SEQUENCE CENTER
3142 W. CHRYSLER DRIVE
BELVIDERE, IL US 61008

Sold To:    DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

**Dock:**  MC

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58970 | 04015E | 0 | M | TVMC | | | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 1,920 | 05115210AB PLATE SIDE SILL RT P.O. #: O6127191T | EA | CTN71 CT241507 | 40 | 48 | 1,267 575 | LB KG | 129,650 |
| 960 | 05115211AB PLTE SIDE SILL LT P.O. #: O6127191T | EA | CTN71 CT241507 | 40 | 24 | 634 287 | LB KG | 128,690 |
| 1,200 | 05115444AA EXTEN FRT SIDE RAIL RR RT P.O. #: O6127163N | EA | CTN71 CT121507 | 25 | 48 | 1,212 550 | LB KG | 128,652 |
| 1,200 | 05115445AA EXTEN FRT SIDE RAIL RR LT P.O. #: O6127164N | EA | CTN71 CT121507 | 25 | 48 | 1,212 550 | LB KG | 128,630 |
| 3,570 | 05115548AA REINF RR SEAT BELT P.O. #: O6127032R | EA | SKD71 0000CC30 | 70 | 51 | 5,712 2,591 | LB KG | 257,840 |
| 72 | CT241507 RETURNABLE TOTE P.O. #: | EA | RC | 1 | 0 | 0 0 | LB KG | 6,372 |
| 96 | CT121507 RETURNABLE TOTE P.O. #: | EA | RC | 1 | 0 | 0 0 | LB KG | 9,660 |
| 51 | 0000CC30 RETURNABLE CONTAINER P.O. #: | EA | RC | 0 | 0 | 0 0 | LB KG | 3,554 |



**SHIPPER**

 

STAMPING & DIE COMPANY

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 2 of 2

**ASN/SID#: 058970**

**DATE:** 4/15/2009

**Ship To:** 401B

#4015(E) BELVIDERE ASSY PLT

SEQUENCE CENTER
3142 W. CHRYSLER DRIVE
BELVIDERE, IL US 61008

**Sold To:**    DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

**Dock:**   MC

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58970 | 04015E | 0 | M | TVMC | | | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 3 | CP4845SP<br>RETURNABLE PALLET<br>P.O. #: | EA | RC | 0 | 3 | 0 | LB<br>KG | 2,346 |
| 3 | CP4845VL<br>RETURNABLE LID<br>P.O. #: | EA | RC | 0 | 3 | 0 | LB<br>KG | 2,342 |

**Comments:** 56 TOTAL CONTAINERS
SEAL NO 132430

| | | | |
|---|---|---|---|
| **Gross:** | 12,868 | LB | 5,837 KG |
| **Tare:** | 2,831 | LB | 1,284 KG |
| **Net:** | 10,037 | LB | 4,553 KG |
| **Pallets:** | 5 | | |
| **CTNS:** | 225 | | |



### DELUXE
STAMPING & DIE COMPANY

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

INVOICE PAGE
ASN/SID# 058975    1
DATE
04/15/09

```
SOLD TO: DCX01                        SHIP TO: 6204

CHRYSLER COMPANY, LLC                 #6204 TWINSBURG STAMPING PLANT
P.O. BOX 537927                       2000 E. AURORA ROAD
LIVONIA, MI US 48153                  TWINSBURG, OH US 44087

                                      DOCK:
```

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58975 | 058975 | 04/15/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 6000 | DELUXE S # 05115419AA<br>05115419AA<br>REINF FRT FLOOR<br>P.O.-#: O6127028J | EA | .29170000 | 1,750.20 |
| 2 | DELUXE S # 0CC00004<br>0CC00004<br>RETURNABLE CONTAINER | EA | .00000000 | .00 |

```
COMMENTS: 2 TOTAL CONTAINERS              SALES AMOUNT      1,750.20

                                          MISC CHARGES           .00
RELEASE:   023206200904150859                 FREIGHT            .00

                                          INVOICE AMOUNT    1,750.20
```

**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable**

Page 80 of 125

58975

LGSI: LOGISTICS INSIGHT

Shipper's No.

(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No. 73 5232

AT:STERLING HTS.   MI USA  48312            ON: 4/15/2009
FROM:Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
   Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO:00143 LOGISTICS INSIGHT PLANTS: 06204   (Mail or street address of consignee – For purposes of notification only.)
             LINC CROSSDOCK – DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI  48210               (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

**Delivering Carrier** _____ **Car or Vehicle Initials** _____   No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 2 | CTNS | AUTO PARTS NOI CC4 METAL TUB ITEM: 0CC00004 | 2774 | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |

Destination      pallets ctns Net_wt Tare_wt Gross_wt

#6204 TWINSBURG STAMPING PLANT(058975)   DK:
              0     2   1560    1214    2774

Packing slips # 058975

       PACKING SLIP 058975 ATTACHED
       SUPPLIER CODE:  30811

Per _____
(Signature of Consignor.)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____ to apply in prepayment of the charges on the property described hereon.

COLLECT

(Agent or Cashier)

Per _____
(This signature here acknowledges only the amounts prepaid.)

Charges Advanced:

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____   TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI USA  48312

Shipper, Per _____         Agent, Per _____



**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 058975**

**DATE:** 4/15/2009

**Ship To:** 6204

#6204 TWINSBURG STAMPING PLANT

2000 E. AURORA ROAD

TWINSBURG, OH US 44087

**Dock:**

**Sold To:**    DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58975 | 06204 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 6,000 | 05115419AA<br>REINF FRT FLOOR<br>P.O. #: O6127028J | EA | SKD71<br>0CC00004 | 3,000 | 2 | 1,560<br>708 | LB<br>KG | 546,000 |
| 2 | 0CC00004<br>RETURNABLE CONTAINER<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 159 |

**Comments:**    2 TOTAL CONTAINERS

| Gross: | 2,774 | LB | 1,258 KG |
|---|---|---|---|
| Tare: | 1,214 | LB | 551 KG |
| Net: | 1,560 | LB | 708 KG |
| Pallets: | 0 | | |
| CTNS: | 2 | | |

INVOICE PAGE
ASN/SID# 058978   1
DATE
04/16/09



**Deluxe**
STAMPING & DIE COMPANY

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01                    SHIP TO: 6215

CHRYSLER COMPANY, LLC             #6215 STERLING STAMPING PLANT
P.O. BOX 537927                   35777 VAN DYKE
LIVONIA, MI US 48153              STERLING HEIGHTS, MI US 48312

                                  DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58978 | 058978 | 04/16/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 1200 | DELUXE S # 05155512AB<br>05155512AB<br>REINF ASSY FRT FLOOR<br>P.O.-#: O7127086L | EA | .36720000 | 440.64 |
| 12 | DELUXE S # CT242209<br>CT242209<br>RETURNABLE TOTE | EA | .00000000 | .00 |
| 1 | DELUXE S # CP4845SP<br>CP4845SP<br>RETURNABLE PALLET | EA | .00000000 | .00 |
| 1 | DELUXE S # CP4845VL<br>CP4845VL<br>RETURNABLE LID | EA | .00000000 | .00 |

COMMENTS:                         SALES AMOUNT        440.64

                                  MISC CHARGES           .00
RELEASE:  023209200904160900                 FREIGHT     .00

                                  INVOICE AMOUNT      440.64

**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable**

58978

LGSI: LOGISTICS INSIGHT                                      Shipper's No. _____

(Name of Carrier)
RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No. 539508

AT:STERLING HTS.    MI   USA   48312          ON: 4/16/2009
FROM:Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO:00143 LOGISTICS INSIGHT PLANTS: 06215          (Mail or street address of consignee – For purposes of notification only.)
          LINC CROSSDOCK – DETROIT 3685 CENTRAL AVE.                    A
DESTINATION : DETROIT, MI  48210                    (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)
Route

Delivering Carrier _____ Car or Vehicle Initials _____ No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 1 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | 12 CONTAINERS: AUTO PARTS NOI CT242209 TOTE(S) ON PALLET ITEM: CT242209 | 336 | | |
| | | 1 CONTAINERS: AUTO PARTS NOI CPSP RETURNABLE PALLET ITEM: CP4845SP | | | Per _____ (Signature of Consignor.) |
| | | 1 CONTAINERS: AUTO PARTS NOI CPVL RETURNABLE LID ITEM: CP4845VL | 40 | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |

Destination      pallets ctns Net_wt Tare_wt Gross_wt

#6215 STERLING STAMPING PLANT (058978)   DK:
                1   14    312    64     376

Packing slips # 058978

     PACKING SLIP 058978 ATTACHED
     SUPPLIER CODE:  30811

Received $
to apply in prepayment of the charges on the property described hereon.

COLLECT

(Agent or Cashier )

Per _____
(This signature here acknowledges only the amounts prepaid.)

Charges Advanced:

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.          SIGNATURE _____          TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.    MI   USA   48312          Shipper, Per _____          Agent, Per _____



**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 058978**

**DATE:** 4/16/2009

**Ship To:** 6215

#6215 STERLING STAMPING PLANT

35777 VAN DYKE

STERLING HEIGHTS, MI US 48312

**Dock:**

**Sold To:**   DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58978 | 06215 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 1,200 | 05155512AB REINF ASSY FRT FLOOR P.O. #: O7127086L | EA | CTN71 CT242209 | 100 | 12 | 312 142 | LB KG | 283,200 |
| 12 | CT242209 RETURNABLE TOTE P.O. #: | EA | RC | 1 | 0 | 0 0 | LB KG | 2,724 |
| 1 | CP4845SP RETURNABLE PALLET P.O. #: | EA | RC | 0 | 1 | 0 0 | LB KG | 268 |
| 1 | CP4845VL RETURNABLE LID P.O. #: | EA | RC | 0 | 1 | 0 0 | LB KG | 268 |

**Comments:**

| | | | |
|---|---|---|---|
| **Gross:** | 376 | LB | 171 KG |
| **Tare:** | 64 | LB | 29 KG |
| **Net:** | 312 | LB | 142 KG |
| **Pallets:** | 1 | | |
| **CTNS:** | 14 | | |



**STAMPING & DIE COMPANY**

INVOICE PAGE
ASN/SID# 058979    1
DATE
04/16/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 5305

#5305 KOKOMO TRANSMISSION PLT
2401 S. REED ROAD
KOKOMO, IN US 46902

DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58979 | 058979 | 04/16/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 900 | DELUXE S # 05078868AA<br>05078868AA<br>END COVER LOWER<br>P.O.-#: O71282281 | EA | .09890000 | 89.01 |
| 3 | DELUXE S # CT121505<br>CT121505<br>RETURNABLE TOTE | EA | .00000000 | .00 |

COMMENTS:

RELEASE:    023210200904160900

| | |
|---|---|
| SALES AMOUNT | 89.01 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 89.01 |

**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable**
Notices of Original No. 23



Shipper's No. ___ 58979

LGSI: LOGISTICS INSIGHT

(Name of Carrier)
RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No. 539508

AT:STERLING HTS.   MI   USA   48312         ON: 4/16/2009
FROM:Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee – For purposes of notification only.)

CONSIGNED TO:00143 LOGISTICS INSIGHT PLANTS: 05305
                LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI   48210         (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier _____  **Car or Vehicle Initials** _____  **No.** _____

Route _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 1 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | 3 CONTAINERS: AUTO PARTS NOIBN CT121505 TOTES ON PALLET(S) ITEM: CT121505 | 87 | | |
| | | | | | Per _____ (Signature of Consignor.) |
| | | Destination      pallets ctns Net_wt Tare_wt Gross_wt | | | |
| | | #5305 KOKOMO TRANSMISSION PLT (058979)    DK: | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | |               1    3     41     46       87 | | | |
| | | Packing slips # 058979 | | | |
| | |     PACKING SLIP 058979 ATTACHED     SUPPLIER CODE:   30811 | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |
| | | | | | COLLECT _____ (Agent or Cashier.) |
| | | | | | Per _____ (This signature here acknowledges only the amounts prepaid.) |
| | | | | | Charges Advanced: |
| | | | | | $ |

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____     TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI   USA   48312

Shipper, Per _____

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Agent, Per _____



**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 058979**

**DATE:** 4/16/2009

**Ship To:** 5305

#5305 KOKOMO TRANSMISSION PLT

2401 S. REED ROAD

KOKOMO, IN US 46902

**Dock:**

**Sold To:**   DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58979 | 05305 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 900 | 05078868AA<br>END COVER LOWER<br>P.O. #: O7128228I | EA | CTN71<br>CT121505 | 300 | 3 | 41<br>18 | LB<br>KG | 138,300 |
| 3 | CT121505<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 450 |

**Comments:**

| | | | |
|---|---|---|---|
| **Gross:** | 87 | LB | 39 KG |
| **Tare:** | 46 | LB | 21 KG |
| **Net:** | 41 | LB | 18 KG |
| **Pallets:** | 1 | | |
| **CTNS:** | 3 | | |



INVOICE PAGE
ASN/SID# 058980    1
DATE
04/16/09



STAMPING & DIE COMPANY

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 2452

#2452(N) WARREN TRUCK ASSY PLT
6500 HUBER STREET
DETROIT, MI 48211

DOCK: XL

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58980 | 058980 | 04/16/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 156 | DELUXE S # 52010138AG<br>52010138AG<br>SHIELD SPLASH ROTOR RT<br>P.O.-#: O3132030V | EA | 1.21210000 | 189.09 |
| 156 | DELUXE S # 52010139AG<br>52010139AG<br>SHIELD SPLASH ROTOR LT<br>P.O.-#: O3132032V | EA | 1.21210000 | 189.09 |
| 12 | DELUXE S # CT241505<br>CT241505<br>RETURNABLE TOTE | EA | .00000000 | .00 |

COMMENTS: 2 TOTAL CONTAINERS

RELEASE:  023211200904160900

| | |
|---|---|
| SALES AMOUNT | 378.18 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 378.18 |

UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable

Shipper's No. _____ 58980

LGSI: LOGISTICS INSIGHT

(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No. 539508

AT:STERLING HTS.   MI  USA  48312          ON: 4/16/2009

FROM:Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee – For purposes of notification only.)

CONSIGNED TO:00143 LOGISTICS INSIGHT PLANTS: 02452N   A
            LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI   48210          (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____ Car or Vehicle Initials _____ No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 2 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | 12 CONTAINERS: | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | AUTO PARTS NOIBN | 395 | | |
| | | CT241505 TOTES ON PALLET(S) | | | |
| | | ITEM: CT241505 | | | |
| | | | | | Per _____ |
| | | | | | (Signature of Consignor.) |
| | | Destination      pallets ctns Net_wt Tare_wt Gross_wt | | | |
| | | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | #2452(N) WARREN TRUCK ASSY PLT(058980)   DK: XL | | | |
| | | 2   12   290   104   394 | | | |
| | | Packing slips # 058980 | | | |
| | | | | | |
| | | PACKING SLIP 058980 ATTACHED | | | |
| | | SUPPLIER CODE:  30811 | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |
| | | | | | COLLECT |
| | | | | | (Agent or Cashier.) |
| | | | | | Per _____ (This signature here acknowledges only the amounts prepaid.) |
| | | | | | Charges Advanced |
| | | | | | $ _____ |

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation                SIGNATURE _____ TITLE _____

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI  USA  48312       Shipper, Per _____   Agent, Per _____



**Deluxe**
STAMPING & DIE COMPANY

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

**SHIPPER**

Page 1 of 1

**ASN/SID#: 058980**

**DATE: 4/16/2009**

**Ship To:** 2452

#2452(N) WARREN TRUCK ASSY PLT

6500 HUBER STREET

DETROIT, MI 48211

**Dock:** XL

**Sold To:** DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58980 | 02452N | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | CUM-Ship |
|---|---|---|---|---|---|---|---|
| 156 | 52010138AG<br>SHIELD SPLASH ROTOR RT<br>P.O. #: O3132030V | EA | CTN71<br>CT241505 | 26 | 6 | 145 LB<br>66 KG | 88,955 |
| 156 | 52010139AG<br>SHIELD SPLASH ROTOR LT<br>P.O. #: O3132032V | EA | CTN71<br>CT241505 | 26 | 6 | 145 LB<br>66 KG | 89,111 |
| 12 | CT241505<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 0 | 0 | 0 LB<br>0 KG | 6,844 |

**Comments:** 2 TOTAL CONTAINERS

| | | | |
|---|---|---|---|
| **Gross:** | 394 | LB | 179 KG |
| **Tare:** | 104 | LB | 47 KG |
| **Net:** | 290 | LB | 132 KG |
| **Pallets:** | 2 | | |
| **CTNS:** | 12 | | |



**STAMPING & DIE COMPANY**

INVOICE PAGE
ASN/SID# 058981    1
DATE
04/16/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

```
SOLD TO: DCX01                      SHIP TO: 4012

CHRYSLER COMPANY, LLC               #4012(N) JEFFERSON NORTH ASSY
P.O. BOX 537927                     TDS US 11851 FREUD
LIVONIA, MI US 48153                DETROIT, MI US 48214

                                    DOCK: SL
```

```
SUPL/DUNS      B.O.L.   PACKING    SHIP                 DELV SLS
NUMBER    LOC NUMBER    SLIP-NO    DATE  PICKUP-CARRIER  CARR MAN TERMS

30811     01  58981        058981 04/16/09 LGSI: LOGISTICS   LEN NET 30
```

```
QTY-SHIP ITEM-# / DESC / COMMENTS    UM        ITEM-PRICE  EXTENDED-PRICE

    1440  DELUXE S # 55116622AB       EA        .18780000         270.43
          55116622AB
          BRACKET-INSTRUMENT
          P.O.-#: O5135102P

      12  DELUXE S # CT121507         EA        .00000000            .00
          CT121507
          RETURNABLE TOTE
```

```
COMMENTS:                            SALES AMOUNT          270.43

                                     MISC CHARGES             .00
RELEASE:   023212200904160900            FREIGHT             .00

                                     INVOICE AMOUNT        270.43
```

**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable**

LGSI: LOGISTICS INSIGHT

(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Shipper's No. _____ 58981

Carrier's No. 53-9508 88

AT:STERLING HTS.    MI  USA  48312          ON: 4/16/2009
FROM:Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
   Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee – For purposes of notification only.)

CONSIGNED TO:00143 LOGISTICS INSIGHT PLANTS: 04012N     A, 04012
              LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI  48210          (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____ Car or Vehicle Initials _____ No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| **3** | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. |
| | | 12 CONTAINERS: | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | AUTO PARTS NOIBN | 295 | | |
| | | CT121507 TOTES ON PALLET(S) | | | |
| | | ITEM: CT121507 | | | |
| | | | | | |
| | | 2 CONTAINERS: | | | Per _____ |
| | | AUTO PARTS NOI | 1430 | | (Signature of Consignor.) |
| | | CC91 PLASTIC BIN | | | |
| | | ITEM: 0CC00091 | | | |
| | | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |

Destination      pallets ctns Net_wt Tare_wt Gross_wt

#4012(N) JEFFERSON NORTH ASSY (058981)    DK: SL
              1   12   230     64      294
#4012 JEFFERSON NORTH ASSY PLT(058982)    DK: 86
              0    2  1149    280     1429

Received $ _____
to apply in prepayment of the charges on the property described hereon.

Packing slips # 058981 058982

          PACKING SLIP 058981 ATTACHED          COLLECT
          SUPPLIER CODE:  30811
                                                (Agent or Cashier.)

Per _____
(This signature here acknowledges only the amounts prepaid.)

Charges Advanced:

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____          TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.    MI  USA  48312          Shipper, Per _____          Agent, Per _____

# Deluxe
## STAMPING & DIE COMPANY

6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

**SHIPPER**

Page 1 of 1

**ASN/SID#: 058981**

**DATE:** 4/16/2009

| | |
|---|---|
| **Ship To:** 4012 | **Sold To:** DCX01 |
| #4012(N) JEFFERSON NORTH ASSY | CHRYSLER COMPANY, LLC |
| TDS US 11851 FREUD | P.O. BOX 537927 |
| DETROIT, MI US 48214 | LIVONIA, MI US 48153 |
| **Dock:** SL | |

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58981 | 04012N | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 1,440 | 55116622AB BRACKET-INSTRUMENT P.O. #: O5135102P | EA | CTN71 CT121507 | 120 | 12 | 230 105 | LB KG | 107,150 |
| 12 | CT121507 RETURNABLE TOTE P.O. #: | EA | RC | 0 | 0 | 0 0 | LB KG | 14,819 |

**Comments:**

| | | | |
|---|---|---|---|
| **Gross:** | 294 | LB | 134 KG |
| **Tare:** | 64 | LB | 29 KG |
| **Net:** | 230 | LB | 105 KG |
| **Pallets:** | 1 | | |
| **CTNS:** | 12 | | |

INVOICE PAGE
ASN/SID# 058982    1
DATE
04/16/09



**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01                     SHIP TO: 401A

CHRYSLER COMPANY, LLC              #4012 JEFFERSON NORTH ASSY PLT
P.O. BOX 537927                    2101 CONNER AVE
LIVONIA, MI US 48153              DETROIT, MI USA 48215--2763

                                   DOCK: 86

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58981 | 058982 | 04/16/09 | LGSI: LOGISTICS | LEN | | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 144 | DELUXE S # 52089357AB<br>52089357AB<br>HOOK ASSY TOW RT<br>P.O.-#: O5137089P | EA | 7.93220000 | 1,142.24 |
| 144 | DELUXE S # 52089360AB<br>52089360AB<br>HOOK ASSY TOW LT<br>P.O.-#: O5137090P | EA | 7.93220000 | 1,142.24 |
| 2 | DELUXE S # 0CC00091<br>0CC00091<br>RETURNABLE CONTAINER | EA | .00000000 | .00 |

COMMENTS: 2 TOTAL CONTAINERS                SALES AMOUNT      2,284.48

                                            MISC CHARGES           .00
RELEASE:  023212200904160900                    FREIGHT            .00

                                          INVOICE AMOUNT      2,284.48

**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable**



LGSI: LOGISTICS INSIGHT

(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Shipper's No. 58981

Carrier's No. 53-9508 88

AT: STERLING HTS.   MI   USA   48312        ON: 4/16/2009

FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 04012N

LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.

(Mail or street address of consignee - For purposes of notification only)

A, 04012

DESTINATION : DETROIT, MI   48210

(* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Delivering Carrier _____ Car or Vehicle Initials _____ No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 3 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | 12 CONTAINERS: AUTO PARTS NOIBN CT121507 TOTES ON PALLET(S) ITEM: CT121507 | 295 | | |
| | | 2 CONTAINERS: AUTO PARTS NOI CC91 PLASTIC BIN ITEM: 0CC00091 | 1430 | | Per _____ (Signature of Consignor.) |

Destination    pallets ctns Net_wt Tare_wt Gross_wt

#4012(N) JEFFERSON NORTH ASSY (058981)    DK: SL
            1   12   230    64     294
#4012 JEFFERSON NORTH ASSY PLT(058982)   DK: 86
            0    2  1149   280    1429

Packing slips # 058981 058982

        PACKING SLIP 058981 ATTACHED
        SUPPLIER CODE: 30811

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____ to apply in prepayment of the charges on the property described hereon.

COLLECT

(Agent or Cashier.)

Per _____

(This signature here acknowledges only the amounts prepaid.)

Charges Advanced

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____  TITLE _____

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI   USA   48312

Permanent post office address of shipper

Shipper, Per _____   Agent, Per _____

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.



**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 058982**

**DATE:** 4/16/2009

Ship To: 401A

#4012 JEFFERSON NORTH ASSY PLT

2101 CONNER AVE

DETROIT, MI USA 48215-2763

Dock: 86

Sold To:   DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58981 | 04012 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 144 | 52089357AB<br>HOOK ASSY TOW RT<br>P.O. #: O5137089P | EA | SKD71<br>0CC00091 | 144 | 1 | 575<br>261 | LB<br>KG | 7,852 |
| 144 | 52089360AB<br>HOOK ASSY TOW LT<br>P.O. #: O5137090P | EA | SKD71<br>0CC00091 | 144 | 1 | 575<br>261 | LB<br>KG | 7,852 |
| 2 | 0CC00091<br>RETURNABLE CONTAINER<br>P.O. #: | EA | RC | 1 | 0 | 0<br>0 | LB<br>KG | 2,376 |

**Comments:**   2 TOTAL CONTAINERS

| | | | |
|---|---|---|---|
| **Gross:** | 1,429 | LB | 648 KG |
| **Tare:** | 280 | LB | 127 KG |
| **Net:** | 1,149 | LB | 521 KG |
| **Pallets:** | 0 | | |
| **CTNS:** | 2 | | |



**STAMPING & DIE COMPANY**

INVOICE PAGE
ASN/SID# 058983    2
DATE
04/16/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 8068

#8068 CHRYS DE VENEZUELA LL
AV PANCHO PEPE CROQUER
VALENCIA
CARABOBO, VE 48192
DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58983 | 058983 | 04/16/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 1440 | DELUXE S # 55116622AB<br>55116622AB<br>BRACKET-INSTRUMENT<br>P.O.-#: O5135102P<br>PKG CHG | EA | .18780000 | 270.43<br><br><br>104.98 |
| 48 | DELUXE S # 52089357AB<br>52089357AB<br>HOOK ASSY TOW RT<br>P.O.-#: O5137089P<br>PKG CHG | EA | 7.93220000 | 380.75<br><br><br>31.48 |
| 36 | DELUXE S # 52089363AC<br>52089363AC<br>REAR TOW HOOK ASSY<br>P.O.-#: O5137091Q<br>PKG CHG | EA | 16.56420000 | 596.31<br><br><br>23.61 |
| 84 | DELUXE S # EXP0121507<br>EXP0121507<br>EXPENDABLE CARTON | EA | .00000000 | .00 |

COMMENTS: 7 TOTAL CONTAINERS

RELEASE:  023213200904160900

| | |
|---|---|
| SALES AMOUNT | 2,695.73 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 2,695.73 |



**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

INVOICE PAGE
ASN/SID# 058983    1
DATE
04/16/09

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 8068

#8068 CHRYS DE VENEZUELA LL
AV PANCHO PEPE CROQUER
VALENCIA
CARABOBO, VE 48192
DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58983 | 058983 | 04/16/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 480 | DELUXE S # 05115210AB<br>05115210AB<br>PLATE SIDE SILL RT<br>P.O.-#: O6127191T<br>PKG CHG | EA | .69000000 | 331.20<br><br><br>23.76 |
| 480 | DELUXE S # 05115211AB<br>05115211AB<br>PLTE SIDE SILL LT<br>P.O.-#: O6127191T<br>PKG CHG | EA | .69000000 | 331.20<br><br><br>23.76 |
| 300 | DELUXE S # 05115444AA<br>05115444AA<br>EXTEN FRT SIDE RAIL RR RT<br>P.O.-#: O6127163N<br>PKG CHG | EA | .89130000 | 267.39<br><br><br>23.79 |
| 300 | DELUXE S # 05115445AA<br>05115445AA<br>EXTEN FRT SIDE RAIL RR LT<br>P.O.-#: O6127164N<br>PKG CHG | EA | .89130000 | 267.39<br><br><br>19.68 |

COMMENTS: 7 TOTAL CONTAINERS

RELEASE:  023213200904160900

**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable**



58983

LGSI: LOGISTICS INSIGHT                          Shipper's No. _____

(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No. 53-9508 88

AT: STERLING HTS.   MI  USA  48312          ON: 4/16/2009

FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 08068       (Mail or street address of consignee – For purposes of notification only.)

LINC CROSSDOCK – DETROIT 3685 CENTRAL AVE.

DESTINATION : DETROIT, MI  48210          (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____ Car or Vehicle Initials _____  No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 7 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | 84 CONTAINERS: | | | |
| | | AUTO PARTS NOIBN | 2319 | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | EXP0121507 CTN ON PALLET(S) | | | |
| | | ITEM: EXP0121507 | | | |
| | | | | | Per _____ (Signature of Consignor.) |
| | | Destination    pallets ctns Net_wt Tare_wt Gross_wt | | | |
| | | #8068 CHRYS DE VENEZUELA LL   (058983)   DK: | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | 7    84    1906    412    2318 | | | |
| | | Packing slips # 058983 | | | |
| | | PACKING SLIP 058983 ATTACHED | | | |
| | | SUPPLIER CODE:  30811 | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |

COLLECT

(Agent or Cashier.)

Per _____

(This signature here acknowledges only the amounts prepaid.)

Charges Advanced:

$ _____

SHIPPERS CERTIFICATION. This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____  TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI  USA  48312

Shipper, Per _____          Agent, Per _____



**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

STAMPING & DIE COMPANY

Page 1 of 2

**ASN/SID#: 058983**

**DATE:** 16/4/2009

Ship To: 8068

#8068 CHRYS DE VENEZUELA LL

AV PANCHO PEPE CROQUER
VALENCIA
CARABOBO, VE 48192

Sold To:    DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

Dock:

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58983 | 08068 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 480 | 05115210AB<br>PLATE SIDE SILL RT<br>P.O. #: O6127191T | EA | CTN71<br>EXP0121507 | 40 | 12 | 317<br>144 | LB<br>KG | 2,520 |
| 480 | 05115211AB<br>PLTE SIDE SILL LT<br>P.O. #: O6127191T | EA | CTN71<br>EXP0121507 | 40 | 12 | 317<br>144 | LB<br>KG | 2,520 |
| 300 | 05115444AA<br>EXTEN FRT SIDE RAIL RR RT<br>P.O. #: O6127163N | EA | CTN71<br>EXP0121507 | 25 | 12 | 303<br>137 | LB<br>KG | 2,400 |
| 300 | 05115445AA<br>EXTEN FRT SIDE RAIL RR LT<br>P.O. #: O6127164N | EA | CTN71<br>EXP0121507 | 25 | 12 | 303<br>137 | LB<br>KG | 2,400 |
| 1,440 | 55116622AB<br>BRACKET-INSTRUMENT<br>P.O. #: O5135102P | EA | CTN71<br>EXP0121507 | 120 | 12 | 230<br>105 | LB<br>KG | 10,410 |
| 48 | 52089357AB<br>HOOK ASSY TOW RT<br>P.O. #: O5137089P | EA | CTN71<br>EXP0121507 | 4 | 12 | 192<br>87 | LB<br>KG | 3,769 |
| 36 | 52089363AC<br>REAR TOW HOOK ASSY<br>P.O. #: O5137091Q | EA | CTN71<br>EXP0121507 | 3 | 12 | 245<br>111 | LB<br>KG | 3,865 |
| 84 | EXP0121507<br>EXPENDABLE CARTON<br>P.O. #: | EA | RC | 1 | 0 | 0<br>0 | LB<br>KG | 6,002 |

**SHIPPER**

Page 2 of 2

**Deluxe**
STAMPING & DIE COMPANY

6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

**ASN/SID#: 058983**

**DATE:** 16/4/2009

| | | | |
|---|---|---|---|
| **Comments:** 7 TOTAL CONTAINERS | **Gross:** | 2,318  LB | 1,052 KG |
| | **Tare:** | 412  LB | 187 KG |
| | **Net:** | 1,906  LB | 865 KG |
| | **Pallets:** | 7 | |
| | **CTNS:** | 84 | |

# Deluxe
## STAMPING & DIE COMPANY

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 8481

#8481 TOLUCA CAR ASSY PLANT
CHRYSLER DE MEXICO S A DE C V
CARR MEX TOL KM 60 5
TOLUCA, MX 50000
DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58984 | 058984 | 04/16/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 300 | DELUXE S # 05178547AA<br>05178547AA<br>BRKT ASSY RR SIDE RAIL SHIP<br>P.O.-#: O8127027D | EA | .85930000 | 257.79 |
| 240 | DELUXE S # 05178557AB<br>05178557AB<br>REINF ASSY SHIPPING TIE DOWN R<br>P.O.-#: O8127008J | EA | 1.77010000 | 424.82 |
| 3 | DELUXE S # 0000CC30<br>0000CC30<br>RETURNABLE CONTAINER | EA | .00000000 | .00 |
| 12 | DELUXE S # CT121507<br>CT121507<br>RETURNABLE TOTE | EA | .00000000 | .00 |

COMMENTS: 4 TOTAL CONTAINERS

RELEASE:   023214200904160900

| | |
|---|---|
| SALES AMOUNT | 682.61 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 682.61 |

**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable**



58984

LGSI: LOGISTICS INSIGHT

**Shipper's No.** _____

(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

**Carrier's No.** 53 9508

AT:STERLING HTS.   MI USA 48312          ON: 4/16/2009

FROM:Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail–water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee – For purposes of notification only.)

CONSIGNED TO:00143 LOGISTICS INSIGHT PLANTS: 08481
          LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.

DESTINATION : DETROIT, MI   48210          (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

**Route** _____

**Delivering Carrier** _____          Car or Vehicle Initials _____          No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 4 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignor, the consignor shall sign the following statement: |
| | | 3 CONTAINERS: | | | |
| | | AUTO PARTS NOI | 675 | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | CC30 BLUE PLASTIC BIN | | | |
| | | ITEM: 0000CC30 | | | |
| | | | | | Per _____ |
| | | 12 CONTAINERS: | | | (Signature of Consignor.) |
| | | AUTO PARTS NOIBN | 237 | | |
| | | CT121507 TOTES ON PALLET(S) | | | |
| | | ITEM: CT121507 | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |

Destination     pallets ctns Net_wt Tare_wt Gross_wt

#8481 TOLUCA CAR ASSY PLANT   (058984)   DK:
                1   15    713     199     912

Received $ _____ to apply in prepayment of the charges on the property described hereon.

Packing slips # 058984

          PACKING SLIP 058984 ATTACHED
          SUPPLIER CODE:   30811

**COLLECT**

(Agent or Cashier )

Per _____

(This signature here acknowledges only the amounts prepaid.)

Charges Advanced:

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____          TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

**NOTE**—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI  USA  48312

Shipper, Per _____          Agent, Per _____



**Deluxe**
STAMPING & DIE COMPANY

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

**SHIPPER**

Page 1 of 1

**ASN/SID#: 058984**

**DATE:** 16/4/2009

**Ship To:** 8481

#8481 TOLUCA CAR ASSY PLANT

CHRYSLER DE MEXICO S A DE C V
CARR MEX TOL KM 60 5
TOLUCA, MX 50000

**Sold To:**    DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

**Dock:**

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58984 | 08481 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 300 | 05178547AA<br>BRKT ASSY RR SIDE RAIL SHIP<br>P.O. #: O8127027D | EA | SKD71<br>0000CC30 | 100 | 3 | 540 | LB<br>245 KG | 72,052 |
| 240 | 05178557AB<br>REINF ASSY SHIPPING TIE DOWN R<br>P.O. #: O8127008J | EA | CTN71<br>CT121507 | 20 | 12 | 173 | LB<br>78 KG | 72,052 |
| 3 | 0000CC30<br>RETURNABLE CONTAINER<br>P.O. #: | EA | RC | 0 | 0 | 0 | LB<br>0 KG | 703 |
| 12 | CT121507<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 0 | 0 | 0 | LB<br>0 KG | 3,492 |

**Comments:**    4 TOTAL CONTAINERS

| | | | |
|---|---|---|---|
| **Gross:** | 912 | LB | 414 KG |
| **Tare:** | 199 | LB | 90 KG |
| **Net:** | 713 | LB | 323 KG |
| **Pallets:** | 1 | | |
| **CTNS:** | 15 | | |

# Deluxe
## STAMPING & DIE COMPANY

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 401J

4015 (J) BELVIDERE ASSY PLANT
ARVIN YARD
3741 MORRIEUM DRIVE
BELVIDERE, IL USA 61008
DOCK: AR

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58985 | 058985 | 04/17/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 1000 | DELUXE S # 05105833AB<br>05105833AB<br>RR SUSPENSION STOP<br>P.O.-#: O6127068I | EA | .48930000 | 489.30 |
| 1 | DELUXE S # 0000CC30<br>0000CC30<br>RETURNABLE CONTAINER | EA | .00000000 | .00 |

COMMENTS:

RELEASE:  023216200904170900

| | |
|---|---|
| SALES AMOUNT | 489.30 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 489.30 |

# UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable

**LGSI: LOGISTICS INSIGHT**

Shipper's No.    58985

(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

Carrier's No. 73 5228

AT: STERLING HTS.    MI    USA    48312          ON: 4/17/2009

FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and condition of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 04015J          (Mail or street address of consignee – For purposes of notification only.)
          LINC CROSSDOCK – DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI   48210          (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

**Delivering Carrier** _____ **Car or Vehicle Initials** _____ **No.** _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 1 | | AUTO PARTS NOI | | 705 | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement. The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| CTNS | | CC30 BLUE PLASTIC BIN | | | |
| | | ITEM: 0000CC30 | | | |
| | | | | | |
| | | | | | |

Destination          pallets ctns  Net_wt Tare_wt Gross_wt

4015 (J) BELVIDERE ASSY PLANT (058985)      DK: AR
                    0    1    660      45    705

Packing slips # 058985

          PACKING SLIP 058985 ATTACHED
          SUPPLIER CODE:  30811

Per _____ (Signature of Consignor.)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____ to apply in prepayment of the charges on the property described hereon.

COLLECT

_____ (Agent or Cashier.)

Per _____

(This signature here acknowledges only the amounts prepaid.)

Charges Advanced:

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____          TITLE _____

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

† If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.    MI    USA    48312

Shipper, Per _____          Agent, Per _____

Permanent post office address of shipper



**SHIPPER**

Page 1 of 1

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

**ASN/SID#: 058985**

**DATE:** 4/17/2009

Ship To: 401J

4015 (J) BELVIDERE ASSY PLANT

ARVIN YARD
3741 MORRIEUM DRIVE
BELVIDERE, IL USA 61008

Sold To:    DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

**Dock:** AR

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58985 | 04015J | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 1,000 | 05105833AB<br>RR SUSPENSION STOP<br>P.O. #: O6127068I | EA | SKD71<br>0000CC30 | 1,000 | 1 | 660<br>299 | LB<br>KG | 60,188 |
| 1 | 0000CC30<br>RETURNABLE CONTAINER<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 60 |

**Comments:**

| | | | |
|---|---|---|---|
| **Gross:** | 705 | LB | 320 KG |
| **Tare:** | 45 | LB | 20 KG |
| **Net:** | 660 | LB | 299 KG |
| **Pallets:** | 0 | | |
| **CTNS:** | 1 | | |

# Deluxe
## STAMPING & DIE COMPANY

INVOICE PAGE
ASN/SID# 058986    1
DATE
04/17/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 6215

#6215 STERLING STAMPING PLANT
35777 VAN DYKE
STERLING HEIGHTS, MI US 48312

DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58986 | 058986 | 04/17/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 2400 | DELUXE S # 05155512AB<br>05155512AB<br>REINF ASSY FRT FLOOR<br>P.O.-#: O7127086L | EA | .36720000 | 881.28 |
| 24 | DELUXE S # CT242209<br>CT242209<br>RETURNABLE TOTE | EA | .00000000 | .00 |

COMMENTS: 2 TOTAL CONTAINERS

RELEASE:  023217200904170900

| | |
|---|---|
| SALES AMOUNT | 881.28 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 881.28 |

**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM—Original—Not Negotiable**
Invoice > > > > No N25

Shipper's No. _____ 58986

LGSI: LOGISTICS INSIGHT

(Name of Carrier)
RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

Carrier's No. 73 5220

AT:STERLING HTS.  MI USA 48312        ON: 4/17/2009
FROM:Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee – For purposes of notification only.)

CONSIGNED TO:00143 LOGISTICS INSIGHT PLANTS: 06215    A
        LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI  48210        (* To be filled in only when shipper desires and governing tariffs provide for delivery threat.)

Route _____

Delivering Carrier _____ **Car or Vehicle Initials** _____ **No.** _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 2 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | 24 CONTAINERS: AUTO PARTS NOI CT242209 TOTE(S) ON PALLET ITEM: CT242209 | 752 | | |
| | | | | | Per _____ (Signature of Consignor.) |
| | | Destination   pallets ctns Net_wt Tare_wt Gross_wt | | | |
| | | #6215 STERLING STAMPING PLANT (058986)   DK: | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | 2  24  624  128 | 752 | | |
| | | Packing slips # 058986 | | | |
| | | PACKING SLIP 058986 ATTACHED SUPPLIER CODE:  30811 | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |
| | | | | | COLLECT |
| | | | | | (Agent or Cashier.) |
| | | | | | Per _____ (This signature here acknowledges only the amounts prepaid.) |
| | | | | | Charges Advanced: |
| | | | | | $ |

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____ TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
**NOTE**—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.  MI USA 48312

Shipper, Per _____   Agent, Per _____

**SHIPPER**


**Deluxe**
STAMPING & DIE COMPANY

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 058986**

**DATE:** 4/17/2009

**Ship To:** 6215

#6215 STERLING STAMPING PLANT

35777 VAN DYKE

STERLING HEIGHTS, MI US 48312

**Dock:**

**Sold To:** DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58986 | 06215 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 2,400 | 05155512AB<br>REINF ASSY FRT FLOOR<br>P.O. #: O7127086L | EA | CTN71<br>CT242209 | 100 | 24 | 624<br>283 | LB<br>KG | 285,600 |
| 24 | CT242209<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 1 | 0 | 0<br>0 | LB<br>KG | 2,748 |

**Comments:** 2 TOTAL CONTAINERS

| | | | |
|---|---|---|---|
| **Gross:** | 752 | LB | 341 KG |
| **Tare:** | 128 | LB | 58 KG |
| **Net:** | 624 | LB | 283 KG |
| **Pallets:** | 2 | | |
| **CTNS:** | 24 | | |

# Deluxe
## STAMPING & DIE COMPANY

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 5305

#5305 KOKOMO TRANSMISSION PLT
2401 S. REED ROAD
KOKOMO, IN US 46902

DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58987 | 058987 | 04/17/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 10000 | DELUXE S # 04431711<br>04431711<br>SPRING RETAINER<br>P.O.-#: O5132112R | EA | .10650000 | 1,065.00 |
| 900 | DELUXE S # 05078868AA<br>05078868AA<br>END COVER LOWER<br>P.O.-#: O7128228I | EA | .09890000 | 89.01 |
| 1 | DELUXE S # 0000CC30<br>0000CC30<br>RETURNABLE CONTAINER | EA | .00000000 | .00 |
| 3 | DELUXE S # CT121505<br>CT121505<br>RETURNABLE TOTE | EA | .00000000 | .00 |

COMMENTS: 2 TOTAL CONTAINERS

RELEASE:  023218200904170900

| | |
|---|---|
| SALES AMOUNT | 1,154.01 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 1,154.01 |

**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable**
Invoice No. ~ Page 1 of 1

58987

LGSI: LOGISTICS INSIGHT                                 Shipper's No. _____
_____(Name of Carrier)_____
RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

Carrier's No. 735220

AT:STERLING HTS.   MI USA  48312        ON: 4/17/2009
FROM:Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee – For purposes of notification only.)

CONSIGNED TO:00143 LOGISTICS INSIGHT PLANTS: 05305
        LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI 48210          (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

**Delivering Carrier** _____ **Car or Vehicle Initials** _____ **No.** _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 2 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | 1 CONTAINERS: AUTO PARTS NOI CC30 BLUE PLASTIC BIN ITEM: 0000CC30 | 750 | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | 3 CONTAINERS: AUTO PARTS NOIBN CT121505 TOTES ON PALLET(S) ITEM: CT121505 | 87 | | Per _____ (Signature of Consignor.) |

Destination     pallets ctns Net_wt Tare_wt Gross_wt

#5305 KOKOMO TRANSMISSION PLT (058987)   DK:
                1    4   741    96    837

Packing slips # 058987

        PACKING SLIP 058987 ATTACHED
        SUPPLIER CODE: 30811

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____ to apply in prepayment of the charges on the property described hereon.

COLLECT
(Agent or Cashier.)

Per _____
(This signature here acknowledges only the amounts prepaid.)

Charges Advanced:

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SIGNATURE _____        TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI  USA  48312

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Shipper, Per _____        Agent, Per _____



**Deluxe**
STAMPING & DIE COMPANY

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

**SHIPPER**

Page 1 of 1

**ASN/SID#: 058987**

**DATE: 4/17/2009**

**Ship To:** 5305

#5305 KOKOMO TRANSMISSION PLT

2401 S. REED ROAD

KOKOMO, IN US 46902

**Dock:**

**Sold To:** DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58987 | 05305 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 10,000 | 04431711 SPRING RETAINER P.O. #: O5132112R | EA | SKD71 0000CC30 | 10,000 | 1 | 700 318 | LB KG | 390,000 |
| 900 | 05078868AA END COVER LOWER P.O. #: O7128228I | EA | CTN71 CT121505 | 300 | 3 | 41 18 | LB KG | 139,200 |
| 1 | 0000CC30 RETURNABLE CONTAINER P.O. #: | EA | RC | 0 | 0 | 0 0 | LB KG | 39 |
| 3 | CT121505 RETURNABLE TOTE P.O. #: | EA | RC | 0 | 0 | 0 0 | LB KG | 453 |

**Comments:** 2 TOTAL CONTAINERS

| | | | |
|---|---|---|---|
| **Gross:** | 837 | LB | 379 KG |
| **Tare:** | 96 | LB | 44 KG |
| **Net:** | 741 | LB | 336 KG |
| **Pallets:** | 1 | | |
| **CTNS:** | 4 | | |



**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

INVOICE PAGE
ASN/SID# 058988    1
DATE
04/17/09

```
SOLD TO: DCX01                    SHIP TO: 2452

CHRYSLER COMPANY, LLC             #2452(N) WARREN TRUCK ASSY PLT
P.O. BOX 537927                   6500 HUBER STREET
LIVONIA, MI US 48153              DETROIT, MI 48211

                                  DOCK: XL
```

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58988 | 058988 | 04/17/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 468 | DELUXE S # 52010138AG<br>52010138AG<br>SHIELD SPLASH ROTOR RT<br>P.O.-#: O3132030V | EA | 1.21210000 | 567.26 |
| 312 | DELUXE S # 52010139AG<br>52010139AG<br>SHIELD SPLASH ROTOR LT<br>P.O.-#: O3132032V | EA | 1.21210000 | 378.18 |
| 30 | DELUXE S # CT241505<br>CT241505<br>RETURNABLE TOTE | EA | .00000000 | .00 |

```
COMMENTS: 2 TOTAL CONTAINERS          SALES AMOUNT        945.44

                                      MISC CHARGES           .00
RELEASE:  023219200904170900              FREIGHT            .00

                                    INVOICE AMOUNT        945.44
```

**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable**

LGSI: LOGISTICS INSIGHT                                    Shipper's No.        58988

(Name of Carrier)
RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

Carrier's No.  73 5220

AT:STERLING HTS.   MI  USA  48312         ON: 4/17/2009
FROM:Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO:00143 LOGISTICS INSIGHT PLANTS: 02452N    (Mail or street address of consignee – For purposes of notification only.)
             LINC CROSSDOCK – DETROIT 3685 CENTRAL AVE.    A
DESTINATION : DETROIT, MI  48210                (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____ Car or Vehicle Initials _____ No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 2 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | 30 CONTAINERS: | | | |
| | | AUTO PARTS NOIBN | 866 | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | CT241505 TOTES ON PALLET(S) | | | |
| | | ITEM: CT241505 | | | |
| | | | | | Per _____ (Signature of Consignor.) |
| | | Destination    pallets ctns Net_wt Tare_wt Gross_wt | | | |
| | | #2452(N) WARREN TRUCK ASSY PLT(058988)   DK: XL | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | 2   30   725   140   865 | | | |
| | | Packing slips # 058988 | | | |
| | | PACKING SLIP 058988 ATTACHED | | | |
| | | SUPPLIER CODE:  30811 | | | Received $ to apply in prepayment of the charges on the property described hereon. |
| | | | | | COLLECT |
| | | | | | (Agent or Cashier.) |
| | | | | | Per _____ (This signature here acknowledges only the amounts prepaid.) |
| | | | | | Charges Advanced: |

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SIGNATURE _____   TITLE _____

$ _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI  USA  48312

Shipper, Per _____       Agent, Per _____



**SHIPPER**

# Deluxe
## STAMPING & DIE COMPANY

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 058988**

**DATE:** 4/17/2009

**Ship To:** 2452

#2452(N) WARREN TRUCK ASSY PLT

6500 HUBER STREET

DETROIT, MI 48211

**Dock:** XL

**Sold To:** DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58988 | 02452N | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | CUM-Ship |
|---|---|---|---|---|---|---|---|
| 468 | 52010138AG SHIELD SPLASH ROTOR RT P.O. #: O3132030V | EA | CTN71 CT241505 | 26 | 18 | 435 LB 197 KG | 89,423 |
| 312 | 52010139AG SHIELD SPLASH ROTOR LT P.O. #: O3132032V | EA | CTN71 CT241505 | 26 | 12 | 290 LB 132 KG | 89,423 |
| 30 | CT241505 RETURNABLE TOTE P.O. #: | EA | RC | 0 | 0 | 0 LB 0 KG | 6,874 |

**Comments:**  2 TOTAL CONTAINERS

| | | | |
|---|---|---|---|
| **Gross:** | 865 | LB | 393 KG |
| **Tare:** | 140 | LB | 64 KG |
| **Net:** | 725 | LB | 329 KG |
| **Pallets:** | 2 | | |
| **CTNS:** | 30 | | |

# Deluxe
### STAMPING & DIE COMPANY

INVOICE PAGE
ASN/SID# 058989   1
DATE
04/17/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 8068

#8068 CHRYS DE VENEZUELA LL
AV PANCHO PEPE CROQUER
VALENCIA
CARABOBO, VE 48192
DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58989 | 058989 | 04/17/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 48 | DELUXE S # 52089357AB<br>52089357AB<br>HOOK ASSY TOW RT<br>P.O.-#: O5137089P | EA | 7.93220000 | 380.75 |
| | PKG CHG | | | 31.48 |
| 80 | DELUXE S # 52090399AC<br>52090399AC<br>BRKT-T/HOOK<br>P.O.-#: O5137092S | EA | 3.10440000 | 248.35 |
| | PKG CHG | | | 4.00 |
| 12 | DELUXE S # EXP0121507<br>EXP0121507<br>EXPENDABLE CARTON | EA | .00000000 | .00 |
| 4 | DELUXE S # EXP0242209<br>EXP0242209<br>EXPENDABLE CARTON | EA | .00000000 | .00 |

COMMENTS: 2 TOTAL CONTAINERS

RELEASE:  023220200904170900

| | |
|---|---|
| SALES AMOUNT | 664.58 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 664.58 |

**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM Original-Not Negotiable**

LGSI: LOGISTICS INSIGHT                                     Shipper's No. _____ 58989

_____
(Name of Carrier)
RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.                Carrier's No. 73 5020

AT:STERLING HTS.    MI USA  48312           ON: 4/17/2009
FROM:Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO:00143 LOGISTICS INSIGHT PLANTS: 08068          (Mail or street address of consignee – For purposes of notification only.)
              LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI  48210             (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____ Car or Vehicle Initials _____ No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 2 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br>The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | 12 CONTAINERS:<br>AUTO PARTS NOIBN<br>EXP0121507 CTN ON PALLET(S)<br>ITEM: EXP0121507 | 204 | | |
| | | 4 CONTAINERS:<br>AUTO PARTS NOIBN<br>EXP0242209 CTN ON PALLET(S)<br>ITEM: EXP0242209 | 192 | | Per _____<br>(Signature of Consignor.) |
| | | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | Destination    pallets ctns Net_wt Tare_wt Gross_wt | | | |
| | | #8068 CHRYS DE VENEZUELA LL  (058989)   DK:<br>              2  16    299     96     395 | | | Received $ _____<br>to apply in prepayment of the charges on the property described hereon. |
| | | Packing slips # 058989 | | | COLLECT |
| | | PACKING SLIP 058989 ATTACHED<br>SUPPLIER CODE:  30811 | | | _____<br>(Agent or Cashier.) |
| | | | | | Per _____<br>(This signature here acknowledges only the amounts prepaid.) |
| | | | | | Charges Advanced: |

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.          SIGNATURE                 TITLE

$ _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI  USA   48312

Shipper, Per _____          Agent, Per _____

Permanent post office address of shipper.

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.



**Deluxe**
STAMPING & DIE COMPANY

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

**SHIPPER**

Page 1 of 1

**ASN/SID#: 058989**

**DATE:** 17/4/2009

**Ship To:** 8068

#8068 CHRYS DE VENEZUELA LL

AV PANCHO PEPE CROQUER
VALENCIA
CARABOBO,  VE 48192

**Sold To:**   DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

**Dock:**

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58989 | 08068 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 48 | 52089357AB HOOK ASSY TOW RT P.O. #: O5137089P | EA | CTN71 EXP0121507 | 4 | 12 | 192 87 | LB KG | 3,817 |
| 80 | 52090399AC BRKT-T/HOOK P.O. #: O5137092S | EA | CTN71 EXP0242209 | 20 | 4 | 107 49 | LB KG | 3,689 |
| 12 | EXP0121507 EXPENDABLE CARTON P.O. #: | EA | RC | 1 | 0 | 0 0 | LB KG | 6,014 |
| 4 | EXP0242209 EXPENDABLE CARTON P.O. #: | EA | RC | 1 | 0 | 0 0 | LB KG | 1,176 |

**Comments:**   2 TOTAL CONTAINERS

| | | | |
|---|---|---|---|
| **Gross:** | 395 | LB | 179 KG |
| **Tare:** | 96 | LB | 44 KG |
| **Net:** | 299 | LB | 135 KG |
| **Pallets:** | 2 | | |
| **CTNS:** | 16 | | |

**Deluxe**
STAMPING & DIE COMPANY

INVOICE PAGE
ASN/SID# 058990    1
DATE
04/17/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 8475

#8475 SALTILLO TRUCK ASSY PLT
CHRYSLER DE MEXICO S A DE C V
KM 15 CARR A DERRAMADERO
SALTILLO, CO MX 25079
DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58990 | 058990 | 04/17/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 2500 | DELUXE S # 55276410AA<br>55276410AA<br>TAPPING PLATE<br>P.O.-#: O2124035Q | EA | .53290000 | 1,332.25 |
| 1 | DELUXE S # 0CC00071<br>0CC00071<br>RETURNABLE CONTAINER | EA | .00000000 | .00 |

COMMENTS:

RELEASE:  023221200904170900

| | |
|---|---|
| SALES AMOUNT | 1,332.25 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 1,332.25 |

# UNIFORM STRAIGHT BILL OF LADING-SHORT FORM—Original—Not Negotiable
Shipper's No. Original-125

58990

LGSI: LOGISTICS INSIGHT

**Shipper's No.**

(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

**Carrier's No.** 73 6220

AT:STERLING HTS.   MI  USA  48312        ON: 4/17/2009

FROM:Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date hereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO:00143 LOGISTICS INSIGHT PLANTS: 08475     (Mail or street address of consignee – For purposes of notification only.)
        LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI  48210         (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

**Route** _____

**Delivering Carrier** _____ **Car or Vehicle Initials** _____ **No.** _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 1 CTNS | | AUTO PARTS NOI CC71 METAL TUB ITEM: 0CC00071 | 1808 | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignor without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | Destination    pallets ctns Net_wt Tare_wt Gross_wt | | | |
| | | #8475 SALTILLO TRUCK ASSY PLT (058990)  DK: | | | Per _____ (Signature of Consignor.) |
| | | 0    1   1438    370    1808 | 1808 | | |
| | | Packing slips # 058990 | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | PACKING SLIP 058990 ATTACHED SUPPLIER CODE:   30811 | | | |
| | | | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |
| | | | | | COLLECT |
| | | | | | (Agent or Cashier.) |
| | | | | | Per _____ (This signature here acknowledges only the amounts prepaid.) |
| | | | | | Charges Advanced: |
| | | | | | $ _____ |

**SHIPPERS CERTIFICATION:** This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SIGNATURE _____   TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

**NOTE**—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI  USA  48312

Shipper, Per _____

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Agent, Per _____

Permanent post office address of shipper



**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 058990**

**DATE:** 17/4/2009

**Ship To:** 8475

#8475 SALTILLO TRUCK ASSY PLT

CHRYSLER DE MEXICO S A DE C V
KM 15 CARR A DERRAMADERO
SALTILLO, CO MX 25079

**Sold To:** DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

**Dock:**

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58990 | 08475 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 2,500 | 55276410AA<br>TAPPING PLATE<br>P.O. #: O2124035Q | EA | SKD71<br>0CC00071 | 2,500 | 1 | 1,438<br>652 | LB<br>KG | 37,840 |
| 1 | 0CC00071<br>RETURNABLE CONTAINER<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 80 |

**Comments:**

| | | | |
|---|---|---|---|
| **Gross:** | 1,808 | LB | 820 KG |
| **Tare:** | 370 | LB | 168 KG |
| **Net:** | 1,438 | LB | 652 KG |
| **Pallets:** | 0 | | |
| **CTNS:** | 1 | | |

INVOICE PAGE
ASN/SID# 058991    1
DATE
04/17/09



**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 8481

#8481 TOLUCA CAR ASSY PLANT
CHRYSLER DE MEXICO S A DE C V
CARR MEX TOL KM 60 5
TOLUCA, MX 50000
DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 58991 | 058991 | 04/17/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 300 | DELUXE S # 05178547AA<br>05178547AA<br>BRKT ASSY RR SIDE RAIL SHIP<br>P.O.-#: O8127027D | EA | .85930000 | 257.79 |
| 3 | DELUXE S # 0000CC30<br>0000CC30<br>RETURNABLE CONTAINER | EA | .00000000 | .00 |

COMMENTS: 3 TOTAL CONTAINERS

RELEASE:   023222200904170900

| | |
|---|---|
| SALES AMOUNT | 257.79 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 257.79 |

**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable** Pg 124 of 125

LGSI: LOGISTICS INSIGHT

Shipper's No. 58991

(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

Carrier's No. 7352208

AT: STERLING HTS.   MI USA 48312     ON: 4/17/2009
FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 08481     (Mail or street address of consignee – For purposes of notification only.)
LINC CROSSDOCK – DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI  48210     (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)
Route _____

Delivering Carrier _____  Car or Vehicle Initials _____  No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 3 CTNS | | AUTO PARTS NOI<br>CC30 BLUE PLASTIC BIN<br>ITEM: 0000CC30 | 675 | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br>The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | Destination    pallets ctns Net_wt Tare_wt Gross_wt | | | |
| | | #8481 TOLUCA CAR ASSY PLANT   (058991)   DK: | | | |
| | | 0    3    540    135    675 | | | Per _____<br>(Signature of Consignor.) |
| | | Packing slips # 058991 | | | |
| | | PACKING SLIP 058991 ATTACHED<br>SUPPLIER CODE:  30811 | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |
| | | | | | COLLECT<br>(Agent or Cashier.) |
| | | | | | Per _____<br>(This signature here acknowledges only the amounts prepaid.) |
| | | | | | Charges Advanced: |
| | | | | | $ |

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SIGNATURE _____     TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI USA 48312

Shipper, Per _____     Agent, Per _____

# Deluxe
STAMPING & DIE COMPANY

6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

**SHIPPER**

Page 1 of 1

**ASN/SID#: 058991**

**DATE:** 17/4/2009

**Ship To:** 8481

#8481 TOLUCA CAR ASSY PLANT

CHRYSLER DE MEXICO S A DE C V
CARR MEX TOL KM 60 5
TOLUCA,  MX 50000

**Dock:**

**Sold To:**     DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 58991 | 08481 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 300 | 05178547AA BRKT ASSY RR SIDE RAIL SHIP P.O. #: O8127027D | EA | SKD71 0000CC30 | 100 | 3 | 540 245 | LB KG | 72,352 |
| 3 | 0000CC30 RETURNABLE CONTAINER P.O. #: | EA | RC | 0 | 0 | 0 0 | LB KG | 706 |

**Comments:**   3 TOTAL CONTAINERS

| | | | |
|---|---|---|---|
| **Gross:** | 675 | LB | 306 KG |
| **Tare:** | 135 | LB | 61 KG |
| **Net:** | 540 | LB | 245 KG |
| **Pallets:** | 0 | | |
| **CTNS:** | 3 | | |