# Deluxe
## STAMPING & DIE COMPANY

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

```
SOLD TO: DCX01                    SHIP TO: 6215

CHRYSLER COMPANY, LLC             #6215 STERLING STAMPING PLANT
P.O. BOX 537927                   35777 VAN DYKE
LIVONIA, MI US 48153              STERLING HEIGHTS, MI US 48312

                                  DOCK:
```

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 59041 | 059041 | 04/27/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 180 | DELUXE S # 55113320AA<br>55113320AA<br>REINF ASSY FRT SEAT FRT RT<br>P.O.-#: O7135109L | EA | .97120000 | 174.82 |
| 360 | DELUXE S # 55113321AA<br>55113321AA<br>REINF ASSY FRT SEAT FRT LT<br>P.O.-#: O7135109L | EA | .97120000 | 349.63 |
| 18 | DELUXE S # CT241509<br>CT241509<br>RETURNABLE TOTE | EA | .00000000 | .00 |

```
COMMENTS: 2 TOTAL CONTAINERS        SALES AMOUNT        524.45

                                    MISC CHARGES           .00
RELEASE:  023262200904270950             FREIGHT           .00

                                    INVOICE AMOUNT      524.45
```



**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-**~~Pg. 2 of 123~~**Original-Not Negotiable**

59041

LGSI: LOGISTICS INSIGHT

*(Name of Carrier)*

Shipper's No. _____

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No. 73-5203

AT:STERLING HTS.   MI  USA  48312        ON: 4/27/2009
FROM:Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO:00143 LOGISTICS INSIGHT PLANTS: 06215     *(Mail or street address of consignee - For purposes of notification only.)*
              LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.          A
DESTINATION : DETROIT, MI  48210                   (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)
Route _____

Delivering Carrier _____ **Car or Vehicle Initials** _____ **No.** _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 2 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | 18 CONTAINERS: | | | |
| | | AUTO PARTS NOIBN | 594 | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | CT241509 TOTES ON PALLET(S) | | | |
| | | ITEM: CT241509 | | | |
| | | | | | Per _____ *(Signature of Consignor.)* |
| | | Destination    pallets ctns Net_wt Tare_wt Gross_wt | | | |
| | | #6215 STERLING STAMPING PLANT (059041)   DK: | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | 2   18   478   116   594 | | | |
| | | Packing slips # 059041 | | | |
| | | | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |
| | | PACKING SLIP 059041 ATTACHED | | | |
| | | SUPPLIER CODE:  30811 | | | |
| | | | | | COLLECT |
| | | | | | *(Agent or Cashier )* |
| | | | | | Per _____ (This signature here acknowledges only the amounts prepaid.) |
| | | | | | Charges Advanced: |
| | | | | | $ _____ |

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation        SIGNATURE _____        TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI  USA  48312

Shipper, Per _____        Agent, Per _____

**SHIPPER**



6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 059041**

**DATE:** 4/27/2009

Ship To: 6215

#6215 STERLING STAMPING PLANT

35777 VAN DYKE

STERLING HEIGHTS, MI US 48312

Sold To:    DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

Dock:

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 59041 | 06215 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 180 | 55113320AA<br>REINF ASSY FRT SEAT FRT RT<br>P.O. #: O7135109L | EA | CTN71<br>CT241509 | 30 | 6 | 159<br>72 | LB<br>KG | 58,320 |
| 360 | 55113321AA<br>REINF ASSY FRT SEAT FRT LT<br>P.O. #: O7135109L | EA | CTN71<br>CT241509 | 30 | 12 | 319<br>145 | LB<br>KG | 58,680 |
| 18 | CT241509<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 3,900 |

| Comments: | 2 TOTAL CONTAINERS | | | |
|---|---|---|---|---|
| | **Gross:** | 594 | LB | 269 KG |
| | **Tare:** | 116 | LB | 53 KG |
| | **Net:** | 478 | LB | 217 KG |
| | **Pallets:** | 2 | | |
| | **CTNS:** | 18 | | |

**Deluxe**
STAMPING & DIE COMPANY

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01                    SHIP TO: 2452

CHRYSLER COMPANY, LLC            #2452(N) WARREN TRUCK ASSY PLT
P.O. BOX 537927                  6500 HUBER STREET
LIVONIA, MI US 48153             DETROIT, MI 48211

                                 DOCK: XL

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 59042 | 059042 | 04/27/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 12 | DELUXE S # CT121507<br>CT121507<br>RETURNABLE TOTE | EA | .00000000 | .00 |
| 2 | DELUXE S # CP4845SP<br>CP4845SP<br>RETURNABLE PALLET | EA | .00000000 | .00 |
| 2 | DELUXE S # CP4845VL<br>CP4845VL<br>RETURNABLE LID | EA | .00000000 | .00 |

COMMENTS: 4 TOTAL CONTAINERS          SALES AMOUNT        2,003.27

                                      MISC CHARGES             .00
RELEASE:  023263200904270950          FREIGHT                  .00

                                      INVOICE AMOUNT      2,003.27

INVOICE PAGE
ASN/SID# 059042    1
DATE
04/27/09

# Deluxe
## STAMPING & DIE COMPANY

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 2452

#2452(N) WARREN TRUCK ASSY PLT
6500 HUBER STREET
DETROIT, MI 48211

DOCK: XL

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 59042 | 059042 | 04/27/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 624 | DELUXE S # 52010138AG<br>52010138AG<br>SHIELD SPLASH ROTOR RT<br>P.O.-#: O3132030V | EA | 1.21210000 | 756.35 |
| 624 | DELUXE S # 52010139AG<br>52010139AG<br>SHIELD SPLASH ROTOR LT<br>P.O.-#: O3132032V | EA | 1.21210000 | 756.35 |
| 1200 | DELUXE S # 52110310AB<br>52110310AB<br>BRACKET SHIFT CABLE MTG<br>P.O.-#: O4132660N | EA | .30110000 | 361.32 |
| 156 | DELUXE S # 52855011AD<br>52855011AD<br>SHIELD ASSY SPLASH BRAKE<br>P.O.-#: O5132139S | EA | .82850000 | 129.25 |
| 54 | DELUXE S # CT241505<br>CT241505<br>RETURNABLE TOTE | EA | .00000000 | .00 |

COMMENTS: 4 TOTAL CONTAINERS

RELEASE:  023263200904270950



**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable**

Shipper's No.   59042

LGSI: LOGISTICS INSIGHT

(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No.   73-52038 81

AT:STERLING HTS.   MI  USA  48312         ON: 4/27/2009
FROM:Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO:00143 LOGISTICS INSIGHT PLANTS: 02452N     (Mail or street address of consignee – For purposes of notification only.) A
         LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI  48210          (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____ Car or Vehicle Initials _____ No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 4 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | 54 CONTAINERS: | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | AUTO PARTS NOIBN | 1394 | | |
| | | CT241505 TOTES ON PALLET(S) | | | |
| | | ITEM: CT241505 | | | |
| | | | | | |
| | | 12 CONTAINERS: | | | Per _____ |
| | | AUTO PARTS NOIBN | 324 | | (Signature of Consignor.) |
| | | CT121507 TOTES ON PALLET(S) | | | |
| | | ITEM: CT121507 | | | |
| | | | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | 2 CONTAINERS: | | | |
| | | AUTO PARTS NOI | | | |
| | | CPSP RETURNABLE PALLET | | | |
| | | ITEM: CP4845SP | | | |
| | | | | | Received $ |
| | | 2 CONTAINERS: | | | to apply in prepayment of the charges on the property described hereon. |
| | | AUTO PARTS NOI | 160 | | |
| | | CPVL RETURNABLE LID | | | COLLECT |
| | | ITEM: CP4845VL | | | (Agent or Cashier.) |

Destination        pallets ctns Net_wt Tare_wt Gross_wt

#2452(N) WARREN TRUCK ASSY PLT(059042)    DK: XL
              4  70  1585   292   1877

Per _____

(This signature here acknowledges only the amounts prepaid.)

Packing slips # 059042

      PACKING SLIP 059042 ATTACHED
      SUPPLIER CODE:  30811

Charges Advanced:

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____         TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.    MI  USA  48312

Shipper, Per _____         Agent, Per _____



**SHIPPER**

Page 1 of 2

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

**STAMPING & DIE COMPANY**

**ASN/SID#: 059042**

**DATE:** 4/27/2009

Ship To: 2452

#2452(N) WARREN TRUCK ASSY PLT

6500 HUBER STREET

DETROIT, MI 48211

**Dock:** XL

Sold To: DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 59042 | 02452N | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | CUM-Ship |
|---|---|---|---|---|---|---|---|
| 624 | 52010138AG<br>SHIELD SPLASH ROTOR RT<br>P.O. #: O3132030V | EA | CTN71<br>CT241505 | 26 | 24 | 580 LB<br>263 KG | 92,699 |
| 624 | 52010139AG<br>SHIELD SPLASH ROTOR LT<br>P.O. #: O3132032V | EA | CTN71<br>CT241505 | 26 | 24 | 580 LB<br>263 KG | 92,699 |
| 1,200 | 52110310AB<br>BRACKET SHIFT CABLE MTG<br>P.O. #: O4132660N | EA | CTN71<br>CT121507 | 100 | 12 | 300 LB<br>136 KG | 11,914 |
| 156 | 52855011AD<br>SHIELD ASSY SPLASH BRAKE<br>P.O. #: O5132139S | EA | CTN71<br>CT241505 | 26 | 6 | 125 LB<br>57 KG | 9,554 |
| 54 | CT241505<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 0 | 0 | 0 LB<br>0 KG | 7,168 |
| 12 | CT121507<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 0 | 0 | 0 LB<br>0 KG | 552 |
| 2 | CP4845SP<br>RETURNABLE PALLET<br>P.O. #: | EA | RC | 0 | 2 | 0 LB<br>0 KG | 2,435 |
| 2 | CP4845VL<br>RETURNABLE LID<br>P.O. #: | EA | RC | 0 | 2 | 0 LB<br>0 KG | 2,410 |

 **SHIPPER**

STAMPING & DIE COMPANY

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 2 of 2

**ASN/SID#: 059042**

**DATE:** 4/27/2009

**Comments:**    4 TOTAL CONTAINERS

| | | | |
|---|---|---|---|
| **Gross:** | 1,877 | LB | 852 KG |
| **Tare:** | 292 | LB | 132 KG |
| **Net:** | 1,585 | LB | 719 KG |
| **Pallets:** | 4 | | |
| **CTNS:** | 70 | | |

INVOICE PAGE
ASN/SID# 059043    1
DATE
04/27/09



**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 4025

#4025 DCX STERLING HGTS ASSY
38111 VAN DYKE AVE
STERLING HEIGHTS, MI US 48312

DOCK: SM

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 59043 | 059043 | 04/27/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 490 | DELUXE S # 05155621AB<br>05155621AB<br>BRACKET WASHER RESERVOIR<br>P.O.-#: O7127022Q | EA | 2.75510000 | 1,350.00 |
| 7 | DELUXE S # 0CC00050<br>0CC00050<br>RETURNABLE CONTAINER | EA | .00000000 | .00 |

COMMENTS: 7 TOTAL CONTAINERS

RELEASE:    023264200904270950

| | |
|---|---|
| SALES AMOUNT | 1,350.00 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 1,350.00 |



# UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable

Shipper's No. 59043

LGSI: LOGISTICS INSIGHT
(Name of Carrier)
RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No. 73 5208 88

AT:STERLING HTS.   MI   USA   48312   ON: 4/27/2009
FROM:Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee – For purposes of notification only.)

CONSIGNED TO:00143 LOGISTICS INSIGHT PLANTS: 04025
            LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI  48210   (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)
Route
Delivering Carrier _____   Car or Vehicle Initials _____   No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 7 CTNS | | AUTO PARTS NOI CC50 RETURNABLE BIN ITEM: 0CC00050 | 1148 | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| 6 CTNS | | AUTO PARTS NOIBN RETURNABLE METAL TUB ITEM: 0CS07582 | 7104 | | |
| 13 | | | | | Per _____ (Signature of Consignor.) |

Destination      pallets ctns Net_wt Tare_wt Gross_wt

#4025 DCX STERLING HGTS ASSY   (059043)   DK: SM
                0    7    728    420    1148
#4025 DCX STERLING HGTS ASSY   (059044)   DK: WD
                0    6    2376   4728   7104

Packing slips # 059043 059044

        PACKING SLIP 059043 ATTACHED
        SUPPLIER CODE:  30811

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____
to apply in prepayment of the charges on the property described hereon.

COLLECT

_____
(Agent or Cashier )

Per _____
(This signature here acknowledges only the amounts prepaid.)

Charges Advanced:

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____   TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI   USA   48312

Shipper, Per _____      Agent, Per _____

**SHIPPER**



**STAMPING & DIE COMPANY**

6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 059043**

**DATE:** 4/27/2009

**Ship To:** 4025

#4025 DCX STERLING HGTS ASSY

38111 VAN DYKE AVE
STERLING HEIGHTS, MI US 48312

**Dock:**  SM

**Sold To:**     DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 59043 | 04025 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 490 | 05155621AB<br>BRACKET WASHER RESERVOIR<br>P.O. #: O7127022Q | EA | SKD71<br>0CC00050 | 70 | 7 | 728<br>330 | LB<br>KG | 68,913 |
| 7 | 0CC00050<br>RETURNABLE CONTAINER<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 961 |

**Comments:**    7 TOTAL CONTAINERS

| | | | | |
|---|---|---|---|---|
| **Gross:** | 1,148 | LB | 521 | KG |
| **Tare:** | 420 | LB | 191 | KG |
| **Net:** | 728 | LB | 330 | KG |
| **Pallets:** | 0 | | | |
| **CTNS:** | 7 | | | |

# Deluxe
### STAMPING & DIE COMPANY

INVOICE PAGE
ASN/SID# 059044    1
DATE
04/27/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 4025

#4025 DCX STERLING HGTS ASSY
38111 VAN DYKE AVE
STERLING HEIGHTS, MI US 48312

DOCK: WD

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 59043 | 059044 | 04/27/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 99 | DELUXE S # 04389722AE<br>04389722AE<br>TENSION STRUT ASSY/LOWER<br>P.O.-#: O7127100AB | EA | 15.33150000 | 1,517.82 |
| 99 | DELUXE S # 04389723AE<br>04389723AE<br>TENSION STRUT ASSY/UPPER<br>P.O.-#: O7127100AB | EA | 15.33150000 | 1,517.82 |
| 6 | DELUXE S # 0CS07582<br>0CS07582<br>CS-125 W/DUNNAGE FOR 27C<br>RETURNABLE CONTAINER | EA | .00000000 | .00 |

COMMENTS: 6 TOTAL CONTAINERS

RELEASE:  023264200904270950

| | |
|---|---|
| SALES AMOUNT | 3,035.64 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 3,035.64 |



# UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable

LGSI: LOGISTICS INSIGHT

Shipper's No.    59043

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

(Name of Carrier)

Carrier's No.   73 520388

AT:STERLING HTS.   MI  USA   48312          ON: 4/27/2009

FROM:Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO:00143 LOGISTICS INSIGHT PLANTS: 04025
              LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.

(Mail or street address of consignee – For purposes of notification only.)

DESTINATION : DETROIT, MI   48210          (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route

Delivering Carrier _____  Car or Vehicle Initials _____  No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 7 CTNS | | AUTO PARTS NOI<br>CC50 RETURNABLE BIN<br>ITEM: 0CC00050 | 1148 | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br>The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| 6 CTNS | | AUTO PARTS NOIBN<br>RETURNABLE METAL TUB<br>ITEM: 0CS07582 | 7104 | | |
| _13_ | | | | | Per _____<br>(Signature of Consignor.) |

Destination    pallets ctns Net_wt Tare_wt Gross_wt

#4025 DCX STERLING HGTS ASSY  (059043)   DK: SM
                   0   7   728   420   1148
#4025 DCX STERLING HGTS ASSY  (059044)   DK: WD
                   0   6  2376  4728   7104

Packing slips # 059043 059044

     PACKING SLIP 059043 ATTACHED
     SUPPLIER CODE:  30811

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____
to apply in prepayment of the charges on the property described hereon.

COLLECT

(Agent or Cashier.)

Per _____
(This signature here acknowledges only the amounts prepaid.)

Charges Advanced:

$ _____

SIGNATURE

TITLE

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

†Shipper's imprint in lieu of stamp: not a part of Bill of Lading approved by the Interstate Commerce Commission.

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property shall state whether it is "carrier's or shipper's weight."

The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI  USA   48312

Permanent post office address of shipper

Shipper, Per _____        Agent, Per _____

# Deluxe
### STAMPING & DIE COMPANY

**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 059044**

**DATE:** 4/27/2009

**Ship To:** 4025

#4025 DCX STERLING HGTS ASSY

38111 VAN DYKE AVE
STERLING HEIGHTS, MI US 48312

**Dock:** WD

**Sold To:** DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 59043 | 04025 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | CUM-Ship |
|---|---|---|---|---|---|---|---|
| 99 | 04389722AE<br>TENSION STRUT ASSY/LOWER<br>P.O. #: O7127100AB | EA | SKD71<br>0CS07582 | 33 | 3 | 1,188 LB<br>539 KG | 5,453 |
| 99 | 04389723AE<br>TENSION STRUT ASSY/UPPER<br>P.O. #: O7127100AB | EA | SKD71<br>0CS07582 | 33 | 3 | 1,188 LB<br>539 KG | 5,387 |
| 6 | 0CS07582<br>CS-125 W/DUNNAGE FOR 27C<br>P.O. #: | EA | RC | 1 | 0 | 0 LB<br>0 KG | 318 |

**Comments:** 6 TOTAL CONTAINERS

| | | | |
|---|---|---|---|
| **Gross:** | 7,104 | LB | 3,222 KG |
| **Tare:** | 4,728 | LB | 2,145 KG |
| **Net:** | 2,376 | LB | 1,078 KG |
| **Pallets:** | 0 | | |
| **CTNS:** | 6 | | |



## STAMPING & DIE COMPANY

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 402E

#4025(E) DCX SHAP C/O ANDROID
27767 GEORGE MERELLI DRIVE
WARREN, MI US 48092

DOCK: AN

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 59045 | 059045 | 04/27/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 1200 | DELUXE S # 04721059AC<br>04721059AC<br>BRACKET<br>P.O.-#: O4129099AJ | EA | .81480000 | 977.76 |
| 12 | DELUXE S # CT121507<br>CT121507<br>RETURNABLE TOTE | EA | .00000000 | .00 |

COMMENTS:

RELEASE:  023265200904270950

| | |
|---|---|
| SALES AMOUNT | 977.76 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 977.76 |



# UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable

LGSI: LOGISTICS INSIGHT

Shipper's No.  59045

**(Name of Carrier)**
RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No.  73-52038

AT:STERLING HTS.   MI   USA   48312          ON: 4/27/2009
FROM:Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee – For purposes of notification only.)

CONSIGNED TO:00143 LOGISTICS INSIGHT PLANTS: 04025E
          LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI   48210          (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____  Car or Vehicle Initials _____  No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 1 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | 12 CONTAINERS: | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | AUTO PARTS NOIBN | 370 | | |
| | | CT121507 TOTES ON PALLET(S) | | | |
| | | ITEM: CT121507 | | | |
| | | | | | Per _____ (Signature of Consignor.) |
| | | Destination      pallets ctns Net_wt Tare_wt Gross_wt | | | |
| | | #4025(E) DCX SHAP C/O ANDROID (059045)   DK: AN | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | 1   12   306   64   370 | | | |
| | | Packing slips # 059045 | | | |
| | | PACKING SLIP 059045 ATTACHED | | | |
| | | SUPPLIER CODE:  30811 | | | Received $_____ to apply in prepayment of the charges on the property described hereon. |

COLLECT

_____
(Agent or Cashier.)

Per _____
(This signature here acknowledges only the amounts prepaid.)

Charges Advanced:

$_____



SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____          TITLE _____

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI   USA   48312

Shipper, Per _____          Agent, Per _____

 **SHIPPER**


STAMPING & DIE COMPANY

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 059045**

**DATE:** 4/27/2009

**Ship To:** 402E

#4025(E) DCX SHAP C/O ANDROID

27767 GEORGE MERELLI DRIVE

WARREN, MI US 48092

**Dock:** AN

**Sold To:** DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 59045 | 04025E | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 1,200 | 04721059AC BRACKET P.O. #: O4129099AJ | EA | CTN71 CT121507 | 100 | 12 | 306 139 | LB KG | 63,233 |
| 12 | CT121507 RETURNABLE TOTE P.O. #: | EA | RC | 0 | 0 | 0 0 | LB KG | 588 |

**Comments:**

| | | | |
|---|---|---|---|
| **Gross:** | 370 | LB | 168 KG |
| **Tare:** | 64 | LB | 29 KG |
| **Net:** | 306 | LB | 139 KG |
| **Pallets:** | 1 | | |
| **CTNS:** | 12 | | |



**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

INVOICE PAGE
ASN/SID# 059046    1
DATE
04/27/09

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 4087

#4087(G) ST.LOUIS ASSY II NRTH
LINC 2219 HITZERT COURT
FENTON, MO US 63026

DOCK: LN

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 59046 | 059046 | 04/27/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 312 | DELUXE S # 52010138AG<br>52010138AG<br>SHIELD SPLASH ROTOR RT<br>P.O.-#: O3132030V | EA | 1.21210000 | 378.18 |
| 468 | DELUXE S # 52010139AG<br>52010139AG<br>SHIELD SPLASH ROTOR LT<br>P.O.-#: O3132032V | EA | 1.21210000 | 567.26 |
| 30 | DELUXE S # CT241505<br>CT241505<br>RETURNABLE TOTE | EA | .00000000 | .00 |

COMMENTS: 2 TOTAL CONTAINERS

RELEASE:  023266200904270950

| | |
|---|---|
| SALES AMOUNT | 945.44 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 945.44 |



**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable**

59046

LGSI: LOGISTICS INSIGHT

Shipper's No. _____

(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No. 73-520388

AT: STERLING HTS.   MI USA   48312          ON: 4/27/2009
FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 04087G   (Mail or street address of consignee – For purposes of notification only )
                  LINC CROSSDOCK – DETROIT 3685 CENTRAL AVE.   C
DESTINATION : DETROIT, MI  48210          (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

**Route** _____

**Delivering Carrier** _____ | **Car or Vehicle Initials** _____ | **No.** _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 2 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | 30 CONTAINERS: | | | |
| | | AUTO PARTS NOIBN | 866 | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | CT241505 TOTES ON PALLET(S) | | | |
| | | ITEM: CT241505 | | | |
| | | | | | Per _____ |
| | | | | | (Signature of Consignor.) |
| | | Destination    pallets ctns Net_wt Tare_wt Gross_wt | | | |
| | | #4087(G) ST.LOUIS ASSY II NRTH(059046)  DK: LN | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | 2   30   725   140   865 | | | |
| | | Packing slips # 059046 | | | |
| | | PACKING SLIP 059046 ATTACHED | | | |
| | | SUPPLIER CODE:  30811 | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |
| | | | | | COLLECT |
| | | | | | _____ (Agent or Cashier.) |
| | | | | | Per _____ (This signature here acknowledges only the amounts prepaid.) |

Charges Advanced:

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____          TITLE _____

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.  MI USA  48312          Shipper, Per _____          Agent, Per _____

**SHIPPER**



6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 059046**

**DATE:** 4/27/2009

Ship To: 4087

#4087(G) ST.LOUIS ASSY II NRTH

LINC 2219 HITZERT COURT

FENTON, MO US 63026

Dock: LN

Sold To:    DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 59046 | 04087G | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | CUM-Ship |
|---|---|---|---|---|---|---|---|
| 312 | 52010138AG<br>SHIELD SPLASH ROTOR RT<br>P.O. #: O3132030V | EA | CTN71<br>CT241505 | 26 | 12 | 290 LB<br>132 KG | 32,416 |
| 468 | 52010139AG<br>SHIELD SPLASH ROTOR LT<br>P.O. #: O3132032V | EA | CTN71<br>CT241505 | 26 | 18 | 435 LB<br>197 KG | 32,430 |
| 30 | CT241505<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 1 | 0 | 0 LB<br>0 KG | 35,576 |

Comments:    2 TOTAL CONTAINERS

| | | | |
|---|---|---|---|
| **Gross:** | 865 | LB | 393 KG |
| **Tare:** | 140 | LB | 64 KG |
| **Net:** | 725 | LB | 329 KG |
| **Pallets:** | 2 | | |
| **CTNS:** | 30 | | |



**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

INVOICE PAGE
ASN/SID# 059047   1
DATE
04/27/09

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 8068

#8068 CHRYS DE VENEZUELA LL
AV PANCHO PEPE CROQUER
VALENCIA
CARABOBO, VE 48192
DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 59047 | 059047 | 04/27/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 36 | DELUXE S # 52089363AC<br>52089363AC<br>REAR TOW HOOK ASSY<br>P.O.-#: O5137091Q | EA | 16.56420000 | 596.31 |
| | PKG CHG | | | 23.61 |
| 120 | DELUXE S # 05115548AA<br>05115548AA<br>REINF RR SEAT BELT<br>P.O.-#: O6127032R | EA | 1.43140000 | 171.77 |
| | PKG CHG | | | 22.81 |
| 12 | DELUXE S # EXP0121507<br>EXP0121507<br>EXPENDABLE CARTON | EA | .00000000 | .00 |
| 1 | DELUXE S # EXP0323028<br>EXP0323028<br>EXPENDABLE SKID BOX | EA | .00000000 | .00 |

COMMENTS: 2 TOTAL CONTAINERS

RELEASE:   023267200904270950

| | |
|---|---|
| SALES AMOUNT | 814.50 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 814.50 |



# UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable

59047

LGSI: LOGISTICS INSIGHT

**(Name of Carrier)**

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

Shipper's No. _____

Carrier's No. 72 73-5203

AT:STERLING HTS.   MI USA 48312   ON: 4/27/2009
FROM:Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO:00143 LOGISTICS INSIGHT PLANTS: 08068      (Mail or street address of consignee – For purposes of notification only.)
          LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI   48210      (* To be filled in only where shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____ Car or Vehicle Initials _____ No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 2 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br>The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | 12 CONTAINERS: | | | |
| | | AUTO PARTS NOIBN | 257 | | |
| | | EXP0121507 CTN ON PALLET(S) | | | |
| | | ITEM: EXP0121507 | | | |
| | | | | | |
| | | 1 CONTAINERS: | | | |
| | | AUTO PARTS NOIBN | 262 | | Per _____ |
| | | EXP0323028 EXP. SKID BOX | | | (Signature of Consignor.) |
| | | ITEM: EXP0323028 | | | |

Destination      pallets ctns Net_wt Tare_wt Gross_wt

#8068 CHRYS DE VENEZUELA LL   (059047)   DK:
                    1   13   437   82   519

Packing slips # 059047

        PACKING SLIP 059047 ATTACHED
        SUPPLIER CODE:  30811

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____
to apply in prepayment of the charges on the property described hereon.

COLLECT
_____
(Agent or Cashier)

Per _____
(This signature here acknowledges only the amounts prepaid.)

Charges Advanced:

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____ TITLE _____

\* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI USA   48312

Shipper, Per _____          Agent, Per _____



**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 059047**

**DATE:** 27/4/2009

**Ship To: 8068**

#8068 CHRYS DE VENEZUELA LL

AV PANCHO PEPE CROQUER
VALENCIA
CARABOBO, VE 48192

**Sold To:** DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

**Dock:**

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 59047 | 08068 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 36 | 52089363AC REAR TOW HOOK ASSY P.O. #: O5137091Q | EA | CTN71 EXP0121507 | 3 | 12 | 245 111 | LB KG | 4,045 |
| 120 | 05115548AA REINF RR SEAT BELT P.O. #: O6127032R | EA | SKD71 EXP0323028 | 120 | 1 | 192 87 | LB KG | 4,200 |
| 12 | EXP0121507 EXPENDABLE CARTON P.O. #: | EA | RC | 1 | 0 | 0 0 | LB KG | 6,158 |
| 1 | EXP0323028 EXPENDABLE SKID BOX P.O. #: | EA | RC | 1 | 0 | 0 0 | LB KG | 289 |

**Comments:** 2 TOTAL CONTAINERS

| | | | |
|---|---|---|---|
| **Gross:** | 519 | LB | 235 KG |
| **Tare:** | 82 | LB | 37 KG |
| **Net:** | 437 | LB | 198 KG |
| **Pallets:** | 1 | | |
| **CTNS:** | 13 | | |



**STAMPING & DIE COMPANY**

INVOICE PAGE
ASN/SID# 059048    1
DATE
04/27/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 8072

#8072 AUTOMOBILPRODUKTION CHRY
C/O 04526 TDS EUROSTAR MATL CR
20495 PENNSYLVANIA RD
BROWNSTOWN, USA 48192
DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 59048 | 059048 | 04/27/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 1440 | DELUXE S # 55116622AB<br>55116622AB<br>BRACKET-INSTRUMENT<br>P.O.-#: O5135102P<br>PKG CHG | EA | .18780000 | 270.43<br><br><br><br>104.98 |
| 12 | DELUXE S # EXP0121507<br>EXP0121507<br>EXPENDABLE CARTON | EA | .00000000 | .00 |

COMMENTS:

RELEASE:  023268200904270950

| | |
|---|---|
| SALES AMOUNT | 375.41 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 375.41 |



## UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable

LGSI: LOGISTICS INSIGHT
(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

AT: STERLING HTS.   MI  USA  48312     ON: 4/27/2009
FROM: Deluxe Stamping & Die Co.

Shipper's No.     59048

Carrier's No.   73-5203

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee – For purposes of notification only.)

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 08072
            LINC CROSSDOCK – DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI  48210

(* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____   Car or Vehicle Initials _____   No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 1 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | 12 CONTAINERS: | | | |
| | | AUTO PARTS NOIBN | 295 | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | EXP0121507 CTN ON PALLET(S) | | | |
| | | ITEM: EXP0121507 | | | |
| | | | | | Per _____ |
| | | Destination   pallets ctns Net_wt Tare_wt Gross_wt | | | (Signature of Consignor.) |
| | | #8072 AUTOMOBILPRODUKTION CHRY(059048)   DK: | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | 1   12   230   64   294 | | | |
| | | Packing slips # 059048 | | | |
| | | PACKING SLIP 059048 ATTACHED | | | Received $_____ to apply in prepayment of the charges on the property described hereon. |
| | | SUPPLIER CODE:  30811 | | | |

COLLECT
_____
(Agent or Cashier)

Per _____
(This signature here acknowledges only the amounts prepaid.)

Charges Advanced:

$_____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____   TITLE _____

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI  USA  48312

Shipper, Per _____        Agent, Per _____

**SHIPPER**



6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 059048**

**DATE:** 4/27/2009

Ship To:  8072

#8072 AUTOMOBILPRODUKTION CHRY

C/O 04526 TDS EUROSTAR MATL CR
20495 PENNSYLVANIA RD
BROWNSTOWN,  USA 48192

Dock:

Sold To:     DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 59048 | 08072 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 1,440 | 55116622AB BRACKET-INSTRUMENT P.O. #: O5135102P | EA | CTN71 EXP0121507 | 120 | 12 | 230 105 | LB KG | 7,406 |
| 12 | EXP0121507 EXPENDABLE CARTON P.O. #: | EA | RC | 0 | 0 | 0 0 | LB KG | 612 |

Comments:

| | | | |
|---|---|---|---|
| Gross: | 294 | LB | 134 KG |
| Tare: | 64 | LB | 29 KG |
| Net: | 230 | LB | 105 KG |
| Pallets: | 1 | | |
| CTNS: | 12 | | |

INVOICE PAGE
ASN/SID# 059050    2
DATE
04/27/09



**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01                          SHIP TO: 401B

CHRYSLER COMPANY, LLC                   #4015(E) BELVIDERE ASSY PLT
P.O. BOX 537927                         SEQUENCE CENTER
LIVONIA, MI US 48153                    3142 W. CHRYSLER DRIVE
                                        BELVIDERE, IL US 61008
                                        DOCK: MC

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 59050 | 059050 | 04/27/09 | TVMC: TVM TRANS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 69 | DELUXE S # 0000CC30<br>0000CC30<br>RETURNABLE CONTAINER | EA | .00000000 | .00 |
| 120 | DELUXE S # CT241507<br>CT241507<br>RETURNABLE TOTE | EA | .00000000 | .00 |
| 192 | DELUXE S # CT121507<br>CT121507<br>RETURNABLE TOTE | EA | .00000000 | .00 |
| 5 | DELUXE S # CP4845SP<br>CP4845SP<br>RETURNABLE PALLET | EA | .00000000 | .00 |
| 5 | DELUXE S # CP4845VL<br>CP4845VL<br>RETURNABLE LID | EA | .00000000 | .00 |

COMMENTS: 78 TOTAL CONTAINERS            SALES AMOUNT        14,503.90
          SEAL NO 132432
                                         MISC CHARGES             .00
RELEASE:  023271200904271157                  FREIGHT             .00

                                         INVOICE AMOUNT      14,503.90

INVOICE PAGE
ASN/SID# 059050    1
DATE
04/27/09

# Deluxe
## STAMPING & DIE COMPANY

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01                        SHIP TO: 401B

CHRYSLER COMPANY, LLC                 #4015(E) BELVIDERE ASSY PLT
P.O. BOX 537927                       SEQUENCE CENTER
LIVONIA, MI US 48153                  3142 W. CHRYSLER DRIVE
                                      BELVIDERE, IL US 61008
                                      DOCK: MC

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 59050 | 059050 | 04/27/09 | TVMC: TVM TRANS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 2880 | DELUXE S # 05115210AB<br>05115210AB<br>PLATE SIDE SILL RT<br>P.O.-#: O6127191T | EA | .69000000 | 1,987.20 |
| 1920 | DELUXE S # 05115211AB<br>05115211AB<br>PLTE SIDE SILL LT<br>P.O.-#: O6127191T | EA | .69000000 | 1,324.80 |
| 2400 | DELUXE S # 05115444AA<br>05115444AA<br>EXTEN FRT SIDE RAIL RR RT<br>P.O.-#: O6127163N | EA | .89130000 | 2,139.12 |
| 2400 | DELUXE S # 05115445AA<br>05115445AA<br>EXTEN FRT SIDE RAIL RR LT<br>P.O.-#: O6127164N | EA | .89130000 | 2,139.12 |
| 4830 | DELUXE S # 05115548AA<br>05115548AA<br>REINF RR SEAT BELT<br>P.O.-#: O6127032R | EA | 1.43140000 | 6,913.66 |

COMMENTS: 78 TOTAL CONTAINERS
          SEAL NO 132432

RELEASE:  023271200904271157



# UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable

TVMC: TVM TRANSPORT

**(Name of Carrier)**

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

**Shipper's No.** 59050

**Carrier's No.** 171588 ✓

AT: STERLING HTS.   MI  USA  48312

ON: 4/27/2009

FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee – For purposes of notification only.)

CONSIGNED TO: #4015(E) BELVIDERE ASSY PLT
    SEQUENCE CENTER 3142 W. CHRYSLER D

DESTINATION : BELVIDERE, IL US 61008

(* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

**Delivering Carrier** _____   **Car or Vehicle Initials** _____   **No.** _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 78 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | 120 CONTAINERS: | | | |
| | | AUTO PARTS NOIBN | 3408 | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | CT241507 TOTES ON PALLET(S) | | | |
| | | ITEM: CT241507 | | | |
| | | 192 CONTAINERS: | | | |
| | | AUTO PARTS NOIBN | 5232 | | Per _____ |
| | | CT121507 TOTES ON PALLET(S) | | | (Signature of Consignor.) |
| | | ITEM: CT121507 | | | |
| | | 69 CONTAINERS: | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | AUTO PARTS NOI | 10833 | | |
| | | CC30 BLUE PLASTIC BIN | | | |
| | | ITEM: 0000CC30 | | | |
| | | 5 CONTAINERS: | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |
| | | AUTO PARTS NOI | | | |
| | | CPSP RETURNABLE PALLET | | | |
| | | ITEM: CP4845SP | | | COLLECT |
| | | 5 CONTAINERS: | | | (Agent or Cashier) |
| | | AUTO PARTS NOI | 360 | | |
| | | CPVL RETURNABLE LID | | | |
| | | ITEM: CP4845VL | | | |
| | | | | | Per _____ |
| | | Net wt    Tare    Gross wt | | | (This signature here acknowledges only the amounts prepaid.) |
| | | TOTAL:   15744    4089    19833 | | | |
| | | | | | Charges Advanced: |
| | | | | | $ _____ |

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____   TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per _____

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI  USA  48312

TRK#44283

**Shipper, Per** _____   **Agent, Per** _____

**SHIPPER**



**Deluxe**
STAMPING & DIE COMPANY

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 2

**ASN/SID#: 059050**

**DATE:** 4/27/2009

Ship To: 401B

#4015(E) BELVIDERE ASSY PLT

SEQUENCE CENTER
3142 W. CHRYSLER DRIVE
BELVIDERE, IL US 61008

Sold To:    DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

Dock:   MC

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 59050 | 04015E | 0 | M | TVMC | | | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 2,880 | 05115210AB<br>PLATE SIDE SILL RT<br>P.O. #: O6127191T | EA | CTN71<br>CT241507 | 40 | 72 | 1,901<br>862 | LB<br>KG | 133,490 |
| 1,920 | 05115211AB<br>PLTE SIDE SILL LT<br>P.O. #: O6127191T | EA | CTN71<br>CT241507 | 40 | 48 | 1,267<br>575 | LB<br>KG | 132,530 |
| 2,400 | 05115444AA<br>EXTEN FRT SIDE RAIL RR RT<br>P.O. #: O6127163N | EA | CTN71<br>CT121507 | 25 | 96 | 2,424<br>1,100 | LB<br>KG | 132,252 |
| 2,400 | 05115445AA<br>EXTEN FRT SIDE RAIL RR LT<br>P.O. #: O6127164N | EA | CTN71<br>CT121507 | 25 | 96 | 2,424<br>1,100 | LB<br>KG | 132,230 |
| 4,830 | 05115548AA<br>REINF RR SEAT BELT<br>P.O. #: O6127032R | EA | SKD71<br>0000CC30 | 70 | 69 | 7,728<br>3,505 | LB<br>KG | 265,260 |
| 69 | 0000CC30<br>RETURNABLE CONTAINER<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 3,660 |
| 120 | CT241507<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 1 | 0 | 0<br>0 | LB<br>KG | 6,564 |
| 192 | CT121507<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 1 | 0 | 0<br>0 | LB<br>KG | 9,948 |

**SHIPPER**



6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

STAMPING & DIE COMPANY

Page 2 of 2

**ASN/SID#: 059050**

**DATE:** 4/27/2009

**Ship To:** 401B

#4015(E) BELVIDERE ASSY PLT

SEQUENCE CENTER
3142 W. CHRYSLER DRIVE
BELVIDERE, IL US 61008

**Dock:** MC

**Sold To:** DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 59050 | 04015E | 0 | M | TVMC | | | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 5 | CP4845SP RETURNABLE PALLET P.O. #: | EA | RC | 0 | 5 | 0 | LB | 2,354 |
| | | | | | | 0 | KG | |
| 5 | CP4845VL RETURNABLE LID P.O. #: | EA | RC | 0 | 5 | 0 | LB | 2,350 |
| | | | | | | 0 | KG | |

**Comments:** 78 TOTAL CONTAINERS
SEAL NO 132432

| | | | | |
|---|---|---|---|---|
| **Gross:** | 19,833 | LB | 8,996 | KG |
| **Tare:** | 4,089 | LB | 1,855 | KG |
| **Net:** | 15,744 | LB | 7,141 | KG |
| **Pallets:** | 9 | | | |
| **CTNS:** | 391 | | | |



**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX03

CHRYSLER LLC SERVICE OPER.
P.O. BOX 537940
LIVONIA, MI US 48153

SHIP TO: 3110

#3110 CENTERLINE PARTS DEPOT
26311 LAWRENCE AVENUE
CENTERLINE, MI US 48015

DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 59057 | 059057 | 04/28/09 | UPAC: U.P.S. | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 15 | DELUXE S # 55077567AA<br>55077567AA<br>BRACKET FASCIA<br>P.O.-#: O4132625I | EA | .65500000 | 9.83 |
| 23 | DELUXE S # 55366749AA<br>55366749AA<br>BRACKET ASSY<br>P.O.-#: O5132202I | EA | .30730000 | 7.07 |
| 7 | DELUXE S # 00000EXP<br>00000EXP<br>EXPENDABLE CONTAINERS | EA | .00000000 | .00 |

COMMENTS: 7 TOTAL CARTONS

RELEASE:  023277200904281336

| | |
|---|---|
| SALES AMOUNT | 99.26 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 99.26 |

**Deluxe**

STAMPING & DIE COMPANY

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX03

CHRYSLER LLC SERVICE OPER.
P.O. BOX 537940
LIVONIA, MI US 48153

SHIP TO: 3110

#3110 CENTERLINE PARTS DEPOT
26311 LAWRENCE AVENUE
CENTERLINE, MI US 48015

DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 59057 | 059057 | 04/28/09 | UPAC: U.P.S. | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 6 | DELUXE S # 52010138AG<br>52010138AG<br>SHIELD SPLASH ROTOR RT<br>P.O.-#: O3132030V<br>PKG CHG | EA | 1.21210000 | 7.27<br><br><br>.53 |
| 47 | DELUXE S # 52010139AG<br>52010139AG<br>SHIELD SPLASH ROTOR LT<br>P.O.-#: O3132032V<br>PKG CHG | EA | 1.21210000 | 56.97<br><br><br>4.18 |
| 2 | DELUXE S # 52090399AC<br>52090399AC<br>BRKT-T/HOOK<br>P.O.-#: O5137092S<br>PKG CHG | EA | 3.10440000 | 6.21<br><br><br>1.70 |
| 17 | DELUXE S # 52110310AB<br>52110310AB<br>BRACKET SHIFT CABLE MTG<br>P.O.-#: O4132660N<br>PKG CHG | EA | .30110000 | 5.12<br><br><br>.38 |

COMMENTS: 7 TOTAL CARTONS

RELEASE:   023277200904281336



**Deluxe**
STAMPING & DIE COMPANY

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 2

**ASN/SID#: 059057**

**DATE:** 4/28/2009

| Ship To: 3110 | Sold To: DCX03 |
|---|---|
| #3110 CENTERLINE PARTS DEPOT | CHRYSLER LLC SERVICE OPER. |
| 26311 LAWRENCE AVENUE | P.O. BOX 537940 |
| CENTERLINE, MI US 48015 | LIVONIA, MI US 48153 |

Dock:

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 59057 | 03110 | 0 | PD | UPAC | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 6 | 52010138AG SHIELD SPLASH ROTOR RT P.O. #: O3132030V | EA | CTN71 00000EXP | 1 | 1 | 6 3 | LB KG | 188 |
| 47 | 52010139AG SHIELD SPLASH ROTOR LT P.O. #: O3132032V | EA | CTN71 00000EXP | 1 | 2 | 44 20 | LB KG | 284 |
| 2 | 52090399AC BRKT-T/HOOK P.O. #: O5137092S | EA | CTN71 00000EXP | 1 | 1 | 3 1 | LB KG | 46 |
| 17 | 52110310AB BRACKET SHIFT CABLE MTG P.O. #: O4132660N | EA | CTN71 00000EXP | 1 | 1 | 4 2 | LB KG | 34 |
| 15 | 55077567AA BRACKET FASCIA P.O. #: O41326251 | EA | CTN71 00000EXP | 1 | 1 | 13 6 | LB KG | 630 |
| 23 | 55366749AA BRACKET ASSY P.O. #: O51322021 | EA | CTN71 00000EXP | 1 | 1 | 6 3 | LB KG | 735 |
| 7 | 00000EXP EXPENDABLE CONTAINERS P.O. #: | EA | RC | 0 | 0 | 0 0 | LB KG | 1,190 |



6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 2 of 2

**ASN/SID#: 059057**

**DATE:** 4/28/2009

---

**Comments:**   7 TOTAL CARTONS

| | | |
|---|---|---|
| **Gross:** | 89  LB | 40 KG |
| **Tare:** | 14  LB | 6 KG |
| **Net:** | 75  LB | 34 KG |
| **Pallets:** | 0 | |
| **CTNS:** | 7 | |



**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

INVOICE PAGE
ASN/SID# 059058    1
DATE
04/28/09

SOLD TO: DCX03

CHRYSLER LLC SERVICE OPER.
P.O. BOX 537940
LIVONIA, MI US 48153

SHIP TO: 3116

#3116 MARYSVILLE E COATING
840 HURON BLVD.
MARYSVILLE, MI US 48040

DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 59057 | 059058 | 04/28/09 | UPAC: U.P.S. | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 13 | DELUXE S # 04580062AC<br>04580062AC<br>RETAINER BRACKET<br>P.O.-#: O8123056R<br>PKG CHG | EA | .92050000 | 11.97<br><br><br><br>.13 |
| 4 | DELUXE S # 04696879AB<br>04696879AB<br>BRACE ASSY<br>P.O.-#: O51209060 | EA | 1.25870000 | 5.03 |
| 9 | DELUXE S # 55113271AA<br>55113271AA<br>BRKT MODULE MTG UPR<br>P.O.-#: O8135011M<br>PKG CHG | EA | .66330000 | 5.97<br><br><br><br>1.71 |
| 5 | DELUXE S # 55236044AB<br>55236044AB<br>REINFORCEMENT ASSY<br>P.O.-#: O3136351Q | EA | 3.81100000 | 19.06 |
| 4 | DELUXE S # 00000EXP<br>00000EXP<br>EXPENDABLE CONTAINERS | EA | .00000000 | .00 |

COMMENTS: 4 TOTAL CARTONS

RELEASE:  023277200904281336

| | |
|---|---|
| SALES AMOUNT | 43.87 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 43.87 |

**SHIPPER**



6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 059058**

**DATE:** 4/28/2009

Ship To:  3116

#3116 MARYSVILLE E COATING

840 HURON BLVD.

MARYSVILLE, MI US 48040

Dock:

Sold To:     DCX03

CHRYSLER LLC SERVICE OPER.

P.O. BOX 537940

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 59057 | 03116 | 0 | PD | UPAC | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 13 | 04580062AC<br>RETAINER BRACKET<br>P.O. #: O8123056R | EA | CTN71<br>00000EXP | 1 | 1 | 12<br>5 | LB<br>KG | 200 |
| 4 | 04696879AB<br>BRACE ASSY<br>P.O. #: O5120906O | EA | CTN71<br>00000EXP | 1 | 1 | 3<br>1 | LB<br>KG | 26 |
| 9 | 55113271AA<br>BRKT MODULE MTG UPR<br>P.O. #: O8135011M | EA | CTN71<br>00000EXP | 1 | 1 | 7<br>3 | LB<br>KG | 150 |
| 5 | 55236044AB<br>REINFORCEMENT ASSY<br>P.O. #: O3136351Q | EA | CTN71<br>00000EXP | 1 | 1 | 14<br>6 | LB<br>KG | 14 |
| 4 | 00000EXP<br>EXPENDABLE CONTAINERS<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 776 |

**Comments:**   4 TOTAL CARTONS

| | | | |
|---|---|---|---|
| **Gross:** | 41 | LB | 19 KG |
| **Tare:** | 5 | LB | 2 KG |
| **Net:** | 36 | LB | 16 KG |
| **Pallets:** | 0 | | |
| **CTNS:** | 4 | | |

 **UPS**

United States

Welcome, Ann Lawler | Logout  Search          Submit Query

My UPS    **Shipping**    Tracking    Freight    Locations    Support    Business Solutions

**Shipping**

Create a Shipment ▸
View History ▸
Void Shipment ▸
Create a Return ▸
Calculate Time and Cost
**Schedule a Pickup**
Pickup Status
Pickup History ▸
Set Preferences ▸
Pay International Fees
Set UPS Labels, Rates and More ▸
Open a UPS Account in 8 Steps ▸

**Search Support**

**Enter a keyword:**

[Search]

Looking
to switch?

Open an account now

**UPS Internet Shipping**

Ship Smart. Fast. Today.
It's UPS.
Find Dome

## Schedule a Pickup

### Pickup Request Complete

Thank you for choosing UPS. Your pickup request has been
successfully received. Please print this page for future reference.

**Pickup Request Number:**    293411P2QJL

**Pickup Date and Time**

**Your shipment will be ready for UPS to pick up at:**
9:00 AM Tuesday, April 28, 2009
**The latest time at which UPS can pick up your shipment is:**
3:00 PM Tuesday, April 28, 2009

**Pickup Location**

Ann Lawler
Deluxe Stamping & Die Co.
6690 Sterling Drive North
STERLING HEIGHTS, MI 48312
Telephone: 5862649400
Pick Up From: Side Door
E-mail Pickup Notifications To:
jtheisen@delux estamping.com

**Shipment Information**

UPS Ground: 11 Package(s)
**Total Number of Letters/Packages: 11**

**Payment Information for Pickup**

**Payment will be billed to the following Tracking Numbers:**
1Z49037E0393041094
1Z49037E0393526507
1Z49037E0394966110
1Z49037E0393963928
1Z49037E0391603936
1Z49037E0391050140
1Z49037E0392146554
1Z49037E0393017165
1Z49037E0393665974
1Z49037E0391576985
1Z49037E0394314190

**Total Charge for Pickup:**    33.83 USD[1]

[1] Rates may include a fuel surcharge. If you do not have a daily
pickup, air service packages may be billed separately.

**Pickup Options**

Check the status of
this pickup request.

→ Pickup Status

Set preferences, such
as pickup location, for
all future pickup
requests.

→ Set Pickup
Preferences ▸

**Getting Started**

How To Register for My UPS
How To Open a UPS
Account
How To Ship
How To Track
Deliveries and the UPS
InfoNotice

**Subscribe to E-mail**

Subscribe to E-mail
Modify E-mail Preferences
View Examples

**ups.com**

My UPS ▸
Address Book ▸
Shipping
Tracking
Freight
Locations
Support
Business Solutions
Site Guide

UPS Global

**Support**

E-mail UPS
Contact UPS
Privacy Policy
Web Site Terms of Use
Trademarks
UPS Tariff/Terms and Conditions
of Service

**About UPS**

UPS Careers

**Other Sites**

UPS Supply Chain Solutions
UPS Express Critical
UPS Capital
UPS Mail Innovations
UPS Professional Services
UPS Logistics Technologies
UPS Pressroom
UPS Investor Relations
More...

Copyright © 1994-2009 United Parcel Service of America, Inc. All rights reserved.


**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 2452

#2452(N) WARREN TRUCK ASSY PLT
6500 HUBER STREET
DETROIT, MI 48211

DOCK: XL

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 59059 | 059059 | 04/28/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 624 | DELUXE S # 52010138AG<br>52010138AG<br>SHIELD SPLASH ROTOR RT<br>P.O.-#: O3132030V | EA | 1.21210000 | 756.35 |
| 780 | DELUXE S # 52010139AG<br>52010139AG<br>SHIELD SPLASH ROTOR LT<br>P.O.-#: O3132032V | EA | 1.21210000 | 945.44 |
| 156 | DELUXE S # 52855010AD<br>52855010AD<br>SHIELD ASSY SPLASH BRAKE<br>P.O.-#: O5132138S | EA | .82850000 | 129.25 |
| 60 | DELUXE S # CT241505<br>CT241505<br>RETURNABLE TOTE | EA | .00000000 | .00 |
| 2 | DELUXE S # CP4845SP<br>CP4845SP<br>RETURNABLE PALLET | EA | .00000000 | .00 |
| 2 | DELUXE S # CP4845VL<br>CP4845VL<br>RETURNABLE LID | EA | .00000000 | .00 |

COMMENTS: 3 TOTAL CONTAINERS

RELEASE:  023272200904281016

| | |
|---|---|
| SALES AMOUNT | 1,831.04 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 1,831.04 |

**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable**
Pg 40 of 123

A3

LGSI: LOGISTICS INSIGHT                                        Shipper's No.

59059

(Name of Carrier)
RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No.   53-7757 88/

AT:STERLING HTS.   MI USA 48312          ON: 4/28/2009
FROM:Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth in (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO:00143 LOGISTICS INSIGHT PLANTS: 02452N     (Mail or street address of consignee – For purposes of notification only.)
                LINC CROSSDOCK – DETROIT 3685 CENTRAL AVE.                A
DESTINATION : DETROIT, MI  48210                        (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____ Car or Vehicle Initials _____ No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 3 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | 60 CONTAINERS: AUTO PARTS NOIBN CT241505 TOTES ON PALLET(S) ITEM: CT241505 | 1535 | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | 2 CONTAINERS: AUTO PARTS NOI CPSP RETURNABLE PALLET ITEM: CP4845SP | | | Per _____ (Signature of Consignor.) |
| | | 2 CONTAINERS: AUTO PARTS NOI CPVL RETURNABLE LID ITEM: CP4845VL | 120 | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |

Destination      pallets ctns Net_wt Tare_wt Gross_wt

#2452(N) WARREN TRUCK ASSY PLT(059059)   DK: XL
              3   64   1415   240   1655

Packing slips # 059059

        PACKING SLIP 059059 ATTACHED
        SUPPLIER CODE:   30811

Received $ _____
to apply in prepayment of the charges
on the property described hereon.

COLLECT
_____
(Agent or Cashier.)

Per _____
(This signature here acknowledges
only the amounts prepaid.)

53-7759

Charges Advanced:

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____    TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI USA  48312

Shipper, Per _____        Agent, Per _____



**SHIPPER**

Page 1 of 1

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

STAMPING & DIE COMPANY

**ASN/SID#: 059059**

**DATE: 4/28/2009**

Ship To: 2452

#2452(N) WARREN TRUCK ASSY PLT

6500 HUBER STREET

DETROIT, MI 48211

**Dock:** XL

Sold To:    DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 59059 | 02452N | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 624 | 52010138AG<br>SHIELD SPLASH ROTOR RT<br>P.O. #: O3132030V | EA | CTN71<br>CT241505 | 26 | 24 | 580<br>263 | LB<br>KG | 93,323 |
| 780 | 52010139AG<br>SHIELD SPLASH ROTOR LT<br>P.O. #: O3132032V | EA | CTN71<br>CT241505 | 26 | 30 | 725<br>329 | LB<br>KG | 93,479 |
| 156 | 52855010AD<br>SHIELD ASSY SPLASH BRAKE<br>P.O. #: O5132138S | EA | CTN71<br>CT241505 | 26 | 6 | 109<br>50 | LB<br>KG | 10,490 |
| 60 | CT241505<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 7,228 |
| 2 | CP4845SP<br>RETURNABLE PALLET<br>P.O. #: | EA | RC | 0 | 2 | 0<br>0 | LB<br>KG | 2,437 |
| 2 | CP4845VL<br>RETURNABLE LID<br>P.O. #: | EA | RC | 0 | 2 | 0<br>0 | LB<br>KG | 2,412 |

**Comments:**    3 TOTAL CONTAINERS

| | | | |
|---|---|---|---|
| **Gross:** | 1,655 | LB | 751 KG |
| **Tare:** | 240 | LB | 109 KG |
| **Net:** | 1,415 | LB | 642 KG |
| **Pallets:** | 3 | | |
| **CTNS:** | 64 | | |

# Deluxe
## STAMPING & DIE COMPANY

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 4025

#4025 DCX STERLING HGTS ASSY
38111 VAN DYKE AVE
STERLING HEIGHTS, MI US 48312

DOCK: SM

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 59060 | 059060 | 04/28/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 560 | DELUXE S # 05155621AB<br>05155621AB<br>BRACKET WASHER RESERVOIR<br>P.O.-#: O7127022Q | EA | 2.75510000 | 1,542.86 |
| 8 | DELUXE S # 0CC00050<br>0CC00050<br>RETURNABLE CONTAINER | EA | .00000000 | .00 |

COMMENTS: 8 TOTAL CONTAINERS

RELEASE:  023273200904281016

| | |
|---|---|
| SALES AMOUNT | 1,542.86 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 1,542.86 |

**UNIFORM STRAIGHT BILL OF LADING—SHORT FORM—Original Not Negotiable** — Pg 43 of 123



59060

LGSI: LOGISTICS INSIGHT

Shipper's No. _____

(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No. **53-7757-88**

AT:STERLING HTS.   MI  USA  48312       ON: 4/28/2009

FROM:Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth in (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee – For purposes of notification only.)

CONSIGNED TO:00143 LOGISTICS INSIGHT PLANTS: 04025
           LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.

DESTINATION : DETROIT, MI  48210     (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____ **Car or Vehicle Initials** _____ **No.** _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 8 CTNS | | AUTO PARTS NOI CC50 RETURNABLE BIN ITEM: 0CC00050 | 1312 | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| 8 CTNS | | AUTO PARTS NOIBN RETURNABLE METAL TUB ITEM: 0CS07582 | 9472 | | |
| ~16~ | | | | | Per _____ (Signature of Consignor.) |

Destination      pallets ctns Net_wt Tare_wt Gross_wt

#4025 DCX STERLING HGTS ASSY  (059060)   DK: SM
           0   8   832   480
#4025 DCX STERLING HGTS ASSY  (059061)   DK: WD       1312
           0   8  3168  6304
                                               9472

Packing slips # 059060 059061

       PACKING SLIP 059060 ATTACHED
       SUPPLIER CODE:  30811

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____
to apply in prepayment of the charges on the property described hereon.

COLLECT

(Agent or Cashier.)

Per _____

(This signature here acknowledges only the amounts prepaid.)

Charges Advanced:

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____     TITLE _____

†Shipper's imprint in lieu of stamp: not a part of Bill of Lading approved by the Interstate Commerce Commission.

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI  USA  48312

Shipper, Per _____     Agent, Per _____

**SHIPPER**



6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

STAMPING & DIE COMPANY

Page 1 of 1

**ASN/SID#: 059060**

**DATE:** 4/28/2009

**Ship To:** 4025

#4025 DCX STERLING HGTS ASSY

38111 VAN DYKE AVE
STERLING HEIGHTS, MI US 48312

**Dock:** SM

**Sold To:** DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 59060 | 04025 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 560 | 05155621AB<br>BRACKET WASHER RESERVOIR<br>P.O. #: O7127022Q | EA | SKD71<br>0CC00050 | 70 | 8 | 832 LB<br>377 KG | | 69,473 |
| 8 | 0CC00050<br>RETURNABLE CONTAINER<br>P.O. #: | EA | RC | 0 | 0 | 0 LB<br>0 KG | | 969 |

**Comments:** 8 TOTAL CONTAINERS

| | | | |
|---|---|---|---|
| **Gross:** | 1,312 | LB | 595 KG |
| **Tare:** | 480 | LB | 218 KG |
| **Net:** | 832 | LB | 377 KG |
| **Pallets:** | 0 | | |
| **CTNS:** | 8 | | |



**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

INVOICE PAGE
ASN/SID# 059061    1
DATE
04/28/09

```
SOLD TO: DCX01                          SHIP TO: 4025

CHRYSLER COMPANY, LLC                   #4025 DCX STERLING HGTS ASSY
P.O. BOX 537927                         38111 VAN DYKE AVE
LIVONIA, MI US 48153                    STERLING HEIGHTS, MI US 48312

                                        DOCK: WD
```

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 59060 | 059061 | 04/28/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 132 | DELUXE S # 04389722AE<br>04389722AE<br>TENSION STRUT ASSY/LOWER<br>P.O.-#: O7127100AB | EA | 15.33150000 | 2,023.76 |
| 132 | DELUXE S # 04389723AE<br>04389723AE<br>TENSION STRUT ASSY/UPPER<br>P.O.-#: O7127100AB | EA | 15.33150000 | 2,023.76 |
| 8 | DELUXE S # 0CS07582<br>0CS07582<br>CS-125 W/DUNNAGE FOR 27C<br>RETURNABLE CONTAINER | EA | .00000000 | .00 |

```
COMMENTS: 8 TOTAL CONTAINERS            SALES AMOUNT        4,047.52

                                        MISC CHARGES             .00
RELEASE:  023273200904281016               FREIGHT               .00

                                        INVOICE AMOUNT      4,047.52
```

**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable**
SHORT FORM-Original-Not Negotiable

A 35

59060

LGSI: LOGISTICS INSIGHT                     Shipper's No. _____

_____
(Name of Carrier)
RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No. **53-7757** 88

AT: STERLING HTS.   MI  USA  48312      ON: 4/28/2009
FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if this is a motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 04025   (Mail or street address of consignee - For purposes of notification only.)
         LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI 48210                  (* To be filed in only when shipper desires and governing tariffs provide for delivery thereat.

Delivering Carrier _____ **Car or Vehicle Initials** _____ **No.** _____

Route _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 8 CTNS | | AUTO PARTS NOI CC50 RETURNABLE BIN ITEM: 0CC00050 | 1312 | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| 8 CTNS | | AUTO PARTS NOIBN RETURNABLE METAL TUB ITEM: 0CS07582 | 9472 | | |
| 16 | | | | | Per _____ (Signature of Consignor.) |

Destination      pallets ctns Net_wt Tare_wt Gross_wt

#4025 DCX STERLING HGTS ASSY  (059060)   DK: SM
                0    8    832    480    1312
#4025 DCX STERLING HGTS ASSY  (059061)   DK: WD
                0    8    3168   6304   9472

Packing slips # 059060 059061

      PACKING SLIP 059060 ATTACHED
      SUPPLIER CODE:  30811

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____
to apply in prepayment of the charges on the property described hereon.

**COLLECT**

(Agent or Cashier)

Per _____
(This signature here acknowledges only the amounts prepaid.)

Charges Advanced:

$ _____

PPERS CERTIFICATION: This is to certify that the above named materials are perly classified, described, packaged, marked and labeled, and are in proper dition for transportation according to the applicable regulations of the Department of Transportation.

SIGNATURE _____          TITLE _____

he shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
TE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
5690 STERLING DRIVE NORTH
STERLING HTS.   MI  USA  48312
ermanent post office address of shipper

Shipper, Per _____          Agent, Per _____



**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 059061**

**DATE: 4/28/2009**

Ship To:  4025

#4025 DCX STERLING HGTS ASSY

38111 VAN DYKE AVE
STERLING HEIGHTS, MI US 48312

Dock:  WD

Sold To:   DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 59060 | 04025 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 132 | 04389722AE TENSION STRUT ASSY/LOWER P.O. #: O7127100AB | EA | SKD71 0CS07582 | 33 | 4 | 1,584 718 | LB KG | 5,585 |
| 132 | 04389723AE TENSION STRUT ASSY/UPPER P.O. #: O7127100AB | EA | SKD71 0CS07582 | 33 | 4 | 1,584 718 | LB KG | 5,519 |
| 8 | 0CS07582 CS-125 W/DUNNAGE FOR 27C P.O. #: | EA | RC | 1 | 0 | 0 0 | LB KG | 326 |

| Comments: | 8 TOTAL CONTAINERS | | | |
|---|---|---|---|---|
| **Gross:** | 9,472 | LB | 4,296 | KG |
| **Tare:** | 6,304 | LB | 2,859 | KG |
| **Net:** | 3,168 | LB | 1,437 | KG |
| **Pallets:** | 0 | | | |
| **CTNS:** | 8 | | | |

INVOICE PAGE
ASN/SID# 059062    1
DATE
04/28/09



**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 4087

#4087(G) ST.LOUIS ASSY II NRTH
LINC 2219 HITZERT COURT
FENTON, MO US 63026

DOCK: LN

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 59062 | 059062 | 04/28/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 312 | DELUXE S # 52010138AG<br>52010138AG<br>SHIELD SPLASH ROTOR RT<br>P.O.-#: O3132030V | EA | 1.21210000 | 378.18 |
| 312 | DELUXE S # 52010139AG<br>52010139AG<br>SHIELD SPLASH ROTOR LT<br>P.O.-#: O3132032V | EA | 1.21210000 | 378.18 |
| 24 | DELUXE S # CT241505<br>CT241505<br>RETURNABLE TOTE | EA | .00000000 | .00 |

COMMENTS: 2 TOTAL CONTAINERS

RELEASE:  023274200904281016

| | |
|---|---|
| SALES AMOUNT | 756.36 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 756.36 |

**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable**
Part 49 of 123

59062

LGSI: LOGISTICS INSIGHT                                      Shipper's No. _____
(Name of Carrier)
RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No. 53-7757 88

AT:STERLING HTS.    MI  USA   48312          ON: 4/28/2009
FROM:Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth in (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
   Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee – For purposes of notification only.)

CONSIGNED TO:00143 LOGISTICS INSIGHT PLANTS: 04087G   C
           LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI  48210          (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

**Route** _____
Delivering Carrier _____ Car or Vehicle Initials _____  No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 2 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br>   The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | 24 CONTAINERS:<br>AUTO PARTS NOIBN<br>CT241505 TOTES ON PALLET(S)<br>ITEM: CT241505 | 709 | | |
| | | | | | Per _____<br>(Signature of Consignor.) |
| | | Destination    pallets ctns Net_wt Tare_wt Gross_wt | | | |
| | | #4087(G) ST.LOUIS ASSY II NRTH(059062)    DK: LN<br>                2   24    580    128      708 | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | Packing slips # 059062 | | | |
| | | PACKING SLIP 059062 ATTACHED<br>SUPPLIER CODE:   30811 | | | |
| | | | | | Received $ _____<br>to apply in prepayment of the charges on the property described hereon. |
| | | | | | COLLECT<br>_____<br>(Agent or Cashier ) |
| | | | | | Per _____<br>(This signature here acknowledges only the amounts prepaid.) |
| | | | | | Charges Advanced:<br>$ _____ |

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____        TITLE _____

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI  USA   48312

Shipper, Per _____        Agent, Per _____

**SHIPPER**



6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 059062**
**DATE: 4/28/2009**

Ship To: 4087

#4087(G) ST.LOUIS ASSY II NRTH

LINC 2219 HITZERT COURT

FENTON, MO US 63026

Dock:   LN

Sold To:   DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 59062 | 04087G | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 312 | 52010138AG SHIELD SPLASH ROTOR RT P.O. #: O3132030V | EA | CTN71 CT241505 | 26 | 12 | 290 132 | LB KG | 32,728 |
| 312 | 52010139AG SHIELD SPLASH ROTOR LT P.O. #: O3132032V | EA | CTN71 CT241505 | 26 | 12 | 290 132 | LB KG | 32,742 |
| 24 | CT241505 RETURNABLE TOTE P.O. #: | EA | RC | 1 | 0 | 0 0 | LB KG | 35,600 |

| Comments: | 2 TOTAL CONTAINERS |
|---|---|

| Gross: | 708 | LB | 321 KG |
|---|---|---|---|
| Tare: | 128 | LB | 58 KG |
| Net: | 580 | LB | 263 KG |
| Pallets: | 2 | | |
| CTNS: | 24 | | |



**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 8481

#8481 TOLUCA CAR ASSY PLANT
CHRYSLER DE MEXICO S A DE C V
CARR MEX TOL KM 60 5
TOLUCA, MX 50000
DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 59063 | 059063 | 04/28/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 300 | DELUXE S # 05178547AA<br>05178547AA<br>BRKT ASSY RR SIDE RAIL SHIP<br>P.O.-#: O8127027D | EA | .85930000 | 257.79 |
| 240 | DELUXE S # 05178557AB<br>05178557AB<br>REINF ASSY SHIPPING TIE DOWN R<br>P.O.-#: O8127008J | EA | 1.77010000 | 424.82 |
| 3 | DELUXE S # 0000CC30<br>0000CC30<br>RETURNABLE CONTAINER | EA | .00000000 | .00 |
| 12 | DELUXE S # CT121507<br>CT121507<br>RETURNABLE TOTE | EA | .00000000 | .00 |

COMMENTS: 4 TOTAL CONTAINERS

RELEASE:  023275200904281016

| | |
|---|---|
| SALES AMOUNT | 682.61 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 682.61 |

**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable**
Pg 53 of 123



LGSI: LOGISTICS INSIGHT

Shipper's No. _____   59063

(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No. __53 7757__ ✓

AT:STERLING HTS.   MI  USA  48312        ON: 4/28/2009

FROM:Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier means any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO:00143 LOGISTICS INSIGHT PLANTS: 08481   (Mail or street address of consignee – For purposes of notification only.)

LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.

DESTINATION : DETROIT, MI  48210        (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____ Car or Vehicle Initials _____ No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 4 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | 3 CONTAINERS: AUTO PARTS NOI CC30 BLUE PLASTIC BIN ITEM: 0000CC30 | 675 | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | 12 CONTAINERS: AUTO PARTS NOIBN CT121507 TOTES ON PALLET(S) ITEM: CT121507 | 237 | | Per _____ (Signature of Consignor.) |

Destination    pallets ctns Net_wt Tare_wt Gross_wt

If charges are to be prepaid, write or stamp here, "To be Prepaid."

#8481 TOLUCA CAR ASSY PLANT    (059063)   DK:
                    1  15    713    199    912

Packing slips # 059063

Received $ _____
to apply in prepayment of the charges on the property described hereon.

PACKING SLIP 059063 ATTACHED
SUPPLIER CODE:  30811

COLLECT

(Agent or Cashier )

Per _____

(This signature here acknowledges only the amounts prepaid.)

Charges Advanced

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____        TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

**NOTE**—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI  USA  48312

Shipper, Per _____        Agent, Per _____



**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

STAMPING & DIE COMPANY

Page 1 of 1

**ASN/SID#: 059063**
**DATE: 28/4/2009**

Ship To: 8481

#8481 TOLUCA CAR ASSY PLANT

CHRYSLER DE MEXICO S A DE C V
CARR MEX TOL KM 60 5
TOLUCA, MX 50000

Sold To:    DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

Dock:

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 59063 | 08481 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 300 | 05178547AA<br>BRKT ASSY RR SIDE RAIL SHIP<br>P.O. #: O8127027D | EA | SKD71<br>0000CC30 | 100 | 3 | 540<br>245 | LB<br>KG | 73,352 |
| 240 | 05178557AB<br>REINF ASSY SHIPPING TIE DOWN R<br>P.O. #: O8127008J | EA | CTN71<br>CT121507 | 20 | 12 | 173<br>78 | LB<br>KG | 73,012 |
| 3 | 0000CC30<br>RETURNABLE CONTAINER<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 716 |
| 12 | CT121507<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 3,540 |

**Comments:** 4 TOTAL CONTAINERS

| | | | |
|---|---|---|---|
| **Gross:** | 912 | LB | 414 KG |
| **Tare:** | 199 | LB | 90 KG |
| **Net:** | 713 | LB | 323 KG |
| **Pallets:** | 1 | | |
| **CTNS:** | 15 | | |



**STAMPING & DIE COMPANY**

INVOICE PAGE
ASN/SID# 059064   1
DATE
04/28/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 6204

#6204 TWINSBURG STAMPING PLANT
2000 E. AURORA ROAD
TWINSBURG, OH US 44087

DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 59064 | 059064 | 04/28/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 6000 | DELUXE S # 05115419AA<br>05115419AA<br>REINF FRT FLOOR<br>P.O.-#: O6127028J | EA | .29170000 | 1,750.20 |
| 2 | DELUXE S # 0CC00004<br>0CC00004<br>RETURNABLE CONTAINER | EA | .00000000 | .00 |

COMMENTS: 2 TOTAL CONTAINERS

RELEASE:  023276200904281016

| | |
|---|---|
| SALES AMOUNT | 1,750.20 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 1,750.20 |



**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable**

59064

LGSI: LOGISTICS INSIGHT                                    Shipper's No. _____
_____
(Name of Carrier)                                          Carrier's No. 53-7757 ✓
RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

AT: STERLING HTS.    MI  USA   48312              ON: 4/28/2009
FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
   Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

_____ (Mail or street address of consignee – For purposes of notification only.)

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 06204
              LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI   48210      (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____ Car or Vehicle Initials _____ No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 2 | | AUTO PARTS NOI | 2774 | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| CTNS | | CC4 METAL TUB | | | |
| | | ITEM: 0CC00004 | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | | | | |
| | | Destination     pallets ctns Net_wt Tare_wt Gross_wt | | | |
| | | | | | Per _____ (Signature of Consignor.) |
| | | #6204 TWINSBURG STAMPING PLANT(059064)   DK: | | | |
| | | 0    2   1560   1214    2774 | | | |
| | | | | | |
| | | Packing slips # 059064 | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | | | | |
| | | PACKING SLIP 059064 ATTACHED | | | |
| | | SUPPLIER CODE:  30811 | | | |

Received $ _____
to apply in prepayment of the charges on the property described hereon.

COLLECT
_____
(Agent or Cashier )

Per _____
(This signature here acknowledges only the amounts prepaid.)

Charges Advanced:

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____    TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.    MI  USA  48312

Shipper, Per _____        Agent, Per _____

**SHIPPER**



6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 059064**

**DATE: 4/28/2009**

**Ship To:** 6204

#6204 TWINSBURG STAMPING PLANT

2000 E. AURORA ROAD

TWINSBURG, OH US 44087

**Sold To:**   DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

**Dock:**

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 59064 | 06204 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 6,000 | 05115419AA<br>REINF FRT FLOOR<br>P.O. #: O6127028J | EA | SKD71<br>0CC00004 | 3,000 | 2 | 1,560<br>708 | LB<br>KG | 561,000 |
| 2 | 0CC00004<br>RETURNABLE CONTAINER<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 164 |

| Comments: | 2 TOTAL CONTAINERS |
|---|---|

| Gross: | 2,774 | LB | 1,258 KG |
|---|---|---|---|
| Tare: | 1,214 | LB | 551 KG |
| Net: | 1,560 | LB | 708 KG |
| Pallets: | 0 | | |
| CTNS: | 2 | | |

# DELUXE

## STAMPING & DIE COMPANY

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

INVOICE PAGE
ASN/SID# 059066    1
DATE
04/29/09

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 6215

#6215 STERLING STAMPING PLANT
35777 VAN DYKE
STERLING HEIGHTS, MI US 48312

DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 59066 | 059066 | 04/29/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 4500 | DELUXE S # 04878838AB<br>04878838AB<br>ANCHOR CHILD SEAT TETHER<br>P.O.-#: O7127155I | EA | .08160000 | 367.20 |
| 1200 | DELUXE S # 05155512AB<br>05155512AB<br>REINF ASSY FRT FLOOR<br>P.O.-#: O7127086L | EA | .36720000 | 440.64 |
| 12 | DELUXE S # CT121507<br>CT121507<br>RETURNABLE TOTE | EA | .00000000 | .00 |
| 12 | DELUXE S # CT242209<br>CT242209<br>RETURNABLE TOTE | EA | .00000000 | .00 |
| 1 | DELUXE S # CP4845SP<br>CP4845SP<br>RETURNABLE PALLET | EA | .00000000 | .00 |
| 1 | DELUXE S # CP4845VL<br>CP4845VL<br>RETURNABLE LID | EA | .00000000 | .00 |

COMMENTS: 2 TOTAL CONTAINERS

RELEASE:  023278200904291022

| | |
|---|---|
| SALES AMOUNT | 807.84 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 807.84 |



**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable** Doc icon Pg 58 of 123

59066

LGSI: LOGISTICS INSIGHT                              Shipper's No. _____

(Name of Carrier)
RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

Carrier's No. **738075** ✓ PM

AT: STERLING HTS.    MI   USA   48312          ON: 4/29/2009
FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good-order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee – For purposes of notification only.)

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 06215   A
              LINC CROSSDOCK – DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI  48210          (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____ Car or Vehicle Initials _____ No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE |
|---|---|---|---|---|
| 2 | | TOTAL PALLETS | | |
| | | 12 CONTAINERS: AUTO PARTS NOIBN CT121507 TOTES ON PALLET(S) ITEM: CT121507 | 339 | |
| | | 12 CONTAINERS: AUTO PARTS NOI CT242209 TOTE(S) ON PALLET ITEM: CT242209 | 336 | |
| | | 1 CONTAINERS: AUTO PARTS NOI CPSP RETURNABLE PALLET ITEM: CP4845SP | | |
| | | 1 CONTAINERS: AUTO PARTS NOI CPVL RETURNABLE LID ITEM: CP4845VL | 80 | |

Destination      pallets ctns Net_wt Tare_wt Gross_wt

#6215 STERLING STAMPING PLANT (059066)   DK:
                    2   26   627   128   755

Packing slips # 059066

PACKING SLIP 059066 ATTACHED
SUPPLIER CODE:   30811

#173·8075  [signature]

Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of Consignor.)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____
to apply in prepayment of the charges on the property described hereon.

**COLLECT**

(Agent or Cashier.)

Per _____
(This signature here acknowledges only the amounts prepaid.)

Charges Advanced:

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____   TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI   USA   48312

Shipper, Per _____      Agent, Per _____

# Deluxe
## STAMPING & DIE COMPANY

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

**SHIPPER**

Page 1 of 1

**ASN/SID#: 059066**

**DATE:** 4/29/2009

Ship To: 6215

#6215 STERLING STAMPING PLANT

35777 VAN DYKE

STERLING HEIGHTS, MI US 48312

Dock:

Sold To:   DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 59066 | 06215 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 4,500 | 04878838AB<br>ANCHOR CHILD SEAT TETHER<br>P.O. #: O7127155I | EA | CTN71<br>CT121507 | 375 | 12 | 315 LB<br>143 KG | | 198,000 |
| 1,200 | 05155512AB<br>REINF ASSY FRT FLOOR<br>P.O. #: O7127086L | EA | CTN71<br>CT242209 | 100 | 12 | 312 LB<br>142 KG | | 288,000 |
| 12 | CT121507<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 0 | 0 | 0 LB<br>0 KG | | 528 |
| 12 | CT242209<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 1 | 0 | 0 LB<br>0 KG | | 2,772 |
| 1 | CP4845SP<br>RETURNABLE PALLET<br>P.O. #: | EA | RC | 0 | 1 | 0 LB<br>0 KG | | 271 |
| 1 | CP4845VL<br>RETURNABLE LID<br>P.O. #: | EA | RC | 0 | 1 | 0 LB<br>0 KG | | 271 |

**Comments:**   2 TOTAL CONTAINERS

| | | | |
|---|---|---|---|
| Gross: | 755 | LB | 342 KG |
| Tare: | 128 | LB | 58 KG |
| Net: | 627 | LB | 284 KG |
| Pallets: | 2 | | |
| CTNS: | 26 | | |



**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 2452

#2452(N) WARREN TRUCK ASSY PLT
6500 HUBER STREET
DETROIT, MI 48211

DOCK: XL

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 59067 | 059067 | 04/29/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 2 | DELUXE S # CP4845SP<br>CP4845SP<br>RETURNABLE PALLET | EA | .00000000 | .00 |
| 2 | DELUXE S # CP4845VL<br>CP4845VL<br>RETURNABLE LID | EA | .00000000 | .00 |

COMMENTS: 4 TOTAL CONTAINERS

RELEASE:  023279200904291022

| | |
|---|---|
| SALES AMOUNT | 1,960.29 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 1,960.29 |

INVOICE PAGE
ASN/SID# 059067    1
DATE
04/29/09


**Deluxe**
STAMPING & DIE COMPANY

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01                    SHIP TO: 2452

CHRYSLER COMPANY, LLC             #2452(N) WARREN TRUCK ASSY PLT
P.O. BOX 537927                   6500 HUBER STREET
LIVONIA, MI US 48153              DETROIT, MI 48211

                                  DOCK: XL

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 59067 | 059067 | 04/29/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 780 | DELUXE S # 52010138AG 52010138AG SHIELD SPLASH ROTOR RT P.O.-#: O3132030V | EA | 1.21210000 | 945.44 |
| 624 | DELUXE S # 52010139AG 52010139AG SHIELD SPLASH ROTOR LT P.O.-#: O3132032V | EA | 1.21210000 | 756.35 |
| 156 | DELUXE S # 52855010AD 52855010AD SHIELD ASSY SPLASH BRAKE P.O.-#: O5132138S | EA | .82850000 | 129.25 |
| 156 | DELUXE S # 52855011AD 52855011AD SHIELD ASSY SPLASH BRAKE P.O.-#: O5132139S | EA | .82850000 | 129.25 |
| 66 | DELUXE S # CT241505 CT241505 RETURNABLE TOTE | EA | .00000000 | .00 |

COMMENTS: 4 TOTAL CONTAINERS

RELEASE:  023279200904291022



# UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable

59067

LGSI: LOGISTICS INSIGHT
(Name of Carrier)

Shipper's No. _____

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

Carrier's No. 73805 ✓ PM

AT: STERLING HTS.   MI  USA  48312        ON: 4/29/2009
FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 02452N
LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI  48210

(Mail or street address of consignee – For purposes of notification only.)
A

(* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____        Car or Vehicle Initials _____        No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE |
|---|---|---|---|---|
| 4 | | TOTAL PALLETS | | |
| | | 66 CONTAINERS: | | |
| | | AUTO PARTS NOIBN | 1672 | |
| | | CT241505 TOTES ON PALLET(S) | | |
| | | ITEM: CT241505 | | |
| | | 2 CONTAINERS: | | |
| | | AUTO PARTS NOI | | |
| | | CPSP RETURNABLE PALLET | | |
| | | ITEM: CP4845SP | | |
| | | 2 CONTAINERS: | | |
| | | AUTO PARTS NOI | 160 | |
| | | CPVL RETURNABLE LID | | |
| | | ITEM: CP4845VL | | |

Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
     The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of Consignor.)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____
to apply in prepayment of the charges on the property described hereon.

COLLECT

(Agent or Cashier.)

Per _____
(This signature here acknowledges only the amounts prepaid.)

Charges Advanced:

$ _____

Destination        pallets ctns Net_wt Tare_wt Gross_wt

#2452(N) WARREN TRUCK ASSY PLT(059067)  DK: XL
                 4   70  1540   292   1832

Packing slips # 059067

        PACKING SLIP 059067 ATTACHED
        SUPPLIER CODE:  30811

del 73·8075

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____        TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI  USA  48312

Shipper, Per _____        Agent, Per _____



**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 2

**ASN/SID#: 059067**

**DATE:** 4/29/2009

Ship To: 2452

#2452(N) WARREN TRUCK ASSY PLT

6500 HUBER STREET

DETROIT, MI 48211

**Dock:** XL

Sold To:   DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 59067 | 02452N | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 780 | 52010138AG<br>SHIELD SPLASH ROTOR RT<br>P.O. #: O3132030V | EA | CTN71<br>CT241505 | 26 | 30 | 725<br>329 | LB<br>KG | 94,103 |
| 624 | 52010139AG<br>SHIELD SPLASH ROTOR LT<br>P.O. #: O3132032V | EA | CTN71<br>CT241505 | 26 | 24 | 580<br>263 | LB<br>KG | 94,103 |
| 156 | 52855010AD<br>SHIELD ASSY SPLASH BRAKE<br>P.O. #: O5132138S | EA | CTN71<br>CT241505 | 26 | 6 | 109<br>50 | LB<br>KG | 10,646 |
| 156 | 52855011AD<br>SHIELD ASSY SPLASH BRAKE<br>P.O. #: O5132139S | EA | CTN71<br>CT241505 | 26 | 6 | 125<br>57 | LB<br>KG | 9,710 |
| 66 | CT241505<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 7,294 |
| 2 | CP4845SP<br>RETURNABLE PALLET<br>P.O. #: | EA | RC | 0 | 2 | 0<br>0 | LB<br>KG | 2,439 |
| 2 | CP4845VL<br>RETURNABLE LID<br>P.O. #: | EA | RC | 0 | 2 | 0<br>0 | LB<br>KG | 2,414 |



**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

Page 2 of 2

**ASN/SID#: 059067**

**DATE:** 4/29/2009

| Comments: | 4 TOTAL CONTAINERS | | | |
|---|---|---|---|---|
| **Gross:** | 1,832 | LB | 831 | KG |
| **Tare:** | 292 | LB | 132 | KG |
| **Net:** | 1,540 | LB | 698 | KG |
| **Pallets:** | 4 | | | |
| **CTNS:** | 70 | | | |

INVOICE PAGE
ASN/SID# 059068    1
DATE
04/29/09

# Deluxe
## STAMPING & DIE COMPANY

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (810) 264-9400 • Fax (810) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 4025

#4025 DCX STERLING HGTS ASSY
38111 VAN DYKE AVE
STERLING HEIGHTS, MI US 48312

DOCK: SM

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 59068 | 059068 | 04/29/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 560 | DELUXE S # 05155621AB<br>05155621AB<br>BRACKET WASHER RESERVOIR<br>P.O.-#: O7127022Q | EA | 2.75510000 | 1,542.86 |
| 8 | DELUXE S # 0CC00050<br>0CC00050<br>RETURNABLE CONTAINER | EA | .00000000 | .00 |

COMMENTS: 8 TOTAL CONTAINERS

RELEASE:   023280200904291022

| | |
|---|---|
| SALES AMOUNT | 1,542.86 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 1,542.86 |



**UNIFORM STRAIGHT BILL OF LADING—SHORT FORM—Original—Not Negotiable**

Doc 1085-10  Page 66 of 123

59068

LGSI: LOGISTICS INSIGHT

Shipper's No. _____

(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

Carrier's No. 73805 ✓ Pm

AT: STERLING HTS.    MI  USA  48312

ON: 4/29/2009

FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 04025

LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.

DESTINATION : DETROIT, MI  48210

(Mail or street address of consignee – For purposes of notification only.)

(* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____ Car or Vehicle Initials _____ No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 8 CTNS | | AUTO PARTS NOI<br>CC50 RETURNABLE BIN<br>ITEM: 0CC00050 | 1312 | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br>    The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| 4 CTNS | | AUTO PARTS NOIBN<br>RETURNABLE METAL TUB<br>ITEM: 0CS07582 | 4736 | | |
| 12 | | | | | Per _____<br>(Signature of Consignor.) |

Destination      pallets ctns Net_wt Tare_wt Gross_wt

#4025 DCX STERLING HGTS ASSY  (059068)  DK: SM
             0    8   832   480   1312
#4025 DCX STERLING HGTS ASSY  (059069)  DK: WD
             0    4  1584  3152   4736

Packing slips # 059068 059069

    PACKING SLIP 059068 ATTACHED
    SUPPLIER CODE:  30811

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____
to apply in prepayment of the charges on the property described hereon.

COLLECT

(Agent or Cashier.)

Per _____

(This signature here acknowledges only the amounts prepaid.)

Charges Advanced:

$ _____

081 73-8075

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SIGNATURE _____ TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.    MI  USA  48312

Shipper, Per _____    Agent, Per _____



**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 059068**

**DATE:** 4/29/2009

Ship To:  4025

#4025 DCX STERLING HGTS ASSY

38111 VAN DYKE AVE
STERLING HEIGHTS, MI US 48312

Dock:  SM

Sold To:    DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 59068 | 04025 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 560 | 05155621AB<br>BRACKET WASHER RESERVOIR<br>P.O. #: O7127022Q | EA | SKD71<br>0CC00050 | 70 | 8 | 832<br>377 | LB<br>KG | 70,033 |
| 8 | 0CC00050<br>RETURNABLE CONTAINER<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 977 |

**Comments:**    8 TOTAL CONTAINERS

| | | | |
|---|---|---|---|
| **Gross:** | 1,312 | LB | 595 KG |
| **Tare:** | 480 | LB | 218 KG |
| **Net:** | 832 | LB | 377 KG |
| **Pallets:** | 0 | | |
| **CTNS:** | 8 | | |

# Deluxe
## STAMPING & DIE COMPANY

INVOICE PAGE
ASN/SID# 059069    1
DATE
04/29/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (810) 264-9400 • Fax (810) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 4025

#4025 DCX STERLING HGTS ASSY
38111 VAN DYKE AVE
STERLING HEIGHTS, MI US 48312

DOCK: WD

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 59068 | 059069 | 04/29/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 66 | DELUXE S # 04389722AE<br>04389722AE<br>TENSION STRUT ASSY/LOWER<br>P.O.-#: O7127100AB | EA | 15.33150000 | 1,011.88 |
| 66 | DELUXE S # 04389723AE<br>04389723AE<br>TENSION STRUT ASSY/UPPER<br>P.O.-#: O7127100AB | EA | 15.33150000 | 1,011.88 |
| 4 | DELUXE S # 0CS07582<br>0CS07582<br>CS-125 W/DUNNAGE FOR 27C<br>RETURNABLE CONTAINER | EA | .00000000 | .00 |

COMMENTS: 4 TOTAL CONTAINERS

RELEASE:  023280200904291022

| | |
|---|---|
| SALES AMOUNT | 2,023.76 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 2,023.76 |



# UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable

59068

LGSI: LOGISTICS INSIGHT                                    Shipper's No. _____

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

**(Name of Carrier)**                                       Carrier's No. 73807 √ PM

AT: STERLING HTS.   MI  USA  48312              ON: 4/29/2009
FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 04025     (Mail or street address of consignee - For purposes of notification only.)
              LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI  48210                 (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)
Route _____
Delivering Carrier _____ Car or Vehicle Initials _____ No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 8 CTNS | | AUTO PARTS NOI<br>CC50 RETURNABLE BIN<br>ITEM: 0CC00050 | 1312 | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| 4 CTNS | | AUTO PARTS NOIBN<br>RETURNABLE METAL TUB<br>ITEM: 0CS07582 | 4736 | | |
| 12 | | | | | Per _____<br>(Signature of Consignor.) |

Destination      pallets ctns Net_wt Tare_wt Gross_wt

#4025 DCX STERLING HGTS ASSY  (059068)   DK: SM
                    0    8    832    480   1312
#4025 DCX STERLING HGTS ASSY  (059069)   DK: WD
                    0    4   1584   3152   4736

Packing slips # 059068 059069

     PACKING SLIP 059068 ATTACHED
     SUPPLIER CODE:  30811

*If charges are to be prepaid, write or stamp here, "To be Prepaid."*

Received $ _____
to apply in prepayment of the charges on the property described hereon.

COLLECT

(Agent or Cashier.)

Per _____
(This signature here acknowledges only the amounts prepaid.)

Charges Advanced:

74H 73-8075

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SIGNATURE _____     TITLE _____

The shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.  MI  USA  48312
Permanent post office address of shipper

Shipper, Per _____          Agent, Per _____



**SHIPPER**

**Deluxe**
STAMPING & DIE COMPANY

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 059069**
**DATE: 4/29/2009**

Ship To: 4025

#4025 DCX STERLING HGTS ASSY

38111 VAN DYKE AVE
STERLING HEIGHTS, MI US 48312

Dock: WD

Sold To:   DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 59068 | 04025 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 66 | 04389722AE<br>TENSION STRUT ASSY/LOWER<br>P.O. #: O7127100AB | EA | SKD71<br>0CS07582 | 33 | 2 | 792<br>359 | LB<br>KG | 5,651 |
| 66 | 04389723AE<br>TENSION STRUT ASSY/UPPER<br>P.O. #: O7127100AB | EA | SKD71<br>0CS07582 | 33 | 2 | 792<br>359 | LB<br>KG | 5,585 |
| 4 | 0CS07582<br>CS-125 W/DUNNAGE FOR 27C<br>P.O. #: | EA | RC | 1 | 0 | 0<br>0 | LB<br>KG | 330 |

Comments:   4 TOTAL CONTAINERS

| Gross: | 4,736 | LB | 2,148 KG |
|---|---|---|---|
| Tare: | 3,152 | LB | 1,430 KG |
| Net: | 1,584 | LB | 718 KG |
| Pallets: | 0 | | |
| CTNS: | 4 | | |

# Deluxe
## STAMPING & DIE COMPANY

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (810) 264-9400 • Fax (810) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 4087

#4087(G) ST.LOUIS ASSY II NRTH
LINC 2219 HITZERT COURT
FENTON, MO US 63026

DOCK: LN

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 59070 | 059070 | 04/29/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 156 | DELUXE S # 52010138AG<br>52010138AG<br>SHIELD SPLASH ROTOR RT<br>P.O.-#: O3132030V | EA | 1.21210000 | 189.09 |
| 156 | DELUXE S # 52010139AG<br>52010139AG<br>SHIELD SPLASH ROTOR LT<br>P.O.-#: O3132032V | EA | 1.21210000 | 189.09 |
| 1800 | DELUXE S # 56045653AA<br>56045653AA<br>BRACKET CONNECTOR<br>P.O.-#: O2132193P | EA | .22870000 | 411.66 |
| 12 | DELUXE S # CT241505<br>CT241505<br>RETURNABLE TOTE | EA | .00000000 | .00 |
| 12 | DELUXE S # CT121507<br>CT121507<br>RETURNABLE TOTE | EA | .00000000 | .00 |

COMMENTS: 3 TOTAL CONTAINERS

RELEASE:  023281200904291022

| | |
|---|---|
| SALES AMOUNT | 789.84 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 789.84 |



**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable**

LGSI: LOGISTICS INSIGHT

Shipper's No. _____   59070

(Name of Carrier)
RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No. 738075 √PM

AT:STERLING HTS.   MI  USA  48312    ON: 4/29/2009
FROM:Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO:00143 LOGISTICS INSIGHT PLANTS: 04087G
             LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI  48210

(Mail or street address of consignee – For purposes of notification only.)
C

(* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____   Car or Vehicle Initials _____   No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 3 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | 12 CONTAINERS: AUTO PARTS NOIBN CT241505 TOTES ON PALLET(S) ITEM: CT241505 | 315 | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | 12 CONTAINERS: AUTO PARTS NOIBN CT121507 TOTES ON PALLET(S) ITEM: CT121507 | 396 | | Per _____ (Signature of Consignor.) |

Destination     pallets ctns Net_wt Tare_wt Gross_wt

#4087(G) ST.LOUIS ASSY II NRTH(059070)   DK: LN
                 3   24   542   168   710

Packing slips # 059070

        PACKING SLIP 059070 ATTACHED
        SUPPLIER CODE:  30811

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____
to apply in prepayment of the charges on the property described hereon.

COLLECT
_____
(Agent or Cashier.)

Per _____
(This signature here acknowledges only the amounts prepaid.)

#21 73.8075

C. W

Charges Advanced:

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SIGNATURE _____   TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI  USA  48312

Shipper, Per _____        Agent, Per _____

**SHIPPER**



6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

STAMPING & DIE COMPANY

Page 1 of 1

**ASN/SID#: 059070**

**DATE:** 4/29/2009

**Ship To:** 4087

#4087(G) ST.LOUIS ASSY II NRTH

LINC 2219 HITZERT COURT

FENTON, MO US 63026

**Dock:** LN

**Sold To:** DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 59070 | 04087G | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 156 | 52010138AG SHIELD SPLASH ROTOR RT P.O. #: O3132030V | EA | CTN71 CT241505 | 26 | 6 | 145 66 | LB KG | 32,884 |
| 156 | 52010139AG SHIELD SPLASH ROTOR LT P.O. #: O3132032V | EA | CTN71 CT241505 | 26 | 6 | 145 66 | LB KG | 32,898 |
| 1,800 | 56045653AA BRACKET CONNECTOR P.O. #: O2132193P | EA | CTN71 CT121507 | 150 | 12 | 252 114 | LB KG | 23,457 |
| 12 | CT241505 RETURNABLE TOTE P.O. #: | EA | RC | 1 | 0 | 0 0 | LB KG | 35,612 |
| 12 | CT121507 RETURNABLE TOTE P.O. #: | EA | RC | 0 | 0 | 0 0 | LB KG | 3,538 |

**Comments:** 3 TOTAL CONTAINERS

| | | | | |
|---|---|---|---|---|
| **Gross:** | 710 | LB | 322 | KG |
| **Tare:** | 168 | LB | 76 | KG |
| **Net:** | 542 | LB | 246 | KG |
| **Pallets:** | 3 | | | |
| **CTNS:** | 24 | | | |



**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (810) 264-9400 • Fax (810) 264-9224

INVOICE PAGE
ASN/SID# 059072    1
DATE
04/29/09

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 8068

#8068 CHRYS DE VENEZUELA LL
AV PANCHO PEPE CROQUER
VALENCIA
CARABOBO, VE 48192
DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 59072 | 059072 | 04/29/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 112 | DELUXE S # 55113271AA<br>55113271AA<br>BRKT MODULE MTG UPR<br>P.O.-#: O8135011M<br>PKG CHG | EA | .66330000 | 74.29<br><br><br><br>9.78 |
| 4 | DELUXE S # EXP0242209<br>EXP0242209<br>EXPENDABLE CARTON | EA | .00000000 | .00 |

COMMENTS:

RELEASE:    023282200904291022

| | |
|---|---|
| SALES AMOUNT | 84.07 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 84.07 |

**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable** Pg 76 of 123

59072

LGSI: LOGISTICS INSIGHT                                              Shipper's No. _____

(Name of Carrier)
RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

Carrier's No. 738075 ✓PM

AT: STERLING HTS.   MI  USA  48312                    ON: 4/29/2009
FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee – For purposes of notification only.)

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 08068
              LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI  48210                (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)
Route _____
Delivering Carrier _____ Car or Vehicle Initials _____ No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 1 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable Bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | 4 CONTAINERS: AUTO PARTS NOIBN | 136 | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | EXP0242209 CTN ON PALLET(S) ITEM: EXP0242209 | | | |
| | | | | | Per _____ (Signature of Consignor.) |
| | | Destination     pallets ctns Net_wt Tare_wt Gross_wt | | | |
| | | #8068 CHRYS DE VENEZUELA LL   (059072)   DK: | | | If charges are to be prepaid, write or stamp here, "To Be Prepaid." |
| | |            1    4    88    48    136 | | | |
| | | Packing slips # 059072 | | | |
| | |       PACKING SLIP 059072 ATTACHED SUPPLIER CODE:  30811 | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |
| | | | | | COLLECT _____ (Agent or Cashier.) |

Per _____
(This signature here acknowledges only the amounts prepaid.)

Charges Advanced:

$ _____

73·8075  C.W.

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____ TITLE _____

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI  USA  48312          Shipper, Per _____        Agent, Per _____

**SHIPPER**



6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 059072**

**DATE: 29/4/2009**

Ship To:  8068

#8068 CHRYS DE VENEZUELA LL

AV PANCHO PEPE CROQUER
VALENCIA
CARABOBO,  VE 48192

Sold To:  DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

Dock:

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 59072 | 08068 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 112 | 55113271AA<br>BRKT MODULE MTG UPR<br>P.O. #: O8135011M | EA | CTN71<br>EXP0242209 | 28 | 4 | 88<br>40 | LB<br>KG | 5,274 |
| 4 | EXP0242209<br>EXPENDABLE CARTON<br>P.O. #: | EA | RC | 1 | 0 | 0<br>0 | LB<br>KG | 1,212 |

Comments:

| Gross: | 136 | LB | 62 KG |
|---|---|---|---|
| Tare: | 48 | LB | 22 KG |
| Net: | 88 | LB | 40 KG |
| Pallets: | 1 | | |
| CTNS: | 4 | | |



**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (810) 264-9400 • Fax (810) 264-9224

```
                                              INVOICE PAGE
                                    ASN/SID# 059073   1
                                              DATE
                                         04/29/09
```

```
SOLD TO: DCX01                    SHIP TO: 8481

CHRYSLER COMPANY, LLC             #8481 TOLUCA CAR ASSY PLANT
P.O. BOX 537927                   CHRYSLER DE MEXICO S A DE C V
LIVONIA, MI US 48153              CARR MEX TOL KM 60 5
                                  TOLUCA, MX 50000
                                  DOCK:
```

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 59073 | 059073 | 04/29/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 200 | DELUXE S # 05178547AA<br>05178547AA<br>BRKT ASSY RR SIDE RAIL SHIP<br>P.O.-#: O8127027D | EA | .85930000 | 171.86 |
| 240 | DELUXE S # 05178557AB<br>05178557AB<br>REINF ASSY SHIPPING TIE DOWN R<br>P.O.-#: O8127008J | EA | 1.77010000 | 424.82 |
| 2 | DELUXE S # 0000CC30<br>0000CC30<br>RETURNABLE CONTAINER | EA | .00000000 | .00 |
| 12 | DELUXE S # CT121507<br>CT121507<br>RETURNABLE TOTE | EA | .00000000 | .00 |

```
COMMENTS: 3 TOTAL CONTAINERS          SALES AMOUNT          596.68

                                      MISC CHARGES              .00
RELEASE:  023283200904291022              FREIGHT              .00

                                      INVOICE AMOUNT        596.68
```

**UNIFORM STRAIGHT BILL OF LADING–SHORT FORM–Original–Not Negotiable**

ASP 51

Shipper's No. _____ 59073

LGSI: LOGISTICS INSIGHT

(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

Carrier's No. 73805 ·JPM

AT: STERLING HTS.   MI   USA   48312   ON: 4/29/2009

FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee – For purposes of notification only.)

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 08481
         LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI  48210   (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____ Car or Vehicle Initials _____ No. _____

| NO.<br>PACKAGES | HAZARDOUS<br>MATERIALS | Kind of Package, Description of Articles, Special<br>Marks, and Exceptions | *WEIGHT<br>(SUBJECT TO CORR) | CLASS<br>OR RATE | |
|---|---|---|---|---|---|
| 3 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br>   The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | 2 CONTAINERS:<br>AUTO PARTS NOI<br>CC30 BLUE PLASTIC BIN<br>ITEM: 0000CC30 | 450 | | |
| | | 12 CONTAINERS:<br>AUTO PARTS NOIBN<br>CT121507 TOTES ON PALLET(S)<br>ITEM: CT121507 | 237 | | Per _____<br>(Signature of Consignor.)<br><br>If charges are to be prepaid, write or stamp here, "To be Prepaid." |

Destination     pallets ctns Net_wt Tare_wt Gross_wt

#8481 TOLUCA CAR ASSY PLANT   (059073)   DK:
              1   14   533   154   687

Packing slips # 059073

    PACKING SLIP 059073 ATTACHED
    SUPPLIER CODE:  30811

Received $ _____
to apply in prepayment of the charges on the property described hereon.

COLLECT

(Agent or Cashier.)

Per _____
(This signature here acknowledges only the amounts prepaid.)

481 73.8075

C. w. S

Charges Advanced:

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SIGNATURE _____ TITLE _____

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI   USA   48312

Shipper, Per _____   Agent, Per _____

**SHIPPER**



**Deluxe**
STAMPING & DIE COMPANY

6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 059073**

**DATE:** 29/4/2009

Ship To:  8481

#8481 TOLUCA CAR ASSY PLANT

CHRYSLER DE MEXICO S A DE C V
CARR MEX TOL KM 60 5
TOLUCA,  MX 50000

Sold To:      DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

Dock:

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 59073 | 08481 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 200 | 05178547AA<br>BRKT ASSY RR SIDE RAIL SHIP<br>P.O. #: O8127027D | EA | SKD71<br>0000CC30 | 100 | 2 | 360<br>163 | LB<br>KG | 73,552 |
| 240 | 05178557AB<br>REINF ASSY SHIPPING TIE DOWN R<br>P.O. #: O8127008J | EA | CTN71<br>CT121507 | 20 | 12 | 173<br>78 | LB<br>KG | 73,252 |
| 2 | 0000CC30<br>RETURNABLE CONTAINER<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 718 |
| 12 | CT121507<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 3,552 |

**Comments:**   3 TOTAL CONTAINERS

| | | | |
|---|---|---|---|
| **Gross:** | 687 | LB | 312 KG |
| **Tare:** | 154 | LB | 70 KG |
| **Net:** | 533 | LB | 242 KG |
| **Pallets:** | 1 | | |
| **CTNS:** | 14 | | |


STAMPING & DIE COMPANY

INVOICE PAGE
ASN/SID# 059080    2
DATE
04/30/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (810) 264-9400 • Fax (810) 264-9224

SOLD TO: DCX01                          SHIP TO: 6215

CHRYSLER COMPANY, LLC                   #6215 STERLING STAMPING PLANT
P.O. BOX 537927                         35777 VAN DYKE
LIVONIA, MI US 48153                    STERLING HEIGHTS, MI US 48312

                                        DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 59080 | 059080 | 04/30/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 24 | DELUXE S # CT242209 CT242209 RETURNABLE TOTE | EA | .00000000 | .00 |
| 36 | DELUXE S # CT241509 CT241509 RETURNABLE TOTE | EA | .00000000 | .00 |
| 4 | DELUXE S # CP4845SP CP4845SP RETURNABLE PALLET | EA | .00000000 | .00 |
| 4 | DELUXE S # CP4845VL CP4845VL RETURNABLE LID | EA | .00000000 | .00 |

COMMENTS: 5 TOTAL CONTAINERS          SALES AMOUNT        2,297.38

                                      MISC CHARGES             .00
RELEASE:  023286200904300940          FREIGHT                  .00

                                      INVOICE AMOUNT      2,297.38





**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (810) 264-9400 • Fax (810) 264-9224

```
SOLD TO: DCX01                        SHIP TO: 6215

CHRYSLER COMPANY, LLC                 #6215 STERLING STAMPING PLANT
P.O. BOX 537927                       35777 VAN DYKE
LIVONIA, MI US 48153                  STERLING HEIGHTS, MI US 48312

                                      DOCK:
```

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 59080 | 059080 | 04/30/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 4500 | DELUXE S # 04878838AB<br>04878838AB<br>ANCHOR CHILD SEAT TETHER<br>P.O.-#: O7127155I | EA | .08160000 | 367.20 |
| 2400 | DELUXE S # 05155512AB<br>05155512AB<br>REINF ASSY FRT FLOOR<br>P.O.-#: O7127086L | EA | .36720000 | 881.28 |
| 540 | DELUXE S # 55113320AA<br>55113320AA<br>REINF ASSY FRT SEAT FRT RT<br>P.O.-#: O7135109L | EA | .97120000 | 524.45 |
| 540 | DELUXE S # 55113321AA<br>55113321AA<br>REINF ASSY FRT SEAT FRT LT<br>P.O.-#: O7135109L | EA | .97120000 | 524.45 |
| 12 | DELUXE S # CT121507<br>CT121507<br>RETURNABLE TOTE | EA | .00000000 | .00 |

```
COMMENTS: 5 TOTAL CONTAINERS


RELEASE:  023286200904300940
```

**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable** Pg 82 of 123



59080

LGSI: LOGISTICS INSIGHT                                    Shipper's No.

(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.    Carrier's No.   73-52328

AT:STERLING HTS.   MI  USA  48312          ON: 4/30/2009
FROM:Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee – For purposes of notification only.)

CONSIGNED TO:00143 LOGISTICS INSIGHT PLANTS: 06215          A
              LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI   48210          (* To be filled in only when shipper desires and governing tariffs provide for delivery threat.)
Route

Delivering Carrier _____ Car or Vehicle Initials _____ No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE |
|---|---|---|---|---|
| 5 | | TOTAL PALLETS | | |
| | | 12 CONTAINERS: | | |
| | | AUTO PARTS NOIBN | 339 | |
| | | CT121507 TOTES ON PALLET(S) | | |
| | | ITEM: CT121507 | | |
| | | 24 CONTAINERS: | | |
| | | AUTO PARTS NOI | 672 | |
| | | CT242209 TOTE(S) ON PALLET | | |
| | | ITEM: CT242209 | | |
| | | 36 CONTAINERS: | | |
| | | AUTO PARTS NOIBN | 1028 | |
| | | CT241509 TOTES ON PALLET(S) | | |
| | | ITEM: CT241509 | | |
| | | 4 CONTAINERS: | | |
| | | AUTO PARTS NOI | | |
| | | CPSP RETURNABLE PALLET | | |
| | | ITEM: CP4845SP | | |
| | | 4 CONTAINERS: | | |
| | | AUTO PARTS NOI | 200 | |
| | | CPVL RETURNABLE LID | | |
| | | ITEM: CP4845VL | | |

Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per _____
(Signature of Consignor.)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____
to apply in prepayment of the charges on the property described hereon.

COLLECT

(Agent or Cashier.)

Per _____
(This signature here acknowledges only the amounts prepaid.)

Destination     pallets ctns Net_wt Tare_wt Gross_wt

#6215 STERLING STAMPING PLANT (059080)   DK:
              5   80   1895    344    2239

Packing slips # 059080

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation          SIGNATURE _____   TITLE _____

Charges Advanced

$ _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die  VC#30811

6690 Sterling Drive North

Sterling Hts., MI  48312

Shipper, Per _____          Agent, Per _____

# Deluxe
STAMPING & DIE COMPANY

**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 2

**ASN/SID#: 059080**

**DATE:** 4/30/2009

**Ship To:** 6215

#6215 STERLING STAMPING PLANT

35777 VAN DYKE

STERLING HEIGHTS, MI US 48312

**Dock:**

**Sold To:**    DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 59080 | 06215 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 4,500 | 04878838AB ANCHOR CHILD SEAT TETHER P.O. #: O7127155I | EA | CTN71 CT121507 | 375 | 12 | 315 143 | LB KG | 202,500 |
| 2,400 | 05155512AB REINF ASSY FRT FLOOR P.O. #: O7127086L | EA | CTN71 CT242209 | 100 | 24 | 624 283 | LB KG | 290,400 |
| 540 | 55113320AA REINF ASSY FRT SEAT FRT RT P.O. #: O7135109L | EA | CTN71 CT241509 | 30 | 18 | 478 217 | LB KG | 58,860 |
| 540 | 55113321AA REINF ASSY FRT SEAT FRT LT P.O. #: O7135109L | EA | CTN71 CT241509 | 30 | 18 | 478 217 | LB KG | 59,220 |
| 12 | CT121507 RETURNABLE TOTE P.O. #: | EA | RC | 0 | 0 | 0 0 | LB KG | 540 |
| 24 | CT242209 RETURNABLE TOTE P.O. #: | EA | RC | 1 | 0 | 0 0 | LB KG | 2,796 |
| 36 | CT241509 RETURNABLE TOTE P.O. #: | EA | RC | 0 | 0 | 0 0 | LB KG | 3,936 |
| 4 | CP4845SP RETURNABLE PALLET P.O. #: | EA | RC | 0 | 4 | 0 0 | LB KG | 275 |



**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 2 of 2

**ASN/SID#: 059080**

**DATE:** 4/30/2009

Ship To: 6215

#6215 STERLING STAMPING PLANT

35777 VAN DYKE

STERLING HEIGHTS, MI US 48312

Dock:

Sold To:   DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 59080 | 06215 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 4 | CP4845VL<br>RETURNABLE LID<br>P.O. #: | EA | RC | 0 | 4 | 0<br>0 | LB<br>KG | 275 |

**Comments:**   5 TOTAL CONTAINERS

| | | | |
|---|---|---|---|
| **Gross:** | 2,239 | LB | 1,016 KG |
| **Tare:** | 344 | LB | 156 KG |
| **Net:** | 1,895 | LB | 859 KG |
| **Pallets:** | 5 | | |
| **CTNS:** | 80 | | |





STAMPING & DIE COMPANY

INVOICE PAGE
ASN/SID# 059081    2
DATE
04/30/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (810) 264-9400 • Fax (810) 264-9224

SOLD TO: DCX01                          SHIP TO: 2462

CHRYSLER COMPANY, LLC                   #2462 TOLEDO NORTH ASSY PLANT
P.O. BOX 537927                         4400 CHRYSLER DRIVE
LIVONIA, MI US 48153                    TOLEDO, OH US 43608

                                        DOCK: 5D

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 59081 | 059081 | 04/30/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 12 | DELUXE S # CT241509<br>CT241509<br>RETURNABLE TOTE | EA | .00000000 | .00 |
| 12 | DELUXE S # CT121505<br>CT121505<br>RETURNABLE TOTE | EA | .00000000 | .00 |
| 1 | DELUXE S # CP4845SP<br>CP4845SP<br>RETURNABLE PALLET | EA | .00000000 | .00 |
| 1 | DELUXE S # CP4845VL<br>CP4845VL<br>RETURNABLE LID | EA | .00000000 | .00 |

COMMENTS: 4 TOTAL CONTAINERS               SALES AMOUNT       1,061.51

                                           MISC CHARGES            .00
RELEASE:  023287200904300940                    FREIGHT            .00

                                           INVOICE AMOUNT     1,061.51



**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (810) 264-9400 • Fax (810) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 2462

#2462 TOLEDO NORTH ASSY PLANT
4400 CHRYSLER DRIVE
TOLEDO, OH US 43608

DOCK: 5D

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 59081 | 059081 | 04/30/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 540 | DELUXE S # 55113271AA<br>55113271AA<br>BRKT MODULE MTG UPR<br>P.O.-#: O8135011M | EA | .66330000 | 358.18 |
| 390 | DELUXE S # 57010166AA<br>57010166AA<br>BRKT SILL MLDG MTG RT<br>P.O.-#: O8135012K | EA | .52500000 | 204.75 |
| 390 | DELUXE S # 57010167AA<br>57010167AA<br>BRKT SILL MLDG MTG LT<br>P.O.-#: O8135012K | EA | .52500000 | 204.75 |
| 720 | DELUXE S # 57010203AA<br>57010203AA<br>REINF ASSY LIFTGATE FLIPPER LA<br>P.O.-#: O8135021M | EA | .40810000 | 293.83 |
| 36 | DELUXE S # CT121507<br>CT121507<br>RETURNABLE TOTE | EA | .00000000 | .00 |

COMMENTS: 4 TOTAL CONTAINERS

RELEASE:  023287200904300940



**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable**

ASN

59081

LGSI: LOGISTICS INSIGHT — Shipper's No.

(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No. 73-523288

AT: STERLING HTS. MI USA 48312 ON: 4/30/2009

FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 02462 (Mail or street address of consignee – For purposes of notification only.)

LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.

DESTINATION : DETROIT, MI 48210 (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route

Delivering Carrier — Car or Vehicle Initials — No.

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE |
|---|---|---|---|---|
| 4 | | TOTAL PALLETS | | |
| | | 36 CONTAINERS:<br>AUTO PARTS NOIBN<br>CT121507 TOTES ON PALLET(S)<br>ITEM: CT121507 | 496 | |
| | | 12 CONTAINERS:<br>AUTO PARTS NOIBN<br>CT241509 TOTES ON PALLET(S)<br>ITEM: CT241509 | 327 | |
| | | 12 CONTAINERS:<br>AUTO PARTS NOIBN<br>CT121505 TOTES ON PALLET(S)<br>ITEM: CT121505 | 165 | |
| | | 1 CONTAINERS:<br>AUTO PARTS NOI<br>CPSP RETURNABLE PALLET<br>ITEM: CP4845SP | | |
| | | 1 CONTAINERS:<br>AUTO PARTS NOI<br>CPVL RETURNABLE LID<br>ITEM: CP4845VL | 160 | |

Destination pallets ctns Net_wt Tare_wt Gross_wt

#2462 TOLEDO NORTH ASSY PLANT (059081) DK: 5D

4 62 867 280 1147

Packing slips # 059081

Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

Per ____________ (Signature of Consignor.)

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ ____________ to apply in prepayment of the charges on the property described hereon.

COLLECT

(Agent or Cashier.)

Per ____________

(This signature here acknowledges only the amounts prepaid.)

Charges Advanced:

$ ____________

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE TITLE

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

**NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per**

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die VC#30811
6690 Sterling Drive North
Sterling Hts., MI 48312

Shipper, Per ____________ Agent, Per ____________

**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

STAMPING & DIE COMPANY

Page 1 of 2

**ASN/SID#: 059081**

**DATE:** 4/30/2009

**Ship To:** 2462

#2462 TOLEDO NORTH ASSY PLANT

4400 CHRYSLER DRIVE

TOLEDO, OH US 43608

**Dock:** 5D

**Sold To:**    DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 59081 | 02462 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 540 | 55113271AA BRKT MODULE MTG UPR P.O. #: O8135011M | EA | CTN71 CT121507 | 15 | 36 | 424 192 | LB KG | 36,341 |
| 390 | 57010166AA BRKT SILL MLDG MTG RT P.O. #: O8135012K | EA | CTN71 CT241509 | 65 | 6 | 151 69 | LB KG | 37,601 |
| 390 | 57010167AA BRKT SILL MLDG MTG LT P.O. #: O8135012K | EA | CTN71 CT241509 | 65 | 6 | 151 69 | LB KG | 36,821 |
| 720 | 57010203AA REINF ASSY LIFTGATE FLIPPER LA P.O. #: O8135021M | EA | CTN71 CT121505 | 60 | 12 | 140 64 | LB KG | 44,801 |
| 36 | CT121507 RETURNABLE TOTE P.O. #: | EA | RC | 0 | 0 | 0 0 | LB KG | 6,216 |
| 12 | CT241509 RETURNABLE TOTE P.O. #: | EA | RC | 0 | 0 | 0 0 | LB KG | 1,128 |
| 12 | CT121505 RETURNABLE TOTE P.O. #: | EA | RC | 0 | 0 | 0 0 | LB KG | 732 |
| 1 | CP4845SP RETURNABLE PALLET P.O. #: | EA | RC | 0 | 1 | 0 0 | LB KG | 581 |

# Deluxe
## STAMPING & DIE COMPANY

**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 2 of 2

**ASN/SID#: 059081**

**DATE:** 4/30/2009

**Ship To:** 2462

#2462 TOLEDO NORTH ASSY PLANT

4400 CHRYSLER DRIVE

TOLEDO, OH US 43608

**Dock:** 5D

**Sold To:** DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 59081 | 02462 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 1 | CP4845VL RETURNABLE LID P.O. #: | EA | RC | 0 | 1 | 0 LB 0 KG | | 581 |

**Comments:**    4 TOTAL CONTAINERS

| | | |
|---|---|---|
| **Gross:** | 1,147 LB | 520 KG |
| **Tare:** | 280 LB | 127 KG |
| **Net:** | 867 LB | 393 KG |
| **Pallets:** | 4 | |
| **CTNS:** | 62 | |



**STAMPING & DIE COMPANY**

INVOICE PAGE
ASN/SID# 059082    1
DATE
04/30/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (810) 264-9400 • Fax (810) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 401J

4015 (J) BELVIDERE ASSY PLANT
ARVIN YARD
3741 MORRIEUM DRIVE
BELVIDERE, IL USA 61008
DOCK: AR

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 59082 | 059082 | 04/30/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 1000 | DELUXE S # 05105833AB 05105833AB RR SUSPENSION STOP P.O.-#: O6127068I | EA | .48930000 | 489.30 |
| 1 | DELUXE S # 0000CC30 0000CC30 RETURNABLE CONTAINER | EA | .00000000 | .00 |

COMMENTS:

RELEASE:  023288200904300940

| | |
|---|---|
| SALES AMOUNT | 489.30 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 489.30 |

# UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable



LGSI: LOGISTICS INSIGHT

(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Shipper's No.                 59082

AT:STERLING HTS.   MI USA 48312
FROM:Deluxe Stamping & Die Co.

ON: 4/30/2009

Carrier's No.   73-503208

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO:00143 LOGISTICS INSIGHT PLANTS: 04015J

(Mail or street address of consignee – For purposes of notification only.)

LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.

DESTINATION : DETROIT, MI  48210

(* To be filed in only when shipper desires and governing tariffs provide for delivery thereat.)

**Route**

Delivering Carrier _____ Car or Vehicle Initials _____ No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 1 CTNS | | AUTO PARTS NOI CC30 BLUE PLASTIC BIN ITEM: 0000CC30 | 705 | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | Destination    pallets ctns Net_wt Tare_wt Gross_wt | | | |
| | | 4015 (J) BELVIDERE ASSY PLANT (059082)   DK: AR | | | Per _____ (Signature of Consignor.) |
| | | 0    1    660    45    705 | | | |
| | | Packing slips # 059082 | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | PACKING SLIP 059082 ATTACHED SUPPLIER CODE:  30811 | | | |
| | | | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |
| | | | | | COLLECT _____ (Agent or Cashier.) |
| | | | | | Per _____ (This signature here acknowledges only the amounts prepaid.) |
| | | | | | Charges Advanced: $ |

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____   TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI USA  48312

Shipper, Per _____                Agent, Per _____



**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 059082**

**DATE:** 4/30/2009

**Ship To:** 401J

4015 (J) BELVIDERE ASSY PLANT

ARVIN YARD
3741 MORRIEUM DRIVE
BELVIDERE, IL USA 61008

**Dock:** AR

**Sold To:** DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 59082 | 04015J | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 1,000 | 05105833AB RR SUSPENSION STOP P.O. #: O61270681 | EA | SKD71 0000CC30 | 1,000 | 1 | 660 299 | LB KG | 63,188 |
| 1 | 0000CC30 RETURNABLE CONTAINER P.O. #: | EA | RC | 0 | 0 | 0 0 | LB KG | 63 |

**Comments:**

| | | | |
|---|---|---|---|
| Gross: | 705 | LB | 320 KG |
| Tare: | 45 | LB | 20 KG |
| Net: | 660 | LB | 299 KG |
| Pallets: | 0 | | |
| CTNS: | 1 | | |



INVOICE PAGE
ASN/SID# 059083    1
DATE
04/30/09



STAMPING & DIE COMPANY

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (810) 264-9400 • Fax (810) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 5305

#5305 KOKOMO TRANSMISSION PLT
2401 S. REED ROAD
KOKOMO, IN US 46902

DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 59083 | 059083 | 04/30/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 2100 | DELUXE S # 05078868AA<br>05078868AA<br>END COVER LOWER<br>P.O.-#: O7128228I | EA | .09890000 | 207.69 |
| 7 | DELUXE S # CT121505<br>CT121505<br>RETURNABLE TOTE | EA | .00000000 | .00 |

COMMENTS:

RELEASE:   023289200904300940

| | |
|---|---|
| SALES AMOUNT | 207.69 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 207.69 |

**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable** Pg 94 of 123



Shipper's No. _____ 59083

LGSI: LOGISTICS INSIGHT

(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No. _____

AT: STERLING HTS.    MI   USA   48312

ON: 4/30/2009

FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee – For purposes of notification only.)

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 05305

LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.

DESTINATION : DETROIT, MI  48210

(* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____ Car or Vehicle Initials _____ No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 1 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | 7 CONTAINERS: | | | |
| | | AUTO PARTS NOIBN | 149 | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | CT121505 TOTES ON PALLET(S) | | | |
| | | ITEM: CT121505 | | | |
| | | | | | Per _____ |
| | | Destination   pallets ctns Net_wt Tare_wt Gross_wt | | | (Signature of Consignor.) |
| | | #5305 KOKOMO TRANSMISSION PLT (059083)   DK: | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | 1    7    95    54    149 | | | |
| | | Packing slips # 059083 | | | |
| | | PACKING SLIP 059083 ATTACHED | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |
| | | SUPPLIER CODE:  30811 | | | |
| | | | | | COLLECT |
| | | | | | _____ (Agent or Cashier ) |
| | | | | | Per _____ (This signature here acknowledges only the amounts prepaid.) |
| | | | | | Charges Advanced: |
| | | | | | $ _____ |

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____ TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.    MI   USA   48312

Shipper, Per _____    Agent, Per _____

**SHIPPER**

# Deluxe
STAMPING & DIE COMPANY

6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 059083**

**DATE:** 4/30/2009

**Ship To:** 5305

#5305 KOKOMO TRANSMISSION PLT

2401 S. REED ROAD

KOKOMO, IN US 46902

**Sold To:**    DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

**Dock:**

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 59083 | 05305 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 2,100 | 05078868AA<br>END COVER LOWER<br>P.O. #: O71282281 | EA | CTN71<br>CT121505 | 300 | 7 | 95<br>43 | LB<br>KG | 144,000 |
| 7 | CT121505<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 469 |

**Comments:**

| | | | |
|---|---|---|---|
| **Gross:** | 149 | LB | 67 KG |
| **Tare:** | 54 | LB | 24 KG |
| **Net:** | 95 | LB | 43 KG |
| **Pallets:** | 1 | | |
| **CTNS:** | 7 | | |



**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (810) 264-9400 • Fax (810) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 2452

#2452(N) WARREN TRUCK ASSY PLT
6500 HUBER STREET
DETROIT, MI 48211

DOCK: XL

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 59084 | 059084 | 04/30/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 1 | DELUXE S # CP4845VL | EA | .00000000 | .00 |
| | CP4845VL | | | |
| | RETURNABLE LID | | | |

COMMENTS: 3 TOTAL CONTAINERS

RELEASE:  023290200904300940

| | |
|---|---|
| SALES AMOUNT | 2,302.54 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 2,302.54 |



**STAMPING & DIE COMPANY**

INVOICE PAGE
ASN/SID# 059084    1
DATE
04/30/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (810) 264-9400 • Fax (810) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 2452

#2452(N) WARREN TRUCK ASSY PLT
6500 HUBER STREET
DETROIT, MI 48211

DOCK: XL

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 59084 | 059084 | 04/30/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 780 | DELUXE S # 52010138AG 52010138AG SHIELD SPLASH ROTOR RT P.O.-#: O3132030V | EA | 1.21210000 | 945.44 |
| 780 | DELUXE S # 52010139AG 52010139AG SHIELD SPLASH ROTOR LT P.O.-#: O3132032V | EA | 1.21210000 | 945.44 |
| 1800 | DELUXE S # 56045653AA 56045653AA BRACKET CONNECTOR P.O.-#: O2132193P | EA | .22870000 | 411.66 |
| 60 | DELUXE S # CT241505 CT241505 RETURNABLE TOTE | EA | .00000000 | .00 |
| 12 | DELUXE S # CT121507 CT121507 RETURNABLE TOTE | EA | .00000000 | .00 |
| 1 | DELUXE S # CP4845SP CP4845SP RETURNABLE PALLET | EA | .00000000 | .00 |

COMMENTS: 3 TOTAL CONTAINERS

RELEASE:   023290200904300940

**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable**



LGSI: LOGISTICS INSIGHT

Shipper's No. 59084

(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

Carrier's No. 73-5232

AT:STERLING HTS.   MI USA   48312          ON: 4/30/2009
FROM:Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO:00143 LOGISTICS INSIGHT PLANTS: 02452N   (Mail or street address of consignee – For purposes of notification only.)
                  LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.  A
DESTINATION : DETROIT, MI  48210   (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____ Car or Vehicle Initials _____ No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 3 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | 60 CONTAINERS: AUTO PARTS NOIBN CT241505 TOTES ON PALLET(S) ITEM: CT241505 | 1571 | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | 12 CONTAINERS: AUTO PARTS NOIBN CT121507 TOTES ON PALLET(S) ITEM: CT121507 | 276 | | Per _____ (Signature of Consignor.) |
| | | 1 CONTAINERS: AUTO PARTS NOI CPSP RETURNABLE PALLET ITEM: CP4845SP | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | 1 CONTAINERS: AUTO PARTS NOI CPVL RETURNABLE LID ITEM: CP4845VL | 120 | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |

Destination      pallets ctns Net_wt Tare_wt Gross_wt

#2452(N) WARREN TRUCK ASSY PLT(059084)  DK: XL
                  3  74  1703   264   1967

Packing slips # 059084

          PACKING SLIP 059084 ATTACHED
          SUPPLIER CODE:  30811

COLLECT

(Agent or Cashier.)

Per _____

(This signature here acknowledges only the amounts prepaid.)

Charges Advanced:

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____     TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI  USA  48312

Shipper, Per _____

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Agent, Per _____



**SHIPPER**

Deluxe
STAMPING & DIE COMPANY

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 2

**ASN/SID#: 059084**

**DATE:** 4/30/2009

**Ship To:** 2452

#2452(N) WARREN TRUCK ASSY PLT

6500 HUBER STREET

DETROIT, MI 48211

**Dock:** XL

**Sold To:**    DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 59084 | 02452N | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | CUM-Ship |
|---|---|---|---|---|---|---|---|
| 780 | 52010138AG SHIELD SPLASH ROTOR RT P.O. #: O3132030V | EA | CTN71 CT241505 | 26 | 30 | 725 LB 329 KG | 94,883 |
| 780 | 52010139AG SHIELD SPLASH ROTOR LT P.O. #: O3132032V | EA | CTN71 CT241505 | 26 | 30 | 725 LB 329 KG | 94,883 |
| 1,800 | 56045653AA BRACKET CONNECTOR P.O. #: O2132193P | EA | CTN71 CT121507 | 150 | 12 | 252 LB 114 KG | 72,067 |
| 60 | CT241505 RETURNABLE TOTE P.O. #: | EA | RC | 0 | 0 | 0 LB 0 KG | 7,354 |
| 12 | CT121507 RETURNABLE TOTE P.O. #: | EA | RC | 0 | 0 | 0 LB 0 KG | 564 |
| 1 | CP4845SP RETURNABLE PALLET P.O. #: | EA | RC | 0 | 1 | 0 LB 0 KG | 2,440 |
| 1 | CP4845VL RETURNABLE LID P.O. #: | EA | RC | 0 | 1 | 0 LB 0 KG | 2,415 |



INVOICE PAGE
ASN/SID# 059085    1
DATE
04/30/09

**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 4025

#4025 DCX STERLING HGTS ASSY
38111 VAN DYKE AVE
STERLING HEIGHTS, MI US 48312

DOCK: SM

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 59085 | 059085 | 04/30/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 350 | DELUXE S # 05155621AB 05155621AB BRACKET WASHER RESERVOIR P.O.-#: O7127022Q | EA | 2.75510000 | 964.29 |
| 5 | DELUXE S # 0CC00050 0CC00050 RETURNABLE CONTAINER | EA | .00000000 | .00 |

COMMENTS: 5 TOTAL CONTAINERS

RELEASE: 023291200904300940

| | |
|---|---|
| SALES AMOUNT | 964.29 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 964.29 |



# UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable

59085

LGSI: LOGISTICS INSIGHT

Shipper's No. _____

(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No. 73S2328

AT: STERLING HTS.   MI  USA  48312       ON: 4/30/2009

FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 04025    (Mail or street address of consignee – For purposes of notification only)
LINC CROSSDOCK – DETROIT 3685 CENTRAL AVE.

DESTINATION : DETROIT, MI  48210    (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____ Car or Vehicle Initials _____ No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 5 CTNS | | AUTO PARTS NOI<br>CC50 RETURNABLE BIN<br>ITEM: 0CC00050 | 820 | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br>The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| 8 CTNS | | AUTO PARTS NOIBN<br>RETURNABLE METAL TUB<br>ITEM: 0CS07582 | 9472 | | |
| 13 | | | | | Per _____<br>(Signature of Consignor.) |

Destination     pallets ctns Net_wt Tare_wt Gross_wt

#4025 DCX STERLING HGTS ASSY   (059085)    DK: SM
                0     5    520    300    820
#4025 DCX STERLING HGTS ASSY   (059086)    DK: WD
                0     8   3168   6304   9472

Packing slips # 059085 059086

PACKING SLIP 059085 ATTACHED
SUPPLIER CODE:   30811

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____ to apply in prepayment of the charges on the property described hereon.

COLLECT

(Agent or Cashier.)

Per _____
(This signature here acknowledges only the amounts prepaid.)

Charges Advanced:

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SIGNATURE _____     TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI  USA  48312

Shipper, Per _____     Agent, Per _____

# Deluxe
## STAMPING & DIE COMPANY

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

**SHIPPER**

Page 1 of 1

**ASN/SID#: 059085**

**DATE:** 4/30/2009

**Ship To:** 4025

#4025 DCX STERLING HGTS ASSY

38111 VAN DYKE AVE
STERLING HEIGHTS, MI US 48312

**Dock:** SM

**Sold To:** DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 59085 | 04025 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 350 | 05155621AB<br>BRACKET WASHER RESERVOIR<br>P.O. #: O7127022Q | EA | SKD71<br>0CC00050 | 70 | 5 | 520<br>236 | LB<br>KG | 70,383 |
| 5 | 0CC00050<br>RETURNABLE CONTAINER<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 982 |

**Comments:**   5 TOTAL CONTAINERS

| | | | |
|---|---|---|---|
| **Gross:** | 820 | LB | 372 KG |
| **Tare:** | 300 | LB | 136 KG |
| **Net:** | 520 | LB | 236 KG |
| **Pallets:** | 0 | | |
| **CTNS:** | 5 | | |



INVOICE PAGE
ASN/SID# 059086   1
DATE
04/30/09



STAMPING & DIE COMPANY

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01                          SHIP TO: 4025

CHRYSLER COMPANY, LLC                   #4025 DCX STERLING HGTS ASSY
P.O. BOX 537927                         38111 VAN DYKE AVE
LIVONIA, MI US 48153                    STERLING HEIGHTS, MI US 48312

                                        DOCK: WD

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 59085 | 059086 | 04/30/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 132 | DELUXE S # 04389722AE 04389722AE TENSION STRUT ASSY/LOWER P.O.-#: O7127100AB | EA | 15.33150000 | 2,023.76 |
| 132 | DELUXE S # 04389723AE 04389723AE TENSION STRUT ASSY/UPPER P.O.-#: O7127100AB | EA | 15.33150000 | 2,023.76 |
| 8 | DELUXE S # 0CS07582 0CS07582 CS-125 W/DUNNAGE FOR 27C RETURNABLE CONTAINER | EA | .00000000 | .00 |

COMMENTS: 8 TOTAL CONTAINERS              SALES AMOUNT      4,047.52

                                          MISC CHARGES          .00
RELEASE:  023291200904300940                  FREIGHT           .00

                                          INVOICE AMOUNT    4,047.52



# UNIFORM STRAIGHT BILL OF LADING-SHORT FORM Original Not Negotiable

invoice com Doc104 of 123

59085

LGSI: LOGISTICS INSIGHT

Shipper's No. _____

(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading.

Carrier's No. 73523388

AT: STERLING HTS.   MI   USA   48312      ON: 4/30/2009

FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee – For purposes of notification only.)

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 04025
                         LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.

DESTINATION : DETROIT, MI   48210      (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____  Car or Vehicle Initials _____  No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 5 CTNS | | AUTO PARTS NOI<br>CC50 RETURNABLE BIN<br>ITEM: 0CC00050 | 820 | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement.<br>The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| 8 CTNS | | AUTO PARTS NOIBN<br>RETURNABLE METAL TUB<br>ITEM: 0CS07582 | 9472 | | |
| 13 | | | | | Per _____<br>(Signature of Consignor.) |

Destination      pallets ctns Net_wt Tare_wt Gross_wt

#4025 DCX STERLING HGTS ASSY   (059085)   DK: SM
                  0      5     520    300    820
#4025 DCX STERLING HGTS ASSY   (059086)   DK: WD
                  0      8    3168   6304   9472

Packing slips # 059085 059086

          PACKING SLIP 059085 ATTACHED
          SUPPLIER CODE:   30811

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____
to apply in prepayment of the charges on the property described hereon.

COLLECT

_____
(Agent or Cashier.)

Per _____

(This signature here acknowledges only the amounts prepaid.)

Charges Advanced

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

SIGNATURE _____      TITLE _____

If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI   USA   48312

Permanent post office address of shipper.

Shipper, Per _____      Agent, Per _____



**SHIPPER**



6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 059086**

**DATE:** 4/30/2009

**Ship To:** 4025

#4025 DCX STERLING HGTS ASSY

38111 VAN DYKE AVE
STERLING HEIGHTS, MI US 48312

**Dock:** WD

**Sold To:** DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 59085 | 04025 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | CUM-Ship |
|---|---|---|---|---|---|---|---|
| 132 | 04389722AE<br>TENSION STRUT ASSY/LOWER<br>P.O. #: O7127100AB | EA | SKD71<br>0CS07582 | 33 | 4 | 1,584 LB<br>718 KG | 5,783 |
| 132 | 04389723AE<br>TENSION STRUT ASSY/UPPER<br>P.O. #: O7127100AB | EA | SKD71<br>0CS07582 | 33 | 4 | 1,584 LB<br>718 KG | 5,717 |
| 8 | 0CS07582<br>CS-125 W/DUNNAGE FOR 27C<br>P.O. #: | EA | RC | 1 | 0 | 0 LB<br>0 KG | 338 |

**Comments:**   8 TOTAL CONTAINERS

| | | | |
|---|---|---|---|
| **Gross:** | 9,472 | LB | 4,296 KG |
| **Tare:** | 6,304 | LB | 2,859 KG |
| **Net:** | 3,168 | LB | 1,437 KG |
| **Pallets:** | 0 | | |
| **CTNS:** | 8 | | |



**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

INVOICE PAGE
ASN/SID# 059087    1
DATE
04/30/09

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 402E

#4025(E) DCX SHAP C/O ANDROID
27767 GEORGE MERELLI DRIVE
WARREN, MI US 48092

DOCK: AN

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 59087 | 059087 | 04/30/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 1200 | DELUXE S # 04721059AC<br>04721059AC<br>BRACKET<br>P.O.-#: O4129099AJ | EA | .81480000 | 977.76 |
| 12 | DELUXE S # CT121507<br>CT121507<br>RETURNABLE TOTE | EA | .00000000 | .00 |
| 1 | DELUXE S # CP4845SP<br>CP4845SP<br>RETURNABLE PALLET | EA | .00000000 | .00 |
| 1 | DELUXE S # CP4845VL<br>CP4845VL<br>RETURNABLE LID | EA | .00000000 | .00 |

COMMENTS:

RELEASE:    023292200904300940

| | |
|---|---|
| SALES AMOUNT | 977.76 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 977.76 |

**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable**



59087

LGSI: LOGISTICS INSIGHT                                  Shipper's No. _____

*(Name of Carrier)*
RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading          Carrier's No. 73523287

AT:STERLING HTS.   MI USA  48312          ON: 4/30/2009
FROM:Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO:00143 LOGISTICS INSIGHT PLANTS: 04025E          (Mail or street address of consignee – For purposes of notification only.)
          LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI  48210          (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)
Route _____

| Delivering Carrier _____ | | Car or Vehicle Initials _____ | | | No. _____ |

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 1 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | 12 CONTAINERS: | | | |
| | | AUTO PARTS NOIBN | 330 | | |
| | | CT121507 TOTES ON PALLET(S) | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | ITEM: CT121507 | | | |
| | | | | | |
| | | 1 CONTAINERS: | | | |
| | | AUTO PARTS NOI | | | Per _____ |
| | | CPSP RETURNABLE PALLET | | | (Signature of Consignor.) |
| | | ITEM: CP4845SP | | | |
| | | | | | |
| | | 1 CONTAINERS: | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | AUTO PARTS NOI | 40 | | |
| | | CPVL RETURNABLE LID | | | |
| | | ITEM: CP4845VL | | | |

Destination     pallets ctns Net_wt Tare_wt Gross_wt

#4025(E) DCX SHAP C/O ANDROID (059087)  DK: AN
               1   14   306    64    370

Packing slips # 059087

     PACKING SLIP 059087 ATTACHED
     SUPPLIER CODE:  30811

Received $ _____
to apply in prepayment of the charges on the property described hereon.

COLLECT
_____
(Agent or Cashier )

Per _____
(This signature here acknowledges only the amounts prepaid.)

Charges Advanced:

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation          SIGNATURE          TITLE

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."
NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.  MI USA  48312          Shipper, Per _____          Agent, Per _____



**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 059087**

**DATE:** 4/30/2009

**Ship To:** 402E

#4025(E) DCX SHAP C/O ANDROID

27767 GEORGE MERELLI DRIVE

WARREN, MI US 48092

**Dock:** AN

**Sold To:** DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 59087 | 04025E | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 1,200 | 04721059AC BRACKET P.O. #: O4129099AJ | EA | CTN71 CT121507 | 100 | 12 | 306 139 | LB KG | 64,433 |
| 12 | CT121507 RETURNABLE TOTE P.O. #: | EA | RC | 0 | 0 | 0 0 | LB KG | 600 |
| 1 | CP4845SP RETURNABLE PALLET P.O. #: | EA | RC | 0 | 1 | 0 0 | LB KG | 69 |
| 1 | CP4845VL RETURNABLE LID P.O. #: | EA | RC | 0 | 1 | 0 0 | LB KG | 60 |

**Comments:**

| | | | |
|---|---|---|---|
| **Gross:** | 370 | LB | 168 KG |
| **Tare:** | 64 | LB | 29 KG |
| **Net:** | 306 | LB | 139 KG |
| **Pallets:** | 1 | | |
| **CTNS:** | 14 | | |

# Deluxe

## STAMPING & DIE COMPANY

INVOICE PAGE
ASN/SID# 059088    1
DATE
04/30/09

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 4087

#4087(G) ST.LOUIS ASSY II NRTH
LINC 2219 HITZERT COURT
FENTON, MO US 63026

DOCK: LN

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 59088 | 059088 | 04/30/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 312 | DELUXE S # 52010138AG<br>52010138AG<br>SHIELD SPLASH ROTOR RT<br>P.O.-#: O3132030V | EA | 1.21210000 | 378.18 |
| 312 | DELUXE S # 52010139AG<br>52010139AG<br>SHIELD SPLASH ROTOR LT<br>P.O.-#: O3132032V | EA | 1.21210000 | 378.18 |
| 24 | DELUXE S # CT241505<br>CT241505<br>RETURNABLE TOTE | EA | .00000000 | .00 |

COMMENTS: 2 TOTAL CONTAINERS

RELEASE:   023293200904300940

| | |
|---|---|
| SALES AMOUNT | 756.36 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 756.36 |

**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable**

LGSI: LOGISTICS INSIGHT

Shipper's No.                    59088

(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No.   735232 98

AT:STERLING HTS.    MI  USA  48312          ON: 4/30/2009

FROM:Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO:00143 LOGISTICS INSIGHT PLANTS: 04087G          (Mail or street address of consignee – For purposes of notification only)
                LINC CROSSDOCK - Detroit 3685 CENTRAL AVE.          C

DESTINATION : DETROIT, MI  48210          (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route

Delivering Carrier _____   Car or Vehicle Initials _____   No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 2 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignor without recourse on the consignor, the consignor shall sign the following statement: |
| | | 24 CONTAINERS: | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | AUTO PARTS NOIBN | 709 | | |
| | | CT241505 TOTES ON PALLET(S) | | | |
| | | ITEM: CT241505 | | | |
| | | | | | Per _____ |
| | | | | | (Signature of Consignor.) |
| | | Destination    pallets ctns Net_wt Tare_wt Gross_wt | | | |
| | | #4087(G) ST.LOUIS ASSY II NRTH(059088)   DK: LN | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | 2  24  580   128    708 | | | |
| | | Packing slips # 059088 | | | |
| | | PACKING SLIP 059088 ATTACHED | | | |
| | | SUPPLIER CODE:  30811 | | | |

Received $ _____
to apply in prepayment of the charges on the property described hereon.

COLLECT
_____
(Agent or Cashier )

Per _____
(This signature here acknowledges only the amounts prepaid.)

Charges Advanced:

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____          TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.    MI  USA  48312

Shipper, Per _____          Agent, Per _____



**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

STAMPING & DIE COMPANY

Page 1 of 1

**ASN/SID#: 059088**

**DATE:** 4/30/2009

**Ship To:** 4087

#4087(G) ST.LOUIS ASSY II NRTH

LINC 2219 HITZERT COURT

FENTON, MO US 63026

**Dock:** LN

**Sold To:** DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 59088 | 04087G | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 312 | 52010138AG SHIELD SPLASH ROTOR RT P.O. #: O3132030V | EA | CTN71 CT241505 | 26 | 12 | 290 132 | LB KG | 33,196 |
| 312 | 52010139AG SHIELD SPLASH ROTOR LT P.O. #: O3132032V | EA | CTN71 CT241505 | 26 | 12 | 290 132 | LB KG | 33,210 |
| 24 | CT241505 RETURNABLE TOTE P.O. #: | EA | RC | 1 | 0 | 0 0 | LB KG | 35,636 |

**Comments:** 2 TOTAL CONTAINERS

| | | | | |
|---|---|---|---|---|
| Gross: | 708 | LB | 321 | KG |
| Tare: | 128 | LB | 58 | KG |
| Net: | 580 | LB | 263 | KG |
| Pallets: | 2 | | | |
| CTNS: | 24 | | | |





**DELUXE**

STAMPING & DIE COMPANY

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 8068

#8068 CHRYS DE VENEZUELA LL
AV PANCHO PEPE CROQUER
VALENCIA
CARABOBO, VE 48192
DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 59089 | 059089 | 04/30/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 48 | DELUXE S # 52089357AB<br>52089357AB<br>HOOK ASSY TOW RT<br>P.O.-#: O5137089P | EA | 7.93220000 | 380.75 |
| | PKG CHG | | | 31.48 |
| 120 | DELUXE S # 05115548AA<br>05115548AA<br>REINF RR SEAT BELT<br>P.O.-#: O6127032R | EA | 1.43140000 | 171.77 |
| | PKG CHG | | | 22.81 |
| 12 | DELUXE S # EXP0121507<br>EXP0121507<br>EXPENDABLE CARTON | EA | .00000000 | .00 |
| 1 | DELUXE S # EXP0323028<br>EXP0323028<br>EXPENDABLE SKID BOX | EA | .00000000 | .00 |

COMMENTS: 2 TOTAL CONTAINERS

RELEASE:  023294200904300940

| | |
|---|---|
| SALES AMOUNT | 606.81 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 606.81 |



# UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original - Not Negotiable

59089

**LGSI: LOGISTICS INSIGHT**

(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Shipper's No.

Carrier's No. 73-5232

AT: STERLING HTS.   MI   USA   48312         ON: 4/30/2009
FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee – For purposes of notification only.)

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 08068
LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI   48210          (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)
Route

**Delivering Carrier** _____ **Car or Vehicle Initials** _____ **No.** _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 2 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:<br/>The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | 12 CONTAINERS:<br/>AUTO PARTS NOIBN<br/>EXP0121507 CTN ON PALLET(S)<br/>ITEM: EXP0121507 | 204 | | |
| | | 1 CONTAINERS:<br/>AUTO PARTS NOIBN<br/>EXP0323028 EXP. SKID BOX<br/>ITEM: EXP0323028 | 262 | | Per _____<br/>(Signature of Consignor.) |

Destination       pallets ctns Net_wt Tare_wt Gross_wt

#8068 CHRYS DE VENEZUELA LL   (059089)   DK:
                    1    13    384    82    466

Packing slips # 059089

PACKING SLIP 059089 ATTACHED
SUPPLIER CODE:   30811

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $ _____
to apply in prepayment of the charges on the property described hereon.

**COLLECT**

(Agent or Cashier )

Per _____
(This signature here acknowledges only the amounts prepaid.)

Charges Advanced:

$ _____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____ TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI   USA   48312

Shipper, Per _____     Agent, Per _____



 **SHIPPER**

STAMPING & DIE COMPANY

6690 Sterling Drive North
Sterling Heights, MI  48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 059089**

**DATE:** 30/4/2009

Ship To:  8068

#8068 CHRYS DE VENEZUELA LL

AV PANCHO PEPE CROQUER
VALENCIA
CARABOBO,  VE 48192

Sold To:     DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

Dock:

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 59089 | 08068 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 48 | 52089357AB HOOK ASSY TOW RT P.O. #: O5137089P | EA | CTN71 EXP0121507 | 4 | 12 | 192 87 | LB KG | 4,009 |
| 120 | 05115548AA REINF RR SEAT BELT P.O. #: O6127032R | EA | SKD71 EXP0323028 | 120 | 1 | 192 87 | LB KG | 4,320 |
| 12 | EXP0121507 EXPENDABLE CARTON P.O. #: | EA | RC | 1 | 0 | 0 0 | LB KG | 6,170 |
| 1 | EXP0323028 EXPENDABLE SKID BOX P.O. #: | EA | RC | 1 | 0 | 0 0 | LB KG | 290 |

**Comments:**    2 TOTAL CONTAINERS

| | | | |
|---|---|---|---|
| **Gross:** | 466 | LB | 211 KG |
| **Tare:** | 82 | LB | 37 KG |
| **Net:** | 384 | LB | 174 KG |
| **Pallets:** | 1 | | |
| **CTNS:** | 13 | | |

INVOICE PAGE
ASN/SID# 059090    1
DATE
04/30/09



**Deluxe**
STAMPING & DIE COMPANY

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 8481

#8481 TOLUCA CAR ASSY PLANT
CHRYSLER DE MEXICO S A DE C V
CARR MEX TOL KM 60 5
TOLUCA, MX 50000
DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 59090 | 059090 | 04/30/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 200 | DELUXE S # 05178547AA<br>05178547AA<br>BRKT ASSY RR SIDE RAIL SHIP<br>P.O.-#: O8127027D | EA | .85930000 | 171.86 |
| 240 | DELUXE S # 05178557AB<br>05178557AB<br>REINF ASSY SHIPPING TIE DOWN R<br>P.O.-#: O8127008J | EA | 1.77010000 | 424.82 |
| 2 | DELUXE S # 0000CC30<br>0000CC30<br>RETURNABLE CONTAINER | EA | .00000000 | .00 |
| 12 | DELUXE S # CT121507<br>CT121507<br>RETURNABLE TOTE | EA | .00000000 | .00 |

COMMENTS: 3 TOTAL CONTAINERS

RELEASE:    023295200904300940

| | |
|---|---|
| SALES AMOUNT | 596.68 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 596.68 |

**UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable**

59090

LGSI: LOGISTICS INSIGHT

Shipper's No. _____

(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No. 73-52320B

AT:STERLING HTS.   MI  USA  48312     ON: 4/30/2009

FROM:Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.
  Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

CONSIGNED TO:00143 LOGISTICS INSIGHT PLANTS: 08481     (Mail or street address of consignee – For purposes of notification only.)

LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.

DESTINATION : DETROIT, MI  48210     (* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____     Car or Vehicle Initials _____     No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 3 | | TOTAL PALLETS | | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | 2 CONTAINERS: AUTO PARTS NOI CC30 BLUE PLASTIC BIN ITEM: 0000CC30 | 450 | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | 12 CONTAINERS: AUTO PARTS NOIBN CT121507 TOTES ON PALLET(S) ITEM: CT121507 | 237 | | Per _____ (Signature of Consignor.) |

Destination     pallets ctns Net_wt Tare_wt Gross_wt

#8481 TOLUCA CAR ASSY PLANT   (059090)   DK:
                1   14    533    154    687

Packing slips # 059090

        PACKING SLIP 059090 ATTACHED
        SUPPLIER CODE:  30811

If charges are to be prepaid, write or stamp here, "To be Prepaid."

Received $_____ to apply in prepayment of the charges on the property described hereon.

COLLECT

(Agent or Cashier )

Per _____

(This signature here acknowledges only the amounts prepaid.)

Charges Advanced:

$_____

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labelled, and in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____     TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.   MI  USA  48312

Shipper, Per _____     Agent, Per _____

# **Deluxe**
STAMPING & DIE COMPANY

**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 059090**

**DATE:** 30/4/2009

**Ship To:** 8481

#8481 TOLUCA CAR ASSY PLANT

CHRYSLER DE MEXICO S A DE C V
CARR MEX TOL KM 60 5
TOLUCA,  MX 50000

**Sold To:**    DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

**Dock:**

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 59090 | 08481 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 200 | 05178547AA<br>BRKT ASSY RR SIDE RAIL SHIP<br>P.O. #: O8127027D | EA | SKD71<br>0000CC30 | 100 | 2 | 360<br>163 | LB<br>KG | 73,752 |
| 240 | 05178557AB<br>REINF ASSY SHIPPING TIE DOWN R<br>P.O. #: O8127008J | EA | CTN71<br>CT121507 | 20 | 12 | 173<br>78 | LB<br>KG | 73,492 |
| 2 | 0000CC30<br>RETURNABLE CONTAINER<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 720 |
| 12 | CT121507<br>RETURNABLE TOTE<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 3,564 |

| **Comments:**    3 TOTAL CONTAINERS | | |
|---|---|---|

| | | |
|---|---|---|
| **Gross:** | 687 LB | 312 KG |
| **Tare:** | 154 LB | 70 KG |
| **Net:** | 533 LB | 242 KG |
| **Pallets:** | 1 | |
| **CTNS:** | 14 | |



**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

INVOICE PAGE
ASN/SID# 059091    1
DATE
04/30/09

```
SOLD TO: DCX01                      SHIP TO: 6204

CHRYSLER COMPANY, LLC               #6204 TWINSBURG STAMPING PLANT
P.O. BOX 537927                     2000 E. AURORA ROAD
LIVONIA, MI US 48153                TWINSBURG, OH US 44087

                                    DOCK:
```

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 59091 | 059091 | 04/30/09 | LGSI: LOGISTICS | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 3000 | DELUXE S # 05115419AA<br>05115419AA<br>REINF FRT FLOOR<br>P.O.-#: O6127028J | EA | .29170000 | 875.10 |
| 1 | DELUXE S # 0CC00004<br>0CC00004<br>RETURNABLE CONTAINER | EA | .00000000 | .00 |

```
COMMENTS:                           SALES AMOUNT         875.10

                                    MISC CHARGES            .00
RELEASE:  023296200904300940            FREIGHT             .00

                                    INVOICE AMOUNT       875.10
```

UNIFORM STRAIGHT BILL OF LADING-SHORT FORM-Original-Not Negotiable

59091

LGSI: LOGISTICS INSIGHT

Shipper's No. _____

(Name of Carrier)

RECEIVED, subject to the classifications and tariffs in effect on the date of issue of this Original Bill of Lading

Carrier's No. 73-5232

AT: STERLING HTS.   MI USA  48312          ON: 4/30/2009
FROM: Deluxe Stamping & Die Co.

The property described below, in apparent good order, except as noted (contents and conditions of contents of packages unknown), marked, consigned, and destined as indicated below, which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of the property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed, as to each carrier of all or any of said property over all or any portion of said route to destination, and as to each party at any time interested in all or any of said property, that every service to be performed hereunder shall be subject to all the terms and conditions of the Uniform Domestic Straight Bill of Lading set forth (1) in Uniform Freight Classification in effect on the date thereof, if this is a rail or rail-water shipment, or (2) if the applicable motor carrier classification or tariff if this is a motor carrier shipment.

Shipper hereby certifies that he is familiar with all the terms and conditions of the said bill of lading, including those on the back thereof, set forth in the classification or tariff which governs the transportation of this shipment, and the said terms and conditions are hereby agreed to by the shipper and accepted for himself and his assigns.

(Mail or street address of consignee – For purposes of notification only.)

CONSIGNED TO: 00143 LOGISTICS INSIGHT PLANTS: 06204
              LINC CROSSDOCK - DETROIT 3685 CENTRAL AVE.
DESTINATION : DETROIT, MI  48210

(* To be filled in only when shipper desires and governing tariffs provide for delivery thereat.)

Route _____

Delivering Carrier _____ Car or Vehicle Initials _____ No. _____

| NO. PACKAGES | HAZARDOUS MATERIALS | Kind of Package, Description of Articles, Special Marks, and Exceptions | *WEIGHT (SUBJECT TO CORR) | CLASS OR RATE | |
|---|---|---|---|---|---|
| 1 CTNS | | AUTO PARTS NOI CC4 METAL TUB ITEM: 0CC00004 | 1387 | | Subject to Section 7 of conditions of applicable bill of lading if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement: |
| | | | | | The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges. |
| | | Destination    pallets ctns Net_wt Tare_wt Gross_wt | | | |
| | | #6204 TWINSBURG STAMPING PLANT(059091)    DK: | | | Per _____ |
| | | 0    1    780    607    1387 | | | (Signature of Consignor.) |
| | | Packing slips # 059091 | | | If charges are to be prepaid, write or stamp here, "To be Prepaid." |
| | | PACKING SLIP 059091 ATTACHED SUPPLIER CODE:  30811 | | | |
| | | | | | Received $ _____ to apply in prepayment of the charges on the property described hereon. |
| | | | | | COLLECT _____ (Agent or Cashier.) |
| | | | | | Per _____ (This signature here acknowledges only the amounts prepaid.) |
| | | | | | Charges Advanced: |
| | | | | | $ _____ |

SHIPPERS CERTIFICATION: This is to certify that the above named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation

SIGNATURE _____     TITLE _____

* If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is "carrier's or shipper's weight."

NOTE—Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property. The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding per

†Shipper's imprint in lieu of stamp; not a part of Bill of Lading approved by the Interstate Commerce Commission.

Deluxe Stamping & Die Co.
6690 STERLING DRIVE NORTH
STERLING HTS.    MI  USA  48312

Shipper, Per _____          Agent, Per _____



**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

Page 1 of 1

**ASN/SID#: 059091**

**DATE:** 4/30/2009

Ship To: 6204

#6204 TWINSBURG STAMPING PLANT

2000 E. AURORA ROAD

TWINSBURG, OH US 44087

Sold To:   DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

Dock:

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 59091 | 06204 | 0 | GG | LGSI | | 00143 | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | CUM-Ship |
|---|---|---|---|---|---|---|---|
| 3,000 | 05115419AA<br>REINF FRT FLOOR<br>P.O. #: O6127028J | EA | SKD71<br>0CC00004 | 3,000 | 1 | 780  LB<br>354  KG | 564,000 |
| 1 | 0CC00004<br>RETURNABLE CONTAINER<br>P.O. #: | EA | RC | 0 | 0 | 0  LB<br>0  KG | 165 |

Comments:

| | | | |
|---|---|---|---|
| Gross: | 1,387 | LB | 629 KG |
| Tare: | 607 | LB | 275 KG |
| Net: | 780 | LB | 354 KG |
| Pallets: | 0 | | |
| CTNS: | 1 | | |



**STAMPING & DIE COMPANY**

6690 Sterling Drive North, Sterling Heights, Michigan 48312 • (586) 264-9400 • Fax (586) 264-9224

INVOICE PAGE
ASN/SID# 059093    1
DATE
04/30/09

SOLD TO: DCX01

CHRYSLER COMPANY, LLC
P.O. BOX 537927
LIVONIA, MI US 48153

SHIP TO: 5305

#5305 KOKOMO TRANSMISSION PLT
2401 S. REED ROAD
KOKOMO, IN US 46902

DOCK:

| SUPL/DUNS NUMBER | LOC | B.O.L. NUMBER | PACKING SLIP-NO | SHIP DATE | PICKUP-CARRIER | DELV CARR | SLS MAN | TERMS |
|---|---|---|---|---|---|---|---|---|
| 30811 | 01 | 59093 | 059093 | 04/30/09 | UPAC: U.P.S. | | LEN | NET 30 |

| QTY-SHIP | ITEM-# / DESC / COMMENTS | UM | ITEM-PRICE | EXTENDED-PRICE |
|---|---|---|---|---|
| 1800 | DELUXE S # 05078868AA<br>05078868AA<br>END COVER LOWER<br>P.O.-#: O7128228I | EA | .09890000 | 178.02 |
| | PKG CHG | | | 10.80 |
| 6 | DELUXE S # 00000EXP<br>00000EXP<br>EXPENDABLE CONTAINERS | EA | .00000000 | .00 |

COMMENTS: AUTH NO 445150
          6 TOTAL CARTONS

RELEASE:  023300200904301358

| | |
|---|---|
| SALES AMOUNT | 188.82 |
| MISC CHARGES | .00 |
| FREIGHT | .00 |
| INVOICE AMOUNT | 188.82 |



**SHIPPER**

6690 Sterling Drive North
Sterling Heights, MI 48312
(586) 264-9400
(586) 264-9224 Fax

STAMPING & DIE COMPANY

Page 1 of 1

**ASN/SID#: 059093**

**DATE:** 4/30/2009

**Ship To:** 5305

#5305 KOKOMO TRANSMISSION PLT

2401 S. REED ROAD

KOKOMO, IN US 46902

**Dock:**

**Sold To:**    DCX01

CHRYSLER COMPANY, LLC

P.O. BOX 537927

LIVONIA, MI US 48153

| SUPL/DUNS Number | B.O.L. Number | Destination Code | Invoice Number | Trans Mode | SCAC | EQP# | POOL PT | EQP:CD/ID |
|---|---|---|---|---|---|---|---|---|
| 30811 | 59093 | 05305 | 0 | PD | UPAC | | | TL |

| Quantity-Ship | Item# / Description / Comments | UM | Container Code | Pieces/ Per | Number/ Cartons | Net Weight | | CUM-Ship |
|---|---|---|---|---|---|---|---|---|
| 1,800 | 05078868AA<br>END COVER LOWER<br>P.O. #: O71282281 | EA | CTN71<br>00000EXP | 300 | 6 | 81<br>37 | LB<br>KG | 145,800 |
| 6 | 00000EXP<br>EXPENDABLE CONTAINERS<br>P.O. #: | EA | RC | 0 | 0 | 0<br>0 | LB<br>KG | 12 |

**Comments:**    AUTH NO 445150
6 TOTAL CARTONS

| | | | |
|---|---|---|---|
| **Gross:** | 93 | LB | 42 KG |
| **Tare:** | 12 | LB | 5 KG |
| **Net:** | 81 | LB | 37 KG |
| **Pallets:** | 0 | | |
| **CTNS:** | 6 | | |

**UPS Next Day Air®**
**UPS Worldwide Express℠**

Shipping Document

See instructions on back. Visit UPS.com® or call 1-800-PICK-UPS® (800-742-5877) for additional information and UPS Tariff/Terms and Conditions.

**TRACKING NUMBER**  1Z 490 37E 22 1000 1587

**1 SHIPMENT FROM**

SHIPPER'S ACCOUNT NO.  49037 E

REFERENCE NUMBER  59093  AUTO NO 445150

NAME  TELEPHONE  586  264-9400

COMPANY  DELUXE STAMPING & DIE CO

STREET ADDRESS  6690 STERLING DR. N.

CITY AND STATE  STERLING HGTS, MI  ZIP CODE  48312

**2 EXTREMELY URGENT DELIVERY TO**

NAME  TELEPHONE

CHRYS. 5305 N ROAD TRANS PLT

2401 S. REED RD

KOKOMO, IN  46902

**3 WEIGHT**  16  DIMENSIONAL WEIGHT (if applicable)  LARGE PACKAGE

**4 SHIPPER RELEASE**

**CHARGES**

**5 TYPE OF SERVICE**  [X] NEXT DAY AIR  EXPRESS (INT'L)

FOR WORLDWIDE EXPRESS SHIPMENTS
Mark an "X" in this box if shipment only contains documents of no commercial value.  DOCUMENTS ONLY  $

**6 OPTIONAL SERVICES**  SATURDAY PICKUP  SATURDAY DELIVERY  $

DECLARED VALUE FOR CARRIAGE  $ AMOUNT

C.O.D.  $ AMOUNT

**7 ADDITIONAL HANDLING CHARGE**  An Additional Handling Charge applies for certain items.  $

**TOTAL CHARGES**  $

**8 METHOD OF PAYMENT**  BILL SHIPPER'S ACCOUNT  [X] BILL RECEIVER  BILL THIRD PARTY  CREDIT CARD  CHECK

**9 RECEIVER'S/THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO.**  F 850W4  EXPIRATION DATE

THIRD PARTY'S COMPANY NAME

**10**  X  DATE OF SHIPMENT  4/30/10

All shipments are subject to the terms contained in the UPS Tariff/Terms and Conditions of Service, which are available at ups.com and local UPS offices.

0101911202609  1;07 S