

**RCO TECHNOLOGIES**
45601 Five Mile Rd.
Plymouth, MI 48170
Phone: (734) 354-8500
Fax: (734) 354-0660

| | |
|---|---|
| Invoice Number | **164169** |
| Invoice Date | 12/17/2008 |
| Job No | 901834 |
| Page | 1 of 1 |

Customer ID: 02555

Daimler Chrysler
Corporate Accts Payable

P.O. BOX 537927

Livonia, MI  48553-7927

| TERMS | CUSTOMER P.O. NBR | OTHER REFERENCE NO. |
|---|---|---|
| NET 60 DAYS | JZPV600099 | Req# ZPLA0009494 / Qt  T-2798a |

| QUANTITY | DESCRIPTION | PROJECT | UNIT PRICE | PRICE |
|---|---|---|---|---|
| 2.00 | 99-368-0001 <br> Dimensional Testing 202a | 901834 | 800.00 | 1,600.00 |
| 2.00 | 99-368-0002 <br> Backset Retention Test 202a | 901835 | 1,250.00 | 2,500.00 |
| 1.00 | 99-368-0003 <br> Height Retention Test 202a | 901836 | 900.00 | 900.00 |
| 1.00 | 99-368-0004 <br> Energy Absorption Test 202a | 901837 | 825.00 | 825.00 |

Selling party: 81097
RCO Engineering Inc.
29200 Calahan
Roseville, MI  48066

| | |
|---|---|
| **Invoice Total** | **$5,825.00** |

We hereby certify that these goods were produced in compliance with all applicable requirements of sections 6,7, &  12 of the
Fair Labor Standards Act, as amended, and of regulations and order of the United States Department of Labor issued under
Section 14 thereof.

**EXHIBIT 1**

'10/2008                     RCD ENGINEERING - 10                        PAGE:    8
:06:01                  X.12 (850) Purchase Order Report                (ed850r11)
(Continued) ---
  PO Purpose: ORIGINAL                              PO Number: JZPV600099
  PO Type: STAND-ALONE ORDER                        Release:
                                                    PO Date: 12/09/08
                                                    Sender ID: PFM
Receiver ID: 81097

Charge
Allowance/Charge Reference: 040           Special Service Code: ZZ
  Allowance/Charge Total:      $.00
CLAUSE REFER TO TEXT - STATE/LOCAL TAX
Charge                                    Special Service Code: ZZ
Allowance/Charge Reference: 294
  Allowance/Charge Total:      $.00
CLAUSE REFER TO TEXT - HAZARDOUS MATL TAX
Charge                                    Special Service Code: ZZ
Allowance/Charge Reference: 408
  Allowance/Charge Total:      $.00
CLAUSE REFER TO TEXT - HAZARDOUS MATL TAX

              Terms Of Sale: PROXIMO
              Terms Begin At: INVOICE DATE
              Terms Net Days: 45
Day Of Month The Discount Is Applicable: 31

General Scheduling/Shipping: DELIVER ON DATE
  Delivery: 08/12/12

.ne    BUYER'S ITEM NUMBER          Quantity  UM  Unit Price

10001  99-368-0001                         2   EA    800.00000

PURCHASE REQUISITION NO.: ZPLA0009494
REQUISITION NUMBER(S):
PRODUCT Characteristic:
DEMENSIONAL TESTING

General Scheduling/Shipping: DELIVER ON DATE
  Delivery: 08/12/12

10002  99-368-0002                         2   EA   1250.00000

PURCHASE REQUISITION NO.: ZPLA0009494
REQUISITION NUMBER(S):
PRODUCT Characteristic:
BACKSET RETENTION TEST

General Scheduling/Shipping: DELIVER ON DATE
  Delivery: 08/12/12

10003  99-368-0003                         1   EA    900.00000

```
12/2009                                                         RUN: 5
06:01           X.12 (850) Purchase Order Report            (ed850r11)

(Continued)  ----
PO Purpose: ORIGINAL
PO Type: STAND-ALONE ORDER                      PO Number: JZPV600059
                                                Release
Receiver ID: 81097                              PO Date: 12/09/08
                                                Sender ID: PFM
----------------------------------------------------------------------
BUYER'S ITEM NUMBER                   Quantity  UM  Unit Price
----------------------------------------------------------------------

PURCHASE REQUISITION NO.: 2PLA0009494
REQUISITION NUMBER(S):
PRODUCT Characteristic:
HEIGHT RETENTION TEST

General  Scheduling/Shipping:  DELIVER ON DATE
         Delivery: 08/12/12

00004   99-368-0004                        1   EA     825.00000

PURCHASE REQUISITION NO.: 2PLA0009494
REQUISITION NUMBER(S):
PRODUCT Characteristic:
ENERGY ABSORBSION TEST

General  Scheduling/Shipping:  DELIVER ON DATE
         Delivery: 08/12/12
```



**RCO TECHNOLOGIES**
45601 Five Mile Rd.
Plymouth, MI 48170
Phone: (734) 354-8500
Fax: (734) 354-0660

| | |
|---|---|
| **Invoice Number** | **166155** |
| Invoice Date | 3/5/2009 |
| Job No | 901919 |
| Page | 1 of 1 |

Customer ID: 02555

Chrysler
Corporate Accts Payable
P.O. BOX 537927
Livonia, MI 48553-7927

| TERMS | CUSTOMER P.O. NBR | OTHER REFERENCE NO. |
|---|---|---|
| NET 60 DAYS | JZPV600136 | RCO Quote # T-2798a |

| QUANTITY | DESCRIPTION | PROJECT | UNIT PRICE | PRICE |
|---|---|---|---|---|
| 2.00 | 000002 99-369-8001S | 901919 | 825.00 | 1,650.00 |
| | Purchase Requisition No.: ZPBE3840002 | | | |
| | Additional testing for 2010 LX Dodge Seats approved by requesting engineer | | | |

**Invoice Total**   **$1,650.00**

We hereby certify that these goods were produced in compliance with all applicable requirements of sections 6,7, & 12 of the Fair Labor Standards Act, as amended, and of regulations and order of the United States Department of Labor issued under Section 14 thereof.

```
01/28/2009              RCO ENGINEERING - 10              PAGE:    8
18:21:27          X.12 (850) Purchase Order Report        (ed850r11)
--- (Continued) ---
    PO Purpose: (639-06)                PO Number: JZPV600136
       PO Type: STAND-ALONE ORDER          Release:
                                           PO Date: 01/23/09
    Receiver ID: 81097                   Sender ID: PFM
------------------------------------------------------------------------
           DIRECT, INDIRECT, SPECIAL, EXEMPLARY, INCIDENTAL OR
           CONSEQUENTIAL DAMAGE ARISING OUT OF THE USE OR PERFORMANCE
           OF CHRYSLER'S NETWORK.


             BUYING PARTY:
                  CHRYSLER LLC

             BUYER CONTACT: 2669V6D.A. BROWN
                  TELEPHONE: 2485121190


             SELLING PARTY: 81097
                  RCO ENGINEERING INC
                  29200 CALAHAN
                  ROSEVILLE, MI.

                                       480661800

             SHIP TO: ZPI
                  1250 VEHICLE ENGINEERING
                  CHRYSLER TECH CTR
                  800 CHRYSLER DRIVE EAST
                  AUBURN HILLS, MI.

                                       483262757

             PARTY TO BE BILLED:
                  CORPORATE ACCOUNTS PAYABLE
                  CHRYSLER COMPANY LLC
                  P O BOX 537933
                  LIVONIA, MI.

                                       481537933

             RECEIVING LOCATION: ZP
                  ENGINEERING - PROD. DEVEL.

        Charge                  Special Service Code: ZZ
        Allowance/Charge Reference: 040
           Allowance/Charge Total:        $.00
              Special Charge Code: SST
        CLAUSE REFER TO TEXT - STATE/LOCAL TAX
        Charge                  Special Service Code: ZZ
        Allowance/Charge Reference: 294
           Allowance/Charge Total:        $.00
        CLAUSE REFER TO TEXT - HAZARDOUS MATL TAX
        Charge                  Special Service Code: ZZ
        Allowance/Charge Reference: 408
           Allowance/Charge Total:        $.00
        CLAUSE REFER TO TEXT - HAZARDOUS MATL TAX
```

```
01/28/2009              RCO ENGINEERING - 10              PAGE:     9
18:21:27          X.12 (850) Purchase Order Report        (ed850r11)
--- (Continued) ---
    PO Purpose: (639-06)              PO Number: JZPV600136
    PO Type: STAND-ALONE ORDER        Release:
                                      PO Date: 01/23/09
  Receiver ID: 81097                  Sender ID: PFM
-------------------------------------------------------------------------
              Terms Of Sale: PROXIMO
              Terms Begin At: INVOICE DATE
              Terms Net Days: 45
        Day Of Month The Discount Is Appliciable: 31

     General Scheduling/Shipping: DELIVER ON DATE
              Delivery: 09/01/20

  Line  BUYER'S ITEM NUMBER              Quantity  UM  Unit Price
-------------------------------------------------------------------------

  000001  99-369-8000S                      2   EA     800.00000

      PURCHASE REQUISITION NO.: ZPBE3840002
          REQUISITION NUMBER(S):
          SERVICE
          PRODUCT Characteristic:
          DIMENSIONAL TESTING FOR 2010 LX DODGE SEATS

       General Scheduling/Shipping: DELIVER ON DATE
                Delivery: 09/01/20

               Schedule Quantity: 2      EA
                         Delivery: 01/20/09


  000002  99-369-8001S                      2   EA     825.00000

      PURCHASE REQUISITION NO.: ZPBE3840002
          REQUISITION NUMBER(S):
          SERVICE
          PRODUCT Characteristic:
          ENERGY ABSORTION TESTING FOR 2010 LX DODGE SEATS

       General Scheduling/Shipping: DELIVER ON DATE
                Delivery: 09/01/20

               Schedule Quantity: 2      EA
                         Delivery: 01/20/09


  000003  99-369-8002S                      2   EA    1250.00000

      PURCHASE REQUISITION NO.: ZPBE3840002
          REQUISITION NUMBER(S):
          SERVICE
          PRODUCT Characteristic:
```

```
01/28/2009                 RCO ENGINEERING - 10                  PAGE:    10
18:21:27              X.12 (850) Purchase Order Report          (ed850r11)
--- (Continued) ---
    PO Purpose: (639-06)                 PO Number: JZPV600136
       PO Type: STAND-ALONE ORDER        Release:
                                         PO Date: 01/23/09
    Receiver ID: 81097                   Sender ID: PFM
-----------------------------------------------------------------------------
Line   BUYER'S ITEM NUMBER              Quantity  UM  Unit Price
-----------------------------------------------------------------------------
       BACKSET RETENTION TESTING FOR 2010 LX DODGE SEATS

   General Scheduling/Shipping: DELIVER ON DATE
             Delivery: 09/01/20

             Schedule Quantity: 2     EA
                       Delivery: 01/20/09


000004  99-369-8003S                     2   EA      900.00000

     PURCHASE REQUISITION NO.: ZPBE3840002
        REQUISITION NUMBER(S):
        SERVICE
        PRODUCT Characteristic:
        HEIGHT RETENTION TESTING FOR 2010 LX DODGE SEATS

     General Scheduling/Shipping: DELIVER ON DATE
               Delivery: 09/01/20

               Schedule Quantity: 2     EA
                         Delivery: 01/20/09
```



**RCO TECHNOLOGIES**
45601 Five Mile Rd.
Plymouth, MI 48170
Phone: (734) 354-8500
Fax: (734) 354-0660

| | |
|---|---|
| Invoice Number | **167359** |
| Invoice Date | 4/24/2009 |
| Job No | 901949 |
| Page | 1 of 2 |

Customer ID: 02555

Chrysler
Corporate Accts Payable

P.O. BOX 537933

Livonia, MI 48153-7933

| TERMS | CUSTOMER P.O. NBR | OTHER REFERENCE NO. | | |
|---|---|---|---|---|
| NET 60 DAYS | K0333002 | Qt T2859b/ REQN KMEJ9047033 | | |
| **QUANTITY DESCRIPTION** | | **PROJECT** | **UNIT PRICE** | **PRICE** |
| 1.00   000001 1QZ02TRMMA<br>Clause #159 | | 901949 | 10,394.00 | 10,394.00 |
| 1.00   000002 1QZ17TRMAA<br>Clause #159 | | 901949 | 899.00 | 899.00 |
| 1.00   000003 1QZ18TRMAA<br>Clause #159 | | 901949 | 1,999.00 | 1,999.00 |
| 1.00   000004 1QZ20TRMAA<br>Clause #159 | | 901950 | 20,924.00 | 20,924.00 |
| 1.00   000005 1QZ21TRMAA<br>Clause #159 | | 901950 | 10,499.00 | 10,499.00 |
| 1.00   000006 1QZ26TRMAA<br>Clause #159 | | 901951 | 5,999.00 | 5,999.00 |
| 1.00   000007 1QZ32TRMAA<br>Clause #159 | | 901951 | 2,999.00 | 2,999.00 |
| 1.00   Clause #118k 1QZ18TRMAA | | 901949 | 1,000.00 | 1,000.00 |
| 1.00   Clause #118k 1QZ21TRMAA | | 901950 | 1,000.00 | 1,000.00 |
| 1.00   Clause #118k 1QZ32TRMAA | | 901949 | 500.00 | 500.00 |

We hereby certify that these goods were produced in compliance with all applicable requirements of sections 6,7, & 12 of the
Fair Labor Standards Act, as amended, and of regulations and order of the United States Department of Labor issued under
Section 14 thereof.

Continued



**RCO TECHNOLOGIES**
45601 Five Mile Rd.
Plymouth, MI 48170
Phone: (734) 354-8500
Fax: (734) 354-0660

| | |
|---|---|
| **Invoice Number** | **167359** |
| Invoice Date | 4/24/2009 |
| Job No | 901949 |
| Page | 2 of 2 |

Customer ID: 02555

Chrysler
Corporate Accts Payable

P.O. BOX 537933

Livonia, MI 48153-7933

> NOTES:
> Supplier Vender Code: 81097
>
> Requisition Number: KMEJ9047033
>
> Sender ID: PPO
>
> Ship To:  1250 Chrysler Tech Ctr
>           A.P.P. / Shipping & Receiving
>           800 Chrysler Drive East
>           Auburn Hills, MI 48326-2
>
> Currency Code:  USD

**Invoice Total**        $56,213.00

We hereby certify that these goods were produced in compliance with all applicable requirements of sections 6,7, & 12 of the
Fair Labor Standards Act, as amended, and of regulations and order of the United States Department of Labor issued under
Section 14 thereof.

ED850R1R

03/10/2009                    RCO ENGINEERING - 10              Page 1 OF 10

15:18:22                 X.12 (850) Purchase Order Report         (ed850r11)

     PO Purpose: ORIGINAL              PO Number: K0333002
     PO Type: NEW ORDER                   Release:
                                        PO Date: 03/10/09
     Receiver ID: 81097               Sender ID: PPO
        Ci File: CI1058
------------------------------------------------------------------------
          Ship Pay Method: COLLECT

                       81097  ROSEVILLE MI

                  Location Defined - ORIGIN (SHIPPING POINT)


     Note:ENTIRE TRANSACTION S

          SELLER AGREES TO SELL AND DELIVER THE GOODS OR SERVICES

          SPECIFIED IN CHRYSLER'S ORDER IN ACCORDANCE WITH THE

          TERMS AND CONDITIONS CONTAINED IN THE ORDER, INCLUDING THE

          CLAUSES REFERENCED IN THE ORDER, THE CHRYSLER    .

          GENERAL TERMS AND CONDITIONS, THE TERMS OF THIS FORM AND

          ANY SIGNED DOCUMENTS REFERENCED IN THE ORDER, ALL OF

          WHICH CONSTITUTE THE ENTIRE AND FINAL AGREEMENT BETWEEN   .

          CHRYSLER AND SELLER AND CANCEL AND SUPERSEDE ANY    .

          PRIOR OR CONTEMPORANEOUS NEGOTIATIONS OR AGREEMENTS

          REGARDING THE ORDER. THE CHRYSLER GENERAL TERMS    '

          AND CONDITIONS ARE AS CURRENTLY PUBLISHED ON

        HTTP://CHRYSLER.COVISINT.COM (REFERENCE TAB).

          BY ACCEPTING THE ORDER, SELLER ACKNOWLEDGES HAVING

          ACTUAL KNOWLEDGE OF THE TEXT OF THE REFERENCED CLAUSES

          AND THE GENERAL TERMS AND CONDITIONS.  CHRYSLER'S

          ORDER EXPRESSLY LIMITS ACCEPTANCE TO THE TERMS OF THE

          ORDER AND ANY ADDITIONAL OR DIFFERENT TERMS, WHETHER

          CONTAINED IN SELLER'S FORMS OR OTHERWISE PRESENTED BY

          SELLER ARE REJECTED UNLESS EXPRESSLY AGREED TO BY

          CHRYSLER.  SELLER SPECIFICALLY WAIVES ITS SIGNED

          ACCEPTANCE OF THE ORDER.  "ORDER" MEANS A PURCHASE ORDER

                          Page 1

ED850R1R

TRANSMITTED TO SELLER VIA CHRYSLER ELECTRONIC DATA

INTERCHANGE SYSTEM OR DELIVERED TO SELLER IN A PAPER FORMAT.

REASON FOR AMENDMENT

NEW PURCHASE ORDER

PART DESCRIPTION

PART 1QZO2TRMAA IS SHOWN ON DRAWING SAME

SEAT SET - VEHICLE COMPLETE

PART CHANGE LEVEL REQUESTED IS   A, USE CHANGE LEVEL SHIPPED

ON THE BARCODE LABEL FOR PAYMENT PURPOSES

END USER NAME: (BITTINGER,D.                          )

LOC (1250) DEPT: (8320) PH: (2485765630) CIMS: (4833402)

INV APRV NAME: (SEVENTKO,M.J.                         )

LOC (1250) DEPT: (8320) PH: (2485762789) CIMS: (4833202)

----- PRICE IS IN U.S. DOLLARS -----

INVOICE STATUS MAY BE CHECKED ANYTIME VIA AN

AUTOMATED RESPONSE PHONE SYSTEM.

CALL 586-274-7676 (U.S. ACCOUNTS PAYABLE)

CALL 586-274-6220 (CANADIAN ACCOUNTS PAYABLE)

BAR CODE LABELS, MODIFIED 9/03/02 LETTER, MUST BE USED

(ON BOTH SHIPPING CONTAINER AND SHIPPER ITSELF)

OR DELAYED/NON PAYMENT OF INVOICES MAY RESULT.

---------- SPECIAL SUPPLIER TRAINING INFORMATION -----------

ALL SUPPLIERS SHOULD BE REGULARLY VISITING THE SUPPLIER

```
03/10/2009                  RCO ENGINEERING - 10              Page 2 OF 10

15:18:22            X.12 (850) Purchase Order Report          (ed850r11)
--- (Continued) ---
   PO Purpose: ORIGINAL              PO Number: K0333002
   PO Type: NEW ORDER                Release:
                                     PO Date: 03/10/09
   Receiver ID: 81097                Sender ID: PPO
   Ci File: CI1058
-------------------------------------------------------------------------
```

EDUCATION & TRAINING WEBSITE WHERE TRAINING OPPORTUNITIES

AND EVENTS ARE FREQUENTLY COMMUNICATED, INCLUDING SUPPLIER

TRAINING WEEK.

THE SITE ALSO INCLUDES A SPECIAL "NEW SUPPLIER" SECTION AND

ED850R1R

A CDS TIMELINE WHICH MATCHES QUALITY GATES TO SUGGESTED
TRAINING COURSES.
GO TO HTTP://CHRYSLER.COVISINT.COM.  AFTER LOGGING
IN, CLICK ON THE CHRYSLER GROUP SECTION OF THE SITE.  ACROSS
THE TOP OF THE SCREEN THERE WILL BE THREE TABS, "HOME",
"APPLICATION", AND "REFERENCE".  CHOOSE THE "REFERENCE" TAB
AND SCROLL TO "TRAINING".  REGISTRATION INFORMATION IS FOUND
AT THE SUPPLIER EDUCATION & TRAINING WEBSITE WITHIN THE
"REFERENCE" TAB.
PO CREATED FROM REQN KMEJ9047033
          BUYING PARTY Currency Code: USD

          CLAUSE NUMBER:288C
          CLAUSE NUMBER:082J
THIS ORDER APPLIES TO OUR FOLLOWING PLANT REQUIREMENTS ONLY:

          CLAUSE NUMBER:022A
CLAUSE #022A:
DELAY IN PAYMENT AND RETURN OF INVOICE TO THE SELLER CAN RESULT
IF THE REQUIREMENTS BELOW ARE NOT FOLLOWED. INVOICES AND PACKING
SLIPS ISSUED AGAINST THIS PURCHASE ORDER MUST BEAR THE FOLLOWING:
     - SUPPLIER VENDOR CODE
     - COMPLETE PURCHASE ORDER NUMBER
     - REQUISITION AND/OR BLANKET ORDER RELEASE NUMBER
     - 'SHIP TO' ADDRESS WITH LOCATION CODE, SEE BULLETINS FOR CODES
     - 'INVOICE TO' ADDRESS (POST OFFICE BOX ADDRESS)
     - NON-PRODUCTION MATERIAL CODE (ITEM #) OR PRODUCTION PART #
     - SHIPMENT MODE
     - INVOICE AND RECEIPT NUMBER
     - INVOICE DATE/SHIP DATE
     - UNIT PRICE AND ISO CURRENCY CODE

Page 3

ED850R1R

- QUANTITY AND UNIT OF MEASURE

- PRICING/COST FOR BILLABLE CLAUSES

- ADDITIONAL LINE ITEM EXPENSES

- PROPER EXTENSION OF ALL LINE ITEMS

- INVOICE GRAND TOTAL

FURTHER INFORMATION REGARDING INVOICE AND RECEIPT REQUIREMENTS
CAN BE OBTAINED FROM THE CHRYSLER CORPORATE ACCOUNTS
PAYABLE DEPARTMENT DOCUMENT: 'INFORMATION BULLETIN - FACILITIES
AND MATERIALS INVOICE AND RECEIPT REQUIREMENTS' OR PRODUCTION
INVOICE REQUIREMENTS. ADDITIONAL SHIPPING INSTRUCTIONS:  IN
ADDITION TO PROPER LABELING, THE FOLLOWING MUST BE OBSERVED:

   - TWO (2) PACKING LISTS MUST BE INCLUDED WITH SHIPMENT.  ONE
     ATTACHED TO EXTERIOR OF SHIPPING CONTAINER AND ONE INSIDE
     SHIPPING CONTAINER.

03/10/2009                    RCO ENGINEERING - 10            Page 3 OF 10

15:18:22                  X.12 (850) Purchase Order Report       (ed850r11)
--- (Continued) ---
   PO Purpose: ORIGINAL                    PO Number: K0333002
   PO Type: NEW ORDER                        Release:
                                            PO Date: 03/10/09
   Receiver ID: 81097                      Sender ID: PPO
   Ci File: CI1058
----------------------------------------------------------------------
     THE WORDS "NON-PRODUCTION MATERIAL" OR "PRODUCTION MATERIAL" MUST
     BE CLEARLY MARKED AND VISIBLE ON OUTSIDE OF SHIPPING CONTAINER.
     THIS PURCHASE ORDER IS ISSUED FOR THE ITEM(S) AS SPECIFICALLY
     IDENTIFIED ON THIS ORDER. ANY SUBSTITUTION OF MATERIAL OTHER THAN
     DESCRIBED HEREIN WITHOUT PRIOR PURCHASING APPROVAL, WILL BE
     CONSIDERED A VIOLATION OF THE ORDER AND SUBJECT TO A DEBIT OF THE
     SELLER'S ACCOUNT AND REMOVAL AS AN APPROVED CHRYSLER
     SUPPLIER.
     FOR INVOICING PROBLEMS CALL THE APPROPRIATE PAYABLES LOCATION:
     CORPORATE ACCOUNTS PAYABLE:  (586) 274-7676
     MEXICO ACCOUNTS PAYABLE: 011-52-555-081-7762
     CANADIAN ACCOUNTS PAYABLE: (586) 274-6220

                              Page 4

ED850R1R

CLAUSE NUMBER:057

CLAUSE #057: FEDERAL EXCISE TAX EXEMPTION CERTIFICATE:
CHRYSLER HEREBY CERTIFIES THAT IT IS A MANUFACTURER OR
PRODUCER OF ARTICLES TAXABLE UNDER CHAPTER 32, SUB-CHAPTERS A
AND B, OF THE INTERNAL REVENUE CODE AND OF ARTICLES NOT TAXABLE,
THEREUNDER, AND HOLDS CERTIFICATE OF REGISTRY NO.38730507A,
ISSUED BY THE DISTRICT DIRECTOR OF INTERNAL REVENUE AT DETROIT,
MICHIGAN, AND THAT THE ARTICLE OR ARTICLES SPECIFIED IN THE
ACCOMPANYING ORDER WILL BE USED BY IT AS MATERIAL IN THE
MANUFACTURE OR PRODUCTION OF, OR AS A COMPONENT PART OF SUCH
ARTICLE OR ARTICLES TO BE MANUFACTURED OR PRODUCED BY
CHRYSLER. IT IS UNDERSTOOD THAT FOR ALL PURPOSES
CHRYSLER WILL BE CONSIDERED THE MANUFACTURER OR PRODUCER
OF THE ARTICLES PURCHASED HEREUNDER, AND (EXCEPT AS SPECIFICALLY
PROVIDED BY LAW) MUST PAY TAX ON RESALE OR USE, OTHERWISE THAN AS
SPECIFIED ABOVE, OF THE ARTICLES PURCHASED HEREUNDER. IT IS
FURTHER UNDERSTOOD THAT THE FRADULENT USE OF THIS CERTIFICATE TO
SECURE EXEMPTION WILL SUBJECT CHRYSLER AND ALL GUILTY
PARTIES TO THE PENALTIES PROVIDED BY LAW.


CLAUSE NUMBER:098A

CLAUSE #098A: LICENSE UNDER FOREGROUND INTELLECTUAL PROPERTY
ONLY.
SELLER GRANTS TO CHRYSLER, ITS PRESENT AND FUTURE
SUBSIDIARIES AND CONTROLLED COMPANIES (CHRYSLER
COMPANIES), A NON-EXCLUSIVE, WORLD-WIDE, PAID-UP, IRREVOCABLE,
AND PERPETUAL LICENSE UNDER ANY INTELLECTUAL PROPERTY RIGHT THAT
IS CONCEIVED, DEVELOPED, OR ACQUIRED BY SELLER IN PERFORMING
WORK UNDER THIS PURCHASE ORDER, TO PRACTICE IN CONNECTION WITH
CHRYSLER COMPANIES' BUSINESS, THE PRODUCTS, PROCESSES,
AND TECHNOLOGY WITHIN THE SCOPE OF THIS PURCHASE ORDER,

Page 5

ED850R1R

INCLUDING WITHOUT LIMITATION:

(1) TO MAKE, HAVE MADE, USE, OFFER TO SELL, SELL, AND IMPORT,

ANY IMPROVEMENT THEREOF: AND (2) TO REPRODUCE, DISTRIBUTE ONLY

WITH CHRYSLER COMPANIES' PRODUCTS, DISPLAY PUBLICLY,

PERFORM PUBLICLY, AND PREPARE DERIVATIVE WORKS BASED UPON, ANY

```
□03/10/2009                    RCO ENGINEERING - 10           Page 4 OF 10
15:18:22                  X.12 (850) Purchase Order Report         (ed850r11)
--- (Continued) ---
     PO Purpose: ORIGINAL                 PO Number: K0333002
     PO Type: NEW ORDER                   Release:
                                          PO Date: 03/10/09
  Receiver ID: 81097                      Sender ID: PPO
     Ci File: CI1058
-------------------------------------------------------------------------------
```

COPYRIGHTED WORK.


        CLAUSE NUMBER:252

SELLER WILL COMPLY WITH ALL APPLICABLE PROVISIONS OF U.S.

EXECUTIVE ORDER 13201 OF FEBRUARY 17, 2001, AND ALL RELATED

RULES, REGULATIONS AND ORDERS OF THE U.S. SECRETARY OF LABOR

INCLUDING, WITHOUT LIMITATION, THE NOTICE POSTING AND OTHER

REQUIREMENTS SET FORTH IN 29 CFR PART 470.


        CLAUSE NUMBER:409

CLAUSE #409: NOTWITHSTANDING THE PROVISIONS OF CLAUSE 23 OF THE

GENERAL TERMS AND CONDITIONS, WEBSITE

HTTP://CHRYSLER.COVISINT.COM (REFERENCE TAB).  THE 1980

UNITED NATIONS CONVENTION ON CONTRACTS FOR THE INTERNATIONAL

SALE OF GOODS, TO THE EXTENT IT MAY BE DEEMED TO APPLY, SHALL

NOT, PURSUANT TO ARTICLE 6 THEREOF, APPLY TO THIS PURCHASE ORDER

(INCLUDING AMENDMENTS) OR ANY TRANSACTIONS PURSUANT THERETO.


        CLAUSE NUMBER:680

CLAUSE 680:  WHEN REQUESTED BY CHRYSLER, SUPPLIER IS

REQUIRED BY 49 C.F.R. PART 583 (WHICH IS ADMINISTERED BY THE

NATIONAL HIGHWAY TRAFFIC SAFETY ADMINISTRATION) TO PROVIDE

ED850R1R

DOMESTIC CONTENT INFORMATION AND CERTIFICATIONS TO
CHRYSLER.  THIS REGULATION REQUIRES THAT SUPPLIER PROVIDE
THE REQUESTED INFORMATION AND CERTIFICATION WITHIN 45 DAYS FROM
CHRYSLER'S REQUEST OR BY THE DATE REQUESTED BY
CHRYSLER, WHICHEVER IS LATER.


          CLAUSE NUMBER:699

CLAUSE 699:  THE FOLLOWING FEDERAL ACQUISITION REGULATIONS
("FAR") ARE INCORPORATED INTO THIS PURCHASE ORDER.  SUPPLIER MUST
COMPLY WITH THE "FAR" UNLESS, BY ITS TERMS, A PARTICULAR
REGULATION DOES NOT APPLY.  IF THERE IS A CONFLICT BETWEEN ANY
OTHER TERM OF THIS PURCHASE ORDER AND A "FAR", THE "FAR" WILL
CONTROL.

| TITLE | FAR |
| --- | --- |
| ------- | ----- |
| 1. AFFIRMATIVE ACTION FOR HANDICAPPED WORKERS | 52.222-36 |
| 2. AFFIRMATIVE ACTION FOR SPECIAL DISABLED AND | |
| VIETNAM ERA VETERANS | 52.222-35 |
| 3. ANTI-KICKBACK PROCEDURES | 52.203-7 |
| 4. AUTHORIZATION AND CONSENT | 52.227-1 |
| 5. BANKRUPTCY | 52.242-13 |
| 6. CLEAN AIR AND WATER | 52.223-2 |
| 7. CONTRACT WORK HOURS AND SAFETY STANDARDS ACT- | |
| OVERTIME COMPENSATION | 52.222-4 |
| 8. EMPLOYMENT REPORT ON SPECIAL DISABLED VETERANS | |
| AND VETERANS OF THE VIETNAM ERA | 52.222-37 |
| 9. EQUAL OPPORTUNITY | 52.222-26 |

D03/10/2009                    RCO ENGINEERING - 10                Page 5 OF 10
15:18:22              X.12 (850) Purchase Order Report          (ed850r11)
--- (Continued) ---
      PO Purpose: ORIGINAL              PO Number: K0333002
      PO Type: NEW ORDER                  Release:
                                        PO Date: 03/10/09
   Receiver ID: 81097                   Sender ID: PPO
                              Page 7

```
                                    ED850R1R
      Ci File: CI1058
----------------------------------------------------------------------
     10. EXAMINATION OF RECORDS BY COMPTROLLER GENERAL      52.215-1
     11. EXAMINATION OF RECORDS BY GSA                      552.215-70
     12. HAZARDOUS MATERIAL IDENTIFICATION AND MATERIAL
         SAFETY DATA (DEVIATION)                            52.223-3
     13. LABOR SURPLUS AREA SUBCONTRACTING PROGRAM          52.220-4
     14. LIMITATIONS ON PAYMENTS TO INFLUENCE CERTAIN
         FEDERAL TRANSACTIONS (DEVIATION)                   52.223-12
     15. NOTICE AND ASSISTANCE REGARDING PATENT AND
         COPYRIGHT INFRINGEMENT                             52.227-2
     16. NOTICE TO THE GOVERNMENT OF LABOR DISPUTES         52.222-1
     17. PREFERENCE FOR PRIVATELY OWNED U.S.-FLAG
         COMMERCIAL VESSELS                                 52.247-64
     18. PROTECTING THE GOVERNMENT'S INTEREST WHEN
         SUBCONTRACTING WITH CONTRACTOR'S DEBARRED,
         SUSPENDED, OR PROPOSED FOR DEBARMENT               52.209-6
     19. RESTRICTION ON CERTAIN FOREIGN PURCHASES           52.225-11
     20. RESTRICTIONS ON SUBCONTRACTOR SALES TO
         THE GOVERNMENT                                     52.203-6
     21. SMALL BUSINESS AND SMALL DISADVANTAGED
         BUSINESS SUBCONTRACTING PLAN AND (ALTERNATE I)     52.219-9


             CLAUSE NUMBER:159
     CLAUSE #159 : BILL THE FOLLOWING AS A SEPARATE ITEM ON YOUR
     INVOICE - OTHER:
     1QZ02TRMAA  /KMEJ9047033/     10,394.00        901949


             CLAUSE NUMBER:159
     CLAUSE #159 : BILL THE FOLLOWING AS A SEPARATE ITEM ON YOUR
     INVOICE - OTHER:
     1QZ17TRMAA  /KMEJ9047033/       899.00       901949
```

ED850R1R

CLAUSE NUMBER:159

CLAUSE #159 : BILL THE FOLLOWING AS A SEPARATE ITEM ON YOUR

INVOICE - OTHER:

1QZ18TRMAA  /KMEJ9047033/     1,999.00        901949

CLAUSE NUMBER:159

CLAUSE #159 : BILL THE FOLLOWING AS A SEPARATE ITEM ON YOUR

INVOICE - OTHER:

1QZ20TRMAA  /KMEJ9047033/    20,924.00
                                              901950

CLAUSE NUMBER:159

CLAUSE #159 : BILL THE FOLLOWING AS A SEPARATE ITEM ON YOUR

INVOICE - OTHER:

1QZ21TRMAA  /KMEJ9047033/    10,499.00       901950

CLAUSE NUMBER:159

CLAUSE #159 : BILL THE FOLLOWING AS A SEPARATE ITEM ON YOUR

INVOICE - OTHER:

03/10/2009                RCO ENGINEERING - 10              Page 6 OF 10

15:18:22              X.12 (850) Purchase Order Report          (ed850r11)
--- (Continued) ---
    PO Purpose: ORIGINAL                 PO Number: K0333002
    PO Type: NEW ORDER                     Release:
                                         PO Date: 03/10/09
    Receiver ID: 81097                   Sender ID: PPO
    Ci File: CI1058
------------------------------------------------------------------------
    1QZ26TRMAA  /KMEJ9047033/     5,999.00
                                              901951

CLAUSE NUMBER:159

CLAUSE #159 : BILL THE FOLLOWING AS A SEPARATE ITEM ON YOUR

INVOICE - OTHER:

1QZ32TRMAA  /KMEJ9047033/     2,999.00       901951

CLAUSE NUMBER:005D

Page 9

```
                                    ED850R1R
[RCO ENGINEERING INC                ][IS]


        CLAUSE NUMBER:118K
[1QZ18TRMAA  /KMEJ9047033/      1,000.00]  901949 setup
[1QZ21TRMAA  /KMEJ9047033/      1,000.00]  901950 setup
[1QZ32TRMAA  /KMEJ9047033/        500.00]  90195/ setup



        BUYING PARTY:

            CHRYSLER


          BUYER CONTACT: 133333S. MYNENI
              TELEPHONE: 2485763615



        SELLING PARTY: 81097

            RCO ENGINEERING INC

            29200 CALAHAN

            ROSEVILLE, MI.

            US                        480661800


        SHIP TO:

            1250 CHRYSLER TECH CTR

            A.P.P./SHIPPING & RECEIVING

            800 CHRYSLER DRIVE EAST

            AUBURN HILLS, MI.

                                    48326-2


        PARTY TO BE BILLED:

            CORPORATE ACCOUNTS PAYABLE

            CHRYSLER COMPANY LLC

            P O BOX 537933
                                Page 10
```

ED850R1R

LIVONIA, MI.

48153-7

RECEIVING LOCATION:

ENGINEERING - PROD. DEV. (A.P.P.) (

RECEIVE SHIPPING NOTICE: 81097

RCO ENGINEERING INC

29200 CALAHAN

| 03/10/2009 | RCO ENGINEERING - 10 | Page 7 OF 10 |
| 15:18:22 | X.12 (850) Purchase Order Report | (ed850r11) |

--- (Continued) ---

| | |
|---|---|
| PO Purpose: ORIGINAL | PO Number: K0333002 |
| PO Type: NEW ORDER | Release: |
| | PO Date: 03/10/09 |
| Receiver ID: 81097 | Sender ID: PPO |
| Ci File: CI1058 | |

-------------------------------------------------------------------------------

ROSEVILLE, MI.

US                              480661800

MANUFACTURING PLANT: 81097

RCO ENGINEERING INC

ROSEVILLE, MI.

US                              480661800

Terms Of Sale: PROXIMO

Terms Begin At: INVOICE DATE

Terms Net Days: 45

General Scheduling/Shipping: SHIP PER SCHEDULE

PER WRITTEN RELEASE

Line   BUYERS PART NUMBER                Quantity  UM  Unit Price

-------------------------------------------------------------------------------

```
                                      ED850R1R
000001 √ 1QZ02TRMAA                                 1  EA        1.00000
```

   Note On: ENTIRE TRANSACTION S
          FINISH PER MATERIAL STANDARDS AND B/P CHANGE  A


                  MODEL YEAR: 10
     PURCHASE REQUISITION NO.: KMEJ9047033
     INTERNAL CUSTOMER NUMBER: KLLBZ
          ENGINEERING CONTROL #
          GENERAL PRODUCT FORM Characteristic:
          SEAT SET VEHICLE COMPLETE


       General Scheduling/Shipping: SHIP PER SCHEDULE
          PER WRITTEN RELEASE
                  Schedule Quantity: 1    EA
                       Delivery: 03/31/10
             PROMISED FOR DELIVERY: 03/31/10


```
000002 √ 1QZ17TRMAA                                 1  EA        1.00000
```

   Note On: ENTIRE TRANSACTION S
          FINISH PER MATERIAL STANDARDS AND B/P CHANGE  A


                  MODEL YEAR: 10
     PURCHASE REQUISITION NO.: KMEJ9047033
     INTERNAL CUSTOMER NUMBER: KLLBZ
          ENGINEERING CONTROL #
          GENERAL PRODUCT FORM Characteristic:
          SEAT SET VEHICLE COMPLETE

```
                                   ED850R1R
--- (Continued) ---
    PO Purpose: ORIGINAL              PO Number: K0333OO2
    PO Type: NEW ORDER                  Release:
                                        PO Date: 03/10/09
    Receiver ID: 81097                Sender ID: PPO
-----------------------------------------------------------------------
Line   BUYERS PART NUMBER              Quantity  UM  Unit Price ·
-----------------------------------------------------------------------
     General Scheduling/Shipping: SHIP PER SCHEDULE

         PER WRITTEN RELEASE

                 Schedule Quantity: 1     EA

                      Delivery: 03/31/10

             PROMISED FOR DELIVERY: 03/31/10


000003 √ 1QZ18TRMAA                        1   EA       1.00000


   Note On: ENTIRE TRANSACTION S

         FINISH PER MATERIAL STANDARDS AND B/P CHANGE  A


             MODEL YEAR: 10

     PURCHASE REQUISITION NO.: KMEJ9047033

   INTERNAL CUSTOMER NUMBER: KLLBZ

         ENGINEERING CONTROL #

         GENERAL PRODUCT FORM Characteristic:

         SEAT SET VEHICLE COMPLETE


     General Scheduling/Shipping: SHIP PER SCHEDULE

         PER WRITTEN RELEASE

                 Schedule Quantity: 1     EA

                      Delivery: 03/31/10

             PROMISED FOR DELIVERY: 03/31/10


000004 √1QZ20TRMAA                         1   EA       1.00000


   Note On: ENTIRE TRANSACTION S

         FINISH PER MATERIAL STANDARDS AND B/P CHANGE  A
```

ED850R1R


MODEL YEAR: 10

PURCHASE REQUISITION NO.: KMEJ9047033

INTERNAL CUSTOMER NUMBER: KLLBZ

ENGINEERING CONTROL #

GENERAL PRODUCT FORM Characteristic:

SEAT SET VEHICLE COMPLETE


General Scheduling/Shipping: SHIP PER SCHEDULE

PER WRITTEN RELEASE

Schedule Quantity: 1     EA

Delivery: 03/31/10

PROMISED FOR DELIVERY: 03/31/10


000005 √ 1QZ21TRMAA                          1  EA       1.00000


Note On: ENTIRE TRANSACTION S

FINISH PER MATERIAL STANDARDS AND B/P CHANGE  A


03/10/2009                 RCO ENGINEERING - 10           Page 9 OF 10

15:18:22            X.12 (850) Purchase Order Report          (ed850r11)
--- (Continued) ---
    PO Purpose: ORIGINAL               PO Number: K0333002
    PO Type: NEW ORDER                  Release:
                                       PO Date: 03/10/09
    Receiver ID: 81097                 Sender ID: PPO
--------------------------------------------------------------------------
 Line   BUYERS PART NUMBER              Quantity  UM  Unit Price
--------------------------------------------------------------------------
                MODEL YEAR: 10

    PURCHASE REQUISITION NO.: KMEJ9047033

    INTERNAL CUSTOMER NUMBER: KLLBZ

        ENGINEERING CONTROL #

        GENERAL PRODUCT FORM Characteristic:

        SEAT SET VEHICLE COMPLETE


Page 14

ED850R1R

General Scheduling/Shipping: SHIP PER SCHEDULE

PER WRITTEN RELEASE

Schedule Quantity: 1    EA

Delivery: 03/31/10

PROMISED FOR DELIVERY: 03/31/10


000006 √ 1QZ26TRMAA                                    1   EA        1.00000


Note On: ENTIRE TRANSACTION S

FINISH PER MATERIAL STANDARDS AND B/P CHANGE   A


MODEL YEAR: 10

PURCHASE REQUISITION NO.: KMEJ9047033

INTERNAL CUSTOMER NUMBER: KLLBZ

ENGINEERING CONTROL #

GENERAL PRODUCT FORM Characteristic:

SEAT SET VEHICLE COMPLETE


General Scheduling/Shipping: SHIP PER SCHEDULE

PER WRITTEN RELEASE

Schedule Quantity: 1    EA

Delivery: 03/31/10

PROMISED FOR DELIVERY: 03/31/10


000007 √ 1QZ32TRMAA                                    1   EA        1.00000


Note On: ENTIRE TRANSACTION S

FINISH PER MATERIAL STANDARDS AND B/P CHANGE   A


MODEL YEAR: 10

PURCHASE REQUISITION NO.: KMEJ9047033

Page 15

```
                                    ED850R1R
     INTERNAL CUSTOMER NUMBER: KLLBZ

         ENGINEERING CONTROL #

         GENERAL PRODUCT FORM Characteristic:

         SEAT SET VEHICLE COMPLETE


       General Scheduling/Shipping: SHIP PER SCHEDULE

         PER WRITTEN RELEASE

               Schedule Quantity: 1     EA

                   Delivery: 03/31/10

03/10/2009                 RCO ENGINEERING - 10          Page 10 OF 10

15:18:22             X.12 (850) Purchase Order Report          (ed850r11)
--- (Continued) ---
     PO Purpose: ORIGINAL              PO Number: K0333002
     PO Type: NEW ORDER                  Release:
                                       PO Date: 03/10/09
     Receiver ID: 81097                Sender ID: PPO
--------------------------------------------------------------------------
 Line   BUYERS PART NUMBER              Quantity  UM  Unit Price
--------------------------------------------------------------------------
           PROMISED FOR DELIVERY: 03/31/10
```