**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-------------------------------------------------------x
                                          :
In re                                     :    Chapter 11
                                          :
Chrysler LLC, et al.,                     :    Case No. 09-50002 (AJG)
                                          :
              Debtors.                    :    (Jointly Administered)
                                          :
-------------------------------------------------------x


-------------------------------------------------------x
                                          :
In re                                     :    Chapter 11
                                          :
Alpha Holding LP,                         :    Case No. 09-50025 (AJG)
              Debtor.                     :
                                          :
                                          :
-------------------------------------------------------x
```

**ORDER SHORTENING THE NOTICE PERIOD ON
THE MOTION OF DEBTOR ALPHA HOLDING LP,
PURSUANT TO SECTIONS 105, 363 AND 365 OF THE
BANKRUPTCY CODE AND BANKRUPTCY RULES 2002,
6004 AND 6006, FOR AN ORDER (A) AUTHORIZING THE
SALE OF SUBSTANTIALLY ALL OF ALPHA HOLDING LP'S
ASSETS, FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS
AND ENCUMBRANCES AND (B) GRANTING CERTAIN RELATED RELIEF**

This matter coming before the Court on the Motion for an Order Shortening the

Notice Period on the Motion of Debtor Alpha Holding LP, Pursuant to Sections 105, 363 and

365 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004 and 6006, for an Order

(A) Authorizing the Sale of Substantially All of Alpha Holding LP's Assets, Free and Clear of

Liens, Claims, Interests and Encumbrances and (B) Granting Certain Related Relief

(the "Motion");[1] the Court having reviewed the Motion; and the Court having found that (a) the

Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157, (b) this is a core

proceeding pursuant to 28 U.S.C. § 157(b) and (c) notice of the Motion was sufficient under the

circumstances; and the Court having determined that the legal and factual bases set forth in the

Motion establish grounds for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED as set forth herein.

2.      An expedited hearing on the Alpha Sale Motion is set for May 27, 2009, at

10:00 a.m., Eastern Time, concurrently with the hearing on the Sale Motion.

3.      Objections to the Alpha Sale Motion must be filed and served so as to be

received no later than May 26, 2009, at 12:00 p.m., Eastern Time (the "Objection Deadline").

4.      The Objection Deadline shall be solely for objections to the relief sought

in the Alpha Sale Motion, and shall not extend the deadline to object to the other relief sought in

the Sale Motion.

5.      This Court shall retain jurisdiction to resolve all matters relating to the

implementation of this Order.


Dated: New York, New York
        May 22, 2009

                                                s/Arthur J. Gonzalez
                                                UNITED STATES BANKRUPTCY JUDGE

---

[1]      Capitalized terms not otherwise defined herein have the meanings give to them in the Motion.

NYI-4185657v2