| Invoice No. | Date | Amount |
|---|---|---|
| 4125074 | 04-Jun-07 | $2.83 |
| 4125208 | 11-Jun-07 | $66.89 |
| 4125283 | 13-Jun-07 | $59.75 |
| 4125420 | 20-Jun-07 | $561.86 |
| 4125538 | 26-Jun-07 | $842.78 |
| 4125642 | 02-Jul-07 | $40.13 |
| 4125656 | 03-Jul-07 | $30.10 |
| 4125654 | 03-Jul-07 | $692.29 |
| 4125705 | 09-Jul-07 | $498.32 |
| 4125731 | 10-Jul-07 | $1.34 |
| 4125721 | 10-Jul-07 | $294.31 |
| 4125739 | 11-Jul-07 | $170.56 |
| 4125816 | 17-Jul-07 | $0.60 |
| 4125975 | 25-Jul-07 | $441.46 |
| 4126043 | 30-Jul-07 | $24.31 |
| 4126042 | 30-Jul-07 | $280.92 |
| 4126104 | 01-Aug-07 | $40.13 |
| 4126134 | 02-Aug-07 | $200.66 |
| 4126406 | 17-Aug-07 | $200.66 |
| 4126450 | 20-Aug-07 | $32.40 |
| 4126600 | 28-Aug-07 | $224.07 |
| 4126845 | 12-Sep-07 | $56.85 |
| 4126854 | 13-Sep-07 | $40.13 |
| 4126902 | 17-Sep-07 | $40.13 |
| 4126979 | 20-Sep-07 | $80.26 |
| 4127001 | 21-Sep-07 | $40.13 |
| 4127030 | 24-Sep-07 | $80.26 |
| 4127066 | 25-Sep-07 | $1.63 |
| 4127145 | 01-Oct-07 | $40.13 |
| 4127146 | 01-Oct-07 | $80.26 |
| 4127198 | 03-Oct-07 | $40.13 |
| 4127197 | 03-Oct-07 | $80.26 |
| 4127212 | 04-Oct-07 | $80.26 |
| 4127238 | 05-Oct-07 | $80.26 |
| 4127237 | 05-Oct-07 | $120.40 |
| 4127268 | 08-Oct-07 | $80.26 |

| | | |
|---|---|---|
| 4127267 | 08-Oct-07 | $160.53 |
| 4127315 | 10-Oct-07 | $120.40 |
| 4127335 | 11-Oct-07 | $120.40 |
| 4127353 | 12-Oct-07 | $120.40 |
| 4127388 | 15-Oct-07 | $80.26 |
| 4127389 | 15-Oct-07 | $80.26 |
| 4127432 | 17-Oct-07 | $120.40 |
| 4127454 | 18-Oct-07 | $120.40 |
| 4127475 | 19-Oct-07 | $120.40 |
| 4127474 | 19-Oct-07 | $160.53 |
| 4127499 | 22-Oct-07 | $120.40 |
| 4127553 | 24-Oct-07 | $40.13 |
| 4127578 | 25-Oct-07 | $80.26 |
| 4127577 | 25-Oct-07 | $120.40 |
| 4127597 | 26-Oct-07 | $80.26 |
| 4127625 | 29-Oct-07 | $80.26 |
| 4127624 | 29-Oct-07 | $120.40 |
| 4127683 | 31-Oct-07 | $40.13 |
| 4127682 | 31-Oct-07 | $80.26 |
| 4127700 | 01-Nov-07 | $40.13 |
| 4127699 | 01-Nov-07 | $120.40 |
| 4127717 | 02-Nov-07 | $80.26 |
| 4127718 | 02-Nov-07 | $80.26 |
| 4127746 | 05-Nov-07 | $80.26 |
| 4127745 | 05-Nov-07 | $120.40 |
| 4127803 | 07-Nov-07 | $120.40 |
| 4127822 | 08-Nov-07 | $40.13 |
| 4127841 | 09-Nov-07 | $80.26 |
| 4127840 | 09-Nov-07 | $160.53 |
| 4127870 | 12-Nov-07 | $120.40 |
| 4127916 | 14-Nov-07 | $80.26 |
| 4127915 | 14-Nov-07 | $200.66 |
| 4127946 | 15-Nov-07 | $80.26 |
| 4127945 | 15-Nov-07 | $160.53 |
| 4127980 | 19-Nov-07 | $160.53 |
| 4127979 | 19-Nov-07 | $200.66 |
| 4128024 | 20-Nov-07 | $1.63 |

| | | |
|---|---|---|
| 4128044 | 21-Nov-07 | $80.26 |
| 4128043 | 21-Nov-07 | $160.53 |
| 4128063 | 26-Nov-07 | $80.26 |
| 4128062 | 26-Nov-07 | $120.40 |
| 4128107 | 27-Nov-07 | $0.82 |
| 4128117 | 28-Nov-07 | $40.13 |
| 4128116 | 28-Nov-07 | $120.40 |
| 4128134 | 29-Nov-07 | $80.26 |
| 4128133 | 29-Nov-07 | $120.40 |
| 4128158 | 30-Nov-07 | $80.26 |
| 4128157 | 30-Nov-07 | $120.40 |
| 4128178 | 03-Dec-07 | $40.13 |
| 4128177 | 03-Dec-07 | $120.40 |
| 4128233 | 05-Dec-07 | $80.26 |
| 4128232 | 05-Dec-07 | $120.40 |
| 4128262 | 06-Dec-07 | $80.26 |
| 4128261 | 06-Dec-07 | $120.40 |
| 4128281 | 07-Dec-07 | $80.26 |
| 4128280 | 07-Dec-07 | $120.40 |
| 4128311 | 10-Dec-07 | $80.26 |
| 4128310 | 10-Dec-07 | $120.40 |
| 4128371 | 12-Dec-07 | $40.13 |
| 4128370 | 12-Dec-07 | $120.40 |
| 4128393 | 13-Dec-07 | $80.26 |
| 4128392 | 13-Dec-07 | $160.53 |
| 4128410 | 14-Dec-07 | $80.26 |
| 4128409 | 14-Dec-07 | $160.53 |
| 4128434 | 17-Dec-07 | $40.13 |
| 4128433 | 17-Dec-07 | $200.66 |
| 4128480 | 18-Dec-07 | $0.67 |
| 4128488 | 19-Dec-07 | $120.40 |
| 4128568 | 02-Jan-08 | $120.40 |
| 4128592 | 03-Jan-08 | $200.66 |
| 4128628 | 07-Jan-08 | $200.66 |
| 4128678 | 09-Jan-08 | $40.13 |
| 4128677 | 09-Jan-08 | $80.26 |
| 4128699 | 10-Jan-08 | $40.13 |

| | | |
|---|---|---|
| 4128700 | 10-Jan-08 | $40.13 |
| 4128738 | 14-Jan-08 | $80.26 |
| 4128784 | 16-Jan-08 | $40.13 |
| 4128799 | 17-Jan-08 | $40.13 |
| 4128824 | 18-Jan-08 | $40.13 |
| 4128890 | 24-Jan-08 | $200.66 |
| 4128940 | 28-Jan-08 | $80.26 |
| 4128939 | 28-Jan-08 | $401.32 |
| 4129003 | 31-Jan-08 | $40.13 |
| 4129002 | 31-Jan-08 | $267.55 |
| 4129042 | 04-Feb-08 | $53.51 |
| 4129041 | 04-Feb-08 | $240.79 |
| 4129120 | 07-Feb-08 | $53.51 |
| 4129119 | 07-Feb-08 | $463.75 |
| 4129173 | 11-Feb-08 | $71.35 |
| 4129174 | 11-Feb-08 | $80.26 |
| 4129235 | 13-Feb-08 | $107.77 |
| 4129254 | 14-Feb-08 | $26.76 |
| 4129253 | 14-Feb-08 | $267.55 |
| 4129294 | 18-Feb-08 | $137.78 |
| 4129293 | 18-Feb-08 | $240.79 |
| 4129370 | 21-Feb-08 | $53.51 |
| 4129369 | 21-Feb-08 | $321.06 |
| 4129407 | 25-Feb-08 | $26.76 |
| 4129406 | 25-Feb-08 | $107.02 |
| 4129514 | 28-Feb-08 | $53.51 |
| 4129513 | 28-Feb-08 | $207.28 |
| 4129559 | 03-Mar-08 | $80.26 |
| 4129560 | 03-Mar-08 | $80.26 |
| 4129617 | 05-Mar-08 | $53.51 |
| 4129626 | 06-Mar-08 | $80.26 |
| 4129627 | 06-Mar-08 | $80.26 |
| 4129646 | 07-Mar-08 | $26.76 |

| | | |
|---|---|---|
| 4129645 | 07-Mar-08 | $160.53 |
| 4129670 | 10-Mar-08 | $53.51 |
| 4129669 | 10-Mar-08 | $160.53 |
| 4129711 | 12-Mar-08 | $26.76 |
| 4129724 | 13-Mar-08 | $26.76 |
| 4129723 | 13-Mar-08 | $133.77 |
| 4129742 | 14-Mar-08 | $160.53 |
| 4129770 | 17-Mar-08 | $187.29 |
| 4129805 | 19-Mar-08 | $160.53 |
| 4129825 | 20-Mar-08 | $26.76 |
| 4129824 | 20-Mar-08 | $160.53 |
| 4129883 | 26-Mar-08 | $53.51 |
| 4129882 | 26-Mar-08 | $107.02 |
| 4129897 | 27-Mar-08 | $26.76 |
| 4129896 | 27-Mar-08 | $80.26 |
| 4129930 | 28-Mar-08 | $53.51 |
| 4129929 | 28-Mar-08 | $133.77 |
| 4129942 | 31-Mar-08 | $26.76 |
| 4129941 | 31-Mar-08 | $160.53 |
| 4129979 | 02-Apr-08 | $53.51 |
| 4129980 | 02-Apr-08 | $53.51 |
| 4129996 | 03-Apr-08 | $26.76 |
| 4129995 | 03-Apr-08 | $133.77 |
| 4130019 | 04-Apr-08 | $53.51 |
| 4130018 | 04-Apr-08 | $133.77 |
| 4130044 | 07-Apr-08 | $26.76 |
| 4130043 | 07-Apr-08 | $107.02 |
| 4130105 | 09-Apr-08 | $53.51 |
| 4130104 | 09-Apr-08 | $133.77 |
| 4130114 | 10-Apr-08 | $53.51 |
| 4130113 | 10-Apr-08 | $133.77 |
| 4130139 | 11-Apr-08 | $26.76 |
| 4130138 | 11-Apr-08 | $133.77 |
| 4130160 | 14-Apr-08 | $53.51 |
| 4130159 | 14-Apr-08 | $133.77 |
| 4130181 | 15-Apr-08 | $1.12 |

| | | |
|---|---|---|
| 4130203 | 16-Apr-08 | $53.51 |
| 4130202 | 16-Apr-08 | $133.77 |
| 4130220 | 17-Apr-08 | $26.76 |
| 4130219 | 17-Apr-08 | $160.53 |
| 4130242 | 18-Apr-08 | $53.51 |
| 4130241 | 18-Apr-08 | $107.02 |
| 4130269 | 21-Apr-08 | $53.51 |
| 4130268 | 21-Apr-08 | $148.04 |
| 4130311 | 23-Apr-08 | $28.54 |
| 4130310 | 23-Apr-08 | $114.15 |
| 4130347 | 24-Apr-08 | $28.54 |
| 4130346 | 24-Apr-08 | $142.70 |
| 4130353 | 25-Apr-08 | $28.54 |
| 4130352 | 25-Apr-08 | $142.70 |
| 4130377 | 28-Apr-08 | $28.54 |
| 4130376 | 28-Apr-08 | $114.15 |
| 4130431 | 30-Apr-08 | $28.54 |
| 4130430 | 30-Apr-08 | $171.23 |
| 4130453 | 01-May-08 | $57.08 |
| 4130452 | 01-May-08 | $142.70 |
| 4130477 | 02-May-08 | $57.08 |
| 4130476 | 02-May-08 | $171.23 |
| 4130498 | 05-May-08 | $28.54 |
| 4130497 | 05-May-08 | $171.23 |
| 4130564 | 07-May-08 | $28.54 |
| 4130563 | 07-May-08 | $57.08 |
| 4130580 | 08-May-08 | $28.54 |
| 4130579 | 08-May-08 | $142.70 |
| 4130604 | 09-May-08 | $28.54 |
| 4130603 | 09-May-08 | $114.15 |
| 4130648 | 12-May-08 | $85.62 |
| 4130647 | 12-May-08 | $399.54 |
| 4130701 | 15-May-08 | $85.62 |
| 4130750 | 19-May-08 | $114.15 |

| Invoice | Date | Amount |
|---|---|---|
| 4130749 | 19-May-08 | $285.38 |
| 4130833 | 22-May-08 | $142.70 |
| 4130832 | 22-May-08 | $399.54 |
| 4130916 | 29-May-08 | $85.62 |
| 4130915 | 29-May-08 | $285.38 |
| 4130971 | 02-Jun-08 | $114.15 |
| 4131044 | 05-Jun-08 | $85.62 |
| 4131043 | 05-Jun-08 | $228.31 |
| 4131086 | 09-Jun-08 | $114.15 |
| 4131085 | 09-Jun-08 | $199.77 |
| 4131173 | 12-Jun-08 | $171.23 |
| 4131172 | 12-Jun-08 | $599.31 |
| 4131267 | 17-Jun-08 | $1.93 |
| 4131327 | 19-Jun-08 | $12.63 |
| 4131302 | 19-Jun-08 | $171.23 |
| 4131301 | 19-Jun-08 | $528.04 |
| 4131343 | 20-Jun-08 | $0.93 |
| 4131342 | 20-Jun-08 | $44.44 |
| 4131341 | 20-Jun-08 | $105.98 |
| 4131426 | 26-Jun-08 | $137.94 |
| 4131425 | 26-Jun-08 | $266.61 |
| 4131509 | 03-Jul-08 | $3.49 |
| 4131512 | 07-Jul-08 | $57.92 |
| 4131609 | 15-Jul-08 | $11.25 |
| 4131770 | 28-Jul-08 | $115.84 |
| 4131820 | 29-Jul-08 | $7.13 |
| 4131840 | 30-Jul-08 | $57.92 |
| 4131874 | 04-Aug-08 | $144.65 |
| 4131969 | 07-Aug-08 | $9.20 |
| 4131979 | 11-Aug-08 | $550.26 |
| 4132097 | 18-Aug-08 | $144.51 |
| 4132096 | 18-Aug-08 | $347.54 |
| 4132172 | 21-Aug-08 | $11.38 |
| 4132211 | 25-Aug-08 | $11.01 |
| 4132210 | 25-Aug-08 | $289.61 |
| 4132209 | 25-Aug-08 | $695.07 |
| 4132408 | 08-Sep-08 | $6.04 |

| | | |
|---|---|---|
| 4132407 | 08-Sep-08 | $144.80 |
| 4132406 | 08-Sep-08 | $405.46 |
| | | |
| 4132506 | 15-Sep-08 | $144.80 |
| 4132505 | 15-Sep-08 | $521.30 |
| 4132615 | 22-Sep-08 | $11.84 |
| | | |
| 4132616 | 22-Sep-08 | $144.80 |
| 4132612 | 22-Sep-08 | $492.33 |
| | | |
| 4132711 | 29-Sep-08 | $173.76 |
| 4132710 | 29-Sep-08 | $521.30 |
| 4132803 | 06-Oct-08 | $405.46 |
| 4132906 | 13-Oct-08 | $0.61 |
| | | |
| 4132905 | 13-Oct-08 | $28.96 |
| 4132904 | 13-Oct-08 | $492.33 |
| | | |
| 4133001 | 20-Oct-08 | $91.41 |
| 4133000 | 20-Oct-08 | $231.69 |
| 4133105 | 23-Oct-08 | $376.49 |
| 2065421 | 03-Nov-08 | $6.80 |
| 4133218 | 03-Nov-08 | $376.49 |
| | | |
| 2065552 | 07-Nov-08 | $16.32 |
| 4133295 | 10-Nov-08 | $550.26 |
| 4133397 | 17-Nov-08 | $6.78 |
| 4133383 | 17-Nov-08 | $550.26 |
| 4129508 | 21-Nov-08 | $0.08 |
| | | |
| 4123721 | 21-Nov-08 | $0.72 |
| 4123346 | 21-Nov-08 | $0.79 |
| 4124501 | 21-Nov-08 | $4.22 |
| 4131245 | 21-Nov-08 | $5.01 |
| 4125715 | 21-Nov-08 | $9.06 |
| | | |
| 4123436 | 21-Nov-08 | $11.68 |
| | | |
| 2065837 | 21-Nov-08 | $12.24 |
| | | |
| 4124975 | 21-Nov-08 | $56.44 |
| 4133492 | 24-Nov-08 | $0.61 |
| | | |
| 2065860 | 24-Nov-08 | $14.28 |
| 4133482 | 24-Nov-08 | $521.30 |
| | | |
| 2065962 | 01-Dec-08 | $14.28 |
| 4133550 | 01-Dec-08 | $550.26 |
| | | |
| 2066027 | 03-Dec-08 | $14.28 |
| 4133643 | 08-Dec-08 | $231.69 |

| | | |
|---|---|---|
| 4133644 | 08-Dec-08 | $395.12 |
| 2066216 | 12-Dec-08 | $14.28 |
| 2066236 | 15-Dec-08 | $14.28 |
| 4133729 | 15-Dec-08 | $550.26 |
| 4133755 | 16-Dec-08 | $446.47 |
| 2066290 | 17-Dec-08 | $14.28 |
| 4133829 | 07-Jan-09 | $301.68 |
| 4133905 | 13-Jan-09 | $301.68 |
| 4133994 | 21-Jan-09 | $137.33 |
| 2066672 | 23-Jan-09 | $28.56 |
| 4134079 | 28-Jan-09 | $144.80 |
| 4134080 | 28-Jan-09 | $183.50 |
| 2066813 | 30-Jan-09 | $28.56 |
| 4134153 | 04-Feb-09 | $15.69 |
| 4134152 | 04-Feb-09 | $550.26 |
| 2066931 | 06-Feb-09 | $5.78 |
| 2066929 | 06-Feb-09 | $42.84 |
| 4134251 | 11-Feb-09 | $144.80 |
| 2067035 | 13-Feb-09 | $14.28 |
| 4134321 | 18-Feb-09 | $139.15 |
| 4134320 | 18-Feb-09 | $347.53 |
| 2067137 | 20-Feb-09 | $14.28 |
| 4134419 | 25-Feb-09 | $463.37 |
| 2067303 | 27-Feb-09 | $1.22 |
| 2067302 | 27-Feb-09 | $2.23 |
| 2067300 | 27-Feb-09 | $14.28 |
| 4134518 | 04-Mar-09 | $30.01 |
| 4134517 | 04-Mar-09 | $202.73 |
| 2067432 | 06-Mar-09 | $42.84 |
| 4134621 | 11-Mar-09 | $463.37 |
| 1061101 | 12-Mar-09 | $5.17 |
| 2067560 | 13-Mar-09 | $19.06 |
| 2067554 | 13-Mar-09 | $52.47 |
| 2067555 | 13-Mar-09 | $139.50 |
| 2067553 | 13-Mar-09 | $255.60 |
| 2067552 | 13-Mar-09 | $2,185.47 |
| 1061178 | 17-Mar-09 | $33.84 |
| 1061175 | 17-Mar-09 | $157.20 |
| 1061176 | 17-Mar-09 | $540.53 |

| | | |
|---|---|---|
| 1061177 | 17-Mar-09 | $654.36 |
| 1061174 | 17-Mar-09 | $1,032.00 |
| 1061179 | 17-Mar-09 | $1,290.57 |
| 1061173 | 17-Mar-09 | $1,448.30 |
| 4134682 | 18-Mar-09 | $128.42 |
| 4134680 | 18-Mar-09 | $405.45 |
| 4134681 | 18-Mar-09 | $1,738.94 |
| 2067672 | 20-Mar-09 | $5.62 |
| 2067673 | 20-Mar-09 | $215.10 |
| 2067671 | 20-Mar-09 | $302.40 |
| 2067670 | 20-Mar-09 | $1,456.98 |
| 1061347 | 23-Mar-09 | $5.54 |
| 1061395 | 24-Mar-09 | $1.48 |
| 4134785 | 24-Mar-09 | $27.61 |
| 1061353 | 24-Mar-09 | $78.60 |
| 1061356 | 24-Mar-09 | $257.49 |
| 1061351 | 24-Mar-09 | $306.54 |
| 1061357 | 24-Mar-09 | $371.52 |
| 1061354 | 24-Mar-09 | $412.80 |
| 1061355 | 24-Mar-09 | $472.32 |
| 1061352 | 24-Mar-09 | $619.20 |
| 1061358 | 24-Mar-09 | $1,581.70 |
| 1061350 | 24-Mar-09 | $1,896.26 |
| 4134795 | 25-Mar-09 | $318.57 |
| 4134796 | 25-Mar-09 | $786.77 |
| 1061460 | 26-Mar-09 | $5.88 |
| 2067782 | 27-Mar-09 | $30.18 |
| 2067781 | 27-Mar-09 | $255.60 |
| 2067780 | 27-Mar-09 | $1,456.98 |
| 1061519 | 31-Mar-09 | $157.20 |
| 1061521 | 31-Mar-09 | $206.40 |
| 1061520 | 31-Mar-09 | $654.36 |
| 1061518 | 31-Mar-09 | $825.60 |
| 1061517 | 31-Mar-09 | $1,947.35 |

| | | |
|---|---|---|
| 4134892 | 01-Apr-09 | $3,852.60 |
| 4134891 | 01-Apr-09 | $6,118.16 |
| 2067902 | 03-Apr-09 | $38.11 |
| 2067901 | 03-Apr-09 | $109.76 |
| 2067900 | 03-Apr-09 | $558.00 |
| 2067899 | 03-Apr-09 | $2,913.96 |
| 2067898 | 03-Apr-09 | $16,769.28 |
| 1061699 | 06-Apr-09 | $34.40 |
| 1061705 | 07-Apr-09 | $51.09 |
| 1061701 | 07-Apr-09 | $78.60 |
| 1061702 | 07-Apr-09 | $204.36 |
| 1061700 | 07-Apr-09 | $412.80 |
| 1061703 | 07-Apr-09 | $469.09 |
| 1061704 | 07-Apr-09 | $679.25 |
| 1061856 | 14-Apr-09 | $51.09 |
| 1061851 | 14-Apr-09 | $78.60 |
| 1061857 | 14-Apr-09 | $178.82 |
| 1061852 | 14-Apr-09 | $206.40 |
| 1061849 | 14-Apr-09 | $229.91 |
| 1061855 | 14-Apr-09 | $339.63 |
| 1061853 | 14-Apr-09 | $472.32 |
| 1061848 | 14-Apr-09 | $520.80 |
| 1061850 | 14-Apr-09 | $825.60 |
| 1061854 | 14-Apr-09 | $949.02 |
| 4135095 | 15-Apr-09 | $582.68 |
| 1061960 | 16-Apr-09 | $5.64 |
| 2068136 | 17-Apr-09 | $75.60 |
| 2068135 | 17-Apr-09 | $128.50 |
| 2068134 | 17-Apr-09 | $1,456.98 |
| 2068133 | 17-Apr-09 | $10,925.44 |
| 1062056 | 21-Apr-09 | $2.10 |
| 1062055 | 21-Apr-09 | $261.81 |
| 1062049 | 21-Apr-09 | $306.54 |
| 1062054 | 21-Apr-09 | $397.07 |
| 1062050 | 21-Apr-09 | $412.80 |
| 1062051 | 21-Apr-09 | $472.32 |

| | | |
|---|---|---|
| 1062053 | 21-Apr-09 | $613.08 |
| 1062057 | 21-Apr-09 | $679.25 |
| 1062047 | 21-Apr-09 | $805.80 |
| 1062052 | 21-Apr-09 | $909.81 |
| 1062048 | 21-Apr-09 | $1,397.21 |
| 4135211 | 22-Apr-09 | $1,541.04 |
| 4135210 | 22-Apr-09 | $4,370.11 |
| 2068318 | 24-Apr-09 | $0.50 |
| 2068283 | 24-Apr-09 | $31.44 |
| 2068284 | 24-Apr-09 | $139.50 |
| 2068282 | 24-Apr-09 | $1,456.98 |
| 2068281 | 24-Apr-09 | $16,261.12 |
| 1062243 | 28-Apr-09 | $25.55 |
| 1062241 | 28-Apr-09 | $178.82 |
| 1062238 | 28-Apr-09 | $206.40 |
| 1062240 | 28-Apr-09 | $308.58 |
| 1062242 | 28-Apr-09 | $461.57 |
| 1062239 | 28-Apr-09 | $472.32 |
| 1062236 | 28-Apr-09 | $599.40 |
| 1062237 | 28-Apr-09 | $1,896.26 |
| **TOTAL** | | **$150,509.19** |