# Chrysler Change New Order Purchase Order

Please fax to BRC Pontiac office

**P.O. Number : O4532105     P.O. Date : 071002**

General F O Notes=SELLER AGREES TO SELL AND DELIVER THE GOODS OR SERVICES
General F O Notes=SPECIFIED IN CHRYSLER'S ORDER IN ACCORDANCE WITH THE
General F O Notes=TERMS AND CONDITIONS CONTAINED IN THE ORDER, INCLUDING THE
General F O Notes=CLAUSES REFERENCED IN THE ORDER, THE CHRYSLER
General F O Notes=GENERAL TERMS AND CONDITIONS, THE TERMS OF THIS FORM AND
General F O Notes=ANY SIGNED DOCUMENTS REFERENCED IN THE ORDER, ALL OF
General F O Notes=WHICH CONSTITUTE THE ENTIRE AND FINAL AGREEMENT BETWEEN
General F O Notes=CHRYSLER AND SELLER AND CANCEL AND SUPERSEDE ANY
General F O Notes=PRIOR OR CONTEMPORANEOUS NEGOTIATIONS OR AGREEMENTS
General F O Notes=REGARDING THE ORDER. THE CHRYSLER GENERAL TERMS
General F O Notes=AND CONDITIONS ARE AS CURRENTLY PUBLISHED ON
General F O Notes=HTTP://DAIMLERCHRYSLER.COVISINT.COM (REFERENCE TAB).
General F O Notes=BY ACCEPTING THE ORDER, SELLER ACKNOWLEDGES HAVING
General F O Notes=ACTUAL KNOWLEDGE OF THE TEXT OF THE REFERENCED CLAUSES
General F O Notes=AND THE GENERAL TERMS AND CONDITIONS.  CHRYSLER'S
General F O Notes=ORDER EXPRESSLY LIMITS ACCEPTANCE TO THE TERMS OF THE
General F O Notes=ORDER AND ANY ADDITIONAL OR DIFFERENT TERMS, WHETHER
General F O Notes=CONTAINED IN SELLER'S FORMS OR OTHERWISE PRESENTED BY
General F O Notes=SELLER ARE REJECTED UNLESS EXPRESSLY AGREED TO BY
General F O Notes=CHRYSLER.  SELLER SPECIFICALLY WAIVES ITS SIGNED
General F O Notes=ACCEPTANCE OF THE ORDER.  "ORDER" MEANS A PURCHASE ORDER
General F O Notes=TRANSMITTED TO SELLER VIA CHRYSLER ELECTRONIC DATA
General F O Notes=INTERCHANGE SYSTEM OR DELIVERED TO SELLER IN A PAPER FORMAT.
General F O Notes=REASON FOR AMENDMENT
General F O Notes=DAILY PURCH UPDATE PROCESS
FOB Terms :  Method=Collect, Code=
Charge [unknown ITA03 code ' N0020 '] To Be Paid By Customer
Price=    PerCent  Unit of Meas=
Description=CLAUSE REFER TO TEXT - CONTAINERS
Proximo Invoice Date   %  Discount Date=
Ship Per Schedule /   PER WRITTEN RELEASE
Clause # )05G
Clause # )88
Clause # 288C
Clause # 291
Clause # )82X
BLANKET ORDER FOR APPROXIMATELY 65-100% OF OUR FOLLOWING PLANT
REQUIREMENTS BEGINNING 2004 MODEL YEAR   AND CONTINUING ON A YEAR
TO YEAR BASIS THEREAFTER. THIS PURCHASE ORDER IS AUTOMATICALLY
CANCELLED AT NO COST TO CHRYSLER IF NO RELEASES ARE ISSUED
UNDER THIS ORDER DURING ANY TWELVE-MONTH PERIOD.
Clause # )05F
TEXT ON PRIOR AMENDMENT
Clause # )22A
TEXT ON PRIOR AMENDMENT
Clause # )57
TEXT ON PRIOR AMENDMENT
Clause # )78

ENTERED

OCT 03 2001

CUST. SERVICE

TEXT ON PRIOR AMENDMENT
Clause # 090
TEXT ON PRIOR AMENDMENT
Clause # 096M
TEXT ON PRIOR AMENDMENT
Clause # 098A
TEXT ON PRIOR AMENDMENT
Clause # 190
TEXT ON PRIOR AMENDMENT
Clause # 190A
TEXT ON PRIOR AMENDMENT
Clause # 193
TEXT ON PRIOR AMENDMENT
Clause # 211
TEXT ON PRIOR AMENDMENT
Clause # 229
TEXT ON PRIOR AMENDMENT
Clause # 240
TEXT ON PRIOR AMENDMENT
Clause # 252
TEXT ON PRIOR AMENDMENT
Clause # 281
TEXT ON PRIOR AMENDMENT
Clause # 409
TEXT ON PRIOR AMENDMENT
Clause # 580
TEXT ON PRIOR AMENDMENT
Clause # 599
TEXT ON PRIOR AMENDMENT
Clause # 005D
[DAIMLERCHRYSLER][IS NOT]
Clause # 092
[5208868 3AA /      0.0170]
Clause # 198
[NONE]
Clause # 220D
[END OF MODEL YEAR 2004]
CLAUSE ON FORM NO: 84-806-1824  10-94 OR ON A PRIOR AMENDMENT
Buyer CHRYSLER
Purchasir g=152516J.N. JEFFERS  Phone=2485121280
Seller BRC RUBBER & PLASTICS INC   Assigned By Buyer 58418
589 U S  33 SOUTH  P O  BOX 227
CHURUBUSCO, IN  IN    US
Ship To FER WRITTEN RELEASE
Party To Be Billed PER WRITTEN RELEASE
Receiving Location ALL VEHICLE ASSEMBLY PLANTS
Receiving Location TOLEDO ASSEMBLY PLANT - NORTH
Receiving Location POWERTRAIN OPERATIONS CROSSDOCK
Receiving Location SERVICE PARTS DIVISION
Receiving Location MILWAUKEE PARTS DISTRIBUTION CENTER
Receiving Location CANADA SERVICE PARTS DIVISION
Party To Receive Shipping Notice BRC RUBBER & PLASTICS INC   Assigned By Buyer 58418

589 U S 33 SOUTH P O BOX 227
CHURUEUSCO, IN  IN   US
Manufacturing Plant BRC RUBBER & PLASTICS INC   Assigned By Buyer 58418
CHURUEUSCO, IN  IN   US
P.O.Line: 000001  No Change  Ordered=  To Receive= EA @ .937
        Buyer's Part Number :  52088686AA
        |unknown product qualifier 'PT']  D
Description=ISOLATOR SPRING FRT
Model Year 08
Product Change Notice Number
General PO Notes=FINISH PER MATERIAL STANDARDS AND B/P CHANGE  D
General PO Notes=52088686AA
General PO Notes=PRCE CHG-A1    MINUS  .051 T/C- 1843  /2
Pcn Effective Date15 Sep 2007
P.O.Line: 000002  No Change  Ordered=  To Receive= EA @ .937
        Buyer's Part Number :  52088686AA
        |unknown product qualifier 'PT']  D
Description=ISOLATOR SPRING FRT
Model Year 09
Product Change Notice Number
General PO Notes=FINISH PER MATERIAL STANDARDS AND B/P CHANGE  D
General PO Notes=52088686AA
General PO Notes=PRCE CHG-A1    MINUS  .051 T/C- 1843  /2
Pcn Effective Date01 Aug 2008
P.O.Line: 000003  No Change  Ordered=  To Receive= EA @ .937
        Buyer's Part Number :  52088686AA
        |unknown product qualifier 'PT']  D
Description=ISOLATOR SPRING FRT
Model Year M
Product Change Notice Number
General PO Notes=ABOVE ITEM REFLECTS SERVICE PARTS DIVISION REQMT FINISHED
General PO Notes=PER LATEST MATERIAL STANDARDS AND BLUEPRINT CHANGE.
General PO Notes=52088686AA
General PO Notes=PRCE CHG-A1    MINUS  .051
Pcn Effective Date15 Sep 2007