Jack Key Auto Transport, Inc.
9779 Hawn Freeway
Dallas, TX 75217

|  | Amount | Units |
|---|---|---|
| APPROVED | $292,333.17 | 3,040 |
| NOT Approved | $100,012.86 | 583 |
| TOTAL | $392,346.03 | 3,623 |
| AGING  < 30 days | $253,790.74 | 2,492 |
| 31 - 60 days | $81,230.29 | 795 |
| 60 - 90 days | $6,273.89 | 29 |
| > 90 days | $51,051.11 | 307 |

| Carrier Code | SCAC Code | VIN # |
|---|---|---|
| 53716 | XJKA | 1D7HA18N08S519724 |
| 53716 | XJKA | 1D7HU18288S539426 |
| 53716 | XJKA | 1D7HU18N78S543137 |
| 53716 | XJKA | 1D7HA18N78S528792 |
| 53716 | XJKA | 3D6WH46A68G190091 |
| 53716 | XJKA | 1D8HD68N68F111186 |
| 53716 | XJKA | 1D3HE42K08S611325 |
| 53716 | XJKA | 2B3KA33V09H532468 |
| 53716 | XJKA | 1J8GS48K69C507706 |
| 53716 | XJKA | 2V8HW54X99R544994 |
| 53716 | XJKA | 1J4FA24199L725253 |
| 53716 | XJKA | 1J4FA24199L725284 |
| 53716 | XJKA | 1J4FA24169L725243 |
| 53716 | XJKA | 1J4FA24159L725248 |
| 53716 | XJKA | 1J4FA24189L725289 |
| 53716 | XJKA | 2D8HN54169R643509 |
| 53716 | XJKA | 1J4GA39109L755955 |
| 53716 | XJKA | 1D3HB13T99S773129 |
| 53716 | XJKA | 1D3HV13T99S773879 |
| 53716 | XJKA | 1D3HB13T09S767039 |

C:\Documents and Settings\Christina Talamantez\Local Settings\Temporary Internet Files\OLK1A\JKATlegal 2.xls

Pending Chrysler Payn

EXHIBIT A

5/26/2009