**Exhibit B**

| Schedule Number | Lessor Trans # | Invoice | Total |
|---|---|---|---|
| 165 | 9914371-000 | EISP070805931 | 3,313.25 |
| 166 | 9914421-000 | EISP070805932 | 837.86 |
| 171 | 9914832-000 | EISP080908450 | 110.78 |
| 175 | 9915064-000 | EISP080908452 | 357.53 |
| 177 | 9915106-401 | EIAB081011453 | 665.00 |
| 177 | 9915106-401 | EIAB081011454 | 665.00 |
| 177 | 9915106-401 | EIAB081011455 | 665.00 |
| 177 | 9915106-401 | EIAB081011456 | 665.00 |
| 177 | 9915106-401 | EIAB081011457 | 665.00 |
| 177 | 9915106-401 | EIAB081011458 | 665.00 |
| 177 | 9915106-401 | EIAB081107818 | 665.00 |
| 177 | 9915106-401 | EIAB081205645 | 665.00 |
| 177 | 9915106-401 | EIAB090106172 | 665.00 |
| 177 | 9915106-401 | EIAB090205788 | 665.00 |
| 177 | 9915106-401 | EIAB090305816 | 665.00 |
| 177 | 9915106-401 | EIAB090406203 | 665.00 |
| 181 | 9915333-000 | EISP080908457 | 15.02 |
| 181 | 9915333-902 | EIRN090400619 | 152.16 |
| 182 | 9915335-000 | EISP080908458 | 24.45 |
| 183 | 9915336-000 | EISP080908459 | 9.43 |
| 185 | 9915418-000 | EISP080908461 | 27.59 |
| 187 | 9915682-700 | EISL071106797 | 5,080.00 |
| 188 | 9915715-400 | EIAB080308118 | 1,260.00 |
| 188 | 9915715-400 | EIAB080308116 | 1,260.00 |
| 188 | 9915715-400 | EIAB080308117 | 1,260.00 |
| 188 | 9915715-400 | EIAB080407832 | 1,260.00 |
| 188 | 9915715-400 | EIAB080500275 | 1,260.00 |
| 188 | 9915715-400 | EIAB080606239 | 1,260.00 |
| 188 | 9915715-400 | EIAB080706698 | 1,260.00 |
| 188 | 9915715-400 | EIAB080806061 | 1,260.00 |
| 188 | 9915715-400 | EIAB080905919 | 1,260.00 |
| 188 | 9915715-400 | EIAB081006412 | 1,260.00 |
| 188 | 9915715-400 | EIAB081105918 | 1,260.00 |
| 188 | 9915715-400 | EIAB081205653 | 1,260.00 |
| 188 | 9915715-400 | EIAB090106180 | 1,260.00 |
| 188 | 9915715-400 | EIAB090205795 | 1,260.00 |
| 188 | 9915715-400 | EIAB090305823 | 1,260.00 |
| 188 | 9915715-400 | EIAB090406209 | 1,260.00 |
| 189 | 9915814-900 | EIRN070906282 | 298.00 |
| 189 | 9915814-900 | EIRN070906283 | 298.00 |
| 189 | 9915814-900 | EIRN070906284 | 298.00 |
| 189 | 9915814-900 | EIRN070906285 | 298.00 |
| 189 | 9915814-900 | EIRN071000824 | 298.00 |
| 189 | 9915814-900 | EIRN071100770 | 298.00 |
| 189 | 9915814-901 | EIRN080401942 | 298.00 |
| 224 | 9923301-000 | EILO080900277 | 28.18 |
| 224 | 9923301-000 | EILO090300310 | 1,260.00 |
| DCX 207 | 9921541-000 | EISP080908499 | 844.01 |
| DCX 207 | 9921541-000 | EISP080908499 | 844.01 |
| DCX 207 | 9921541-900 | EIRN081102003 | 8,868.29 |
| DCX 207 | 9921541-900 | EISP090407751 | 1,350.00 |
| DCX 207 | 9921541-901 | EIRN090407836 | 1,309.00 |
| DCX 207 | 9921541-901 | EIRN090407832 | 1,309.00 |
| DCX 207 | 9921541-901 | EIRN090407833 | 1,309.00 |
| DCX 207 | 9921541-901 | EIRN090407834 | 1,309.00 |
| DCX 207 | 9921541-901 | EIRN090407835 | 1,309.00 |
| DCX198 | 9920483-000 | VCLO071000086 | 901.36 |
| DCX-203 | 9921316-000 | EISP080908498 | 491.75 |

| | | | |
|---|---|---|---:|
| DCX-203 | 9921316-000 | EISP080908498 | 491.75 |
| DCX204 | 9921172-900 | EIRN090400647 | 273.00 |
| DCX-208 | 9921550-901 | EISP090207757 | 56.00 |
| DCX-208 | 9921550-901 | EISP090207758 | 56.00 |
| DCX-208 | 9921550-901 | EISP090207760 | 67.00 |
| DCX-209 | 9922099-900 | EIRN090400715 | 546.00 |
| DCX211A | 9923279-000 | EISP080908510 | 75.74 |
| DCX211A | 9923279-000 | EILO081102037 | 5,447.42 |
| DCX211A | 9923279-000 | EILO081201988 | 5,447.42 |
| DCX211A | 9923279-000 | EILO090102083 | 5,447.42 |
| DCX-213 | 9922581-900 | EIRN090401882 | 13,201.42 |
| DCX-213A | 9922885-900 | EIRN090206550 | 5,012.40 |
| DCX-214 | 9923118-000 | EILO080501119 | 2,022.07 |
| DCX-214 | 9923118-000 | EISP080908503 | 622.20 |
| DCX-214 | 9923118-000 | EILO081000291 | 2,022.07 |
| DCX-214 | 9923118-000 | EILO081100316 | 2,022.07 |
| DCX-214 | 9923118-000 | EILO090100270 | 2,022.07 |
| DCX-214 | 9923118-000 | EILO090200299 | 2,022.07 |
| DCX-214 | 9923118-000 | EILO090400307 | 2,022.07 |
| DCX-214A | 9923119-000 | EILO080800217 | 3,981.29 |
| DCX-214A | 9923119-000 | EILO081000292 | 3,981.29 |
| DCX-214A | 9923119-000 | EILO081100317 | 3,981.29 |
| DCX-214A | 9923119-000 | EILO090100271 | 3,981.29 |
| DCX-214A | 9923119-000 | EILO090200300 | 3,981.29 |
| DCX-214A | 9923119-000 | EILO090400308 | 3,981.29 |
| DCX-214B | 9923120-000 | EILO081000293 | 838.84 |
| DCX-214B | 9923120-000 | EILO081200276 | 838.84 |
| DCX-214B | 9923120-000 | EILO090100272 | 838.84 |
| DCX-214B | 9923120-000 | EILO090200301 | 838.84 |
| DCX-214B | 9923120-000 | EILO090400309 | 838.84 |
| DCX-214C | 9923121-000 | EILO081000294 | 2,021.02 |
| DCX-214C | 9923121-000 | EISP081107194 | 1,840.81 |
| DCX-214C | 9923121-000 | EILO090100273 | 2,021.02 |
| DCX-214C | 9923121-000 | EILO090400310 | 2,021.02 |
| DCX-214C | 9923121-000 | EISP090408359 | 402.20 |
| DCX-214D | 9923122-000 | EILO081000295 | 839.79 |
| DCX-214D | 9923122-000 | EILO090100274 | 839.79 |
| DCX-214D | 9923122-000 | EILO090200303 | 839.79 |
| DCX-214D | 9923122-000 | EILO090400311 | 842.97 |
| DCX-214E | 9923133-000 | EILO090200308 | 866.08 |
| DCX-214E | 9923133-000 | EILO090400316 | 866.08 |
| DCX-214F | 9923124-000 | EILO081000296 | 388.57 |
| DCX-214F | 9923124-000 | EILO090100275 | 388.57 |
| DCX-214F | 9923124-000 | EILO090200304 | 388.57 |
| DCX-214F | 9923124-000 | EILO090400312 | 388.57 |
| DCX-214G | 9923126-000 | EILO081100322 | 345.05 |
| DCX-214G | 9923126-000 | EILO081200280 | 345.05 |
| DCX-214G | 9923126-000 | EILO090100276 | 345.05 |
| DCX-214G | 9923126-000 | EILO090200305 | 345.05 |
| DCX-214G | 9923126-000 | EILO090400313 | 345.05 |
| DCX-214H | 9923129-000 | EILO090200306 | 864.49 |
| DCX-214H | 9923129-000 | EILO090400314 | 864.49 |
| DCX-214I | 9923130-000 | EILO080401323 | 1,996.31 |
| DCX-214I | 9923130-000 | EILO081000299 | 1,996.31 |
| DCX-214I | 9923130-000 | EILO090100278 | 1,996.31 |
| DCX-214I | 9923130-000 | EILO090200307 | 1,996.31 |
| DCX-214I | 9923130-000 | EILO090400315 | 1,996.31 |
| DCX-215 & DCX-216 | 9923232-700 | EISL090310563 | 3,695.00 |
| DCX-219 | 9923229-000 | EISP071007889 | 1,363.22 |

| | | | |
|---|---|---|---:|
| DCX-219 | 9923229-000 | EISP080908507 | 458.70 |
| DCX-219 | 9923229-900 | EIRN090309606 | 3,404.68 |
| DCX-219 | 9923229-900 | EIRN090309605 | 3,404.68 |
| DCX-220 | 9923230-900 | EIRN090309603 | 3,404.68 |
| DCX-220 | 9923230-900 | EIRN090309602 | 3,404.68 |
| DCX-221 | 9923231-900 | EIRN090309601 | 3,638.93 |
| DCX-221 | 9923231-900 | EIRN090309600 | 3,638.93 |
| DCX-222A | 9923295-900 | EIRN090307252 | 2,723.58 |
| DCX-222A | 9923295-900 | EIRN090307250 | 2,723.58 |
| DCX-222A | 9923295-900 | EIRN090307251 | 2,723.58 |
| DCX-222A | 9923295-900 | EIRN090400677 | 2,723.58 |
| DCX-222B | 9923296-000 | EILO081100728 | 5,209.79 |
| DCX-222B | 9923296-900 | EIRN081209780 | 2,975.51 |
| DCX-222B | 9923296-900 | EIRN090107934 | 2,975.51 |
| DCX-222B | 9923296-900 | EIRN090200681 | 2,975.51 |
| DCX-222B | 9923296-900 | EIRN090300667 | 2,975.51 |
| DCX-222B | 9923296-900 | EIRN090400678 | 2,975.51 |
| DCX-222C | 9923349-900 | EIRN090208671 | 2,948.27 |
| DCX-222C | 9923349-900 | EIRN090307055 | 2,948.27 |
| DCX-222C | 9923349-900 | EIRN090400679 | 2,948.27 |
| DCX-222D | 9923357-900 | EIRN090307244 | 2,723.58 |
| DCX-222D | 9923357-900 | EIRN090307242 | 2,723.58 |
| DCX-222D | 9923357-900 | EIRN090307243 | 2,723.58 |
| DCX-222D | 9923357-900 | EIRN090400680 | 2,723.58 |
| DCX-222E | 9923521-900 | EIRN090307269 | 2,951.68 |
| DCX-222E | 9923521-900 | EIRN090307267 | 2,951.68 |
| DCX-222E | 9923521-900 | EIRN090307268 | 2,951.68 |
| DCX-222E | 9923521-900 | EIRN090400682 | 2,951.68 |
| DCX-222F | 9923888-900 | EIRN090307054 | 2,948.27 |
| DCX-222F | 9923888-900 | EIRN090400691 | 2,948.27 |
| DCX-222G | 9924161-000 | EILO090300701 | 23.71 |
| DCX-222H | 9924193-000 | EISP090206941 | 1,088.84 |
| DCX-222H | 9924193-000 | EISP090407569 | 791.40 |
| DCX-222K | 9924929-000 | GCLO081206558 | 5,725.56 |
| DCX-222K | 9924929-000 | GCLO090103776 | 5,725.56 |
| DCX-222K | 9924929-000 | GCLO090203406 | 5,725.56 |
| DCX-222K | 9924929-000 | GCLO090303322 | 5,725.56 |
| DCX-222K | 9924929-000 | GCLO090403495 | 5,725.56 |
| DCX-222L | 9924931-000 | GCLO081206559 | 5,423.54 |
| DCX-222L | 9924931-000 | GCLO090103777 | 5,423.54 |
| DCX-222L | 9924931-000 | GCLO090203407 | 5,423.54 |
| DCX-222L | 9924931-000 | GCLO090303323 | 5,423.54 |
| DCX-222L | 9924931-000 | GCLO090403496 | 5,423.54 |
| DCX-222M | 9925103-000 | GCLO081206564 | 5,793.46 |
| DCX-222M | 9925103-000 | GCLO090103781 | 5,793.46 |
| DCX-222M | 9925103-000 | GCLO090203409 | 5,793.46 |
| DCX-222M | 9925103-000 | GCLO090303325 | 5,793.46 |
| DCX-222M | 9925103-000 | GCLO090403497 | 5,793.46 |
| DCX-222O | 9925105-000 | GCLO081206565 | 7,444.93 |
| DCX-222O | 9925105-000 | GCLO090103782 | 7,444.93 |
| DCX-222O | 9925105-000 | GCLO090203410 | 7,444.93 |
| DCX-222O | 9925105-000 | GCLO090303326 | 7,444.93 |
| DCX-222O | 9925105-000 | GCLO090403498 | 7,444.93 |
| DCX-222P | 9925489-000 | EILO090300780 | 17.28 |
| DCX-222P | 9925489-000 | EILO090400821 | 17.28 |
| DCX-222V | 9927931-000 | EILO080509355 | 308.87 |
| DCX-222V | 9927931-000 | EILO080509350 | 308.87 |
| DCX-222V | 9927931-000 | EILO080509351 | 308.87 |
| DCX-222V | 9927931-000 | EILO080509352 | 308.87 |

| | | | |
|---|---|---|---:|
| DCX-222V | 9927931-000 | EILO080509353 | 308.87 |
| DCX-222V | 9927931-000 | EILO080509354 | 308.87 |
| DCX-222V | 9927931-000 | EILO080607401 | 308.87 |
| DCX-222V | 9927931-000 | EILO080702757 | 308.87 |
| DCX-222V | 9927931-000 | EILO080807885 | 308.87 |
| DCX-222V | 9927931-000 | EILO080902266 | 308.87 |
| DCX-222V | 9927931-000 | EILO081002528 | 308.87 |
| DCX-222V | 9927931-000 | EILO081102258 | 308.87 |
| DCX-222V | 9927931-000 | EILO081202198 | 308.87 |
| DCX-222V | 9927931-000 | EILO090102311 | 308.87 |
| DCX-222V | 9927931-000 | EILO090202100 | 308.87 |
| DCX-222V | 9927931-000 | EILO090302019 | 308.87 |
| DCX-222V | 9927931-000 | EILO090402135 | 308.87 |
| DCX-224A | 9924757-000 | EILO090400751 | 407.68 |
| DCX-227 | 9923638-400 | EIAB090507848 | 1,379.41 |
| DCX-227 | 9923638-400 | EIAB090507849 | 1,379.41 |
| DCX-227 | 9923638-400 | EIAB090507850 | 1,379.41 |
| DCX-228 | 9923639-400 | EIAB090507852 | 1,136.00 |
| DCX-228 | 9923639-400 | EIAB090507853 | 1,136.00 |
| DCX-228 | 9923639-400 | EIAB090507854 | 1,136.00 |
| DCX-229 | 9923736-400 | GCAB090507856 | 94.39 |
| DCX-229 | 9923736-400 | GCAB090507857 | 94.39 |
| DCX-229 | 9923736-400 | GCAB090507858 | 94.39 |
| DCX-230 | 9923877-000 | EILO090300315 | 4.73 |
| DCX-233 | 9924027-000 | EISP090407185 | 477.21 |
| DCX-235 | 9924101-400 | EIAB081011450 | 1,173.70 |
| DCX-235 | 9924101-400 | EIAB081011444 | 1,173.70 |
| DCX-235 | 9924101-400 | EIAB081011445 | 1,173.70 |
| DCX-235 | 9924101-400 | EIAB081011446 | 1,173.70 |
| DCX-235 | 9924101-400 | EIAB081011447 | 1,173.70 |
| DCX-235 | 9924101-400 | EIAB081011448 | 1,173.70 |
| DCX-235 | 9924101-400 | EIAB081011449 | 1,173.70 |
| DCX-235 | 9924101-400 | EIAB081107816 | 1,173.70 |
| DCX-235 | 9924101-400 | EIAB081205767 | 1,173.70 |
| DCX-235 | 9924101-400 | EIAB090106304 | 1,173.70 |
| DCX-235 | 9924101-400 | EIAB090205878 | 1,173.70 |
| DCX-235 | 9924101-400 | EIAB090305917 | 1,173.70 |
| DCX-235 | 9924101-400 | EIAB090406313 | 1,173.70 |
| DCX-236 | 9924387-000 | EILO090300710 | 0.39 |
| DCX-236 | 9924387-000 | EILO090400735 | 0.39 |
| DCX-236B | 9924815-000 | EILO090400757 | 2,183.74 |
| DCX-237 | 9924351-000 | EISP090408360 | 110.39 |
| DCX-237 | 9924351-000 | EISP090408361 | 124.31 |
| DCX-237 | 9924351-000 | EISP090408362 | 17.02 |
| DCX-237 | 9924351-000 | EISP090408363 | 23.58 |
| DCX-237 | 9924351-000 | EISP090408907 | 148.14 |
| DCX-238 | 9924567-900 | EIRN081208968 | 120.22 |
| DCX-238 | 9924567-900 | EIRN081208975 | 185.04 |
| DCX-238 | 9924567-900 | EIRN081208978 | 120.22 |
| DCX-238 | 9924567-900 | EIRN081208979 | 60.11 |
| DCX-238 | 9924567-900 | EIRN081208980 | 246.72 |
| DCX-238 | 9924567-900 | EIRN081208982 | 120.22 |
| DCX-238 | 9924567-900 | EIRN081208989 | 185.04 |
| DCX-238 | 9924567-900 | EIRN081208992 | 120.22 |
| DCX-238 | 9924567-900 | EIRN081208993 | 60.11 |
| DCX-238 | 9924567-900 | EIRN081208994 | 246.72 |
| DCX-238 | 9924567-900 | EIRN081208996 | 120.22 |
| DCX-238 | 9924567-900 | EIRN081209003 | 185.04 |
| DCX-238 | 9924567-900 | EIRN081209006 | 120.22 |

| | | | |
|---|---|---|---:|
| DCX-238 | 9924567-900 | EIRN081209007 | 60.11 |
| DCX-238 | 9924567-900 | EIRN081209008 | 246.72 |
| DCX-238 | 9924567-900 | EIRN081209010 | 120.22 |
| DCX-238 | 9924567-900 | EIRN081209012 | 128.63 |
| DCX-238 | 9924567-900 | EIRN081209017 | 185.04 |
| DCX-238 | 9924567-900 | EIRN081209020 | 120.22 |
| DCX-238 | 9924567-900 | EIRN081209021 | 60.11 |
| DCX-238 | 9924567-900 | EIRN081209022 | 246.72 |
| DCX-238 | 9924567-900 | EIRN081209024 | 120.22 |
| DCX-238 | 9924567-900 | EIRN090107193 | 185.04 |
| DCX-238 | 9924567-900 | EIRN090107196 | 120.22 |
| DCX-238 | 9924567-900 | EIRN090107197 | 60.11 |
| DCX-238 | 9924567-900 | EIRN090107198 | 246.72 |
| DCX-238 | 9924567-900 | EIRN090107200 | 120.22 |
| DCX-238 | 9924567-900 | EIRN090200687 | 185.04 |
| DCX-238 | 9924567-900 | EIRN090200690 | 120.22 |
| DCX-238 | 9924567-900 | EIRN090200691 | 60.11 |
| DCX-238 | 9924567-900 | EIRN090200692 | 246.72 |
| DCX-238 | 9924567-900 | EIRN090200696 | 128.63 |
| DCX-238 | 9924567-900 | EIRN090300673 | 185.04 |
| DCX-238 | 9924567-900 | EIRN090300676 | 120.22 |
| DCX-238 | 9924567-900 | EIRN090300677 | 60.11 |
| DCX-238 | 9924567-900 | EIRN090300678 | 246.72 |
| DCX-238 | 9924567-900 | EIRN090300680 | 120.22 |
| DCX-238 | 9924567-900 | EIRN090300682 | 128.63 |
| DCX-238 | 9924567-900 | EIRN090300683 | 251.13 |
| DCX-238 | 9924567-900 | EIRN090300684 | 23.62 |
| DCX-238 | 9924567-900 | EIRN090400695 | 185.04 |
| DCX-238 | 9924567-900 | EIRN090400698 | 120.22 |
| DCX-238 | 9924567-900 | EIRN090400699 | 60.11 |
| DCX-238 | 9924567-900 | EIRN090400700 | 246.72 |
| DCX-238 | 9924567-900 | EIRN090400702 | 120.22 |
| DCX-238 | 9924567-900 | EIRN090400704 | 128.63 |
| DCX-238 | 9924567-901 | EISP081208944 | 198.05 |
| DCX-238 | 9924567-901 | EISP081208945 | 198.05 |
| DCX-238 | 9924567-901 | EISP081208946 | 8.03 |
| DCX-238A | 9926158-900 | EIRN090300688 | 135.54 |
| DCX-238A | 9926158-900 | EIRN090400709 | 135.54 |
| DCX-239 | 9924563-900 | GCRN080808141 | 1,305.15 |
| DCX-239 | 9924563-900 | GCRN080907054 | 1,305.15 |
| DCX-239 | 9924563-900 | GCRN081004010 | 1,305.15 |
| DCX-239 | 9924563-900 | GCRN081103584 | 566.89 |
| DCX-239 | 9924563-900 | GCRN081206519 | 1,305.15 |
| DCX-239 | 9924563-900 | GCRN090103738 | 774.79 |
| DCX-239 | 9924563-900 | GCRN090203390 | 1,305.15 |
| DCX-239 | 9924563-900 | GCRN090303308 | 1,305.15 |
| DCX-239 | 9924563-900 | GCRN090403483 | 1,305.15 |
| DCX-240 | 9925099-000 | GCLO090103924 | 1,406.75 |
| LGR-007 | 9915407-904 | EIRN090108427 | 15,128.00 |
| LGR-007 | 9915407-904 | EIRN090206586 | 15,128.00 |
| LGR-007 | 9915407-905 | EIRN090409946 | 15,128.00 |
| LGR-007 | 9915407-906 | EIRN090409952 | 3,233.00 |
| LGR-011 | 9915426-000 | EISP071106740 | 15,107.03 |
| LGR-011 | 9915426-904 | EIRN090307331 | 5,870.00 |
| LGR-011 | 9915426-904 | EIRN090400623 | 5,870.00 |
| LGR-012 | 9915433-400 | EIAB071206659 | 4,683.00 |
| LGR-015 | 9915447-901 | EIRN081009836 | 998.00 |
| LGR-015 | 9915447-902 | EIRN090108194 | 1,006.50 |
| LGR-015 | 9915447-902 | EIRN090108192 | 1,006.50 |

| | | | |
|---|---|---|---:|
| LGR-015 | 9915447-902 | EIRN090108193 | 1,006.50 |
| LGR-015 | 9915447-903 | EIRN090307275 | 998.00 |
| LGR-015 | 9915447-903 | EIRN090307274 | 998.00 |
| LGR-015 | 9915447-903 | EIRN090401880 | 998.00 |
| LGR-017 | 9915454-900 | EISP080508441 | 995.00 |
| LGR-018 | 9915455-900 | EISP071206464 | 19,652.80 |
| LGR-021 | 9915558-906 | EIRN090409967 | 6,375.00 |
| LGR-022 | 9915702-904 | EIRN090409874 | 465.00 |
| LGR-025 | 9915707-903 | EIRN081010811 | 495.00 |
| LGR-025 | 9915707-903 | EIRN081100248 | 495.00 |
| LGR-025 | 9915707-903 | EIRN081200619 | 495.00 |
| LGR-034 | 9915777-903 | EIRN090108048 | 543.50 |
| LGR-034 | 9915777-903 | EIRN090200624 | 543.50 |
| LGR-034 | 9915777-903 | EIRN090300608 | 543.50 |
| LGR-034 | 9915777-903 | EIRN090400628 | 535.00 |
| LGR-036 | 9915925-900 | EISP080309585 | 8,385.95 |
| LGR-037 | 9915946-905 | EIRN090307308 | 200.00 |
| LGR-037 | 9915946-905 | EIRN090307306 | 200.00 |
| LGR-037 | 9915946-905 | EIRN090307307 | 200.00 |
| LGR-037 | 9915946-905 | EIRN090400629 | 200.00 |
| LGR-040 | 9915948-904 | EIRN090307330 | 142.07 |
| LGR-040 | 9915948-904 | EIRN090307329 | 142.07 |
| LGR-040 | 9915948-904 | EIRN090400630 | 142.07 |
| LGR-041 | 9915944-903 | EIRN090108051 | 15,498.00 |
| LGR-041 | 9915944-903 | EIRN090200625 | 15,498.00 |
| LGR-041 | 9915944-903 | EIRN090300609 | 15,498.00 |
| LGR-041 | 9915944-904 | EIRN090410008 | 3,927.51 |
| LGR-042 | 9915986-903 | EIRN090307273 | 2,475.00 |
| LGR-042 | 9915986-903 | EIRN090307271 | 2,475.00 |
| LGR-042 | 9915986-903 | EIRN090307272 | 2,475.00 |
| LGR-044 | 9916004-903 | EIRN090108110 | 595.80 |
| LGR-044 | 9916004-903 | EIRN090200626 | 595.80 |
| LGR-044 | 9916004-903 | EIRN090300610 | 595.80 |
| LGR-052 | 9916372-905 | EIRN090108400 | 2,985.04 |
| LGR-052 | 9916372-905 | EIRN090206576 | 2,985.04 |
| LGR-052 | 9916372-905 | EIRN090300611 | 2,985.04 |
| LGR-052 | 9916372-906 | EIRN090410011 | 2,275.00 |
| LGR-053 | 9916376-905 | EIRN090409876 | 2,870.00 |
| LGR-053 | 9916376-905 | EIRN090409875 | 2,870.00 |
| LGR-053-EXT | 9916376-900 | EIRN071106762 | 15,583.31 |
| LGR-053-EXT | 9916376-900 | EIRN071106761 | 15,583.31 |
| LGR-054-A | 9924420-902 | EIRN090108449 | 825.00 |
| LGR-054-A | 9924420-902 | EIRN090206592 | 825.00 |
| LGR-054-EXT | 9916371-902 | EIRN090108462 | 2,675.00 |
| LGR-054-EXT | 9916371-902 | EIRN090206631 | 2,675.00 |
| LGR-055 | 9919777-900 | EISP080509347 | 5,138.42 |
| LGR-059 | 9920115-700 | EISL090207968 | 1,995.00 |
| LGR-063 | 9920262-904 | EIRN090307279 | 2,906.34 |
| LGR-064 | 9920263-904 | EIRN090409893 | 2,906.34 |
| LGR-066 | 9920264-900 | EISP090310321 | 9,796.57 |
| LGR-066 | 9920264-900 | EISP090310331 | 2,019.58 |
| LGR-066 | 9920264-900 | EISP090310332 | 0.58 |
| LGR-066 | 9920264-900 | EISP090310333 | 0.58 |
| LGR-068 | 9920393-000 | EILO071100804 | 727.24 |
| LGR-068 | 9920393-000 | EILO071200864 | 727.24 |
| LGR-068 | 9920393-902 | EIRN090307290 | 555.00 |
| LGR-068 | 9920393-902 | EIRN090307288 | 555.00 |
| LGR-068 | 9920393-902 | EIRN090307289 | 555.00 |
| LGR-068 | 9920393-902 | EIRN090400638 | 555.00 |

| | | | |
|---|---|---|---:|
| LGR-074 | 9920446-902 | EIRN090400641 | 25.50 |
| LGR-078 | 9920616-903 | EIRN090108122 | 3,646.85 |
| LGR-078 | 9920616-903 | EIRN090200634 | 3,646.85 |
| LGR-078 | 9920616-903 | EIRN090300630 | 3,646.85 |
| LGR-080 | 9920778-902 | EIRN081108246 | 14.30 |
| LGR-080 | 9920778-902 | EIRN081108243 | 14.30 |
| LGR-080 | 9920778-902 | EIRN081108244 | 14.30 |
| LGR-080 | 9920778-902 | EIRN081108245 | 14.30 |
| LGR-080 | 9920778-902 | EIRN081200635 | 14.30 |
| LGR-082 | 9920780-901 | EIRN090208602 | 999.21 |
| LGR-082 | 9920780-901 | EIRN090306983 | 999.21 |
| LGR-082 | 9920780-901 | EIRN090400644 | 998.00 |
| LGR-083 | 9920781-901 | EIRN090410180 | 2,759.00 |
| LGR-083 | 9920781-901 | EIRN090410181 | 2,759.00 |
| LGR-083 | 9920781-901 | EIRN090410182 | 2,759.00 |
| LGR-084 | 9920783-902 | EISP090208140 | 353.10 |
| LGR-084 | 9920783-903 | EIRN090107577 | 350.80 |
| LGR-084 | 9920783-903 | EIRN090107578 | 350.80 |
| LGR-084 | 9920783-903 | EIRN090200636 | 350.80 |
| LGR-084 | 9920783-903 | EIRN090300633 | 350.80 |
| LGR-084 | 9920783-903 | EIRN090400645 | 350.80 |
| LGR-085 | 9920785-906 | EIRN090108128 | 4,228.14 |
| LGR-085 | 9920785-906 | EIRN090200638 | 4,228.14 |
| LGR-085 | 9920785-906 | EIRN090300634 | 4,228.14 |
| LGR-085A | 9920785-905 | EIRN090108126 | 3,500.00 |
| LGR-085A | 9920785-905 | EIRN090200637 | 3,500.00 |
| LGR-088 | 9921347-903 | EISP090208432 | 997.03 |
| LGR-088 | 9921347-904 | EIRN090108158 | 1,947.20 |
| LGR-088 | 9921347-904 | EIRN090200642 | 1,947.20 |
| LGR-088 | 9921347-905 | EIRN090409894 | 976.03 |
| LGR-089 | 9921346-902 | EIRN090409878 | 750.00 |
| LGR-089 | 9921346-902 | EIRN090409877 | 750.00 |
| LGR-098 | 9921479-903 | EIRN090208638 | 985.27 |
| LGR-099 | 9921481-901 | EIRN090108146 | 1,970.54 |
| LGR-099 | 9921481-901 | EIRN090200644 | 1,970.54 |
| LGR-099 | 9921481-902 | EIRN090306993 | 1,970.54 |
| LGR-100 | 9921516-901 | EIRN090108154 | 1,970.54 |
| LGR-100 | 9921516-901 | EIRN090200645 | 1,970.54 |
| LGR-101 | 9921544-902 | EIRN090306892 | 3,705.83 |
| LGR-101 | 9921544-903 | EIRN090410012 | 3,705.83 |
| LGR-102 | 9921557-902 | EIRN090208609 | 3,705.83 |
| LGR-102 | 9921557-903 | EIRN090409880 | 3,705.83 |
| LGR-102 | 9921557-903 | EIRN090409879 | 3,705.83 |
| LGR-104 | 9921727-902 | EIRN090108162 | 592.26 |
| LGR-104 | 9921727-902 | EIRN090200650 | 592.26 |
| LGR-104 | 9921727-903 | EIRN090409873 | 592.26 |
| LGR-105 | 9921752-902 | EIRN090108183 | 592.26 |
| LGR-105 | 9921752-902 | EIRN090200651 | 592.26 |
| LGR-105 | 9921752-903 | EIRN090409872 | 592.26 |
| LGR-106 | 9921921-901 | EIRN090108181 | 1,500.00 |
| LGR-106 | 9921921-901 | EIRN090200652 | 1,500.00 |
| LGR-106 | 9921921-901 | EIRN090300641 | 1,500.00 |
| LGR-106 | 9921921-901 | EIRN090400652 | 1,500.00 |
| LGR-107 | 9921922-901 | EIRN090108177 | 1,500.00 |
| LGR-107 | 9921922-901 | EIRN090200653 | 1,500.00 |
| LGR-107 | 9921922-901 | EIRN090300642 | 1,500.00 |
| LGR-107 | 9921922-901 | EIRN090400653 | 1,500.00 |
| LGR-108 | 9921923-901 | EIRN090208248 | 2,631.85 |
| LGR-108 | 9921923-901 | EIRN090208249 | 2,631.85 |

| | | | |
|---|---|---|---|
| LGR-108 | 9921923-901 | EIRN090306647 | 2,631.85 |
| LGR-108 | 9921923-902 | EIRN090410013 | 2,631.85 |
| LGR-109 | 9921959-902 | EIRN090108188 | 2,091.93 |
| LGR-109 | 9921959-902 | EIRN090200654 | 2,091.93 |
| LGR-109 | 9921959-903 | EIRN090409881 | 2,091.93 |
| LGR-110 | 9921960-903 | EIRN090307301 | 1,184.52 |
| LGR-110 | 9921960-903 | EIRN090307302 | 1,184.52 |
| LGR-111 | 9921961-901 | EIRN081010853 | 592.26 |
| LGR-112 | 9921963-902 | EIRN090409883 | 985.27 |
| LGR-112 | 9921963-902 | EIRN090409882 | 985.27 |
| LGR-113 | 9922080-901 | EIRN090307286 | 995.00 |
| LGR-113 | 9922080-901 | EIRN090307287 | 995.00 |
| LGR-113 | 9922080-902 | EIRN090409871 | 995.00 |
| LGR-113 | 9922080-902 | EIRN090409870 | 995.00 |
| LGR-117 | 9922226-901 | EIRN090208274 | 1,570.00 |
| LGR-117 | 9922226-901 | EIRN090306870 | 1,570.00 |
| LGR-117 | 9922226-901 | EIRN090400656 | 1,570.00 |
| LGR-123 | 9922380-901 | EIRN090107686 | 473.28 |
| LGR-123 | 9922380-901 | EIRN090107684 | 473.28 |
| LGR-123 | 9922380-901 | EIRN090107685 | 473.28 |
| LGR-123 | 9922380-901 | EIRN090200663 | 473.28 |
| LGR-123 | 9922380-901 | EIRN090300651 | 473.28 |
| LGR-123 | 9922380-901 | EIRN090400664 | 473.28 |
| LGR-124 | 9922432-901 | EIRN090409885 | 9,800.00 |
| LGR-124 | 9922432-901 | EIRN090409884 | 9,800.00 |
| LGR-125 | 9922518-901 | EIRN090410017 | 5,936.00 |
| LGR-126 | 9922519-900 | EIRN090309562 | 565.87 |
| LGR-126 | 9922519-900 | EIRN090309563 | 565.87 |
| LGR-126 | 9922519-900 | EIRN090309564 | 565.87 |
| LGR-126 | 9922519-900 | EIRN090309565 | 565.87 |
| LGR-127 | 9922730-901 | EIRN090108189 | 525.00 |
| LGR-127 | 9922730-901 | EIRN090200671 | 525.00 |
| LGR-127 | 9922730-901 | EIRN090300657 | 525.00 |
| LGR-127 | 9922730-901 | EIRN090400668 | 525.00 |
| LGR-128B | 9926906-000 | EISP070707442 | 10,125.28 |
| LGR-129 | 9922754-901 | EIRN090410006 | 14,150.16 |
| LGR-132 | 9923180-901 | EIRN090107492 | 223.73 |
| LGR-132 | 9923180-901 | EIRN090107493 | 223.73 |
| LGR-132 | 9923180-901 | EIRN090107494 | 223.73 |
| LGR-132 | 9923180-901 | EIRN090200676 | 223.73 |
| LGR-132 | 9923180-901 | EIRN090300662 | 223.73 |
| LGR-132 | 9923180-901 | EIRN090400671 | 223.73 |
| LGR-135 | 9923183-900 | EIRN090307285 | 525.00 |
| LGR-135 | 9923183-900 | EIRN090307282 | 525.00 |
| LGR-135 | 9923183-900 | EIRN090307283 | 525.00 |
| LGR-135 | 9923183-900 | EIRN090307284 | 525.00 |
| LGR-135 | 9923183-900 | EIRN090400673 | 525.00 |
| LGR-136 | 9923567-900 | EIRN090208734 | 910.00 |
| LGR-136 | 9923567-900 | EIRN090307276 | 910.00 |
| LGR-136 | 9923567-900 | EIRN090307277 | 910.00 |
| LGR-136 | 9923567-900 | EIRN090307278 | 910.00 |
| LGR-136 | 9923567-900 | EIRN090400683 | 910.00 |
| LGR-137 | 9923743-901 | EIRN090307280 | 1,123.25 |
| LGR-137 | 9923743-901 | EIRN090307281 | 1,123.25 |
| LGR-138 | 9923741-901 | EIRN090208293 | 891.23 |
| LGR-138 | 9923741-901 | EIRN090306877 | 891.23 |
| LGR-140 | 9923740-900 | EIRN090409869 | 2,952.00 |
| LGR-140 | 9923740-900 | EIRN090409868 | 2,952.00 |
| LGR-141 | 9923672-900 | EIRN081209520 | 3,687.32 |

| | | | |
|---|---|---|---:|
| LGR-141 | 9923672-901 | EIRN090208251 | 3,687.32 |
| LGR-141 | 9923672-901 | EIRN090208252 | 3,687.32 |
| LGR-142 | 9923737-900 | EIRN090306990 | 1,638.00 |
| LGR-142 | 9923737-900 | EIRN090400687 | 1,638.00 |
| LGR-143 | 9923726-900 | EIRN090208314 | 1,638.00 |
| LGR-143 | 9923726-900 | EIRN090306888 | 1,638.00 |
| LGR-143 | 9923726-900 | EIRN090400686 | 1,638.00 |
| LGR-145 | 9923738-900 | EIRN090307056 | 1,010.00 |
| LGR-145 | 9923738-900 | EIRN090400688 | 1,010.00 |
| LGR-150 | 9923850-900 | EIRN090307058 | 2,280.00 |
| LGR-150 | 9923850-900 | EIRN090400690 | 2,280.00 |
| LGR-152 | 9923941-900 | EIRN090307060 | 756.92 |
| LGR-152 | 9923941-900 | EIRN090400692 | 756.92 |
| | | | **937,136.18** |