| Invoice # | Invoice date | Total Amount Remaining Unpaid |
|---|---|---|
| 407328 | 18-Jul-2008 | 11,550.00 |
| 18176 | 26-Nov-2008 | 6,245.00 |
| 18196 | 12-Dec-2008 | 5,445.00 |
| 421265 | 24-Mar-2009 | 1,060.00 |
| 018335 | 08-Apr-2009 | 4,765.00 |
| 422102 | 09-Apr-2009 | 326.98 |
| 422243 | 14-Apr-2009 | 509.67 |
| 422242 | 14-Apr-2009 | 323.93 |
| 422241 | 14-Apr-2009 | 181.30 |
| 422240 | 14-Apr-2009 | 160.14 |
| 422304 | 15-Apr-2009 | 234.08 |
| 422307 | 15-Apr-2009 | 323.93 |
| 422305 | 15-Apr-2009 | 362.60 |
| 422306 | 15-Apr-2009 | 415.23 |
| 422308 | 15-Apr-2009 | 1,240.35 |
| 422362 | 15-Apr-2009 | 18,381.00 |
| 422420 | 16-Apr-2009 | 9.72 |
| 422421 | 16-Apr-2009 | 159.77 |
| 422422 | 16-Apr-2009 | 599.40 |
| 422419 | 16-Apr-2009 | 3,512.22 |
| 422413 | 16-Apr-2009 | 2,045.04 |
| 422418 | 16-Apr-2009 | 1,717.30 |
| 422416 | 16-Apr-2009 | 1,269.11 |
| 422417 | 16-Apr-2009 | 1,107.29 |
| 422414 | 16-Apr-2009 | 948.72 |
| 422552 | 20-Apr-2009 | 515.88 |
| 422607 | 21-Apr-2009 | 3,092.04 |
| 422610 | 21-Apr-2009 | 1,240.06 |
| 422601 | 21-Apr-2009 | 1,108.72 |
| 422605 | 21-Apr-2009 | 647.86 |
| 422603 | 21-Apr-2009 | 609.48 |
| 422602 | 21-Apr-2009 | 465.76 |
| 422604 | 21-Apr-2009 | 426.00 |
| 422600 | 21-Apr-2009 | 398.46 |
| 422759 | 22-Apr-2009 | 5.36 |
| 422745 | 22-Apr-2009 | 44.50 |
| 422698 | 22-Apr-2009 | 609.48 |
| 422748 | 22-Apr-2009 | 801.00 |
| 422697 | 22-Apr-2009 | 936.32 |
| 422700 | 22-Apr-2009 | 1,002.17 |
| 422747 | 22-Apr-2009 | 2,178.00 |
| 422746 | 22-Apr-2009 | 3,557.40 |
| 422793 | 23-Apr-2009 | 7.57 |
| 422799 | 23-Apr-2009 | 263.95 |
| 422798 | 23-Apr-2009 | 287.18 |
| 422782 | 23-Apr-2009 | 2,513.20 |

| | | |
|---|---|---|
| 422787 | 23-Apr-2009 | 1,558.20 |
| 422783 | 23-Apr-2009 | 1,501.92 |
| 422781 | 23-Apr-2009 | 796.92 |
| 422790 | 23-Apr-2009 | 565.60 |
| 422786 | 23-Apr-2009 | 321.96 |
| 422785 | 23-Apr-2009 | 260.56 |
| 422784 | 23-Apr-2009 | 116.44 |
| 422998 | 28-Apr-2009 | 232.88 |
| 422997 | 28-Apr-2009 | 398.46 |
| 422999 | 28-Apr-2009 | 643.92 |
| 423002 | 28-Apr-2009 | 715.13 |
| 423000 | 28-Apr-2009 | 948.72 |
| 423003 | 28-Apr-2009 | 1,108.72 |
| 422995 | 28-Apr-2009 | 1,576.88 |
| 422996 | 28-Apr-2009 | 1,674.32 |
| 423144 | 29-Apr-2009 | 39.86 |

**TOTAL**                          **96,063.66**