# STATEMENT

**CSC Corporate Domains**

| | |
|---|---|
| Customer Account: | DAI0001C |
| Statement Date: | 05/01/2009 |
| Account Executive: | Brand Advisory Team - Vincent D'Angelo |

**CSC Corporate Domains Inc**
**2711 Centerville Road**
**Suite 400**
**Wilmington, DE, 19808**
**USA**

Chrysler LLC
PO: # JYG2932740-K SUPPLIER CODE: #45782
800 Chrysler Drive
Auburn Hills
MI
48326-2757
US

Attention - Mike Hardy

| Date | Invoice/Credit Payment No | Invoice /Credit | Applied to | Amount Applied | Payment Received | Outstanding | On-acct Un-Allocated | Status |
|---|---|---|---|---|---|---|---|---|
| 7/31/2005 | INV10010234 | $1,018.00 | | | $868.00 | $150.00 | | |
| 12/31/2005 | INV10023184 | $810.00 | | | | $810.00 | | |
| 11/30/2005 | INV10018565 | $1,321.50 | | | $333.00 | $988.50 | | |
| 4/30/2006 | INV10033373 | $5,640.00 | | | $5,610.00 | $30.00 | | |
| 12/1/2006 | 1075717a | -$1,449.00 | | $0.00 | | | $-1,449.00 | PAYMENT - CHQ |
| 12/4/2006 | 1076435 | -$14,925.00 | | $14,525.00 | | | $-500.00 | PAYMENT - CHQ |
| 2/12/2007 | 1079496 | -$41,160.00 | | $39,900.00 | | | $-1,260.00 | PAYMENT - CHQ |
| 6/30/2007 | INV10069795 | $6,088.00 | | | $5,590.00 | $498.00 | | |
| 8/31/2007 | INV10074472 | $41,734.00 | | | | $41,734.00 | | |
| 9/30/2007 | INV10077342 | $7,723.00 | | | | $7,723.00 | | |
| 10/31/2007 | INV10080764 | $10,047.00 | | | | $10,047.00 | | |
| 11/30/2007 | INV10083021 | $6,742.10 | | | | $6,742.10 | | |
| 12/31/2007 | INV10088194 | $9,898.00 | | | | $9,898.00 | | |
| 1/31/2008 | INV10089831 | $6,164.00 | | | $3,561.00 | $2,603.00 | | |
| 1/31/2009 | INV100120162 | $1,246.00 | | | $360.00 | $886.00 | | |
| 2/28/2009 | INV100122471 | $3,690.00 | | | $1,534.00 | $2,156.00 | | |
| 3/31/2009 | INV100124362 | $4,694.00 | | | $1,530.00 | $3,164.00 | | |

# STATEMENT

**CSC Corporate Domains**

|  |  |
|---|---|
| Customer Account: | DAI0001C |
| Statement Date: | 05/01/2009 |
| Account Executive: | Brand Advisory Team - Vincent D'Angelo |

CSC Corporate Domains Inc
2711 Centerville Road
Suite 400
Wilmington, DE, 19808
USA

Chrysler LLC
PO: # JYG2932740-K SUPPLIER CODE: #45782
800 Chrysler Drive
Auburn Hills
MI
48326-2757
US

| Date | Invoice/Credit Payment No | Invoice /Credit | Applied to | Amount Applied | Payment Received | Outstanding | On-acct Un-Allocated | Status |
|---|---|---|---|---|---|---|---|---|
| 4/30/2009 | INV100126917 | $4,870.00 |  |  |  | $4,870.00 |  |  |
|  |  | $111,685.60 |  |  | $-19,386.00 | $92,299.60 | $-3,209.00 |  |

Amount Owed as of:    05/01/2009    $89,090.60

# REMITTANCE ADVICE

| Customer Account: | DAI0001C |
|---|---|
| Statement Date: | 05/01/2009 |

**Payment Options:**

**Mail Check To:**

**CSC Corporate Domains, Inc.**
**General Post Office**
**PO Box 822422**
**Philadelphia, PA 19182-2422**

**Wire Payment To:**
**Beneficiary: CSC Corporate Domains, Inc.**
**SWIFT Code: PNCC US 33**
**Routing #: 031100089**
**Account #: 5605017764**
**PNC Bank**
**222 Delaware Ave 18th Floor,**
**Wilmington, DE 19801**

**Amount Owed:**    $89,090.60