# DyKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

CHRYSLER/PRODUCT LIABILITY (HOURLY)     JUNE 26, 2009
PAUL R. EICHBAUER     CLIENT-MATTER NO. 087788-0010
1000 CHRYSLER DRIVE     INVOICE NO.  1283180
AUBURN HILLS, MI 48326-2766

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  DCC VS HUTCHINSON FTS**
**CASE ID# 1174144 FIRM ID# MI07**

| | |
|---|---:|
| FEES .......................................................... $ | 2,058.50 |
| DISBURSEMENTS ...................................................... | 10.74 |
| **TOTAL AMOUNT DUE.............................................. $** | **2,069.24** |

# DyKEMA

CHRYSLER/PRODUCT LIABILITY (HOURLY)
JUNE 26, 2009

CLIENT-MATTER NO.    087788-0010
INVOICE NO.  1283180
PAGE NO.  2

**RE:  DCC VS HUTCHINSON FTS
CASE ID# 1174144 FIRM ID# MI07**

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|-----|-------------|-------|--------|
| 05/05/09 | TJMU | DRAFT CORRESPONDENCE TO MR. EICHBAUER (CHRYSLER) RE STAY ISSUES AND POTENTIAL SETTLEMENT (.30); TELEPHONE CONFERENCE WITH OPPOSING COUNSEL RE SAME (.10); REVIEW OF ISSUES RE SAME (.10). | 0.50 | 125.00 |
| 05/06/09 | TJMU | DRAFT CORRESPONDENCE TO MR. EICHBAUER (CHRYSLER) RE STAY AND STATUS OF SETTLEMENT NEGOTIATIONS. | 0.30 | 75.00 |
| 05/13/09 | TJMU | REVIEW CORRESPONDENCE FROM MR. KILBANE (SQUIRE SANDERS) RE STATUS OF SETTLEMENT AND WHETHER STAY APPLIES TO THIS ACTION (.20); DRAFT CORRESPONDENCE TO MR. EICHBAUER (CHRYSLER) RE SAME (.20). | 0.40 | 100.00 |
| 05/26/09 | JPF | DRAFT RESPONSE TO EMAIL COMMUNICATIONS WITH MS. GOITOM (JONES DAY) RE POST PETITION SETTLEMENT ISSUES. | 0.40 | 144.00 |
| 05/26/09 | JPF | TELEPHONE CONFERENCE WITH MS. MAYERSON (SQUIRE SANDERS) RE POST PETITION SETTLEMENT MATTERS. | 0.40 | 144.00 |
| 05/26/09 | JPF | CORRESPONDENCE WITH MS. MAYERSON (SQUIRE SANDERS) RE POST PETITION SETTLEMENT MATTERS. | 0.30 | 108.00 |
| 05/26/09 | TJMU | TELEPHONE CONFERENCE WITH MR. DORAN (CHRYSLER) RE SETTLEMENT (.30); CORRESPONDENCE TO AND FROM MR. DORAN (CHRYSLER) RE SAME (.20); FINALIZE SETTLEMENT AGREEMENT (.90); DRAFT CORRESPONDENCE TO OPPOSING COUNSEL RE SAME (.20). | 1.60 | 400.00 |
| 05/27/09 | TJMU | NUMEROUS CORRESPONDENCE TO AND FROM TOGUT LAWYERS RE CURE LETTER AGREEMENT AND SIDE AGREEMENT RELATED TO LITIGATION (.70); CORRESPONDENCE TO AND FROM MR. DORAN (CHRYSLER) (X4) RE SAME (.40); TELEPHONE CONFERENCE WITH MR. BELANGER (CHRYSLER) RE SAME (.30). | 1.40 | 350.00 |
| 05/28/09 | TJMU | REVIEW CORRESPONDENCE FROM MR. BELANGER (CHRYSLER) RE SETTLEMENT AMOUNT REACHED WITH HUTCHINSON, CURE LETTER AND SIDE AGREEMENT (.50); DRAFT CORRESPONDENCE TO TOGUT LAWYERS RE SAME AND NECESSITY OF SIDE AGREEMENT (.50); REVIEW CORRESPONDENCE FROM TOGUT LAWYERS RE SAME (X2) (.20). | 1.20 | 300.00 |
| 05/29/09 | EKK1 | GENERATE PRODUCTION INFORMATION (2.0); EXPORT DOCUMENTS TO BE ARCHIVED POST TRIAL (.50). | 2.50 | 312.50 |

**DyKEMA**

CHRYSLER/PRODUCT LIABILITY (HOURLY)
JUNE 26, 2009

CLIENT-MATTER NO.   087788-0010
INVOICE NO.  1283180
PAGE NO.  3

**TOTAL ATTORNEY & PARALEGAL TIME** ..................................................................... **9.00**
**TOTAL LEGAL FEES**.................................................................................................... **$    2,058.50**

# DyKEMA

CHRYSLER/PRODUCT LIABILITY (HOURLY)
JUNE 26, 2009

CLIENT-MATTER NO.    087788-0010
INVOICE NO.  1283180
PAGE NO.  4

| | DISBURSEMENTS | | |
|---|---|---|---|
| 05/06/09 | BANK OF AMERICA BANKCARD - OAKLAND CIRCUIT E-FILE FEE FOR FILING NOTICE OF SUGGESTION OF BANKRUPTCY. | | 8.24 |
| 05/06/09 | TELEPHONE (216)479-8564 | | 0.20 |
| 05/01/09 | PRINTING | 9 | 0.90 |
| 05/01/09 | PRINTING | 9 | 0.90 |
| 05/15/09 | PRINTING | 5 | 0.50 |

**TOTAL DISBURSEMENTS**.......................................    **10.74**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DyKEMA

CHRYSLER/PRODUCT LIABILITY (HOURLY)  
JUNE 26, 2009

CLIENT-MATTER NO.   087788-0010  
INVOICE NO.  1283180  
PAGE NO.  5

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|------------|-------|------|--------|
| JPF | JAMES P. FEENEY | 1.10 | 360.00 | 396.00 |
| TJMU | THOMAS J. MURRAY | 5.40 | 250.00 | 1,350.00 |
| EKK1 | ELLEN K. KAIN | 2.50 | 125.00 | 312.50 |
| **TOTAL** | | **9.00** | | **2,058.50** |

**DyKEMA**

CHRYSLER/PRODUCT LIABILITY (HOURLY)

JUNE 26, 2009

CLIENT-MATTER NO.    087788-0010
DCC VS HUTCHINSON FTS
CASE ID# 1174144 FIRM ID# MI07
INVOICE NO.  1283180
PAGE NO.  6

FEES ...............................................................$      2,058.50

DISBURSEMENTS ......................................          10.74

TOTAL AMOUNT DUE............................................$      2,069.24

DYKEMAGOSSETTᴘʟʟᴄ

DYKEMA GOSSETT PLLC
6901 DAYSPHERE CIRCLE
CHICAGO, IL 60674

CLIENT CHECK INFORMATION
PLEASE COMPLETE:
THIS INVOICE IS PAYABLE UPON RECEIPT.
CHECK #:_____    DATE:_____    AMOUNT:_____
PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.

FOR FIRM USE:

RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

CHRYSLER/PRODUCT LIABILITY (HOURLY)
MR. PAUL R. EICHBAUER
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326-2766

JUNE 26, 2009
CLIENT-MATTER NO. 087788-0013
INVOICE NO.  1283181

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  INTIER AUTOMOTIVE INC. 1176676
FIRM ID# MI07**

FEES......................................................................$    19,524.00

DISBURSEMENTS ......................................................    241.40

**TOTAL AMOUNT DUE**.............................................$    **19,765.40**

# DyKEMA

CHRYSLER/PRODUCT LIABILITY (HOURLY)
JUNE 26, 2009

CLIENT-MATTER NO.    087788-0013
INVOICE NO.  1283181
PAGE NO.  2

**RE: INTIER AUTOMOTIVE INC. 1176676**
**FIRM ID# MI07**

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 05/04/09 | DADE | REVIEW OF DOCUMENTS FOR WITNESS FILES FOR DEPOSITIONS. | **2.70** |
| 05/04/09 | TSB | DRAFT RESPONSE TO EMAIL FROM MR. EICHBAUER (CHRYSLER) RE BANKRUPTCY ISSUES (.2); REVIEW OF DOCUMENTS IN PREPARATION FOR KEY LAY WITNESS DEPOSITIONS (1.8). | **2.00** |
| 05/05/09 | BMS | ATTEND STRATEGY MEETING RE UPCOMING CHRYSLER AND INTIER DEPOSITIONS AND DOCUMENT PRODUCTION (2.0); REVIEW OF ISSUES RE STATUS OF SCHEDULING CONFERENCE, SCHEDULING ORDER AND MEDIATOR FOR SCHEDULING CONFERENCE (.2) | **2.20** |
| 05/05/09 | DADE | ATTEND STRATEGY MEETING (1.5); REVIEW DOCUMENTS FOR WITNESS FILES FOR DEPOSITIONS (2.3). | **3.80** |
| 05/05/09 | MMI | ATTEND STRATEGY MEETING WITH LITIGATION TEAM (1.5); REVIEW OF ISSUES FOR SAME (.3); ANALYSIS OF STRATEGY RE PRODUCTION ISSUES (.3). | **2.10** |
| 05/05/09 | TSB | REVIEW STATUS OF DOCUMENT PRODUCTION (.30); DRAFT STRATEGY FOR KEY LAY WITNESS DEPOSITIONS (3.2); REVIEW KEY DOCUMENTS IN ADVANCE OF LAY WITNESS DEPOSITIONS (.4); ANALYSIS OF FACILITATION STRATEGY (.4); TELEPHONE CONFERENCE WITH EXPERT (.4); ANALYSIS OF DAMAGES ISSUES (.4); TELEPHONE CONFERENCE WITH OPPOSING COUNSEL RE FACILITATION (.2). | **5.30** |
| 05/06/09 | DADE | CONDUCT RESEARCH IN PURCHASE ORDER DATABASE (1.0); COMPILATION OF SUPPLEMENTAL PRODUCTION DATA (.50). | **1.50** |
| 05/06/09 | MMI | ANALYSIS OF PERTINENT CONTRACT DOCUMENTS (.5); DEVELOP STRATEGY RE APPLICABLE WARRANTY CLAUSES (.3); CORRESPONDENCE TO MS. PIERCE (CHRYSLER) RE RS PURCHASE ORDERS (.2); ANALYSIS OF KEY DOCUMENTS FOR INTIER DEPOSITIONS (.2). | **1.20** |
| 05/06/09 | TSB | REVIEW EMAIL FROM MS. DOWIS (CHRYSLER) RE D43 MARKET DATA (.2); EMAIL TO MR. EICHBAUER (CHRYSLER) RE FACILITATOR (.2); REVIEW OF NOTICE FROM THE COURT RE PRETRIAL CONFERENCE (.2). | **0.60** |
| 05/07/09 | BMS | CORRESPONDENCE TO MR. DORAN (CHRYSLER) RE DEPOSITION RESCHEDULING (.1); ARRANGEMENTS MADE TO HAVE SCHEDULING AND PLANNING FOR FACILITATION COMPLETED (.1). | **0.20** |
| 05/07/09 | DADE | DRAFT INDEX PURCHASE ORDERS AND CLAUSES. | **2.80** |
| 05/07/09 | MMI | ANALYSIS OF PRODUCTION ISSUES. | **0.30** |
| 05/07/09 | TSB | REVIEW EMAIL FROM MR. DORAN (CHRYSLER) RE DEPOSITIONS (.2); DRAFT EMAIL TO OPPOSING COUNSEL RE FACILITATOR AND FACILITATION (.2); TELEPHONE CONFERENCE WITH OPPOSING COUNSEL RE FACILITATION (.2). | **0.60** |

# DYKEMA

CHRYSLER/PRODUCT LIABILITY (HOURLY)
JUNE 26, 2009

CLIENT-MATTER NO.    087788-0013
INVOICE NO.  1283181
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 05/08/09 | TSB | TELEPHONE CONFERENCE WITH OPPOSING COUNSEL RE FACILITATOR (.2); DRAFT EMAIL TO PROPOSED FACILITATOR (.2); REVIEW CLIENT DOCUMENTS (1.4); REVIEW EMAIL FROM FACILITATOR (.2). | 2.00 |
| 05/11/09 | DADE | UPDATE WITNESS FILES IN SUMMATION DATABASE. | 3.10 |
| 05/11/09 | TSB | REVIEW NOTICE OF PRETRIAL (.2); CONDUCT RESEARCH RE NOTICE OF CLAIM UNDER U.C.C. AND TERMS AND CONDITIONS (.4); REVIEW EMAIL AND DISCLOSURES FROM PROPOSED FACILITATOR (.2); EMAIL TO MR. EICHBAUER (CHRYSLER) RE SAME (.2); REVIEW FOURTH SET OF DISCOVERY REQUESTS (.5). | 1.50 |
| 05/12/09 | BMS | REVIEW VARIOUS CORRESPONDENCE RE STATUS OF PURCHASE ORDERS (.10), FACILITATOR (.10) AND NEW DISCOVERY REQUESTS (.10) FROM INTIER. | 0.30 |
| 05/12/09 | DADE | COMPILE CURRENT MARKET EXPENSE DATA. | 0.60 |
| 05/12/09 | TSB | REVIEW EMAIL AND MARKET CLAIMS DATA FROM MS. DOWIS (CHRYSLER). | 0.40 |
| 05/13/09 | DADE | REVIEW EXPENSE DATA FOR WITNESS FILES. | 1.30 |
| 05/13/09 | MMI | DRAFT CORRESPONDENCE TO MS. PIERCE (CHRYSLER) RE PURCHASE ORDER ISSUES (.1); DRAFT CORRESPONDENCE TO BUYERS RE PART NUMBER HISTORIES (.2); FILE ANALYSIS RE CONTRACT ISSUES (.5); STRATEGY AND ANALYSIS RE NS WORK STATEMENT AND PART NUMBERS (.2). | 1.00 |
| 05/13/09 | TSB | REVIEW EMAIL FROM MS. DOWIS (CHRYSLER) (.10) AND RELATED MARKET EXPENSE DATA (.10); REVIEW DISCOVERY REQUESTS (.40); PREPARE FOR LAY WITNESS DEPOSITIONS (5.2). | 5.80 |
| 05/14/09 | DADE | DRAFT MARKET EXPENSE SUMMARIES FOR PRODUCTION (1.5); UPDATE SUMMATION DATABASE RE SAME (.50). | 2.00 |
| 05/14/09 | JRM | DRAFT COMPREHENSIVE MEMORANDUM RE DAMAGES ISSUES TO GAIN EFFICIENCIES FROM KNOWLEDGE LEARNED FROM HUTCHINSON LAWSUIT. | 3.40 |
| 05/14/09 | MMI | DRAFT CORRESPONDENCE TO MS. CHRISTIANSON (CHRYSLER) RE STRATEGY ISSUES (.1); ANALYSIS OF NS CONTRACT DOCUMENTS (.3). | 0.40 |
| 05/14/09 | TSB | REVIEW KEY DOCUMENTS (.5); PREPARE FOR LAY DEPOSITIONS (1.0); TELEPHONE CONFERENCE WITH EXPERT (.2); REVIEW NOTICE OF CASE EVALUATION AND DRAFT EMAIL TO MR. EICHBAUER (CHRYSLER) RE SAME (.3). | 2.00 |
| 05/15/09 | BMS | REVIEW OF EMAILS RE STATUS OF PURCHASE ORDERS. | 0.20 |
| 05/15/09 | DADE | COMPILATION OF DOCUMENTS FOR SUPPLEMENTAL DOCUMENT PRODUCTION. | 1.60 |
| 05/18/09 | DADE | COMPILE DAMAGES DATA FOR EXPERT REVIEW (2.1); FINALIZE SUPPLEMENTAL PRODUCTION DATA (1.2). | 3.30 |
| 05/18/09 | MMI | CONDUCT RESEARCH OF MICHIGAN AND FEDERAL LAW RE INDEMNIFICATION AND WARRANTY CLAIMS. | 4.50 |
| 05/19/09 | DADE | CONDUCT RESEARCH OF SUMMATION DATABASE. | 3.00 |

# DYKEMA

**CHRYSLER/PRODUCT LIABILITY (HOURLY)**
**JUNE 26, 2009**

CLIENT-MATTER NO.   087788-0013
INVOICE NO.  1283181
PAGE NO.  4

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/19/09 | MMI | ANALYSIS OF INDEMNITY ISSUES (2.5); CONDUCT RESEARCH RE SAME (.3); ANALYSIS OF RECALL ISSUES (.2). | 3.00 |
| 05/20/09 | MMI | ANALYSIS OF RECALL ISSUES (.3). | 0.30 |
| 05/21/09 | BMS | PREPARE FOR INTIER DEPOSITIONS (1.3); DRAFT WITNESS OUTLINES (1.7). | 3.00 |
| 05/21/09 | DADE | DRAFT INDEX OF KEY DOCUMENTS FOR DEPOSITION WITHNESS FILES. | 1.30 |
| 05/21/09 | MMI | ANALYSIS OF PURCHASE ORDER ISSUES (.6); DRAFT CORRESPONDENCE TO MS. DEBBS (CHRYSLER) RE SAME (.4). | 1.00 |
| 05/22/09 | BMS | CONTINUE TO DRAFT WITNESS OUTLINES FOR INTIER DEPOSITIONS (1.0); REVIEW DOCUMENT PRODUCTION FOR KEY DOCUMENTS FOR INTIER DEPOSITIONS (.80); BEGIN DRAFT ANSWERS TO INTIER'S FOURTH RFPS AND INTERROGATORIES (.90); DRAFT CORRESPONDENCE TO MR. SAK (CHRYSLER) RE RESPONSES TO FOURTH RFPS (.30). | 3.00 |
| 05/22/09 | DADE | UPDATE SUMMATION DATABASE. | 1.20 |
| 05/22/09 | JRM | COMPLETION OF DRAFT OF MEMORANDUM RE DAMAGES ISSUES. | 1.10 |
| 05/22/09 | TSB | REVIEW EMAIL FROM CHRYSLER PERSONNEL RE CONTRACT DOCUMENTS AND CLAUSES (.2); REVIEW RESEARCH MEMO RE NOTICE (.4). | 0.60 |
| 05/26/09 | BMS | CONTINUE TO DRAFT ANSWERS TO INTIER'S INTERROGATORIES AND REQUESTS FOR PRODUCTION- FOURTH SET. | 2.50 |
| 05/27/09 | BMS | CONTINUE TO REVISE CHRYSLER'S ANSWERS TO INTIER'S DISCOVERY REQUESTS (.40); CORRESPONDENCE TO MR. SAK (CHRYSLER) RE FIELD FAILURE RATES (.20); ANALYSIS OF ISSUES RE STATUS CONFERENCE STRATEGY (.20). | 0.80 |
| 05/27/09 | MMI | ANALYSIS OF ISSUES RE STRATEGY (.3). | 0.30 |
| 05/27/09 | TSB | ANALYSIS OF ISSUES RE DEFENDANTS' 4TH SET OF DISCOVERY REQUESTS (.2); DRAFT EMAIL TO MR. EICHBAUER (CHRYSLER) RE FACILITATOR KRONK (.2). | 0.40 |
| 05/29/09 | BMS | CONFERENCE WITH MR. SAK (CHYRSLER) RE FIELD FAILURE RATE DISCOVERY RESPONSE (1.20); CONTINUE TO DRAFT CHRYSLER'S ANSWERS TO DISCOVERY (.70); REVIEW DOCUMENTS FOR RESPONSIVENESS TO INTIER'S DISCOVERY REQUESTS (.60). | 2.50 |
| 05/29/09 | MMI | ANALYSIS OF ISSUES RE STRATEGY. | 0.30 |
| 05/29/09 | TSB | REVIEW DRAFT DISCOVERY REQUESTS (2.0); TELEPHONE CONFERENCE WITH MR. SAK (CHRYSLER) RE RECALL ISSUES (.5). | 2.50 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................... **85.50**
**TOTAL LEGAL FEES** ................................................................................. **$   19,524.00**

# DYKEMA

CHRYSLER/PRODUCT LIABILITY (HOURLY)
JUNE 26, 2009

CLIENT-MATTER NO.   087788-0013
INVOICE NO.  1283181
PAGE NO.  5

| | DISBURSEMENTS | | |
|---|---|---|---|
| 05/06/09 | PHOTOCOPY | 1 | 0.10 |
| 05/08/09 | SPECIAL PROJECT | 1 | 0.10 |
| 05/11/09 | PHOTOCOPY | 1 | 0.10 |
| 05/15/09 | PHOTOCOPY | 1 | 0.10 |
| 05/18/09 | PHOTOCOPY | 8 | 0.80 |
| 05/18/09 | PHOTOCOPY | 6 | 0.60 |
| 05/21/09 | PHOTOCOPY | 9 | 0.90 |
| 05/22/09 | PHOTOCOPY | 417 | 41.70 |
| 05/22/09 | PHOTOCOPY | 417 | 41.70 |
| 05/05/09 | PRINTING | 4 | 0.40 |
| 05/06/09 | PRINTING | 5 | 0.50 |
| 05/07/09 | PRINTING | 40 | 4.00 |
| 05/07/09 | PRINTING | 42 | 4.20 |
| 05/07/09 | PRINTING | 59 | 5.90 |
| 05/07/09 | PRINTING | 45 | 4.50 |
| 05/07/09 | PRINTING | 51 | 5.10 |
| 05/07/09 | PRINTING | 42 | 4.20 |
| 05/12/09 | PRINTING | 4 | 0.40 |
| 05/12/09 | PRINTING | 13 | 1.30 |
| 05/12/09 | PRINTING | 15 | 1.50 |
| 05/12/09 | PRINTING | 11 | 1.10 |
| 05/12/09 | PRINTING | 4 | 0.40 |
| 05/12/09 | PRINTING | 4 | 0.40 |
| 05/12/09 | PRINTING | 5 | 0.50 |
| 05/12/09 | PRINTING | 4 | 0.40 |
| 05/12/09 | PRINTING | 4 | 0.40 |
| 05/12/09 | PRINTING | 13 | 1.30 |
| 05/12/09 | PRINTING | 15 | 1.50 |

# DYKEMA

CHRYSLER/PRODUCT LIABILITY (HOURLY)
JUNE 26, 2009

CLIENT-MATTER NO.   087788-0013
INVOICE NO.  1283181
PAGE NO.  6

| | DISBURSEMENTS | | |
|---|---|---|---|
| 05/12/09 | PRINTING | 11 | 1.10 |
| 05/12/09 | PRINTING | 4 | 0.40 |
| 05/12/09 | PRINTING | 5 | 0.50 |
| 05/12/09 | PRINTING | 4 | 0.40 |
| 05/12/09 | PRINTING | 4 | 0.40 |
| 05/12/09 | PRINTING | 13 | 1.30 |
| 05/12/09 | PRINTING | 15 | 1.50 |
| 05/12/09 | PRINTING | 11 | 1.10 |
| 05/12/09 | PRINTING | 4 | 0.40 |
| 05/12/09 | PRINTING | 4 | 0.40 |
| 05/12/09 | PRINTING | 4 | 0.40 |
| 05/12/09 | PRINTING | 4 | 0.40 |
| 05/12/09 | PRINTING | 13 | 1.30 |
| 05/12/09 | PRINTING | 15 | 1.50 |
| 05/12/09 | PRINTING | 12 | 1.20 |
| 05/12/09 | PRINTING | 12 | 1.20 |
| 05/12/09 | PRINTING | 4 | 0.40 |
| 05/13/09 | PRINTING | 9 | 0.90 |
| 05/13/09 | PRINTING | 12 | 1.20 |
| 05/13/09 | PRINTING | 5 | 0.50 |
| 05/14/09 | PRINTING | 17 | 1.70 |
| 05/14/09 | PRINTING | 25 | 2.50 |
| 05/14/09 | PRINTING | 10 | 1.00 |
| 05/14/09 | PRINTING | 6 | 0.60 |
| 05/18/09 | PRINTING | 17 | 1.70 |
| 05/18/09 | PRINTING | 6 | 0.60 |
| 05/18/09 | PRINTING | 7 | 0.70 |
| 05/18/09 | PRINTING | 9 | 0.90 |
| 05/18/09 | PRINTING | 13 | 1.30 |
| 05/18/09 | PRINTING | 8 | 0.80 |
| 05/18/09 | PRINTING | 10 | 1.00 |

# DYKEMA

CHRYSLER/PRODUCT LIABILITY (HOURLY)
JUNE 26, 2009

CLIENT-MATTER NO.   087788-0013
INVOICE NO.  1283181
PAGE NO.  7

| | DISBURSEMENTS | | |
|---|---|---|---|
| 05/18/09 | PRINTING | 20 | 2.00 |
| 05/18/09 | PRINTING | 17 | 1.70 |
| 05/18/09 | PRINTING | 16 | 1.60 |
| 05/18/09 | PRINTING | 5 | 0.50 |
| 05/18/09 | PRINTING | 5 | 0.50 |
| 05/18/09 | PRINTING | 16 | 1.60 |
| 05/18/09 | PRINTING | 7 | 0.70 |
| 05/18/09 | PRINTING | 5 | 0.50 |
| 05/18/09 | PRINTING | 8 | 0.80 |
| 05/18/09 | PRINTING | 19 | 1.90 |
| 05/18/09 | PRINTING | 11 | 1.10 |
| 05/18/09 | PRINTING | 14 | 1.40 |
| 05/18/09 | PRINTING | 4 | 0.40 |
| 05/18/09 | PRINTING | 108 | 10.80 |
| 05/19/09 | PRINTING | 6 | 0.60 |
| 05/21/09 | PRINTING | 11 | 1.10 |
| 05/21/09 | PRINTING | 22 | 2.20 |
| 05/21/09 | PRINTING | 16 | 1.60 |
| 05/21/09 | PRINTING | 7 | 0.70 |
| 05/21/09 | PRINTING | 5 | 0.50 |
| 05/21/09 | PRINTING | 7 | 0.70 |
| 05/21/09 | PRINTING | 20 | 2.00 |
| 05/21/09 | PRINTING | 26 | 2.60 |
| 05/21/09 | PRINTING | 4 | 0.40 |
| 05/21/09 | PRINTING | 6 | 0.60 |
| 05/21/09 | PRINTING | 4 | 0.40 |
| 05/21/09 | PRINTING | 6 | 0.60 |
| 05/21/09 | PRINTING | 13 | 1.30 |
| 05/21/09 | PRINTING | 4 | 0.40 |
| 05/21/09 | PRINTING | 17 | 1.70 |
| 05/21/09 | PRINTING | 8 | 0.80 |

# DyKEMA

CHRYSLER/PRODUCT LIABILITY (HOURLY)                CLIENT-MATTER NO.    087788-0013
JUNE 26, 2009                                      INVOICE NO.  1283181
                                                   PAGE NO.  8

## DISBURSEMENTS

| | | | |
|---|---|---|---|
| 05/21/09 | PRINTING | 9 | 0.90 |
| 05/21/09 | PRINTING | 7 | 0.70 |
| 05/21/09 | PRINTING | 5 | 0.50 |
| 05/21/09 | PRINTING | 7 | 0.70 |
| 05/21/09 | PRINTING | 4 | 0.40 |
| 05/21/09 | PRINTING | 4 | 0.40 |
| 05/21/09 | PRINTING | 4 | 0.40 |
| 05/21/09 | PRINTING | 4 | 0.40 |
| 05/21/09 | PRINTING | 4 | 0.40 |
| 05/21/09 | PRINTING | 5 | 0.50 |
| 05/21/09 | PRINTING | 4 | 0.40 |
| 05/21/09 | PRINTING | 10 | 1.00 |
| 05/21/09 | PRINTING | 22 | 2.20 |
| 05/21/09 | PRINTING | 10 | 1.00 |
| 05/21/09 | PRINTING | 10 | 1.00 |
| 05/21/09 | PRINTING | 11 | 1.10 |
| 05/21/09 | PRINTING | 4 | 0.40 |
| 05/21/09 | PRINTING | 5 | 0.50 |
| 05/21/09 | PRINTING | 5 | 0.50 |
| 05/21/09 | PRINTING | 9 | 0.90 |
| 05/21/09 | PRINTING | 4 | 0.40 |
| 05/21/09 | PRINTING | 13 | 1.30 |
| 05/21/09 | PRINTING | 16 | 1.60 |
| 05/21/09 | PRINTING | 14 | 1.40 |
| 05/22/09 | PRINTING | 5 | 0.50 |
| 05/22/09 | PRINTING | 4 | 0.40 |
| 05/27/09 | PRINTING | 9 | 0.90 |
| 05/29/09 | PRINTING | 7 | 0.70 |
| 05/29/09 | PRINTING | 25 | 2.50 |
| 05/18/09 | UPS: NEIL STEINKAMP, STOUT RISIUS ROSS | | 10.45 |



CHRYSLER/PRODUCT LIABILITY (HOURLY)                CLIENT-MATTER NO.    087788-0013
JUNE 26, 2009                                      INVOICE NO.  1283181
                                                   PAGE NO.  9

| | **DISBURSEMENTS** | |
|---|---|---|
| 05/18/09 | UPS: ADAM KOCHENERFER, HONIGHMAN MILLER SCHWART | 9.85 |
| 05/18/09 | LEGAL RESEARCH - WESTLAW | 0.00 |
| 05/19/09 | LEGAL RESEARCH - WESTLAW | 0.00 |

**TOTAL DISBURSEMENTS .....................................    241.40**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

CHRYSLER/PRODUCT LIABILITY (HOURLY)
JUNE 26, 2009

CLIENT-MATTER NO.    087788-0013
INVOICE NO.  1283181
PAGE NO.  10

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|----------------------|-------|--------|-----------|
| TSB | THOMAS S. BISHOFF | 23.70 | 350.00 | 8,295.00 |
| BMS | BRITTANY M. SCHULTZ | 14.70 | 195.00 | 2,866.50 |
| JRM | JEFFREY R. MILLER | 4.50 | 275.00 | 1,237.50 |
| MMI | MATTHEW MITCHELL | 14.40 | 250.00 | 3,600.00 |
| DADE | DEBORAH A. DETTORE | 28.20 | 125.00 | 3,525.00 |
| | **TOTAL** | **85.50** | | **19,524.00** |

# DYKEMA

CHRYSLER/PRODUCT LIABILITY (HOURLY)

CLIENT-MATTER NO.   087788-0013
INTIER AUTOMOTIVE INC. 1176676
FIRM ID# MI07

JUNE 26, 2009

INVOICE NO.  1283181
PAGE NO.  11

FEES.........................................................................$    19,524.00

DISBURSEMENTS ......................................................    241.40

**TOTAL AMOUNT DUE**.............................................$    **19,765.40**

DYKEMAGOSSETT PLLC

**DYKEMA GOSSETT PLLC**
**6904 PAYSPHERE CIRCLE**
**CHICAGO, IL 60674**

CLIENT CHECK INFORMATION
PLEASE COMPLETE:
THIS INVOICE IS PAYABLE UPON RECEIPT.
CHECK #:_____    DATE:_____    AMOUNT:_____
PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.

FOR FIRM USE:

RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

CHRYSLER/PRODUCT LIABILITY (HOURLY)
MS. LOUANN VAN DER WIELE
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326-2766

JUNE 26, 2009
CLIENT-MATTER NO. 087788-0021
INVOICE NO. 1283182

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: HOLM LITIGATION (1181101)**

| | |
|---|---:|
| FEES ........................................................... $ | 36.00 |
| DISBURSEMENTS ...................................................... | 0.70 |
| **TOTAL AMOUNT DUE............................................ $** | **36.70** |

# DyKEMA

CHRYSLER/PRODUCT LIABILITY (HOURLY)
JUNE 26, 2009

CLIENT-MATTER NO.    087788-0021
INVOICE NO.  1283182
PAGE NO.  2

**RE:  HOLM LITIGATION (1181101)**

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|------------|-------|
| 05/05/09 | MLG | REVIEW CORRESPONDENCE FROM PLAINTIFF COUNSEL AND ENCLOSED STIPULATED ORDER OF DISMISSAL. | 0.10 |
| 05/07/09 | MLG | REVIEW CORRESPONDENCE FROM PLAINTIFF COUNSEL TO MR. THOM (LOCAL COUNSEL) AND ATTACHED EXECUTED RELEASE, SETTLEMENT AGREEMENT AND INDEMNIFICATION. | 0.10 |
| 05/18/09 | MLG | REVIEW EMAIL FROM MS. SYNAL (ASSISTANT TO DR. CAULFIELD - EXPERT) AND COMPLETED ATTACHED FILE CLOSING FORM FOR DEFENSE EXPERT DR. CAULFIELD (.10); DRAFT EMAIL TO MS. SYNAL (ASSISTANT TO DR. CAULFIELD-EXPERT) ATTACHING SAME (.10). | 0.20 |

**TOTAL ATTORNEY & PARALEGAL TIME** .................................................    **0.40**
**TOTAL LEGAL FEES** ................................................................ **$    36.00**

**DykEMA**

CHRYSLER/PRODUCT LIABILITY (HOURLY)
JUNE 26, 2009

CLIENT-MATTER NO.    087788-0021
INVOICE NO.  1283182
PAGE NO.  3

| | DISBURSEMENTS | | |
|---|---|---|---|
| 05/06/09 | PHOTOCOPY | 1 | 0.10 |
| 05/07/09 | PHOTOCOPY | 6 | 0.60 |

**TOTAL DISBURSEMENTS**...................................    **0.70**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*



CHRYSLER/PRODUCT LIABILITY (HOURLY)
JUNE 26, 2009

CLIENT-MATTER NO.   087788-0021
INVOICE NO.  1283182
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| MLG | MATTHEW L. GAABO | 0.40 | 90.00 | 36.00 |
| | **TOTAL** | **0.40** | | **36.00** |

# DYKEMA

CHRYSLER/PRODUCT LIABILITY (HOURLY)

JUNE 26, 2009

CLIENT-MATTER NO.    087788-0021
HOLM LITIGATION (1181101)
INVOICE NO.  1283182
PAGE NO.  5

FEES ........................................................$    36.00

DISBURSEMENTS ....................................    0.70

TOTAL AMOUNT DUE............................$_____36.70

**DYKEMAGOSSETT**PLLC

**DYKEMA GOSSETT PLLC
6904 PAYSPHERE CIRCLE
CHICAGO, IL 60674**

CLIENT CHECK INFORMATION
PLEASE COMPLETE:
                    THIS INVOICE IS PAYABLE UPON RECEIPT.
CHECK #:_____    DATE:_____    AMOUNT:_____
        PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.

FOR FIRM USE:

RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center ▪ Detroit, MI  48243 ▪ EIN# 38-1446628

DUE UPON RECEIPT

CHRYSLER LLC - COMMERCIAL LITIGATION
MR. JEREEN G. TRUDELL
14TH FLOOR -- CIMS 485-14-23
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326-2766

JUNE 26, 2009
CLIENT-MATTER NO. 102613-0001
INVOICE NO.  1283183

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  US STEEL SUPPLY AGREEMENT**

| | | |
|---|---|---|
| FEES ......................................................................$ | 907.50 |
| DISBURSEMENTS ...................................................... | 0.50 |
| **TOTAL AMOUNT DUE..............................................$** | **908.00** |

**DykEMA**

CHRYSLER LLC - COMMERCIAL LITIGATION
JUNE 26, 2009

CLIENT-MATTER NO.   102613-0001
INVOICE NO.  1283183
PAGE NO.  2

## RE: US STEEL SUPPLY AGREEMENT

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 05/27/09 | VL | REVIEW OF POST-PETITION CLAIMS. | 5.50 |

**TOTAL ATTORNEY & PARALEGAL TIME** .................................................................... **5.50**
**TOTAL LEGAL FEES** .................................................................................................. **$   907.50**

CHRYSLER LLC - COMMERCIAL LITIGATION
JUNE 26, 2009

CLIENT-MATTER NO.    102613-0001
INVOICE NO.  1283183
PAGE NO.  3

| | DISBURSEMENTS | | |
|---|---|---|---|
| 05/07/09 | PHOTOCOPY | 1 | 0.10 |
| 05/11/09 | PRINTING | 4 | 0.40 |

**TOTAL DISBURSEMENTS**...................................... **0.50**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING ON THIS INVOICE WILL BE BILLED LATER.*



CHRYSLER LLC - COMMERCIAL LITIGATION
JUNE 26, 2009

CLIENT-MATTER NO.   102613-0001
INVOICE NO.  1283183
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|------------|-------|------|--------|
| VL | VASANTHA ARUNACHALAM | 5.50 | 165.00 | 907.50 |
| | **TOTAL** | **5.50** | | **907.50** |

# DyKEMA

CHRYSLER LLC - COMMERCIAL LITIGATION

JUNE 26, 2009

CLIENT-MATTER NO.    102613-0001
US STEEL SUPPLY AGREEMENT
INVOICE NO.  1283183
PAGE NO.  5


FEES ..........................................................................$        907.50

DISBURSEMENTS ......................................................        0.50

**TOTAL AMOUNT DUE**.............................................$_____908.00

DYKEMAGOSSETTᴘʟʟᴄ

**DYKEMA GOSSETT PLLC
6904 FAYSPHERE CIRCLE
CHICAGO, IL 60674**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:
        THIS INVOICE IS PAYABLE UPON RECEIPT.
    CHECK #:_____        DATE:_____        AMOUNT:_____
    PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**


FOR FIRM USE:

RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

CHRYSLER LLC - COMMERCIAL LITIGATION
JAREEN TRUDELL
14TH FLOOR -- CIMS 485-14-23
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326-2766

JUNE 26, 2009
CLIENT-MATTER NO. 102613-0002
INVOICE NO.  1283184

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  CHRYSLER- MUBEA SUPPLIER DISPUTE
CASE ID# 1191795  FIRM ID# MI07**

| | |
|---|---:|
| FEES ........................................................................$ | 1,554.00 |
| DISBURSEMENTS ...................................................... | 31.50 |
| **TOTAL AMOUNT DUE.............................................$** | **1,585.50** |

**Dy|KEMA**

CHRYSLER LLC - COMMERCIAL LITIGATION
JUNE 26, 2009

CLIENT-MATTER NO.    102613-0002
INVOICE NO.   1283184
PAGE NO.  2

**RE:  CHRYSLER- MUBEA SUPPLIER DISPUTE**
**CASE ID# 1191795  FIRM ID# MI07**

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 05/04/09 | JMF | ASSISTANCE TO CHRYSLER LEGAL WITH ADEQUATE ASSURANCE DOCUMENTS. | 3.00 |
| 05/05/09 | JMF | COMPILATION OF CORRESPONDENCE FROM SUPPLIERS TO CHRYSLER CORPORATION. | 0.60 |
| 05/14/09 | JMF | ASSISTANCE TO CHRYSLER LEGAL WITH ASSURANCE DOCUMENTS. | 0.20 |
| 05/21/09 | JMF | ASSISTANCE TO CHRYSLER LEGAL WITH ASSURANCE DOCUMENTS. | 3.60 |

**TOTAL ATTORNEY & PARALEGAL TIME** ...................................................................    **7.40**
**TOTAL LEGAL FEES**................................................................................... $    **1,554.00**

# DYKEMA

CHRYSLER LLC - COMMERCIAL LITIGATION
JUNE 26, 2009

CLIENT-MATTER NO.   102613-0002
INVOICE NO.  1283184
PAGE NO.  3

| DISBURSEMENTS | | |
|---|---|---|
| 05/01/09 | TRAVEL EXPS.-EXCEPT AIR TRL& MEALS - JENNIFER FINCANNON MILEAGE TO CHRYSLER HEADQUARTERS IN AUBURN HILLS, MI AND DYKEMA BLOOMFIELD HILLS | 3.85 |
| 05/01/09 | TRAVEL EXPS.-EXCEPT AIR TRL& MEALS - JENNIFER FINCANNON MILEAGE FROM CHRYSLER HEADQUARTERS IN AUBURN HILLS, MI TO DYKEMA BLOOMFIELD HILLS | 3.85 |
| 05/04/09 | TRAVEL EXPS.-EXCEPT AIR TRL& MEALS - JENNIFER FINCANNON MILEAGE TO CHRYSLER HEADQUARTERS IN AUBURN HILLS, MI AND DYKEMA BLOOMFIELD HILLS | 3.85 |
| 05/04/09 | TRAVEL EXPS.-EXCEPT AIR TRL& MEALS - JENNIFER FINCANNON MILEAGE FROM CHRYSLER HEADQUARTERS IN AUBURN HILLS, MI TO DYKEMA BLOOMFIELD HILLS | 3.85 |
| 05/05/09 | TRAVEL EXPS.-EXCEPT AIR TRL& MEALS - JENNIFER FINCANNON MILEAGE TO CHRYSLER HEADQUARTERS IN AUBURN HILLS, MI AND DYKEMA BLOOMFIELD HILLS | 3.85 |
| 05/05/09 | TRAVEL EXPS.-EXCEPT AIR TRL& MEALS - JENNIFER FINCANNON MILEAGE FROM CHRYSLER HEADQUARTERS IN AUBURN HILLS, MI TO DYKEMA BLOOMFIELD HILLS | 3.85 |
| 05/06/09 | TRAVEL EXPS.-EXCEPT AIR TRL& MEALS - JENNIFER FINCANNON MILEAGE TO CHRYSLER HEADQUARTERS IN AUBURN HILLS, MI AND DYKEMA BLOOMFIELD HILLS | 3.85 |
| 05/06/09 | TRAVEL EXPS.-EXCEPT AIR TRL& MEALS - JENNIFER FINCANNON MILEAGE FROM CHRYSLER HEADQUARTERS IN AUBURN HILLS, MI TO DYKEMA BLOOMFIELD HILLS | 3.85 |
| 05/07/09 | PHOTOCOPY | 3 | 0.30 |
| 05/01/09 | PRINTING | 4 | 0.40 |

TOTAL DISBURSEMENTS......................................   31.50

**NOTE:  INCURRED DISBURSEMENTS NOT APPEARING**

**DYKEMA**

CHRYSLER LLC - COMMERCIAL LITIGATION
JUNE 26, 2009

CLIENT-MATTER NO.    102613-0002
INVOICE NO.  1283184
PAGE NO.  4

*ON THIS INVOICE WILL BE BILLED LATER.*

**DykEMA**

CHRYSLER LLC - COMMERCIAL LITIGATION
JUNE 26, 2009

CLIENT-MATTER NO.    102613-0002
INVOICE NO.  1283184
PAGE NO.  5

### BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| JMF | JENNIFER M. FINCANNON | 7.40 | 210.00 | 1,554.00 |
| | **TOTAL** | **7.40** | | **1,554.00** |

# DyKEMA

CHRYSLER LLC - COMMERCIAL LITIGATION

CLIENT-MATTER NO.    102613-0002
CHRYSLER- MUBEA SUPPLIER
DISPUTE
CASE ID# 1191795  FIRM ID# MI07
INVOICE NO.  1283184
PAGE NO.  6

JUNE 26, 2009

FEES ..........................................................................$      1,554.00

DISBURSEMENTS .....................................................         31.50

**TOTAL AMOUNT DUE**............................................$      **1,585.50**

DYKEMAGOSSETT PLLC

DYKEMA GOSSETT PLLC
6901 DAYSPHERE CIRCLE
CHICAGO, IL 60674

CLIENT CHECK INFORMATION
PLEASE COMPLETE:
                    THIS INVOICE IS PAYABLE UPON RECEIPT.
CHECK #:_____    DATE:_____    AMOUNT:_____
        PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.

FOR FIRM USE:

RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

CHRYSLER LLC - COMMERCIAL LITIGATION
MR. PAUL EICHBAUER
14TH FLOOR -- CIMS 485-14-23
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326-2766

JUNE 26, 2009
CLIENT-MATTER NO. 102613-0003
INVOICE NO.  1283185

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  EISENMANN CORPORATION VS CHRYSLER 1193171
FIRM ID# MI07**

| | |
|---|---:|
| FEES .......................................................................... $ | 15,101.00 |
| DISBURSEMENTS ..................................................... | 43.48 |
| **TOTAL AMOUNT DUE............................................. $** | **15,144.48** |

# DyKEMA

| CHRYSLER LLC - COMMERCIAL LITIGATION | CLIENT-MATTER NO.   102613-0003 |
|---|---|
| JUNE 26, 2009 | INVOICE NO.  1283185 |
| | PAGE NO.  2 |

**RE: EISENMANN CORPORATION VS CHRYSLER 1193171**
**FIRM ID# MI07**

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 05/01/09 | AJK | DRAFT MEMORANDUM RE ANALYSIS OF NEW WARRANTY ISSUES. | 3.30 |
| 05/01/09 | AJK | REVIEW ISSUES RE STRATEGY FOR CHRYSLER AND CHRYSLER CANADA. | 0.80 |
| 05/01/09 | BMM | REVIEW ALL CONTRACT AND BID DOCUMENTS RE VALIDITY OF CLAIMS AGAINST CHRYSLER CANADA. | 3.90 |
| 05/01/09 | BMM | REVIEW OF ISSUES RE WHETHER CHRYSLER CANADA IS A DEBTOR AND SUBJECT TO STAY. | 0.20 |
| 05/01/09 | BMM | TELEPHONE CONFERENCE WITH MR. SERAFIMOVSKI (MCTEGUE FIRM FOR CHRYSLER) RE ONTARIO ACTION. | 0.30 |
| 05/01/09 | BMM | CORRESPONDENCE WITH MR. EICHBAUER (CHRYSLER) RE STATUS OF CASE AND BANKRUPTCY FILING IMPACT ON MICHIGAN AND ONTARIO ACTIONS. | 0.60 |
| 05/01/09 | MMSM | RESEARCH REGARDING APPLICATION OF AUTOMATIC STAY TO CHRYSLER LITIGATION. | 2.80 |
| 05/01/09 | RMB | REVIEW OF ISSUES REGARDING WHETHER AUTOMATIC STAY IN CHRYSLER'S CHAPTER 11 APPLIES TO NON-DEBTOR CHRYSLER CANADA, AND TO CHRYSLER'S COUNTERCLAIM (.40); REVIEW OF ISSUES RE RESEARCH (.30). | 0.70 |
| 05/04/09 | AJK | ANALYSIS OF NEW WARRANTY ISSUES. | 1.00 |
| 05/04/09 | AJK | EXAMINATION OF PURCHASE ORDER AND RELATED DOCUMENTATION RE CHRYSLER CANADA DISMISSAL ISSUE. | 1.00 |
| 05/04/09 | BMM | TELEPHOE CONFERENCE WITH MR. LOCEY (CHRYSLER PURCHASING) AND MR. SIRAFIMOVSKI (MCTEGUE FIRM FOR CHRYSLER) RE CLAIMS/LITIGATION AGAINST CHRYSLER CANADA. | 1.60 |
| 05/04/09 | BMM | REVIEW ALL CONTRACT AND BID DOCUMENTS, CLAIM BINDERS AND PLEADINGS RE VALIDITY OF CLAIMS AGAINST CHRYSLER CANADA. | 3.50 |
| 05/04/09 | RMB | DRAFT RESPONSE RE JONES DAY'S POSITION THAT AUTOMATIC STAY EXTENDS TO CHRYSLER'S COUNTERCLAIM. | 0.20 |
| 05/05/09 | AJK | ANALYSIS OF STRATEGY RE CLAIMS AND COUNTERCLAIMS IN LIGHT OF BANKRUPTCY FILING. | 2.50 |
| 05/05/09 | BMM | TELEPHONE CONFERENCE WITH MS. ROY (EISENMANN'S COUNSEL) AND MR. EBNER (EISENMANN'S COUNSEL) RE POSTURE OF CASE AND GLOBAL RESOLUTION OFFER. | 0.70 |
| 05/05/09 | BMM | EXAMINATION OF ISSUES RE NOTICE OF INTENTION NOT TO PROCEED WITH COUNTER-CLAIMS. | 0.30 |

# DYKEMA

**CHRYSLER LLC - COMMERCIAL LITIGATION**
**JUNE 26, 2009**

**CLIENT-MATTER NO.   102613-0003**
**INVOICE NO.  1283185**
**PAGE NO.  3**

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 05/05/09 | BMM | TELEPHONE CONFERENCES WITH MR. EICHBAUER (CHRYSLER), MR. SERAFIMOVSKI (MCTEGUE FIRM FOR CHRYSLER), AND MS. SHALOUB (CHRYSLER CANADA) RE LITIGATION STRATEGY IN MICHIGAN AND ONTARIO ACTIONS. | 1.10 |
| 05/05/09 | BMM | CORRESPONDENCE TO AND TELEPHONE CONFERENCE WITH MR. LOCEY (CHRYSLER PURCHASING) RE UNRESOLVED WARRANTY CLAIMS. | 0.40 |
| 05/05/09 | BMM | EXAMINE CORRESPONDENCE FROM MR. CODY (JONES DAY) RE CROSS-CLAIMS. | 0.10 |
| 05/05/09 | BMM | REVIEW OF ISSUES RE QUESTIONS RELATED TO BANKRUPTCY STAY AND FILING PROCEDURES. | 1.00 |
| 05/06/09 | AJK | ANALYSIS OF STRATEGY RE COUNTERCLAIMS. | 0.30 |
| 05/06/09 | BMM | CORRESPONDENCE TO MR. CARR (CHRYSLER BUSINESS) RE UNRESOLVED WARRANTY CLAIMS. | 0.10 |
| 05/06/09 | BMM | REVIEW OF ISSUES RE PROCEDURE FOR DISPUTED BANKRUPTCY CLAIMS. | 0.20 |
| 05/06/09 | RMB | ANALYSIS OF ISSUES REGARDING PLAINTIFF'S CONTENTION THAT ITS CLAIM WILL NOT BE DISCHARGED BECAUSE PLAINTIFF HAS MADE A JURY DEMAND. | 0.10 |
| 05/07/09 | AJK | CONDUCT DOCUMENT REVIEW (.40); REVIEW OF DISCOVERY STATUS (.20); ATTENDANCE AT STRATEGY MEETING (.40). | 1.00 |
| 05/07/09 | BMM | DRAFT FINAL NOTICE OF SUGGESTION OF BANKRUPTCY. | 0.20 |
| 05/07/09 | BMM | TELEPHONE CONFERENCE WITH MR. DALY (CHRYSLER IT DEPARTMENT) RE DOCUMENT PRODUCTION. | 0.40 |
| 05/07/09 | BMM | CORRESPONDENCE TO MR. CODY (JONES DAY) RE NOTICE OF SUGGESTION OF BANKRUPTCY. | 0.10 |
| 05/07/09 | BMM | CORRESPONDENCE TO MR. EICHBAUER (CHRYSLER) AND MS. SHALOUB (CHRYSLER CANADA) RE UPDATE ON GLOBAL RESOLUTION OFFER. | 0.20 |
| 05/08/09 | AJK | ANALYSIS OF STRATEGY RE DOCUMENT REVIEW AND OTHER DISCOVERY ISSUES. | 0.40 |
| 05/08/09 | BMM | WEEKLY TELEPHONE CONFERENCE RE ISSUES RELATED TO CHRYSLER BANKRUPTCY. | 0.50 |
| 05/11/09 | BMM | CORRESPONDENCE TO MR. EICHBAUER (CHRYSLER) AND MS. SHALOUB (CHRYSLER CANADA) RE STATUS REPORT ON SETTLEMENT | 0.40 |
| 05/11/09 | BMM | TELEPHONE CONFERENCE WITH MR. EBNER (EISENMANN'S COUNSEL) RE EISENMANN'S INTENTION TO PROCEED IN MICHIGAN. | 0.30 |
| 05/11/09 | BMM | CORRESPONDENCES WITH MR. CODY (JONES DAY) RE NOTICE OF SUGGESTION OF BANKRUPTCY. | 0.30 |
| 05/11/09 | BMM | DRAFT NOTICE OF SUGGESTION OF BANKRUPTCY FOR FILING. | 0.20 |
| 05/11/09 | JPF | REVIEW CHRYSLER CANADA PLEADINGS RE EISENMANN CLAIMS AND STAY ORDER RE CHRYSLER LLC. | 0.50 |

# DYKEMA

**CHRYSLER LLC - COMMERCIAL LITIGATION**
**JUNE 26, 2009**

CLIENT-MATTER NO.    102613-0003
INVOICE NO.  1283185
PAGE NO.  4

| DATE | ID | DESCRIPTION | HOURS |
|------|----|-------------|-------|
| 05/12/09 | BMM | ANALYSIS OF LITIGATION STRATEGY ON BEHALF OF CHRYSLER CANADA. | 0.50 |
| 05/12/09 | BMM | MEMO TO MR. EICHBAUER (CANADA) AND MS. SHALOUB (CHRYSLER CANADA) RE EISENMANN'S REJECTION OF WALK-AWAY OFFER AND POSTURE OF CASE (1.30); REVIEW OF LITIGATION STRATEGY AND DISCOVERY DEADLINES (.20). | 1.50 |
| 05/12/09 | JPF | REVIEW OF ISSUES RE STRATEGY ON BEHALF OF CHRYSLER CANADA. | 0.70 |
| 05/12/09 | JPF | REVIEW MEMO RE STATUS OF EISENMANN CLAIMS. | 0.30 |
| 05/13/09 | BMM | CORRESPONDENCE TO MR. EICHBAUER (CHRYSLER) RE STRATEGY MEETING. | 0.20 |
| 05/14/09 | BMM | EXAMINATION OF ISSUES SURROUNDING THE PRODUCTION OF CHRYSLER DOCUMENTS BY CHRYSLER CANADA. | 0.50 |
| 05/14/09 | BMM | TELEPHONE CONFERENCE WITH MR. EICHBAUER (CHRYSLER), MS. SHALOUB (CHRYSLER CANADA), AND MR. SERAFIMOVSKI (MCTEGUE) RE LIFTING STAY OF PROCEEDINGS. | 0.40 |
| 05/14/09 | JPF | TELEPHONE CONFERENCE RE EISENMANN'S INTENTION TO PROCEED IN MICHIGAN AGAINST CHRYSLER CANADA. | 0.50 |
| 05/18/09 | AJK | EXAMINATION OF STRATEGY RE DOCUMENT REQUEST RESPONSE ISSUES. | 0.40 |
| 05/18/09 | BMM | ANALYSIS OF ISSUES RE EISENMANN'S PROPOSAL TO STAY CASE AGAINST CHRYSLER CANADA AND NEWCO ACQUIRING COUNTERCLAIMS. | 0.60 |
| 05/18/09 | BMM | TELEPHONE CONFERENCE WITH MS. ROY (EISENMANN'S COUNSEL) RE EISENMANN DEMAND AND PROPOSAL TO STAY ENTIRE CASE. | 0.40 |
| 05/18/09 | BMM | TELEPHONE CONFERENCE WITH NAVIGANT CONSULTING RE PROJECT DELAY COUNTER-CLAIMS. | 0.20 |
| 05/18/09 | BMM | CORRESPONDENCES WITH MR. EICHBAUER (CHRYSLER) RE DISCUSSIONS WITH BANKRUPTCY COUNSEL TO LIFT STAY. | 0.40 |
| 05/18/09 | BMM | REVIEW OF EISENMANN COMPLAINT, ANSWER, DISCOVERY RESPONSES AND CASE SUMMARY FOR PURPOSES OF PREPARATION FOR DEPOSITIONS. | 2.50 |
| 05/18/09 | JPF | REVIEW OF ISSUES RE CHRYSLER CANADA DEFENSES TO THE CLAIMS IN LIGHT EISNEMANN'S ASSERTIONS OF THE VALIDITY OF THE LIEN AND STATE COURT ACTIONS. | 1.50 |
| 05/18/09 | PMK | ANALYSIS OF STATUS OF REPRESENTATION ISSUES REGARDING CHRYSLER CANADA AND CHRYSLER LLC. | 0.50 |
| 05/19/09 | AJK | EXAMINATION OF STRATEGY RE DISCOVERY RESPONSES. | 0.30 |
| 05/19/09 | BMM | REVIEW OF ISSUES RE DISCOVERY MATTERS RELATED TO CHRYSLER CANADA. | 0.30 |
| 05/19/09 | BMM | REVIEW OF EISENMANN COMPLAINT, ANSWER, DISCOVERY RESPONSES AND CASE SUMMARY FOR PURPOSES OF PRPARATION FOR DEPOSITIONS. | 1.50 |
| 05/19/09 | PMK | ATTENTION TO STATUS AND QUESTIONS REGARDING LITIGATION GOING FORWARD VS CHRYSLER CANADA. | 0.80 |



CHRYSLER LLC - COMMERCIAL LITIGATION
JUNE 26, 2009

CLIENT-MATTER NO.    102613-0003
INVOICE NO.  1283185
PAGE NO.  5

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 05/19/09 | RLR | EXAMINATION OF ISSUES REGARDING EMAIL FROM MR. EICHENBAUER (CANADA) (.80). REVIEW PURCHASE AGREEMENT FOR NEW CHRYSLER (.30); DRAFT MEMO REGARDING ISSUES AND RECOMMENDATION FOR PROCEEDING WITH EISENMANN CASE (.90). | 2.00 |
| 05/21/09 | BMM | REVIEW OF ISSUES RE DISCOVERY RESPONSES AND ELECTRONIC DOCUMENT REVIEW. | 0.40 |
| 05/22/09 | AJK | REVIEW OF ISSUES RE STRATEGY CONCERNING STAY IN STATE COURT. | 0.40 |
| 05/22/09 | BMM | ANALYSIS OF ISSUES RE ACQUIRING COUNTERCLAIMS FOR THE NEW CHRYSLER. | 0.30 |
| 05/22/09 | BMM | CORRESPONDENCE TO MR. EICHBAUER RE EISENMANN'S REQUEST TO STAY ENTIRE CASE. | 0.30 |
| 05/22/09 | RLR | REVIEW OF ISSUES RE DYKEMA'S RECOMMENDATIONS FOR CASE (.30); DRAFT MEMO FOR CLIENT RE RECOMMENDATIONS (.30). | 0.60 |
| 05/27/09 | BMM | CORRESPONDENCES WITH MS. ROY (EISENMANN'S COUNSEL) RE EISENMANN'S PROPOSAL TO STAY ENTIRE ACTION AND DISCOVERY RESPONSES RE SAME. | 0.30 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................    **49.50**
**TOTAL LEGAL FEES**................................................................................ **$    15,101.00**

# DykEMA

CHRYSLER LLC - COMMERCIAL LITIGATION
JUNE 26, 2009

CLIENT-MATTER NO.    102613-0003
INVOICE NO.  1283185
PAGE NO.  6

## DISBURSEMENTS

| | | | |
|---|---|---|---|
| 05/01/09 | TELEPHONE (519)255-4386 | | 0.25 |
| 05/04/09 | TELEPHONE (519)255-4386 | | 4.00 |
| 05/14/09 | CONFERENCE CALLS | | 34.23 |
| 05/04/09 | PRINTING | 4 | 0.40 |
| 05/04/09 | PRINTING | 7 | 0.70 |
| 05/04/09 | PRINTING | 5 | 0.50 |
| 05/04/09 | PRINTING | 5 | 0.50 |
| 05/21/09 | PRINTING | 29 | 2.90 |

**TOTAL DISBURSEMENTS**.....................................    **43.48**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

CHRYSLER LLC - COMMERCIAL LITIGATION
JUNE 26, 2009

CLIENT-MATTER NO.    102613-0003
INVOICE NO.  1283185
PAGE NO.  7

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|-----------------------|-------|--------|-----------|
| JPF | JAMES P. FEENEY | 3.50 | 360.00 | 1,260.00 |
| PMK | PETER M. KELLETT | 1.30 | 325.00 | 422.50 |
| RMB | RICHARD M. BENDIX | 1.00 | 480.00 | 480.00 |
| BMM | BRIAN M. MOORE | 26.90 | 295.00 | 7,935.50 |
| RLR | RONALD L. ROSE | 2.60 | 570.00 | 1,482.00 |
| AJK | ANDREW J. KOLOZSVARY | 11.40 | 245.00 | 2,793.00 |
| MMSM | MORGAN M. SMITH | 2.80 | 260.00 | 728.00 |
| **TOTAL** | | **49.50** | | **15,101.00** |

# DYKEMA

CHRYSLER LLC - COMMERCIAL LITIGATION

CLIENT-MATTER NO.   102613-0003
EISENMANN CORPORATION VS
CHRYSLER 1193171
FIRM ID# MI07
INVOICE NO.  1283185
PAGE NO.  8

JUNE 26, 2009

FEES ............................................................... $     15,101.00

DISBURSEMENTS ....................................................     43.48

**TOTAL AMOUNT DUE**.......................................... $___15,144.48

**DYKEMAGOSSETT**PLLC

DYKEMA GOSSETT PLLC
6904 PAYSPHERE CIRCLE
CHICAGO, IL 60674

CLIENT CHECK INFORMATION
PLEASE COMPLETE:
                        THIS INVOICE IS PAYABLE UPON RECEIPT.
    CHECK #:_____   DATE:_____   AMOUNT:_____
        PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.

**FOR FIRM USE:**

RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

CHRYSLER LLC - COMMERCIAL LITIGATION
MR. PAUL EICHBAUER
14TH FLOOR --- CIMS 485-14-23
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326-2766

JUNE 26, 2009
CLIENT-MATTER NO. 102613-0004
INVOICE NO.  1283187

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  JOHNSON CONTROLS DISPUTE 1190453
FIRM ID# MI07**

FEES ........................................................................$       275.00

**TOTAL AMOUNT DUE**.............................................$       **275.00**



CHRYSLER LLC - COMMERCIAL LITIGATION                 CLIENT-MATTER NO.    102613-0004
JUNE 26, 2009                                        INVOICE NO.  1283187
                                                     PAGE NO.  2


RE:  JOHNSON CONTROLS DISPUTE 1190453
FIRM ID# MI07

| DATE | ID | DESCRIPTION | HOURS |
|------|----|-------------|-------|
| 05/01/09 | BWJ | ANALYSIS OF ISSUES RE THE STATUS OF THE RECENT SETTLEMENT AGREEMENTS AND POTENTIAL OPEN POST-PETITION DISPUTES. | 1.10 |

**TOTAL ATTORNEY & PARALEGAL TIME** ...................................................... **1.10**
**TOTAL LEGAL FEES** ................................................................. **$    275.00**



CHRYSLER LLC - COMMERCIAL LITIGATION
JUNE 26, 2009

CLIENT-MATTER NO.    102613-0004
INVOICE NO.  1283187
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| BWJ | BENJAMIN W. JEFFERS | 1.10 | 250.00 | 275.00 |
| | **TOTAL** | **1.10** | | **275.00** |

# DYKEMA

CHRYSLER LLC - COMMERCIAL LITIGATION

CLIENT-MATTER NO.    102613-0004
JOHNSON CONTROLS DISPUTE
1190453
FIRM ID# MI07
INVOICE NO.  1283187
PAGE NO.  4

JUNE 26, 2009

FEES ........................................................................ $        275.00

**TOTAL AMOUNT DUE**............................................$       **275.00**

DYKEMA GOSSETT PLLC
690 LAYSPHERE CIRCLE
CHICAGO, IL 60674

CLIENT CHECK INFORMATION
PLEASE COMPLETE:
THIS INVOICE IS PAYABLE UPON RECEIPT.
CHECK #:_____    DATE:_____    AMOUNT:_____
PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.

FOR FIRM USE:

RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

CHRYSLER LLC - COMMERCIAL LITIGATION
MR. PAUL EICHBAUER
14TH FLOOR -- CIMS 485-14-23
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326-2766

JUNE 26, 2009
CLIENT-MATTER NO. 102613-0005
INVOICE NO.  1283188

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  BENTELER AUTOMOTIVE CANADA CORPORATION SUPPLIER
DISPUTE WITH 1195365 (FIRM ID #MI07)**

FEES ........................................................................$        29.00

**TOTAL AMOUNT DUE**............................................$        **29.00**



CHRYSLER LLC - COMMERCIAL LITIGATION
JUNE 26, 2009

CLIENT-MATTER NO.    102613-0005
INVOICE NO.  1283188
PAGE NO.  2

**RE:  BENTELER AUTOMOTIVE CANADA CORPORATION SUPPLIER
DISPUTE WITH 1195365 (FIRM ID #MI07)**

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 05/15/09 | PLN | REVIEW OF RESPONSE LETTER TO BENTELER REGARDING TIMMERMAN PRICE INCREASE DEMAND. | 0.10 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................................... **0.10**
**TOTAL LEGAL FEES** ................................................................................................ **$ 29.00**



CHRYSLER LLC - COMMERCIAL LITIGATION                    CLIENT-MATTER NO.    102613-0005
JUNE 26, 2009                                           INVOICE NO.  1283188
                                                        PAGE NO.  3


## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|------------|-------|------|--------|
| PLN | PAUL L. NYSTROM | 0.10 | 290.00 | 29.00 |
| | **TOTAL** | **0.10** | | **29.00** |

# DYKEMA

CHRYSLER LLC - COMMERCIAL LITIGATION

CLIENT-MATTER NO.    102613-0005
BENTELER AUTOMOTIVE CANADA
CORPORATION SUPPLIER
DISPUTE WITH 1195365 (FIRM ID
#MI07)

JUNE 26, 2009

INVOICE NO.  1283188
PAGE NO.  4

FEES ...................................................................$      29.00

**TOTAL AMOUNT DUE**.............................................$_____**29.00**

DYKEMAGOSSETT PLLC

DYKEMA GOSSETT PLLC
6900 DAYSPHERE CIRCLE
CHICAGO, IL 60674

CLIENT CHECK INFORMATION
PLEASE COMPLETE:
                    THIS INVOICE IS PAYABLE UPON RECEIPT.
CHECK #:_____          DATE:_____          AMOUNT:_____
          PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.

FOR FIRM USE:

RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

CHRYSLER LLC - COMMERCIAL LITIGATION
MR. PAUL EICHBAUER
14TH FLOOR -- CIMS 485-14-23
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326-2766

JUNE 26, 2009
CLIENT-MATTER NO. 102613-0009
INVOICE NO.  1283189

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  BEHR AMERICA SUPPLIER DISPUTE 1196681**
**FIRM ID #MI07**

| | |
|---|---|
| FEES .............................................................$ | 8,211.00 |
| DISBURSEMENTS ...................................................... | 95.50 |
| **TOTAL AMOUNT DUE.............................................$** | **8,306.50** |

**Dykema**

CHRYSLER LLC - COMMERCIAL LITIGATION                    CLIENT-MATTER NO.    102613-0009
JUNE 26, 2009                                                                          INVOICE NO.  1283189
                                                                                                PAGE NO.  2


**RE:  BEHR AMERICA SUPPLIER DISPUTE 1196681
FIRM ID #MI07**

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 05/01/09 | BWJ | ANALYSIS CONCERNING THE STATUS OF THE BEHR DISPUTE AND POTENTIAL RESOLUTIONS OF PRE-PETITIONS CLAIMS AND CURE AMOUNTS (.50); COMMUNICATIONS WITH BEHR RE SAME (.60). | 1.10 |
| 05/05/09 | BWJ | REVIEW OF ISSUES RE ANALYSIS OF CORRESPONDENCE FROM BEHR'S COUNSEL CONCERNING POST-PETITION DEMANDS FOR CHANGES TO THE CONTRACT TERMS. | 0.50 |
| 05/11/09 | RLR | ANALYSIS OF TOOLING LIEN ISSUE. | 0.30 |
| 05/12/09 | BWJ | TELEPHONE CONFERENCE WITH MR. WILSON OF JONES DAY RE: STATUS OF THE BEHR MATTER. | 0.90 |
| 05/13/09 | BWJ | EXAMINATION OF THE STATUS OF THE BEHR AND CURE ISSUES. | 1.20 |
| 05/13/09 | RLR | REVIEW OF BEHR AND CURE ISSUES. | 0.30 |
| 05/18/09 | BWJ | ANALYSIS OF BEHR'S OBJECTION TO THE CURE AMOUNT AND STRATEGY FOR RESOLVING THE OBJECTION. | 0.50 |
| 05/18/09 | PMK | EXAMINATION OF ISSUES RE STATUS OF DISPUTE RESOLUTION EFFORTS WITH BEHR. | 0.50 |
| 05/19/09 | BWJ | COMMUNICATIONS WITH CHRYSLER PURCHASING MANAGERS AND LEGAL ADVISORS CONCERNING BEHR'S OBJECTIONS AND STRATEGY FOR RESOLVING SAME (1.0); DISCUSSIONS WITH CHRYSLER PURCHASING MANAGERS AND LEGAL ADVISORS RE SAME ISSUES (1.10). | 2.10 |
| 05/19/09 | RLR | EXAMINATION OF ISSUES RE LITIGATION CASE (.40). REVIEW PLEADINGS AND DOCUMENTS IN LITIGATION (1.20).  TELEPHONE CONFERENCE WITH MR. WEISBERG (CARSON FISCHER) AND MR. FISCHER (CARSON FISCHER) REGARDING DATE OF FILING OBJECTION (.20). | 1.80 |
| 05/20/09 | RLR | REVIEW BEHR PLEADINGS (1.10); TELEPHONE CONFERENCE WITH MR. WEISBERG (CARSON FISCHER) (X2) RE STATUS OF NEGOTIATIONS (.40). TELEPHONE CONFERENCE WITH CHRYSLER RE DISCUSSIONS WITH MR. WEISBERG (CARSON FISCHER) (.30). | 1.80 |
| 05/21/09 | BWJ | MULTIPLE TELEPHONE CONFERENCES AMONG DEBTORS' LEGAL COUNSEL RE: BEHR'S OBJECTIONS AND STRATEGY FOR RESOLVING SAME. | 1.20 |
| 05/21/09 | RLR | TELEPHONE CONFERENCE WITH MR. WEISBERG (CARSON FISCHER) (2) RE POSITION OF CLIENT (.30); REVIEW OBJECTION (.80); TELEPHONE CONFERENCE WITH MR. RAINE (CHRYSLER) (.30). | 1.40 |

# DyKEMA

CHRYSLER LLC - COMMERCIAL LITIGATION
JUNE 26, 2009

CLIENT-MATTER NO.    102613-0009
INVOICE NO.  1283189
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS |
|------|----|-----|-----|
| 05/22/09 | BWJ | ANALYSIS OF ISSUES CONCERNING BEHR'S LEGAL POSITION (.50); EXAMINATION OF ISSUES RE OBJECTION AND DEVELOPMENT OF POTENTIAL LEGAL RESPONSES TO BEHR'S OBJECTIONS (2.20); COMMUNICATIONS WITH BEHR RE SAME (.80). | 3.50 |
| 05/22/09 | PMK | EXAMINATION OF STATUS OF BEHR DISPUTE. | 0.50 |
| 05/22/09 | RLR | REVIEW OF ISSUES RE STATUS OF CASE AND NEGOTIATIONS WITH BEHR (.30); DRAFT MEMO RE STATUS OF CASE AND NEGOTIATIONS (.40). | 0.70 |
| 05/25/09 | BWJ | EXAMINATION OF ISSUES RE BEHR TELEPHONE CONFERENCE (.30); ATTENDANCE ON TELEPHONE CONFERENCE WITH MR. MAGILIFF (TOGUT FIRM) RE BEHR'S OBJECTIONS TO THE CURE AMOUNTS AND ASSUMPTION OF CONTRACTS (.90); DEVELOPMENT OF STRATEGY OPTIONS FOR RESPONDING TO THE OBJECTION (.50). | 1.70 |
| 05/26/09 | BWJ | TELEPHONE CONFERENCE AMONG COUNSEL AND DEVELOPMENT OF NEGOTIATION STRATEGY TO RESPOND TO BEHR'S OBJECTIONS. | 2.20 |
| 05/26/09 | RLR | REVIEW OF ISSUES RE SETTLEMENT OF BEHR CLAIMS (.30); TELEPHONE CONFERENCE WITH MR. MAGILIFF (TOGUT FIRM) RE STRATEGY FOR PROCEEDING (.70) | 1.00 |

**TOTAL ATTORNEY & PARALEGAL TIME** ..................................................................    **23.20**
**TOTAL LEGAL FEES**................................................................................................. **$    8,211.00**

# DyKEMA

CHRYSLER LLC - COMMERCIAL LITIGATION
JUNE 26, 2009

CLIENT-MATTER NO.    102613-0009
INVOICE NO.  1283189
PAGE NO.  4

| | DISBURSEMENTS | | |
|---|---|---|---|
| 05/01/09 | COURIERS/DELIVERY SERVICES - FROEMMER INDUSTRIES, INC. ROUND TRIP TO OAKLAND CIRCUIT. DROP TO JUDGE LANGFORD-MORRIS. CHRYSLER /BEHR. 102613-9. BENJAMIN JEFFRIES. | | 25.00 |
| 05/01/09 | PHOTOCOPY | 8 | 0.80 |
| 05/07/09 | PHOTOCOPY | 79 | 7.90 |
| 05/07/09 | PHOTOCOPY | 79 | 7.90 |
| 05/19/09 | PHOTOCOPY | 465 | 46.50 |
| 05/21/09 | PHOTOCOPY | 15 | 1.50 |
| 05/22/09 | TABS | 1 | 0.10 |
| 05/22/09 | SPIRAL BINDER | 1 | 0.10 |
| 05/12/09 | TELEPHONE (216)586-7079 | | 2.00 |
| 05/01/09 | PRINTING | 4 | 0.40 |
| 05/22/09 | PRINTING | 33 | 3.30 |

## TOTAL DISBURSEMENTS...................................    95.50

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*



CHRYSLER LLC - COMMERCIAL LITIGATION
JUNE 26, 2009

CLIENT-MATTER NO.    102613-0009
INVOICE NO.  1283189
PAGE NO.  5

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|------------|-------|------|--------|
| PMK | PETER M. KELLETT | 1.00 | 325.00 | 325.00 |
| BWJ | BENJAMIN W. JEFFERS | 14.90 | 250.00 | 3,725.00 |
| RLR | RONALD L. ROSE | 7.30 | 570.00 | 4,161.00 |
| **TOTAL** | | **23.20** | | **8,211.00** |

# DYKEMA

CHRYSLER LLC - COMMERCIAL LITIGATION

CLIENT-MATTER NO.    102613-0009
BEHR AMERICA SUPPLIER DISPUTE
1196681
FIRM ID #MI07

JUNE 26, 2009

INVOICE NO.  1283189
PAGE NO.  6

FEES .......................................................................$      8,211.00

DISBURSEMENTS ....................................................      95.50

**TOTAL AMOUNT DUE**...........................................$      8,306.50

DYKEMA GOSSETT PLLC

**DYKEMA GOSSETT PLLC
6904 PAYSPHERE CIRCLE
CHICAGO, IL 60674**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**                **THIS INVOICE IS PAYABLE UPON RECEIPT.**

**CHECK #:_____    DATE:_____    AMOUNT:_____
PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

**FOR FIRM USE:**

RECEIVED DATE:_____