# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

CHRYSLER/PRODUCT LIABILITY (HOURLY)
PAUL R. EICHBAUER
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326-2766

JULY 16, 2009
CLIENT-MATTER NO. 087788-0010
INVOICE NO.  1285787

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  DCC VS HUTCHINSON FTS**
**CASE ID# 1174144 FIRM ID# MI07**

| | | |
|---|---|---:|
| FEES ........................................................... $ | | 1,300.00 |
| DISBURSEMENTS ...................................................... | | 3.10 |
| **TOTAL AMOUNT DUE................................................ $** | | **1,303.10** |

# DYKEMA

CHRYSLER/PRODUCT LIABILITY (HOURLY)
JULY 16, 2009

CLIENT-MATTER NO.   087788-0010
INVOICE NO.  1285787
PAGE NO.  2

## RE:  DCC VS HUTCHINSON FTS
## CASE ID# 1174144 FIRM ID# MI07

| DATE | ID | DESCRIPTION | HOURS | AMOUNT |
|------|----|-------------|-------|--------|
| 06/01/09 | TJMU | ANALYSIS OF ISSUES RE CURE LETTER AGREEMENT AND SIDE AGREEMENT (.30); REVIEW CURE LETTER AGREEMENT (.20); DRAFT REVISIONS TO CURE LETTER AGREEMENT (1.10); DRAFT CORRESPONDENCE RE SAME (.20). | 1.80 | 450.00 |
| 06/03/09 | TJMU | REVIEW CORRESPONDENCE FROM OPPOSING COUNSEL RE EXTENSION OF TIME TO FILE POST-JUDGMENT BRIEFS (.20); CORRESPONDENCE TO AND FROM MR. EICHBAUER (CHRYSLER) RE SAME (.20); REVIEW OF ISSUES RE STATUS OF SETTLEMENT (.20); REVIEW CORRESPONDENCE FROM MR. BELANGER (CHRYSLER) RE SAME (.10). | 0.70 | 175.00 |
| 06/04/09 | TJMU | EXCHANGE OF CORRESPONDENCE WITH OPPOSING COUNSEL RE STAY IN FILING POST-JUDGMENT BRIEFS (.20); REVIEW PROPOSED STIPULATION RE SAME (.10). | 0.30 | 75.00 |
| 06/09/09 | TJMU | DRAFT CORRESPONDENCE TO CHRYSLER TEAM RE CURE LETTER AGREEMENT STATUS. | 0.20 | 50.00 |
| 06/10/09 | TJMU | REVIEW SIGNED CURE LETTER AGREEMENT RE HUTCHINSON (.10); REVIEW SATISFACTION OF JUDGMENT RE SAME (.10); DRAFT CORRESPONDENCE TO MR. BELANGER (CHRYSLER) RE SAME (.20); REVIEW CORRESPONDENCE FROM MR. SOLOMON (CHRYSLER DIRECTOR) RE SAME (.10). | 0.50 | 125.00 |
| 06/15/09 | TJMU | DRAFT CORRESPONDENCE TO MR. BELANGER (CHRYSLER RE STATUS OF SETTLEMENT. | 0.20 | 50.00 |
| 06/16/09 | TJMU | NUMEROUS CORRESPONDENCE TO AND FROM MR. BELANGER (CHRYSLER) RE SIGNED CURE LETTER AGREEMENT (.20); REVIEW SIGNED CURE LETTER AGREEMENT (.10); TELEPHONE CONFERENCE WITH MR. BELANGER (CHRYSLER) RE SATISFACTION OF JUDGMENT (.10); EXECUTE SATISFACTION OF JUDGMENT (.10) AND FORWARD SAME TO MR. BELANGER (CHRYSLER (.10). | 0.60 | 150.00 |
| 06/19/09 | TJMU | CORRESPONDENCE TO AND FROM MS. RATHKE OF SQUIRE SANDERS RE PAYMENT OF SETTLEMENT AMOUNT AND ENTRY OF SATISFACTION OF JUDGMENT (.20); DRAFT CORRESPONDENCE TO MR. BELANGER (CHRYSLER) RE PAYMENT BY HUTCHINSON (.20). | 0.40 | 100.00 |
| 06/22/09 | TJMU | TELEPHONE CONFERENCE WITH MR. BELANGER (CHRYSLER) RE PAYMENT BY HUTCHINSON (.20); CORRESPONDENCE TO AND FROM MS. RATHKE (SQUIRE SANDERS) RE SATISFACTION OF JUDGMENT (.10); ENTER EXECUTED SATISFACTION OF JUDGMENT (.20). | 0.50 | 125.00 |

**DYKEMA**

CHRYSLER/PRODUCT LIABILITY (HOURLY)                    CLIENT-MATTER NO.    087788-0010
JULY 16, 2009                                                                   INVOICE NO.  1285787
                                                                               PAGE NO.  3

**TOTAL ATTORNEY & PARALEGAL TIME** .....................................................................    **5.20**
**TOTAL LEGAL FEES**.................................................................................... $    **1,300.00**

# DykEMA

CHRYSLER/PRODUCT LIABILITY (HOURLY)
JULY 16, 2009

CLIENT-MATTER NO.    087788-0010
INVOICE NO.  1285787
PAGE NO.  4

| DISBURSEMENTS | | |
|---|---|---|
| 06/22/09 | PHOTOCOPY | 20 | 2.00 |
| 06/01/09 | TELEPHONE (212)201-5568 | | 1.10 |

**TOTAL DISBURSEMENTS**....................................... **3.10**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

**DyKEMA**

CHRYSLER/PRODUCT LIABILITY (HOURLY)
JULY 16, 2009

CLIENT-MATTER NO.    087788-0010
INVOICE NO.  1285787
PAGE NO.  5

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|------------------------|---------|---------|------------|
| TJMU | THOMAS J. MURRAY | 5.20 | 250.00 | 1,300.00 |
| | **TOTAL** | **5.20** | | **1,300.00** |

# DyKEMA

CHRYSLER/PRODUCT LIABILITY (HOURLY)

JULY 16, 2009

CLIENT-MATTER NO.    087788-0010
DCC VS HUTCHINSON FTS
CASE ID# 1174144 FIRM ID# MI07
INVOICE NO.  1285787
PAGE NO.  6

FEES .....................................................................$    1,300.00

DISBURSEMENTS .....................................................    3.10

**TOTAL AMOUNT DUE.............................................$    1,303.10**

DYKEMA GOSSETT PLLC
6901 PAYSPHERE CIRCLE
CHICAGO, IL 60674

CLIENT CHECK INFORMATION
PLEASE COMPLETE:
THIS INVOICE IS PAYABLE UPON RECEIPT.
CHECK #:_____    DATE:_____    AMOUNT:_____
PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.

**FOR FIRM USE:**

RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

CHRYSLER/PRODUCT LIABILITY (HOURLY)
MR. PAUL R. EICHBAUER
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326-2766

JULY 16, 2009
CLIENT-MATTER NO. 087788-0013
INVOICE NO.  1285792

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: INTIER AUTOMOTIVE INC. 1176676**
**FIRM ID# MI07**

| | |
|---|---|
| FEES .......................................................................$ | 8,268.00 |
| DISBURSEMENTS ..................................................... | 156.40 |
| **TOTAL AMOUNT DUE..............................................$** | **8,424.40** |

# DYKEMA

CHRYSLER/PRODUCT LIABILITY (HOURLY)
JULY 16, 2009

CLIENT-MATTER NO.   087788-0013
INVOICE NO.  1285792
PAGE NO.  2

RE:  INTIER AUTOMOTIVE INC. 1176676
FIRM ID# MI07

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 06/01/09 | BMS | ATTEND STATUS CONFERENCE RE INTIER (3.10); CONTINUE TO REVISE CHRYSLER'S ANSWERS TO INTIER'S 4TH SET OF DISCOVERY REQUESTS (1.00); CORRESPONDENCE TO MR. EICHBAUER (CHRYSLER) RE RESPONSES AND VERIFICATIONS (.20); REVIEW EMAILS FROM MR. LABA (CCX ENGINEER), MR. CRIMMINS (CCX COUNSEL) AND MR. SAK (CHRYSLER) RE DISCOVERY RESPONSES (.20); REVIEW EMAILS RE STATUS OF PURCHASE ORDERS (.20). | 4.70 |
| 06/01/09 | DADE | UPDATE CHRYSLER SUMMATION DATABASE. | 2.80 |
| 06/01/09 | MMI | ANALYSIS OF STRATEGY ISSUES RE INTIER CASE(1.0); ANALYZE MEMORANDA RE RS AND NS PART NUMBERS (.7). | 1.70 |
| 06/01/09 | TSB | PREPARATION FOR (1.0) AND ATTENDANCE AT PRE-TRIAL CONFERENCE (3.5); REVIEW BANKRUPTCY OBJECTION FILED BY MAGNA (.5); REVIEW DRAFT DISCOVERY RESPONSES (.5). | 5.50 |
| 06/02/09 | BMS | CORRESPONDENCE TO MS. VANDERWIELE (CCX COUNSEL) RE VERIFICATIONS TO DISCOVERY RESPONSES (.10); COMPLETE FINAL REVISIONS TO CHRYSLER'S ANSWERS TO INTIER'S DISCOVERY REQUESTS (.10). | 0.20 |
| 06/02/09 | DADE | INDEX PURCHASE ORDER CLAUSES. | 4.00 |
| 06/02/09 | MMI | DRAFT CORRESPONDENCE TO MS. PIERCE (CHRYSLER) RE DOCUMENT ISSUES (.2); ANALYZE RS PURCHASE ORDERS (.2). | 0.40 |
| 06/02/09 | TSB | FINAL REVIEW OF DISCOVERY RESPONSES (.4); EMAIL TO MR. EICHBAUER (CHRYSLER) RE SCHEDULING ORDER AND MAGNA OBJECTION (.2); REVIEW MAGNA OBJECTION (.2). | 0.80 |
| 06/03/09 | DADE | ASSEMBLE SUPPLEMENTAL PRODUCTION DATA. | 2.50 |
| 06/03/09 | MMI | ANALYSIS OF ISSUES RE DOCUMENT PRODUCTION ISSUES. | 0.30 |
| 06/04/09 | DADE | REVIEW PURCHASE ORDERS FOR PRODUCTION PURPOSES. | 4.50 |
| 06/04/09 | TSB | REVIEW MEMO RE DAMAGES (.4); REVIEW MULTIPLE EMAILS FROM CHRYSLER PERSONNEL RE PURCHASE ORDER TERMS AND CONDITIONS (.6). | 1.00 |
| 06/08/09 | MMI | DRAFT VARIOUS CORRESPONDENCE TO CHRYSLER PERSONNEL RE STRATEGY ISSUES (.3); ANALYSIS IF ISSUES RE CHRYSLER PROCESSES (.2). | 0.50 |
| 06/09/09 | DADE | UPDATE CHRYSLER SUMMATION DATABASE. | 1.10 |
| 06/09/09 | MMI | CONFERENCE WITH MR. MYNENI (CHRYSLER) RE STRATEGY. | 0.80 |
| 06/10/09 | DADE | DRAFT PRODUCTION SUMMARY. | 1.70 |

# DYKEMA

| CHRYSLER/PRODUCT LIABILITY (HOURLY) | CLIENT-MATTER NO.   087788-0013 |
|---|---|
| JULY 16, 2009 | INVOICE NO.  1285792 |
|  | PAGE NO.  3 |

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/16/09 | MMI | ANALYSIS OF PRODUCTION ISSUES. | 0.20 |
| 06/18/09 | DADE | REVIEW PURCHASE ORDERS. | 0.80 |
| 06/18/09 | MMI | ANALYSIS OF PRODUCTION ISSUES. | 0.10 |
| 06/18/09 | SAPII | IMPORT LATEST DOCUMENT PRODUCTION INTO CHRYSLER SUMMATION DOCUMENT REVIEW DATABASE (.10); EXAMINE SAME FOR ACCURACY (.10). | 0.20 |
| 06/19/09 | MMI | ANALYSIS OF RS ISSUES. | 0.10 |
| 06/22/09 | BMS | CONTINUE TO DRAFT 30(B)(6) OUTLINE FOR INTIER'S CORPORATE WITNESS DEPOSITIONS. | 2.00 |
| 06/23/09 | BMS | CONTINUE TO REVIEW KEY DOCUMENTS FOR INTIER'S CORPORATE WITNESS DEPOSITIONS. | 1.30 |
| 06/23/09 | MMI | ANALYSIS OF ISSUES RE STRATEGY (,2); CORRESPONDENCE TO MR. MYNENI (CHRYSLER) RE STRATEGY ISSUES (.1). | 0.30 |
| 06/24/09 | BMS | EXAMINATION OF ISSUES RE STATUS OF KEY DOCUMENT REVIEW. | 0.10 |
| 06/24/09 | MMI | ANALYSIS OF ISSUES RE CHRYSLER'S DOCUMENT PRODUCTION (.1); ANALYSIS OF ISSUES RE STRATEGY (.2). | 0.30 |
| 06/24/09 | TSB | REVIEW EXPERT INVOICE FOR SERVICES (.10); DRAFT LETTER TO MR. EICHBAUER (CHRYSLER) RE SAME (.10); EXAMINATION OF ISSUES RE STATUS OF KEY DOCUMENT REVIEW IN ADVANCE OF DEPOSITIONS (.60). | 0.80 |
| 06/25/09 | TSB | ANALYSIS OF ISSUES RE EXPERT (.8); REVIEW EMAILS FROM CHRYSLER PURCHASING PERSONNEL RE PURCHASE ORDERS (.4). | 1.20 |
| 06/30/09 | BMS | TELEPHONE CONFERENCE WITH MR. DORAN (CHRYSLER) RE CURE OF CONTRACTS WITH MAGNA. | 0.10 |

**TOTAL ATTORNEY & PARALEGAL TIME** .................................................................... **40.00**
**TOTAL LEGAL FEES**................................................................................................ **$ 8,268.00**

# DYKEMA

CHRYSLER/PRODUCT LIABILITY (HOURLY)
JULY 16, 2009

CLIENT-MATTER NO.   087788-0013
INVOICE NO.  1285792
PAGE NO.  4

| | DISBURSEMENTS | | |
|---|---|---:|---:|
| 06/02/09 | PHOTOCOPY | 1 | 0.10 |
| 06/03/09 | PHOTOCOPY | 1 | 0.10 |
| 06/03/09 | PHOTOCOPY | 29 | 2.90 |
| 06/04/09 | PHOTOCOPY | 7 | 0.70 |
| 06/04/09 | PHOTOCOPY | 1 | 0.10 |
| 06/01/09 | PRINTING | 252 | 25.20 |
| 06/01/09 | PRINTING | 252 | 25.20 |
| 06/01/09 | PRINTING | 252 | 25.20 |
| 06/01/09 | PRINTING | 20 | 2.00 |
| 06/01/09 | PRINTING | 20 | 2.00 |
| 06/02/09 | PRINTING | 13 | 1.30 |
| 06/02/09 | PRINTING | 4 | 0.40 |
| 06/03/09 | PRINTING | 27 | 2.70 |
| 06/03/09 | PRINTING | 4 | 0.40 |
| 06/03/09 | PRINTING | 23 | 2.30 |
| 06/04/09 | PRINTING | 13 | 1.30 |
| 06/04/09 | PRINTING | 44 | 4.40 |
| 06/04/09 | PRINTING | 12 | 1.20 |
| 06/23/09 | PRINTING | 11 | 1.10 |
| 06/25/09 | PRINTING | 14 | 1.40 |
| 06/25/09 | PRINTING | 85 | 8.50 |
| 06/25/09 | PRINTING | 14 | 1.40 |
| 06/25/09 | PRINTING | 133 | 13.30 |
| 06/25/09 | PRINTING | 67 | 6.70 |
| 06/25/09 | PRINTING | 265 | 26.50 |

## TOTAL DISBURSEMENTS ....................................   156.40

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

CHRYSLER/PRODUCT LIABILITY (HOURLY)          CLIENT-MATTER NO.    087788-0013
JULY 16, 2009                                 INVOICE NO.  1285792
                                              PAGE NO.  5

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|------:|-----:|-------:|
| TSB | THOMAS S. BISHOFF | 9.30 | 350.00 | 3,255.00 |
| BMS | BRITTANY M. SCHULTZ | 8.40 | 195.00 | 1,638.00 |
| MMI | MATTHEW MITCHELL | 4.70 | 250.00 | 1,175.00 |
| DADE | DEBORAH A. DETTORE | 17.40 | 125.00 | 2,175.00 |
| SAPI1 | SCOTT A. PILAT | 0.20 | 125.00 | 25.00 |
| | **TOTAL** | **40.00** | | **8,268.00** |

# DYKEMA

CHRYSLER/PRODUCT LIABILITY (HOURLY)

JULY 16, 2009

CLIENT-MATTER NO.    087788-0013
INTIER AUTOMOTIVE INC. 1176676
FIRM ID# MI07
INVOICE NO.  1285792
PAGE NO.  6


FEES...................................................................$    8,268.00

DISBURSEMENTS ....................................................    156.40

**TOTAL AMOUNT DUE** .............................................$    8,424.40

**DYKEMAGOSSETT**PLLC

**DYKEMA GOSSETT PLLC
6904 PAYSPHERE CIRCLE
CHICAGO, IL 60674**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**
                          **THIS INVOICE IS PAYABLE UPON RECEIPT.**
      **CHECK #:_____    DATE:_____    AMOUNT:_____
      PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**


**FOR FIRM USE:**

RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

CHRYSLER LLC - COMMERCIAL LITIGATION
MR. PAUL EICHBAUER
14TH FLOOR -- CIMS 485-14-23
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326-2766

JULY 16, 2009
CLIENT-MATTER NO. 102613-0003
INVOICE NO. 1285808

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: EISENMANN CORPORATION VS CHRYSLER 1193171
FIRM ID# MI07**

| | |
|---|---|
| FEES ........................................................ $ | 1,984.00 |
| DISBURSEMENTS ....................................................... | 2.65 |
| **TOTAL AMOUNT DUE..............................................$** | **1,986.65** |

# DYKEMA

CHRYSLER LLC - COMMERCIAL LITIGATION
JULY 16, 2009

CLIENT-MATTER NO.    102613-0003
INVOICE NO.  1285808
PAGE NO.  2

## RE: EISENMANN CORPORATION VS CHRYSLER 1193171
### FIRM ID# MI07

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 06/03/09 | BMM | TELEPHONE CONFERENCE WITH MR. EBNER (EISENMANN'S COUNSEL) RE UPCOMING DEADLINES AND POSTURE OF CASE. | 0.30 |
| 06/10/09 | BMM | TELEPHONE CONFERENCE WITH MR. EICHBAUER (CHRYSLER) RE STIPULATION TO STAY ALL PROCEEDINGS. | 0.20 |
| 06/11/09 | BMM | CONFERENCE WITH EISENMANN'S ATTORNEYS RE JOINT MOTION TO STAY. | 0.30 |
| 06/11/09 | BMM | REVISIONS MADE TO DRAFT JOINT MOTION TO STAY PROCEEDING. | 2.20 |
| 06/11/09 | BMM | TELEPHONE CONFERENCES (X2) WITH MR. SIRAFIMOVSKI (CHRYSLER CANADA COUNSEL) RE PLAN TO STAY MICHIGAN ACTION AGAINST CHRYSLER CANADA. | 0.30 |
| 06/12/09 | BMM | TELEPHONE CONFERENCE WITH (.20) AND CORRESPONDENCE TO MS. ROY (EISENMANN'S COUNSEL) (.20) RE REVISIONS TO JOINT MOTION TO STAY. | 0.40 |
| 06/12/09 | BMM | TELEPHONE CONFERENCES WITH MR. CODY (CHRYSLER BANKRUPTCY COUNSEL) RE JOINT MOTION TO STAY. | 0.40 |
| 06/12/09 | BMM | REVISE JOINT MOTION TO STAY ALL PENDING CLAIMS. | 0.60 |
| 06/15/09 | BMM | REVIEW REVISED JOINT MOTION FOR STAY | 0.30 |
| 06/15/09 | BMM | TELEPHONE CONFERENCE WITH MS. ROY (EISENMANN'S COUNSEL) RE JOINT MOTION FOR STAY. | 0.20 |
| 06/15/09 | BMM | EXAMINATION OF NOTICE OF HEARING AND PROPOSED ORDER ENTERING A STAY OF PROCEEDINGS. | 0.30 |
| 06/23/09 | BMM | CORRESPONDENCE WITH MS. ROY (EISENMANN'S COUNSEL) RE JOINT MOTION TO STAY. | 0.30 |
| 06/24/09 | BMM | TELEPHONE CONFERENCE WITH MS. ROY (EISENMANN'S COUNSEL) (.20) AND COURT CLERK'S OFFICE (.10) RE JOINT MOTION TO STAY PROCEEDINGS. | 0.30 |
| 06/25/09 | BMM | FOLLOW-UP TELEPHONE CONFERENCE WITH MS. ROY (EISENMANN'S COUNSEL) AND COURT CLERK'S OFFICE RE JOINT MOTION TO STAY PROCEEDINGS. | 0.30 |
| 06/26/09 | RMB | REVIEW OF ISSUES RE CONTRACT TERM REQUIRING PARTS MANUFACTURER TO REIMBURSE NEW CHRYSLER FOR WARRANTY WORK ARISING FROM PARTS SOLD TO OLD CHRYSLER. | 0.20 |

**TOTAL ATTORNEY & PARALEGAL TIME** ........................................................................    **6.60**
**TOTAL LEGAL FEES** ..............................................................................................  $  **1,984.00**

**DyKEMA**

CHRYSLER LLC - COMMERCIAL LITIGATION
JULY 16, 2009

CLIENT-MATTER NO.   102613-0003
INVOICE NO.  1285808
PAGE NO.  3

| DISBURSEMENTS | | |
|---|---|---|
| 06/10/09 | TELEPHONE (519)255-4386 | | 0.25 |
| 06/11/09 | TELEPHONE (519)255-4386 | | 1.00 |
| 06/15/09 | PRINTING | 14 | 1.40 |

**TOTAL DISBURSEMENTS** ...................................... **2.65**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*



CHRYSLER LLC - COMMERCIAL LITIGATION
JULY 16, 2009

CLIENT-MATTER NO.    102613-0003
INVOICE NO.  1285808
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|-----|------------|-------|------|--------|
| RMB | RICHARD M. BENDIX | 0.20 | 480.00 | 96.00 |
| BMM | BRIAN M. MOORE | 6.40 | 295.00 | 1,888.00 |
| | **TOTAL** | **6.60** | | **1,984.00** |

CHRYSLER LLC - COMMERCIAL LITIGATION

CLIENT-MATTER NO.   102613-0003
EISENMANN CORPORATION VS
CHRYSLER 1193171
FIRM ID# MI07

JULY 16, 2009

INVOICE NO.  1285808
PAGE NO.  5


FEES.........................................................................$     1,984.00

DISBURSEMENTS .....................................................     2.65

**TOTAL AMOUNT DUE**...........................................$     1,986.65

DYKEMAGOSSETT PLLC

DYKEMA GOSSETT PLLC
6904 PAYSPHERE CIRCLE
CHICAGO, IL 60674

CLIENT CHECK INFORMATION
PLEASE COMPLETE:
                    THIS INVOICE IS PAYABLE UPON RECEIPT.
    CHECK #:                    DATE:                    AMOUNT:_____
            PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.


**FOR FIRM USE:**

RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

CHRYSLER LLC - COMMERCIAL LITIGATION
MR. PAUL EICHBAUER
14TH FLOOR -- CIMS 485-14-23
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326-2766

JULY 16, 2009
CLIENT-MATTER NO. 102613-0005
INVOICE NO.  1285796

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  BENTELER AUTOMOTIVE CANADA CORPORATION SUPPLIER
DISPUTE WITH 1195365 (FIRM ID #MI07)**

FEES ........................................................................$        375.00

**TOTAL AMOUNT DUE**.............................................$        **375.00**

**DyKEMA**

CHRYSLER LLC - COMMERCIAL LITIGATION
JULY 16, 2009

CLIENT-MATTER NO.    102613-0005
INVOICE NO.  1285796
PAGE NO.  2

**RE:  BENTELER AUTOMOTIVE CANADA CORPORATION SUPPLIER
DISPUTE WITH 1195365 (FIRM ID #MI07)**

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 06/03/09 | BWJ | ANALYSIS OF BENTELER'S OBJECTIONS TO CHRYSLER'S ASSUMPTION OF CONTRACTS (.70); DRAFT COMMUNICATION TO CHRYSLER'S IN-HOUSE ATTORNEY MS. CALLAHAN RE PRE-PETITION ARGUMENTS CONCERNING CONTRACT DISPUTES (.80). | 1.50 |

**TOTAL ATTORNEY & PARALEGAL TIME** ...................................................................... **1.50**
**TOTAL LEGAL FEES**................................................................................................. **$    375.00**

# DyKEMA

CHRYSLER LLC - COMMERCIAL LITIGATION
JULY 16, 2009

CLIENT-MATTER NO.    102613-0005
INVOICE NO.  1285796
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| BWJ | BENJAMIN W. JEFFERS | 1.50 | 250.00 | 375.00 |
| | **TOTAL** | **1.50** | | **375.00** |

# DYKEMA

CHRYSLER LLC - COMMERCIAL LITIGATION

CLIENT-MATTER NO.   102613-0005
BENTELER AUTOMOTIVE CANADA
CORPORATION SUPPLIER
DISPUTE WITH 1195365 (FIRM ID
#MI07)

JULY 16, 2009

INVOICE NO.  1285796
PAGE NO.  4


FEES ....................................................................... $        375.00


**TOTAL AMOUNT DUE**.............................................. $_____375.00

REMITTANCE

DYKEMAGOSSETT PLLC

DYKEMA GOSSETT PLLC
6904 PAYSPHERE CIRCLE
CHICAGO, IL 60674

CLIENT CHECK INFORMATION
PLEASE COMPLETE:
                        THIS INVOICE IS PAYABLE UPON RECEIPT.
CHECK #:_____ DATE:_____ AMOUNT:_____
            PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.


FOR FIRM USE:

RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

CHRYSLER LLC - COMMERCIAL LITIGATION
MR. PAUL EICHBAUER
14TH FLOOR -- CIMS 485-14-23
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326-2766

JULY 16, 2009
CLIENT-MATTER NO. 102613-0009
INVOICE NO.  1285798

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  BEHR AMERICA SUPPLIER DISPUTE 1196681
FIRM ID #MI07**

| | |
|---|---:|
| FEES ....................................................................$ | 1,350.00 |
| DISBURSEMENTS ...................................................... | 37.80 |
| **TOTAL AMOUNT DUE..............................................$** | **1,387.80** |

CHRYSLER LLC - COMMERCIAL LITIGATION
JULY 16, 2009

CLIENT-MATTER NO.   102613-0009
INVOICE NO.  1285798
PAGE NO.  2

## RE: BEHR AMERICA SUPPLIER DISPUTE 1196681
## FIRM ID #MI07

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 06/05/09 | BWJ | DRAFT SUMMARY OF ARGUMENTS FOR CHRYSLER AND BEHR POSITIONS CONCERNING PRE-PETITION LITIGATION (1.40); DRAFT SUMMARY OF POST-PETITION OBJECTIONS BY BEHR TO NEW CHRYSLER'S ASSUMPTION OF CONTRACTS (1.50). | 2.90 |
| 06/11/09 | BWJ | TELEPHONE CONFERENCE WITH MR. RAINE, THE PURCHASING MANAGER AT CHRYSLER, RE POTENTIAL RESOLUTION OF THE CURE AMOUNTS AND DISPUTES WITH BEHR (.40); ANALYSIS OF OPTIONS RE SAME (.40). | 0.80 |
| 06/12/09 | BWJ | ANALYSIS OF RESOLUTION POINTS ON THE CURE AMOUNT. | 0.60 |
| 06/17/09 | BWJ | REVIEW OF STATUS OF THE CURE LETTER RESOLUTION. | 0.20 |
| 06/22/09 | BWJ | COMMUNICATIONS WITH OPPOSING COUNSEL RE: THE CURE LETTER AND DISMISSAL OF LITIGATION. | 0.90 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................................   **5.40**
**TOTAL LEGAL FEES**................................................................................... $   **1,350.00**

# Dykema

CHRYSLER LLC - COMMERCIAL LITIGATION
JULY 16, 2009

CLIENT-MATTER NO.    102613-0009
INVOICE NO.  1285798
PAGE NO.  3

| DISBURSEMENTS | | | |
|---|---|---|---|
| 06/25/09 | PRINTING SERVICES -  BENJAMIN JEFFERS ORDER DOCUMENTS FROM OAKLAND COUNTY CIRCUIT COURT DOCKET - ORDER FILED RE BANKRUPTCY STAY AND NOTICE OF PROPOSED SALE OF DEBTOR ASSETS | | 32.50 |
| 06/12/09 | PRINTING | 4 | 0.40 |
| 06/12/09 | PRINTING | 5 | 0.50 |
| 06/12/09 | PRINTING | 5 | 0.50 |
| 06/17/09 | PRINTING | 9 | 0.90 |
| 06/25/09 | PRINTING | 24 | 2.40 |
| 06/25/09 | PRINTING | 6 | 0.60 |
| 06/09/09 | LEGAL RESEARCH - WESTLAW | | 0.00 |

**TOTAL DISBURSEMENTS**...................................    **37.80**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

CHRYSLER LLC - COMMERCIAL LITIGATION          CLIENT-MATTER NO.   102613-0009
JULY 16, 2009                                 INVOICE NO.  1285798
                                              PAGE NO.  4

### BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|------------|-------|------|--------|
| BWJ | BENJAMIN W. JEFFERS | 5.40 | 250.00 | 1,350.00 |
| | **TOTAL** | **5.40** | | **1,350.00** |

# DykEMA

CHRYSLER LLC - COMMERCIAL LITIGATION

CLIENT-MATTER NO.    102613-0009
BEHR AMERICA SUPPLIER DISPUTE
1196681
FIRM ID #MI07
JULY 16, 2009                                         INVOICE NO.  1285798
PAGE NO.  5

FEES .......................................................... $        1,350.00

DISBURSEMENTS ......................................              37.80

**TOTAL AMOUNT DUE**........................................ $        1,387.80

**DYKEMAGOSSETT**PLLC

**DYKEMA GOSSETT PLLC**
**6904 PAYSPHERE CIRCLE**
**CHICAGO, IL 60674**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**
                    **THIS INVOICE IS PAYABLE UPON RECEIPT.**
**CHECK #:_____    DATE:_____    AMOUNT:_____**
**PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

**FOR FIRM USE:**

RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

CHRYSLER LLC - COMMERCIAL LITIGATION
MS. CELESTE CALLAHAN
14TH FLOOR -- CIMS 485-14-23
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326-2766

JULY 16, 2009
CLIENT-MATTER NO. 102613-0012
INVOICE NO. 1285800

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  ACCENTURE LITIGATION #1194513**
**FIRM ID #MI07**

FEES ........................................................................$      1,451.00

**TOTAL AMOUNT DUE.............................................$      1,451.00**

# DYKEMA

CHRYSLER LLC - COMMERCIAL LITIGATION
JULY 16, 2009

CLIENT-MATTER NO.   102613-0012
INVOICE NO.  1285800
PAGE NO.  2

**RE:  ACCENTURE LITIGATION #1194513
FIRM ID #MI07**

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 06/08/09 | TJMU | REVIEW CORRESPONDENCE FROM OPPOSING COUNSEL RE EXTENDING SCHEDULING ORDER DATES (.10); DRAFT CORRESPONDENCE TO MR. EICHBAUER (CHRYSLER) AND MS. CALLAHAN (CHRYSLER) RE SAME (.20). | 0.30 |
| 06/10/09 | TJMU | DRAFT CORRESPONDENCE TO MR. EICHBAUER (CHRYSLER)  AND MS. CALLHAN (CHRYSLER) RE SCHEDULING ORDER DATES (.10); DRAFT CORRESPONDENCE TO OPPOSING COUNSEL RE SAME (.10); REVIEW CORRESPONDENCE FROM MR. EICHBAUER (CHRYSLER) RE APPROVAL OF NEW DATES (.10); DRAFT CORRESPONDENCE TO OPPOSING COUNSEL RE SAME (.10). | 0.40 |
| 06/15/09 | TJMU | DRAFT CORRESPONDENCE TO OPPOSING COUNSEL RE EXTENDING DATES. | 0.20 |
| 06/16/09 | TJMU | REVIEW PROPOSED MOTION TO EXTEND SCHEDULING ORDER DATES (.20); DRAFT CORRESPONDENCE TO OPPOSING COUNSEL RE SAME (.20). | 0.40 |
| 06/19/09 | TJMU | REVIEW CASE EVALUATION NOTICE. | 0.20 |
| 06/23/09 | BMM | EXCHANGE OF CORRESPONDENCE WITH MR. WILLIAMS (ACCENTURE COUNSEL) RE MOTION TO EXTEND DATES (.20); REVIEW MOTION TO EXTEND DATES IN PREPARATION OF ATTENDING HEARING (.20). | 0.40 |
| 06/23/09 | TJMU | TELEPHONE CONFERENCE FROM OPPOSING COUNSEL RE HEARING ON MOTION TO EXTEND DATES (.20); DRAFT CORRESPONDENCE TO OPPOSING COUNSEL RE HEARING AND JOINT ORDER (.20). | 0.40 |
| 06/24/09 | BMM | ATTEND JOINT MOTION TO EXTEND DATES. | 2.40 |
| 06/24/09 | TJMU | ANALYSIS OF ISSUES RE SCHEDULING ORDER AND MOTION (.20); REVIEW CORRESPONDENCE FROM ACCENTURE TEAM RE SAME RE NEW DATES AND RE COURT'S DESIRE FOR STATUS CONFERENCES EACH MONTH (.10). | 0.30 |
| 06/25/09 | TJMU | REVIEW AMENDED SCHEDULING ORDER (.10); DRAFT CORRESPONDENCE TO MR. EICHBAUER (CHRYSLER) AND MS. CALLAHAN (CHRYSLER RE SAME (.20). | 0.30 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................... **5.30**
**TOTAL LEGAL FEES** ............................................................................... **$   1,451.00**



CHRYSLER LLC - COMMERCIAL LITIGATION
JULY 16, 2009

CLIENT-MATTER NO.    102613-0012
INVOICE NO.  1285800
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|------------------|--------|--------|----------|
| BMM | BRIAN M. MOORE | 2.80 | 295.00 | 826.00 |
| TJMU | THOMAS J. MURRAY | 2.50 | 250.00 | 625.00 |
| | **TOTAL** | **5.30** | | **1,451.00** |

# DyKEMA

CHRYSLER LLC - COMMERCIAL LITIGATION

CLIENT-MATTER NO.   102613-0012
ACCENTURE LITIGATION #1194513
FIRM ID #MI07

JULY 16, 2009

INVOICE NO.  1285800
PAGE NO.  4

FEES ....................................................................... $     1,451.00

**TOTAL AMOUNT DUE**............................................. $     **1,451.00**



**DYKEMAGOSSETTᴘʟʟᴄ**

**DYKEMA GOSSETT PLLC**
**6904 PAYSPHERE CIRCLE**
**CHICAGO, IL 60674**

**CLIENT CHECK INFORMATION**
**PLEASE COMPLETE:**
                    **THIS INVOICE IS PAYABLE UPON RECEIPT.**
    **CHECK #:_____  DATE:_____  AMOUNT:_____**
        **PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

**FOR FIRM USE:**

RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

CHRYSLER LLC - COMMERCIAL LITIGATION          JULY 16, 2009
MR. PAUL R. EICHBAUER                          CLIENT-MATTER NO. 102613-0014
14TH FLOOR -- CIMS 485-14-23                   INVOICE NO.  1285801
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326-2766


*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  KARMANN USA, INC. (1198533)**
**FIRM ID #MI07**


FEES ........................................................................$          577.50


**TOTAL AMOUNT DUE.............................................$          577.50**

**DyKEMA**

CHRYSLER LLC - COMMERCIAL LITIGATION
JULY 16, 2009

CLIENT-MATTER NO.   102613-0014
INVOICE NO.  1285801
PAGE NO.  2

**RE:  KARMANN USA, INC. (1198533)
FIRM ID #MI07**

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 06/26/09 | JRM | ANALYSIS OF DRAFT AGREEMENT WITH KARMANN (.40) AND PROVIDE COMMENTS RE CONSISTENCY WITH PRIOR LITIGATION AND SETTLEMENT AGREEMENT ENTERED INTO BETWEEN PARTIES (.40); REVIEW TERMS OF SETTLEMENT AGREEMENT AND 2008 COMMERCIAL AGREEMENT ON JS27 CONVERTIBLE PROGRAM (.40); PARTICIPATE IN TELEPHONE CONFERENCE WITH BANKRUPTCY COUNSEL RE DRAFT AGREEMENT WITH KARMANN (.40); PROVIDE LEGAL ANALYSIS RE PROVISIONS FROM SETTLEMENT AGREEMENT AND 2008 COMMERCIAL AGREEMENT ON JS27 CONVERTIBLE PROGRAM TO INCLUDE IN NEW AGREEMENT WITH KARMANN (.50). | 2.10 |

**TOTAL ATTORNEY & PARALEGAL TIME** ...................................................................... **2.10**
**TOTAL LEGAL FEES**................................................................................................ **$   577.50**



CHRYSLER LLC - COMMERCIAL LITIGATION
JULY 16, 2009

CLIENT-MATTER NO.    102613-0014
INVOICE NO.  1285801
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|------------|-------|------|--------|
| JRM | JEFFREY R. MILLER | 2.10 | 275.00 | 577.50 |
| | **TOTAL** | **2.10** | | **577.50** |

**DYKEMA**

CHRYSLER LLC - COMMERCIAL LITIGATION

CLIENT-MATTER NO.    102613-0014
KARMANN USA, INC. (1198533)
FIRM ID #MI07
INVOICE NO.  1285801
PAGE NO.  4

JULY 16, 2009

FEES ................................................................... $        577.50

TOTAL AMOUNT DUE........................................... $        **577.50**

DYKEMA GOSSETT PLLC

DYKEMA GOSSETT PLLC
6904 PAYSPHERE CIRCLE
CHICAGO, IL 60674

CLIENT CHECK INFORMATION
PLEASE COMPLETE:
                        THIS INVOICE IS PAYABLE UPON RECEIPT.
CHECK #:_____  DATE:_____  AMOUNT:_____
        PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.

FOR FIRM USE:

RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

CHRYSLER LLC - COMMERCIAL LITIGATION
MS. JAREEN TRUDELL
14TH FLOOR -- CIMS 485-14-23
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326-2766

JULY 16, 2009
CLIENT-MATTER NO. 102613-0015
INVOICE NO.  1285802

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  TIMKEN SUPPLIER DISPUTE (1198497)**
**FIRM ID #MI07**

FEES ......................................................................$        950.00

**TOTAL AMOUNT DUE.............................................$        950.00**

**DyKEMA**

CHRYSLER LLC - COMMERCIAL LITIGATION
JULY 16, 2009

CLIENT-MATTER NO.    102613-0015
INVOICE NO.  1285802
PAGE NO.  2

RE:  TIMKEN SUPPLIER DISPUTE (1198497)
FIRM ID #MI07

| DATE | ID | DESCRIPTION | HOURS |
|------|----|-----------|-------|
| 06/01/09 | BWJ | ANALYSIS OF TIMKEN'S OBJECTIONS TO ASSUMPTION OF CONTRACTS (.50); DRAFT SUMMARY ANALYSIS OF THE DISPUTE FOR CHRYSLER IN-HOUSE ATTORNEY MS. CALLAHAN (.60). | 1.10 |
| 06/02/09 | BWJ | ANALYSIS OF TIMKEN'S OBJECTIONS TO ASSUMPTION OF CONTRACTS (.70); DRAFT MEMORANDUM ANALYZING TIMKEN'S AND CHRYSLER'S RESPECTIVE PRE-PETITION ARGUMENTS FOR CHRYSLER IN-HOUSE ATTORNEY MS. CALLAHAN (2.0). | 2.70 |

TOTAL ATTORNEY & PARALEGAL TIME ....................................................    **3.80**
TOTAL LEGAL FEES................................................................ $    **950.00**



CHRYSLER LLC - COMMERCIAL LITIGATION    CLIENT-MATTER NO.    102613-0015
JULY 16, 2009                             INVOICE NO.  1285802
                                          PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|------------|-------|------|--------|
| BWJ | BENJAMIN W. JEFFERS | 3.80 | 250.00 | 950.00 |
| | **TOTAL** | **3.80** | | **950.00** |

# DyKEMA

CHRYSLER LLC - COMMERCIAL LITIGATION

CLIENT-MATTER NO.    102613-0015
TIMKEN SUPPLIER DISPUTE
(1198497)
FIRM ID #MI07

JULY 16, 2009

INVOICE NO.  1285802
PAGE NO.  4

FEES ......................................................................... $        950.00

**TOTAL AMOUNT DUE**............................................. $   **950.00**

DYKEMA GOSSETT PLLC
6904 PAYSPHERE CIRCLE
CHICAGO, IL 60674

CLIENT CHECK INFORMATION
PLEASE COMPLETE:
THIS INVOICE IS PAYABLE UPON RECEIPT.
CHECK #:_____ DATE:_____ AMOUNT:_____
PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.

FOR FIRM USE:

RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

CHRYSLER LLC - COMMERCIAL LITIGATION
MS. CELESTE CALLAHAN
14TH FLOOR -- CIMS 485-14-23
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326-2766

JULY 16, 2009
CLIENT-MATTER NO. 102613-0017
INVOICE NO.  1285803

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  LEAR SUPPLIER DISPUTE (1198851)**
**FIRM ID #MI07**

| | |
|---|---:|
| FEES ...........................................................$ | 651.00 |
| DISBURSEMENTS ...................................................... | 2.20 |
| **TOTAL AMOUNT DUE..............................................$** | **653.20** |

# DykEMA

CHRYSLER LLC - COMMERCIAL LITIGATION
JULY 16, 2009

CLIENT-MATTER NO.    102613-0017
INVOICE NO.  1285803
PAGE NO.  2

RE:  LEAR SUPPLIER DISPUTE (1198851)
FIRM ID #MI07

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/09/09 | JRM | TELEPHONE CONFERENCE WITH MR. ROLAND (CHRYSLER) RE STATUS OF NEGOTIATIONS WITH LEAR (.20) AND REQUEST FOR ADDITIONAL LEGAL CORRESPONDENCE (.20); TELEPHONE CONFERENCE WITH CHRYSLER COUNSEL MS. CALLAHAN RE MR. ROLAND'S (CHRYSLER) REQUEST (.20); REVIEW CONTRACT TERMS IN PREPARATION FOR DRAFTING CORRESPONDENCE (.20); DRAFT CORRESPONDENCE TO LEAR (.40). | 1.20 |
| 06/11/09 | JRM | REVISE CORRESPONDENCE TO LEAR RE CURE NEGOTIATIONS (.20); FORWARD SAME TO CLIENT FOR APPROVAL (.10). | 0.30 |
| 06/17/09 | JRM | EMAIL COMMUNICATIONS WITH MR. FINELLI OF CHRYSLER AND MR. ROLAND OF CHRYSLER RE REVISIONS TO LETTER TO LEAR (.3). | 0.30 |
| 06/17/09 | MJBL | REVIS LETTER TO LEAR RE WX/WD AND PHOENIX PROGRAM ER&D ISSUES. | 0.80 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................    **2.60**
**TOTAL LEGAL FEES**.................................................................................. $    **651.00**



CHRYSLER LLC - COMMERCIAL LITIGATION          CLIENT-MATTER NO.    102613-0017
JULY 16, 2009                                                         INVOICE NO.  1285803
                                                                     PAGE NO.  3

---

### DISBURSEMENTS

| | | | |
|---|---|---|---|
| 06/17/09 | PRINTING | 22 | 2.20 |

**TOTAL DISBURSEMENTS**......................................    **2.20**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

**DyKEMA**

CHRYSLER LLC - COMMERCIAL LITIGATION
JULY 16, 2009

CLIENT-MATTER NO.    102613-0017
INVOICE NO.  1285803
PAGE NO.  4

### BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|-----|-----------|-------|------|--------|
| JRM | JEFFREY R. MILLER | 1.80 | 275.00 | 495.00 |
| MJBL | MICHAEL J. BLALOCK | 0.80 | 195.00 | 156.00 |
| | **TOTAL** | **2.60** | | **651.00** |

**DyKEMA**

CHRYSLER LLC - COMMERCIAL LITIGATION

JULY 16, 2009

CLIENT-MATTER NO.    102613-0017
LEAR SUPPLIER DISPUTE (1198851)
FIRM ID #MI07
INVOICE NO. 1285803
PAGE NO.  5

FEES .......................................................................$       651.00

DISBURSEMENTS ....................................................        2.20

TOTAL AMOUNT DUE.............................................$        653.20

DYKEMAGOSSETTᴘʟʟᴄ

DYKEMA GOSSETT PLLC
6904 PAYSPHERE CIRCLE
CHICAGO, IL 60674

CLIENT CHECK INFORMATION
PLEASE COMPLETE:
                        THIS INVOICE IS PAYABLE UPON RECEIPT.
        CHECK #:_____ DATE:_____ AMOUNT:_____
            PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.

FOR FIRM USE:

RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

CHRYSLER LLC - COMMERCIAL LITIGATION
PAUL EICHBAUER
14TH FLOOR -- CIMS 485-14-23
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326-2766

JULY 16, 2009
CLIENT-MATTER NO. 102613-0021
INVOICE NO.  1285804

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  GENERAL SUPPLIER DISPUTES #1200086**

| | |
|---|---:|
| FEES ...........................................................................$ | 29,278.00 |
| DISBURSEMENTS...................................................... | 105.20 |
| **TOTAL AMOUNT DUE...............................................$** | **29,383.20** |

**DyKEMA**

CHRYSLER LLC - COMMERCIAL LITIGATION
JULY 16, 2009

CLIENT-MATTER NO.   102613-0021
INVOICE NO.  1285804
PAGE NO.  2

## RE:  GENERAL SUPPLIER DISPUTES #1200086

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 05/17/09 | VL | ENTER PRE-PETITION REPUDIATIONS AND/OR THREATED STOP SHIP INTO CHRYSLER DATABASE. | 1.50 |
| 06/01/09 | JJL | ANALYSIS OF POST PETITION SUPPLIER DEMANDS. | 0.30 |
| 06/01/09 | LCB | ON-SITE AT CHRYSLER FOR LEGAL SUPPORT, INCLUDING DISCUSSIONS WITH MS. CALLAHAN (CHRYSLER) RE SUPPORT NEEDED IN CONNECTION WITH BANKRUPTCY PRODUCTION SUPPLIER OBJECTIONS (.6); REVIEW FILES FOR SUPPLIERS WITH OBJECTIONS FOR STATE LAW LEGAL ANALYSIS (3.5) | 4.10 |
| 06/01/09 | MJBL | REVIEW OF ISSUES RE S&T DAWOO DEMAND (0.3); ANALYSIS OF OBJECTIONS RAISED BY KEY SUPPLIERS (3.3); ANALYSIS OF EBERSPAECHER'S REPUDIATION CLAIM (0.8); ANALYSIS OF PANASONIC'S REPUDIATION CLAIM (1.9). | 6.30 |
| 06/01/09 | VL | UPLOADING RE POST-PETITION FILINGS INTO CHRYSLER DATABASE. | 5.60 |
| 06/01/09 | WJH | RE GOODYEAR DISPUTE: DRAFT MEMORANDUM RE EVERGREEN CLAUSE. | 5.10 |
| 06/02/09 | JJL | ANALYSIS AND CHARACTERIZATION OF POST PETITION SUPPLIER DEMANDS. | 3.50 |
| 06/02/09 | LCB | EXAMINATION OF FORMAT FOR ANALYSIS OF PRODUCTION SUPPLIER STATE LAW CLAIMS IN CONJUNCTION WITH BANKRUPTCY OBJECTIONS (.3); REVISE CUMMINS ANALYSIS (.4); REVISE EBERSPACHER ANALYSIS (.3); REVISE TIMKEN ANALYSIS (.4); DISCUSSION WITH MS. CALLAHAN (CHRYSLER) RE BANKRUPTCY PROCEEDING (.3); ANALYSIS OF JCI CLAIMS (.4); DRAFT CORRESPONDENCE TO MS. CALLAHAN (CHRYSLER) RE CURE LETTER REVISIONS FOR SUPPLIER (.3). | 2.40 |
| 06/02/09 | MJBL | DRAFT EBERSPAECHER MEMORANDUM (2.3); DRAFT PANASONIC MEMORANDUM (2.8); REVISE CUMMINS MEMORANDUM (.4); REVIEW THYSSENKRUPP MEMORANDUM (.2); REVIEW CORRESPONDENCE RE ASPECT CALL CENTER DISPUTE (.2). | 5.90 |
| 06/02/09 | VL | CONDUCT FILE MANAGEMENT RE: POST-PETITION FILINGS AND BANKRUPTCY DOCUMENTS. | 2.30 |
| 06/03/09 | LCB | ATTENDANCE ON-SITE AT CHRYSLER FOR DISCUSSION WITH MS. CALLAHAN (CHRYSLER) RE STATUS OF RESPONDING TO SUPPLIER DEMANDS (.6); ANALYSIS OF MEMORANDA RE COMMERCIAL ISSUES INVOLVED WITH SUPPLIER DEMANDS (1.6). | 2.20 |
| 06/03/09 | MJBL | REVIEW BENTELER SUMMARY MEMORANDUM. | 0.20 |
| 06/03/09 | WJH | RE GOODYEAR DISPUTE: DRAFT MEMORANDUM RE EVERGREEN PROVISION. | 1.40 |
| 06/04/09 | WJH | RE GOODYEAR DISPUTE: RESEARCH CASE LAW RE EVERGREEN PROVISIONS. | 3.50 |

# DYKEMA

CHRYSLER LLC - COMMERCIAL LITIGATION
JULY 16, 2009

CLIENT-MATTER NO.    102613-0021
INVOICE NO.  1285804
PAGE NO.  3

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 06/05/09 | LCB | CONFERENCE WITH MS. CALLAHAN (CHRYSLER) RE SUPPLIER DEMANDS (.5); ANALYSIS OF ANDROID SUPPLIER DEMAND AND CURE (5.1); ORGANIZATION OF SUPPLIER DEMAND DATE BASE (.9); ANALYSIS OF THYSSENKRUPP SUPPLIER DEMAND (.8). | 7.30 |
| 06/05/09 | SWK | DRAFT MEMORANDUM RE "EVERGREEN CLAUSE" (2.7); CORRESPONDENCE TO MESSRS. THEILE (CHRYSLER) AND FABIAN (CHRYSLER) RE THE SAME (.30). | 3.00 |
| 06/05/09 | WJH | RE GOODYEAR DISPUTE: DRAFT MEMORANDUM RE EVERGREEN CLAUSE. | 1.50 |
| 06/06/09 | LCB | DRAFT ANDROID AMENDMENT TO AGREEMENTS. | 1.90 |
| 06/08/09 | LCB | REVIEW OF ISSUES RE ANDROID CURE LETTER AND AMENDMENT TO AGREEMENTS. | 3.80 |
| 06/08/09 | VL | ASSIST CHRYSLER LEGAL WITH POST-PETITION FILINGS. | 3.00 |
| 06/09/09 | LCB | EXAMINATION OF THYSSENKRUPP AMENDMENT TO PURCHASE ORDERS AND CURE AGREEMENT (.40); PARTICIPATING IN TELECONFERENCE RE SAME (1.1); DRAFT AMENDMENT RE SAME ISSUES (2.3); ANALYSIS OF ISSUES RE LEAR CURE LETTER AND COMMERCIAL ISSUES (.4); REVIEW OF ISSUES RE BRC CURE LETTER AND DISPUTE (.5). | 4.70 |
| 06/10/09 | JRM | DRAFT EMAIL CORRESPONDENCE WITH PROCUREMENT REPRESENTATIVE MR. ROLAND (CHRYSLER) RE CLARIFICATION OF REQUEST FOR SUPPLIER CORRESPONDENCE (.2); DRAFT ADDITIONAL CORRESPONDENCE TO LEAR RE CANCELLATION CLAIMS AND DEMAND FOR REIMBURSEMENT FOR PART DRAWINGS (1.2). | 1.40 |
| 06/10/09 | LCB | DRAFT THYSSENKRUPP AMENDMENT TO PURCHASE ORDERS (3.6); DRAFT REVISIONS TO ANDROID AMENDMENT TO PURCHASE ORDERS (.8). | 4.40 |
| 06/12/09 | LCB | DRAFT CURE LETTER AMENDMENT TO AGREEMENT FOR SUPPLIERS. | 1.40 |
| 06/13/09 | LCB | ANALYSIS OF ISSUES RE ANDROID CURE LETTER AMENDMENT TO AGREEMENT(.6); REVISIONS MADE TO SAME (1.2). | 1.80 |
| 06/14/09 | LCB | EXAMINATION OF ISSUES RE ANDROID CURE LETTER AMENDMENT TO AGREEMENT (.9); DISCUSSIONS WITH CHRYSLER ATTORNEYS RE SAME (.9); REVISIONS MADE TO SAME (2.6). | 4.40 |
| 06/15/09 | LCB | CONFERENCE WITH CHRYSLER ATTORNEYS RE ANDROID AMENDMENT TO AGREEMENT FOR ATTACHMENT TO CURE LETTER (1.2); COMMUNICATIONS WITH COUNSEL FOR ANDROID RE AMENDMENT (.6); REVISIONS TO ANDROID AMENDMENT (1.6); CONFERENCE WITH CHRYSLER ATTORNEYS RE THYSSENKRUPP AMENDMENT FOR ATTACHMENT TO CURE LETTER (.5); REVISE THYSSENKRUPP AMENDMENT (.9); EXCHANGE OF EMAILS WITH CHRYSLER ATTORNEYS RE THYSSENKRUPP AMENDMENT (.6). | 5.40 |

# DYKEMA

| CHRYSLER LLC - COMMERCIAL LITIGATION | CLIENT-MATTER NO. 102613-0021 |
|---|---|
| JULY 16, 2009 | INVOICE NO. 1285804 |
| | PAGE NO. 4 |

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/16/09 | LCB | COMMUNICATIONS WITH MR. GEOGHAN (TEAM TOGUT) RE ANDROID AMENDMENT TO ATTACH TO CURE LETTER (.3); COMMUNICATIONS WITH MS. CALLAHAN (CHRYSLER) RE ANDROID AMENDMENT (.3); COMMUNICATIONS WITH MR. BRADLEY (CHRYSLER) RE ANDROID AMENDMENT (.7); COMMUNICATIONS WITH ANDROID'S COUNSEL RE AMENDMENT (.4); ANALYZE REVISIONS TO ANDROID AMENDMENT PROPOSED BY ANDROID (.9); REVISE ANDROID AMENDMENT (2.3); COMMUNICATIONS WITH MR. MATTINGLY (CHRYSLER) RE THYSSENKRUPP AMENDMENT TO AGREEMENT TO ATTACH TO CURE LETTER (.5); ANALYZE REVISIONS TO AMENDMENT PROPOSED BY THYSSENKRUPP (.9). | 6.30 |
| 06/17/09 | LCB | REVISE ANDROID AMENDMENT TO AGREEMENTS TO ATTACH TO CURE LETTER (1.6); COMMUNICATIONS WITH ANDROID'S COUNSEL RE REVISIONS TO ANDROID AMENDMENT TO AGREEMENTS (.8); COMMUNICATIONS WITH MR. BRADLEY AND MR. DORAN (BOTH CHRYSLER) RE ANDROID AMENDMENT TO AGREEMENT (.7); REVIEW EXHIBITS TO ANDROID AMENDMENT TO AGREEMENT (.4); REVISE THYSSENKRUPP AMENDMENT TO AGREEMENT TO ATTACH TO CURE LETTER (2.1); COMMUNICATIONS WITH MR. SMITH (TOGUT) RE THYSSENKRUPP CURE LETTER (.4); COMMUNICATIONS WITH MR. MATTINGLY (CHRYSLER) RE THYSSENKRUPP AMENDMENT TO AGREEMENT (.7). | 6.70 |
| 06/18/09 | LCB | COMMUNICATIONS WITH MR. MATTINGLY (CHRYSLER) RE THYSSENKRUPP AMENDMENT TO AGREEMENT TO ATTACH TO CURE LETTER (.6); REVISIONS MADE TO THYSSENKRUPP AMENDMENT TO AGREEMENT TO ATTACH TO CURE LETTER (1.7.); ANALYSIS OF NEW PROPOSED REVISIONS FOR THYSSENKRUPP AMENDMENT (1.1); COMMUNICATIONS WITH ANDROID'S COUNSEL RE AMENDMENT TO AGREEMENT TO ATTACH TO ANDROID CURE LETTER (.4); COMMUNICATIONS WITH MR. BRADLEY (CHRYSLER) AND MR. DORAN (CHRYSLER) RE AMENDMENT TO AGREEMENT FOR ANDROID (.6); REVISIONS MADE TO ANDROID AMENDMENT TO AGREEMENT (.6); FINAL REVIEW OF ANDROID AMENDMENT TO AGREEMENT (.4). | 5.40 |
| 06/18/09 | MJBL | ANALYSIS OF THYSSENKRUPP CURE AGREEMENT (.4); REVIEW CORRESPONDENCE FROM MR. MATTINGLY (CHRYSLER) (.2); ANALYSIS OF DRAFT CURE LETTER RE THYSSENKRUPP (.4); TELEPHONE CONFERENCE WITH MR. MATTINGLY (CHRYSLER) RE MEETING WITH THYSSENKRUPP (.2); CORRESPONDENCE TO MR. MATTINGLY (CHRYSLER) RE THYSSENKRUPP'S PROPOSED REVISIONS TO CURE AGREEMENT (0.3). | 1.50 |
| 06/19/09 | LCB | COMMUNICATION WITH MR. MATTINGLY (CHRYSLER) RE REVISIONS TO THYSSENKRUPP AMENDMENT TO AGREEMENT TO ATTACH TO CURE LETTER (.8); REVISIONS MADE TO THYSSENKRUPP AGREEMENT (1.8); REVIEW PROPOSED REVISIONS FROM THYSSENKRUPP (.5); ANALYSIS OF DISPUTE CONCERNING BENTELER CURE LETTER (.5); | 3.60 |
| 06/19/09 | MJBL | ANALYSIS OF THYSSENKRUPP PRESTA DRAFT CURE AGREEMENT (.6); TELEPHONE CONFERENCE WITH MR. MATTINGLY AT CHRYSLER RE SAME (.2); CORRESPONDENCE WITH MR. MATTINGLY (CHRYSLER) RE SAME (.3). | 1.10 |
| 06/21/09 | LCB | REVISE THYSSENKRUPP AMENDMENT TO AGREEMENT TO ATTACH TO CURE LETTER. | 2.10 |

# DyKEMA

CHRYSLER LLC - COMMERCIAL LITIGATION
JULY 16, 2009

CLIENT-MATTER NO.    102613-0021
INVOICE NO.  1285804
PAGE NO.  5

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 06/22/09 | LCB | COMMUNICATIONS WITH MR. MATTINGLY (CHRYSLER) RE PROPOSED AMENDMENT TO AGREEMENT TO ATTACH TO CURE LETTER RE THYSSENKRUPP. | 0.60 |
| 06/23/09 | LCB | COMMUNICATIONS WITH MR. MATTINGLY (CHRYSLER) RE THYSSENKRUPP AMENDMENT TO AGREEMENT TO ATTACH TO CURE LETTER; (.5); REVIEW REVISIONS TO AMENDMENT TO AGREEMENT MADE BY THYSSENKRUPP (.6); REVISIONS MADE TO  AMENDMENT TO AGREEMENT (.4). | 1.50 |
| 06/23/09 | MJBL | ANALYSIS OF THYSSENKRUPP CURE AGREEMENT ISSUES (1.2); ANALYSIS OF THYSSENKRUPP PRESTA'S DRAFT CURE AGREEMENT DRAFT VERSION 10 (1.0); TELEPHONE CONFERENCE WITH MR. MATTINGLY OF CHRYSLER RE NEGOTIATION STRATEGY WITH THYSSENKRUPP (.3); ANALYSIS OF JUDCO TOOLING ISSUE (.9). | 3.40 |
| 06/23/09 | VL | ATTENDANCE AT MEETING AT CHRYSLER LEGAL WITH MS. CHRISTENSEN RE VARIOUS LEGAL DOCUMENTS. | 0.80 |
| 06/24/09 | LCB | REVIEW AMENDMENT TO AGREEMENT FOR THYSSENKRUPP TO ATTACH TO CURE LETTER (2.1); CORRESPONDENCE WITH MR. MATTINGLY (CHRYSLER) RE SAME (.4); CORRESPONDENCE WITH TOGUT LEGAL TEAM RE SAME (.4) | 2.90 |
| 06/24/09 | MJBL | TELEPHONE CONFERENCE WITH MR. MATTINGLY OF CHRYSLER RE THYSSENKRUPP AGREEMENT REVISION 13 (.3); ADDITIONAL REVISIONS MADE TO THYSSENKRUPP AGREEMENT REVISION 13 (.3). | 0.60 |

**TOTAL ATTORNEY & PARALEGAL TIME** ..................................................................    **124.80**
**TOTAL LEGAL FEES**................................................................................................ **$   29,278.00**

# DyKEMA

**CHRYSLER LLC - COMMERCIAL LITIGATION**
JULY 16, 2009

CLIENT-MATTER NO.    102613-0021
INVOICE NO.  1285804
PAGE NO.  6

| | DISBURSEMENTS | | |
|---|---|---|---|
| 06/03/09 | HOLE PUNCH 1 IN | 1 | 0.10 |
| 06/23/09 | PHOTOCOPY | 19 | 1.90 |
| 06/16/09 | TELEPHONE (212)201-5582 | | 0.10 |
| 06/17/09 | TELEPHONE (212)594-5000 | | 0.10 |
| 06/17/09 | TELEPHONE (212)594-5000 | | 0.10 |
| 06/23/09 | TELEPHONE (212)558-4286 | | 0.40 |
| 06/24/09 | TELEPHONE (212)558-3285 | | 0.60 |
| 06/24/09 | TELEPHONE (212)594-5000 | | 0.70 |
| 06/26/09 | TELEPHONE (212)594-5000 | | 0.40 |
| 06/26/09 | TELEPHONE (212)201-5582 | | 1.20 |
| 06/01/09 | PRINTING | 70 | 7.00 |
| 06/01/09 | PRINTING | 33 | 3.30 |
| 06/01/09 | PRINTING | 4 | 0.40 |
| 06/01/09 | PRINTING | 8 | 0.80 |
| 06/01/09 | PRINTING | 5 | 0.50 |
| 06/01/09 | PRINTING | 9 | 0.90 |
| 06/01/09 | PRINTING | 5 | 0.50 |
| 06/01/09 | PRINTING | 8 | 0.80 |
| 06/01/09 | PRINTING | 12 | 1.20 |
| 06/01/09 | PRINTING | 4 | 0.40 |
| 06/01/09 | PRINTING | 14 | 1.40 |
| 06/01/09 | PRINTING | 8 | 0.80 |
| 06/01/09 | PRINTING | 9 | 0.90 |
| 06/01/09 | PRINTING | 12 | 1.20 |
| 06/01/09 | PRINTING | 222 | 22.20 |
| 06/01/09 | PRINTING | 7 | 0.70 |
| 06/01/09 | PRINTING | 13 | 1.30 |

# DyKEMA

CHRYSLER LLC - COMMERCIAL LITIGATION
JULY 16, 2009

CLIENT-MATTER NO.   102613-0021
INVOICE NO.  1285804
PAGE NO.  7

## DISBURSEMENTS

| | | | |
|---|---|---|---|
| 06/01/09 | PRINTING | 8 | 0.80 |
| 06/01/09 | PRINTING | 5 | 0.50 |
| 06/01/09 | PRINTING | 8 | 0.80 |
| 06/01/09 | PRINTING | 28 | 2.80 |
| 06/01/09 | PRINTING | 10 | 1.00 |
| 06/01/09 | PRINTING | 4 | 0.40 |
| 06/01/09 | PRINTING | 47 | 4.70 |
| 06/02/09 | PRINTING | 24 | 2.40 |
| 06/02/09 | PRINTING | 20 | 2.00 |
| 06/02/09 | PRINTING | 4 | 0.40 |
| 06/02/09 | PRINTING | 4 | 0.40 |
| 06/02/09 | PRINTING | 4 | 0.40 |
| 06/02/09 | PRINTING | 7 | 0.70 |
| 06/02/09 | PRINTING | 4 | 0.40 |
| 06/02/09 | PRINTING | 4 | 0.40 |
| 06/02/09 | PRINTING | 9 | 0.90 |
| 06/02/09 | PRINTING | 14 | 1.40 |
| 06/02/09 | PRINTING | 4 | 0.40 |
| 06/04/09 | PRINTING | 8 | 0.80 |
| 06/04/09 | PRINTING | 4 | 0.40 |
| 06/05/09 | PRINTING | 50 | 5.00 |
| 06/05/09 | PRINTING | 8 | 0.80 |
| 06/05/09 | PRINTING | 6 | 0.60 |
| 06/05/09 | PRINTING | 6 | 0.60 |
| 06/05/09 | PRINTING | 6 | 0.60 |
| 06/05/09 | PRINTING | 5 | 0.50 |
| 06/05/09 | PRINTING | 8 | 0.80 |
| 06/08/09 | PRINTING | 7 | 0.70 |
| 06/08/09 | PRINTING | 7 | 0.70 |
| 06/08/09 | PRINTING | 7 | 0.70 |
| 06/08/09 | PRINTING | 7 | 0.70 |

# DyKEMA

CHRYSLER LLC - COMMERCIAL LITIGATION
JULY 16, 2009

CLIENT-MATTER NO.    102613-0021
INVOICE NO.  1285804
PAGE NO.  8

## DISBURSEMENTS

| | | | |
|---|---|---|---|
| 06/08/09 | PRINTING | 7 | 0.70 |
| 06/09/09 | PRINTING | 8 | 0.80 |
| 06/09/09 | PRINTING | 4 | 0.40 |
| 06/16/09 | PRINTING | 9 | 0.90 |
| 06/18/09 | PRINTING | 4 | 0.40 |
| 06/18/09 | PRINTING | 4 | 0.40 |
| 06/19/09 | PRINTING | 26 | 2.60 |
| 06/23/09 | PRINTING | 4 | 0.40 |
| 06/23/09 | PRINTING | 13 | 1.30 |
| 06/23/09 | PRINTING | 5 | 0.50 |
| 06/23/09 | PRINTING | 7 | 0.70 |
| 06/24/09 | PRINTING | 5 | 0.50 |
| 06/24/09 | PRINTING | 5 | 0.50 |
| 06/24/09 | PRINTING | 5 | 0.50 |
| 06/24/09 | PRINTING | 5 | 0.50 |
| 06/24/09 | PRINTING | 6 | 0.60 |
| 06/26/09 | PRINTING | 7 | 0.70 |
| 06/26/09 | PRINTING | 12 | 1.20 |
| 06/26/09 | PRINTING | 7 | 0.70 |
| 06/26/09 | PRINTING | 4 | 0.40 |
| 06/26/09 | PRINTING | 5 | 0.50 |
| 06/29/09 | PRINTING | 14 | 1.40 |
| 06/29/09 | PRINTING | 11 | 1.10 |
| 06/29/09 | PRINTING | 9 | 0.90 |
| 06/29/09 | PRINTING | 8 | 0.80 |
| 06/30/09 | PRINTING | 14 | 1.40 |
| 06/30/09 | PRINTING | 8 | 0.80 |

## TOTAL DISBURSEMENTS ......................................    105.20

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*

# DYKEMA

CHRYSLER LLC - COMMERCIAL LITIGATION
JULY 16, 2009

CLIENT-MATTER NO.    102613-0021
INVOICE NO.  1285804
PAGE NO.  9

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|------|-----------------------|--------|--------|-----------|
| LCB | LAURA C. BAUCUS | 72.90 | 250.00 | 18,225.00 |
| SWK | STEPHEN W. KING | 3.00 | 320.00 | 960.00 |
| JJL | JONG-JU CHANG | 3.80 | 250.00 | 950.00 |
| JRM | JEFFREY R. MILLER | 1.40 | 275.00 | 385.00 |
| MJBL | MICHAEL J. BLALOCK | 19.00 | 195.00 | 3,705.00 |
| WJH | WILLIAM J. HALLAN | 11.50 | 250.00 | 2,875.00 |
| VL | VASANTHA ARUNACHALAM | 13.20 | 165.00 | 2,178.00 |
| | **TOTAL** | **124.80** | | **29,278.00** |

# DYKEMA

CHRYSLER LLC - COMMERCIAL LITIGATION

CLIENT-MATTER NO.   102613-0021
GENERAL SUPPLIER DISPUTES
#1200086

JULY 16, 2009

INVOICE NO.  1285804
PAGE NO.  10

FEES........................................................................$     29,278.00

DISBURSEMENTS ....................................................     105.20

**TOTAL AMOUNT DUE**............................................$____29,383.20

**DYKEMAGOSSETT**PLLC

**DYKEMA GOSSETT PLLC
6904 PAYSPHERE CIRCLE
CHICAGO, IL 60674**

**CLIENT CHECK INFORMATION
PLEASE COMPLETE:**
                    **THIS INVOICE IS PAYABLE UPON RECEIPT.**
    **CHECK #:_____    DATE:_____    AMOUNT:_____
    PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.**

**FOR FIRM USE:**

**RECEIVED DATE:_____**

# DyKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

CHRYSLER LLC - COMMERCIAL LITIGATION
MR. PAUL R. EICHBAUER
14TH FLOOR -- CIMS 485-14-23
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326-2766

JULY 16, 2009
CLIENT-MATTER NO. 102613-0022
INVOICE NO.  1285805

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: FAURECIA LITIGATION  1200284**

| | |
|---|---|
| FEES ...........................................................$ | 420.00 |
| DISBURSEMENTS ...................................................... | 2.10 |
| **TOTAL AMOUNT DUE**.............................................$ | **422.10** |

# DYKEMA

CHRYSLER LLC - COMMERCIAL LITIGATION
JULY 16, 2009

CLIENT-MATTER NO.    102613-0022
INVOICE NO.  1285805
PAGE NO.  2

## RE: FAURECIA LITIGATION 1200284

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 06/10/09 | PLN | REVIEW OF CORRESPONDENCE FROM MR. LETZMANN, COUNSEL FOR FAURECIA, REGARDING RESOLUTION AND DISMISSAL OF CLAIMS (.10); ANALYSIS OF PROPOSED DISMISSAL ORDER (.10); CORRESPONDENCE WITH MR. EICHBAUER (CHRYSLER) RE SAME (.10). | 0.30 |
| 06/11/09 | PLN | DRAFT LETTER TO THE COURT REGARDING DISMISSAL OF THE CASE (.20); ARRANGEMENTS MADE TO HAVE ORDER FILED (.10); ECXCHANGE OF EMAIL CORRESPONDENCE TO MR. LETZMANN (FAURECIA) REGARDING THE ORDER (.10). | 0.40 |
| 06/16/09 | PLN | EXCHANGE OF EMAIL CORRESPONDENCE WITH MR. LETZMANN (FAURECIA'S COUNSEL) REGARDING THE ORDER OF DISMISSAL (.20); REVIEW THE COURT'S WEBSITE REGARDING STATUS OF ITS ENTRY (.10). | 0.30 |
| 06/19/09 | PLN | ARRANGEMENTS MADE TO PROVIDE PLEADINGS TO BEN WALKER OF SULLIVAN AND CROMWELL. | 0.20 |
| 06/22/09 | PLN | REVIEW EXECUTED ORDER OF DISMISSAL (.10); EMAIL CORRESPONDENCE TO MR. LETZMANN, FAURECIA'S COUNSEL, REGARDING THE ORDER (.10). | 0.20 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................... **1.40**
**TOTAL LEGAL FEES**................................................................................ **$ 420.00**

**DyKEMA**

CHRYSLER LLC – COMMERCIAL LITIGATION
JULY 16, 2009

CLIENT-MATTER NO.    102613-0022
INVOICE NO.  1285805
PAGE NO.  3

| | DISBURSEMENTS | | |
|---|---|---|---|
| 06/15/09 | PHOTOCOPY | 12 | 1.20 |
| 06/25/09 | COPY TRANSFERS | 1 | 0.10 |
| 06/02/09 | PRINTING | 4 | 0.40 |
| 06/02/09 | PRINTING | 4 | 0.40 |

**TOTAL DISBURSEMENTS......................................    2.10**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*



DyKEMA

CHRYSLER LLC – COMMERCIAL LITIGATION
JULY 16, 2009

CLIENT-MATTER NO.    102613-0022
INVOICE NO.  1285805
PAGE NO.  4

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| PLN | PAUL L. NYSTROM | 1.40 | 300.00 | 420.00 |
| | **TOTAL** | **1.40** | | **420.00** |

# DYKEMA

CHRYSLER LLC - COMMERCIAL LITIGATION

JULY 16, 2009

CLIENT-MATTER NO.   102613-0022
FAURECIA LITIGATION  1200284
INVOICE NO.  1285805
PAGE NO.  5

FEES ..........................................................$    420.00

DISBURSEMENTS ......................................    2.10

**TOTAL AMOUNT DUE**............................................$_____422.10

DYKEMA GOSSETT PLLC

DYKEMA GOSSETT PLLC
6905 PAYSPHERE CIRCLE
CHICAGO, IL 60674

CLIENT CHECK INFORMATION
PLEASE COMPLETE:
                    THIS INVOICE IS PAYABLE UPON RECEIPT.
CHECK #:_____ DATE:_____ AMOUNT:_____
          PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.

FOR FIRM USE:

RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI  48243 • EIN# 38-1446628

DUE UPON RECEIPT

CHRYSLER LLC - GETRAG MATTERS
MR. PAUL EICHBAUER
14TH FLOOR -- CIMS 485-14-23
1000 CHRYSLER DRIVE
AUBURN HILLS, MI 48326-2766

JULY 16, 2009
CLIENT-MATTER NO. 105271-0003
INVOICE NO.  1285806

*FOR PROFESSIONAL SERVICES RENDERED*

**RE:  TIPTON LITIGATION (#1191344)**

FEES ..........................................................................$        630.00

**TOTAL AMOUNT DUE**............................................$ <u>      630.00</u>

# DyKEMA

CHRYSLER LLC - GETRAG MATTERS
JULY 16, 2009

CLIENT-MATTER NO.   105271-0003
INVOICE NO.  1285806
PAGE NO.  2

### RE:  TIPTON LITIGATION (#1191344)

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|------------|-------|
| 06/01/09 | PLN | ATTENDANCE AT PRETRIAL CONFERENCE (1.70); EMAIL CORRESPONDENCE TO MR. GILL (MAYER BROWN) RE SAME (.1). | 1.80 |
| 06/19/09 | PLN | ANALYSIS OF PROPOSED LETTER TO MR. HOFFER (GETRAG) REGARDING GETRAG'S REFUSAL TO SHIP POWER TRANSFER UNITS. | 0.30 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................... **2.10**
**TOTAL LEGAL FEES** ................................................................. $ **630.00**



CHRYSLER LLC - GETRAG MATTERS
JULY 16, 2009

CLIENT-MATTER NO.   105271-0003
INVOICE NO.  1285806
PAGE NO.  3

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| PLN | PAUL L. NYSTROM | 2.10 | 300.00 | 630.00 |
| | **TOTAL** | **2.10** | | **630.00** |

# DyKEMA

CHRYSLER LLC - GETRAG MATTERS

JULY 16, 2009

CLIENT-MATTER NO.   105271-0003
TIPTON LITIGATION (#1191344)
INVOICE NO.  1285806
PAGE NO.  4

FEES ........................................................................$      630.00

**TOTAL AMOUNT DUE**............................................$_____630.00



DYKEMA GOSSETT PLLC
6904 PAYSPHERE CIRCLE
CHICAGO, IL 60674

CLIENT CHECK INFORMATION
PLEASE COMPLETE:

THIS INVOICE IS PAYABLE UPON RECEIPT.

CHECK #:_____ DATE:_____ AMOUNT:_____

PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.

**FOR FIRM USE:**

RECEIVED DATE:_____

# DYKEMA

400 Renaissance Center • Detroit, MI 48243 • EIN# 38-1446628

DUE UPON RECEIPT

CHRYSLER LLC - SPECIFIC SUPPLIER DISPUTES     JULY 16, 2009
(1200087)     INVOICE NO:  1285723
JAREEN TRUDELL
14TH FLOOR -- CIMS 485-14-23
AUBURN HILLS, MI 48326

*FOR PROFESSIONAL SERVICES RENDERED*

**RE: 105475-0022   ANDROID INDUSTRIES, LLC SUPPLIER DISPUTE 1200087**

| | |
|---|---:|
| FEES............................................................$ | 7,278.00 |
| DISBURSEMENTS ........................................... | 89.20 |
| MATTER TOTAL............................................$ | 7,367.20 |

**RE: 105475-0049   CUMMINS INC. SUPPLIER DISPUTE**

| | |
|---|---:|
| FEES............................................................$ | 1,800.00 |
| MATTER TOTAL............................................$ | 1,800.00 |

**TOTAL ALL MATTERS**

| | |
|---|---:|
| FEES | $     9,078.00 |
| DISBURSEMENTS | 89.20 |
| **TOTAL AMOUNT DUE............................................$** | **9,167.20** |

# DykEMA

| | |
|---|---|
| CHRYSLER LLC - SPECIFIC SUPPLIER DISPUTES (1200087) | CLIENT-MATTER NO.   105475-0022 |
| JULY 16, 2009 | INVOICE NO.  1285723 |
| | PAGE NO.  2 |

## RE:  ANDROID INDUSTRIES, LLC SUPPLIER DISPUTE 1200087

| DATE | ID | DESCRIPTION | HOURS |
|---|---|---|---|
| 06/05/09 | GMC | TELEPHONE CONFERENCE WITH MR. DOEREN (CHRYSLER) RE ANDROID AGREEMENT (.3); ANALYSIS OF CURE LETTER (.3); REVIEW OF INITIAL DOCUMENTATION (.8). | 1.40 |
| 06/05/09 | GTL | EXAMINATION OF ISSUES RE ANDROID AGREEMENT. | 0.80 |
| 06/06/09 | GMC | DRAFT AMENDMENT TO AGREEMENT (3.9); TELEPHONE CONFERENCE WITH MR. BRADLEY OF CHRYSLER (.3); TELEPHONE CONFERENCE WITH MR. DOEREN OF CHRYSLER (.2). | 4.40 |
| 06/07/09 | GMC | DRAFT REVISIONS TO ANDROID AGREEMENT (1.3); TELEPHONE CONFERENCE WITH MR. BRADLEY (CHRYSLER) RE REVISIONS (.3). | 1.60 |
| 06/07/09 | GTL | EXAMINATION OF ANDROID AGREEMENTS. | 2.20 |
| 06/08/09 | GMC | DRAFT REVISIONS TO SUPPLY AGREEMENT AMENDMENT (1.0); DRAFT SCHEDULES TO AMENDMENT (1.0). | 2.00 |
| 06/08/09 | GTL | EXAMINATION OF REVISED ANDROID AGREEMENT (1.20); REVIEW OF ISSUES RE SAME (.20). | 1.40 |
| 06/09/09 | GMC | UPDATE SUPPLY AGREEMENT (.6); REVIEW REVISED EXHIBITS (.3); TELEPHONE CONFERENCE WITH MS. CALLAHAN (CHRYSLER) AND MR. BRADLEY (CHRYSLER) RE OUTSTANDING ISSUES (.2). | 1.10 |
| 06/16/09 | GMC | REVISIONS MADE TO ANDROID AGREEMENT (.50); CONDUCT RESEARCH RE BAILMENT ISSUES (.80). | 1.30 |
| 06/17/09 | GMC | DRAFT REVISIONS TO ANDROID AGREEMENT (3.0); TELEPHONE CONFERENCE WITH MR. BRADLEY (CHRYSLER) RE REVISIONS TO SAME (1.2); DRAFT REVISIONS TO EXHIBITS (.8) | 5.00 |
| 06/18/09 | GMC | TELEPHONE CONFERENCE WITH MS. TRUDELL RE TOOLING ISSUES. | 0.20 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................................    **21.40**
**TOTAL LEGAL FEES**............................................................................................ $  **7,278.00**

# DYKEMA

CHRYSLER LLC - SPECIFIC SUPPLIER DISPUTES
(1200087)
JULY 16, 2009

CLIENT-MATTER NO.    105475-0022

INVOICE NO.  1285723
PAGE NO.  3

| DISBURSEMENTS | | | |
|---|---|---|---|
| 06/05/09 | TELEPHONE (212)201-5582 | 1 | 0.10 |
| 06/17/09 | TELEPHONE (212)201-5582 | 1 | 0.10 |
| 06/05/09 | PRINTING | 1 | 1.00 |
| 06/05/09 | PRINTING | 1 | 0.80 |
| 06/05/09 | PRINTING | 1 | 0.80 |
| 06/08/09 | PRINTING | 1 | 1.40 |
| 06/08/09 | PRINTING | 1 | 7.20 |
| 06/08/09 | PRINTING | 1 | 1.40 |
| 06/09/09 | PRINTING | 1 | 1.40 |
| 06/09/09 | PRINTING | 1 | 1.40 |
| 06/09/09 | PRINTING | 1 | 3.20 |
| 06/09/09 | PRINTING | 1 | 1.40 |
| 06/16/09 | PRINTING | 1 | 1.80 |
| 06/17/09 | PRINTING | 1 | 1.60 |
| 06/17/09 | PRINTING | 1 | 1.80 |
| 06/17/09 | PRINTING | 1 | 0.80 |
| 06/17/09 | PRINTING | 1 | 1.80 |
| 06/17/09 | PRINTING | 1 | 1.80 |
| 06/18/09 | PRINTING | 1 | 1.80 |
| 06/18/09 | PRINTING | 1 | 1.20 |
| 06/18/09 | PRINTING | 1 | 2.00 |
| 06/18/09 | PRINTING | 1 | 1.80 |
| 06/29/09 | PRINTING | 1 | 1.80 |
| 06/29/09 | PRINTING | 1 | 1.20 |
| 06/29/09 | PRINTING | 1 | 2.80 |
| 06/16/09 | LEGAL RESEARCH - WESTLAW | 1 | 46.80 |

**TOTAL DISBURSEMENTS ...................................    89.20**


CHRYSLER LLC - SPECIFIC SUPPLIER DISPUTES    CLIENT-MATTER NO.   105475-0022
(1200087)
JULY 16, 2009                                INVOICE NO.  1285723
                                             PAGE NO.  4

### BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| GTL | GERALD T. LIEVOIS | 4.40 | 495.00 | 2,178.00 |
| GMC | GINA M. CAPUA | 17.00 | 300.00 | 5,100.00 |
| | **TOTAL** | **21.40** | | **7,278.00** |

**DyKEMA**

CHRYSLER LLC - SPECIFIC SUPPLIER DISPUTES (1200087)

CLIENT-MATTER NO.    105475-0049

JULY 16, 2009

INVOICE NO.  1285723
PAGE NO.  5

## RE:  CUMMINS INC. SUPPLIER DISPUTE

| DATE | ID | DESCRIPTION | HOURS |
|------|-----|-------------|-------|
| 06/01/09 | PLN | REVIEW OF ISSUES RE SUPPLIER DISPUTE WITH CUMMINS. | 0.30 |
| 06/02/09 | PLN | REVIEW FILES (.30) AND DRAFT MEMO REGARDING LIGHT DUTY DIESEL AGREEMENT WITH CUMMINS AND ITS CLAIM OF REPUDIATION (5.40). | 5.70 |

**TOTAL ATTORNEY & PARALEGAL TIME** ....................................................................... **6.00**
**TOTAL LEGAL FEES** ................................................................................................ **$ 1,800.00**

*NOTE:  INCURRED DISBURSEMENTS NOT APPEARING
ON THIS INVOICE WILL BE BILLED LATER.*



CHRYSLER LLC - SPECIFIC SUPPLIER DISPUTES    CLIENT-MATTER NO.    105475-0049
(1200087)
JULY 16, 2009                                INVOICE NO.  1285723
                                             PAGE NO.  6

## BILLING SUMMARY

| ID | TIMEKEEPER | HOURS | RATE | AMOUNT |
|----|-----------|-------|------|--------|
| PLN | PAUL L. NYSTROM | 6.00 | 300.00 | 1,800.00 |
| | **TOTAL** | **6.00** | | **1,800.00** |

# DYKEMA

CHRYSLER LLC - SPECIFIC SUPPLIER DISPUTES (1200087)
JULY 16, 2009

CLIENT-MATTER NO.   105475-0049

INVOICE NO.  1285723
PAGE NO.  7

FEES                                              $      9,078.00

DISBURSEMENTS                                             89.20

**TOTAL AMOUNT DUE**............................................$      **9,167.20**

DYKEMA GOSSETT PLLC
6904 PAYSPHERE CIRCLE
CHICAGO, IL 60674

CLIENT CHECK INFORMATION
PLEASE COMPLETE:
                    THIS INVOICE IS PAYABLE UPON RECEIPT.
    CHECK #:                DATE:                AMOUNT:_____
          PLEASE RETURN THIS PAGE WITH YOUR REMITTANCE.

FOR FIRM USE:

RECEIVED DATE:_____