UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re:                                               :
                                                     :    Chapter 11
OLD CARCO LLC                                        :
(f/k/a CHRYSLER LLC), *et al*.,                      :    Case No. 09-50002 (SMB)
                                                     :
           Debtors.                                  :    (Jointly Administered)
---------------------------------------------------------------X

*ERRATA ORDER*

## MEMORANDUM DECISION DENYING MOTION TO ENFORCE SALE ORDER WITHOUT PREJUDICE

**A P P E A R A N C E S:**

SULLIVAN & CROMWELL LLP
Attorneys for Chrysler Group LLC
125 Broad Street
New York, NY 10004

    Brian D. Glueckstein, Esq.
    Mark U. Schneiderman, Esq.
    Oded Zaluski, Esq.
        Of Counsel

LISA MADIGAN
Illinois Attorney General
Attorney for Illinois Department of Employment
   Security
100 W. Randolph Street
Chicago, IL 60601

    James D. Newbold
    Assistant Attorney General
        Of Counsel

GREGORY F. ZOELLER
Indiana Attorney General
Attorney for Indiana Department of Workforce
   Development
302 W. Washington Street, IGCS Fifth Floor
Indianapolis, IN 46204

    Maricel E.V. Skiles
    Assistant Attorney General
        Of Counsel

BILL SCHUETTE
Michigan Attorney General
Attorneys for Michigan Unemployment Insurance
  Agency
Labor Division
P.O. Box 30736
Lansing, MI 48909

     Dennis Raterink
     Peter Kotula
     George Constance
     Assistant Attorneys General
         Of Counsel

**STUART M. BERNSTEIN**
**United States Bankruptcy Judge:**

ORDERED, that the *Memorandum Decision Denying Motion to Enforce Sale Order Without Prejudice*, dated Feb. 19, 2014 (the "*Decision*") (ECF Doc. # 8282), be changed as follows[1]:

A. Page 1, line 32, the line following 'GREGORY F. ZOELLER," which reads "Illinois Attorney General" should be changed to read "Indiana Attorney General".

B. Page 2, line 2, the line following "BILL SCHUETTE," which reads "Illinois Attorney General" should be changed to read "Michigan Attorney General".

Dated: New York, New York
       February 19, 2014

                                           /s/ *Stuart M. Bernstein*
                                           STUART M. BERNSTEIN
                                         United States Bankruptcy Judge

---

[1] All page and line references refer to the *Decision*.

2