Brian D. Glueckstein
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:     (212) 558-4000
Facsimile:      (212) 558-3588

Counsel for FCA US LLC

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Old Carco LLC<br>(f/k/a Chrysler LLC), *et al.*,[1] | Case No. 09-50002 (SMB) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

        I, ALEXA J. KRANZLEY, am over 18 years of age, not a party to the above-captioned action, and caused to be served *Motion of FCA US LLC, Pursuant to Section 350 of the Bankruptcy Code, Bankruptcy Rule 2010 and Local Bankruptcy Rule 5010-1, to Reopen the Chapter 11 Case of Old Carco LLC for the Limited Purpose of Permitting Referral and Adjudication of the Transferred Litigation* [Docket No. 8490], by causing a true and correct copy to be delivered on August 29, 2016:

    1.    via First Class mail to the parties listed on Annex A;

    2.    by hand to the parties listed on Annex B.

---

[1]    A second amended list of the Debtors, their addresses and tax identification numbers is located on the docket for Case No. 09-50002 (SMB) [Docket No. 3945].

SC1:4209325.1

-2-

| | |
|---|---|
| Dated: August 30, 2016<br>New York, New York | */s/ Alexa J. Kranzley*<br>Alexa J. Kranzley<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, New York 10004<br>Telephone:    (212) 558-4000<br>Facsimile:     (212) 558-3588<br><br>Counsel for Chrysler Group LLC |

**Annex A**

Michael D. Phillips
Anselmi Mierzejewski Ruth & Sowle, P.C.
1750 S. Telegraph Road, Suite 306
Bloomfield Hills, MI 48302
mphillips@A-Mlaw.com

Jeffrey B. Ellman, Esq.
Jones Day
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309 3053
Telephone: (404) 581-3939
Facsimile: (404) 581-8330
Email: jbellman@jonesday.com

Peter V. Pantaleo, Esq.
Nicholas Baker, Esq.
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502
Email: ppantaleo@stblaw.com

THE UNITED STATES DEPARTMENT OF THE TREASURY
1500 Pennsylvania Avenue, NW
Washington, District of Columbia 20220
Attention: Chief Counsel Office of Financial Stability
Facsimile: (202) 927-9225
Email: OFSChiefCounselNotices@do.treas.gov; mara.mcneill@do.treas.gov

John J. Rapisardi, Esq.
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, New York 10281
Telephone: (212) 504-6000
Facsimile: (212) 504-6666
Email: john.rapisardi@cwt.com

Douglas Mintz, Esq.
Cadwalader, Wickersham & Taft LLP
700 Sixth Street, NW
Washington, DC 20001
Telephone: (202) 862-2475
Facsimile: (202) 862-2400
Email: douglas.mintz@cwt.com

Jeannette A. Vargas, Esq.
Assistant United States Attorney
for the Southern District of New York
UNITED STATES DEPARTMENT OF JUSTICE
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637 2678
Facsimile: (212) 637-2702
Email: Jeannette.Vargas@usdoj.gov

Loans Services and Asset Management/Covenants Officer
EXPORT DEVELOPMENT CANADA
151 O'Connor Street
Ottawa, Ontario, Canada K1A 1K3
Telephone: (613) 597-8651
Facsimile: (613) 598-3113
Email: Msimard@edc.ca

Michael J. Edelman, Esq.
Vedder Price P.C.
1633 Broadway
47th Floor
New York, New York 10019
Telephone: (212) 407-7700
Facsimile: (212) 407-7799
Email: mjedelman@vedderprice.com

**Annex B**

The Honorable Stuart M. Bernstein
UNITED STATES BANKRUPTCY COURT
Southern District of New York
One Bowling Green
New York, New York 10004

Mr. Brian S. Masumoto
OFFICE OF THE UNITED STATES TRUSTEE
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014

SC1:4209325.1