| | |
|---|---|
| 1 | Rowena Santos CSB 210185<br>rsantos@thompsoncoburn.com<br>THOMPSON COBURN LLP |
| 2 | 2029 Century Park East, 19th Floor<br>Los Angeles, California 90067 |
| 3 | Tel: 310.282.2500 / Fax: 310.282.2501 |
| 4 | Kathy A. Wisniewski (*pro hac vice* to be filed)<br>kwisniewski@thompsoncoburn.com |
| 5 | Stephen A. D'Aunoy (*pro hac vice* to be filed)<br>SDAunoy@thompsoncoburn.com |
| 6 | Scott H. Morgan (*pro hac vice* to be filed)<br>smorgan@thompsoncoburn.com |
| 7 | THOMPSON COBURN LLP<br>One U.S. Bank Plaza |
| 8 | St. Louis, Missouri 63101<br>Tel: 314.552.6000 / Fax: 314.552.7000 |
| 9 | |
| 10 | *Attorneys for Defendant FCA US LLC* |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| LYNN GRIMSTAD, an individual, and on behalf of all others similarly situated, and MARA MANUEL, an individual, and on behalf of all others similarly situated,<br><br>　　Plaintiffs,<br><br>v.<br><br>FCA US LLC, a Delaware limited liability company, and DOES 1-250, inclusive,<br><br>　　Defendants. | Case No. 8:16-cv-00763<br><br>**AMENDED PROOF OF SERVICE** |

**AMENDED PROOF OF SERVICE**

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**.  I am employed in the County of Los Angeles, State of California.  My business address is 2029 Century Park East, 19th Floor, Los Angeles, CA 90067.

On April 25, 2016, I served true copies of the following document(s) described as

1. **NOTICE OF REMOVAL;**

2. **CIVIL COVER SHEET**

on the interested parties in this action as follows:

Anthony O. Egbase, Esq.
Victoria T. Orafa, Esq.
A.O.E. LAW & ASSOCIATES, INC.
350 S. Figueroa Street, Suite 189
Los Angeles, California 90071

**BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with Thompson Coburn LLP's practice for collecting and processing correspondence for mailing.  On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 25, 2016, at Los Angeles, California.

/s/
Deborah G. Clow

AMENDED PROOF OF SERVICE