09-50002-mg Doc 8492-14 Filed 09/13/16 Entered 09/15/16 10:48:20 doc 10
Case 1:16-cv-07125-WHP Document 10 Filed 04/26/16 Page 1 of 2
Pg 1 of 2

1  Rowena Santos CSB 210185
   rsantos@thompsoncoburn.com
2  THOMPSON COBURN LLP
   2029 Century Park East, 19th Floor
3  Los Angeles, California 90067
   Tel: 310.282.2500 / Fax: 310.282.2501

4  Kathy A. Wisniewski (*pro hac vice* to be filed)
   kwisniewski@thompsoncoburn.com
5  Stephen A. D'Aunoy (*pro hac vice* to be filed)
   SDAunoy@thompsoncoburn.com
6  Scott H. Morgan (*pro hac vice* to be filed)
   smorgan@thompsoncoburn.com
7  THOMPSON COBURN LLP
   One U.S. Bank Plaza
8  St. Louis, Missouri 63101
   Tel: 314.552.6000 / Fax: 314.552.7000

9
   *Attorneys for Defendant FCA US LLC*
10

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| LYNN GRIMSTAD, an individual, and on behalf of all others similarly situated, and MARA MANUEL, an individual, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC, a Delaware limited liability company, and DOES 1-250, inclusive,<br><br>Defendants. | Case No. 8:16-cv-00763<br><br>**PROOF OF SERVICE OF COURT ISSUED DOCUMENTS** |

**PROOF OF SERVICE OF COURT ISSUED DOCUMENTS**

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 2029 Century Park East, 19th Floor, Los Angeles, CA 90067.

On April 26, 2016, I served true copies of the following document(s) described as

1. NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES;

2. NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM

on the interested parties in this action as follows:

Anthony O. Egbase, Esq.
Victoria T. Orafa, Esq.
A.O.E. LAW & ASSOCIATES, INC.
350 S. Figueroa Street, Suite 189
Los Angeles, California 90071

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Thompson Coburn LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 26, 2016, at Los Angeles, California.

/s/
Deborah G. Clow