09-50002-mg Doc 8492-15 Filed 09/13/16 Entered 09/15/16 10:48:20 Exhibit 11 main
Case 1:16-cv-07125-WHP Document 11 Filed 04/28/16 Page 1 of 2
Pg 1 of 2

Rowena Santos CSB 210185
rsantos@thompsoncoburn.com
THOMPSON COBURN LLP
2029 Century Park East, 19th Floor
Los Angeles, California 90067
Tel: 310.282.2500 / Fax: 310.282.2501

*Attorneys for Defendant FCA US LLC*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| LYNN GRIMSTAD, an individual, and on behalf of all others similarly situated, and MARA MANUEL, an individual, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC, a Delaware limited liability company, and DOES 1-250, inclusive,<br><br>Defendants. | Case No. 8:16-cv-00763 – JVS-E<br><br>Assigned to the Honorable James V. Selna<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: April 5, 2016<br>Action removed: April 22, 2016<br>Current response date: April 29, 2016<br>New Response date: May 30, 2016 |

This Stipulation is entered into by and between the parties, plaintiffs, LYNN GRIMSTAD and MARA MANUEL (collectively "Plaintiffs"), and defendant, FCA US LLC ("Defendant"), through their respective undersigned counsel based upon the following facts:

    1.    Plaintiffs served their Complaint filed in the Superior Court for the State of California, County of Orange on April 5, 2016;

    2.    Defendant filed a Notice of Removal to the United States District Court for the Central District of California, Southern Division on April 22, 2016;

1

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

09-50002-mg Doc 8492-15 Filed 09/13/16 Entered 09/15/16 10:48:20 main
Case 1:16-cv-07125-WHP Document 1-1 Filed 04/28/16 Page 2 of 2
Pg 2 of 2

3. Plaintiffs and Defendant (collectively "Parties") agreed to extend the time in which Defendant is to answer, move, or otherwise plead to the Complaint herein from April 29, 2016 to May 30, 2016;

4. No other extensions have been requested or ordered.

**IT IS HEREBY STIPULATED** by and between the Parties, through their respective undersigned counsel that:

1. Defendant shall have to and including May 30, 2016 in which to answer, move, or otherwise plead to the Complaint herein.

DATED: April 28, 2016  **THOMPSON COBURN LLP**

By: /s/ Rowena Santos
Rowena Santos

*Attorneys for defendant FCA US LLC*

DATED: April 28, 2016  **A.O.E. LAW & ASSOCIATES, INC.**

By: /s/ Victoria T. Orafa
Anthony O. Egbase
Victoria T. Orafa
350 S. Figueroa Street, Suite 189
Los Angeles, California 90071
Tel: 213.620.7070/Fax: 213.620.1200

*Attorneys for Plaintiff*

**Pursuant to Local Rule 5-4.3.4(a)(2), I, Rowena Santos, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**