1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| LYNN GRIMSTAD, an individual, and on behalf of all others similarly situated, and MARA MANUEL, an individual, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>FCA US LLC, a Delaware limited liability company, and DOES 1-250, inclusive,<br><br>    Defendants. | CASE NO. 8:16-cv-00763 – JVS-E<br><br>Assigned to the Honorable James V. Selna<br><br>**[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
|---|---|

    Based upon the Stipulation to Extend Time to Respond to Initial Complaint By Not More Than 30 Days (L.R. 8-3) ("Stipulation") submitted by the parties, plaintiffs, LYNN GRIMSTAD and MARA MANUEL (collectively "Plaintiffs"), and defendant, FCA US LLC ("Defendant"), IT IS HEREBY ORDERED as follows:

///

///

///

---

1

**[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

1     The relief requested in the Stipulation is hereby granted. Defendant shall
2 have to and including May 30, 2016 in which to answer, move, or otherwise plead
3 to the Complaint herein.

6 Dated: _____, 2016

                                                  Hon. James V. Selna
                                                  United States District Court Judge

**[PROPOSED] ORDER RE STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
BY NOT MORE THAN 30 DAYS (L.R. 8-3)**