THOMPSON COBURN LLP
Rowena Santos, CSB 210185
rsantos@thompsoncoburn.com
2029 Century Park East, 19th Floor
Los Angeles, California 90067
Telephone: (310) 282-2500
Facsimile: (310) 282-2501

*Attorneys for Defendant FCA US LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| LYNN GRIMSTAD, an individual, and on behalf of all others similarly situated, and MARA MANUEL, an individual, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC, a Delaware limited liability company, and DOES 1-250, inclusive,<br><br>Defendants. | Case No. 8:16-cv-00763 – JVS-E<br><br>Assigned to the Honorable James V. Selna<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT FCA US LLC AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Fed. R. Civ. P. Rule 7.1(a), Defendant FCA US LLC, by its attorneys, hereby states that it is a Delaware limited liability company and is not publicly owned. FCA North America Holdings LLC owns more than 10% of FCA US LLC and is a subsidiary of Fiat Chrysler Automobiles N.V., a publicly held company.

Pursuant to Civil L.R. 7.1-1, the undersigned, counsel of record for FCA US LLC, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(1)  FCA North America Holdings LLC; and

(2)  Fiat Chrysler Automobiles N.V., a publicly held company.

DATED: May 2, 2016

**THOMPSON COBURN LLP**

By: ____/s/ Rowena Santos____
Rowena G. Santos

*Attorneys for Defendant FCA US LLC*