Name and address:
Rowena Santos CSB 210185
Thompson Coburn LLP
2029 Century Park East, 19th Floor
Los Angeles, CA 90067
Tel: 310-282-2500 / Fax: 310-282-2501
Attorney for Defendant FCA US LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Lynn Grimstad et al.

Plaintiff(s)

v.

FCA US LLC, et al.

Defendant(s).

CASE NUMBER

8:16-cv-00763-JVS-E

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

D'Aunoy, Stephen A.
*Applicant's Name (Last Name, First Name & Middle Initial)*

of

Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO 63101
*Firm Name & Address*

314-552-6354
*Telephone Number*

314-552-7000
*Fax Number*

sdaunoy@thompsoncoburn.com
*E-Mail Address*

**for permission to appear and participate in this case on behalf of**

FCA US LLC

*Name(s) of Party(ies) Represented*    ☐ Plaintiff  ☒ Defendant  ☐ Other: _____

**and designating as Local Counsel**

Santos, Rowena G.
*Designee's Name (Last Name, First Name & Middle Initial)*

of

Thompson Coburn LLP
2029 Century Park East, 19th Floor
Los Angeles, CA 90067
*Firm Name & Address*

210185
*Designee's Cal. Bar Number*

310-282-2500
*Telephone Number*

310-282-2501
*Fax Number*

rsantos@thompsoncoburn.com
*E-Mail Address*

**hereby ORDERS the Application be:**

☐ **GRANTED.**
☐ **DENIED. Fee shall be returned by the Clerk.**
☐ **DENIED, for failure to pay the required fee.**

**Dated** _____

**U.S. District Judge/U.S. Magistrate Judge**

G-64 ORDER (06/13)  (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1