09-50002-mg Doc 8492-25 Filed 09/13/16 Entered 09/15/16 10:48:20 18 main
Case 1:16-cv-07123-WHP Document 18 Filed 09/09/16 Page 1 of 7
Pg 1 of 7

Name and address:
Rowena Santos CSB 210185
Thompson Coburn LLP
2029 Century Park East, 19th Floor
Los Angeles, CA 90067
Tel: 310-282-2500 / Fax: 310-282-2501
Attorney for Defendant FCA US LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Lynn Grimstad, et al.<br><br>v.<br><br>FCA US LLC, et al. | Plaintiff(s)<br><br><br>Defendant(s). | CASE NUMBER<br>8:16-cv-00763-JVS-E<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
|---|---|---|

### INSTRUCTIONS FOR APPLICANTS

(1) *Complete Section I of this Application, sign the certification in Section II, and have your designated Local Counsel sign in Section III; note that electronic signatures are not accepted. Space to supplement your responses is provided in Section IV. Attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which you are admitted. Scan the completed and signed Application, with attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have your Local Counsel e-file your Application, using the Court's CM/ECF System, and submit a Proposed Order (using Form G-64 ORDER, available from the Court's website).*

(3) *Submit payment in the amount of $325 for each case in which you file an Application. Payment may be submitted at the time of e-filing through Pay.gov, or by delivering payment to the Clerk's Office (Attn: Fiscal) with a copy of the e-filed Application. If your payment is not received within 5 days of the filing of your Application, your Application may be rejected. You will not be allowed to participate as an attorney of record in this case until your payment is received.*

### SECTION I - INFORMATION

Rosenberg, Sharon B.
*Applicant's Name (Last Name, First Name & Middle Initial)*

Thompson Coburn LLP
*Firm Name*

One US Bank Plaza
*Street Address*

St. Louis, Missouri 63101
*City, State, Zip Code*

314-552-6173
*Telephone Number*

314-552-7000
*Fax Number*

srosenberg@thompsoncoburn.com
*E-Mail Address*

I have been retained to represent the following parties:

FCA US LLC                [ ] Plaintiff  [x] Defendant  [ ] Other: _____
                          [ ] Plaintiff  [ ] Defendant  [ ] Other: _____

*Name(s) of Party(ies) Represented*

List all courts to which you have been admitted and the current status of your membership:

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| Missouri | 04/16/2003 | Yes |
| Illinois | 11/10/2005 | Yes |
| Texas | 11/02/2001 | Inactive member since 2007 (see attached documents) |

G-64 (06/13)   APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 3

09-50002-mg Doc 8492-25 Filed 09/13/16 Entered 09/15/16 10:48:20 Page 2 of 18 main
Case 1:16-cv-07123-WHP Document 18 Filed 09/09/16 Page 2 of 7
Pg 2 of 7

List all cases in which you have applied to this Court for *pro hac vice* status in the previous three years:

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 5:15-cv-02434-AB-MRW | Bernice Wimley, et al. v. FCA US LLC | 02/09/2016 | Granted |
| 2:16-cv-02130-DSF-AGR | Ricardo Castro, et al. v. FCA US LLC | same as this application | pending |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Have you previously registered as a CM/ECF user in the Central District of California?   [x] Yes   [ ] No
If yes, was your CM/ECF User account associated with the e-mail address provided above?   [x] Yes   [ ] No:

*Previous E-Mail Used (if applicable)*

*You must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.2, registering as a CM/ECF User is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:
(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated    May 9, 2016        Sharon B. Rosenberg
                            *Applicant's Name (please type or print)*

                            [signature]
                            *Applicant's Signature*

G-64 (06/13)    APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 2 of 3

09-50002-mg  Doc 8492-25  Filed 09/13/16  Entered 09/15/16 10:48:20  18 main
Case 1:16-cv-07123-WHP  Document 18  Filed 09/09/16  Page 3 of 7
Pg 3 of 7

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Santos, Rowena G.
*Designee's Name (Last Name, First Name & Middle Initial)*

Thompson Coburn LLP
*Firm Name*

2029 Century Park East

19th Floor
*Street Address*

Los Angeles, California 90067
*City, State, Zip Code*

310-282-2500
*Telephone Number*

310-282-2501
*Fax Number*

rsantos@thompsoncoburn.com
*E-Mail Address*

210185
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel.

Dated     May 9, 2016     Rowena G. Santos
*Designee's Name (please type or print)*

*[signature]*
*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

09-50002-mg   Doc 8492-25   Filed 09/13/16   Entered 09/15/16 10:48:20   18 main
Case 1:16-cv-07125-WHP   Document 18   Filed 09/09/16   Page 4 of 7
Pg 4 of 7

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Bill L. Thompson, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 4/16/2003,

## Sharon Beth Rosenberg

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 25th day of April 2016.

*Bill L. Thompson*

Clerk of the Supreme Court of Missouri

09-50002-mg Doc 8492-25 Filed 09/13/16 Entered 09/15/16 10:48:20 18 main
Case 1:16-cv-07128-WHP Document 18 Filed 09/09/16 Page 5 of 7
Pg 5 of 7

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Sharon Beth Rosenberg

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 10, 2005 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Friday, April 29, 2016.

*Carolyn Taft Grosboll*
Clerk

09-50002-mg Doc 8492-25 Filed 09/13/16 Entered 09/15/16 10:48:20 18 main
Case 1:16-cv-07125-WHP Document 18 Filed 09/09/16 Page 6 of 7
Pg 6 of 7



09-50002-mg1 Doc 8492-25 Filed 09/13/16 Entered 09/15/16 10:48:20 18 main
Case 1:16-cv-07123-WHP Document 18 Filed 09/09/16 Page 7 of 7
Pg 7 of 7

 # STATE BAR OF TEXAS 

## Minimum Continuing Legal Education
1-800-204-2222, Ext. 1806 / 512-427-1806 / Fax: 512-427-4123
e-mail: mcle@texasbar.com

June 20, 2007

MS. SHARON ROSENBERG
ONE US BANK PLAZA
ST. LOUIS, MO 63101

RE: Non-Practicing Exemption, Bar No. 24033018

Dear MS. SHARON ROSENBERG:

We have received and approved your request for a non-practicing exemption from MCLE requirements based on the fact that you do not practice law in Texas and will not do so until further notice to the State Bar of Texas.

While eligible for the non-practicing exemption, you continue to pay bar dues, retain your bar card, maintain bar privileges and obligations, receive bar publications, but are exempt from the minimum 15-hour CLE and ineligible to practice law within the State of Texas.

Your MCLE Annual Verification Report will be mailed to you two months prior to your birth month. If you are still eligible for the non-practicing exemption, nothing further is required. The exemption will remain on your record until you decide to change it.

Please note that a non-practicing exemption is not the same as an Inactive membership status. Should you desire to be placed on an Inactive membership status and thereby have your bar dues reduced, please contact the Membership Department at (800) 204-2222 or locally at 463-1463, ext. 1383.

If your circumstances change and you wish to begin practicing law in Texas, please report the change immediately so that the exemption can be removed from your record. Resuming a regular MCLE status will immediately subject you to the MCLE requirements for the compliance year in which the status change occurs. You may report a change in MCLE status by completing and filing a State Bar of Texas Credit Input Form, (mailed each year with the Annual Verification Report) or by registering the change at the MCLE reporting site, which can be accessed through the "My Bar Page" feature at www.texasbar.com.

Your MCLE compliance year will always begin on the first day of your birth month and end on the last day of the month immediately preceeding your birth month in the following calendar year. If you return to a regular MCLE status before the end of your MCLE compliance year, you will be subject to fulfilling the 15-hour requirement by the end of that period.

If we can be of any further assistance, please let us know.

Sincerely,

*Vicki L Roberts*

Vicki L. Roberts
MCLE Compliance Supervisor

P.O. BOX 13007 / AUSTIN, TEXAS 78711-3007 / 1414 Colorado, Suite 503 / Austin, Texas 78701