Name and address:
Rowena Santos CSB 210185
Thompson Coburn LLP
2029 Century Park East, 19th Floor
Los Angeles, CA  90067
Tel: 310-282-2500 / Fax: 310-282-2501
Attorney for Defendant FCA US LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Lynn Grimstad, et al.

v.

Plaintiff(s)

FCA US LLC, et al.

Defendant(s).

CASE NUMBER

8:16-cv-00763-JVS-E

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Morgan, Scott H.
*Applicant's Name (Last Name, First Name & Middle Initial)*

314-552-6322
*Telephone Number*

314-552-7000
*Fax Number*

smorgan@thompsoncoburn.com
*E-Mail Address*

of

Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO  63101

*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

FCA US LLC

*Name(s) of Party(ies) Represented*    ☐ Plaintiff   ☒ Defendant   ☐ Other:

**and designating as Local Counsel**

Santos, Rowena G.
*Designee's Name (Last Name, First Name & Middle Initial)*

210185
*Designee's Cal. Bar Number*

310-282-2500
*Telephone Number*

310-282-2501
*Fax Number*

of

Thompson Coburn LLP
2029 Century Park East, 19th Floor
Los Angeles, CA  90067

*Firm Name & Address*

rsantos@thompsoncoburn.com
*E-Mail Address*

**hereby ORDERS the Application be:**

☐ **GRANTED.**
☐ **DENIED.  Fee shall be returned by the Clerk.**
☐ **DENIED, for failure to pay the required fee.**

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**