Name and address:
Rowena Santos CSB 210185
Thompson Coburn LLP
2029 Century Park East, 19th Floor
Los Angeles, CA  90067
Tel:  310-282-2500 / Fax:  310-282-2501
Attorney for Defendant FCA US LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Lynn Grimstad, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8:16-cv-00763-JVS-E |
| v. | |
| FCA US LLC, et al. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE* |
| Defendant(s). | |

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Morgan, Scott H.                              of
*Applicant's Name (Last Name, First Name & Middle Initial)*

Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO  63101

314-552-6322                314-552-7000
*Telephone Number*          *Fax Number*

smorgan@thompsoncoburn.com
*E-Mail Address*                           *Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

FCA US LLC

*Name(s) of Party(ies) Represented*    __ Plaintiff    X Defendant    __ Other:_____

**and designating as Local Counsel**

Santos, Rowena G.                              of
*Designee's Name (Last Name, First Name & Middle Initial)*

Thompson Coburn LLP
2029 Century Park East, 19th Floor
Los Angeles, CA  90067

210185                      310-282-2500
*Designee's Cal. Bar Number*  *Telephone Number*

                            310-282-2501
                            *Fax Number*                   *Firm Name & Address*

rsantos@thompsoncoburn.com
*E-Mail Address*

**hereby ORDERS the Application be:**

_X_ GRANTED.

____ DENIED.  Fee shall be returned by the Clerk.

____ DENIED.  For failure to pay the required fee.

**Dated  May 11, 2016_____**

*/s/ James V. Selna*

**U.S. District Judge**