| Name and address: |  |
|---|---|
| Rowena Santos CSB 210185<br>Thompson Coburn LLP<br>2029 Century Park East, 19th Floor<br>Los Angeles, CA  90067<br>Tel:  310-282-2500 / Fax:  310-282-2501<br>Attorney for Defendant FCA US LLC |  |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Lynn Grimstad, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8:16-cv-00763-JVS-E |
| v. |  |
| FCA US LLC, et al. | **ORDER ON APPLICATION**<br>**OF NON-RESIDENT ATTORNEY TO APPEAR**<br>**IN A SPECIFIC CASE *PRO HACE VICE*** |
| Defendant(s). |  |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Rosenberg, Sharon B.                              of      Thompson Coburn LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*       One US Bank Plaza
                                                                                                       St. Louis, MO  63101
314-552-6173              314-552-7000
*Telephone Number*        *Fax Number*

srosenberg@thompsoncoburn.com
*E-Mail Address*                                                 *Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

FCA US LLC

*Name(s) of Party(ies) Represented*        __ Plaintiff    X Defendant    __ Other:_____

**and designating as Local Counsel**

Santos, Rowena G.                                 of      Thompson Coburn LLP
*Designee's Name (Last Name, First Name & Middle Initial)*       2029 Century Park East, 19th Floor
                                                                                                       Los Angeles, CA  90067
210185                       310-282-2500
*Designee's Cal. Bar Number*   *Telephone Number*

                                          310-282-2501
                                          *Fax Number*                           *Firm Name & Address*

                                                                                       rsantos@thompsoncoburn.com
                                                                                       *E-Mail Address*

**hereby ORDERS the Application be:**

_X__  **GRANTED**.

____  DENIED.  Fee shall be returned by the Clerk.

____  DENIED.  For failure to pay the required fee.

**Dated     May 11, 2016**

                                                                                       *[signature]*
                                                                                       **U.S. District Judge**

G-64 ORDER (06/13)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1