| Name and address: | |
|---|---|
| Rowena Santos CSB 210185<br>Thompson Coburn LLP<br>2029 Century Park East, 19th Floor<br>Los Angeles, CA 90067<br>Tel: 310-282-2500 / Fax: 310-282-2501<br>Attorney for Defendant FCA US LLC | |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Lynn Grimstad, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8:16-cv-00763-JVS-E |
| v. | |
| FCA US LLC, et al. | ORDER ON APPLICATION<br>OF NON-RESIDENT ATTORNEY TO APPEAR<br>IN A SPECIFIC CASE *PRO HACE VICE* |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

D'Aunoy, Stephen A.             of    Thompson Coburn LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*   One US Bank Plaza
                                       St. Louis, MO 63101
314-552-6354         314-552-7000
*Telephone Number*   *Fax Number*

sdaunoy@thompsoncoburn.com
*E-Mail Address*              *Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

FCA US LLC

*Name(s) of Party(ies) Represented*     __ Plaintiff    X Defendant    __ Other: _____

**and designating as Local Counsel**

Santos, Rowena G.              of    Thompson Coburn LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   2029 Century Park East, 19th Floor
                                       Los Angeles, CA 90067
210185          310-282-2500
*Designee's Cal. Bar Number*   *Telephone Number*

310-282-2501
*Fax Number*                   *Firm Name & Address*

rsantos@thompsoncoburn.com
                               *E-Mail Address*

**hereby ORDERS the Application be:**

_X_ **GRANTED**.

____ DENIED. Fee shall be returned by the Clerk.

____ DENIED. For failure to pay the required fee.

Dated     May 11, 2016

                               *[signature]*
                               **U.S. District Judge**