| Name and address:<br>Rowena Santos CSB 210185<br>Thompson Coburn LLP<br>2029 Century Park East, 19th Floor<br>Los Angeles, CA  90067<br>Tel:  310-282-2500 / Fax:  310-282-2501<br>Attorney for Defendant FCA US LLC | |
|---|---|

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| Lynn Grimstad, et al.<br><br>                            Plaintiff(s)<br>             v.<br><br>FCA US LLC, et al.<br><br>                            Defendant(s). | CASE NUMBER<br><br>8:16-cv-00763-JVS-E<br><br><br>**ORDER ON APPLICATION<br>OF NON-RESIDENT ATTORNEY TO APPEAR<br>IN A SPECIFIC CASE *PRO HACE VICE*** |
|---|---|

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Wisniewski, Kathy A..
*Applicant's Name (Last Name, First Name & Middle Initial)*

314-552-6337                              314-552-7000
*Telephone Number*                     *Fax Number*

kwisniewski@thompsoncoburn.com
                *E-Mail Address*

Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO  63101

*Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

FCA US LLC

*Name(s) of Party(ies) Represented*     __ Plaintiff     X Defendant     __ Other:_____

**and designating as Local Counsel**

Santos, Rowena G.
*Designee's Name (Last Name, First Name & Middle Initial)*

210185                                    310-282-2500
*Designee's Cal. Bar Number*         *Telephone Number*

                                          310-282-2501
                                          *Fax Number*

Thompson Coburn LLP
2029 Century Park East, 19th Floor
Los Angeles, CA  90067

*Firm Name & Address*

rsantos@thompsoncoburn.com
            *E-Mail Address*

**hereby ORDERS the Application be:**

_X__ **GRANTED**.

____ DENIED.  Fee shall be returned by the Clerk.

____ DENIED.  For failure to pay the required fee.

**Dated    May 11, 2016**

*[signature]*
**U.S. District Judge**