# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| LYNN GRIMSTAD, an individual, and on behalf of all others similarly situated, and MARA MANUEL, an individual, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC, a Delaware limited liability company, and DOES 1-250, inclusive,<br><br>Defendants. | Case No. 8:16-cv-00763 – JVS-E<br><br>**[PROPOSED] ORDER RE FCA US LLC'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>**DATE:** July 11, 2016<br>**TIME:** 1:30 p.m.<br>**JUDGE:** James V. Selna<br>**COURTROOM:** 10C |

The Court, having considered all papers, arguments and evidence in support and in opposition to Defendant FCA US LLC's Motion to Dismiss Plaintiffs' First Amended Class Action Complaint, finds and concludes as follow:

1. Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs' First Amended Class Action Complaint is subject to dismissal for failure to

1 state a claim. Dismissal is also warranted because this Court lacks subject matter
2 jurisdiction over the declaratory/injunctive relief claim set forth in Count XI.
3    Accordingly, IT IS HEREBY ORDERED that FCA US LLC's Motion to
4 Dismiss Plaintiffs' First Amended Class Action Complaint is hereby granted. The First
5 Amended Class Action Complaint is dismissed in its entirety, without leave to amend.

Date:_____, 2016    _____
                                                Hon. James V. Selna
                                                United States District Court Judge

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2016, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

By:      */s/ Rowena G. Santos*

3
**[PROPOSED] ORDER RE FCA US LLC'S MOTION TO DISMISS
PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**