# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| LYNN GRIMSTAD, an individual, and on behalf of all others similarly situated, and MARA MANUEL, an individual, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC, a Delaware limited liability company, and DOES 1-250, inclusive,<br><br>Defendants. | Case No. 8:16-cv-00763 – JVS-E<br><br>**[PROPOSED] ORDER RE FCA US LLC'S MOTION TO TRANSFER**<br><br>**DATE:** July 11, 2016<br>**TIME:** 1:30 p.m.<br>**JUDGE:** James V. Selna<br>**COURTROOM:** 10C |

The Court, having considered all papers, arguments and evidence in support and in opposition to Defendant FCA US LLC's Motion to Transfer, finds and concludes as follow:

1. Pursuant to 28 U.S.C. § 1412, transfer of this case to the United States District Court for the Southern District of New York, for referral to the Bankruptcy Court in that District, will serve the interest of justice because this case arises under, arises in, and is related to the bankruptcy proceeding pending in the

1  Southern District of New York known as *In re Old Carco LLC (f/k/a Chrysler LLC)*, Case No. 09-50002.

4  Accordingly, IT IS HEREBY ORDERED that FCA US LLC's Motion to Transfer is hereby granted. This case is transferred to the United States District Court for the Southern District of New York, for referral to the Bankruptcy Court in that District.

Date:_____, 2016    _____
Hon. James V. Selna
United States District Court Judge

2
**[PROPOSED] ORDER RE FCA US LLC'S MOTION TO TRANSFER**

# CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2016, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

By: */s/ Rowena G. Santos*