1  Anthony O. Egbase (SBN: 181721)
2  Victoria T. Orafa (SBN: 265037)
   A.O.E. LAW & ASSOCIATES, INC.
3  350 S. Figueroa Street, Suite 189
4  Los Angeles, California 90071
   Tel: (213)620-7070        Fax: (213)620-1200
5

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| LYNN GRIMSTAD, an individual, and on behalf of all others similarly situated, and MARA MANUEL, an individual, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>-vs-<br><br>FCA US, LLC, a Michigan Limited Liability Company; and DOES 1 through 300,000 inclusive,<br><br>Defendant. | **Case No.: 8:16-cv-00763-JVS-E**<br><br>**NOTICE OF DISMISSAL OF NINTH AND TENTH CAUSES OF ACTION IN PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)1(A)(i)**<br><br>Judge: James V. Selna<br>Courtroom: 10C |

Plaintiffs LYNN GRIMSTAD, an individual, and on behalf of all others similarly situated, and MARA MANUEL, an individual, and on behalf of all others similarly situated, by and through their respective counsel A.O.E. Law & Associates hereby voluntarily dismiss, without prejudice, their Ninth Cause of Action, Strict Products

---

**1**
NOTICE OF DISMISSAL OF NINTH AND TENTH CAUSES OF ACTION IN PLAINTIFFS' FIRST
AMENDED CLASS ACTION COMPLAINT WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)1(A)(i)

Liability, and their Tenth Cause of Action, Implied Warranty of Merchantability from Plaintiffs' First Amended Class Action Complaint, only, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i).

DATED: 6/16/2016          A.O.E. Law & Associates

_/s/ Victoria_____
Victoria Orafa, Esq.
Attorney for Plaintiffs and
Proposed Class Members

---

**2**
**NOTICE OF DISMISSAL OF NINTH AND TENTH CAUSES OF ACTION IN PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)1(A)(i)**

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2016 I electronically filed the foregoing document using the CM/ECF system, which will send notification of said filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

Dated:  June 20, 2016                    **A.O.E. LAW & ASSOCIATES**

_____
Victoria Orafa, Esq.
Attorney for Plaintiff and Proposed Class Members

NOTICE OF DISMISSAL OF NINTH AND TENTH CAUSES OF ACTION IN PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)1(A)(i)

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and am not a party to the within action; my business address is: 350 S. Figueroa Street, Suite 189, Los Angeles, CA 90071.

On June 20, 2016, I served the following document described as **NOTICE OF DISMISSAL OF NINTH AND TENTH CAUSES OF ACTION IN PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)1(A)(i)** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes, at Los Angeles, addressed as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

__X_ **(BY REGULAR MAIL)**: I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California. I am "readily familiar" with firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

__X__ (FEDERAL): I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

EXECUTED on **June 20, 2016** at Los Angeles, California.

/s/ Aliyah Guidry
Aliyah Guidry

---

**4**
NOTICE OF DISMISSAL OF NINTH AND TENTH CAUSES OF ACTION IN PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)1(A)(i)

Rowena Santos
rsantos@thompsoncoburn.com
THOMPSON COBURN LLP
2029 Century Park East, 19th Floor
Los Angeles, CA 90067