UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.  8:16–cv–00763–JVS–E          Date  7/8/2016

Title  LYNN GRIMSTAD ET AL V. FCA US LLC, ET AL

Present: The Honorable  James V. Selna , U. S. District Judge

| Karla Tunis | Debbie Hino–Spaan |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Victoria Orafa | Kathy Wisniewski |
| Sedoo Manu | Rowena Santos |

**Proceedings:** Defendant's Motion to Dismiss First Amended Complaint and Motion to Transfer Case to Southern District of New York

    Cause called and counsel make thier appearances. The Court's tentative ruling is issued. Counsel make their arguments. The Court GRANTS the defendat's motion to transfer and DENIES the defendant's motion to dismiss, without prejudice. The Court makes these rulings in accordance with the tentative ruling attached.

:15

Initials of Preparer: kt