JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| LYNN GRIMSTAD, an individual, and on behalf of all others similarly situated, and MARA MANUEL, an individual, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FCA US LLC, a Delaware limited liability company, and DOES 1-250, inclusive,<br><br>Defendants. | Case No. 8:16-cv-00763 – JVS-E<br><br>**ORDER RE FCA US LLC'S MOTION TO TRANSFER**<br><br>**DATE:** July 11, 2016<br>**TIME:** 1:30 p.m.<br>**JUDGE:** James V. Selna<br>**COURTROOM:** 10C |

TO ALL PARTIES AND COUNSEL OF RECORD:

This matter came on regularly for a hearing in Courtroom 10C of this Court on July 11, 2016 on Defendant's Motion to Transfer.

In accordance with the Court's "Order Granting Motion to Transfer,"

1

**[PROPOSED] ORDER RE FCA US LLC'S MOTION TO TRANSFER**

1  (Docket No. 35-1), the Court hereby grants FCA US LLC's Motion to Transfer.
2  This case is transferred to the United States District Court for the Southern District
3  of New York, for referral to the Bankruptcy Court in that District.
4
5
6  Date: July 12, 2016                    _____
7                                          Hon. James V. Selna
                                           United States District Court Judge

[PROPOSED] ORDER RE FCA US LLC'S MOTION TO TRANSFER