09-50002-mg   Doc 8492-52   Filed 09/13/16   Entered 09/15/16 10:48:20   Ex 37 main
Case 1:16-cv-07125-WHP   Document 3   Filed 09/13/16   Page 1 of 6
Pg 1 of 6
ACCO,(Ex),CLOSED,DISCOVERY,MANADR

# UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA
## (Southern Division – Santa Ana)
### CIVIL DOCKET FOR CASE #: 8:16–cv–00763–JVS–E

| | |
|---|---|
| Lynn Grimstad et al v. FCA US LLC, et al | Date Filed: 04/22/2016 |
| Assigned to: Judge James V. Selna | Date Terminated: 07/12/2016 |
| Referred to: Magistrate Judge Charles F. Eick | Jury Demand: Plaintiff |
| Demand: $5,000,000 | Nature of Suit: 380 Personal Property: Other |
| Case in other court:  Orange County Superior Court, 30–02015–00819805 | Jurisdiction: Diversity |
| Cause: 28:1441 Notice of Removal – Property Damage | |

**Plaintiff**

**Lynn Grimstad**  
*an individual, and on behalf of all others similarly situated*

represented by **Victoria Torkwase Orafa**  
AOE Law and Associates APLC  
350 South Figueroa Street Suite 189  
Los Angeles, CA 90071  
213–620–7070  
Fax: 213–620–1200  
Email: info@aoelaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Anthony O Egbase**  
AOE Law and Associates APLC  
350 South Figueroa Street Suite 189  
Los Angeles, CA 90071  
213–620–7070  
Fax: 213–620–1200  
Email: info@anthonyegbaselaw.com  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Mara Manuel**  
*an individual, and on behalf of all others similarly situated*

represented by **Victoria Torkwase Orafa**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Anthony O Egbase**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**FCA US LLC**  
*a Delaware limited liability company,*

represented by **Kathy A Wisniewski**  
Thompson Coburn LLP  
One US Bank Plaza

09-50002-mg Doc 8492-52 Filed 09/13/16 Entered 09/15/16 10:48:20 Exhibit 37 main
Case 1:10-cv-07129-WHP Document 3 Filed 09/13/16 Page 2 of 6
Pg 2 of 6

St Louis, MO 63101
314−552−6337
Fax: 314−552−7337
Email: kwisniewski@thompsoncoburn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Scott H Morgan**
Thompson Coburn LLP
One US Bank Plaza
St Louis, MO 63101
314−552−6322
Fax: 314−552−7322
Email: smorgan@thompsoncoburn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sharon B Rosenberg**
Thompson Coburn LLP
One US Bank Plaza Suite 26
St Louis, MO 63101
314−552−6173
Fax: 314−552−7000
Email: srosenberg@thompsoncoburn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen A D'Aunoy**
Thompson Coburn LLP
One US Bank Plaza
St Louis, MO 63101
314−552−6354
Fax: 314−552−7654
Email: sdaunoy@thompsoncoburn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Rowena G Santos**
Thompson Coburn LLP
2029 Century Park East 19th Floor
Los Angeles, CA 90067
310−282−2500
Fax: 310−282−2501
Email: rsantos@thompsoncoburn.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Does**
*1−250, inclusive*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/22/2016 | Ï 1 | |

09-50002-mg Doc 8492-52 Filed 09/13/16 Entered 09/15/16 10:48:20 main
Case 1:16-cv-07129-WHP Document 3 Filed 09/13/16 Page 3 of 6
Pg 3 of 6

| | | |
|---|---|---|
| | | NOTICE OF REMOVAL from Orange County Superior Court, case number 30−2015−00819805−CU−MT−CXC Receipt No: 0973−17693741 − Fee: $400, filed by Defendant FCA US LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Attorney Rowena G Santos added to party FCA US LLC(pty:dft))(Santos, Rowena) (Entered: 04/22/2016) |
| 04/22/2016 | Ï 2 | CIVIL COVER SHEET filed by Defendant FCA US LLC. (Santos, Rowena) (Entered: 04/22/2016) |
| 04/22/2016 | Ï 3 | PROOF OF SERVICE filed by Defendant FCA US LLC, re Civil Cover Sheet (CV−71) 2 , Notice of Removal (Attorney Civil Case Opening), 1 served on April 22, 2016. (Santos, Rowena) (Entered: 04/22/2016) |
| 04/22/2016 | Ï | CONFORMED COPY OF ORIGINAL FILED COMPLAINT against defendants FCA US LLC., Does 1 through 250 inclusive. Jury Demand, filed by plaintiffs Lynn Grimstad, Mara Manuel. (FILED IN STATE COURT ON 4/1/2016 SUBMITTED ATTACHED EXHIBIT A TO NOTICE OF REMOVAL 1 ). (jp) (Entered: 04/25/2016) |
| 04/25/2016 | Ï 4 | PROOF OF SERVICE filed by Defendant FCA US LLC, re Civil Cover Sheet (CV−71) 2 , Notice of Removal (Attorney Civil Case Opening), 1 , Proof of Service (subsequent documents) 3 *Amended Proof of Service* served on April 25, 2016. (Santos, Rowena) (Entered: 04/25/2016) |
| 04/25/2016 | Ï 5 | NOTICE OF ASSIGNMENT to District Judge James V. Selna and Magistrate Judge Charles F. Eick. (jp) (Entered: 04/25/2016) |
| 04/25/2016 | Ï 6 | NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM filed. (jp) (Entered: 04/25/2016) |
| 04/25/2016 | Ï 7 | NOTICE OF FILING FEE DUE on Pro Hac Vice Application mailed to attorney Kathy A Wisniewski for Defendant FCA US LLC. re Notice of Removal (Attorney Civil Case Opening) 1 . Pro Hac Vice application has not been received by the court. Please return your completed Application of Non−Resident Attorney to Appear in a Specific Case, form G−64, or a copy of the Notice of Electronic Filing of your application and the $325.00 fee and this notice immediately. Out−of−state federal government attorneys who are not employed by the U.S. Department of Justice are required to file a Pro Hac Vice application; no filing fee is required. You have been removed as counsel of record from this case for failure to submit this filing fee. (jp) (Entered: 04/25/2016) |
| 04/25/2016 | Ï 8 | NOTICE OF FILING FEE DUE on Pro Hac Vice Application mailed to attorney Stephen A D'Aunoy for Defendant FCA US LLC. re Notice of Removal (Attorney Civil Case Opening) 1 . Pro Hac Vice application has not been received by the court. Please return your completed Application of Non−Resident Attorney to Appear in a Specific Case, form G−64, or a copy of the Notice of Electronic Filing of your application and the $325.00 fee and this notice immediately. Out−of−state federal government attorneys who are not employed by the U.S. Department of Justice are required to file a Pro Hac Vice application; no filing fee is required. You have been removed as counsel of record from this case for failure to submit this filing fee. (jp) (Entered: 04/25/2016) |
| 04/25/2016 | Ï 9 | NOTICE OF FILING FEE DUE on Pro Hac Vice Application mailed to attorney Scott H Morgan for Defendant FCA US LLC re Notice of Removal (Attorney Civil Case Opening) 1 . Pro Hac Vice application has not been received by the court. Please return your completed Application of Non−Resident Attorney to Appear in a Specific Case, form G−64, or a copy of the Notice of Electronic Filing of your application and the $325.00 fee and this notice immediately. Out−of−state federal government attorneys who are not employed by the U.S. Department of Justice are required to file a Pro Hac Vice application; no filing fee is required. You have been removed as counsel of record from this case for failure to submit this filing fee. (jp) (Entered: 04/25/2016) |
| 04/26/2016 | Ï 10 | PROOF OF SERVICE filed by Defendant FCA US LLC, re Notice of Assignment to United States Judges(CV−18) − optional html form 5 , Notice to Parties of Court−Directed ADR Program (ADR−8) − optional html form 6 served on April 26, 2016. (Santos, Rowena) (Entered: |

09-50002-mg Doc 8492-52 Filed 09/13/16 Entered 09/15/16 10:48:20 main
Case 1:16-cv-07129-WHP Document 37 Filed 09/13/16 Page 4 of 6
Pg 4 of 37

| | | |
|---|---|---|
| | | 04/26/2016) |
| 04/28/2016 | 11 | STIPULATION Extending Time to Answer the complaint as to FCA US LLC answer now due 5/30/2016, re Complaint – (Discovery), filed by Defendant FCA US LLC. (Attachments: # 1 Proposed Order)(Santos, Rowena) (Entered: 04/28/2016) |
| 04/28/2016 | 12 | ORDER by Judge James V. Selna, re Stipulation Extending Time to Answer 11 . IT IS HEREBY ORDERED as follows: The relief requested in the Stipulation is hereby granted. Defendant shall have to and including May 30, 2016 in which to answer, move, or otherwise plead to the Complaint herein. (see document for details) (dro) (Entered: 04/28/2016) |
| 05/02/2016 | 13 | CORPORATE DISCLOSURE STATEMENT *AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS* filed by Defendant FCA US LLC identifying Fiat Chrysler Automobiles N. V. as Corporate Parent. (Santos, Rowena) (Entered: 05/02/2016) |
| 05/06/2016 | 14 | INITIAL ORDER FOLLOWING FILING OF COMPLAINT ASSIGNED TO JUDGE SELNA. (jlen) (Entered: 05/06/2016) |
| 05/09/2016 | 15 | ORDER SETTNG RULE 26(f) SCHEDULING CONFERENCE by Judge James V. Selna. Rule 26 Meeting Report due by 7/18/2016. Scheduling Conference set for 7/25/2016 at 10:30 AM before Judge James V. Selna. (jlen) (Entered: 05/09/2016) |
| 05/09/2016 | 16 | APPLICATION of Non–Resident Attorney Kathy A. Wisniewski to Appear Pro Hac Vice on behalf of Defendant FCA US LLC (Pro Hac Vice Fee – Fee Paid, Receipt No. 0973–17789365) filed by Defendant FCA US LLC. (Attachments: # 1 Proposed Order) (S antos, Rowena) (Entered: 05/09/2016) |
| 05/09/2016 | 17 | APPLICATION of Non–Resident Attorney Stephen A. D'Aunoy to Appear Pro Hac Vice on behalf of Defendant FCA US LLC (Pro Hac Vice Fee – Fee Paid, Receipt No. 0973–17789617) filed by Defendant FCA US LLC. (Attachments: # 1 Proposed Order ) (Santos, Rowena) (Entered: 05/09/2016) |
| 05/09/2016 | 18 | APPLICATION of Non–Resident Attorney Sharon B. Rosenberg to Appear Pro Hac Vice on behalf of Defendant FCA US LLC (Pro Hac Vice Fee – Fee Paid, Receipt No. 0973–17789868) filed by Defendant FCA US LLC. (Attachments: # 1 Proposed Order) (S antos, Rowena) (Entered: 05/09/2016) |
| 05/09/2016 | 19 | APPLICATION of Non–Resident Attorney Scott H. Morgan to Appear Pro Hac Vice on behalf of Defendant FCA US LLC (Pro Hac Vice Fee – Fee Paid, Receipt No. 0973–17789990) filed by Defendant FCA US LLC. (Attachments: # 1 Proposed Order) (Santo s, Rowena) (Entered: 05/09/2016) |
| 05/11/2016 | 20 | ORDER ON APPLICATION OF NON–RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HACE VICE by Judge James V. Selna: granting 19 Non–Resident Attorney Scott H Morgan APPLICATION to Appear Pro Hac Vice on behalf of Defendant FCA US LLC, designating Rowena G Santos as local counsel. (lom) (Entered: 05/12/2016) |
| 05/11/2016 | 21 | ORDER ON APPLICATION OF NON–RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HACE VICE by Judge James V. Selna: granting 18 Non–Resident Attorney Sharon B Rosenberg APPLICATION to Appear Pro Hac Vice on behalf of Defendant FCA US LLC, designating Rowena G Santos as local counsel. (lom) (Entered: 05/12/2016) |
| 05/11/2016 | 22 | ORDER ON APPLICATION OF NON–RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HACE VICE by Judge James V. Selna: granting 17 Non–Resident Attorney Stephen A. D'Aunoy APPLICATION to Appear Pro Hac Vice on behalf of Defendant FCA US LLC, designating Rowena G Santos as local counsel. (lom) (Entered: 05/12/2016) |
| 05/11/2016 | 23 | |

| | | |
|---|---|---|
| | | ORDER ON APPLICATION OF NON–RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE PRO HACE VICE by Judge James V. Selna: granting 16 Non–Resident Attorney Kathy A. Wisniewski APPLICATION to Appear Pro Hac Vice on behalf of Defendant FCA US LLC, designating Rowena G Santos as local counsel. (lom) (Entered: 05/12/2016) |
| 05/27/2016 | 24 | NOTICE OF MOTION AND MOTION to Dismiss Case *First Amended Class Action Complaint* filed by Defendant FCA US LLC. Motion set for hearing on 7/11/2016 at 01:30 PM before Judge James V. Selna. (Attachments: # 1 Exhibit A, # 2 Proposed Order) (Santos, Rowena) (Entered: 05/27/2016) |
| 05/27/2016 | 25 | NOTICE OF MOTION AND MOTION to Transfer Case to Southern District of New York filed by Defendant FCA US LLC. Motion set for hearing on 7/11/2016 at 01:30 PM before Judge James V. Selna. (Attachments: # 1 Exhibit 1–7, # 2 Proposed Order) (Santos, Rowena) (Entered: 05/27/2016) |
| 05/27/2016 | 26 | REQUEST FOR JUDICIAL NOTICE re NOTICE OF MOTION AND MOTION to Transfer Case to Southern District of New York 25 filed by Defendant FCA US LLC. (Santos, Rowena) (Entered: 05/27/2016) |
| 05/27/2016 | 27 | REQUEST FOR JUDICIAL NOTICE re NOTICE OF MOTION AND MOTION to Transfer Case to Southern District of New York 25 *(AMENDED)* filed by Defendant FCA US LLC. (Attachments: # 1 Exhibit 1–7)(Santos, Rowena) (Entered: 05/27/2016) |
| 06/20/2016 | 28 | STATEMENT Partial Dismissal of Plaintiff's 9th and 10th Causes of Action filed by Plaintiff Lynn Grimstad (Egbase, Anthony) (Entered: 06/20/2016) |
| 06/20/2016 | 29 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION to Dismiss Case *First Amended Class Action Complaint* 24 filed by Plaintiffs Lynn Grimstad, Mara Manuel. (Egbase, Anthony) (Entered: 06/20/2016) |
| 06/20/2016 | 30 | MEMORANDUM in Opposition to NOTICE OF MOTION AND MOTION to Transfer Case to Southern District of New York 25 filed by Plaintiffs Lynn Grimstad, Mara Manuel. (Egbase, Anthony) (Entered: 06/20/2016) |
| 06/27/2016 | 31 | REPLY In Support Of NOTICE OF MOTION AND MOTION to Dismiss Case *First Amended Class Action Complaint* 24 filed by Defendant FCA US LLC. (Santos, Rowena) (Entered: 06/27/2016) |
| 06/27/2016 | 32 | REPLY In Support Of NOTICE OF MOTION AND MOTION to Transfer Case to Southern District of New York 25 filed by Defendant FCA US LLC. (Santos, Rowena) (Entered: 06/27/2016) |
| 07/01/2016 | 33 | (IN CHAMBERS) The Court, on its own motion, ADVANCES the HEARING on Defendant FCA US LLC's MOTION to Dismiss Case First Amended Class Action Complaint 24 and MOTION to Transfer Case to Southern District of New York 25 , previously scheduled for 7/11/2016 at 1:30 PM, to FRIDAY, 7/8/2016 at 1:30 PM before Judge James V. Selna. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (kt) TEXT ONLY ENTRY (Entered: 07/01/2016) |
| 07/01/2016 | 34 | First NOTICE OF MOTION AND MOTION to Certify Class *Action* filed by Plaintiffs Lynn Grimstad, Mara Manuel. Motion set for hearing on 2/6/2017 at 01:30 PM before Judge James V. Selna. (Attachments: # 1 Exhibit Exhibits in Support of Motion) (Egbase, Anthony) (Entered: 07/01/2016) |
| 07/08/2016 | 35 | MINUTES OF HEARING on Defendant's Motion to Dismiss First Amended Complaint and Motion to Transfer Case to Southern District of New York. The Court DENIES, without prejudice the defendant's 24 MOTION to Dismiss Case and GRANTS the defendant's 25 MOTION to Transfer Case. The Court makes these rulings in accordance with the tentative ruling attached. |

09-50002-mg Doc 8492-52 Filed 09/13/16 Entered 09/15/16 10:48:20 37 main
Case 1:16-cv-07129-WHP Document 37 Filed 09/13/16 Page 6 of 6
Pg 6 of 6

| | | |
|---|---|---|
| | | Court Reporter: Debbie Hino–Spaan. (Attachments: # 1 Memorandum) (kt) (Entered: 07/11/2016) |
| 07/12/2016 | 36 | ORDER by Judge James V. Selna: Re FCA US LLC's Motion to Transfer. In accordance with the Courts "Order Granting Motion to Transfer," (Docket No. 35−1), the Court hereby grants FCA US LLC's Motion to Transfer. This case is transferred to the United States District Court for the Southern Districtof New York, for referral to the Bankruptcy Court in that District.(Made JS−6. Case Terminated.) (mba) (Entered: 07/12/2016) |