USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/09/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

Old Carco LLC
(f/k/a Chrysler LLC), *et al.*,
              Debtors.

Case No. 16-cv-6290 (JMF)

## STIPULATION TO DISMISS APPEAL

IT IS HEREBY STIPULATED AND AGREED between appellant FCA US LLC and appellee Indiana Department of Workforce Development that, pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure, the above-captioned appeal shall be, and hereby is, dismissed with prejudice, with each party to bear its own costs.

Dated: September 8, 2016

Brian D. Glueckstein
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Email: gluecksteinb@sullcrom.com

*Attorneys for FCA US LLC
(f/k/a Chrysler Group LLC)*

Heather M. Crockett
Deputy Attorney General
OFFICE OF THE INDIANA ATTORNEY GENERAL
302 West Washington Street, Fifth Floor
Indianapolis, IN 46204
Telephone: (317) 233-6254
Email: heather.crockett@atg.in.gov

*Attorneys for Indiana Department of Workforce Development*

The Clerk of Court is directed to close this case.

SO ORDERED.

September 9, 2016