**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: Old Carco LLC and RJM I, LLC, as Liquidation

         Debtor

Case No.: 09-50002

Chapter 11

---------------------------------------------------------------x

Lynn Grimstad, Mara Manuel, et al.

         Plaintiff

v.

FCA US LLC, a Delaware limited liability company,

         Defendant

Adversary Proceeding No.: 16-01204-smb

---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Sedoo Manu, request admission, *pro hac vice*, before the Honorable Stuart M. Bernstein, to represent Lynn Grimstad and Mara Manuel, a individuals in the above-referenced ☐ case ☒ adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Central District of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 9/27/2016

New York, New York

/s/ Sedoo A. Manu

*Mailing Address*:

A.O.E. Law & Associates, Inc.

350 S. Figueroa St. Suite 189

Los Angeles, CA 90071

*E-mail address*: sedoo@aoelaw.com

*Telephone number*: (213) 620 7070