

# United States Central District of California District Court

I, Kiry K. Gray, Clerk of the United States District Court for the Central District of California, do hereby certify that

## Sedoo Antonious Manu

was duly admitted to practice as an Attorney and Counselor of this Court on the 21st day of June, 2016

hereunto set my hand and affix the seal of this Court on the 25th day of July, 2016

_Kiry K. Gray_
Clerk of the United States District Court