**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: Old Carco LLC and RJM I, LLC, as Liquidation

                Debtor

Case No.: 09-50002

Chapter 11

---------------------------------------------------------------x

Lynn Grimstad, Mara Manuel, et al.

                Plaintiff

Adversary Proceeding No.: 16-01204-smb

                v.

FCA US LLC, a Delaware limited liability company,

              Defendant

---------------------------------------------------------------x

## MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

I, Adam Apollo, request admission, ***pro hac vice***, before the Honorable Stuart M. Bernstein, to represent Lynn Grimstad and Mara Manuel, a individuals in the above-referenced ☐ case ☑ adversary proceeding.

***I certify that I am a member in good standing*** of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Central District of California.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: 1/9/2016

New York, New York

/s/ Adam M. Apollo

*Mailing Address*:

A.O.E. Law & Associates, Inc.

350 S. Figueroa St. Suite 189

Los Angeles, CA 90071

*E-mail address*: adam@aoelaw.com

*Telephone number*: (213) 620 7070



United States District Court
Central District of California

I, Terry Nafisi, Clerk of the United States District Court for the Central District of California, do hereby certify that

**Adam Apollonio**

was duly admitted to practice as an Attorney and Counselor of this Court on the 23rd day of October, 2014

hereunto set my hand and affix the seal of this Court on the 6th day of November, 2014

Terry Nafisi
Clerk of the United States District Court



# ATTORNEY SEARCH

## Adam Michael Apollo - #285829

### Current Status: Active

This member is active and may practice law in California.

See below for more details.

## Profile Information

*The following information is from the official records of The State Bar of California.*

| | | | | |
|---|---|---|---|---|
| **Bar Number:** | 285829 | | | |
| **Address:** | PO Box 142 Placentia, CA 92871-0142 **Map it** | **Phone Number:** | (714) 746-5341 | |
| | | **Fax Number:** | Not Available | |
| | | **e-mail:** | apolloam@gmx.com | |
| **County:** | Orange | **Undergraduate School:** | California St Univ Fullerton; CA | |
| **District:** | District 4 | | | |
| **Sections:** | None | **Law School:** | Thomas Jefferson SOL; San Diego CA | |

## Status History

| Effective Date | Status Change |
|---|---|
| Present | Active |
| 12/5/2012 | Admitted to The State Bar of California |

Explanation of member status

## Actions Affecting Eligibility to Practice Law in California

### Disciplinary and Related Actions

Overview of the attorney discipline system.

This member has no public record of discipline.

### Administrative Actions

This member has no public record of administrative actions.

Start New Search »