**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

In re: Old Carco LLC and RJM I, LLC, as Liquidation

                    Debtor

Case No.: 09-50002

Chapter 11

---------------------------------------------------------------x

    Lynn Grimstad, Mara Manuel, et al.

                  Plaintiff

                  v.

    FCA US LLC, a Delaware limited liability company,

                  Defendant

Adversary Proceeding No.: 16-01204-smb

---------------------------------------------------------------x

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

    Upon the motion of Adam Apollo, to be admitted, *pro hac vice*, to represent Lynn Grimstad and Mara Manuel, (the "Client") a individuals in the above referenced ☐ case ☑ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and, if applicable, the bar of the U.S. District Court for the Central District of California, it is hereby

    **ORDERED**, that Adam Apollo, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☐ case ☑ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: January 13, 2017
New York, New York

                                                          /s/ STUART M. BERNSTEIN
                                                          UNITED STATES BANKRUPTCY JUDGE