**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| Old Carco LLC (f/k/a Chrysler LLC), *et al.*, | : | Case No. 09-50002 (SMB) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that James A. Wright III, Esq., of the firm Ropes & Gray LLP, hereby withdraws as counsel for Cross Country Automotive Services, Inc. ("Cross Country"), and requests to be removed from all notice and service lists in this case.[1]

PLEASE TAKE FURTHER NOTICE that this withdrawal is limited to James A. Wright III, Esq., and does not impact the representation of Cross Country by other Ropes & Gray LLP attorneys in the above-captioned matter.

Dated:  May 26, 2017
       Boston, MA

By */s/ James A. Wright III*
James A. Wright III
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Telephone:  (617) 951-7000
Facsimile:   (617) 951-7050

---

[1] Mr. Wright is leaving Ropes & Gray LLP as of May 26, 2017.

63122930_1