

Re: Request for a reschedule of meeting
Shelley Goodall
to:
bernstein.chambers
11/30/2017 02:34 PM
Hide Details
From: Shelley Goodall <redhotshell7@gmail.com>
To: bernstein.chambers@nysb.uscourts.gov

Afternoon your honor I come with a request to leave the scheduled meeting for December 12th Unfortunately today I was released from my job terminated as a result of following a test from having eye injuries result of the wreck that Chrysler knows they're responsible for so I will be present your honor for the 12th hearing December of this year for pretrial. Thank you and I look forward to meeting you your honor thank you much sincerely Shelly Goodall

On Nov 29, 2017 10:46 PM, "Shelley Goodall" <redhotshell7@gmail.com> wrote:
> Dear your honor,
> I am the plaintiff in the case Shelly Goodall versus Chrysler scheduled to appear before you for a pre-trial meeting on December 12th 2017. At this time I request for reschedule as I am currently employed with a new company and as part of my new position the first 5 weeks are crucial and is mandate 100% attendance so I request that since Chrysler change the date from the 5th to the 12th that this be moved till after the first of the year I will be more than happy to fax a copy of policy procedure in regards to employment as the request for hundred percent attendance for the five weeks Of training. So I shall be emailing a request to reschedule this meeting to Mr. Brian Gluecksteins office tomorrow morning stat. Seeing how I do represent myself I ask for the court cooperation in this matter. Thank you for your time and I look forward to hearing back from you have a good day sincerely Shelly Goodall
> The case number for this case is
> 09-50002