**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------- x
                                            :   Chapter 11
In re:                                      :
                                            :   Case No. 09-50002 (SMB)
Old Carco LLC, *et al.*,                    :
                                            :   Jointly Administered
                Debtors.                    :
                                            :
                                            :
------------------------------------------- :
                                            :   Adv. Pro. No. 17-01185 (SMB)
Shelley Goodall,                            :
                                            :
                Plaintiff,                  :
                                            :
        -v-                                 :
                                            :
Chrysler Inc. and FCA US LLC,               :
                                            :
                Defendants.                 :
                                            :
------------------------------------------- X

**ORDER PURSUANT TO SECTION 350 OF THE BANKRUPTCY CODE**
**REOPENING THE CHAPTER 11 CASE OF OLD CARCO LLC FOR THE**
**LIMITED PURPOSE OF PERMITTING ADJUDICATION**
**OF THE TRANSFERRED LITIGATION**

As stated on the record at the status conference held on December 12, 2017; and there being good and sufficient cause;

IT IS HEREBY ORDERED THAT:

1. The chapter 11 case of *Old Carco LLC*, Case No. 09-50002, is hereby reopened, pursuant to section 350(b) of the Bankruptcy Code, for the limited purpose of adjudicating in this Court the adversary proceeding captioned *Goodall* v. *FCA US LLC*, Adv. Pro. No. 17-01062 (SMB), which has been docketed with this Court.

2. Entry of this Order shall be without prejudice to, and shall not operate as a waiver of, the rights of any party with respect to the litigation.

3. This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**Dated: December 20<u>th</u>, 2017**
**New York, New York**

<u>**/s/ STUART M. BERNSTEIN**</u>
**Stuart M. Bernstein**
**United States Bankruptcy Judge**