**Hearing Date: April 10, 2018 at 10:00 a.m. (ET)**
**Objection Deadline: April 3, 2018 at 4:00 p.m. (ET)**

Brian D. Glueckstein
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3588

*Counsel for FCA US LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| Old Carco LLC | ) |
| (f/k/a Chrysler LLC), *et al.*,[1] | ) Case No. 09-50002 (SMB) |
| Debtors. | ) (Jointly Administered) |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that on March 12, 2018, FCA US LLC filed a motion, pursuant to Section 350 of the Bankruptcy Code, Bankruptcy Rule 5010 and Local Bankruptcy Rule 5010-1, to Reopen the Chapter 11 Case of Old Carco LLC for the Limited Purposes of (I) Considering FCA US LLC's Motion to Enforce the Sale Order; and (II) Adjudicating the Transferred Litigation (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "Hearing") on the Motion has been scheduled to be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, of the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 on **April 10, 2018 at 10:00 a.m. (Eastern Time)**.

---

[1]    A second amended list of the Debtors, their addresses and tax identification numbers are located on the docket for Case No. 09-50002 (SMB) [Docket No. 3945].

SC1:4600572.3

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the Motion must be made in writing, with a hard copy to Chambers, conform to the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for the Southern District of New York, to be filed with the Bankruptcy Court so as to be actually received by FCA US LLC **not later than April 3, 2018 at 4:00 p.m. (Eastern Time)**.

Dated:  March 12, 2018
        New York, New York

/s/ Brian D. Glueckstein
Brian D. Glueckstein
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York  10004
Telephone:   (212) 558-4000
Facsimile:   (212) 558-3588

*Counsel for FCA US LLC*