**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

In re:    Case No.: _____ (SMB)

Chapter ___

Debtor

-------------------------------------------------------------x

Frankie Overton, Administrator of the Estate of Sue Ann Graham, Deceased; and Scott Graham, as legal guardian of J. Graham, a minor child,

Adversary Proceeding No.: _____

Plaintiffs

v.

Chrysler Group, LLC.; Fiat Chrysler Automobiles US., LLC (FCA US, LLC); Rodericus Obyran Carrington; TRW Automotive Holdings Corp., f/k/a TRW Inc.; TRW Automotive, Inc.; TRW Automotive U.S. LLC; TRW Vehicle Safety Systems, Inc.; TRW Automotive US, LLC; TRW Safety Systems, Inc.: ZF Friedrichshafen AG; ZF TRW Automotive Holdings Corp.,

Defendants

-------------------------------------------------------------x

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

I, _____, request admission, ***pro hac vice***, before the Honorable _____, to represent _____, a _____ in the above-referenced   case   adversary proceeding.

***I certify that I am a member in good standing*** of the bar in the State of _____ and, if applicable, the bar of the U.S. District Court for the _____ District of _____.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: _____

_____, New York

_____

*Mailing Address*:

_____

_____

_____

*E-mail address*: _____    beasleyallen.com

*Telephone number*: (____)_____