**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | |
|---|---|
| In re: | Case No.: _____ |
| | Chapter ___ |
| Debtor | |

---------------------------------------------------------------x

| | |
|---|---|
| Frankie Overton, Administrator of the Estate of Sue Ann Graham, Deceased; and Scott Graham, as legal guardian of J. Graham, a minor child, | Adversary Proceeding No.: _____ |
| Plaintiff s | |
| v. | |
| Chrysler Group, LLC.; Fiat Chrysler Automobiles US., LLC (FCA US, LLC); Rodericus Obyran Carrington; TRW Automotive Holdings Corp., f/k/a TRW Inc.; TRW Automotive, Inc.; TRW Automotive U.S. LLC; TRW Vehicle Safety Systems, Inc.; TRW Automotive US, LLC; TRW Safety Systems, Inc.: ZF Friedrichshafen AG; ZF TRW Automotive Holdings Corp., | |
| Defendant s | |

---------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE***

Upon the motion of _____, to be admitted, ***pro hac vice***, to represent _____, (the "Client") a _____ in the above referenced    case    adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of _____ and, if applicable, the bar of the U.S. District Court for the _____ District of _____, it is hereby

**ORDERED**, that _____, Esq., is admitted to practice, ***pro hac vice***, in the above referenced    case    adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York    /s/ _____

UNITED STATES BANKRUPTCY JUDGE