**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

In re: Old Carco LLC
    (f/k/a Chrysler LLC) et al.,

                      Debtor

Case No.: <u>09-50002</u> (SMB)

Chapter <u>11</u>

-----------------------------------------------------------x

Frankie Overton, Administrator of the Estate of Sue Ann Graham, Deceased; and Scott Graham, as legal guardian of J. Graham, a minor child,

                      Plaintiffs

v.

Chrysler Group, LLC.; Fiat Chrysler Automobiles US., LLC (FCA US, LLC); Rodericus Obyran Carrington;

TRW Automotive Holdings Corp., f/k/a TRW Inc.; TRW Automotive, Inc.; TRW Automotive U.S. LLC; TRW Vehicle Safety Systems, Inc.; TRW Automotive US, LLC; TRW Safety Systems, Inc.: ZF Friedrichshafen AG; ZF TRW Automotive Holdings Corp.,

                      Defendants

Adversary Proceeding No.: _____

-----------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

    Upon the motion of <u>Joseph Parker Miller</u>, to be admitted, *pro hac vice*, to represent <u>Frankie Overton, et al.,</u> (the "Client") a <u>Plaintiff</u> in the above referenced [✓] case [ ] adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of <u>Alabama</u> and, if applicable, the bar of the U.S. District Court for the <u>Middle</u> District of <u>Alabama</u>, it is hereby

    **ORDERED**, that <u>Joseph Parker Miller</u>, Esq., is admitted to practice, *pro hac vice*, in the above referenced [✓] case [ ] adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

**Dated:** <u>March 23, 2018</u>
<u>New York</u>, New York

/s/ STUART M. BERNSTEIN
_____
UNITED STATES BANKRUPTCY JUDGE