**UNITED STATES BANKRUPTCY COURT**

**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

In re: Old Carco LLC
     (f/k/a Chrysler LLC) et al.,

                              Debtor

Case No.: 09-50002 (SMB)

Chapter 11

------------------------------------------------------------x

Frankie Overton, Administrator of the Estate of Sue Ann Graham, Deceased; and Scott Graham, as legal guardian of J. Graham, a minor child,

                              Plaintiffs

                              v.

Chrysler Group, LLC.; Fiat Chrysler Automobiles US., LLC (FCA US, LLC); Rodericus Obyran Carrington; TRW Automotive Holdings Corp., f/k/a TRW Inc.; TRW Automotive, Inc.; TRW Automotive U.S. LLC; TRW Vehicle Safety Systems, Inc.; TRW Automotive US, LLC; TRW Safety Systems, Inc.: ZF Friedrichshafen AG; ZF TRW Automotive Holdings Corp.,

                              Defendants

Adversary Proceeding No.: _____

------------------------------------------------------------x

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

        Upon the motion of __Stephanie S. Monplaisir__, to be admitted, *pro hac vice*, to represent __Frankie Overton, et al.,__, (the "Client") a __Plaintiff__ in the above referenced ☑ case ☐ adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the bar in the State of __Alabama__ and, if applicable, the bar of the U.S. District Court for the __Middle__ District of __Alabama__, it is hereby

        **ORDERED**, that __Stephanie S. Monplaisir__, Esq., is admitted to practice, *pro hac vice*, in the above referenced ☑ case ☐ adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

**Dated:** __March 23, 2018__
__New York__, **New York**

                                          /s/ STUART M. BERNSTEIN
                                          **UNITED STATES BANKRUPTCY JUDGE**