**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------- x
In re:

Old Carco LLC, *et al.*,

               Debtors.

------------------------------------------- :

Makenna Bennett,

               Plaintiff,

      -v-

FCA US LLC, et al.,

               Defendants.

------------------------------------------- X

: Chapter 11
: Case No. 09-50002 (SMB)
: Jointly Administered
:
: Adv. Pro. No. 18-01035 (SMB)

**ORDER PURSUANT TO SECTION 350 OF THE BANKRUPTCY CODE
REOPENING THE CHAPTER 11 CASE OF OLD CARCO LLC FOR
THE LIMITED PURPOSE OF PERMITTING ADJUDICATION
<u>OF TRANSFERRED LITIGATION</u>**

       As stated on the record at the conference held on March 20, 2018 in the above-referenced adversary proceeding; and there being good and sufficient cause;

       IT IS HEREBY ORDERED THAT:

       1.    The chapter 11 case of *Old Carco LLC*, Case No. 09-50002, is hereby reopened, pursuant to section 350(b) of the Bankruptcy Code, for the limited purpose of adjudicating in this Court the adversary proceeding captioned *Bennett* v. *FCA US LLC*, Adv. Pro. No. 18-01035 (SMB), which has been docketed with this Court.

2. Entry of this Order shall be without prejudice to, and shall not operate as a waiver of, the rights of any party with respect to the litigation.

3. This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**Dated: March 23, 2018**
**New York, New York**                  **/s/ STUART M. BERNSTEIN**

**Hon. Stuart M. Bernstein**
**United States Bankruptcy Judge**

-2-