**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: : | Chapter 11 |
| : | |
| Old Carco LLC, *et al.*, : | Case No. 09-50002 (SMB) |
| : | |
| Debtors. : | Jointly Administered |
| : | |
| : | |

**DECLARATION OF J. PARKER MILLER IN SUPPORT OF PLAINTIFFS'
OPPOSITION TO FCA US LLC'S MOTION TO ENFORCE THE
COURT'S ORDER (I) AUTHORIZING THE SALE OF SUBSTANTIALLY ALL
OF THE DEBTORS' ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS,
INTERESTS AND ENCUMBRANCES, (II) AUTHORIZING THE ASSUMPTION
AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND
UNEXPIRED LEASES IN CONNECTION THEREWITH AND RELATED
PROCEDURES AND (III) GRANTING RELATED RELIEF**

J. PARKER MILLER declares:

1. I am a member of the Bars of the States of Alabama and Georgia and a principal of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., counsel to the plaintiffs Frankie Overton, as executor of the estate of Sue Ann Graham, and Scott Graham, as legal guardian of J.G., a minor child (collectively, the "**Plaintiffs**").

2. I make this declaration to provide the Court of a copy of certain materials submitted and relied on by the Plaintiffs in their response in opposition to FCA US LLC's Motion to Enforce the Court's Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Intersts and Encumbrances, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith and Related Procedures and (III) Granting Related Relief, filed as Docket No. 8510 (the "**Motion**").

1

3. Attached as **Exhibit 1** is a true and correct copy of Chrysler's letter dated August 27, 2009, to Senator Richard Durbin.

4. Attached as **Exhibit 2** is a true and correct copy of the Plaintiffs' Complaint that is the subject of FCA's Motion.

5. Attached as **Exhibit 3** is a true and correct copy of the decision of the United States District Court for the District of Alabama in *Overton v. Chrysler Group LLC*, Case No. 2:17-cv-01983-RDP, 2018 WL 847772 (N.D. Ala. Feb. 13, 2018).

6. Attached as **Exhibit 4** is a true and correct copy of the Advisory Opinion dated, February 1, 1978, of the Attorney General for the State of Alabama issued to Mr. Charles H. Payne, Commissioner of Insurance of the State of Alabama.

7. Attached as **Exhibit 5** is a true and correct copy of FCA's Answer to Plaintiff's Complaint.

8. Attached as **Exhibit 6** is a true and correct copy of FCA's Notice of Filing after Remand.

I declare under penalty of perjury under the laws of the United Sates that, to the best of my knowledge and belief, the foregoing is true and correct.

Executed on May 4, 2018

/s/ *J. Parker Miller*

J. Parker Miller
P. O. Box 4160
Montgomery, Alabama 36103-4160
Telephone: (334) 269-2343
Facsimile: (334) 954-7555
Parker.Miller@beasleyallen.com

*Counsel for Plaintiffs Frankie Overton,
as Executor of the Estate of Suh Ann
Graham;and Scott Graham, as legal*

*guardian of J.G., a minor child*