Brian D. Glueckstein
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone:     (212) 558-4000
Facsimile:     (212) 558-3588

*Counsel for FCA US LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Old Carco LLC<br>(f/k/a Chrysler LLC), *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50002 (SMB)<br><br>(Jointly Administered) |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on May 18, 2018, FCA US LLC filed a motion for entry of an order striking the *Affidavit of Retired Justice R. Bernard Harwood* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "Hearing") on the Motion has been scheduled to be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, of the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, 10004 on **June 7, 2018 at 10:00 am (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the Motion must be made in writing, with a hard copy to Chambers, conform to the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for the Southern District of New York, to be filed with the Bankruptcy Court so as to be actually received by FCA US LLC not later than **May 31, 2018 at 4:00 p.m. (Eastern Time)**.

If you fail to respond in accordance with this notice, the Court may grant the relief requested in the Motion without further notice or hearing.

Dated:  May 18, 2018　　　　　　　　　　　　/s/ Brian D. Glueckstein
　　　　New York, New York　　　　　　　　Brian D. Glueckstein
　　　　　　　　　　　　　　　　　　　　　SULLIVAN & CROMWELL LLP
　　　　　　　　　　　　　　　　　　　　　125 Broad Street
　　　　　　　　　　　　　　　　　　　　　New York, New York  10004
　　　　　　　　　　　　　　　　　　　　　Telephone:    (212) 558-4000
　　　　　　　　　　　　　　　　　　　　　Facsimile:    (212) 558-3588

*Counsel for FCA US LLC*