**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Old Carco LLC<br>(f/k/a Chrysler LLC), *et al.*,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 09-50002 (SMB)<br><br>(Jointly Administered) |

### ORDER REGARDING THE AFFIDAVIT OF
### RETIRED JUSTICE R. BERNARD HARWOOD

Upon the motion (the "Motion")[1] of FCA US LLC ("FCA US") for entry of an order (the "Order") striking the *Affidavit of Retired Justice R. Bernard Harwood* [Docket No. 8523-8] (the "Harwood Affidavit"); this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having retained jurisdiction to consider the Motion pursuant to paragraphs 43 and 59 of the Sale Order and Article VIII of the Plan; and venue of these chapter 11 cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided; and a hearing on the Motion having been held on June 7, 2018 (the "Hearing"); and Plaintiffs' opposition to the Motion having been overruled to the extent set forth at the Hearing; and upon the record made at the Hearing; and after due deliberation thereon; and good and sufficient cause appearing therefore;

    IT IS HEREBY ORDERED THAT:

    1.    The Motion is GRANTED as set forth herein.

---

[1] Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion.

-2-

       2.      The Harwood Affidavit is struck from the evidentiary record and shall not be considered as evidence pursuant to Federal Rule of Evidence 702 or on any other basis.

       3.      The Harwood Affidavit shall be included in the record of the Motion solely as attorney argument included at part of Plaintiffs' briefing.

       4.      The requirements set forth in Local Rule 9013-1(b) are satisfied.

       5.      This Court retains jurisdiction with respect to all matters arising from or related to the enforcement of this Order.

**Dated:  June 25, 2018**
        **New York, New York**

                                              /s/ STUART M. BERNSTEIN
                                              **Honorable Stuart M. Bernstein**
                                              **United States Bankruptcy Judge**