J. Parker Miller (*pro hac vice*)
Stephanie Monplaisir  (*pro hac vice*)
**BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.**
P. O. Box 4160
Montgomery, Alabama 36103-4160
Telephone: (334) 269-2343
Facsimile: (334) 954-7555
Parker.Miller@beasleyallen.com
Stephanie.Monplaisir@beasleyallen.com
*Counsel for Plaintiffs Frankie Overton, as Executor of the Estate of Sue Ann Graham; and Scott Graham, as legal guardian of J.G., a minor child*

Mark Tsukerman
**COLE SCHOTZ P.C.**
1325 Avenue of the Americas, 19th Floor
New York, NY  10019
(212) 752-8000- Telephone
mtsukerman@coleschotz.com
*Bankruptcy Counsel for Plaintiffs Frankie Overton, as Executor of the Estate of Sue Ann Graham; and Scott Graham, as legal guardian of J.G., a minor child*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Old Carco LLC (f/k/a Chrysler LLC), *et al.*, | Case No. 09-50002-(SMB) (Jointly Administered) |
| Debtors. | |

**NOTICE OF APPEAL**

Frankie Overton, as Executor of the Estate of Sue Ann Graham and Scott Graham, as legal guardian of J.G. a minor child, appeal pursuant to 28 U.S.C. § 158(a) and Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure, from the *Order, Pursuant to Section 350 of the Bankruptcy Code, Bankruptcy Rule 5010 and Local Bankruptcy Rule 5010-1, Reopening the Chapter 11 Case of Old Carco LLC for the Limited Purpose of Considering FCA US LLC's Motion to Enforce the Sales Order*, dated June 25, 2018 [Docket No. 8531] and the *Order*

*Granting in Part and Denying in Part FCA US LLC's Motion to Enforce the Sale Order*, dated November 14, 2018 [Docket No. 8535] entered by the Bankruptcy Court in the above-captioned case. Copies of the Orders appealed from are attached hereto as **Exhibit A** and **Exhibit B**.

The names of all parties to the Orders appealed from, and the names, addresses and telephone numbers of their respective counsel are as follows:

1. **Frankie Overton, as Executor of the Estate of Sue Ann Graham, and Scott Graham, as legal guardian of J.G., a minor child**

    J. Parker Miller (*pro hac vice*)
    Stephanie Monplaisir (*pro hac vice*)
    BEASLEY, ALLEN, CROW,
    METHVIN, PORTIS & MILES, P.C.
    P. O. Box 4160
    Montgomery, Alabama 36103-4160
    Telephone: (334) 269-2343
    Facsimile: (334) 954-7555
    Parker.Miller@beasleyallen.com
    Stephanie.Monplaisir@beasleyallen.com

    -and-

    Mark Tsukerman
    COLE SCHOTZ P.C.
    1325 Avenue of the Americas, 19th Floor
    New York, NY  10019
    Telephone: (212) 752-8000
    Facsimile: (212) 752-8393
    mtsukerman@coleschotz.com

2. **FCA US LLC**

    Brian D. Glueckstein
    SULLIVAN & CROMWELL LLP
    125 Broad Street
    New York, New York 10004
    Telephone: (212) 558-4000
    Facsimile: (212) 558-3588
    gluecksb@sullcrom.com

DATED:    New York, New York
November 27, 2018

Respectfully submitted,

/s/*J. Parker Miller*
**BEASLEY, ALLEN, CROW,**
**METHVIN, PORTIS & MILES, P.C.**
J. Parker Miller (*pro hac vice*)
Stephanie Monplaisir (*pro hac vice*)
P. O. Box 4160
Montgomery, Alabama 36103-4160
Telephone: (334) 269-2343
Facsimile: (334) 954-7555
Parker.Miller@beasleyallen.com
Stephanie.Monplaisir@beasleyallen.com
*Lead Counsel for Plaintiffs Frankie Overton, as Executor of the Estate of Sue Ann Graham; and Scott Graham, as legal guardian of J.G., a minor child*

**COLE SCHOTZ P.C.**
Mark Tsukerman
1325 Avenue of the Americas, 19th Floor
New York, NY  10019
(212) 752-8000- Telephone
mtsukerman@coleschotz.com
*Bankruptcy Counsel for Plaintiffs Frankie Overton, as Executor of the Estate of Sue Ann Graham; and Scott Graham, as legal guardian of J.G., a minor child*