# Exhibit A

**Order, Pursuant to Section 350 of the Bankruptcy Code, Bankruptcy Rule 5010 and Local Bankruptcy Rule 5010-1, Reopening the Chapter 11 Case of Old Carco LLC for the Limited Purpose of Considering FCA US LLC's Motion to Enforce the Sale Order [Docket No. 8531], dated June 25, 2018**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Old Carco LLC<br>(f/k/a Chrysler LLC), *et al.*,<br><br>       Debtors. | Chapter 11<br><br>Case No. 09-50002 (SMB)<br><br>(Jointly Administered) |

**ORDER, PURSUANT TO SECTION 350 OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 5010 AND LOCAL BANKRUPTCY RULE 5010-1, REOPENING THE CHAPTER 11 CASE OF OLD CARCO LLC FOR THE LIMITED PURPOSE OF CONSIDERING FCA US LLC'S <u>MOTION TO ENFORCE THE SALE ORDER</u>**

Upon the *Motion of FCA US LLC, Pursuant to Section 350 of the Bankruptcy Code, Bankruptcy Rule 5010 and Local Bankruptcy Rule 5010-1, to Reopen the Chapter 11 Case of Old Carco LLC for Limited Purpose of Consider FCA US LLC's Motion to Enforce the Sale Order* (the "<u>Motion</u>")[1]; this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having retained jurisdiction to consider the Motion pursuant to paragraphs 43 and 59 of the Sale Order, Article VIII of the Plan and paragraph 9 of the Final Decree; and venue of these chapter 11 cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided; and a hearing on the Motion having been held on June 7, 2018 (the "<u>Hearing</u>"); and Plaintiffs' opposition to the Motion having been overruled to the extent set forth at the Hearing; and the Court having reviewed the Motion; and this Court

---

[1] Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion. The relief requested in the Motion with respect to *Bennett* v. *FCA US LLC*, Adv. Pro. No. 18-001035, was previously granted by Order dated March 23, 2018 [Dkt. No. 8518].

having determined that cause exists to reopen the chapter 11 case of Old Carco for the limited purpose set forth in the Motion and on the record at the Hearing; and after due deliberation thereon; and good and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The chapter 11 case of *Old Carco LLC*, Case No. 09-50002, is hereby reopened, pursuant to section 350(b) of the Bankruptcy Code, Bankruptcy Rule 5010 and Local Bankruptcy Rule 5010-1, to consider and adjudicate in this Court *FCA US LLC's Motion to Enforce the Court's Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of All Liens, Claims, Interests and Encumbrances, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith and Related Procedures and (III) Granting Related Relief* [Dkt. No. 8510].

3. The requirements set forth in Local Rule 9013-1(b) are satisfied.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**Dated: June 25, 2018**
       **New York, New York**

                                              **/s/ STUART M. BERNSTEIN**
                                              **Honorable Stuart M. Bernstein**
                                              **United States Bankruptcy Judge**