J. Parker Miller (*pro hac vice*)
Stephanie Monplaisir  (*pro hac vice*)
**BEASLEY, ALLEN, CROW, METHVIN,**
**PORTIS & MILES, P.C.**
P. O. Box 4160
Montgomery, Alabama 36103-4160
Telephone: (334) 269-2343
Facsimile: (334) 954-7555
Parker.Miller@beasleyallen.com
Stephanie.Monplaisir@beasleyallen.com
*Counsel for Plaintiffs Frankie Overton, as Executor of the Estate of Sue Ann Graham; and Scott Graham, as legal guardian of J.G., a minor child*

Mark Tsukerman
**COLE SCHOTZ P.C.**
1325 Avenue of the Americas, 19th Floor
New York, NY  10019
(212) 752-8000- Telephone
mtsukerman@coleschotz.com
*Bankruptcy Counsel for Plaintiffs Frankie Overton, as Executor of the Estate of Sue Ann Graham; and Scott Graham, as legal guardian of J.G., a minor child*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Old Carco LLC (f/k/a Chrysler LLC), *et al.*, | Case No. 09-50002-(SMB) (Jointly Administered) |
| Debtors. | |

### **CERTIFICATE OF SERVICE**

I, J. Parker Miller, certify as follows:

On November 27, 2018, my office caused to be filed and served a Notice of Appeal on behalf of Plaintiffs Frankie Overton, as Executor of the Estate of Sue Ann Graham and Scott Graham, as legal guardian of J.G. a minor child, via the Court's CM/ECF Notification and via E-Mail on the following parties

1. **FCA US LLC**
   Brian D. Glueckstein
   SULLIVAN & CROMWELL LLP
   125 Broad Street
   New York, New York 10004
   Telephone: (212) 558-4000
   Facsimile: (212) 558-3588
   gluecksteinb@sullcrom.com

DATED:   New York, New York
         November 27, 2018

Respectfully submitted,

/s/ *J. Parker Miller*_____
**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C**
J. Parker Miller (*pro hac vice*)
Stephanie Monplaisir (*pro hac vice*)
P. O. Box 4160
Montgomery, Alabama 36103-4160
Telephone: (334) 269-2343
Facsimile: (334) 954-7555
Parker.Miller@beasleyallen.com
Stephanie.Monplaisir@beasleyallen.com
*Lead Counsel for Plaintiffs Frankie Overton, as Executor of the Estate of Sue Ann Graham; and Scott Graham, as legal guardian of J.G., a minor child*

**COLE SCHOTZ P.C.**
Mark Tsukerman
1325 Avenue of the Americas, 19th Floor
New York, NY  10019
(212) 752-8000- Telephone
mtsukerman@coleschotz.com
*Bankruptcy Counsel for Plaintiffs Frankie Overton, as Executor of the Estate of Sue Ann Graham; and Scott Graham, as legal guardian of J.G., a minor child*