J. Parker Miller (*pro hac vice*)
Stephanie Monplaisir  (*pro hac vice*)
**BEASLEY, ALLEN, CROW, METHVIN,**
**PORTIS & MILES, P.C.**
P. O. Box 4160
Montgomery, Alabama 36103-4160
Telephone: (334) 269-2343
Facsimile: (334) 954-7555
Parker.Miller@beasleyallen.com
Stephanie.Monplaisir@beasleyallen.com
*Counsel for Plaintiffs Frankie Overton, as Executor of the Estate of Sue Ann Graham; and Scott Graham, as legal guardian of J.G., a minor child*

Mark Tsukerman
**COLE SCHOTZ P.C.**
1325 Avenue of the Americas, 19th Floor
New York, NY  10019
(212) 752-8000- Telephone
mtsukerman@coleschotz.com
*Bankruptcy Counsel for Plaintiffs Frankie Overton, as Executor of the Estate of Sue Ann Graham; and Scott Graham, as legal guardian of J.G., a minor child*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Old Carco LLC (f/k/a Chrysler LLC), *et al.*, | Case No. 09-50002-(SMB) (Jointly Administered) |
| Debtors. | |

### STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Federal Rule of Bankruptcy Procedure 8009, Appellants Frankie Overton, as Executor of the Estate of Sue Ann Graham, and Scott Graham, as legal guardian of J.G. a minor child, by and through their undersigned counsel, respectfully submit to the United States District Court for the Southern District of New York this statement of issues to be presented on appeal and designation of items to be included in the record on appeal regarding the Notice of Appeal, dated

November 27, 2018 [Docket No. 8536] from the *Order, Pursuant to Section 350 of the Bankruptcy Code, Bankruptcy Rule 5010 and Local Bankruptcy Rule 5010-1, Reopening the Chapter 11 Case of Old Carco LLC for the Limited Purpose of Considering FCA US LLC's Motion to Enforce the Sales Order*, dated June 25, 2018 [Docket No. 8531] and the *Order Granting in Part and Denying in Part FCA US LLC's Motion to Enforce the Sale Order*, dated November 14, 2018 [Docket No. 8535].

## I.      STATEMENT OF ISSUES PRESENTED

1)      Did the Bankruptcy Court err in holding that Plaintiff Overton's Alabama wrongful death claims against FCA US LLC f/k/a Chrysler Group LLC ("New Chrysler") are barred by the Sale Order and the related agreements, including the Master Transaction Agreement, dated April 30, 2009 (the "MTA"), Amendment No. 4 to the MTA and the order approving Amendment No. 4 (collectively, the "Sale Documents")?

2)      Did the Bankruptcy Court err in holding that the punitive damages exclusion of the MTA and Amendment no. 4 was not intended to be limited to traditional punitive or exemplary damages (i.e., based on egregious or wanton conduct) but was also intended to exclude all liability for wrongful death claims in Alabama (including based on negligent conduct)?

3)      Did the Bankruptcy Court err in holding that the wholesale exclusion of New Chrysler's liability for wrongful death in Alabama under the MTA and Amendment No. 4 would not lead to an absurd, unfair or otherwise anomalous result?

4)      Did the Bankruptcy Court err in holding that the exclusion of New Chrysler's liability for wrongful death in Alabama under the MTA and Amendment No. 4 was not invalid, illegal or incapable of being enforced by any rule of Law, or public policy?

5)    Did the Bankruptcy Court err in holding that the Sale Documents were not patently or latently ambiguous?

6)    Did the Bankruptcy Court err in deciding matters of Alabama law and public policy instead of deferring to the Alabama courts on such issues?

7)    Did the Bankruptcy Court err in its enforcement of the Sale Documents?

## II.    DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD

The Appellants designate the following items for inclusion in the record on this appeal (including any exhibits, annexes, and/or attachments thereto):

| Designation No. | Date of Filing | Docket No.[1] | Description |
|---|---|---|---|
| 1 | 03/12/2018 | 8508 | Motion of FCA US LLC, Pursuant to Section 350 of the Bankruptcy Code, Bankruptcy Rule 5010 and Local Bankruptcy Rule 5010-1, to Reopen the Chapter 11 Case of Old Carco LLC for the Limited purposes of (I) Considering FCA US LLC's Motion to Enforce the Sale Order and (II) Adjudicating the Transferred Litigation |
| 2 | 03/12/2018 | 8509 | Notice of Hearing on FCA LLC's Motion to Reopen |
| 3 | 03/12/2018 | 8510 | FCA US LLC's Motion to Enforce the Court's Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of all Liens, Claims, Interests and Encumbrances, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith and Related Procedures and (III) Granting Related Relief |
| 4 | 03/12/2018 | 8511 | Notice of Hearing on FCA LLC's Motion to Enforce |
| 5 | 03/12/2018 | 8512 | Declaration of Brian D. Glueckstein in Support of FCA US LLC's Motion to Enforce the Sale Order |
| 6 | 03/13/2018 | 8513 | Certificate of Service |
| 7 | 03/22/2018 | 8514 | Motion for Admission to Practice, *Pro Hac Vice* |
| 8 | 03/22/2018 | 8515 | Motion for Admission to Practice, *Pro Hac Vice* |
| 9 | 03/23/2018 | 8516 | Order Granting Admission to Practice, *Pro Hac Vice* |
| 10 | 03/23/2018 | 8517 | Order Granting Admission to Practice, *Pro Hac Vice* |
| 11 | 03/23/2018 | 8518 | Order Pursuant to Section 350 of the Bankruptcy Code Reopening the Chapter 11 Case of Old Carco LLC for |

---

[1]    All entries refer to the Case No. 09-50002 (Bankr. S.D.N.Y.).

| | | | the Limited Purpose of Permitting Adjudication of Transferred Litigation |
|---|---|---|---|
| 12 | 03/29/2018 | 8520 | Memorandum Endorsed Order Denying Plaintiffs' Request for Extension of Time to Respond to FCA UC LLC's Motions |
| 13 | 04/03/2018 | 8521 | Stipulation and Order Regarding Briefing Schedule |
| 14 | 05/04/2018 | 8523 | Plaintiffs' Opposition to FCA US LLC's Motion to Enforce the Court's Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of all Liens, Claims, Interests and Encumbrances, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith and Related Procedures and (III) Granting Related Relief |
| 15 | 05/04/2018 | 8524 | Plaintiffs' Opposition to FCA US LLC's Motion, Pursuant to Section 350 of the Bankruptcy Code, Bankruptcy Rule 5010 and Local Bankruptcy Rule 5010-1, to Reopen the Chapter 11 Case of Old Carco LLC for the Limited Purpose of Considering FCA US. LLC's Motion to Enforce the Sale Order |
| 16 | 05/18/2018 | 8525 | FCA US LLC's Reply in Support of its Motion Pursuant to Section 350 of the Bankruptcy Code, Bankruptcy Rule 5010 and Local Bankruptcy Rule 5010-1, to Reopen the Chapter 11 Case of Old Carco LLC for the limited purpose of considering FCA US LLC's Motion to Enforce the Sale Order |
| 17 | 05/18/2018 | 8526 | FCA US LLC's Reply in Support of its Motion to Enforce the Court's Order (I) Authorizing the Sale of Substantially All of the Debtors' Assets Free and Clear of all Liens, Claims, Interests and Encumbrances, (II) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith and Related Procedures and (III) Granting Related Relief |
| 18 | 05/18/2018 | 8527 | FCA US LLC's Motion to Strike the Affidavit of Retired Justice R. Barnard Harwood |
| 19 | 05/18/2018 | 8528 | Notice of Hearing on FCA US LLC's Motion to Strike |
| 20 | 05/31/2018 | 8529 | Plaintiffs Opposition to FCA US LLC's Motion to Strike the Affidavit of Retired Justice R. Bernard Harwood |
| 21 | 06/04/2018 | 8530 | FCA US LLC's Reply in Support of its Motion to Strike the affidavit of Retired Justice R. Barnard Harwood |
| 22 | 06/21/2018 | | Email to Judge Bernstein following the Court's inquiry at the June 7, 2018 hearing concerning section 726(a)(4) of the Bankruptcy Code |

| 23 | 06/25/2018 | 8531 | Order, Pursuant to Section 350 of the Bankruptcy Code, Bankruptcy Rule 5010 and Local Bankruptcy Rule 5010-1, Reopening the Chapter 11 Case of Old Carco LLC for the Limited Purpose of Considering FCA US LLC's Motion to Enforce the Sale Order |
| 24 | 06/25/2018 | 8532 | Order Regarding the Affidavit of Retired Justice R. Barnard Harwood |
| 25 | 06/25/2018 | 8533 | Transcript regarding Hearing Held on 06/07/2018 |
| 26 | 11/01/2018 | 8534 | Memorandum Decision Granting in Part and Denying In Part FCA US LLC's Motion to Enforce the Sale Order |
| 27 | 11/14/2018 | 8535 | Order Granting in Part and Denying in Part FCA US LLC's Motion to Enforce the Sale Order |
| 28 | 11/27/2018 | 3536 | Notice of Appeal |
| 29 | 11/28/2018 | 3537 | Certificate of Service of Notice of Appeal |

DATED:     New York, New York
                December 11, 2018

Respectfully submitted,

/s/  *J. Parker Miller*
**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**
J. Parker Miller (*pro hac vice*)
Stephanie Monplaisir (*pro hac vice*)
P. O. Box 4160
Montgomery, Alabama 36103-4160
Telephone: (334) 269-2343
Facsimile: (334) 954-7555
Parker.Miller@beasleyallen.com
Stephanie.Monplaisir@beasleyallen.com
*Lead Counsel for Plaintiffs Frankie Overton, as
Executor of the Estate of Sue Ann Graham; and Scott
Graham, as legal guardian of J.G., a minor child*

**COLE SCHOTZ P.C.**
Mark Tsukerman
1325 Avenue of the Americas, 19th Floor
New York, NY  10019
(212) 752-8000- Telephone
mtsukerman@coleschotz.com
*Bankruptcy Counsel for Plaintiffs Frankie Overton, as
Executor of the Estate of Sue Ann Graham; and Scott
Graham, as legal guardian of J.G., a minor child*