09-50002-mg    Doc 8540    Filed 12/11/18    Entered 12/11/18 15:36:57    Main Document
Pg 1 of 2

J. Parker Miller (*pro hac vice*)
Stephanie Monplaisir  (*pro hac vice*)
**BEASLEY, ALLEN, CROW, METHVIN,**
**PORTIS & MILES, P.C.**
P. O. Box 4160
Montgomery, Alabama 36103-4160
Telephone: (334) 269-2343
Facsimile: (334) 954-7555
Parker.Miller@beasleyallen.com
Stephanie.Monplaisir@beasleyallen.com
*Counsel for Plaintiffs Frankie Overton, as Executor of the Estate of Sue Ann Graham; and Scott Graham, as legal guardian of J.G., a minor child*

Mark Tsukerman
**COLE SCHOTZ P.C.**
1325 Avenue of the Americas, 19th Floor
New York, NY  10019
(212) 752-8000- Telephone
mtsukerman@coleschotz.com
*Bankruptcy Counsel for Plaintiffs Frankie Overton, as Executor of the Estate of Sue Ann Graham; and Scott Graham, as legal guardian of J.G., a minor child*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Old Carco LLC (f/k/a Chrysler LLC), *et al.*, | Case No. 09-50002-(SMB) (Jointly Administered) |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, J. Parker Miller, certify as follows:

On December 11, 2018, my office caused to be filed and served a Statement of Issues on Appeal and Designation of Items to be Included in the Record on Appeal on behalf of Plaintiffs Frankie Overton, as Executor of the Estate of Sue Ann Graham and Scott Graham, as legal

guardian of J.G. a minor child, via the Court's CM/ECF Notification and via E-Mail on the following parties

1. **FCA US LLC**
    Brian D. Glueckstein
    SULLIVAN & CROMWELL LLP
    125 Broad Street
    New York, New York 10004
    Telephone: (212) 558-4000
    Facsimile: (212) 558-3588
    gluecksteinb@sullcrom.com

DATED:    New York, New York
          December 11, 2018

Respectfully submitted,

/s/ *J. Parker Miller*
**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C**
J. Parker Miller (*pro hac vice*)
Stephanie Monplaisir (*pro hac vice*)
P. O. Box 4160
Montgomery, Alabama 36103-4160
Telephone: (334) 269-2343
Facsimile: (334) 954-7555
Parker.Miller@beasleyallen.com
Stephanie.Monplaisir@beasleyallen.com
*Lead Counsel for Plaintiffs Frankie Overton, as Executor of the Estate of Sue Ann Graham; and Scott Graham, as legal guardian of J.G., a minor child*

**COLE SCHOTZ P.C.**
Mark Tsukerman
1325 Avenue of the Americas, 19th Floor
New York, NY  10019
(212) 752-8000- Telephone
mtsukerman@coleschotz.com
*Bankruptcy Counsel for Plaintiffs Frankie Overton, as Executor of the Estate of Sue Ann Graham; and Scott Graham, as legal guardian of J.G., a minor child*