**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: Old Carco LLC and RJM I, LLC, as Liquidation Trustee for Old Carco L     CASE NO.: 09–50002–smb

| aka | Chrysler Town & Country |
| aka | Chrysler 300 |
| aka | Chrysler Sebring |
| aka | Chrysler PT Cruiser |
| aka | Dodge |
| aka | Dodge Avenger |
| aka | Dodge Caliber |
| aka | Dodge Challenger |
| aka | Dodge Dakota |
| aka | Dodge Durango |
| aka | Dodge Grand Caravan |
| aka | Dodge Journey |
| aka | Chrysler Aspen |
| aka | Dodge Nitro |
| aka | Dodge Charger |
| aka | Dodge Ram |
| aka | Dodge Sprinter |
| aka | Dodge Viper |
| aka | Jeep |
| aka | Jeep Commander |

Social Security/Taxpayer ID/Employer ID/Other Nos.:     CHAPTER: 11
38–2673623

---

**NOTICE OF TRANSMITTAL OF**
**RECORD OF APPEAL**

All documents regarding the notice of appeal filed in the above referenced proceeding on November 27, 2018, document number 8536, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 18–cv–11290 assigned to the Honorable Alison J. Nathan.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.

Dated: January 11, 2019                                                        Vito Genna
                                                                               Clerk of the Court