# Notice Recipients

District/Off: 0208−1              User:                           Date Created: 1/11/2019
Case: 09−50002−smb              Form ID: tranapl                Total: 2

**Recipients of Notice of Electronic Filing:**
aty       Brian D. Glueckstein       gluecksb@sullcrom.com
aty       Joseph Parker Miller       parker.miller@beasleyallen.com

TOTAL: 2