**Michael Brasky**

---

| | |
|---|---|
| From: | Marianne . <marianne_ogrady@hotmail.com> |
| Sent: | Monday, August 05, 2019 4:29 PM |
| To: | NYSBml_Bernstein's_Chambers_Staff; NYSBml_Glenn's_Chambers |
| Subject: | alternate server referenced by order M399. Chrysler and GM |

Hi Hon Bernstein and Hon Glenn.

I am to submit amended notice of appeal of GM order 14530 within 60 days of entry (US is statutory party).

There is service matrix which I have no access to.

Can you each provide me with list of parties in that matrix, I will work from that reference point to ensure all necessary parties are served.

The merges orders and process of Chrysler and GM within appeal, as each transaction is counterpart of other. While you may disagree, I only seek only service list on alternate server (if or it not updated) as it is or must be public information.

please email back the service list for respective case.

Thanks!

/s/
Marianne Patterson

**MEMO ENDORSED**

The Court is not familiar with this matter as far as Chrysler is concerned.

SmB
USBJ
8/7/19

1