RICHARD D. McCUNE, State Bar No. 132124
rdm@mccunewright.com
DAVID C. WRIGHT, State Bar No. 177468
dcw@mccunewright.com
MARK I. RICHARDS
mir@mccunewright.com
MCCUNE WRIGHT AREVALO LLP
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: 909557-1275

DOUGLAS C. SOHN, State Bar No. 82920
dsohn@sohnlaw.com
Sohn & Associates
16970 West Bernardo Drive, Suite 400
San Diego, California 92127
Telephone; (619) 237-7646

Attorneys for Plaintiff Wendy Hightman,
and the putative class

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY HIGHTMAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 18-cv-02205-BEN-KSC<br><br>**CONSUMER LEGAL REMEDIES ACT VENUE AFFIDAVIT OF PLAINTIFF WENDY HIGHTMAN** |

I, Wendy Hightman, hereby declare and state as follows:

1. I am over the age of 18 and a Plaintiff in this action. The facts contained in this declaration are based on my personal knowledge and information and I have gathered that is available to me, and if called upon to do so, I could and would testify to the matters stated herein.

-1-

CLRA Venue Affidavit of Plaintiff Wendy Hightman
Case No. 18-cv-02205-BEN-KSC

2. I make this affidavit as required by California Civil Code section 1780(d).

3. The complaint in this action is filed in the proper place for trial of this action because Defendant FCA US LLC does business in San Diego county and a substantial portion of the events, acts, and omissions that are subject to the claims in this matter occurred in San Diego county.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on September 25, 2018.

_____
Wendy Hightman

-2-

CLRA Venue Affidavit of Plaintiff Wendy Hightman
Case No. 18-cv-02205-BEN-KSC