```
RICHARD D. McCUNE, State Bar No. 132124
rdm@mccunewright.com
DAVID C. WRIGHT, State Bar No. 177468
dcw@mccunewright.com
MARK I. RICHARDS
mir@mccunewright.com
MCCUNE WRIGHT AREVALO LLP
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: 909557-1275

DOUGLAS C. SOHN, State Bar No. 82920
dsohn@sohnlaw.com
Sohn & Associates
16970 West Bernardo Drive, Suite 400
San Diego, California 92127
Telephone; (619) 237-7646
```

Attorneys for Plaintiff Wendy Hightman, and the putative class

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY HIGHTMAN, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>FCA US LLC, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 18-cv-02205-BEN-KSC<br><br>**NOTICE OF APPEARANCE BY DOUGLAS C. SOHN** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HERE:

PLEASE TAKE NOTICE that Douglas C. Sohn, Sohn & Associates, has appeared as co-counsel for Plaintiffs in this matter.

DATED: October 5, 2018    SOHN & ASSOCIATES

    /s/ Douglas C. .Sohn
    By: Douglas C. Sohn
    Co-Counsel for Plaintiffs

-1-