| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| DAVID C. WRIGHT, Bar #177468<br>MCCUNE-WRIGHT-AREVALO<br>3281 EAST GUASTI RD., SUITE 100<br>ONTARIO, CA 91761 | | | | |
| Telephone No: 909-557-1250 | FAX No: 909-557-1275 | | | |
| | | Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: | | | | |
| United States District Court Southern District Of California | | | | |
| Plaintiff: WENDY HIGHTMAN, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY | | | | |
| Defendant: FCA US LLC, AND DOES 1 THROUGH 10, INCLUSIVE | | | | |
| **PROOF OF SERVICE AMENDED SUMMONS ON** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>18 CV 2205-BEN-KSC |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the AMENDED SUMMONS AND FIRST AMENDED CLASS ACTION COMPLAINT CONSUMER LEGAL REMEDIES ACT VENUE AFFIDAVITH OF PLAINTIFF WENDY HIGHTMAN; NOTICE OF VIOLATION OF CALIFORNIA;S CONSUMERS LEGAL REMEDIES ACT, THE MAGNUSON-MOSS WARRANTY ACT, AND DEMAND FOR RELIEF.

3. a. Party served:       FCA US LLC
   b. Person served:    CARLOS PAZ, Authorized Agent For Service Of Process.

4. Address where the party was served:    CT CORPORATION SYSTEM
   818 W.7TH STREET, 9TH FL
   LOS ANGELES, CA  90017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Oct. 22, 2018 (2) at: 10:58AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   Under CCP 416.10 (corporation)

7. Person Who Served Papers:
   a. LUCIO MUNOZ
   b. ALL-STAR ATTORNEY SERVICE
      1524 PIZARRO STREET, Registration # 1732
      LOS ANGELES, CA  90026
   c. (310) 559-2525, FAX 310-559-6298

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. The Fee for Service was:    $89.25
   e. I am: (3) registered California process server
      (i)  Owner
      (ii) Registration No.:    1732
      (iii) County:

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Oct. 24, 2018

(LUCIO MUNOZ)

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
AMENDED SUMMONS ON

mcune,60678