| | |
|---|---|
| 1 | RICHARD D. McCUNE, State Bar No. 132124 |
| 2 | rdm@mccunewright.com<br>DAVID C. WRIGHT, State Bar No. 177468 |
| 3 | dcw@mccunewright.com<br>MARK I. RICHARDS, State Bar No. 321252 |
| 4 | mir@mccunewright.com<br>MCCUNE WRIGHT AREVALO LLP |
| 5 | 3281 East Guasti Road, Suite 100<br>Ontario, California 91761 |
| 6 | Telephone: (909) 557-1250 |
| 7 | Facsimile: (909) 557-1275 |
| 8 | *Attorneys for Plaintiff* |
| 9 | |
| 10 | William M. Low (Bar No. 106669)<br>wlow@higgslaw.com |
| 11 | Edwin Boniske (Bar No. 265701)<br>boniske@higgslaw.com |
| 12 | HIGGS FLETCHER & MACK LLP |
| 13 | 401 West "A" Street, Suite 2600<br>San Diego, CA 92101-7913 |
| 14 | Telephone: (619) 236-1551<br>Facsimile:  (619) 696-1410 |
| 15 | |
| 16 | *Attorneys for Defendant FCA US LLC* |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WENDY HIGHTMAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.  3:18-CV-02205-BEN-KSC<br><br>**STIPULATION AND JOINT MOTION TO EXTEND TIME FOR DEFENDANT FCA US LLC TO RESPOND TO PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT, PURSUANT TO LOCAL RULE 12.1** |

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

8777395.1                                                                                    CASE NO. 3:18-CV-02205-BEN-KSC

1   Pursuant to Civil Rules 7.2 and 12.1, Plaintiff WENDY HIGHTMAN ("Plaintiff") and Defendant FCA US LLC ("FCA US") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and jointly move the Court for an order extending the time for FCA US to respond to Plaintiff's First Amended Class Action Complaint.

**WHEREAS**, Plaintiff initiated this action by filing a Class Action Complaint on September 24, 2018, asserting claims against FCA US for: (1) Violation of Magnuson-Moss Warranty (15 U.S.C. § 2301, *et seq.*); (2) Breach of Contract / Common Law Warranty (based on California Law); (3) Breach of the Duty of Good Faith and Fair Dealing (Based on California Law); (4) Violations of California False Advertising law (Cal. Bus. & Prof. Code §§ 17500, *et seq.*); (5) Violation of California Consumer Legal Remedies Act (Cal. Civil Code § 1750, *et seq.*); (6) Violation of California Unfair Competition Law (Cal. Bus. & Prof. Code §§ 17200, *et seq.*);

**WHEREAS**, before the Class Action Complaint had been served on FCA US, Plaintiff filed a First Amended Class Action Complaint on October 5, 2018, asserting the same causes of action that were alleged in the original pleading;

**WHEREAS**, FCA US was served with the First Amended Class Action Complaint on October 23, 2018, and is presently required to answer or otherwise respond to the First Amended Class Action Complaint on or before November 13, 2018;

**WHEREAS**, the Parties have stipulated and agreed that, counsel for FCA US's requires additional time to be able to sufficiently investigate and respond to Plaintiff's allegations, and that on that basis good cause exists to grant FCA US an additional thirty (30) days to respond to Plaintiff's First Amended Class Action Complaint.

/ / /

/ / /

**NOW THEREFORE, IT IS HEREBY STIPULATED** by and between the Parties that, for good cause shown, FCA US shall be granted an additional thirty (30) days to respond to Plaintiff's First Amended Class Action Complaint, and that such response shall be due on or before December 13, 2018.

DATED:  November 9, 2018                MCCUNE WRIGHT AREVALO LLP


By: */s/ David C. Wright*
    RICHARD D. MCCUNE
    DAVID C. WRIGHT
    MARK I. RICHARDS

*Attorneys for Plaintiff*


DATED:  November 9, 2018                HIGGS FLETCHER & MACK LLP


By: */s/ Edwin M. Boniske*
    WILLIAM M. LOW, ESQ.
    EDWIN M. BONISKE, ESQ.

*Attorneys for Defendant*
*FCA US LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed on November 9, 2018, and electronically served on all counsel of record, who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5.4(d).

By: */s/ Edwin M. Boniske*
Edwin M. Boniske (Bar No. 265701)