UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY HIGHTMAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC, and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 3:18-cv-02205-BEN-KSC<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>[Doc. No. 8] |

The Court, having considered the Joint Motion to Extend Time for Defendant to Respond to the Plaintiff's First Amended Class Action Complaint submitted by Plaintiff Wendy Hightman ("Plaintiff") and Defendants, FCA US LLC ("Defendants"), and finding good cause for same, the Court hereby **GRANTS** the Joint Motion and orders as follows:

Defendant's Response to Plaintiff's First Amended Class Action Complaint is due on or before December 13, 2018.

**IT IS SO ORDERED.**

Dated: November 13, 2018

**HON. ROGER T. BENITEZ**
United States District Judge