William M. Low (Bar No. 106669)
wlow@higgslaw.com
Edwin Boniske (Bar No. 265701)
boniske@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, California 92101-7913
Telephone: (619) 236-1551
Facsimile: (619) 696-1410

Kathy A. Wisniewski (admitted *pro hac vice*)
kwisniewski@thompsoncoburn.com
Stephen A. D'Aunoy (admitted *pro hac vice*)
sdaunoy@thompsoncoburn.com
THOMPSON COBURN LLP
One US Bank Plaza
St. Louis, Missouri 63101
Telephone: (314) 552-6000
Facsimile: (314) 552-7000

*Attorneys for Defendant FCA US LLC*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY HIGHTMAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 3:18-CV-02205-BEN-KSC<br><br>**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT FCA US LLC AND NOTICE OF PARTIES WITH FINANCIAL INTEREST** |

Pursuant to Fed. R. Civ. P. Rule 7.1(a), Defendant FCA US LLC, by its attorneys, hereby states that it is a Delaware limited liability company and is not publicly owned. FCA North America Holdings LLC owns more than 10% of FCA

1

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT FCA US LLC
AND NOTICE OF PARTIES WITH FINANCIAL INTEREST**

US LLC and is a subsidiary of Fiat Chrysler Automobiles N.V., a publicly held company.

Pursuant to Civil L.R. 40.2, the undersigned, counsel of record for FCA US LLC, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(1) FCA North America Holdings LLC; and

(2) Fiat Chrysler Automobiles N.V., a publicly held company.

Dated: November 15, 2018

**HIGGS FLETCHER & MACK LLP**

By: _/s/ Edwin Boniske_
William M. Low (Bar No. 106669)
Edwin Boniske (Bar No. 265701)

**THOMPSON COBURN LLP**
Kathy A. Wisniewski (*pro hac vice*)
Stephen A. D'Aunoy (*pro hac vice*)

*Attorneys for FCA US LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served on November 15, 2018 on all counsel of record, who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L. R. 5.4(d).

By: _/s/ Edwin Boniske_
Edwin Boniske (Bar No. 265701)

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANT FCA US LLC
AND NOTICE OF PARTIES WITH FINANCIAL INTEREST**