RICHARD D. McCUNE, State Bar No. 132124
rdm@mccunewright.com
DAVID C. WRIGHT, State Bar No. 177468
dcw@mccunewright.com
MARK I. RICHARDS, State Bar No. 321252
mir@mccunewright.com
MCCUNE WRIGHT AREVALO LLP
3281 East Guasti Road, Suite 100
Ontario, California 91761
Telephone: (909) 557-1250
Facsimile: (909) 557-1275

*Attorneys for Plaintiff*

William M. Low (Bar No. 106669)
wlow@higgslaw.com
Edwin Boniske (Bar No. 265701)
boniske@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, CA 92101-7913
Telephone: (619) 236-1551
Facsimile: (619) 696-1410

*Attorneys for Defendant FCA US LLC*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY HIGHTMAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC, and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. 3:18-CV-02205-BEN-KSC<br><br>**JOINT MOTION AND STIPULATION TO CONTINUE HEARING AND BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS FOR LACK OF JURISDICTION, (ECF NO. 15), MOTION TO TRANSFER, (ECF NO._16), AND MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (ECF NO. 17), , PURSUANT TO LOCAL RULES 7.1(g) AND 7.2** |

Joint Motion to Continue Hearing Dates                                        CASE NO. 3:18-CV-02205-BEN-KSC

Pursuant to Local Rules 7.1(g) and 7.2, Plaintiff WENDY HIGHTMAN and Defendant FCA US LLC, (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and jointly move the Court for an order continuing the hearing date on Defendant's Motion to Dismiss for Lack of Jurisdiction, (ECF No. 15), Motion to Transfer (ECF No. 16), and Motion to Dismiss for Failure to State a Claim, (ECF No. 17), from January 22, 2019, to February 11, 2019, and for the opposition and reply filing deadlines to be continued in accordance with Local Rule 7.1(e)(2-3) and the continued hearing date.

**WHEREAS**, Plaintiff initiated this action by filing a Class Action Complaint on September 24, 2018, asserting claims against FCA US for: (1) Violation of Magnuson-Moss Warranty (15 U.S.C. § 2301, *et seq.*); (2) Breach of Contract / Common Law Warranty (based on California Law); (3) Breach of the Duty of Good Faith and Fair Dealing (Based on California Law); (4) Violations of California False Advertising law (Cal. Bus. & Prof. Code §§ 17500, *et seq.*); (5) Violation of California Consumer Legal Remedies Act (Cal. Civil Code § 1750, *et seq.*); (6) Violation of California Unfair Competition Law (Cal. Bus. & Prof. Code §§ 17200, *et seq.*);

**WHEREAS**, before the Class Action Complaint had been served on FCA US, Plaintiff filed a First Amended Class Action Complaint on October 5, 2018, asserting the same causes of action that were alleged in the original pleading;

**WHEREAS**, FCA US was served with the First Amended Class Action Complaint on October 23, 2018, and was originally required to answer or otherwise respond to the First Amended Class Action Complaint on or before November 13, 2018;

**WHEREAS**, counsel for Defendant FCA US requested a 30-day extension of time to be able to sufficiently investigate and respond to Plaintiff's allegations;

**WHEREAS**, counsel for Plaintiff agreed to the requested 30-day extension on the condition that if Defendant were to respond by filing motion(s) to dismiss,

1  Defendant would stipulate to a briefing schedule that will allow commensurate
2  additional time for Plaintiff to oppose such motions;

3  **WHEREAS**, on December 13, 2018, Defendant simultaneously filed a
4  Motion to Dismiss for Lack of Jurisdiction, (ECF. No. 15), Motion to Transfer,
5  (ECF No. 16), and Motion to Dismiss for Failure to State a Claim, (ECF No. 17)
6  (collectively, the "Motions").  When Defendant's counsel contacted the clerk to
7  obtain a hearing date for the Motions, it was provided with a hearing date of
8  January 22, 2019;

9  **WHEREAS**, with the January 22, 2019 hearing date, the oppositions to the
10 Motions are currently due on January 8, 2019, pursuant Local Rule 7.1(e)(2).

11 **WHEREAS**, after meeting and conferring, the Parties have stipulated and
12 agreed that, in light of the prior agreement of the parties and Plaintiff's counsel's
13 limited availability over the Christmas holidays, and that on that basis good cause
14 exists, to continue the hearing date on the Motions from January 22, 2019, to
15 February 11, 2019, or to the next date available with the Court, with opposition and
16 reply briefs to be due in accordance with the new hearing date and pursuant to
17 Local Rule 7.1(e)(2-3).

18 **NOW THEREFORE, IT IS HEREBY STIPULATED** by and between the
19 Parties and requested of the Court that, for good cause shown, the hearing on
20 Motion to Dismiss for Lack of Jurisdiction, (ECF. No. 15), Motion to Transfer,
21 (ECF No. 16), and Motion to Dismiss for Failure to State a Claim, (ECF No. 17),
22 be continued from January 22, 2019, to February 11, 2019, with Plaintiff's
23 //
24 //
25 //
26 //
27 //
28 //

Joint Motion to Continue Hearing Dates    3    CASE NO. 3:18-CV-02205-BEN-KSC

1  oppositions to be due on or before January 28, 2019, and Defendant's replies to be
2  due on or before February 4, 2019, in accordance with Local Rule 7.1(e)(2-3).

4  DATED: January 3, 2019            MCCUNE WRIGHT AREVALO LLP

6                                   By: */s/ David C. Wright*
                                        RICHARD D. MCCUNE
7                                       DAVID C. WRIGHT
                                        MARK I. RICHARDS
8
                                    *Attorneys for Plaintiff*

10 DATED: January 3, 2019            HIGGS FLETCHER & MACK LLP

12                                  By: */s/ Edwin M. Boniske*
13                                      WILLIAM M. LOW, ESQ.
                                        EDWIN M. BONISKE, ESQ.
14
                                    *Attorneys for Defendant*
15                                  *FCA US LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing was filed on January 2, 2019, and electronically served on all counsel of record, who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ. L.R. 5.4(d).

By: */s/ David C. Wright*
David C. Wright, Bar No. 177468