# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY HIGHTMAN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FCA US LLC, and DOES 1-10, inclusive,<br><br>Defendant. | Case No.: 3:18-cv-02205-BEN-KSC<br><br>**ORDER GRANTING JOINT MOTION AND STIPULATION TO CONTINUE THE MOTION HEARING AND BRIEFING SCHEDULE ON DEFENDANT'S PENDING MOTIONS**<br><br>**[Doc. No. 18]** |

The Court, having considered the Joint Motion to Continue the Motion Hearing regarding Defendant's Motion to Dismiss for Lack of Jurisdiction (Doc. No. 15), Motion to Transfer (Doc. No. 16), and Motion to Dismiss for Failure to State a Claim (Doc. No. 17) submitted by Plaintiff Wendy Hightman ("Plaintiff") and Defendant, FCA US LLC ("Defendant"), and finding good cause for same, the Court hereby **GRANTS** the Joint Motion and orders the Motion Hearing currently scheduled for January 22, 2019, vacated and reset to February 11, 2019. The Court further orders that Plaintiff has until January 22, 2019 to file any oppositions to the motions, and Defendant has until February 4, 2019 to file any replies, should either choose to do so.

**IT IS SO ORDERED.**

Dated: January 7, 2019

_____
**HON. ROGER T. BENITEZ**
United States District Judge