O̲B̲E̲R̲M̲A̲Y̲E̲R̲ R̲E̲B̲M̲A̲N̲N̲ M̲A̲X̲W̲E̲L̲L̲ & H̲I̲P̲P̲E̲L̲ LLP
Angela L. Baglanzis, Esquire
521 5th Avenue, 34th Floor
New York, NY 10175
212-922-9182 – Telephone
917-994-2545 – Facsimile

**UNITED STATES BANKRUPTCY COURT FOR THE
SOUTER DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **CHRYSLER LLC,** *et al.***,** | : | **Case No. 09-50002 (SMB)** |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | Hearing date: 9/19/19 @ 10:00 a.m. |

**MOTION TO WITHDRAW AS ORDINARY COURSE PROFESSIONALS**

**AND NOW COMES** Angela L. Baglanzis, Esquire of Obermayer Rebmann Maxwell & Hippel LLP ("Obermayer") as counsel of record for Chrysler CarCo Lenders Group, Chrysler Financial Services Americas LLC, Chrysler Group LLC f/k/a New CarCo Acquisition LLC, Chrysler National Dealer Council, Chrysler Non-TARP Lenders (collectively "Chrysler") and moves this court for an order authorizing their withdrawal as ordinary course professionals pursuant to Local Rule 2090-1(e) states as follows:

1. On June 22, 2009, Obermayer filed Affidavit of Ordinary Course Professional pursuant to Bankruptcy Court's order authorizing the Debtors to retain certain professionals in the ordinary course of business during the pendency of the Debtor's Chapter 11 cases. A copy is attached hereto as Exhibit "A".

2. Counsel no longer represents the Debtors and hereby files this Motion to Withdraw.

3. The parties to this action will not be prejudiced by Ms. Baglanzis and Obermayer Rebmann Maxwell & Hippel LLP's withdrawal.

4. Notice of the Motion has been provided to the Debtor and all parties requesting notice, and no further notice is required under the rules.

5. Proposed Order granting withdrawal is attached hereto as Exhibit "B".

WHEREFORE, Angela L. Baglanzis and the firm Obermayer Rebmann Maxwell & Hippel LLP respectfully request that they be permitted to withdraw as counsel of record in this case, and that the Court grant any and all other just and proper relief.

Dated: August 21, 2019

Respectfully submitted,

/s/ Angela L. Baglanzis, Esquire
Angela L. Baglanzis, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
521 5th Avenue, 34th Floor
New York, NY 10175
212-922-9182 – Telephone
917-994-2545 – Facsimile

4834-1404-5601