# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
:
In re                                          :   Chapter 11
:
Chrysler LLC, *et al.*,                        :   Case No. 09-50002 (AJG)
:
Debtors.              :   (Jointly Administered)
:
------------------------------------------------------------x

### AFFIDAVIT OF ORDINARY COURSE PROFESSIONAL

COMMONWEALTH OF PENNSYLVANIA    )
                                ) ss:
COUNTY OF ALLEGHENY             )

The undersigned hereby declares, under penalty of perjury, as follows:

1. I am a member, partner or similar representative of the following firm (the "Firm"), which maintains offices at the address and phone number listed below:

Firm:

Obermayer Rebmann Maxwell & Hippel LLP

Address and Phone Number:

BNY Mellon Center, Suite 5240
500 Grant Street
Pittsburgh, PA 15219
(412) 566-1500

2. This Affidavit is submitted in connection with an order of the United States Bankruptcy Court for the Southern District of New York authorizing Chrysler LLC and the other above-captioned debtors and debtors in possession (collectively, the "Debtors") to retain certain professionals in the ordinary course of business during the pendency of the Debtors' chapter 11 cases (the "Order"). Since the date that the Debtors' chapter 11 cases were

commenced (the "Petition Date"), the Debtors have requested that the Firm provide legal services (or continue to provide legal services) to the Debtors, and the Firm has agreed to provide such services. Accordingly, the Firm is filing this Affidavit pursuant to the Order.

3. The Firm, through me, and other members, partners, associates or employees of the Firm, has provided, or plans to provide, the following services to the Debtors from and after the Petition Date: filing of Suggestions of Bankruptcy in newly filed cases, communicating with plaintiffs' counsel regarding same, and associated tasks.

4. To the best of my knowledge or information and belief, formed after due inquiry, (a) except for the proposed retention of the Firm in these chapter 11 cases, the Firm does not currently provide services to any party in any matter related to the Debtors and (b) the Firm does not represent or hold an interest adverse to the Debtors or their estates with respect to the matters for which it is to be employed, namely the filing of Suggestions of Bankruptcy in newly filed cases, communicating with plaintiffs' counsel regarding same, and associated tasks.

5. The Firm may provide, now or in the future, services to certain creditors of the Debtors or other interested parties in matters that are unrelated to the Debtors, but the Firm's work for these clients will not include the provision of services on any matters relating to the Debtors' chapter 11 cases.

6. The Firm is owed approximately $441,915.98, plus additional accumulated amounts for other previous invoices which were not paid in full, on account of services rendered and expenses incurred prior to the Petition Date in connection with the Firm's employment by the Debtors.

7. The Firm has not shared, has not agreed to share, nor will it agree to share, any compensation received in connection with these chapter 11 cases with any party or person,

although such compensation may be shared with any member or partner of, or any person employed by, the Firm.

8. If, at any time during its employment by the Debtors, the Firm discovers any facts bearing on the matters described herein, the Firm will supplement the information contained in this Affidavit.

Dated: June 22, 2009

By: _____
Alice S. Johnston

Sworn to and subscribed before me this 22nd day of June, 2009

_____
Josephine B. Henry
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Josephine B. Henry, Notary Public
City Of Pittsburgh, Allegheny County
My Commission Expires Dec. 1, 2010
Member, Pennsylvania Association of Notaries

- 3 -

NYI-4185703v1
4390654