# **EXHIBIT B**

**UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHER DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **CHRYSLER LLC,** *et al.*, | : | **Case No. 09-50002 (SMB)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |
| | : | **Hearing Date: 9/19/19 @10:a.m.** |

## ORDER

**AND NOW COMES** Angela L. Baglanzis, Esquire and Obermayer Rebmann Maxwell & Hippel LLP's Motion to Withdraw as Ordinary Course Professionals for Chrysler CarCo Lenders Group, Chrysler Financial Services Americas LLC, Chrysler Group LLC f/k/a New CarCo Acquisition LLC, Chrysler National Dealer Council, Chrysler Non-TARP Lenders and the Court being now well and sufficiently advised, hereby finds, orders, and decrees as follows:

Angela L. Baglanzis, Esquire and Obermayer Rebmann Maxwell & Hippel LLP should be and are hereby permitted to withdraw as ordinary course professionals in this case.

IT IS SO ORDERED, this ___ day of          , 2019.

BY THE COURT:

_____

Honorable Stuart M. Bernstein
United States Bankruptcy District Judge

4834-1404-5601