**UNITED STATES BANKRUPTCY COURT FOR THE**
**SOUTER DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **CHRYSLER LLC**, *et al.*, | : | Case No. 09-50002 (SMB) |
| | : | |
| Debtors. | : | Hearing date: 9/19/19 @ 10:00 a.m. |
| | : | |
| | : | Courtroom #723 |

**NOTICE OF MOTION, RESPONSE DEADLINE**
**AND HEARING DATE**

PLEASE TAKE NOTICE that on August 21, 2019 *Obermayer Rebmann Maxwell & Hippel LLP* has filed a *Motion to Withdraw as Ordinary Course Professionals (the "Motion")* with the court for an order granting Motion.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

PLEASE TAKE FURTHER NOTICE that the hearing on the Motion will be held on **September 19, 2019 at: 10:00 a.m.**, before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, in Room 723 of the United States Bankruptcy Court for the Southern District on New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the relief sought in the Motion shall be in writing, shall state with particularity the grounds therefore and shall be filed with the Court (with a courtesy copy delivered to Judge Bernstein's chambers) and served upon movants' attorney at: Obermayer Rebmann Maxwell & Hippel LLP, Attn. Angela L. Baglanzis, Esquire, 521 5th Avenue, 34th Floor, New York, NY 10175, so as to be filed and received **no later than 4:00 p.m. on or before September 12, 2019** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that unless the court orders otherwise, no hearing will be held absent the timely filing of an objection.

                                                        Respectfully submitted,

Dated:  August 21, 2019                By:    */s/ Angela L. Baglanzis*
                                                              Angela L. Baglanizis, Esquire
                                                              521 5th Avenue, 34th Floor
                                                              New York, NY 10175