## UNITED STATES BANKRUPTCY COURT FOR THE
## SOUTHER DISTRICT OF NEW YORK

| | | |
|---|---|---|
| | : | |
| **In re:** | : | **Chapter 11** |
| | : | |
| **CHRYSLER LLC,** *et al.*, | : | **Case No. 09-50002 (SMB)** |
| | : | |
| **Debtors.** | : | **(Jointly Administered)** |
| | : | |
| | : | **Hearing date: 9/19/19 @ 10:00 a.m.** |

### CERTIFICATE OF SERVICE

I, Angela L. Baglanzis, Esquire an attorney with the law firm of Obermayer Rebmann Maxwell & Hippel LLP, do hereby certify that on August 21, 2019, a true and correct copy of the:

- Motion to Withdraw as Ordinary Course Professionals

- Exhibit A and B

- Proposed Order and

- Notice of Motion

were served via the Court's CM/ECF upon the attached service list.


Respectfully submitted,

/s/ Angela L. Baglanzis, Esquire
Angela L. Baglanzis, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
521 5th Avenue, 34th Floor
New York, NY 10175
212-922-9182 – Telephone
917-994-2545 – Facsimile

## SERVICE LIST

David B. Aaronson on behalf of Creditor QEK Global Solutions
daaronson@mccarter.com

David J. Adler on behalf of Creditor Harr Motor Company Inc. d/b/a Harr Chrysler Jeep Dodge
dadler@mccarter.com

David G. Aelvoet on behalf of Creditor Bexar County
sanantonio.bankruptcy@publicans.com

Bruce W. Akerly on behalf of Plaintiff Ryan, Inc.
bakerly@canteyhanger.com, nstarr@canteyhanger.com

Martin Alaniz on behalf of Creditor Cardenas Motors, Inc.
martin.alaniz@gmail.com

Paul M. Alexander on behalf of Unknown Bank of America, N.A.
paul.alexander@millermartin.com, jennipher.borey@millermartin.com

Steven F. Alexsy on behalf of Creditor Future Die Cast and Engineering, Inc.
sa@alawdetroit.com

June K. Allison on behalf of Creditor Lancaster Dodge Chrysler Jeep, Inc.
michelle.marblo@wnhplaw.com

Bret G. Anderson on behalf of Unknown Hofer Vineyards, LLC
banderson@fcoplaw.com

Adam M. Apollo on behalf of Unknown Lynn Grimstad
adam@aoelaw.com

Joel D. Applebaum on behalf of Creditor Arrow Racing Engines
japplebaum@clarkhill.com

W. David Arnold on behalf of Creditor Affinia Group, Inc./Wix Filtration Corp.
darnold@rcolaw.com

Thomas V. Askounis on behalf of Creditor First Bank of Highland Park
taskounis@askounisdarcy.com, rwoolley@askounisdarcy.com

Karin F. Avery on behalf of Creditor Auto Releasing, Inc.
avery@silvermanmorris.com

Douglas Bacon on behalf of Creditor GT Technologies, Inc.
chefiling@lw.com, beth.arnold@lw.com

Kenneth C. Baker on behalf of Creditor Eastman & Smith Ltd
kcbaker@eastmansmith.com

Jason W. Bank on behalf of Creditor Fifth Third Bank

jwb@krwlaw.com

Timothy A. Barnes on behalf of Interested Party Chrysler Canada Inc.
tbarnes@curtis.com

William M. Barron on behalf of Creditor Durr Ecoclean Inc.
wbarron@sgrlaw.com, nyoecf@sgrlaw.com

Lawrence Bass on behalf of Creditor Overland West, Inc.
lawrence.bass@hro.com

Robert N. Bassel on behalf of Creditor Eberspaecher North America, Inc.
bbassel@gmail.com

Donald F. Baty, Jr. on behalf of Creditor Anderson-Cook, Inc. d/b/a MRA Industries, Inc.
dbaty@honigman.com

Leonora K. Baughman on behalf of Creditor City of Detroit
ecf@kaalaw.com

James A. Beldner on behalf of Creditor FT Automotive II, LLC, and FT Automotive IV, LLC
JBeldner@media5LLC.com;

Robert A. Bell, Jr. on behalf of Creditor Hirschvogel Inc.
rabell@vorys.com

Amy Bennecoff on behalf of Creditor Ad Hoc Committee Seeking Fairness for Warranty and Lemon Law Claimants
abennecoff@lemonlaw.com

Ryan B. Bennett on behalf of Interested Party Lear Corporation
rbennett@kirkland.com,
cristine.pirro@kirkland.com;john.weber@kirkland.com;katie.jakola@kirkland.com;jacob.johnston@kirkland.com;anna.terteryan@kirkland.com

Frederick A. Berg on behalf of Creditor Applied Manufacturing Technologies
fberg@kotzsangster.com

John E. Berg on behalf of Debtor Old Carco LLC
jberg@clarkhill.com

Leslie Ann Berkoff on behalf of Creditor Mid-West Forge Corporation
lberkoff@moritthock.com

Richard J. Bernard on behalf of Unknown EDS Canada Corp., f/k/a EDS Canada, Inc.
rbernard@foley.com

Thomas A. Biscup
tombiscup1@aol.com, nmgriffith88@aol.com

Monica Susan Blacker, on behalf of Creditor Knickerbocker Properties, Inc. XXV

mblacker@jw.com

Joan M Blackwell on behalf of Creditor Indiana Department of Workforce Development
joan.blackwell@atg.in.gov

Steven Harris Blatt on behalf of Creditor Tarbox Motors, Inc. and Tarbox Chrysler Jeep, LLC
sblatt@dealerlaw.com

Tricia J. Bloomer on behalf of Defendant Daimler AG (f/k/a DaimlerChrysler AG)
tbloomer@bsfllp.com

Anthony D. Boccanfuso on behalf of Interested Party Chrysler National Dealer Council
Anthony.Boccanfuso@apks.com

Eric Alwin Boden on behalf of Creditor Committee of Consumer-Victims of Chrysler LLC
tclancy@schnader.com

T. Darin Boggs on behalf of Unknown Dave Croft Motor, Inc.
tboggs@balblawyers.com

William F. Bologna on behalf of Defendant Chrysler Group LLC
wfbologna@aol.com

Wanda Borges on behalf of Creditor Raycom Media, Inc.
ecfcases@borgeslawllc.com

Winnifred P. Boylan on behalf of Unknown Linamar Corporation
wpboylan@lambertleser.com

Jean Winborne Boyles on behalf of Unknown D&J Automotive, LLC
jboyles@jhvgglaw.com, dbest@jhvgglaw.com

Franklin P. Brannen, Jr. on behalf of Defendant Daimler AG
fbrannen@kslaw.com

Alan R. Brayton on behalf of Attorney Brayton Purcell LLP
bankruptcy@braytonlaw.com

Timothy W. Brink on behalf of Unknown Sedgwick Claims Management Services, Inc.
tbrink@mpslaw.com, dnichols@mpslaw.com

Alan J. Brody on behalf of Creditor Stant Corp.
brodya@gtlaw.com

F. Mark Bromley on behalf of Interested Party State of Wisconsin Dept. of Workforce Development
bromleyfm@doj.state.wi.us, gurholtks@doj.state.wi.us

James L. Bromley on behalf of Creditor International Union, United Automobile, Aerospace and Agricultural Implement Workers of America (UAW)
bromleyj@sullcrom.com, bromleyj@sullcrom.com

Theresa V. Brown-Edwards on behalf of Creditor Norfolk Southern Corporation and Norfolk Southern Railway
bankruptcy@potteranderson.com

Mark Edwin Browning on behalf of Creditor Texas Comptroller of Public Accounts
SHERRI.SIMPSON@OAG.STATE.TX.US

Adam D. Bruski on behalf of Creditor Federal Screw Works
adbruski@lambertleser.com

Jacob Buchdahl on behalf of Plaintiff Liquidation Trust
jbuchdahl@susmangodfrey.com, lnand@susmangodfrey.com

Deborah M. Buell on behalf of Attorney Cleary Gottlieb Steen & Hamilton LLP
maofiling@cgsh.com

Charles D. Bullock on behalf of Creditor Deluxe Stamping & Die Company
cbullock@sbplclaw.com

Michael G. Burke on behalf of Creditor Bombardier Capital, Inc.
mgburke@sidley.com, emcdonnell@sidley.com

Brent Adam Burns on behalf of Creditor Hollister Incorporated
bburns@babfirm.com

Judy B. Calton on behalf of Creditor EQ - The Environmental Quality Company
jcalton@honigman.com

Jeffrey Morgan Carbino on behalf of Creditor ATEL LEASING CORPORATION
jcarbino@cohenseglias.com

Scott Cargill on behalf of Creditor AT&T Companies
scargill@lowenstein.com

James C. Carignan on behalf of Interested Party SKF USA Inc.
carignanj@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com

D. Christopher Carson on behalf of Creditor Gestamp Mason
ccarson@burr.com

Michael W. Case on behalf of Unknown Hofer Vineyards, LLC
banderson@fcoplaw.com

Erin M. Casey on behalf of Creditor Wheels, Inc.
erin.casey@goldbergkohn.com, jeremy.downs@goldbergkohn.com

Linda J. Casey on behalf of Interested Party BNSF Railway Company
caseyl@pepperlaw.com, jaffeh@pepperlaw.com;shieldsa@pepperlaw.com

Dale K. Cathell on behalf of Creditor First Fleet Corporation
dale.cathell@dlapiper.com

George B. Cauthen on behalf of Creditor Michelin Tire Corp.
george.cauthen@nelsonmullins.com, Linnea.hann@nelsonmullins.com;joan.kishline@nelsonmullins.com

Rocco A. Cavaliere on behalf of Attorney CIT Group/Equipment Financing, Inc. & CIT Financial USA,
Inc.
rcavaliere@tarterkrinsky.com, snobles@tarterkrinsky.com

Joseph H. Cerame on behalf of Creditor Fran-Roc LLC and The Rocky Mountain Group LLC
j.cerame@Verizon.net, r42921@notify.bestcase.com

Keith D. Cermak on behalf of Unknown Judith David
kdcermak@yahoo.com

Rob Charles on behalf of Creditor Jim Click, Inc.
rcharles@lrrc.com, bankruptcynotices@lrrc.com

Brian D. Chase on behalf of Creditor Richard Blair
bchase@bisnarchase.com, nmichau@bisnarchase.com

Sarah M. Chen on behalf of Unknown Grubbs Nissan Mid-Cities, Ltd.
docket@lockelord.com

Rachel M. Cherington on behalf of Attorney Chrysler Group LLC
rcherington@josephnyc.com

Eugene J. Chikowski on behalf of Creditor American Express Travel Related Services Company, Inc.
eugene.chikowski@flastergreenberg.com

Jennifer A. Christian on behalf of Creditor Janesville de Mexico, S.A. de C.V.
jennifer.christian@tklaw.com

Shawn M. Christianson on behalf of Creditor Oracle USA, Inc.
schristianson@buchalter.com, cmcintire@buchalter.com

Peter A. Clark
pclark@btlaw.com

Marvin E. Clements, Jr. on behalf of Creditor Tennessee Department of Revenue
agbanknewyork@ag.tn.gov

Tiffany Strelow Cobb on behalf of Creditor AOL LLC
tscobb@vorys.com, mdwalkuski@vorys.com;lnfromme@vorys.com

Wm. David Coffey, III on behalf of Creditor Cardenas Motors, Inc.
wdcoffeylaw@yahoo.com

Marc S. Cohen on behalf of Creditor Canadian Export Antitrust Plaintiffs
mscohen@loeb.com, klyles@loeb.com;mnielson@loeb.com;ladocket@loeb.com

Kenneth P. Coleman on behalf of Creditor HSBC BANK USA

kurt.vellek@allenovery.com;jonathan.cho@allenovery.com;Benjamin.taylor@allenovery.com

Patrick Collins on behalf of Unknown National Automobile Dealers Association
pcollins@farrellfritz.com

Christopher Combest on behalf of Creditor Groot Industries, Inc.
christopher.combest@quarles.com, faye.feinstein@quarles.com

Jeanne C. Comeaux on behalf of Unknown Henderson-Saia II, LLC
jcc@bswllp.com

Dennis J. Connolly on behalf of Interested Party Autoliv ASP, Inc.
Dennis.Connolly@alston.com

Michael J. Connolly on behalf of Attorney Bressler, Amery & Ross, P.C.
mconnolly@formanlaw.com, kanema@formanlaw.com

Thomas A. Connop on behalf of Creditor Grubbs Nissan Mid-Cities, Ltd. dba Grubbs Nissan Chrysler
Jeep
tconnop@lockeliddell.com

Madison L. Conquest on behalf of Creditor Bridgestone Americas Tire Operations, LLC
mconquest@burr.com, mmayes@burr.com

George Gregory Constance on behalf of Creditor State of Michigan, Department of Licensing &
Regulatory Affairs, Unemployment Insurance Agency
constanceg@michigan.gov, herbstreitd@michigan.gov

Anthony M. Conti
tony@lawcfl.com

Anthony M. Conti on behalf of Defendant Chrysler Group, LLC
tony@lawcfl.com

Michael T. Conway on behalf of Creditor Florida East Coast Railway, L.L.C.
mconway@goodwin.com

Susan M. Cook on behalf of Creditor Caravan/Knight Facilities Management, LLC
smcook@lambertleser.com

John J. Cooper on behalf of Plaintiff Donald Ellison
johnjcooper@sbcglobal.net

Karen Cordry
kcordry@naag.org

Peter Corey on behalf of Unknown Auto Meter Products, Inc.
pcorey@maccosternlaw.com, cgallo@maccosternlaw.com

Joseph Corneau on behalf of Attorney Klestadt & Winters, LLP
jcorneau@klestadt.com

Trent P. Cornell on behalf of Interested Party National Chrysler Retirement Organization
tcornell@pedersenhoupt.com

Steven Cousins on behalf of Creditor St. Louis County Collector of Revenue
scousins@armstrongteasdale.com

David N. Crapo on behalf of Interested Party Hewlett-Packard Financial Services Company
dcrapo@gibbonslaw.com, elrosen@gibbonslaw.com

Tyson A. Crist on behalf of Creditor Midwest Acoust-A-Fiber, Inc.
Tyson.Crist@icemiller.com

Heather M Crockett on behalf of Creditor Indiana Department of Workforce Development
heather.crockett@atg.in.gov

John Crotty on behalf of Plaintiff Bonnie Barcomb
johnc@nilesbracy.com

Michael G. Cruse on behalf of Creditor BorgWarner, Inc.
mcruse@wnj.com, hziegler@wnj.com

Gary H. Cunningham on behalf of Creditor Automobile plant GAZ
gcunningham@gmhlaw.com

Teresa K.D. Currier on behalf of Creditor University of Delaware
tcurrier@saul.com, tbuck@saul.com

Fred A. Custer on behalf of Creditor Joseph R Bragg
fred@mclawyers.net, office@mclawyers.net

Peter D'Apice on behalf of Creditor Committee Official Committee of Unsecured Creditors
dapice@sbep-law.com

Stephen A. D'Aunoy on behalf of Defendant FCA US LLC
sdaunoy@thompsoncoburn.com

Ashleigh A. Danker on behalf of Creditor Canadian Export Antitrust Plaintiffs
adanker@dankerlawfirm.com

Michael S. Davi on behalf of Creditor Asbury Automotive Brandon, L.P.
mdavi@chadbourne.com

Charles Darwin Davidson on behalf of Unknown Crain CDJ, LLC.
skipd@dlf-ar.com

Ashley Davis on behalf of Unknown Florida Attorney General
ashley.davis@myfloridalegal.com

Andrew N. DeClercq
adeclercq@boardmanlawfirm.com

James E. DeLine on behalf of Creditor Fairmont Sign Company
jed@krwlaw.com, pal@krwlaw.com

Louis Thomas DeLucia on behalf of Creditor KGF Trading Company
louis.delucia@icemiller.com, michele.rodriguez@icemiller.com

Shelly A. DeRousse on behalf of Creditor Nissan North America, Inc.
sderousse@stahlcowen.com

Steven D. DeRuyter
steven.deruyter@leonard.com

Bradley S. Defoe on behalf of Creditor Fifth T'hird Bank
bsdefoe@varnumlaw.com, tladgate@varnumlaw.com

Robert Dehney on behalf of Creditor Carman Dodge, Inc.
rdehney@mnat.com, rfusco@mnat.com;mmaddox@mnat.com;chare@mnat.com

Sam Della Fera, Jr. on behalf of Creditor Sika Corporation
sdellafera@msbnj.com, ldipaolo@msbnj.com

Benjamin P. Deutsch on behalf of Creditor Committee of Consumer-Victims of Chrysler LLC
bdeutsch@schnader.com

Douglas Deutsch on behalf of Creditor Aspect Communications, Inc.
douglas.deutsch@cliffordchance.com, damien.morris@cliffordchance.com

Maria J. DiConza on behalf of Unknown Teachers Insurance and Annuity Association - College
Retirement Equities Fund (TIAA-CREF)
petermann@gtlaw.com;lowena@gtlaw.com

J. David Dickson on behalf of Creditor Waco Dodge Sales
Dickson@thetexasfirm.com, czimskey@thetexasfirm.com;perez@thetexasfirm.com

Nathan A Dickson, II on behalf of Plaintiff Teixeira Powell
ndickson@jinkslaw.com, csconyers@jinkslaw.com;cdavis@jinkslaw.com

Andrew G. Dietderich on behalf of Interested Party Chrysler Group LLC f/k/a New CarCo Acquisition
LLC
dietdericha@sullcrom.com, s&cmanagingclerk@sullcrom.com;andrew-dietderich-
6008@ecf.pacerpro.com;BAKERR@SULLCROM.COM

Andrew G. Dietderich on behalf of Unknown Chrysler Group LLC
dietdericha@sullcrom.com, s&cmanagingclerk@sullcrom.com;andrew-dietderich-
6008@ecf.pacerpro.com;BAKERR@SULLCROM.COM

John P. Dillman on behalf of Creditor Cypress Fairbanks ISD
houston_bankruptcy@publicans.com

Joshua Ian Divack on behalf of Creditor Jeremy Flax and Rachel Sparkman

jdivack@hahnhessen.com,
hahnhessen@ecf.inforuptcy.com;jdivack@hahnhessen.com;jzawadzki@hahnhessen.com;sthompson@hahnhessen.com

Leo C. Donofrio on behalf of Interested Party South Holland Dodge, Inc.
leo_donofrio2000@yahoo.com

Carl Dore, Jr. on behalf of Creditor T3 Energy Services, Inc.
carl@dorelawgroup.net

Mary Joanne Dowd on behalf of Unknown JFF Management Services, Inc.
mary.dowd@arentfox.com

David G. Dragich on behalf of Creditor Birmingham Chrysler Jeep
ddragich@harringtondragich.com

Sherry K. Dreisewerd on behalf of Creditor Reuther Dodge, LLC
sdreisewerd@polsinelli.com, robrien@polsinelli.com;docket@polsinelli.com

John H. Drucker on behalf of Interested Party Safeco Insurance Company of America
jdrucker@aol.com;Drucker212@gmail.com;ssallie@coleschotz.com

Matthew Dyer on behalf of Creditor WELLS FARGO BANK, N.A.
BkMail@prommis.com

Lawrence P. Eagel on behalf of Creditor County of Denton, City of Waco, Waco Independent School
District
eagel@bragarwexler.com

Andrew B. Eckstein on behalf of Attorney Chrysler Group LLC
aeckstein@blankrome.com

Michael James Edelman on behalf of Unknown Export Development Canada
mjedelman@vedderprice.com, ecfnydocket@vedderprice.com;docketing-
6992@ecf.pacerpro.com;michael-jedelman-7401@ecf.pacerpro.com

Anthony O. Egbase on behalf of Plaintiff Lynn Grimstad
info@anthonyegbaselaw.com

Susan K. Ehlers on behalf of Creditor St. Louis County Collector of Revenue
sehlers@armstrongteasdale.com

Erin L. Eliasen on behalf of Creditor The Cobalt Group, Inc.
eleliasen@stoel.com, sea_docket@stoel.com;ajbrumble@stoel.com

John C. Englehardt on behalf of Creditor Emergency Insurance Restoration Services, Inc.
jcenglehardt@aol.com

Alyssa Englund on behalf of Creditor APL Logistics Americas, Ltd.
aenglund@orrick.com

Belkys Escobar on behalf of Creditor c/o Belkys Escobar County of Loudoun, Virginia
belkys.escobar@loudoun.gov, Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov

Edward J. Estrada on behalf of Creditor General Electric Capital Corporation
eestrada@reedsmith.com, DocketingECFNYC@ReedSmith.com

Larry Keith Evans on behalf of Plaintiff Richard Dale Cooper
lkevans@bellsouth.net

Nancy Godinho Everett on behalf of Creditor TransForm Automotive Inc.
ecf_bank@winston.com

Christopher J. Ewert on behalf of Unknown Mike Pile Auto Group, Ltd.
ewee@suddenlinkmail.com

Stephen Vincent Falanga on behalf of Creditor Panasonic Electric Works Corporation of America
sfalanga@connellfoley.com, mvargas@walsh.law

Thomas R. Fawkes on behalf of Creditor Country Motors d/b/a Lincoln Trail Chrysler Jeep Dodge
tfawkes@freeborn.com

Robert J. Feinstein on behalf of Creditor Committee Conflicts Counsel to the Official Committee of
Unsecured Creditors of Old Carco LLC f/k/a Chrysler LLC, et al.
rfeinstein@pszyj.com, lcanty@pszjlaw.com

Hydee R. Feldstein on behalf of Unknown Fiat S.P.A
s&cmanagingclerk@sullcrom.com;hydee-feldstein-2275@ecf.pacerpro.com

Carol A. Felicetta on behalf of Creditor Barnes Group Inc.
cfelicetta@reidandriege.com

Stanley D. Ference, III on behalf of Creditor Beckman Motor Co. Inc.
courts@ferencelaw.com

Elias Feuer on behalf of Unknown National Labor Relations Board
elias.feuer@nlrb.gov

Alyson M. Fiedler on behalf of Creditor Brand Sense Partners, LLC
alyson.fiedler@icemiller.com, michele.rodriguez@icemiller.com;john.cannizzaro@icemiller.com

Robert J. Figa on behalf of Creditor George P. Johnson Company
rfiga@comlawone.com

Andrea Fischer, on behalf of Creditor Hirschvogel Inc.
afischer@sflawgroup.com

Deborah L. Fish on behalf of Creditor Mayco International
dfish@allardfishpc.com

George T. Fishback
gtfishback@sachswaldman.com

Thomas J. FitzGerald on behalf of Unknown Bud Brown Chrysler, Inc
tfitzgerald@lathropgage.com

Matthew F. Fitzsimmons on behalf of Unknown State of Connecticut Office of the Attorney General
matthew.fitzsimmons@ct.gov

Elizabeth K. Flaagan on behalf of Creditor CSG Systems, Inc.
elizabeth.flaagan@faegrebd.com, carol.wildt@faegrebd.com,brad.dempsey@faegrebd.com

Steven B. Flancher on behalf of Creditor State Of Michigan, Department Of Treasury
flanchers@michigan.gov

Daniel J. Flanigan on behalf of Creditor Aschinger Electric Company
dflanigan@polsinelli.com, tbackus@polsinelli.com;docket@polsinelli.com

Jonathan L. Flaxer on behalf of Interested Party Panasonic Automotive Systems Company of America, Division of Panasonic Corporation of North America
jflaxer@golenbock.com, jsavitsky@golenbock.com;mweinstein@golenbock.com

Anne Owings Ford on behalf of Counter-Defendant Anchor Tool & Die Co.
aoford@mcdonaldhopkins.com

Michael S. Fox on behalf of 3rd Pty Defendant Rhonda Masquat, Class Representative,
mfox@olshanlaw.com, docketclerk@olshanlaw.com

Shawn Randall Fox on behalf of Creditor ADT Security Services, Inc.
sfox@mcguirewoods.com

Mark S. Frankel on behalf of Creditor Commercial Contracting Corporation
mfrankel@couzens.com

Scott J. Freedman on behalf of Creditor The Dow Chemical Company
sfreedman@dilworthlaw.com

Steve Mark Fuhrman on behalf of Creditor JP Morgan Chase Bank, N.A.
sfuhrman@stblaw.com

Donald L. Gaffney on behalf of Creditor Swift Transportation Co., Inc.
dgaffney@swlaw.com, docket@swlaw.com

David B. Galle on behalf of Unknown TCF Equipment Finance, Inc.
Dgalle@oppenheimer.com

Mark S. Gamell on behalf of Creditor Chrysler Insurance Company
mgamell@tlggr.com, canderson@tlggr.com

James M. Garner on behalf of Creditor Orleans Dodge Chrysler Jeep, L.L.C.
jgarner@shergarner.com, jchocheles@shergarner.com

Victoria D. Garry on behalf of Creditor Ohio Department of Taxation

vgarry@ag.state.oh.us

Jennifer E. Gauger on behalf of Creditor Indiana Department of Workforce Development
jennifer.gauger@atg.in.gov

Marius Segal Gebski on behalf of Plaintiff Callene Cole
marius@gebskilaw.com

Stephen L. Gershner on behalf of Unknown Crain CDJ, LLC.
slg@dlf-ar.com

Anthony B. Giardini on behalf of Unknown Lakewood Chrysler-Plymouth, Inc.
abglaw@yahoo.com

Wesley B Gilchrist on behalf of Defendant FCA US LLC
wgilchrist@lightfootlaw.com

Celeste R. Gill on behalf of Attorney Michigan Department of Environmental Quality
gillc1@michigan.gov, hiarr@michigan.gov

Steven A. Ginther on behalf of Unknown Missouri Department of Revenue
sdnyecf@dor.mo.gov

Brian D. Glueckstein on behalf of Defendant FCA US
gluecksb@sullcrom.com, s&cmanagingclerk@sullcrom.com;brian-glueckstein-5384@ecf.pacerpro.com

Scott A. Golden on behalf of Unknown News America Incorporated
scott.golden@hoganlovells.com

Michelle Goldis on behalf of Unknown Chrysler Group LLC
michelle.goldis@wilmerhale.com

Arthur Goldstein on behalf of Attorney Todtman, Nachamie, Spizz & Johns, P.C.
agoldstein@tarterkrinsky.com, snobles@tarterkrinsky.com

David A. Golin on behalf of Creditor Auffenberg Chrysler, Inc. d/b/a Auffenberg Chrysler/Jeep in O'Fallon, IL
dagolin@arnstein.com

Sonya N. Goll on behalf of Creditor Deluxe Stamping & Die Company
sgoll@sbplclaw.com

Douglas R. Gonzales on behalf of Unknown City of Homestead, Florida
dgonzales@wsh-law.com

Brett D. Goodman on behalf of Unknown Allied Automotive Group, Inc.
brett.goodman@troutmansanders.com, john.murphy@troutman.com

Robert C. Goodrich, Jr. on behalf of Creditor Akebono Corporation (North America)
bgoodrich@burr.com, mmayes@burr.com;sspeed@burr.com

Robert D. Gordon on behalf of Creditor Master Automatic Machine Company, Inc.
rgordon@clarkhill.com

Alan S. Goudiss on behalf of Counter-Defendant Daimler Investments US Corporation
agoudiss@shearman.com

Alan S. Goudiss on behalf of Defendant Daimler AG (f/k/a DaimlerChrysler AG)
agoudiss@shearman.com

David S. Gragg on behalf of Creditor Behrend Garage, Inc. d/b/a Immel Motors
dgragg@langleybanack.com, cjohnston@langleybanack.com

Christopher F. Graham on behalf of Creditor Industry Canada
cgraham@eckertseamans.com

Gary S. Graifman on behalf of Creditor Javier R. Garcia
ggraifman@kgglaw.com, ccornfield@kgglaw.com

Jeffrey S. Grasl on behalf of Creditor Getrag Transmissions Manufacturing LLC
jgrasl@mcdonaldhopkins.com

Christopher T. Greco on behalf of Unknown Kirkland & Ellis LLP
christopher.greco@kirkland.com, whitney.fogelberg@kirkland.com

Wendy B. Green on behalf of Creditor Sarasota Chrysler Ltd.
wgreen@formanlaw.com

William T. Green, III on behalf of Creditor c/o William T. Green Lawrence Marshall Chrysler
uncbill@msn.com

Wayne M. Greenwald on behalf of Creditor Lorraine E. Pullano
grimlawyers@aol.com

James H. Greer on behalf of Unknown Terry Martin, et al.
jhg@bgllaw.com

John T. Gregg on behalf of Creditor Aramark Uniform & Career Apparel LLC
jgregg@btlaw.com

David M. Grogan on behalf of Creditor Bob Mayberry Chrysler, Dodge, Jeep, Inc.
david@davidmgrogan.com, david@davidmgrogan.com

Stephen H. Gross on behalf of Unknown Dell Financial Services L.L.C.
shgross5@yahoo.com

Stephen M. Gross on behalf of Attorney McDonald Hopkins PLC
sgross@mcdonaldhopkins.com

Stephen B. Grow on behalf of Creditor Corvac Composites, LLC
sgrow@wnj.com, kfrantz@wnj.com

Allen J. Guon on behalf of Creditor National Material of Mexico, S de R.L de C.V.
aguon@foxrothschild.com, aguon@foxrothschild.com

Paul R. Hage on behalf of Attorney Jaffe Raitt Heuer & Weiss, P.C.
phage@jaffelaw.com, gshaw@jaffelaw.com

Paula A. Hall on behalf of Creditor BRC Rubber & Plastics, Inc.
hall@bwst-law.com, marbury@bwst-law.com

Mark S. Halpern on behalf of Unknown J.J. Flynn, Inc. d/b/a John Flynn Chrysler Jeep
mail@halpernlevy.com

David Hamilton on behalf of Unknown Elie Khouri
dhamilton@zeklaw.com

Wallace M. Handler on behalf of Creditor Woco Acoustic Systems, Inc.
whandler@swappc.com, tlooney@swappc.com

William J. Hanlon on behalf of Creditor National Logistics Management Co.
whanlon@seyfarth.com, bosdocket@seyfarth.com

Scott M. Harrington on behalf of Creditor Thule, Inc.
sharrington@dmoc.com

Adam Craig Harris on behalf of Spec. Counsel Schulte Roth & Zabel LLP
adam.harris@srz.com, ecf-1822127e5d6b@ecf.pacerpro.com

Juandisha Harris on behalf of Creditor State Of Michigan, Department Of Treasury
harrisj12@michigan.gov

William M. Hawkins on behalf of Plaintiff Ryan, Inc.
whawkins@loeb.com

Ryan D. Heilman on behalf of Creditor Active Burgess Mould & Design, Inc.
ryan@wernetteheilman.com

Keith D. Heinold on behalf of Defendant Chrysler Group, LLC
kdheinold@mdwcg.com, jmsmith@mdwcg.com

Jonathan S. Henes on behalf of Plaintiff FTE Automotive USA, Inc.
jhenes@kirkland.com,
laura.saal@kirkland.com;gene.goldmintz@kirkland.com;jeremy.evans@kirkland.com;stephen.iacovo@kirkland.com;benjamin.winger@kirkland.com;george.klidonas@kirkland.com;hannah-kupsky-3566@ecf.pacerpro.com

Sally M. Henry on behalf of Creditor Daimler AG
Sally.Henry@skadden.com

Neil E. Herman on behalf of Creditor Drivesol Worldwide, Inc.
Nherman@morganlewis.com

William Heuer on behalf of Creditor Kumho Tires U.S.A
wheuer@westermanllp.com

John E. Hilton on behalf of Creditor Florissant Dodge Sales, Inc.
jeh@carmodymacdonald.com

Larry R. Hoddick on behalf of Plaintiff Bradley E. Wolff
Lhoddick@dc.rr.com

Norman J. Hoffman
njhinc@aol.com

George B. Hofmann, on behalf of Plaintiff Makenna Bennett
ghofmann@cohnekinghorn.com, mparks@cohnekinghorn.com

Dale M. Holidy on behalf of Creditor Allen Samuels Austin Dodge, Inc d/b/a Allen Samuels Dodge d/b/a
Allen Samuels Heart of Texas Dodge
rholidy@germer.com

Steven L. Holley on behalf of 3rd Pty Defendant Chrysler Group LLC
holleys@sullcrom.com, s&cmanagingclerk@sullcrom.com;steven-holley-2342@ecf.pacerpro.com

Steven L. Holley on behalf of Defendant Chrysler Group LLC
holleys@sullcrom.com, s&cmanagingclerk@sullcrom.com;steven-holley-2342@ecf.pacerpro.com

Nathaniel Peter Holzer on behalf of Unknown Cantwell Chrysler (Kingsville, Texas)
ecf@jhwclaw.com

Richard B. Honig on behalf of Creditor Bruss North America, Inc.
rbhonig@hlgslaw.com, efiling@hlgslaw.com

Elden J. Hopple on behalf of Creditor Midwest Acoust-A-Fiber, Inc.
Jim.Hopple@icemiller.com, Kathy.Stiles@icemiller.com

Kristan Howard on behalf of Unknown American Express Travel Related Services Company, Inc.
kristan.howard@flastergreenberg.com

Marshall Scott Huebner on behalf of Interested Party Ford Motor Company
bankruptcy.routing@dpw.com

John R. Humphrey on behalf of Creditor MRC Holdings, Inc.
jhumphrey@taftlaw.com, ecfclerk@taftlaw.com;aolave@taftlaw.com

P. Warren Hunt on behalf of Creditor Fairmont Sign Company
pwh@krwlaw.com

John J. Hunter, Jr. on behalf of Creditor ZF Friedrichshafen AG
jrhunter@hunterschank.com

Lawrence J. Hutchens on behalf of Unknown Jennifer Hayes
ljhutchens@hutchenslaw.com

Hutchinson Limited Partnership II
eric.moser@klgates.com

Michael E. Idzkowski on behalf of Unknown State of Ohio, ex rel. Richard Cordray, Attorney General
michael.idzkowski@ohioattorneygeneral.gov, scott.hainer@ohioattorneygeneral.gov

Adam H. Isenberg on behalf of Creditor JAC Products, Inc.
aisenberg@saul.com

Paula K. Jacobi on behalf of Creditor H.M. White, Inc.
pjacobi@btlaw.com

Henry Jaffe on behalf of Interested Party Peer Bearing Co.
jaffeh@pepperlaw.com,
wlbank@ecf.inforuptcy.com;molitorm@pepperlaw.com;willauerd@pepperlaw.com

Christopher A. Jarvinen on behalf of Creditor Taylor Steel Inc.
cjarvinen@bergersingerman.com,
cjarvinen@bergersingerman.com;FGoldberg@bergersingerman.com;SCapuano@bergersingerman.com

Thomas C. Johnson on behalf of Creditor Michigan Unemployment Insurance Agency
johnsontc@michigan.gov

John J. Jolley, Jr. on behalf of Creditor Tom Donahue Trucking, Inc.
jay.jolley@fcsamerica.com

Leon S. Jones on behalf of Creditor Leslie Denton
ljones@joneswalden.com,
jwdistribution@joneswalden.com,lpineyro@joneswalden.com,cmccord@joneswalden.com

Nathan E. Jones on behalf of Creditor US Debt Recovery III, LP
info@usdrllc.com

Gregory P. Joseph on behalf of Attorney Chrysler Group LLC
gjoseph@josephnyc.com

John E. Jureller, Jr. on behalf of Creditor Kathy Sandlin
jjureller@klestadt.com, jjureller@klestadt.com

Gregory O. Kaden on behalf of Creditor Bellambert LLC
gkaden@goulstonstorrs.com

Robert E. Kaelin on behalf of Creditor Bob Boast Dodge, Inc.
rkaelin@murthalaw.com, jrabin@murthalaw.com

William D. Kahn on behalf of Unknown Susan Uresti
lawofficesofdennisross@yahoo.com

Karel S. Karpe on behalf of Attorney White and Williams LLP
kkarpe@karpelaw.com

Stephen B. Kass on behalf of Unknown Jack Key Auto Transport, Inc.
skass@sbkass.com, drevzin@sbkass.com;ovishneva@sbkass.com;SBK.ECF@gmail.com

Lawrence A. Katz
lkatz@ltblaw.com

Joan Kehlhof on behalf of Creditor Archer Chrysler Jeep West, Inc.
pci@whkllp.com

Adam K. Keith on behalf of Creditor Behr America, Inc.
akeith@honigman.com

Larry E. Kelly on behalf of Creditor Waco Dodge Sales
king@thetexasfirm.com

Robert A. Kennedy, Jr. on behalf of Unknown Estate Of Evelyn Jeranek
kennedy.law@frontiernet.net

Russell Kent on behalf of Unknown Florida Attorney General
russell.kent@myfloridalegal.com

Christopher Kern on behalf of Creditor Marilyn Wood, Mobile County (Alabama) Revenue Commissioner
chriskernlaw@comcast.net

Daniel G. Kielczewski on behalf of Creditor Inalfa Roof Systems, Inc
dgkielczewski@abbottnicholson.com

Marc Kieselstein on behalf of Creditor Johnson Controls, Inc.
mkieselstein@kirkland.com, ecf-9b7a1a52c6e8@ecf.pacerpro.com

Richardo I. Kilpatrick on behalf of Creditor City of Detroit
ecf@kaalaw.com

Jennifer B. Kimble on behalf of Creditor Gestamp Mason
jkimble@lowenstein.com, jkimble@lowenstein.com

Norman N Kinel on behalf of Attorney Duval & Stachenfeld LLP
nkinel@lowenstein.com, sarah.conley@squirepb.com

Norman N Kinel on behalf of Unknown Norman N. Kinel, Esq.
nkinel@lowenstein.com, sarah.conley@squirepb.com

Wayne Kitchens
wkitchens@hwa.com

Wayne Kitchens on behalf of Creditor Ramirez Chrysler Jeep Dodge, Inc.
wkitchens@hwa.com

Tracy L. Klestadt on behalf of Creditor Steel Technologies, Inc.

tklestadt@klestadt.com, tklestadt@yahoo.com

Jeff Klusmeier on behalf of Creditor State of Missouri
jeff.klusmeier@ago.mo.gov, Michelle.Hirschvogel@ago.mo.gov

Thomas F. Koegel on behalf of Interested Party Enterprise Rent-A-Car Company
tkoegel@flk.com

Lawrence J. Kotler on behalf of Creditor CHRY-Detroit, LLC
ljkotler@duanemorris.com

Peter Thomas Kotula on behalf of Creditor State of Michigan, Department of Licensing & Regulatory Affairs, Unemployment Insurance Agency
kotulap@michigan.gov

Deborah Kovsky-Apap on behalf of Creditor Alliance Steel Inc.
kovskyd@pepperlaw.com, kressk@pepperlaw.com

Robert R. Kracht on behalf of Creditor Dealer Tire, LLC.
rrk@mccarthylebit.com

Rein F. Krammer on behalf of Creditor Foster Electric USA, Inc.
rkrammer@masudafunai.com, docketing@masudafunai.com

Michael M. Krauss on behalf of Unknown U.S. Bank National Association, in its capacity as Indenture Trustee
michael.krauss@dlapiper.com, Brenda.hanson@dlapiper.com

Richard M. Kremen on behalf of Creditor Computer Sciences Corporation
richard.kremen@dlapiper.com

Kay S. Kress on behalf of Creditor SEMCO Energy Inc.
kressk@pepperlaw.com

Richard E. Kruger on behalf of Creditor Industrial Experimental Technologies, LLC
rkruger@jaffelaw.com

Patrick J. Kukla on behalf of Creditor Behr America, Inc.
pkukla@carsonfischer.com

Glenn M. Kurtz on behalf of Creditor Indiana Pensioners
gkurtz@whitecase.com, jdisanti@whitecase.com;mcosbny@whitecase.com

Tara La Morte on behalf of Unknown United States Department of the Treasury
tara.lamorte2@usdoj.gov

Brian LaCien on behalf of Plaintiff Geri Thompson
blacien@prslaw.com, tmoran@prslaw.com

Stuart A. Laven, Jr. on behalf of Creditor Hilite Industries, Inc.
slaven@cavitch.com

Francis J. Lawall on behalf of Interested Party Ametek Inc and Subsidiaries
lawallf@pepperlaw.com, henrys@pepperlaw.com;mclaughlinm@pepperlaw.com

James Michael Lawniczak on behalf of Creditor Keller Group, Inc.
jlawniczak@calfee.com

David M. LeMay on behalf of Creditor Tacoma Dodge, Inc.
david.lemay@nortonrosefulbright.com

Charles H. Lee on behalf of Creditor Central States Southeast and Southwest Areas Pension Fund
chlee@centralstates.org

David S. Lefere on behalf of Creditor Advanced Tooling Systems, Inc.
davidl@bolhouselaw.com

Robert R. Leinwand on behalf of Creditor Golden Motors, Inc.
rrl@robinsonbrog.com, rleinwand@yahoo.com

Sergei Lemberg on behalf of Unknown Michelle Simmons
slemberg@lemberglaw.com

Joseph H. Lemkin on behalf of Creditor Foster Electric USA, Inc.
jlemkin@stark-stark.com

Brian S. Lennon on behalf of Interested Party Visteon Corporation
maosbny@willkie.com, blennon@willkie.com

Robert Beau Leonard on behalf of Creditor Chrysler Insurance Company
rleonard@tlggr.com, canderson@tlggr.com

Stephen D. Lerner on behalf of Unknown Committee of Chrysler Affected Dealers
stephen.lerner@squirepb.com

Ira M. Levee on behalf of Creditor Aramark Uniform & Career Apparel LLC
ilevee@lowenstein.com, mseymour@lowenstein.com

Jill Levi on behalf of Creditor OmniSource Corporation
jlevi@toddlevi.com, drosenberg@toddlevi.com

Jonathan Levine on behalf of Creditor Dynetics, Inc.
jonathan.levine@arnoldporter.com, jonathan.levine@arnoldporter.com

Joel H. Levitin on behalf of Interested Party Independent Directors
JLevitin@cahill.com, MMcLoughlin@cahill.com;Rstieglitz@cahill.com;ma@cahill.com

Fredrick J. Levy on behalf of Creditor Gurley-Jeep Dodge, Inc. n/k/a Gurley-Jeep Dodge, LLC
flevy@olshanlaw.com, ssallie@olshanlaw.com

Michael D. Lieberman on behalf of Creditor Altair Engineering, Inc.
mlieberman6160@yahoo.com

Demetra Liggins on behalf of Creditor Chevron U.S.A Inc.
demetra.liggins@tklaw.com,
mattia.maldonado@tklaw.com;hope.daniels@tklaw.com;jean.anderson@tklaw.com

David T. Lin on behalf of Creditor Fire Defense Equipment Co., Inc.
dlin@seyburn.com, kbilpo@seyburn.com

Thomas K. Lindahl on behalf of Creditor Chemico Systems, Inc.
tlindahl@kotzsangster.com, jdesantis@kotzsangster.com

Eric H. Lindenman on behalf of Creditor Crestmont Chrysler Jeep, LLC
elindenman@harrisbeach.com

Judy G.Z. Liu on behalf of Interested Party Chrysler Financial Services Americas LLC
jliu@proskauer.com, mgiddens@proskauer.com;erodriguez@proskauer.com

Edward J. LoBello on behalf of Creditor Class Representatives of Int'l Union, UAW, et al. v. Chrysler,
LLC, Case No. 07-CV-14310 (E.D. Mich.) (Southern Division)
elobello@msek.com

Mary C. Lobdell on behalf of Unknown State of Washington
maryl@atg.wa.gov, RevOlyEF@atg.wa.gov

Eric Lopez Schnabel on behalf of Unknown U.S. Bank National Association, in its capacity as Indenture
Trustee
mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com

Dennis W. Loughlin on behalf of Creditor Divdat
dloughlin@wnj.com

Douglas L. Lutz on behalf of Attorney Frost Brown Todd LLC
dlutz@fbtlaw.com, dlutz@ecf.inforuptcy.com

Joseph B. Lyle on behalf of Unknown Alley's of Kingsport, Inc.
jlyle@halelyle.com

Christine D. Lynch on behalf of Creditor Bellambert LLC
clynch@goulstonstorrs.com

Jayson M. Macyda on behalf of Unknown Radar Industries, Inc.
jmacyda@kotzsangster.com

Howard P. Magaliff on behalf of Plaintiff Old Carco LLC
hmagaliff@r3mlaw.com, hcolon@r3mlaw.com

John S. Mairo on behalf of Interested Party Magna Seating of America, Inc.
jsmairo@pbnlaw.com, pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;kdcurtin@pbnlaw.com

Christopher J. Major on behalf of Unknown Don-A-Vee Chrysler Jeep
cjm@msf-law.com, bm@msf-law.com

Michael P. Mallaney on behalf of Unknown Des Moines Chrysler
mpmallaney@hudsonlaw.net

Evan Mandel on behalf of Creditor Honeywell International Inc.
em@mandelbhandari.com

Sedoo A. Manu on behalf of Defendant FCA US LLC
info@aoelaw.com, sedoo@aoelaw.com

Jeffrey A. Marks on behalf of Unknown Committee of Chrysler Affected Dealers
jamarks@vorys.com

Richard W. Martinez on behalf of Creditor Specialty Engine Components, LLC
claire@rwmaplc.com

Richard Gary Mason on behalf of Creditor Morgan Stanley Senior Funding, INC.
rgmason@wlrk.com, calert@wlrk.com

Michael T. Materna on behalf of Creditor Joseph R Bragg
office@mclawyers.net

Sathyan Mathai on behalf of Unknown Terry Martin, et al.
sathyan.mathai@gmail.com

Ann W. Matthews on behalf of Defendant Gene Conti
amatthews@ncdoj.gov

Timothy M. Mauser on behalf of Creditor Richard Olson
tmauser@mauserlaw.com

Laurence May on behalf of Interested Party University Motors, Ltd.
lmay@eisemanlevine.com

Sandra E. Mayerson on behalf of Creditor ArcelorMittal USA, Inc.
sandy@mhlaw-ny.com

Daniel P. Mazo on behalf of Creditor Avibank Manufacturing, Inc.
dpmazo@verizon.net

Daniel J. McCarthy on behalf of Unknown Image Tele/Video, Inc. d/b/a Televideo Studios
dmccarthy@hillfarrer.com

John G. McCarthy on behalf of Unknown Crown Equipment Corporation
jmccarthy@sgrlaw.com, nyoecf@sgrlaw.com

Lilys D. McCoy on behalf of Plaintiff Bradley E. Wolff
ldm@mtrlaw.com

Daniel G. McDermott on behalf of Unknown Solomon Chrysler Dodge, Inc.
dgmcdermott@mdwcg.com

Ralph E. McDowell on behalf of Creditor Avon Automotive
rmcdowell@bodmanlaw.com

Raymond D. McElfish on behalf of Unknown Carolyn Carlson
opotanas@mcelfishlaw.com

Frank McGinn on behalf of Creditor Iron Mountain Information Management, Inc.
ffm@bostonbusinesslaw.com

Peter B. McGlynn on behalf of Unknown Newbury Street Real Estate, Inc.
pmcglynn@bg-llp.com

Matthew J. McGowan on behalf of Creditor Tarbox Motors, Inc. and Tarbox Chrysler Jeep, LLC
mmcgowan@smsllaw.com

Heather H. McIntyre on behalf of Creditor Ramirez Chrysler Jeep Dodge, Inc.
hhm@hwa.com

Ralph R. McKee on behalf of Creditor Mayco International
rmckee@allardfishpc.com

Maurice W. McLaughlin on behalf of Plaintiff Scott Perno
maurice.mclaughlin@esqnj.com

Maeghan J. McLoughlin on behalf of Creditor TRW Automotive US LLC
mmcloughlin@klestadt.com

Austin L. McMullen on behalf of Creditor General Products Corporation
amcmullen@babc.com

Randyl Meigs on behalf of Defendant Tommy Manuel Chrysler Jeep, Inc.
rmeigs@mcdonaldlaw.com

Denise F. Meiners on behalf of Unknown National Labor Relations Board
denise.meiners@nlrb.gov

Marc B. Merklin on behalf of Creditor Steere Enterprises, Inc.
mmerklin@brouse.com

Richard M. Meth on behalf of Creditor Ancira Motor Company (d/b/a Ancira Chrysler Jeep Dodge)
msteen@foxrothschild.com

G. Christopher Meyer on behalf of Creditor Eaton Corporation
cmeyer@ssd.com

Jonathan A Michaels on behalf of Plaintiff Timothy L. Blackwell
jmichaels@mlgautomotivelaw.com

Robert N. Michaelson on behalf of Creditor SAS Institute Inc.
rmichaelson@r3mlaw.com, hcolon@r3mlaw.com

Bruce R. Millar on behalf of Plaintiff Richard Dale Cooper
bmillar@millarandmixon.com

Angela Z. Miller on behalf of Creditor Gibraltar Industries, Inc.
amiller@phillipslytle.com, styrone@phillipslytle.com

Joseph Parker Miller on behalf of Creditor Frankie Overton
parker.miller@beasleyallen.com, matthew.yarema@beasleyallen.com,candice.wyatt@beasleyallen.com

Nicholas M. Miller on behalf of Creditor BankFinancial FSB
nmiller@ngelaw.com, ecfdocket@ngelaw.com

W. Timothy Miller on behalf of Creditor Brenntag Great Lakes, LLC
miller@taftlaw.com, docket@taftlaw.com;ljasper@taftlaw.com

Mark Minuti on behalf of Creditor University of Delaware
mark.minuti@saul.com, robyn.warren@saul.com

Christopher R. Momjian on behalf of Creditor Pennsylvania Department of Revenue
crmomjian@attorneygeneral.gov

Denise Mondell on behalf of Interested Party State of Connecticut
denise.mondell@ct.gov

Stephanie S. Monplaisir on behalf of Creditor Frankie Overton
stephanie.monplaisir@beasleyallen.com, angela.talley@beasleyallen.com

Steven R. Montgomery on behalf of Unknown Data Sales Co., Inc.
smontgomery@rawle.com

James O. Moore, on behalf of Creditor CDI Corporation
james.moore@morganlewis.com

Steven D. Moore on behalf of Unknown Holdiman Motor, Inc.
moore@cflaw.com

Timothy D. Moratzka on behalf of Creditor Bowman & Brooke, LLP
tdm@mcmlaw.com

Scott H. Morgan on behalf of Defendant FCA US LLC
smorgan@thompsoncoburn.com

Mayer Morganroth on behalf of Creditor Donald Miltz
mmorganroth@morganrothlaw.com, dantovski@morganrothlaw.com;shall@morganrothlaw.com

John T. Morrier on behalf of Creditor KEMA Incorporated
morrier@casneredwards.com

Stephen T. Morrow on behalf of Unknown John Mason
stephen.morrow@rhoadeslegal.com, carol.mccool@rhoadeslegal.com

Eric T. Moser on behalf of Creditor Hutchinson Limited Partnership II
emoser@r3mlaw.com

James P. Murphy on behalf of Creditor Kamax L.P.
murph@berrymoorman.com

Keith R. Murphy on behalf of Creditor HP Enterprise Services, LLC (f/k/a Electronic Data Systems, LLC, f/k/a Electronic Data Systems Corporation)
bhaa@bakerlaw.com

Barton Nachamie (+) on behalf of Creditor Wilhelm Karmann GmbH
bnachamie@nscslaw.com

Jordanna L. Nadritch on behalf of Creditor Rhonda Masquat, Lead Class Action Plaintiff and All Other Similarly Situated Members of the Certified Class
jnadritch@olshanlaw.com, ssallie@olshanlaw.com

Bruce S. Nathan on behalf of Creditor International Crankshaft, Inc.
bnathan@lowenstein.com, msavetsky@lowenstein.com

Mary Elisabeth Naumann on behalf of Attorney Jackson Kelly PLLC
kybankruptcy@jacksonkelly.com

Michael A. Nedelman on behalf of Creditor Century Dodge, Inc.
mnedelman@nglegal.com

Melissa Z. Neier on behalf of Interested Party AGC Automotive Americas Co.
mneier@ibolaw.com

Kimberly E. Neureiter on behalf of Creditor Pension Benefit Guaranty Corporation
neureiter.kimberly@pbgc.gov, efile@pbgc.gov

New Process Gear, Inc.
rweiss@honigman.com

James D. Newbold on behalf of Creditor Illinois Workers' Compensation Commission ATTN: Lynette Thompson Edwards
James.Newbold@illinois.gov

James D. Newbold on behalf of Interested Party Illinois Department of Employment Security
James.Newbold@illinois.gov

Paul R. Norman
pnorman@boardmanlawfirm.com

Michael E. Norton on behalf of Unknown Emerson Electric Company
mnorton@nortonlawassociates.com

Brian D. O'Keefe on behalf of Unknown Image Tele/Video, Inc. d/b/a Televideo Studios
bokeefe@hymanlippitt.com

Sean A. O'Neal on behalf of Creditor AMPORTS, Inc.
soneal@cgsh.com, maofiling@cgsh.com

Kristin D. Ogburn on behalf of Creditor J.G. Management Company
kogburn@horacktalley.com, tking@horacktalley.com

William M. Olah
wmolah@wilkinsonlaw.com

William M. Olah on behalf of Attorney William M. Olah
wmolah@wilkinsonlaw.com

Eric Olson on behalf of Plaintiff Makenna Bennett
eolson@egclegal.com, cmiller@egclegal.com

Jeffrey A. Oppenheim on behalf of Unknown Moore Medical LLC
JAOPPENHEIM@EARTHLINK.NET

Victoria Torkwase Orafa on behalf of Plaintiff Lynn Grimstad
info@aoelaw.com

Lawrence E. Oscar on behalf of Creditor Casco Products, a Unit of Sequa Corporation
leoscar@hahnlaw.com, hlpcr@hahnlaw.com;cmbeitel@hahnlaw.com

Frank A. Oswald on behalf of Plaintiff Old Carco LLC
frankoswald@teamtogut.com,
dperson@teamtogut.com;dcahir@teamtogut.com;adeering@teamtogut.com;kortiz@teamtogut.com

Mark Russell Owens on behalf of Creditor GECOM Corp.
mowens@btlaw.com, mowens@btlaw.com;bankruptcyindy@btlaw.com

Deirdre Woulfe Pacheco on behalf of Unknown Liccardi Motors, Inc.
dpacheco@wilentz.com, dpacheco@wilentz.com

Michael A.T. Pagni on behalf of Interested Party Carson Dodge Chrysler, Inc.
mpagni@mcdonaldcarano.com

Emily L. Pagorski on behalf of Creditor Steel Technologies, Inc.
emily.pagorski@skofirm.com, emily.keith@skofirm.com;mary.lisanby@skofirm.com

Ingrid S. Palermo on behalf of Creditor Marketplace Chrysler, Inc.
ipalermo@bsk.com, cfreeman@bsk.com

Peter V. Pantaleo on behalf of Creditor JP Morgan Chase Bank, N.A.
ppantaleo@stblaw.com

Larri Parker on behalf of Interested Party Westboro Motors, Incorporated
larri@larriparker.com

Mark Nelson Parry on behalf of Unknown Hengst of North America, Inc

mparry@mosessinger.com, dkick@mosessinger.com;jbonteque@mosessinger.com

Paul J. Pascuzzi on behalf of Creditor The McClatchy Company
ppascuzzi@ffwplaw.com

Melissa A. Pena on behalf of Creditor ABB, Inc.
mapena@norris-law.com, pfreda@nmmlaw.com

Frank Peretore on behalf of Creditor Hewitt Associates LLC
fperetore@csglaw.com, ecf@csglaw.com

Eric R. Perkins on behalf of Unknown Bay Ridge Chrysler Jeep Dodge, Inc.
eperkins@becker.legal, eperkins@becker.legal

Edward J. Peterson, III on behalf of Unknown Adriana Mraz
epeterson.ecf@srbp.com

Bruce Robert Pfaff
bpfaff@pfaffgill.com

Robert W. Phillips on behalf of Creditor Ad Hoc Committee of Mesothelioma and Lung Cancer Claimants
rphillips@simmonscooper.com

Stephen Pidgeon on behalf of Interested Party South Holland Dodge, Inc.
stephen.pidgeon@comcast.net

David H. Pikus on behalf of Interested Party Expeditors International of Washington, Inc.
dpikus@bressler.com

James A. Plemmons on behalf of Spec. Counsel Dickinson Wright PLLC
jplemmons2@dickinsonwright.com

Gregory G. Plotko on behalf of Creditor Committee Official Committee of Unsecured Creditors
gplotko@rkollp.com, mschneider@rkollp.com;dcharles@rkollp.com

Anthony S. Potter on behalf of Unknown Millerstown Chrysler, Inc.
apotter@powelltrachtman.com

John N. Poulos on behalf of Plaintiff Brooke Willman
poulos@pllawfirm.com

Constantine Dean Pourakis on behalf of Attorney Stevens & Lee, P.C.
cp@stevenslee.com

Susan Power-Johnston on behalf of Creditor Insight Network Logistics, LLC and Insight Network Transportation Inc.
sjohnston@cov.com

Keith D. Price on behalf of Creditor DAR Inc. d/b/a Dave Mungenast Alton Dodge
kprice@spvg.com

Susan Przekop-Shaw on behalf of Creditor Workers' Compensation Agency
przekopshaws@michigan.gov

Amanda Raboy on behalf of Unknown Covington & Burling LLP
araboy@cov.com

Mark L. Radtke on behalf of Attorney Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
mradtke@shawfishman.com

Sheila A. Ramacci on behalf of Interested Party River Oaks Chrysler Jeep, Inc.
dlf9601b@aol.com

Rebecca Randolph on behalf of Unknown Hanover County, Virginia
rbrandolph@co.hanover.va.us

Michael Todd Ratay on behalf of Plaintiff Timothy L. Blackwell
tratay@mlgautomotivelaw.com

Dennis Jay Raterink on behalf of Creditor Funds Administration
raterinkd@michigan.gov, bannisters@michigan.gov

Dennis Jay Raterink on behalf of Creditor Michigan Unemployment Insurance Agency
raterinkd@michigan.gov, bannisters@michigan.gov

Robert A Rausch on behalf of Defendant Durocher Auto Sales, Inc.
rausch@maynardoconnorlaw.com

Dennis M. Rauss on behalf of Creditor W.J. O'NEIL COMPANY
drauss@gmhlaw.com

Steven J. Reisman on behalf of Creditor WRR Environmental Services Co., Inc.
sreisman@katten.com, nyc.bknotices@kattenlaw.com

Claude F. Reynaud, III on behalf of Interested Party M & M Dodge, Inc.
cfr@bswllp.com

Michael J. Reynolds on behalf of Creditor General Products Corporation
mreynolds@webbermcgill.com, mlynch@webbermcgill.com

Joseph J. Rhoades on behalf of Unknown John Mason
Stephen.morrow@rhoadeslegal.com

Stuart I. Rich on behalf of Unknown St. Pete Jeep Eagle Inc.
sir@msf-law.com

Marc E. Richards on behalf of Attorney DENSO International America, Inc.
mrichards@blankrome.com

Paul J. Ricotta on behalf of Creditor Hitachi Automotive Products (USA), Inc.
pricotta@mintz.com, docketing@mintz.com

Harley E. Riedel on behalf of Unknown Adriana Mraz
hriedel.ecf@srbp.com

David D. Ritter
ecf@krcl.com

Marianne Goldstein Robbins on behalf of Creditor International Association of Machinists & Aerospace Workers, District 10, Local Lodge 66
MGR@PREVIANT.COM, MGR@PREVIANT.COM;EM@PREVIANT.COM

H. Buswell Roberts, Jr. on behalf of Creditor Exco Engineering Division of Exco Technology LTD
hbroberts@live.com, droberts1949@live.com

David A. Robinson
robinsonda@aol.com

Jason H. Rock on behalf of Creditor Lou Bachrodt Chevrolet, LLC
jrock@bslbv.com

Adam C. Rogoff on behalf of Attorney Kramer Levin Naftalis & Frankel LLP
arogoff@kramerlevin.com

Martha E. Romero on behalf of Creditor San Bernardino County
romero@mromerolawfirm.com

Veerle Roovers on behalf of Debtor Chrysler Institute of Engineering
vroovers@jonesday.com

Keith B. Rose on behalf of Attorney Keith Bryan Rose
krose@theroselawfirm.com

Ronald L. Rose on behalf of Spec. Counsel Dykema Gossett PLLC
rrose@dykema.com

Sanford Philip Rosen on behalf of Attorney Sanford P. Rosen & Associates, P.C.
srosen@rosenpc.com

Adina H. Rosenbaum
arosenbaum@citizen.org

Arthur E. Rosenberg on behalf of Creditor JOHN BEAN TECHNOLOGIES CORPORATION
arthur.rosenberg@hklaw.com

George Rosenberg on behalf of Creditor Treasurer Arapahoe County
grosenberg@co.arapahoe.co.us

Sharon B. Rosenberg on behalf of Defendant FCA US LLC
srosenberg@thompsoncoburn.com

Benjamin Rosenblum on behalf of Debtor Old Carco LLC

brosenblum@jonesday.com

David A. Rosenzweig on behalf of Attorney Fulbright & Jaworski L.L.P.
david.rosenzweig@nortonrosefulbright.com

Eric Rosof on behalf of Interested Party GMAC LLC
emrosof@wlrk.com, calert@wlrk.com

Robert B. Rubin on behalf of Creditor Susan Schein Chrysler, Dodge, Inc.
brubin@burr.com

Peter S. Russ on behalf of Creditor ATEL LEASING CORPORATION
peter.russ@bipc.com, donna.curcio@bipc.com

SAP America. Inc.
kschweiker@brownconnery.com

E. Todd Sable on behalf of Creditor Behr America, Inc.
tsable@honigman.com

Evan J. Salan on behalf of Creditor First Bank of Highland Park
esalan@platzerlaw.com

Chester B. Salomon on behalf of Creditor Horton, Inc.
csalomon@beckerglynn.com, mghose@beckerglynn.com;hhill@beckerglynn.com

Diane W. Sanders on behalf of Creditor McLennan County
austin.bankruptcy@lgbs.com

Rowena G. Santos on behalf of Defendant FCA US LLC
rsantos@thompsoncoburn.com

Sarasota Chrysler Ltd.
wgreen@formanlaw.com

Thomas P. Sarb on behalf of Creditor Benteler Automotive Corp.
ecfsarbt@millerjohnson.com

Edgar G. Sargent on behalf of Plaintiff Liquidation Trust
esargent@susmangodfrey.com, eehrenfeld@susmangodfrey.com

Louis A. Scarcella on behalf of Creditor RWD Technologies, LLC
lscarcella@farrellfritz.com

Eric A Schaffer on behalf of Creditor United States Steel Corporation
eschaffer@reedsmith.com, slucas@reedsmith.com

Thomas J. Schank on behalf of Creditor ZF Friedrichshafen AG
tomschank@hunterschank.com

Bernard Schenkler on behalf of Creditor Rotor Clip Co. Inc.

bschenkler@woodsoviatt.com, bernard.schenkler@gmail.com

Jonathan D. Schiller on behalf of Defendant Daimler AG (f/k/a DaimlerChrysler AG)
jschiller@bsfllp.com

Joshua Irwin Schiller on behalf of Defendant Daimler AG (f/k/a DaimlerChrysler AG)
jischiller@bsfllp.com

Robert T. Schmidt on behalf of Attorney Kramer Levin Naftalis & Frankel LLP
rschmidt@kramerlevin.com, andrea-chouprouta-1684@ecf.pacerpro.com;corporate-reorg-1449@ecf.pacerpro.com;docketing@kramerlevin.com

Kenneth M. Schneider on behalf of Creditor Visscher-Caravelle NA, Inc.
kschneider@schneidermiller.com, kclayson@schneidermiller.com;slove@schneidermiller.com

Mark U. Schneiderman on behalf of Defendant Chrysler Group LLC
schneidermanm@sullcrom.com

Keith A. Schofner on behalf of Unknown Linamar Corporation
kaschofner@lambertleser.com

Carey D. Schreiber on behalf of Creditor Aspen Marketing Services, Inc.
cschreiber@winston.com, carey-schreiber-2307@ecf.pacerpro.com

Jonathan R. Schulz on behalf of Creditor IEE Sensing, Inc.
reiss@bsplaw.com

Peter Gregory Schwed on behalf of Unknown Deloitte Tax LLP
gschwed@loeb.com, tcummins@ecf.courtdrive.com

Lisa M. Schweitzer on behalf of Unknown International Business Machines Corporation and IBM Credit LLC
lschweitzer@cgsh.com, maofiling@cgsh.com

Erach F. Screwvala on behalf of Defendant Don Glo Auto Service Center
erach@screwvalallc.com

Howard Seife on behalf of Creditor Boardwalk Auto Center Inc.
andrew.rosenblatt@nortonrosefulbright.com

Stephen B. Selbst on behalf of Creditor Bridgestone Americas Tire Operations, LLC
sselbst@herrick.com, courtnotices@herrick.com;lporetsky@herrick.com

Mark Shapiro on behalf of Creditor Central Transport International, Inc.
Shapiro@steinbergshapiro.com, Shapiro@steinbergshapiro.com

Mary Kay Shaver on behalf of Attorney Varnum LLP
mkshaver@varnumlaw.com

Brian L. Shaw on behalf of Attorney Shaw Gussis Fishman Glantz Wolfson & Towbin LLC
bshaw@foxrothschild.com, bshaw@foxrothschild.com;cknez@foxrothschild.com

Andrea Sheehan on behalf of Creditor Carrollton-Farmers Branch ISD
sheehan@txschoollaw.com, coston@txschoollaw.com

Tricia A. Sherick on behalf of Interested Party Magna International, Inc.
tsherick@honigman.com

Beverly H. Shideler
bhshide@us.ibm.com

Matthew J. Shier on behalf of Creditor Sierra Mountain Express, Inc.
mshier@shierkatz.com, mterry@shierkatz.com

Robert Sidorsky on behalf of Creditor Air International (U.S.), Inc.
robert@kruzhkovrusso.com, yana@kruzhkovrusso.com

Michael D. Silberfarb on behalf of Defendant Old Carco Liquidation Trust
mikeys67@yahoo.com

Michael I. Silverstein on behalf of Interested Party Roberts Motors, Inc. d/b/a Roberts Chrysler-Jeep
MSilverstein@wbgllp.com

John Simon on behalf of Creditor EMCON Technologies LLC
jsimon@foley.com

Mark W. Skanes on behalf of Defendant Chrysler Group LLC
mskanes@theroselawfirm.com

Mark W. Skanes on behalf of Defendant Chrysler Group, LLC
mskanes@theroselawfirm.com

Maricel E.V. Skiles on behalf of Creditor Indiana Department of Workforce Development
maricel.skiles@atg.in.gov, Heather.Crockett@atg.in.gov;Stephanie.Patrick@atg.in.gov

Robert H. Skilton, III on behalf of Creditor GHSP, Inc.
rskilton@wnj.com

Bradley P. Smith on behalf of Plaintiff Chrysler Group LLC
smithbr@sullcrom.com, bradley-smith-5682@ecf.pacerpro.com

Edward Smith on behalf of Creditor CRAssociates, Inc.
easmith@sbjlaw.com

J. Mitchell Smith on behalf of Creditor Allen Samuels Austin Dodge, Inc d/b/a Allen Samuels Dodge
d/b/a Allen Samuels Heart of Texas Dodge
jmsmith@germer.com

Robert T. Smith on behalf of Creditor CNI Enterprises, Inc.
rsmith@cniinc.cc

Sheila M. Smith on behalf of Creditor Mee O Sanders

ssmith@frekingandbetz.com

Abigail Snow on behalf of Creditor WIGO Chemie GmbH
asnow@ssbb.com

Eric J. Snyder on behalf of Creditor Tarbox Motors, Inc. and Tarbox Chrysler Jeep, LLC
esnyder@wilkauslander.com, jstauder@wilkauslander.com

Michael B. Solow on behalf of Liquidating Trustee RJM I, LLC, as Liquidation Trustee for Old Carco Liquidation Trust
msolow@kayescholer.com

Sean C. Southard on behalf of Creditor TRW Automotive US LLC
ssouthard@klestadt.com

David K. Spiro on behalf of Creditor Davis Dodge, Chrysler-Jeep, Inc.
dspiro@hf-law.com

James H.M. Sprayregen on behalf of Interested Party Tenneco Inc.
jsprayregen@kirkland.com, jstempel@kirkland.com;joe.graham@kirkland.com

David A. Stein on behalf of Unknown Roger Jobs Motors, Inc. d/b/a Roger Jobs Jeep
dstein@lubojathau.com

Leslie Stein on behalf of Creditor Fire Defense Equipment Co., Inc.
seccles@plunkettcooney.com

L. Allyn Stockton, Jr. on behalf of Unknown Committee of Chrysler Affected Dealers
lastockton@windstream.net

James M. Sullivan on behalf of Creditor Superior Industries International, Inc.
jsullivan@windelsmarx.com, jcrockwell@windelsmarx.com

Stephen D. Susman on behalf of Debtor Old Carco Motors LLC
ssusman@susmangodfrey.com, mritter@susmangodfrey.com

Michelle T. Sutter on behalf of Unknown State of Ohio, ex rel. Richard Cordray, Attorney General
msutter@ag.state.oh.us

Stanley B. Tarr on behalf of Attorney CIT Financial USA, Inc.
tarr@blankrome.com

Oren Tasini on behalf of Interested Party Hialeah Dodge, LLC
otasini@hsplaw.com

Lindsey H. Taylor on behalf of Interested Party Denise Shephard
ltaylor@carellabyrne.com

Lindsey H. Taylor on behalf of Plaintiff Gabriella Tatum
ltaylor@carellabyrne.com

Diana M. Thimmig on behalf of Creditor The Sherwin Williams Company
dthimmig@ralaw.com, jvarhola@ralaw.com

Tad Thomas on behalf of Defendant Raymond Cottrell
maryellen.mynear@ag.ky.gov

Deborah L. Thorne on behalf of Creditor H.M. White, Inc.
deborah.thorne@btlaw.com

Gordon J. Toering on behalf of Creditor Allevard Sogefi USA Inc.
gtoering@wnj.com

Albert Togut on behalf of Plaintiff Old Carco LLC
altogut@teamtogut.com,
kackerman@teamtogut.com;alcourt@teamtogut.com;dperson@teamtogut.com;dcahir@teamtogut.com

Peter J. Tranchida on behalf of Unknown Iroquois Industries, Inc.
pjtranchida@sbcglobal.net

Michael A. Trentadue on behalf of Creditor Createc Corporation
MTrentadue@seanmclapp.com

Travis N. Turner on behalf of Creditor CSC Corporate Domains, Inc.
tturner@cscinfo.com

Ann Marie Uetz on behalf of Creditor Android Industries LLC
auetz@foley.com

Ann Marie Uetz on behalf of Creditor Android Industries-Belvidere, LLC
auetz@foley.com

Allen J. Underwood on behalf of Unknown Dodge of Englewood Inc. d/b/a Grand Dodge of Englewood
ajunderwood@becker.legal, mambrose@becker.legal

United States Trustee
USTPRegion02.NYECF@USDOJ.GOV

Michael J. Ushkow on behalf of 3rd Pty Defendant Chrysler Group LLC
ushkowm@sullcrom.com, s&cmanagingclerk@sullcrom.com

Nancy A. Valentine on behalf of Creditor Mid-West Forge Corporation
navalentine@hahnlaw.com

Jeannette Vargas on behalf of Creditor United States of America
jeannette.vargas@usdoj.gov

Nina M. Varughese on behalf of Creditor Wilmington Trust Company
ninavarughese@yahoo.com

Andrew D. Velez-Rivera on behalf of U.S. Trustee United States Trustee
andy.velez-rivera@usdoj.gov

Michael J. Venditto on behalf of Creditor Gelco Corporation d/b/a GE Capital Fleet Services
mvenditto@reedsmith.com, DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Deborah Benedict Waldmeir on behalf of Unknown State of Michigan Department of Treasury
waldmeird@michigan.gov

Benjamin Robert Walker on behalf of 3rd Pty Defendant Chrysler Group LLC
walkerb@sullcrom.com, s&cmanagingclerk@sullcrom.com,benjamin-walker-3130@ecf.pacerpro.com

Benjamin Robert Walker on behalf of Defendant Chrysler Group L.L.C.
walkerb@sullcrom.com, s&cmanagingclerk@sullcrom.com,benjamin-walker-3130@ecf.pacerpro.com

Jonathan Wall on behalf of Creditor John Bussian
jwall@robertsonmedlin.com

Sean M. Walsh on behalf of Creditor AZ Automotive Corporation
swalsh@gmhlaw.com, lsugars@gmhlaw.com

Terence D. Watson on behalf of Creditor Gregory L. Smith, as Co-Trustee of the Gregory L. Smith GST
Nonexempt Trust under the Smith Family Irrevocable Trust and the Gary P. Smith GST Nonexempt Trust
twatson@lowenstein.com

W. Clark Watson on behalf of Attorney Balch & Bingham LLP
cwatson@balch.com

Erica Tukel Wax on behalf of Unknown Nissan Motor Acceptance Corporation
ewax@ulmer.com

John R. Weider, on behalf of Creditor Marketplace Chrysler, Inc.
jweider@barclaydamon.com

Robert B. Weiss on behalf of Creditor A.G. Simpson Automotive Inc.
rweiss@honigman.com

Robert B. Weissman, on behalf of Creditor Lorraine E. Pullano
rweissman@skdllp.com

Jane S. Welch on behalf of Creditor Honeywell International Inc.
jwelch@morrisonfenske.com, lgottsman@morrisonsund.com

Elizabeth Weller on behalf of Creditor City of Coppell
dallas.bankruptcy@publicans.com, Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Michael R. Wernette on behalf of Creditor CIE Automotive USA, Inc.
mwernette@schaferandweiner.com

J. Bennett White on behalf of Creditor Larry and Patsy Hauptrief
jbw@jbwlawfirm.com

William Douglas White on behalf of Creditor Delmarva Power & Light Company

wdw@mccarthywhite.com

Stephanie Wickouski on behalf of Creditor Brehm Praezisionstechnik GmBH & Co. KG d/b/a Brehm
GmBH
stephanie.wickouski@bclplaw.com, dortiz@bclplaw.com

Laurent Stephan Wiesel on behalf of Counter-Claimant Chrysler Group L.L.C.
s&cmanagingclerk@sullcrom.com

Matthew E. Wilkins on behalf of Creditor Evigna
wilkins@bwst-law.com, marbury@bwst-law.com

Alan L. Williams on behalf of Creditor Extreme Automotive Group
awilliams@alwlaw.com

R. Scott Williams on behalf of Interested Party Case No. 2:09-01149 West VA Class Representatives
Robert Trezza
rsw@hsy.com

Marcus M. Wilson on behalf of Creditor The Pasha Group
mwilson@blswlaw.com

Jeffrey C. Wisler on behalf of Creditor Connecticut General Life Insurance Company and Life Insurance
Company of America
jwisler@connollygallagher.com

Kathy A. Wisniewski on behalf of Defendant FCA US LLC
kwisnieski@thompsoncoburn.com

Samuel C. Wisotzkey on behalf of Creditor Integrys Energy Services, Inc.
swisotzkey@kmksc.com, kmksc@kmksc.com

Jane Rue Wittstein on behalf of 3rd Party Plaintiff Old Carco Liquidation Trust
jruewittstein@jonesday.com, mmelvin@jonesday.com;abutler@jonesday.com

Blanka K. Wolfe on behalf of Creditor Exel Inc.
bwolfe@sheppardmullin.com, ny-docketing@sheppardmullin.com

Robert D. Wolford on behalf of Creditor Benteler Automotive Corp.
ecfwolfordr@millerjohnson.com

Scott A. Wolfson on behalf of Creditor Automotive Components Holdings, LLC
swolfson@wolfsonbolton.com, stravis@wolfsonbolton.com

Lee E. Woodard on behalf of Attorney Harris Beach PLLC
bkemail@harrisbeach.com, kgriffith@harrisbeach.com;efilings@harrisbeach.com

Cynthia Woodruff-Neer on behalf of Unknown Alpine Electronics of America, Inc.
cwoodruff-neer@alpine-usa.com

James Addison Wright, III on behalf of Creditor Cross Country Automotive Services, Inc.

james.wright@klgates.com, bobankruptcyecf@klgates.com

Karon Y. Wright on behalf of Creditor c/o Karon Y. Wright Travis County
karon.wright@co.travis.tx.us, bkecf@co.travis.tx.us

Elizabeth J. Wyman on behalf of Defendant Matthew Dunlap
liz.wyman@maine.gov

Lynne B. Xerras on behalf of Interested Party Best Doctors, Inc.
bos-bankruptcy@hklaw.com, lynne.xerras@hklaw.com

Josephine Yang-Patyi on behalf of Creditor Autoport Limited
jyangpat@menterlaw.com

Thomas H. Yardley on behalf of Unknown Massey-Yardley Chrysler-Plymouth Inc
bankruptcy@yardleylaw.net

Stephen L. Yonaty on behalf of Creditor CEVA Freight Management
syonaty@chwattys.com

Pauline MK Young on behalf of Plaintiff Scott Perno
pauline.young@esqnj.com

Li Yu on behalf of Unknown United States Department of the Treasury
li.yu@usdoj.gov

German Yusufov on behalf of Creditor PIMA COUNTY
pcaocvbk@pcao.pima.gov

Terry L. Zabel on behalf of Creditor Grand Rapids Plastics, Inc.
ecf-tlz@rhoadesmckee.com

Joseph Zagraniczny on behalf of Interested Party Sensia Healthcare
zagranj@bsk.com, kdoner@bsk.com

Jeffrey H. Zaiger on behalf of Attorney Chrysler Group LLC
jzaiger@josephnyc.com

Michael D. Zaverton on behalf of Creditor Great Northern Dodge, Inc.
mzaverton@walterhav.com

Peter Alan Zisser on behalf of Creditor ArcelorMittal Tubular Products USA Corporation
Lawzisser@twcny.rr.com