OBERMAYER REBMANN MAXWELL & HIPPEL LLP
Angela L. Baglanzis, Esquire
521 5th Avenue, 34th Floor
New York, NY 10175
212-922-9182 – Telephone
917-994-2545 – Facsimile

### UNITED STATES BANKRUPTCY COURT FOR THE
### SOUTER DISTRICT OF NEW YORK

| | : | |
|---|---|---|
| **In re:** | : | **Chapter 11** |
| | : | |
| **CHRYSLER LLC,** *et al.*, | : | **Case No. 09-50002 (AJG)** |
| | : | |
| **Debtors.** | : | |
| | : | |
| | : | |

### CERTIFICATE OF NO OBJECTION TO MOTION TO
### <u>WITHDRAW AS ORDINARY COURSE PROFESSIONALS</u>

I, Angela L. Baglanzis, Esquire of Obermayer Rebmann Maxwell & Hippel LLP ("Obermayer") as counsel of record for Chrysler CarCo Lenders Group, Chrysler Financial Services Americas LLC, Chrysler Group LLC f/k/a New CarCo Acquisition LLC, Chrysler National Dealer Council, Chrysler Non-TARP Lenders (collectively "Chrysler") hereby certify as follows:

1. On August 21, 2019, Obermayer filed Motion to Withdraw as Ordinary Course Professional (the "Motion") [Docket No. 8546].

2. A true and correct copy of the Motion was served upon the parties listed on the service list attached to the Motion on August 21, 2019. [Docket No. 8546-4].

3. A true and correct copy of the Notice of Motion was served upon all creditors and parties in interest listed on the service list attached to the Motion on August 21, 2019. [Docket No.8546-3].

4826-5608-9767

4. Obermayer respectfully requests that the Court consider the Motion uncontested, grant the Motion and enter the proposed Order attached to the Motion.

WHEREFORE, Angela L. Baglanzis, Esquire and the firm Obermayer Rebmann Maxwell & Hippel LLP respectfully request that they be permitted to withdraw as counsel of record in this case, and that the Court grant any and all other just and proper relief.

Dated: September 23, 2019

Respectfully submitted,

/s/ Angela L. Baglanzis, Esquire
Angela L. Baglanzis, Esquire
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
521 5th Avenue, 34th Floor
New York, NY 10175
212-922-9182 – Telephone
917-994-2545 – Facsimile

4826-5608-9767