**UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHER DISTRICT OF NEW YORK**

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **CHRYSLER LLC,** *et al.*, | : | Case No. 09-50002 (SMB) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | Hearing Date: 9/19/19 @10:a.m. |

## ORDER

**AND NOW COMES** Angela L. Baglanzis, Esquire and Obermayer Rebmann Maxwell & Hippel LLP's Motion to Withdraw as Ordinary Course Professionals for Chrysler CarCo Lenders Group, Chrysler Financial Services Americas LLC, Chrysler Group LLC f/k/a New CarCo Acquisition LLC, Chrysler National Dealer Council, Chrysler Non-TARP Lenders and the Court being now well and sufficiently advised, hereby finds, orders, and decrees as follows:

Angela L. Baglanzis, Esquire and Obermayer Rebmann Maxwell & Hippel LLP should be and are hereby permitted to withdraw as ordinary course professionals in this case.

IT IS SO ORDERED, this **27th** day of **September**, 2019.

BY THE COURT:

**/s/ STUART M. BERNSTEIN**
Honorable Stuart M. Bernstein
United States Bankruptcy District Judge