**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Old Carco LLC, *et al.*, | : | Case No. 09-50002 (SMB) |
| | : | |
| Debtors. | : | Jointly Administered |
| | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, SUHAILAH SALLIE, hereby certify:

1. I am employed as a paralegal with the law firm of Cole Schotz P.C., Bankruptcy Counsel for Plaintiff Frankie Overton, as Executor of the Estate of Sue Ann Graham in the above–captioned Chapter 11 cases.

2. On July 23, 2020, this office caused true copies of the following pleadings to be served upon all parties on the service list attached hereto in the method as indicated:

   (a) Notice of Frankie Overton's Motion for Relief from the Court's "Enforcement Order" to Permit Her to Pursue an Independent Claim Against FCA US LLC [Docket No. 8549]; and

   (b) Frankie Overton's Motion for Relief from the Court's "Enforcement Order" to Permit Her to Pursue an Independent Claim Against FCA US LLC with Exhibits [Docket No. 8549-1].

3. All parties who have requested electronic notification of filings via the Bankruptcy Court CM/ECF system were sent the above-referenced documents via electronic notice on July 23, 2020.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED: July 23, 2020

*/s/ Suhailah Sallie*
Suhailah Sallie

**Old Carco LLC, et al. – Service List**
**Case No. 09-50002 (SMB)**

| Name and Address of Party Served | Method of Service |
|---|---|
| Brian D. Glueckstein, Esq.<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, New York  10004-2498<br>gluecksteinb@sullcrom.com<br>*Counsel to Chrysler* | **EMAIL** |
| Andrew D. Velez-Rivera, Esq.<br>Office of the U.S. Trustee<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | **First Class Mail** |