**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ------------------------------------------ x : | |
| In re: : | Chapter 11 |
| : | |
| Old Carco LLC, *et al.*, : | Case No. 09-50002 (SMB) |
| : | |
| Debtors. : | Jointly Administered |
| : | |
| : | |
| ------------------------------------------ X | |

### DECLARATION OF BRIAN D. GLUECKSTEIN IN SUPPORT OF OPPOSITION OF FCA US LLC TO FRANKIE OVERTON'S MOTION FOR RELIEF FROM THE COURT'S "ENFORCEMENT ORDER" TO PERMIT HER TO PURSUE AN INDEPENDENT CLAIM AGAINST FCA US LLC

BRIAN D. GLUECKSTEIN declares:

1. I am a member of the Bar of the State of New York and a partner of Sullivan & Cromwell LLP, counsel to FCA US LLC ("FCA US") in the above-captioned proceedings.

2. I make this declaration to provide the Court a copy of certain materials referenced in the *Opposition of FCA US LLC to Frankie Overton's Motion for Relief From the Court's "Enforcement Order" to Permit Her to Pursue an Independent Claim against FCA US LLC*.

3. Attached as Exhibit A is a true and correct copy of the certified transcript of the hearing held before the Court on June 7, 2018.

4. Attached as Exhibit B is a true and correct copy of an email from Mark Tsukerman, counsel to Overton, to Brian D. Glueckstein, dated November 8, 2018.

5. Attached as Exhibit C is a true and correct copy of an email from Brian D. Glueckstein to the Court's chambers, dated November 13, 2018.

6. Attached as Exhibit D is the Mandate issued on June 10, 2020 by the United States Court of Appeals for the Second Circuit [Case No. 19-1901, Dkt. No. 114].

I declare under penalty of perjury under the laws of the United States that, to the best of my knowledge and belief, the foregoing is true and correct.

Executed on August 4, 2020

/s/ Brian D. Glueckstein
Brian D. Glueckstein
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone:   (212) 558-4000
Facsimile:   (212) 558-3588

*Counsel for FCA US LLC*