# EXHIBIT B

# Glueckstein, Brian D.

| | |
|---|---|
| **From:** | Tsukerman, Mark <MTsukerman@coleschotz.com> |
| **Sent:** | Thursday, November 08, 2018 9:17 AM |
| **To:** | Glueckstein, Brian D.; parker.miller@beasleyallen.com; stephanie.monplaisir@beasleyallen.com |
| **Subject:** | RE: Overton v. FCA US LLC [COLESCHOTZ-CSDOCS.FID2197026] |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

**\*\*This is an external message from: mtsukerman@coleschotz.com \*\***

Brian –
We are fine with the proposed order, subject to making the following revision to paragraph 4:
  The Court shall retain **_non-exclusive_** jurisdiction with respect to all matters arising from or related to the

implementation and interpretation of this Order.


Please let us know if that change is acceptable. If it is, you have our consent to submit to the Court; please copy us on your submission.
Thanks,



**Mark Tsukerman**
**Associate**
1325 Avenue of the Americas | 19th Floor | New York, NY | 10019-6079
Direct 646.563.8948 | Firm 212.752.8000 | Fax 646.563.7948 | mtsukerman@coleschotz.com
New Jersey [coleschotz.com] | New York [coleschotz.com] | Delaware [coleschotz.com] | Maryland [coleschotz.com] |
Texas [coleschotz.com] | Florida [coleschotz.com]
vCard [coleschotz.com] | bio [coleschotz.com] | website [coleschotz.com]

Legal Practice Assistant: Donna Richardson | 212.752.8000 x 3005 | drichardson@coleschotz.com


**From:** Glueckstein, Brian D. [mailto:gluecksteinb@sullcrom.com]
**Sent:** Tuesday, November 06, 2018 8:04 PM
**To:** Tsukerman, Mark; parker.miller@beasleyallen.com; stephanie.monplaisir@beasleyallen.com
**Subject:** Overton v. FCA US LLC
Counsel,

In accordance with the Bankruptcy Court's Decision dated November 1, 2018 in the above-referenced matter, attached please find, pursuant to Local Rule 9074-1(a), FCA US's proposed form of order. Please advise if Plaintiffs consent to entry of this order.

Regards,

Brian

Brian D. Glueckstein
Sullivan & Cromwell LLP | 125 Broad Street |
New York, NY 10004-2498
T: (212) 558-1635 | F: (212) 291-9305 |
gluecksb@sullcrom.com

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.

\* \* \* \* \* \*

This e-mail message from Cole Schotz P.C. is private and may contain privileged information. If you are not the intended recipient, please do not read, copy or use it or disclose it to others. If you have received this message in error, please notify the sender immediately by replying to this message and then delete it from your system.