**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>Old Carco LLC<br>(f/k/a Chrysler LLC), *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 09-50002 (SMB)<br><br>(Jointly Administered) |

**ORDER DENYING FRANKIE OVERTON'S MOTION FOR**
**RELIEF FROM THE COURT'S ENFORCEMENT ORDER**

Upon the motion [Docket No. 8549-1] (the "Motion")[1] of Frankie Overton, as executor of the estate of Sue Ann Graham, seeking relief from this Court's order enforcing the Sale Order [Docket No. 8535] to pursue claims against FCA US LLC; this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and venue of these chapter 11 cases and the Motion in this district being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Motion and the relief requested therein has been provided; and a hearing on the Motion having been held before the Court on August 11, 2020 (the "Hearing"); and the Court having considered the Motion and the objection to the Motion, as well as all related briefing and filings of the parties and the arguments of counsel made at the Hearing; and after due deliberation thereon and upon the record established at the Hearing; and the Court having issued its *Memorandum Decision Denying Frankie Overton's Motion for Relief From the Court's Enforcement Order* [Docket No. 8556] (the "Opinion");

---

[1] Capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion.

IT IS HEREBY ORDERED THAT:

1. The Motion is DENIED as set forth in the Opinion.

2. The Court shall retain non-exclusive jurisdiction with respect to all matters arising from or related to the implementation and interpretation of this Order.

Dated:   November 5th, 2020
         New York, New York

                                              **/s/ STUART M. BERNSTEIN**
                                              Honorable Stuart M. Bernstein
                                              United States Bankruptcy Judge