**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

IN RE: Old Carco LLC and Scott Graham                    CASE NO.: 09–50002–dsj
  aka   Chrysler Town & Country
  aka   Chrysler 300
  aka   Chrysler Sebring
  aka   Chrysler PT Cruiser
  aka   Dodge
  aka   Dodge Avenger
  aka   Dodge Caliber
  aka   Dodge Challenger
  aka   Dodge Dakota
  aka   Dodge Durango
  aka   Dodge Grand Caravan
  aka   Dodge Journey
  aka   Chrysler Aspen
  aka   Dodge Nitro
  aka   Dodge Charger
  aka   Dodge Ram
  aka   Dodge Sprinter
  aka   Dodge Viper
  aka   Jeep
  aka   Jeep Commander

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER:  11
38–2673623

---

# NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge David S Jones on March 1, 2021 for administration. Please style all future captions with the appropriate judicial suffix (dsj ).

Dated: March 1, 2021                                                Vito Genna
                                                                    Clerk of the Court