# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004−1408**

---

IN RE: Old Carco LLC and Scott Graham                    CASE NO.: 09−50002−dsj

aka    Chrysler Town & Country
aka    Chrysler 300
aka    Chrysler Sebring
aka    Chrysler PT Cruiser
aka    Dodge
aka    Dodge Avenger
aka    Dodge Caliber
aka    Dodge Challenger
aka    Dodge Dakota
aka    Dodge Durango
aka    Dodge Grand Caravan
aka    Dodge Journey
aka    Chrysler Aspen
aka    Dodge Nitro
aka    Dodge Charger
aka    Dodge Ram
aka    Dodge Sprinter
aka    Dodge Viper
aka    Jeep
aka    Jeep Commander

Social Security/Taxpayer ID/Employer ID/Other Nos.:        CHAPTER:  11
38−2673623

---

# NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge David S Jones on March 1, 2021 for administration. Please style all future captions with the appropriate judicial suffix (dsj ).

Dated: March 1, 2021                                        Vito Genna
                                                           Clerk of the Court

United States Bankruptcy Court

Southern District of New York

In re:                                                                          Case No. 09-50002-dsj

Old Carco LLC                                                                   Chapter 11

Scott Graham

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0208-1                          User: admin                                  Page 1 of 77

Date Rcvd: Mar 01, 2021                       Form ID: 144                          Total Noticed: 702

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(e). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Old Carco LLC, 1000 Chrysler Drive, Auburn Hills, MI 48326-2766 |
| aty | + | Lawrence V. Gelber, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, NY 10022-3921 |
| smg | | N.Y. State Unemployment Insurance Fund, P.O. Box 551, Albany, NY 12201-0551 |
| smg | + | New York City Dept. Of Finance, Office of Legal Affairs, 375 Pearl Street, 30th Floor, New York, NY 10038-1442 |
| smg | + | United States Attorney's Office, Southern District of New York, Attention: Tax & Bankruptcy Unit, 86 Chambers Street, Third Floor, New York, NY 10007-1825 |
| pla | + | Scott Graham, 8351 Robinson Road, Laurel Hill, FL 32567-2513 |
| 5975032 | + | ACE Companies, Margery N. Reed, Esq., Duane Morris LLP, 30 South 17th Street, Philadelphia, PA 19103-4196 |
| 5974849 | | ACE Companies, c/o Margery N. Reed, Esquire, Duane Morris LLP, 30 South 17th Street, Philadelphia, PA 19103-4196 |
| 5974716 | | AGC Automotive Americas Co., 6415 Idlewild Road, Ste. 109, Charlotte, NC 28212, Attn: Stephen K. Coss |
| 5974896 | + | AGC Europe, c/o Ivey, Barnum & O'Mara, LLC, 170 Mason Street, Greenwich, CT 06830-6644 |
| 5974489 | + | AK Steel Corporation, c/o Frost Brown Todd LLC, Douglas L. Lutz, Esq., 2200 PNC Center, 201 E. Fifth Street Cincinnati, OH 45202-4152 |
| 5974919 | ++ | ALDINE INDEPENDENT SCHOOL DISTRICT, TAX OFFICE, 14909 ALDINE WESTFIELD DR, HOUSTON TX 77032-3027 address filed with court:, Aldine Independent School District, Annette Ramirez, 14910 Aldine-Westfield Road, Houston, TX 77032 |
| 5974780 | + | AMPORTS, Inc., c/o Cleary Gottlieb Steen & Hamilton, One Liberty Plaza, New York, NY 10006, Attention: Sean A. O'Neal 10006-1404 |
| 5974487 | + | AOL LLC, c/o Tiffany Strelow Cobb, Esq., Vorys, Sater, Seymour and Pease LLP, 52 East Gay Street, Columbus, OH 43215-3161 |
| 5974781 | + | APS East Coast, Inc., c/o Cleary Gottlieb Steen & Hamilton, One Liberty Plaza, New York, NY 10006, Attention: Sean A. O'Neal 10006-1404 |
| 5974827 | + | AT&T Companies, c/o Vincent A. D'Agostino, Esq., Lowenstein Sandler PC, 65 Livingston Ave., Roseland, NJ 07068-1725 |
| 5974391 | + | ATC Drivetrain, Inc., 1400 Opus Place, Suite 600, Downers Grove, IL 60515-5707 |
| 5974390 | + | ATC Technology Corporation, 1400 Opus Place, Suite 600, Downers Grove, IL 60515-5707 |
| 5975170 | | ATEL Leasing Corp., c/o Peter S. Russ, Esq., Buchanan Ingersoll & Rooney PC, 629 Eighth Ave., 23 rd floor, New York, NY 10018 |
| 5975162 | + | ATEL Leasing Corporation, BUCHANAN INGERSOLL & ROONEY PC, ATTN: Magdeline D. Coleman, Esq., 620 Eighth Avenue, 23rd Floor, New York, NY 10018-1669 |
| 5975161 | + | ATEL Leasing Corporation, BUCHANAN INGERSOLL & ROONEY PC, Attn: Jeffrey M. Carbino, Esq., 620 Eighth Avenue, 23rd Floor, New York, NY 10018-1669 |
| 5974839 | + | ATEL Leasing Corporation, 600 California Street, 6th Floor, San Francisco, CA 94108-2733, Attn.: Vasco H. Morais, General Counsel |
| 5974848 | | ATEL Leasing Corporation, c/o Magdeline D. Coleman, Esquire, Buchanan Ingersoll & Rooney PC, Two Liberty Pl, 50 S. 16th St, Ste 3200, Philadelphia,PA 19102 |
| 5974847 | | ATEL Leasing Corporation, c/o Jeffrey M. Carbino, Esquire, Buchanan Ingersoll & Rooney PC, Two Liberty Pl, 50 S. 16th St, Ste 3200, Philadelphia, PA 19102 |
| 5975153 | | AZ Automotive Corporation, Judy A. O'Neill, Foley & Lardner LLP, 500 Woodward Avenue, Suite 2700, Detroit, MI 48226-3489 |
| 5974667 | + | AZ Automotive Corporation, c/o Sean M. Walsh, Esq., Giarmarco, Mullins & Horton, P.C., 101 W. Big Beaver Road, 10th Floor, Troy, MI 48084-5280 |
| 5974440 | + | Adam H. Isenberg, Esquire, Saul Ewing LLP, Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA 19102-2100 |
| 5974621 | + | Affiliated Computer Services, Inc., c/o Michelle E. Shriro, Esq., Singer & Levick, P.C., 16200 Addison Rd. #140, Addison, TX 75001-5377 |
| 5975164 | + | Aiken Schenk Hawkins & Ricciardi PC, ATTN: Barbara Lee Caldwell, 4742 North 24th Street, Phoenix, AZ 85016-4859 |
| 5974820 | + | Ajamie LLP, Attn: Dona Szak, Pennzoil Place - South Tower, 711 Louisiana, Suite 2150, Houston, TX 77002-2720 |
| 5974961 | + | Alan E. Brown, 3M Company, Office of General Counsel, 3M Center, Building 220-9E-02, St. Paul, MN 55144-1001 |
| 5974785 | | Alden Logistics, Inc., 187 Seaway Dr., Melvindale, MI 48122 |
| 5974395 | | Alexia Taschereau, Legal Services-Industry Canada, 8th Floor East, 235 Queen Street, room 810A, Ottawa, ON K1A 0H5 CANADA |

5975145    +  Alexsy Law Group P.C., ATTN: Steven Alexsy, Suite 3R, 440 E. Congress, Detroit, MI 48226-2982
5974809       Allen Samuels Chrysler Jeep, Inc., c/o J. Mitchell Smith, Germer Gertz, L.L.P., P. O. Box 4915, Beaumont, TX 77704-4915
5974729    +  Altair Engineering, Inc., Attn. Steven M. Rivkin, General Counsel, 1820 E. Big Beaver Road, Troy, MI 48083-2031
5974864    +  Andrew B. Siegel, Goidel & Siegel, LLP, 122 East 42nd Street, New York, N.Y. 10168-0002
5974983    +  Andrews Kurth LLP, Monica S. Blacker, 1717 Main Street, Suite 3700, Dallas, TX 75201-7301
5974636    +  Anne Marie P. Kelley, Scott J. Freeman, Dilworth Paxson LLP, Liberty View - Ste. 700, 457 Haddonfield Road Cheey Hill, NJ
              08002-2221
5974727    +  Applied Manufacturing Technologies, 219 Kay Industrial Dr, Orion, MI 48359-2403
5975087   +++ Archer Chrysler Plymouth, Inc. dba Archer Chrysler, Wist Holland & Kehlhof, 720 North Post Oak Road, Ste. 610, Houston, TX
              77024-3836, ATTN: Joan Kehlhof
5975033    +  Asbury, Michael S. Davi, Esq., Vinson & Elkins L.L.P., 666 Fifth Avenue, 26th Floor, New York, New York 10103-2600
5974933    +  Ashland Inc, Collection Dept, P O Box 2219, Columbus, Oh 43216-2219
5974678    +  Ashley Cassell, 157 State Highway 58, Harrisville, NY 13648-3229
5974856    +  Aspect Communications, Inc., c/o Chadbourne & Parke LLP, 30 Rockefeller Plaza, New York, New York 10112-0015
5974725    +  Atlas Tool, Inc., 29880 Grosebeck, Roseville, MI 48066-1985
5974850    +  August Guillot, c/o Edward J. Peterson, III, Stichter, Riedel, Blain & Prosser, P.A., 110 E. Madison Street, Ste. 200, Tampa, FL
              33602-4718
5974457    +  AutoNation, Inc., 110 S.E. 6th Street, Fort Lauderdale, FL 33301-5000, ATTN: C. Coleman Edmunds, Esq.
5974523    +  Autoliv ASP, Inc., 1320 Pacific Drive, Auburn Hills, Michigan 48326-1569
5975065    +  BARBARA LAWALL, PIMA COUNTY ATTORNEY, ATTN: GERMAN YUSUFOV, 32 N. STONE AVENUE, SUITE 2100
              TUCSON, AZ 85701-1458
5975066    +  BARBARA LAWALL, PIMA COUNTY ATTORNEY, ATTN: TERRI A. ROBERTS, 32 N. STONE AVENUE, SUITE 2100 TUCSON,
              AZ 85701-1458
5974875   +++ BNSF Railway Company, ATTN: Quincy Chumley, 3001 Western Center Blvd., Fort Worth, TX 76131-1330
5974339    +  BP Products North America Inc., Kelley Drye & Warren LLP, 101 Park Avenue, New York, New York 10178-0062, Attn: James S. Carr
5974640    +  BankFinancial FSB, c/o Nicholas M. Miller, Neal, Gerber & Eisenberg LLP, Two North LaSalle Street, Suite 1700, Chicago, Illinois
              60602-4000
5975077    +  Barnes & Thornburg LLP, One North Wacker Drive, Suite 4400, Chicago, IL 60606-2841, ATTN: Deborah L. Thorne
5974978    +  Barnes & Thornburgh LLP, 171 Monroe Avenue, NW, Suite 1000, Grand Rapids, MI 49503-2694, ATTN: John T. Gregg
5974425       Barnes Group Inc., 123 Main Street, P.O. Box 489, Bristol, CT 06011-0489
5975137       Beck, Chaet, Bamberger & Polsky, S.C., 330 E. Kilbourn Avenue, Two Plaza East, Suite 1085, Milwaukee, WI 53202, ATTN: Marie L.
              Nienhuis
5975136    +  Becker Meisel LLC, Eisenhower Plaza II, 354 Eisenhower Parkway, Ste. 2800, Livingston, N.J. 07039-1044, ATTN: Allen J. Underwood
              II, Esq.
5974776    +  Beckman Motor Co, INc., Penn Avenue and School Way, Mt. Oliver, PA 15210
5974632       Belkys Escobar, Assitant County Attorney, One Harrison St., S.E., 5th Floor, Leesburg, VA 20175-3102
5974623    +  Bellambert LLC, c/o Christine D. Lynch, Esq., Goulston & Storrs, P.C., 400 Atlantic Avenue, Boston, MA 02110-3333
5974907       Benjamin P. Deutsch, Schnader Harrison Segal & Lewis LLP, 140 Broadway, Suite 2100, New York, N.Y. 10005-1101
5974589    +  Beverly H. Shideler, IBM Corporation, Two Lincoln Centre, Oakbrook Terrace, IL 60181-4295
5975018    +  Bieser, Greer & Landis, LLP, 400 National City Center, 6 North Main Street, Dayton, OH 45402-1902, ATTN: James H. Greer
5975022    +  Bing Metals Group, Inc., Patrick J. Kukla, Carson Fisher, P.L.C., 4111 Andover Road, West-2nd Floor, Bloomfield Hills, MI 48302-1924
5975021    +  Bing Metals Group, Inc., Carson Fischer, P.L.C., 4111 Andover Road, West-2nd Floor, Bloomfield Hills, MI 48302-1909
5974399    +  Blanka K. Wolfe, Sheppard Mullin Richter & Hampton LLP, 30 Rockefeller Plaza, New York, New York 10112-0079
5974579    +  Blanka K. Wolfe, Esq., Sheppard Mullin Richter & Hampton LLP, 30 Rockefeller Plaza, Suite 2400, New York, New York 10112-0079
5974624    +  Bob Mayberry Chrysler, Dodge, Jeep, Inc., c/o David M. Grogan, Shumaker, Loop & Kendrick, LLP, 128 South Tryon St., Suite 1800,
              Charlotte, NC 28202-5013
5974696    +  Boggs, Avellino, Lach & Boggs, L.L.C., 7912 Bonhomme Ave., Ste. 400, St. Louis, MO 63105-3507
5975089    +  Bose McKinney & Evans LLP, ATTN: Michael A. Trentadue, 111 Monument Circle, Suite 2700, Indianapolis, IN 46204-5120
5975003    +  Brendan G. Best, Schafer and Weiner, PLLC, 40950 Woodward Avenue, Ste. 100, Bloomfield Hills, MI 48304-5124
5974590    +  Brian D. O'Keefe, Daniel J. McCarthy, Hyman Lippitt, P.C., 322 N. Old Woodward Avenue, Birmingham, MI 48009-5321
5974969    +  Brian L. Shaw, Shaw Gussie Fishman Glantz, Wolfson & Towbin LLC, 321 N. Clark St., Suite 800, Chicago, IL 60654-4766
5974428    +  Brian W. Bisignani, Esq., Post & Schell, P.C., 17 North 2nd Street, 12th Floor, Harrisburg, PA 17101-1638
5975072    +  Briggs and Morgan P.A., ATTN: John R. McDonald, 2200 IDS Center, 80 South 8th Street, Minneapolis, MN 55402-2100
5975044    +  Brooklyn Center Motors, Inc., c/o Eric A. Rice, Esq., LEONARD, STREET AND DEINARD, Professional Association, 150 South Fifth
              Street, Suite 2300 Minneapolis, MN 55402-4223
5975084    +  Brooklyn Center Motors, LLC, c/o Steven D. DeRuyter, Esq., LEONARD, STREET AND DEINARD, Professional Association, 150
              South Fifth Street, Suite 2300 Minneapolis, MN 55402-4223
5974681    +  Bruce M. Abrahamson, BMA Trust dated 2-18-08, Dynasty International, P.O. Box 3443, Muster, IN 46321-0443
5974874    +  Buchalter Nemer, Paul M. Weiser, 16435 North Scottsdale Road, Suite 440, Scottsdale, AZ 85254-1754
5975000    +  Buchalter Nemer, Shawn M. Christianson, Esq., 333 Market Street, 25th Floor, San Francisco, CA 94105-2126
5974741    +  Burgess-Norton Manufacturing Company, c/o Winston & Strawn LLP, 35 West Wacker Drive, Chicago, IL 60601, Attn: Matthew J.
              Botica Mindy D. Cohn 60601-1723
5974598    +  Burke E. Porter Company, c/o Thomas P. Sarb, Miller Johnson, PO Box 306, Grand Rapids, MI 49501-0306
5975072    +  Byoung Soo Kim, Esq., Sheppard Mullin Richter & Hampton LLP, 30 Rockefeller Plaza, Suite 2400, New York, New York 10112-0079
5975030       CDI Corporation, James O. Moore, Dechert LLP, 1095 Avenue of the Americas, New York, New York 10036-6797
5975031    +  CDI Corporation, Juliet Sarkessian, Dechert LLP, Cira Centre, 2929 Arch Street Philadelphia, Pennsylvania 19104-7397

District/off: 0208-1                          User: admin                          Page 3 of 77
Date Rcvd: Mar 01, 2021                       Form ID: 144                         Total Noticed: 702

| | | |
|---|---|---|
| 5975011 | ++ | CHADBOURNE PARKE LLP, 1301 AVENUE OF THE AMERICAS, NEW YORK NY 10019-0127 address filed with court:, Chadbourne & Parke LLP, 30 Rockefeller Plaza, New York, N.Y. 10112, ATTN: Douglas Deutsch, Howard Seife |
| 5974669 | + | CTA Acoustics, Inc., c/o Sean M. Walsh, Esq., Giarmarco, Mullins & Horton, P.C., 101 W. Big Beaver Road, 10th Floor, Troy, MI 48084-5280 |
| 5974975 | + | Cahill Gordon & Reindel LLP, Eighty Pine Street, New York, N.Y. 10005-1790, ATTN: Joel H. Levitin |
| 5974728 | + | Canadian National Railway Company, c/o Menter, Rudin & Trivelpiece, P.C., 308 Maltbie Street, Suite 200, Syracuse, New York 13204-1444 |
| 5974992 | + | Canadian Pacific Railway Company, c/o Matthew A. Swanson, Esq., Leonard, Street and Deinard, 150 South Fifth Street, Ste. 2300, Minneapolis, MN 55402-4238 |
| 5975090 | + | Carina M. de la Torre, Bose McKinney & Evans LLP, 111 Monument Circle, Suite 2700, Indianapolis, IN 46204-5120 |
| 5975108 | + | Carmody Macdonald, P.C., 120 S. Central Ave., Suite 1800, Clayton, OH 63105-1726, ATTN: John E. Hilton, Esq. |
| 5974576 | + | Carren B. Shulman, Esq., Sheppard Mullin Richter & Hampton LLP, 30 Rockefeller Plaza, Suite 2400, New York, New York 10112-0079 |
| 5974587 | + | Carrollton-Farmers Branch I.S.D., Law Office of Robert E. Luna, P.C., c/o Andrea Sheehan, 4411 North Central Expressway, Dallas, Texas 75205-4210 |
| 5975012 | + | Carson Fischer, P.L.C., 4111 Andover Road, West 2nd Floor, Bloomfield Hills, MI 48302, Patrick J. Kukla 48302-1924 |
| 5974695 | + | Cassens Transport Company, et al., c/o Karin F. Avery, Esq., Silverman & Morris, P.L.L.C., 7115 Orchard Lake Road, Suite 500, West Bloomfield, Michigan 48322-3657 |
| 5974762 | | Catherine Barnett Wilson, 3M Company, Officee of General Counsel, 3M Center, Building 220-9E-02, St. Paul, MN 55144-1000 |
| 5974588 | + | Central States, Southeast and Southwest Areas Pens, Legal Department, 9377 W. Higgins Road, Rosemont, Illinois 60018-4973 |
| 5974750 | + | Century Dodge, Inc., c/o Michael A. Nedelman, Esq., 28580 Orchard Lake Road, Suite 140, Farmington Hills, MI 48334-2988 |
| 5974672 | + | Charles D. Bullock, 29200 Southfield Rd, Ste. 210, Southfield, MI 48076-1925 |
| 5974808 | + | Charles D. Bullock, Stevenson & Bullock, P.L.C., 29200 Southfield Rd., Suite 210, Southfield, MI 48076-1925 |
| 5974998 | + | Charles H. Lee, Esq., Central Sates Funds, 9377 W. Higgins Road, 10th Floor, Rosemont, IL 60018-4937 |
| 5974828 | + | Charter Automotive, c/o Paula A. Hall, Brooks Wilkins Sharkey & Turco PLLC, 401 S. Old Woodward Avenue, Suite 460, Birmingham, MI 48009-6622 |
| 5974394 | + | Christopher F. Graham, Esq., McKenna Long & Aldridge LLP, 230 Park Avenue, Suite 1700, New York, New York 10169-0005 |
| 5975058 | + | Cisco Systems Capital Coporation, Bialson, Bergen & Schwab, 2600 El Camino Real, Suite 300, Palo Alto, California 94306-1720, ATTN: Thomas M. Gaa |
| 5975057 | + | Cisco Systems Capital Corporation, White and Williams LLP, One Penn Plaza, Suite 4110, New York, New York 10119-4115, ATTN: Karel S. Karpe |
| 5974865 | + | City of Detroit, c/o Kilpatrick & Associates, PC, 903 North Opdyke Road, Ste. C, Auburn Hills, MI 48326-2693 |
| 5974881 | + | City of Homestead, FL, c/o Weiss Serota Helfman, Doug Gonzales, Esq., 200 E. Broward Blvd., Suite 1900, Ft. Lauderdale, FL 33301 9 33301-1949 |
| 5974894 | | City of Kokomo Wastewater Utility, 100 S. Union St., P.O. Box 1209, Kokomo, IN 46903-1209 |
| 5974402 | + | Class Representatives of Int'l Union, UAW, et al., c/o Meyer, Suozzi, English & Klein, P.C., 990 Stewart Ave., Suite 300, Garden City, NY 11530-9882, Attn: Ed LoBello, Esq., Jil Mazer-Marin |
| 5974971 | + | Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, N.Y. 10006-1404, ATTN: James L. Bromley |
| 5975122 | + | Cobasys LLC, Joseph M. Fischer, Carson Fischer, P.L.C., 4111 Andover Road, West-2nd Floor, Bloomfield Hills, MI 48302-1924 |
| 5975124 | + | Cobasys LLC, Lawrence A. Lichtman, Carson Fischer, P.L.C., 4111 Andover Road, West-2nd Floor, Bloomfield Hills, MI 48302-1924 |
| 5975125 | + | Cobasys LLC, Patrick J. Kukla, Carson Fischer, P.L.C., 4111 Andover Road, West-2nd Floor, Bloomfield Hills, MI 48302-1924 |
| 5975123 | + | Cobasys LLC, Robert A. Weisberg, Carson Fischer, P.L.C., 4111 Andover Road, West-2nd Floor, Bloomfield Hills, MI 48302-1924 |
| 5974862 | | Collector of Rev. of St. Louis County, MO, & St. Louis County Economic Council, c/o Day Pitney LLP - Attn Richard Meth, PO Box 1945, Morristown, NJ 07962-1945 |
| 5974392 | + | Comerica Bank, Bodman LLP c/o Ralph E. McDowell, 6th Floor at Ford Field,, 1901 St. Antoine Street, Detroit, Michigan 48226-2336 |
| 5974662 | + | Competition Engineering, Inc., Bolhouse Law Offices, 3996 Chicago Drive SW, Grandville, MI 49418-1384 |
| 5974564 | + | Computer Consultants of America, c/o David A. Lerner, 38505 Woodward Ave - Suite 2000, Bloomfield Hills, MI 48304-5093 |
| 5974417 | | Computer Sciences Corporation, Richard M. Kremen / Jodie E. Buchman, DLA Piper LLP (US), The Marbury Building, 6225 Smith Avenue Baltimore, Maryland 21209-3600 |
| 5974861 | | Computer and Engineering Services, Inc., c/o Thomas G. King / DSH, Kreis, Enderle, Hudgins & Borsos, P.C., PO Box 4010, Kalamazoo, MI 49003-4010 |
| 5975017 | | Concur Technologies, Inc., Klestadt & Winters, LLP, Tracy L. Klestadt, Joseph C. Corneau, 292 Madison Avenue, 17th Floor, New York, New York 10017-6314 |
| 5974451 | + | Continental Automotive Systems,Inc., 21440 West Lake Cook Road, Deer Park, IL 60010-3609, ATTN: Bob Patton, Esq. |
| 5974332 | + | Continental Tire North America, Inc., c/o John T. Gregg, Esq., Barnes & Thornburg LLP, 171 Monroe Avenue, NW, Suite 1000, Grand Rapids, MI 49503-2694 |
| 5975131 | + | Cooley Godward Kronish LLP, 1114 Avenue of the Americas, New York, N.Y. 10036, ATTN: James A. Beldner, Ronald R. Sussman 10036-7703 |
| 5974926 | | Coto Malley & Tamargo, LLP, P O Box 71449, San Juan, Puerto Rico 00936-8549 |
| 5974615 | | County of Loudoun, c/o Belkys Escobar, One Harrison St. SE, (MSC #06), Leesburg, VA 20175-3102 |
| 5974722 | + | Craig M.J. Allely, Perkins Cole LLP, 1899 Wynkoop Street, #700, Denver, CO 80202-1086 |
| 5974934 | + | Crain DD, LLC, Stephen L. Gershner, Attorney, Davidson Law Firm, Ltd., P.O. Box 1300, Little Rock, Arkansas 72203-1300 |
| 5974711 | + | Createc Corporation, c/o Michael A. Trentadue, 111 Monument Circle, Suite 2700, Indianapolis, IN 46204-5120 |
| 5974710 | + | Createc Corporation, c/o Michael A. Trentadue, 111 Monumnet Circle, Suite 2700, Indianapolis, IN 46204-5120 |
| 5974739 | + | Creative Liquid Coatings, c/o David A. Lerner, Esq., 38505 Woodward Ave - Suite 2000, Bloomfield Hills, MI 48304-5093 |
| 5974452 | + | Cummins, Inc., 500 Jackson Street, M/C 60319, Columbus, IN 47201-6258, ATTN: Tracy A. Embree |
| 5975091 | + | Cummins, Inc., FOLEY & LARDNER LLP, Peter N. Wang, Yonaton Aronoff, 90 Park Avenue New York, NY 10016-1301 |
| 5974963 | + | Curtin & Heefner, LLP, Daniel P. Mazo, 250 N. Pennsylvania Avenue, Morrisville, PA 19067-1104 |

| | | |
|---|---|---|
| 5974927 | | Curtis, Mallet-Prevost, Colt & Mosle LLP, 101 Park Avenue, New York, N.Y. 10178-0061, ATTN: Timothy A. Barns |
| 5974410 | + | D&J Automotive, LLC, c/o Johnson, Hearn, Vinegar, Gee & Glass, P.O. Box 1776, Raleigh, NC 27602-1776 |
| 5975007 | + | D. Christopher Carson, Jennifer B. Kimble, Burr & Forman LLP, 420 North 20th Street, Ste. 3400, Birmingham, AL 35203-3284 |
| 5974619 | + | D.J. Baker, Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036-6522 |
| 5974687 | + | DAR, Inc. d/b/a Dave Mungenast Alton Dodge, 350 Homer Adams Parkway, Alton, IL 62002-5928 |
| 5974456 | + | DARCARS Imports, Inc., 2509 Prosperity Terrace, Silver Spring, MD 20904-1651, ATTN: Tamara Advrish, President |
| 5974880 | | DCMA CV- DETROIT/DCMAG-MDG, MG Emmett J. Bean Center, 8899 East 56th Street, Indianapolis, IN 46249-5701 |
| 5974596 | | DLA Piper LLP (US), Attn.: Richard M. Kremen, Esq., and Dale K. Cathell, Esq., 6225 Smith Avenue, Baltimore, MD 21209-3600 |
| 5975174 | + | DTE Energy Services, Inc., c/o General Counsel, 414 S. Main Street, Suite 600, Ann Arbor, MI 48104-2398 |
| 5974811 | + | Dale M. Rett Holidy, Germer Gertz, L.L.P., Three Allen Center, 333 Clay Street, Suite 4950, Houston, TX 77002-4181 |
| 5975005 | + | Damon & Morey LLP, 1000 Cathedral Place, 298 Main Street, Buffalo, N.Y. 14202-4005, ATTN: Bernard Schenkler |
| 5974889 | + | Daniel Amoresano, c/o Michael Cifelli, Esq., c/o Scarinci, 1100 Valley Brook Avenue, PO Box 790, Lyndhurst, New Jersey 07071-0790 |
| 5974574 | + | David A. Lerner, Plunkett Cooney, 38505 Woodward Avenue, Ste. 2000, Bloomfield Hills, MI 48304-5093 |
| 5974712 | + | David J. Baldwin, Esquire, Potter Anderson & Corroon LLP, Hercules Plaza, 6th Floor, 1313 No. Market Street, Wilmington, DE 19801-6101 |
| 5974497 | + | David S. Lefere, Bolhouse Vander Hulst Risko Baar & Lefer, Grandville State Bank Building, 3996 Chicago Drive, SW, Grandville, MI 49418-1384 |
| 5974829 | | Davis Dodge, Chrysler-Jeep, Inc., c/o David K. Spiro, Esquire, P.O. Box 500, Richmond, Virginia 23218-0500 |
| 5974351 | + | Davis Polk & Wardwell, 450 Lexington Avenue, New York, NY 10017, ATTN: Donald S. Bernstein, Marshall S. Huebner 10017-3982 |
| 5974660 | + | Deluxe Stamping & Die Company, 6690 Sterling Drive North, Sterling Heights, MI 48312-4558 |
| 5974979 | + | Dennis J. Raterink, Labor Division, Workers' Compensation Unit, P.O. Box 30736, Lansing, MI 48909-8236 |
| 5974458 | + | Desiree Sanchez, c/o Schader Harrison Segal & Lewis, LLP, 1600 Market Street, Suite 3600, Philadelphia, PA 19103-7212, ATTN: Barry E. Bressler, Esq. |
| 5974890 | + | Dickinson Wright PLLC, c/o James A. Plemmons, 500 Woodward Avenue, Suite 4000, Detroit, Michigan 48226-5403 |
| 5974635 | | Dilworth Paxton LLP, Anne M. Aaronson, 1500 Market Street, Ste. 3500E, Philadelphis, PA 19102-2101 |
| 5974899 | + | Dodge City of Milwaukee, Inc., c/o Michael Bamberger, Esq., Beck, Chaet, Bamberger & Polsky, S.C., 330 East Kilbourn Avenue, #1085, Milwaukee, WI 53202-3146 |
| 5974782 | + | Dodge City of Milwaukee, Inc., 4640 South 27th Street, Milwaukee, WI 53221-2104 |
| 5975076 | + | Dodge of Burnsville, Inc., c/o Steven D. DeRuyter, Esq., LEONARD, STREET AND DEINARD, Professional Association, 150 South Fifth Street, Suite 2300 Minneapolis, MN 55402-4223 |
| 5975043 | + | Dodge of Burnsville, Inc., c/o Eric A. Rice, Esq., LEONARD, STREET AND DEINARD, Professional Association, 150 South Fifth Street, Suite 2300 Minneapolis, MN 55402-4223 |
| 5974869 | | Don Davis Auto Group, Inc., ATTN: Jim Brown, P.O. Box 1587, Arlington, TX 76004-1587 |
| 5974706 | + | Donald F. Baty, Jr., Esq., Honigman Miller Schwartz and Cohn LLP, 2290 First National Building, 660 Woodward Avenue, Detroit, MI 48226-3516 |
| 6033850 | + | Donald Miltz, c/o Mayer Morganroth, Esq., Morganroth & Morganroth, PLLC, 344 N. Old Woodward, Ste 200, Birmingham, MI 48009-5310 |
| 5975009 | + | Dorsey & Whitney LLP, 250 Park Avenue, New York, NY 10177-0001, ATTN: Michael Foreman |
| 5974634 | + | Duane Morris LLP, Rosanne Ciambrone, Lawrence J. Kotler, 190 South LaSalle Street, Ste. 3700, Chicago, IL 60603-3433 |
| 5974791 | + | Dunn & Mavis, Inc., c/o Giarmarco, Mullins & Horton, P.C., 101 West Big Beaver Road, Suite 1000, Troy, Michigan 48084-5280 |
| 5974793 | + | Dunn & Mavis, Inc., c/o Gary Cunningham, Esq., 101 West Big Beaver Road, Suite 1000, Troy, Michigan 48084-5280 |
| 5974433 | + | E. Todd Sable, Honigman Miller Schwartz and Cohn LLP, 2290 First National Building, Detroit, MI 48226-3583 |
| 5974953 | + | E. Todd Sable, Esq., Honigman Miller Schwartz and Cohn LLP, 2290 First National Building, 660 Woodward Avenue, Detroit, MI 48226-3516 |
| 5974929 | + | Earl W. Burkholder, et al., 220 Bayview Drive, Port Clinton, OH 43452-9632 |
| 5974680 | + | Eaton Air Filter (dba Tri-Dim Filter Corp.), PO Box 466, 93 Industrial Drive, Louisa, Virginia 23093-4126 |
| 5974658 | | Eclipse Tool & Die, Inc., c/o Bolhouse Law Offices, 3996 Chicago Dr SW, Grandville, MI 49418 |
| 5974565 | + | Edco, Inc., c/o H. Buswell Roberts, 2001 South Main Street, Ste 206-A, Blacksburg, VA 24060-6668 |
| 5974580 | + | Edward H. Tillinghast, III, Esq., Sheppard Mullin Richter & Hampton LLP, 30 Rockefeller Plaza, Suite 2400, New York, New York 10112-0079 |
| 5975088 | + | Eisenwerk Brhl GmbH, David A. Rosenzweig, Jaclyn L. Rabin, Fullbright & Jaworski L.L.P., 666 Fifth Avenue New York, New York 10103-3101 |
| 5974895 | + | Emergency Insurance Restoration Services, Inc., 6703 Mott Ave, Orlando, FL 32810-4159 |
| 5975100 | + | Entwistle & Cappucci LLP, ATTN: Andrew J. Entwistle, Joshua K. Porter, 280 Park Avenue, 26th Floor, New York, N.Y. 10017-1274 |
| 6015476 | + | Eric A. Boden, Esq., Schnader Harrison Segal & Lewis LLP, 140 Broadway, Suite 3100, New York, NY 10005-1108 |
| 5974349 | + | Eric A. Schaffer, Reed Smith LLP, 435 Sixth Avenue, Pittsburg, PA 15219-1808 |
| 5975181 | + | Eric T. Moser, Eunice Rim, K&L Gates LLP, 599 Lexington Avenue, New York, NY 10022-7615 |
| 5975172 | + | Export Development Canada, c/o Vedder Price P.C., 1633 Broadway, 47th Floor, New York, NY 10019-6708 |
| 5974798 | + | FATA Automation, Inc., c/o Geoffrey L. Silverman/Karin F. Avery, Silverman & Morris, P.L.L.C., 7115 Orchard Lake Road, Suite 500, West Bloomfield, Michigan 48322-3657 |
| 5974743 | + | FLORIDA EAST COAST RAILWAY, L.L.C., c/o Michael T. Conway, Esq., LeClairRyan, a Professional Corporation, 830 Third Avenue, Fifth Floor, New York, New York 10022-7523 |
| 5975013 | | FOLEY & LARDNER LLP, Ann Marie Uetz, One Detroit Center, 500 Woodward Avenue, Ste. 2700, Detroit, MI 48226-3489 |
| 5975025 | + | Fairmont Sign Company, James E. DeLine, KERR, RUSSELL AND WEBER, PLC, 500 Woodward Avenue, Suite 2500, Detroit, MI 48226-5499 |
| 5975026 | + | Fairmont Sign Company, P. Warren Hunt, KERR, RUSSELL AND WEBER, PLC, 500 Woodward Avenue, Suite 2500, Detroit, MI |

48226-5499

| 5974620 | + | Fifth Third Bank, c/o Varnum LLP, Robert Mollhagen, Esq., Jason W. Bank, Esq., 39500 High Pointe Blvd., Suite 350 Novi, MI 48375-5516 |
| 5974795 | | First Bank and Trust Company of Illinois, c/o Julie A. Manning, Esq., Shipman & Goodwin LLP, One Constitution Plaza, Hartford, CT 06103-1919 |
| 5974857 | + | First Bank of Highland Park, c/o Thomas V. Askounis, Askounis & Darcy, PC, 401 North Michigan Avenue, Suite 550, Chicago, IL 60611-5523 |
| 5974854 | + | First Bank of Highland Park, c/o Alex Darcy, Askounis & Darcy, PC, 401 North Michigan Avenue, Suite 550, Chicago, IL 60611-5523 |
| 5974876 | | First Financial Corporate Services, Inc. and First, c/o Julie A. Manning, Esq., Shipman & Goodwin LLP, One Constitution Plaza, Hartford, CT 06103-1919 |
| 5974748 | + | Fleet-Car Lease, Inc., P.O. Box 250, Commerce City, CO 80037-0250 |
| 5974529 | + | Flex-N-Gate Battle Breek, LLC, c/o Pepper Hamilton LLP, Attn: Dennis S. Kayes, Esq., 100 Renaissance Center, Suite 3600, Detroit, MI 48243 kayesd@pepperlaw.com 48243-1157 |
| 5974530 | + | Flex-N-Gate Forming Technologies, LLC, c/o Pepper Hamilton LLP, Attn: Dennis S. Kayes, Esq., 100 Renaissance Center, Suite 3600, Detroit, MI 48243 kayesd@pepperlaw.com 48243-1157 |
| 5974543 | + | Flex-N-Gate Hoover Road, LLC, c/o Pepper Hamilton LLP, Attn: Dennis S. Kayes, Esq., 100 Renaissance Center, Suite 3600, Detroit, MI 48243-1157 |
| 5974532 | + | Flex-N-Gate Mexico de R.L. de C.V., c/o Pepper Hamilton LLP, Attn: Dennis S. Kayes, Esq., 100 Renaissance Center, Suite 3600, Detroit, MI 48243 kayesd@pepperlaw.com 48243-1157 |
| 5974531 | + | Flex-N-Gate Nine Mile Road, LLC, c/o Pepper Hamilton LLP, Attn: Dennis S. Kayes, Esq., 100 Renaissance Center, Suite 3600, Detroit, MI 48243 kayesd@pepperlaw.com 48243-1157 |
| 5974533 | + | Flex-N-Gate Plastics Corporation, c/o Pepper Hamilton LLP, Attn: Dennis S. Kayes, Esq., 100 Renaissance Center, Suite 3600, Detroit, MI 48243-1157 |
| 5974535 | + | Flex-N-Gate Royal Oak, LLC, c/o Pepper Hamilton LLP, Attn: Dennis S. Kayes, Esq., 100 Renaissance Center, Suite 3600, Detroit, MI 48243-1157 |
| 5974955 | | Flexsteel Industries Inc, Attn: Ed Mulrooney, PO Box 877, Dubuque, Iowa 52004-0877 |
| 5974888 | | Foley & Lardner LLP, Judy A. O'Neill, 500 Woodward Avenue, Suite 2700, Detroit, MI 48226-3489 |
| 5975149 | + | Foley & Lardner LLP, One Detroit Center, 500 Woodward Avenue, Suite 2700, Detroit, MI 48226-3489, ATTN: John A. Simon |
| 5974592 | | Foley & Lardner LLP, Thomas B. Spillane, 500 Woodward Avenue, Ste. 2700, Detroit, MI 48226-3489 |
| 5975110 | + | Foley & Lardner LLP, ATTN: Frank W. DiCastri, 777 East Wisconsin Avenue, Milwaukee, WI 53202-5306 |
| 5975142 | + | Ford Motor Company, Scott A. Wolfson, Bush Seyferth & Paige PLLC, 3001 W. Big Beaver Rd., Suite 600, Troy, MI 48084-3107 |
| 5975006 | + | Fulbright & Jaworski, David A. Rosenzweig, Mark C. Haut, 666 Fifth Avenue, New York, N.Y. 10103-0001 |
| 5974409 | + | Funds Administration, 7201 W. Saginaw Hwy., Ste 110, Lansing, MI 48917-1127 |
| 5974749 | + | Funds Administration, PO Box 30736, Lansing, MI 48909-8236 |
| 5975080 | + | Fury Dodge Chrysler Lake Elmo, c/o Steven D. DeRuyter, Esq., LEONARD, STREET AND DEINARD, Professional Association, 150 South Fifth Street, Suite 2300 Minneapolis, MN 55402-4223 |
| 5975042 | + | Fury Dodge dba Fury Dodge Chrysler Lake Elmo, c/o Eric A. Rice, Esq., LEONARD, STREET AND DEINARD, Professional Association, 150 South Fifth Street, Suite 2300 Miinneapolis, MN 55402-4223 |
| 5974794 | + | Future Die Cast and Engineering, Inc., c/o Steven Alexsy, 440 E. Congress, Suite 3R, Detroit, MI 48226-2982 |
| 5974326 | + | GHSP, Inc., 1250 South Beechtree St., Grand Haven, MI 49417-2840 |
| 5974817 | + | Ganley - Jeep, Inc., c/o Todtman, Nachamie, Spizz & Johns, P., 425 Park Avenue, 5th Floor, New York, NY 10022-3506, Attn: Arthur Goldstein, Esq. |
| 5975141 | + | Gary H. Cunningham, Esq., Giarmarco, Mullins & Horton, P.C., Tenth Floor Columbia Center, 101 W. Big Beaver Road, Troy, MI 48084-5253 |
| 5974835 | + | Gary Henson, c/o Michael S Leib, Maddin Hauser et al, 28400 Northwestern Hwy, 3rd Fl, Southfield, MI 48034-8348 |
| 6382116 | + | George G. Constance, Michigan Assistant Attorney General, Labor Division, 3030 W. Grand Blvd., Ste 9-600, Detroit, MI 48202-6030 |
| 5975105 | + | Giardini, Cook & Nicol, LLC, 520 Broadway, Third Floor, Lorain, OH 44052, ATTN: Anthony B. Giardini |
| 5975049 | | Gibbons P.C., One Gateway Center, Newark, New Jersey 07102-5310, ATTN: David N. Crapo, Esq. |
| 5974671 | + | Gibbs Die Casing Corporation, c/o Mark R. Owens, c/o Michael K. McCrory, Barnes & Thornburg LLP, 11 S. Meridian Street Indianapolis, IN 46204-3535 |
| 5974774 | | Golick Chrysler Jeep, Inc., Hyland & 7th Street, Pitcarin, PA 15140 |
| 5974435 | + | Gordon J. Toering, Warner Norcross & Judd LLP, 900 Fifth Third Center, 111 Lyon Street, NW, Grand Rapids, MI 49503-2495 |
| 5974357 | + | Gordon J. Toering, Warner Norcross & Juss LLP, 900 Fifth Third Center, 111 Lyon Street N.W., Grand Rapids, MI 49503-2495 |
| 5974943 | + | Grand Rapids Plastics, Inc., c/o Terry L. Zabel, Rhoades McKee PC, 161 Ottawa Ave., NW, Ste 600, Grand Rapids, MI 49503-2766 |
| 5974557 | + | Grupo Kuo, S.A.B. de C.V. and affiliates, c/o Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, New York 10006-1404, Attn: Deborah M. Buell, Esq. |
| 5974610 | + | Guardian Autmotive, Inc. and SRG Global, Inc., c/o Matthew E. Wilkins, Brooks Wilkins Sharkey & Turco, PLLC, 401 S. Old Woodward Avenue, Suite 460, Birmingham, MI 48009-6622 |
| 5974989 | + | H. Buswell Roberts, Shumaker, Loop & Kenderick, LLP, 1000 Jackson Street, Toledo, OH 43604-5573 |
| 5974769 | + | H.E. Wagner Motor Sales Co., 76 Valley Pike, Johnstown, PA 15905-4191 |
| 5974659 | + | HP Pelzer Automotive Systems Inc., 1175 Crooks Road, Troy, MI 48084-7136 |
| 5974447 | + | HSBC Bank USA, c/o Allen & Overy LLP, 1221 Avenue of the Americas, New York, New York 10020-1001, Attn: Ken Coleman, Angela Somers |
| 5974887 | + | Halperin Battaglia Raicht, LLP, Christopher J. Battaglia, Esq., Julie D. Dyas, Esq., 555 Madison Avenue - 9th Floor, New York, N.Y. 10022-3423 |
| 5974936 | | Hanfor Chrysler-Dodge-Jeep, Inc., c/o Feria & Corona, 10 Universal City Plaza, 20th Floor, Universal City, CA 91608 |
| 5974937 | | Hanford Chrysler Dodge Jeep, Inc., c/o Feria&Corona, 10 Universal City Plaza #2000, Universal City, CA 91608 |
| 5974713 | + | Hanford Chrysler Dodge Jeep, Inc., 369 North 11th Avenue, Hanford, CA 93230-4511 |

District/off: 0208-1                                     User: admin                                          Page 6 of 77
Date Rcvd: Mar 01, 2021                                 Form ID: 144                                    Total Noticed: 702

| | | |
|---|---|---|
| 5975120 | + | Harbor Motors, Inc., Lawrence A. Katz, Venable LLP, 8010 Towers Crescent Drive, Suite 300, Vienna, Virginia 22182-2723 |
| 5974870 | + | Harbor Motors, Inc., 6660 Auto Center Drive, Ventura, CA 93003-7211 |
| 5974424 | + | Harman Becker Automotive Systems, Inc., c/o Christopher J. Giaimo, Jr., Esq., ARENT FOX LLP, 1050 Connecticut Ave., N.W., Washington, DC 20036-5369 |
| 5974562 | + | Harman Becker Automotive Systems, Inc., 39001 West 12 Mile Road, Farmington Hills, MI 48331-2912, ATTN: Donald M. Crawford |
| 5975171 | + | Haworth, Inc., c/o Stephen B. Grow, Warner Norcross & Judd LLP, 111 Lyon St. NW Suite 900, Grand Rapids, MI 49503-2487 |
| 6397475 | + | Heather M. Crockett, Deputy Attorney General, Office of the Indiana Attorney General, 302 West Washington Street, Fifth Floor, Indianapolis, IN 46204-4701 |
| 5974738 | + | Heidtman Steele Products, Inc., c/o Kilpatrick & Associates, PC, 903 North Opdyke Road, Suite C, Auburn Hills, MI 48326-2693 |
| 5974688 | + | Heogh Autoliners, AS, c/o Kilpatrick & Associates, PC, 903 North Opdyke Road, Suite C, Auburn Hills, MI 48326-2693 |
| 5974684 | | Hewlett-Packard Financial Services Company, c/o David N. Crapo, Esq., Gibbons P.C., One Gateway Center, Newark, NJ 07102-5310 |
| 5974715 | + | Heyl, Royster, Voelker & Allen, Suite 600, 124 S.W. Adams St., Peoria, IL 61602-1392 |
| 5974593 | + | Hi-Lex Controls, Inc. and Hi-Lex America, inc., c/o Matthew E. Wilkins, Brooks Wilkins Sharkey & Turco, PLLC, 401 S. Old Woodward Avenue, Suite 460, Birmingham, MI 48009-6622 |
| 5974816 | + | Hidalgo County, Hidalgo County Drainage District #1, c/o John T. Banks, Perdue, Brandon, Fielder, etal, 3301 Northland Drive, Ste. 505 Austin, TX 78731-4954 |
| 5974553 | + | Hirata Corporation of America, c/o Barnes & Thornburg LLP, Attn: Michael K. McCrory and Mark R. Owe, 11 S. Meridian Street, Indianapolis, IN 46204-3535 |
| 5974683 | + | Hirschvogel Inc., c/o Robert A. Bell, Jr., Vorys, Sater, Seymour and Pease LLP, 52 East Gay Street (P.O. Box 1008), Columbus, Ohio 43216-1008 |
| 5974676 | + | Hitachi Capital America Corp., c/o Eduardo Glas, Esq., McCarter & English, 245 Park Avenue, 27th Floor, New York, NY 10167-2801 |
| 5974606 | + | Hoegh Autoliners Holdings, AS, c/o Richardo I Kilpatrick, Kilpatrick & Associates, PC, 903 North Opdyke Road, Suite, Auburn Hills, MI 48326-2693 |
| 5975097 | + | Hogan & Hartson LLP, 875 Third Avenue, New York, NY 10022, Attn: Scott A. Golden, Esq., Brian J. Grieco, Esq. 10022-6225 |
| 5974779 | + | Holdiman Motor, Inc., 415 Clay Street, P.O. Box 627, Cedar Falls, IA 50613-0028 |
| 5975132 | + | Holland & Knight LLP, 10 St. James Avenue, Boston, MA 02116, ATTN: Lynne B. Xerras, Esq., Diane N. Rallis, Esq. 02116-3889 |
| 5974886 | + | Horack, Talley, Pharr & Lowndes, Kristin D. Ogburn, 301 S. College Street, Suite 2600, Charlotte, N.C. 28202-6006 |
| 5974737 | + | Horton, Inc., c/o Briggs & Morgan PA, 2200 IDS Center, 80 South 8th Street, Minneapolis, MN 55402-2100 |
| 5975078 | + | Hudson Chrysler, LLC, c/o Steven D. DeRuyter, Esq., LEONARD, STREET AND DEINARD, Professional Association, 150 South Fifth Street, Suite 2300 Minneapolis, MN 55402-4223 |
| 5975034 | + | Hudson Chrysler, LLC, c/o Eric A. Rice, Esq., LEONARD, STREET AND DEINARD, Professional Association, 150 South Fifth Street, Suite 2300 Minneapolis, MN 55402-4223 |
| 5974987 | + | Hunter & Schank Co. LPA, John J. Hunter, Jr., One Canton Square, 1700 Canton Avenue, Toledo, OH 43604-5392 |
| 5974674 | + | Iafrate Construction Company, 26300 Sherwood, Warren, MI 48091-1298 |
| 5974345 | + | Integrys Energy Services, Inc., c/o Kohner, Mann & Kailas, S.C., 4650 North Port Washington Ave., Milwaukee, WI 53212-1077 |
| 5974661 | + | International Tooling Solutions, LLC, 3996 Chicago Drive SW, Grandville, MI 49418-1384 |
| 5974450 | | International Union, Automobile, Aerospace & Agricultural Implement Worke, 800 East Jefferson Avenue, Detroit, MI 48214 |
| 5974340 | + | Iron Mountain Information Management, Inc., c/o Frank F. McGinn, Esq., Bartlett Hackett Feinberg P.C., 155 Federal Street, 9th Floor, Boston, MA 02110-1610 |
| 5975093 | + | Ivey, Barnum & O'Mara, LLC, ATTN: Melisss Zelen Neier, 170 Mason Street, Greenwich, CT 06830-6644 |
| 5974810 | + | J. Mitchell Smith, Germer Gertz, L.L.P., P. O. Box 4915, Beaumont, TX 77704-4915 |
| 5974813 | + | J. Mitchell Smith, Germer Gertz, L.L.P., Three Allen Center, 333 Clay Street, Suite 4950, Houston, TX 77002-4181 |
| 5975146 | | J.G. Management, Kristin D. Ogurn, 302 S. College Suite 2600, Charlotte, North Carolina 22808 |
| 5974882 | + | J.G. Management Company, c/o Kristin D. Ogburn, 301 S. College St., Suite 2600, Charlotte, NC 28202-6006 |
| 5975150 | + | J.G. Management company, Kristin D. Ogburn, 301 S. College Street, Suite 200, Charlote, North Carolina 28202-6043 |
| 5974555 | | JFF Management Services, Inc., 11411 Rockville Pike, Kensington, MD 20895 |
| 5975096 | + | JOHN C. ENGLEHARDT, P.A., 1524 E. LIVINGSTON STREET, ORLANDO, FL 32803-5436 |
| 5975052 | + | JOSEPH ORBACH, ESQ., HAHN & HESSEN LLP 4, 488 MADISON AVENUE, 15TH FLOOR, NEW YORK, NY 10022-5717 |
| 5975050 | + | JOSHUA I. DIVACK, ESQ., HURIA N. PATWARDHAN, ESQ., HAHN & HESSEN LLP, 488 MADISON AVENUE, 15TH FLOOR, NEW YORK, NY 10022-5717 |
| 5974567 | + | Jatco Mexico, S.A. DE C.V., c/o Stephen Gross, Esq., McDonald Hopkins PLC, 39533 Woodward Ave., Ste. 318, Bloomfield Hills, MI 48304-5106 |
| 6677923 | + | Javier R. Garcia, et al., c/o Gary S. Graifman, Esq., KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C., 747 Chestnut Ridge Road - Suite 200, Chestnut Ridge, New York 10977-6216 |
| 5974439 | + | Jeffrey C. Hampton, Esquire, Saul Ewing LLP, Centre Square West, 1500 Market Street, 38th Floor, Philadelphia, PA 19102-2100 |
| 5974649 | + | Jeffrey S. Grasl, McDonald Hopkins PLC, 39533 Woodward Ave., Ste. 318, Bloomfield Hills, MI 48304-5106 |
| 6401589 | + | Jennifer E. Gauger, Section Chief, Collections & Bankruptcy, Office of the Indiana Attorney General, 302 West Washington Street, Fifth Floor, Indianapolis, IN 46204-4701 |
| 5974666 | + | Jiffy-tite Company, Inc., c/o Stephen M. Gross, Esq., 39533 Woodward Ave., Ste. 318, Bloomfield Hills, MI 48304-5106 |
| 5974460 | + | John A. Vos, 1430 Lincoln Avenue, San Rafael, CA 94901-2021 |
| 5975144 | + | John Ansbro, Courtney M. Rogers, 666 Fifth Avenue, New York, N.Y. 10103-0001 |
| 5974902 | + | John H. Drucker, Cole, Schotz, Meisel,, Forman & Leonard, P.A., 900 Third Avenue, 16th Floor, New York, N.Y. 10022-4728 |
| 5974982 | + | Jonathan L. Flaxer, Golenbock Eiseman Assor, Bell & Peskoe LLP, 437 Madison Avenue, New York, N.Y. 10022-7001 |
| 5974897 | + | Jonathan R. Schulz, Bush Seyferth & Paige PLLC, 3001 W. Big Beaver Road, Suite 600, Troy, MI 48084-3107 |
| 5974561 | +++ | Judith Lowitz Adler, Asst. General Counsel, Robert Bosch LLC, 38000 Hills Tech Drive, Farmington Hills, MI 48331-3417 |
| 5974601 | + | Judy B. Calton, Esq., Honigman Miller Schwartz and Cohn LLP, 2290 First National Building, 660 Woodward Avenue, Detroit, MI |

|        |   | 48226-3516 |
|--------|---|------------|
| 5975083 | + | Juettner Motors, Inc., c/o Steven D. DeRuyter, Esq., LEONARD, STREET AND DEINARD, Professional Association, 150 South Fifth Street, Suite 2300 Minneapolis, MN 55402-4223 |
| 5975040 | + | Juettner Motors, Inc., c/o Eric A. Rice, Esq., LEONARD, STREET AND DEINARD, Professional Association, 150 South Fifth Street, Suite 2300 Minneapolis, MN 55402-4223 |
| 5974609 | + | KIlpatrick and Associates, Pc, on behalf of Oakland County Treasurer, 903 N. Opdyke Road, Suite C, Auburn Hills, MI 48326-2693 |
| 5974608 | + | KIlpatrick and Associates, Pc, on behalf of Wayne County Treasurer, 903 N. Opdyke Road, Suite C, Auburn Hills, MI 48326-2693 |
| 5974784 |   | KS Centoco Ltd., 26 Industrial Park Road, P.O. Box 1240, Tilbury, Ontario, CANADA N0P 2L0 |
| 5974775 | + | Kalmar Motor Sales, Inc., 603 State Route 66, Leechburg, PA 15656-7247 |
| 5974361 |   | Kelley Drye & Warren LLP, 101 Park Avenue, New York, NY 10178, ATTN: James S. Carr, Benjamin D. Feder Jordan A. Bergman |
| 5974499 | + | Ken Coleman, Allen & Overly LLP, 1221 Avenue of the Americas, New York, N.Y. 10020-1001 |
| 5975092 |   | Kenneth P. Feria, Esq., Feria & Corona, 10 Universal City Plaza, 20th Floor, Universal City, CA 91608 |
| 5974867 | + | Kentucky Department of Revenue, Legal Branch-Bankruptcy Section, Attn: Leanne Warren, P O Box 5222, Frankfort, KY 40602-5222 |
| 5974745 | + | Keykert USA, Inc., 46941 Liberty Drive, Wixom, MI 48393-3603 |
| 5974448 | + | Kilpatrick and Associates Pc, On Behalf of Oakland County Treasurer, 903 North Opdyke Road, Suite C, Auburn Hills, MI 48326-2693 |
| 5974815 | + | Kimberly A. Yourchock, Esq., Honigman Miller Schwartz and Cohn LLP, 2290 First National Building, 660 Woodward Avenue, Detroit, MI 48226-3516 |
| 5975101 | + | King & Spalding LLP, ATTN: Daniel G. Egan, Jonathan W. Jordan, 1185 Avenue of the Americas, New York, N.Y. 10036-2601 |
| 5974796 |   | Kingsbridge Holdings, LLC, c/o Julie A. Manning, Esq., Shipman & Goodwin LLP, One Constitution Plaza, Hartford, CT 06103-1919 |
| 5975106 | + | Kirkland & Ellis LLP, Marc Kieselstein, Citigroup Center, 153 East 53rd Street, New York, N.Y. 10022-4611 |
| 5975158 | + | Kohner, Mann & Kailas, S.C., Samuel C. Wisotzkey, 4650 North Port Washington Road, Milwaukee, WI 53212-1991 |
| 5974852 | + | Koons Ford, Koons Dodge, Koons of Tysons Corner, 2000 Chain Bridge Road, Vienna, VA 22182-2531 |
| 5975036 | + | Koons Ford, Koons Dodge and Koons of Tysons Corner, Platzer, Swergold, et al. LLP, 1065 Avenue of the Americas, New York, NY 10018-1878, Attn: Clifford A. Katz, Esq. |
| 5975037 | + | Koons Ford, Koons Dodge and Koons of Tysons Corner, Walton & Adams, P.C., 1925 Issac Newtown Square, Suite 250, Reston, Virginia 20190-5024, Attn: Richard V.W. Adams, III |
| 5975016 | + | Kotz, Sangster, Wysocki and Berg, P.C., 400 Renaissance Center, Suite 3400, Detroit, MI 48243, ATTN: Frederick A. Berg, Esq., Jayson M. Macyda 48243-1618 |
| 5974773 | + | Krebs Chrysler Plymouth, Inc., 1015 William Flynn Highway, Route 8, Glenshaw, PA 15116-2635 |
| 5974772 | + | Krebs Motors North, Inc., 100 Krebs Drive, Gibsonia, PA 15044-9673 |
| 5974348 | + | Kurt F. Gwynne, Reed Smith LLP, 1201 Market Street, Suite 1500, Wilmington, DE 19801-1163 |
| 5974611 | + | L & L Products, Inc., c/o Matthew E. Wilkins, Brooks Wilkins Sharkey & Turco, PLLC, 401 S. Old Woodward Avenue, Suite 460, Birmingham, MI 48009-6622 |
| 5974670 | + | L&W Engineering Co., c/o Sean M. Walsh, Esq., Giarmarco, Mullins & Horton, P.C., 101 W. Big Beaver Road, 10th Floor, Troy, MI 48084-5280 |
| 5975068 | + | LAW OFFICES OF IRA S. SACKS LLP, ATTN: TERENCE D. WATSON, ESQ., 575 MADISON AVENUE, 10TH FLOOR, NEW YORK, NY 10022-2511 |
| 5975069 | + | LAW OFFICES OF IRA S. SACKS LLP, ATTN: JENNIFER T. DADDIO, ESQ., 575 MADISON AVENUE, 10TH FLOOR, NEW YORK, NY 10022-2511 |
| 5975067 | + | LAW OFFICES OF IRA S. SACKS LLP, ATTN: IRA S. SACKS, ESQ., 575 MADISON AVENUE, 10TH FLOOR, NEW YORK, NY 10022-2511 |
| 5974792 | + | LLC Automobile Plant GAZ, c/o Giarmarco, Mullins & Horton, P.C., 101 West Big Beaver Road, Suite 1000, Troy, Michigan 48084-5280 |
| 5974944 | + | Larry D. Hauptrief and Patsy Hauptrief, c/o J. Bennett White, P.C., P.O. Box 6250, Tyler, Texas 75711-6250 |
| 5974999 | + | Lauren M. McEvoy, Louis F. Solimine,Esq., Thompson Hine LLP, 335 Madison Ave., 12th Floor, New York, N.Y. 10017-4670 |
| 5974940 | + | Law Office of D. Bruce Jones, Attorney at Law, 700 1st Avenue, Sulphur, LA 70663-3461, ATTN: D. Bruce Jones |
| 5974826 | + | Lawrence Motor Company, Inc., c/o David K. Spiro, Hirschler Fleischer, 2100 East Cary Street, Richmond, Virginia 23223-7270 |
| 5974422 | + | Lawrence P. Eagel, Bragar Wexler Eagel & Squire, P.C., 885 Third Avenue, Suite 3040, New York, NY 10022-4834 |
| 5975019 | + | Lemberg & Associates, LLC, 1100 Summer Street, 3rd Floor, Stamford, CT 06905-5551, ATTN: Sergei Lemberg, Esq. |
| 5974991 | + | Leonard, Street and Deinard, 150 South Fifth Street, Suite 2300, Minneapolis, MN 55402-4238, ATTN: Jacob B. Sellers |
| 5974997 | + | Leslie J. Stein, Seyburn, Kahn, Ginn, Bess and Serlin, P.C., 2000 Town Center, Ste. 1500, Southfield, MI 48075-1148 |
| 5975167 | + | Lewis Law PLLC, 120 Bloomingdale Road, Suite 100, White Plains, NY 10605-1519, ATTN: Kenneth M. Lewis |
| 5974905 |   | Liberty Property Limited Partnership, c/o Schnader Harrison Segal & Lewis LLP, 1600 Market Street, Suite 3600, Philadelphia, PA 19103-7286, Attn: Barry E. Bressler, Esq. |
| 5975098 |   | Linebarger Goggan Blair & Sampson, LLP, The Terrace II, 2700 Via Fortuna DR., Suite 400, P.O. Box 17428, Austin, TX 78760-7428 |
| 5974747 | + | Livonia Chrysler Jeep, Inc., c/o Michael A. Nedelman, 28580 Orchard Lake Road, Suite 140, Farmington Hills, MI 48334-2988 |
| 5975126 | + | Locke Lord Bissell & Liddell LLP, ATTN: Sarah M. Chen, 885 Third Avenue, 26th Floor, New York, N.Y. 10022-4834 |
| 5974984 | + | Lowenstein Sandler PC, Bruce S. Nathan, Esq., David M. Banker, Esq., 1251 Avenud of the Americas, New York, N.Y. 10020-1104 |
| 5974877 | + | Lubbock Central Appraisal District, c/o Laura J. Monroe, Perdue, Brandon, Fielder, Collins & Mott, P.O. Box 817, Lubbock, TX 79408-0817 |
| 5974537 | + | Lunkomex S.A. de C.V., c/o Pepper Hamilton LLP, Attn: Dennis S. Kayes, Esq., 100 Renaissance Center, Suite 3600, Detroit, MI 48243-1157 |
| 5974572 | + | Lynn Hamilton Butler, Brown McCarroll, LLP, 111 Congress Ave., Suite 1400, Austin, TX 78701-4093 |
| 5974719 |   | MAHLE Argentina S.A., c/o Gordon J. Toering, Warner Norcross & Judd LLP, 900 Fifth Third Center, 111 Lyon St, NW, Grand Rapids, MI 49503 |
| 5974323 |   | MAHLE Industries, Incorporated, 23030 Haggerty Road, Farmington Hills, MI 48335 |
| 5975051 | + | MARK T. POWERS, ESQ., HAHN & HESSEN LLP 4, 488 MADISON AVENUE, 15TH FLOOR, NEW YORK, NY 10022-5717 |

| | | |
|---|---|---|
| 5975054 | + | MARTHA E. ROMERO, ROMERO LAW FIRM, BMR PROFESSIONAL BUILDING, 6516 BRIGHT AVENUE, WHITTIER, CA 90601-4503 |
| 6042329 | + | MAYER MORGANROTH, ESQ., MORGANROTH & MORGANROTH, PPLC, 344 N. OLD WOODWARD AVE., SUITE 200, BIRMINGHAM, MI 48009-5310 |
| 5974834 | + | Machine Repair Legal Fund, C/O Patricia A. Kovacs, 500 Madison Ave, Suite 525, Toledo, OH 43604-1210 |
| 5974736 | + | Mackie Moving Systems Inc., c/o Geoffrey L. Silverman/Karin F. Avery, Silverman & Morris, P.L.L.C., 7115 Orchard Lake Road, Suite 500, West Bloomfield, Michigan 48322-3657 |
| 5975151 | + | Macquarie Equipment Finance, LLC, Christopher J. Battaglia, Esq., Halperin Battaglia Raicht, LLP, 555 Madison Avenue, 9th Floor, New York, New York 10022-3423 |
| 5975152 | + | Macquarie Equipment Finance, LLC, Julie D. Dyas, Esq., Halperin Battaglia Raicht, LLP, 555 Madison Avenue, 9th Floor, New York, New York 10022-3423 |
| 5974884 | + | Macquarie Equipment Finance, LLC, c/o Halperin Battaglia Raicht, LLP, 555 Madison Avenue, 9th Floor, New York, NY 10022-3423, Attn: Christopher Battaglia, Esq. |
| 5974454 | | Magna International, Inc., 337 Magna Drive, Aurora, Ontario, Canada L4G7K1, ATTN: Jeffrey O. Palmer |
| 5974754 | + | Malani J. Cademartori, Blanka K. Wolfe, Sheppard Mullin Richter & Hampton LLP, 30 Rockefeller Plaza, 24th Floor, New York, NY 10112-0086 |
| 5974581 | + | Malani J. Cademartori, Esq., Sheppard Mullin Richter & Hampton LLP, 30 Rockefeller Plaza, Suite 2400, New York, New York 10112-0079 |
| 5974946 | + | Manuel Dodge, Ltd., c/o Randyl Meigs, McDonald Sanders, P.C., 777 Main St., Suite 1300, Fort Worth, Texas 76102-5385 |
| 5974964 | + | Marc E. Richards, Blank Rome LLP, The Chrysler Building, 405 Lexington Avenue, New York, N.Y. 10174-1497 |
| 5975014 | + | Marianne Goldstein Robbins, Previant, Goldberg, Uelmen, Gratz, Miller & Brueggeman, S.C., 1555 N. RiverCenter Drive, s. 202, P.O. Box 12993 Milwaukee, WI 53212-0993 |
| 6394139 | + | Maricel E.V. Skiles, Deputy Attorney General, Office of the Indiana Attorney General, 302 West Washington Street, Fifth Floor, Indianapolis, IN 46204-4701 |
| 5974956 | | Mark Browning, Assistant Attorney General, Bankruptcy & Collections Division, PO Box 12548, Austin, TX 78711 2548 |
| 5974430 | | Mark J. Friedman, DLA Piper LLP (US), The Marbury Building, 6225 Smith Avenue, Baltimore, MD 21209-3600 |
| 5974851 | + | Martin Transportation Systems, Inc., c/o Terry L. Zabel, Rhoades McKee, 161 Ottawa Ave., NW, Ste 600, Grand Rapids, MI 49503-2766 |
| 5975062 | + | Marvin E. Clements, Jr., Office of the Atty. General, Bankruptcy Division, P.O. Box 20207, Nashville, TN 37202-4015 |
| 5974994 | + | Mary Joanne Dowd, Arent Fox LLP, 1050 Connecticut Avenue NW, Washington, DC 20036-5369 |
| 5975102 | + | Mary Kay Shaver, Esq., Varnum LLP, Bridgewater Place, P.O. Box 352, Grand Rapids, MI 49501-0352 |
| 5974951 | | Massey Yardley Inc, 777 N State Rd 7, Plantation FL 33317-2157 |
| 5975154 | + | Master Automatic Machine Company, Inc., Christopher M. Cahill, Clark Hill PLC, 151 South Old Woodward Avenue, Suite 200 Birmingham, Michigan 48009-6103 |
| 5975117 | + | Master Automatic Machine Company, Inc., Robert D. Gordon, Clark Hill PLC, 151 South Old Woodward Avenue, Suite 200 Birmingham, Michigan 48009-6103 |
| 5974830 | + | Matthew E. Wilkins, Brooks Wilkins Sharkey & Turco PLLC, 401 S. Old Woodward Avenue, Suite 460, Birmingham, MI 48009-6622 |
| 5974328 | + | Mayco International, c/o Deborah L. Fish, Esq., Allard & Fish, P.C., 535 Griswold, Suite 2600, Detroit, MI 48226-3687 |
| 5974378 | + | Mayco International, c/o Ralph R. McKee, Esq., Allard & Fish, P.C., 535 Griswold, Suite 2600, Detroit, MI 48226-3687 |
| 5974908 | | McCalla Raymer, LLC, Matthew Dyer, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 5974931 | + | McDowell Rice Smith & Buchanan, 605 West 47th Street, Suite 350, Kansas City, Missouri 64112-1900 |
| 5974734 | + | McLennan County, c/o Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, PO BOX 17428, Austin, TX 78760-7428 |
| 5975119 | + | McNaughton-McKay Electric Co., Robert D. Gordon, Clark Hill PLC, 151 South Old Woodward Avenue, Suite 200 Birmingham, Michigan 48009-6103 |
| 5974764 | + | Mee O. Sanders, c/o Sheila M. Smith, Freking & Betz, LLC, 525 Vine Street, Sixth Floor, Cincinnati, OH 45202-3151 |
| 5974765 | + | Mee O. Sanders, c/o Sheila M. Smith, Esq., Freking & Betz, LLC, 525 Vine Street, Sixth Floor, Cincinnati, OH 45202-3151 |
| 5975157 | + | Melissa A. Pena, Norris McLaughlin & Marcus, P.A., 875 Third Avenue, 18th Floor, New York, N.Y. 10022-6225 |
| 5974655 | + | Metalsa, S.A. de C.V., c/o Chadbourne & Parke LLP, 30 Rockefeller Plaza, New York, New York 10112-0015 |
| 5974790 | + | Methode Electronics, c/o Tim othy S. McFadden, 111 South Wacker Drive, Chicago, IL 60606-4302 |
| 5974644 | + | Michael S. Fox, Esq, Fredrick J. Levy, Esq., Olshan Grundman Frome Rosenzweig & Wolos, Park Avenue Tower, 65 East 55th Street New York, New York 10022-3219 |
| 5974396 | | Michael Weinczok, Cassels Brock, 2100 Scotia Plaza - 40 King Street West, Toronto, ON M5H 3C2, CANADA |
| 5974800 | + | Michelin North America, Inc., Deidre Richardson, Law Department, P.O. Box 19001, Law Department/HNA 4B, Greenville, SC 29602-9001 |
| 5974384 | + | Michelin Tire Corp., c/o George B. Cauthen, Nelson Mullins Riley & Scarborough, LLP, PO Box 11070, Columbia, SC 29211-1070 |
| 5974677 | + | Michelle Simmons, 161 Illinois St., New Bedford MA 02745-2517 |
| 5974990 | + | Michelle T. Sutter, Principal Assistant Attorney General, Ohio Attorney General, 30 East Broad Street, 25th FL., Columbus, OH 43215-3400 |
| 5975038 | + | Michigan Unemployment Insurance Agency, Thomas C. Johnson, Attorneys for Unemployment, Insurance Agency, 350 Ottawa NW, Suite 4C Grand Rapids, MI 49503-2316 |
| 5974746 | + | Michigan Workers' Compensation Agency, PO Box 30736, Lansing, MI 48909-8236 |
| 5974414 | + | Microsoft Corporation and Microsoft Licensing, GP, c/o Joseph E. Shickich, Jr., Riddell Williams P.S., 1001 - 4th Avenue, Suite 4500, Seattle, WA 98154-1065 |
| 5974612 | + | Mid West Fabricating Co., c/o Matthew E. Wilkins, Brooks Wilkins Sharkey & Turco, PLLC, 401 S. Old Woodward Avenue, Suite 460, Birmingham, MI 48009-6622 |
| 5975075 | + | Mid-West Forge Corporation, Leslie A. Berkoff, Moritt Hock Hamroff & Horowitz LLP, 400 Garden City Plaza, Garden City, NY 11530-3327 |
| 5974656 | + | Midwest Acoust-A-Fiber, Inc., 759 Pittsburgh Drive, Delaware, OH 43015-2862 |
| 5974356 | + | Miller Johnson, ATTN: Thomas P. Sarb, 250 Monroe Avenue, N.S. Suite 800, Grand Rapids, MI 49503-2283 |

District/off: 0208-1 | User: admin | Page 9 of 77
Date Rcvd: Mar 01, 2021 | Form ID: 144 | Total Noticed: 702

| | | |
|---|---|---|
| 5974354 | | Miller Johnson, 250 Monroe Avenue, N.W., Suite 800, PO Box 306, Grand Rapids, MI 49501-0306 |
| 5974631 | + | Mobis Parts Detroit, LLC, Robbin L. Itkin, Esq., Steptoe & Johnson LLP, 2121 Avenue of the Stars, 28th Floor, Los Angeles, CA 90067-5052 |
| 5974595 | + | Modine Manufacturing Company, c/o Christopher Combest, Quarles & Brady LLP, 300 North LaSalle Street, Suite 4000, Chicago, IL 60654-5427 |
| 5974803 | + | Moeller Manufacturing Company, Inc., 43938 Plymouth Oaks Blvd., Plymouth, MI 48170-2584 |
| 5974802 | + | Moeller Manufacturing Company, Inc., 43939 Plymouth Oaks Blvd., Plymouth, MI 48170-2557 |
| 7816517 | + | Montgomery County Treasurer, 100 E. Main Street, Room 101, CRAWFORDSVILLE, IN 47933-1709 |
| 5975116 | + | Morrison Cohen LLP, ATTN: Joseph T. Moldovan, Esq., 909 Third Avenue, New York, N.Y. 10022-4784 |
| 5974973 | | Morrison Cohen LLP, Michael R. Dal Lago, 909 Third Avenue, New York, N.Y. 10023 |
| 5974500 | + | Motion Industries, Inc., c/o Kimberly J. Robinson, Barack Ferrazzano Kirschbaum & Nagelberg, 200 West Madison Street, Suite 3900, Chicago, Illinois 60606-3465 |
| 5975163 | + | NBC Universal, Inc. & direct/indirect subsidiaries, Reed Smith LLP, 599 Lexington Avenue, New York, New York 10022-7684, ATTN: Constantine Karides, Esq. |
| 5974883 | + | NBC Universal, Inc. and its direct and indirect su, c/o Reed Smith LLP, 599 Lexington Ave, 30th Floor, New York, New York 10022-6033, Attn: Edward J. Estrada, Esq. |
| 5974920 | + | Nancy Cafiero, 2100 Wellington Court, Midland, TX 79705-1700 |
| 5974486 | + | National Chrysler Retirement Organization, Trent P. Cornell, Esq., Stahl Cowen, 55 West Monroe St., Ste 1200, Chicago, IL 60603-5127 |
| 5974980 | + | Neal S. Mann, Assistant Attorney General, 120 Broadway - 24th Floor, New York, N.Y. 10271-0042 |
| 5974566 | + | Neocon USA, Inc., c/o H. Buswell Roberts, Shumaker, Loop & Kendrick, LLP, 2001 South Main St STE 206-A, Blacksburg, VA 24060-6668 |
| 5974771 | + | New City Auto Sales, 2813 Pennsylvania Ave., Weirton, WV 26062-3718 |
| 5974799 | + | Nidec Motors and Actuators (USA), Inc., E. Todd Sable, Honigman Miller Schwartz & Cohn LLP, 2290 First National Building, 660 Woodward Avenue Detroit, MI 48226-3516 |
| 5975020 | + | Nissan Motor Co., Ltd., Stahl Cowen Crowley Addis LLC, 55 West Monroe, Suite 1200, Chicago, Illinois 60603-5127 |
| 5974831 | + | Nissan Motor Co., Ltd., c/o Stahl Cowen Crowley Addis, LLC, 55 West Monroe, Suite 1200, Chicago, Illinois 60603-5127 |
| 5974341 | + | Norfolk Southern Corp. & Norfolk Southern Railway, c/o Theresa V. Brown-Edwards, David J. Baldwin, Potter Anderson & Corroon LLP, 1313 North Market Street, Fl. 6th Wilmington, DE 19801-6108 |
| 5974333 | + | Norfolk Southern Corp. & Norfolk Southern Railway, c/o David J. Baldwin, Esquire, Theresa V. Brown-Edwards, Esquire, Potter Anderson & Corroon LLP, 1313 North Market Street Wilmington, DE 19801-6108 |
| 5974733 | + | Nueces County, c/o Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, PO BOX 17428, Austin, TX 78760-7428 |
| 5974522 | | Oakland County Treasurer Wayne County Treasurer, H, c/o Day Pitney LLP - PO Box 1945, Morristown NJ 07962, Attn: Richard M. Meth, Esq. |
| 5974866 | + | Oakland University, c/o Kilpatrick & Associates, PC, 903 North Opdyke Road, Ste. C, Auburn Hills, MI 48326-2693 |
| 5974807 | + | Office of the Wayne County Treasurer, 400 Monroe, Suite 520, Detroit MI 48226-2942 |
| 5974575 | + | Ohio Module Manufacturing Co., LLC, Robbin L. Itkin, Esq., STEPTOE & JOHNSON LLP, 2121 Avenue of the Stars, 28th Floor, Los Angeles, CA 90067-5052 |
| 5974453 | + | Ohio Module Manufacturing Co., LLC, 3900 Sticknoy Avenue, Toledo, OH 43608-1314, ATTN: Hak Park |
| 5974753 | + | Oiles America Corporation, c/o Ivey, Barnum & O'Mara, LLC, 170 Mason Street, Greenwich, CT 06830-6644 |
| 5975111 | + | OmniSource Corporation, Todd & Levi, LLP, Attention: Jill Levi, Esq., 444 Madison Avenue Suite 1202, New York, New York 10022-6959 |
| 5975114 | + | OmniSource Indianapolis, LLC, Todd & Levi, LLP, Attention: Jill Levi, Esq., 444 Madison Avenue Suite 1202, New York, New York 10022-6959 |
| 5974607 | + | Oracle USA, Inc., Shawn M. Christianson, Buchalter Nemer, 333 Market St., 25th Floor, San Francisco, CA 94105-2126 |
| 5974871 | + | Orange Coast AMC/JEEP, Inc., 2524 Harbor Boulevard, Costa Mesa, CA 92626-6144 |
| 5975128 | + | Orange Coast AMC/JEEP, Inc., Lawrence A. Katz, Venable LLP, 8010 Towers Crescent Drive, Suite 300, Vienna, Virginia 22182-2723 |
| 5974616 | + | Osram Sylvania Products, Inc., c/o Pepper Hamilton, LLP, Attn: Dennis S. Kayes, Esq., 100 Renaissance Center, Suite 3600, Detroit, MI 48243-1157 |
| 5974330 | + | PPG Industries, Inc., c/o K&L Gates LLP, 599 Lextington Avenu, New York, NY 10022-6030 |
| 5975139 | + | Panasonic Electric Works Corporation of America, Christopher M. Hemrick, CONNELL FOLEY LLP, 888 Seventh Avenue, New York, New York 10106-0999 |
| 5975138 | + | Panasonic Electric Works Corporation of America, Stephen V. Falanga, CONNELL FOLEY LLP, 888 Seventh Avenue, New York, New York 10106-0999 |
| 5974853 | + | Park National Bank, c/o Alex Darcy, Askounis & Darcy, PC, 401 North Michigan Avenue, Suite 550, Chicago, IL 60611-5523 |
| 5974858 | + | Park National Bank, c/o Thomas V. Askounis, Askounis & Darcy, PC, 401 North Michigan Avenue, Suite 550, Chicago, IL 60611-5523 |
| 5974459 | + | Patricia Pascale, c/o Brayton Purcell LLP, 222 Rush Landing Rd., Novato, CA 94945-2469, ATTN: Alan R. Brayton, Esq. |
| 5974766 | + | Patricia Pascale, c/o Alan R. Brayton, Brayton Purcell LLP, P.O. Box 6169, 222 Rush Landing Road Novato, CA 94945-2469 |
| 5974913 | + | Patrick Norris, 3300 Vestavia Centre, 2090 Columbiana Road, Birmingham, Alabama 35216-2153 |
| 5974898 | | Paul Firestone, Special Handling Group - MD NC317, IBM Crdit LLC, North Castle Drive, Armonk, NY 10504 |
| 5974860 | + | Paul J. Pascuzzi, Esq., Attorney for The McClatchy Company, Felderstein Fitzgerald, et.al., 400 Capitol Mall, Suite 1450, Sacramento, CA 95814-4434 |
| 5974966 | + | Paul J. Ricotta, Esq., Mintz Levin Cohen Ferris, Glovsky and Popep, P.C., One Financial Center, Boston, MA 02111-2621 |
| 5974974 | + | Paul, Weiss, Rifkind, Wharton & Gaarrison LLp, 1285 Avenue of the Americas, New York, N.Y. 10019-6031, ATTN: Alan W. Kornberg |
| 5974444 | + | Paula A. Hall, Brooks Wilkins Sharkey & Turco, PLLC, 401 S. Old Woodward Avenue, Suite 460, Birmingham, MI 48009-6622 |
| 5975081 | + | Pen Motors dba Miller Hill Chrysler Jeep, c/o Steven D. DeRuyter, Esq., LEONARD, STREET AND DEINARD, Professional Association, 150 South Fifth Street, Suite 2300 Minneapolis, MN 55402-4223 |
| 5975035 | + | Pen Motors dba Miller Hill Chrysler Jeep, c/o Eric A. Rice, Esq., LEONARD, STREET AND DEINARD, Professional Association, 150 |

| | | | |
|---|---|---|---|
| | | | South Fifth Street, Suite 2300 Minneapolis, MN 55402-4223 |
| 5974885 | | | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 5974563 | | | Pepper Hamilton LLP, Deborah Kovsky Apap, Dennis S. Kayes, 100 Renaissance Center, Ste. 3600, Detroit, MI 48243-1157 |
| 5974437 | | | Pepper Hamilton LLP, Dennis S. Kays, 100 Renaissance Center, Suite 3600, Detroit, MI 48243-1157 |
| 5975160 | + | | Pepper Hamilton LLP, Kay Standridge Kress, 100 Renaissance Center, Suite 3600, Detroit, MI 48243-1101 |
| 5975118 | + | | Peter E. Kanaris, Fisher Kanaris, P.C., 200 South Wacker Drive,, Suite 2200, Chicago, IL 60606-5819 |
| 6382117 | + | | Peter T. Kotula, Michigan Assistant Attorney General, Labor Division, 3030 W. Grand Blvd., Ste 9-600, Detroit, MI 48202-6030 |
| 5974552 | + | | Pilkington North America, Inc., c/o Pepper Hamilton LLP, Attn: Dennis S. Kayes, 3600 Renaissance Center, Detroit, MI 48243 |
| 5974932 | + | | Pima County Attorny Civil Division, 32 North Stone Avenue, Ste. 2100, Tucson, AZ 85701, ATTN: Barbara Lawall, German Yusufov 85701-1458 |
| 5974930 | + | | Pima County, Arizona, c/o Pima County Attorney's Office, 32 N. Stone Ave., Ste. 2100, Tucson, AZ 85701-1458 |
| 5975082 | +++ | | Powell, Trachtman, Logan,, Carrle & Lombardo, P.C., 114 N. Second Street, Harrisburg, PA 17101-1456, ATTN: Anthony S. Potter |
| 5974443 | | | Powers and Sons, LLC, c/o H. Buswell Roberts, Shumaker, Loop & Kendrick, LLP, 1000 Jackson Street, Toledo, OH 43604-5573 |
| 5974694 | + | | Prestige Stamping, Inc., c/o Michael S. Leib, Esq., Maddin Hauser, et al, 28400 Northwestern Hwy, 3rd Fl, Southfield, MI 48034-8348 |
| 5974786 | + | | Progressive Distribution Centers, Inc., 18765 Seaway Dr., Melvindale, MI 48122-1954 |
| 5975073 | + | | R. Scott Williams, Haskell Slaughter Young & Rediker, LLC, 1400 Park Place Tower, 2001 Park Place North, Birmingham, AL 35203-2700 |
| 5974324 | + | | RLJ-McLarty-Landers Automotive Group LLC, c/o Stinson Morrison Hecker LLP, Attn: Darrell W. Clark, 1150 18th Street, NW, Suite 800, Washington, DC 20036-3845 |
| 5975053 | + | | RUSSELL P. MCRORY, ESQ., ROBINSON BROG LEINWAND, GREENE GENOVESE & GLUCK P.C., 1345 AVENUE OF THE AMERICAS, NEW YORK, NY 10105-0302 |
| 5974724 | + | | Radar Industries, Inc., 27101 Groesbeck, Warren, MI 48089-1590 |
| 5974426 | + | | Ralph E. McDowell, Bodman LLP, 6th Floor at Ford Field, 1901 St. Antoine Street, Detroit, MI 48226-2336 |
| 5974397 | + | | Raycom Media, Inc., c/o Borges & Associates, LLC, 575 Underhill Blvd., Suite 118, Syosset, New York 11791-3438 |
| 5974872 | + | | Raytheon Professional Services LLC, 12160 Sunrise Valley Drive, Reston, VA 20191-3407 |
| 5975130 | + | | Raytheon Professional Services LLC, Lawrence A. Katz, Venable LLP, 8010 Towers Crescent Drive, Suite 300, Vienna, Virginia 22182-2723 |
| 5974358 | + | | Reed Smith LLP, 599 Lexington Avenue, New York, NY 10022, ATTN: Constantine Karides, Michael J. Venditto 10022-7684 |
| 5974321 | + | | Reed Smith LLP, 599 Lexington Avenue, New York, N.Y. 10022, ATTN: Constantien Kaides, Michael J. Venditto 10022-7684 |
| 5974432 | + | | Reid and Riege, P.C., ATTN: Carol A. Felicetta, Esq., 195 Church Street, New Haven, CT 06510-2009 |
| 5974744 | + | | Reliable Carriers, Inc., 41555 Koppernick, Canton,, MI 48187-2415 |
| 5974797 | | | Republic Bank of Chicago, c/o Julie A. Manning, Esq., Shipman & Goodwin LLP, One Constitution Plaza, Hartford, CT 06103-1919 |
| 5975010 | + | | Richard A. Chesley, Paul, Hastings, Janofsky & Walker LLP, 191 North Wacker Drive, 30th Floor, Chicago, IL 60606-1914 |
| 5974686 | | | Richard E. Braun, Wisconsin Department of Justice, P. O. Box 7857, Madison, WI 53707-7857 |
| 5974967 | + | | Richard G. Mason, Morgan Stanley Senior Funding, Inc., 51 West 52nd Street, New York, N.Y. 10019-6150 |
| 5974837 | + | | Richard O. Schaum, c/o Michael S. Leib, Maddin Hauser, et al, 28400 Northwestern Hwy, 3rd Fl, Southfield, MI 48034-8348 |
| 5974718 | + | | Richard Tool & Die Corporation, c/o Lynn M. Brimer, Strobl & Sharp, P.C., 300 East Long Lake Road, Suite 200, Bloomfield Hills, Michigan 48304-2376 |
| 5975029 | + | | River Oaks Chrysler Jeep, Inc., c/o Daniel L. Freeland, DANIEL L. FREELAND & ASSOCIATES, P.C., 9105 Indianapolis Blvd., Highland, IN 46322-2553 |
| 5974763 | + | | River Oaks Chrysler Jeep, Inc., c/o Sheila A. Ramacci, 9105 Indianapolis Blvd., Highland, IN 46322, ( 46322-2553 |
| 5974554 | + | | Robert A. Lutz, c/o Michael S. Leib, Esq., Maddin, Hauser, et al, 28400 Northwestern Hwy., 3rd Fl., Southfield, MI 48034-8348 |
| 5974855 | + | | Robert A. Lutz, c/o Kathleen Klaus, Esq., Maddin Hauser Wartell Roth & Heller, P.C, 28400 Northwestern Highway, 3rd Floor, Southfield, MI 48034-8348 |
| 5974434 | + | | Robert B. Weiss, Honigman Miller Schwartz and Cohn LLP, 2290 First National Building, Detroit, MI 48226-3583 |
| 5974893 | + | | Robert G. Hanseman, Sebaly Shilliot + Dyer, A Legal Professional Association, 1900 Kettering Tower, Dayton, OH 45423-1013 |
| 5974995 | + | | Robert R. Kracht, Esq., McCarthy, Lebit, Crystal, Liffman CO., LPA, 101 West Prospect Avenue, Ste. 1800, Cleveland, OH 44115-1064 |
| 5974490 | + | | Robert Sidorsky, c/o Butel Long, PC, 380 Madison Avenue, 22nd Floor, New York, NY 10017-2517 |
| 5975001 | + | | Robert T. Smith, 1451 East Lincoln Avenue, Madison Heights, MI 48071-4136 |
| 5974352 | + | | Robert W. Phillips, SIMMONCOOPER LLC, 707 Berkshire Boulevard, East Alton, IL 62024-1349 |
| 5975113 | + | | Robinson Brog Leinwand, Greene Genovese & Gluck P.C., A. Mitchell Greene, Esq., 1345 Avenue of the Americas, New York, N.Y. 10105-0302 |
| 5975115 | + | | Robinson Brog Leinwand, Greene Genovese & Gluck, P.C., ATTN: Robert R. Leinwand, 1345 Avenue of the Americas, New York, N.Y. 10105-0302 |
| 5975112 | + | | Robinson Brog Leinwand, Greene Genovese & Gluck, P.C., Russell P. McRory, 1345 Avenue of the Americas, New York, N.Y. 10105-0302 |
| 5974578 | + | | Roger M. Zaitzeff, Esq., Sheppard Mullin Richter & Hampton LLP, 30 Rockefeller Plaza, Suite 2400, New York, New York 10112-0079 |
| 5975039 | + | | Roseville Chrysler, Inc., c/o Eric A. Rice, Esq., LEONARD, STREET AND DEINARD, Professional Association, 150 South Fifth Street, Suite 2300 Minneapolis, MN 55402-4223 |
| 5975085 | + | | Roseville Chrysler, Inc., c/o Steven D. DeRuyter, Esq., LEONARD, STREET AND DEINARD, Professional Association, 150 South Fifth Street, Suite 2300 Minneapolis, MN 55402-4223 |
| 5974360 | + | | Rosner Nocera & Ragone, LLP, 110 Wall Street, 23rd Floor, New York, NY 10005, ATTN: Peter A. Ragone, Randy G. Rosner 10005-3836 |
| 5974630 | + | | Rotor Clip Co., Inc., 187 Davidson Avenue, Somerset, NJ 08873-4192 |
| 5974732 | + | | Round Rock ISD, c/o Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, PO BOX 17428, Austin, TX 78760-7428 |
| 5975107 | + | | Ryan Blaine Bennett, Paul Wierbicki, Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, IL 60654-5412 |

District/off: 0208-1                                   User: admin                                           Page 11 of 77
Date Rcvd: Mar 01, 2021                               Form ID: 144                                        Total Noticed: 702

| | | |
|---|---|---|
| 5975185 | + | Ryan, Inc., c/o Loeb & Loeb LLP, 345 Park Avenue, New York, New York 10154-0004 |
| 5974675 | ++ | SILVERMAN & MORRIS PLLC, 32300 NORTHWESTERN HWY, #215, FARMINGTON HILLS MI 48334-1506 address filed with court:, Geoffrey L. Silverman, 7115 Orchard Lake Rd., Ste. 500, West Bloomfield, MI 48322 |
| 5974657 | + | STM Mfg., Inc., c/o Bolhouse VanderHulst Risko Baar & Le, 3996 Chicago Dr SW, Grandville, MI 49418-1384 |
| 5975048 | + | SalesForce.com, Inc, Bialson, Bergen & Schwab, 2600 El Camino Real, Suite 300, Palo Alto, California 94306-1720, ATTN: Thomas M. Gaa |
| 5974498 | | Salvatore A. Barbatano, Foley & Lardner, LLP, One Detroit Center, 500 Woodward Avenue, Ste. 2700, Detroit, MI 48226-3489 |
| 5974767 | + | Sander L. Esserman, Stutzman, Bromberg,, Esserman & Plifka, 2323 Bryan Street, Suite 2200, Dallas, Texas 75201-2655 |
| 5974637 | + | Schiff Hardin LLP, Louis T. DeLucia, Alyson M. Fiedler, 900 Third Avenue, New York, N.Y. 10022-4728 |
| 5974331 | + | Schnader Harrison Segal & Lewis LLP, 1600 Market Street, Suite 3600, Philadelphia, PA 19103-7286, Att: Barry E. Bressler 19103-7286 |
| 5974446 | + | Scott A. Wolfson, Bush Seyferth & Paige PLLC, 3001 W. Big Beaver Rd., Suite 600, Troy, MI 48084-3107 |
| 5975046 | + | Scott M. Harrington, Diserio Martin O'Connor &, Castiglioni LLP, One Atlantic Street, Stamford, CT 06901-2407 |
| 5975015 | + | Sean M. Walsh, Esq., Giarmarco, Mullins & Horton, P.C., Tenth Floor Columbia Center, 101 W. Big Beaver Road, Troy, MI 48084-5253 |
| 5974891 | + | Sedgwick Detert Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, CA 94105-1101 |
| 5975109 | | Seyburn, Kahn, Ginn, Bess & Serlin, PC, ATTN: David T. Lin, 2000 Town Center, Suite 1500, Southfield, MI 48075-1195 |
| 5974325 | + | Shape Corp., 1900 Hayes St., Grand Haven, MI 49417-8937 |
| 5974985 | + | Shearman & Sterling LLP, James L. Garrity, Jr., Esq., Alan S. Goudiss, Esq., 599 Lexington Avenue, New York, N.Y. 10022-6030 |
| 5975121 | + | Sheila A. Ramacci, Daniel L. Freeland & Associates, P.C., 9105 Indianapolis Blvd., Highland, IN 46322-2553 |
| 7250236 | | Shelley Mae Goodall, 1710 Springfield Road, Apt.# 6, Bloomington, IL 61701-6575 |
| 5974591 | + | Sheppard Mullin Richter & Hampton, LLP, ATTN: Carren Shulman, Blanka K. Wolfe, 30 Rockerfeller Plaza, 24th Floor, New York, N.Y. 10112-0086 |
| 5975063 | + | Siemens Product Lifecycle Management Systems, Inc., White and Williams LLP, One Penn Plaza, Suite 4110, New York, New York 10119-4115, ATTN: Karel S. Karpe |
| 5974441 | + | Sika Corporation, 201 Polito Avenue, Lyndhurst, NJ 07071-3601 |
| 5975099 | + | Silverman & Morris, P.L.L.C., ATTN: Karin F. Avery, 7115 Orchard Lake Road, Ste 500, West Bloomfield, MI 48322-3657 |
| 5975134 | + | Skadden, Arps, Slate, Meagher, & Flom LLP, ATTN: Kayalyn A. Marafioti, Thomas J. Matz, Four Times Square New York, N.Y. 10036-6518 |
| 5975135 | + | Skadden, Arps, Slate, Meagher, & Flom LLP, ATTN: John Wm. Butler, Jr., 333 West Wacker Drive, Suite 2100, Chicago, IL 60606-2210 |
| 5974717 | | Sonic Automotive, Inc., 6415 Idlewild Road, Ste. 109, Charlotte, NC 28212, Attn: Stephen K. Coss |
| 5974685 | + | Sonya N. Goll, Stevenson & Bullock, 29200 Southfield Rd., Ste. 210, Southfield, MI 48076-1925 |
| 5974787 | + | Sorg South, Inc., c/o David E. Swihart, Esq., 130 N. Main St., P.O. Box 575, Goshen, IN 46527-0575 |
| 5974735 | + | South Texas College, c/o Diane W. Sanders, Linebarger Goggan Blair & Sampson, LLP, PO BOX 17428, Austin, TX 78760-7428 |
| 5974343 | + | Specialty Engine Components, LLC, c/o Richard W. Martinez, APLC, 228 St. Charles Ave., Suite 1310, New Orleans, LA 70130-2601 |
| 5974832 | + | Spina Electric Company, c/o Michael S. Leib, Maddin Hauser, et al, 28400 Northwestern Hwy., 3rd Fl, Southfield, MI 48034-8348 |
| 5975056 | | Square, Sanders & Dempsey, L.L.P., G. Christopher Meyer, 4900 Key Tower, 127 Public Square, Cleveland, Ohio 44114-1304 |
| 5975079 | + | Squire, Sanders & Dempsey L.L.P., ATTN: Sandra E. Mayerson, 1095 Avenue of the Americas, 31st Floor, New York, N.Y. 10036-6797 |
| 5974935 | + | St. James, Inc. (f/k/a ASC, Incorporated), c/o Gary H. Cunningham, Esq., Giarmarco, Mullins & Horton, P.C., 101 W. Big Beaver Road, 10th Floor, Troy, MI 48084-5280 |
| 5975047 | + | St. Pete Jeep Eagle Inc., Stuart I. Rich, Esq., 140 East 45th Street, 19th Floor, New York, N.Y. 10017-3144 |
| 5974404 | + | State of Michigan, Department of Treasury, 3030 W Grand Blvd, Ste 10-200, Detroit, MI 48202-6030 |
| 5975148 | +++ | Steinberg Shapiro & Clark, 24901 Northwestern Hwy., Suite 611, Southfield, MI 48075-2210, ATTN: Mark H. Shapiro |
| 5974353 | + | Stephen B. Grow, Warner Norcross & Judd LLP, 900 Fifth Third Center, 111 Lyon Street, NW, Grand Rapids, MI 49503-2495 |
| 5975156 | + | Stephen B. Sutton, Esq., Lathrop & Gage LLP, 2345 Grand Blvd., Suite 2800, Kansas City, MO. 64108-2684 |
| 5974646 | + | Stephen M. Gross, McDonald Hopkins PLC, 39533 Woodward Ave., Ste. 318, Bloomfield Hills, MI 48304-5106 |
| 5975178 | + | Stevenson & Bullock, PLC, 26100 American Dr., Ste. 500, Southfield, MI 48034-6184, Attn: Charles D. Bullock |
| 5975177 | + | Stevenson & Bullock, PLC, 26100 American Dr., Ste. 500, Southfield, MI 48034-6184, Attn: Sonya N. Goll |
| 5975041 | + | Stillwater Motor Company, c/o Eric A. Rice, Esq., LEONARD, STREET AND DEINARD, Professional Association, 150 South Fifth Street, Suite 2300 Minneapolis, MN 55402-4223 |
| 5975074 | + | Stillwater Motor Company, c/o Steven D. DeRuyter, Esq., LEONARD, STREET AND DEINARD, Professional Association, 150 South Fifth Street, Suite 2300 Minneapolis, MN 55402-4223 |
| 5974355 | + | Stinson Morris Hecker LLP, 1150 18th Street, NW, Suite 800, Washington, DC 20036-3845, ATTN: Darrell W. Clark, Esq. |
| 5974959 | + | Structural Graphics LLC, 38 Plains Rd, Essex, CT 06426-1520 |
| 5975129 | + | Stutzman, Bromberg, Esserman, & Plifka, P.C., ATTN: Peter C. D'Apice, Jacob L. Newton, 2323 Bryan Street, Ste. 2200 Dallas, TX 75201-2655 |
| 5975060 | + | Sun Microsystems, Inc., White and Williams LLP, One Penn Plaza, Suite 4110, New York, New York 10119-4115, ATTN: Karel S. Karpe |
| 5975061 | + | Sun Microsystems, Inc., Bialson, Bergen & Schwab, 2600 El Camino Real, Suite 300, Palo Alto, California 94306-1720, ATTN: Patrick M. Costello |
| 5974570 | + | Superior Acquisition, Inc. dba, Superior Electric Great Lakes Company, c/o David Lin; Seyburn Kahn et al, 2000 Town Center, Suite 1500, Southfield, MI 48075-1148 |
| 5974568 | + | Superior Acquisition, Inc. dba, Superior Electric Great Lakes Company, c/o Leslie Stein; Seyburn, Kahn et al, 2000 Town Center, Suite 1500, Southfield, MI 48075-1148 |
| 5974768 | | Superior Industries International, Inc., c/o James M. Sullivan, Esq., Arent Fox LLP, 1675 Broadway, New York, NY 10019-5820 |
| 5975055 | + | Susan Przekop-Shaw, Assistant Atty. General, Labor Division, P.O. Box 30736, Lansing, MI 48909-8236 |
| 5974760 | | Synovate, c/o Timothy W. Walsh, Esq, DLA Piper LLP (US), 1251 Avenue Of The Americas, New York, New York 10020-1104 |
| 5974761 | + | Synovate, c/o Timothy W. Walsh, Esq., 1251 Avenue of the Americas, 25th Floor, New York, NY 10020-1104 |
| 5975064 | + | TEITELBAUM & BASKIN, LLP, ATTN: JAY TEITELBAUM, 3 BARKER AVENUE, THIRD FLOOR, WHITE PLAINS, NY |

District/off: 0208-1                      User: admin                                    Page 12 of 77
Date Rcvd: Mar 01, 2021                   Form ID: 144                                    Total Noticed: 702

| | | |
|---|---|---|
| | | 10601-1509 |
| 5974668 | + | TSM Corporation, c/o Sean M. Walsh, Esq., Giarmarco, Mullins & Horton, P.C., 101 W. Big Beaver Road, 10th Floor, Troy, MI 48084-5280 |
| 5974906 | + | Taylor, Leong & Chee, c/o Kimo C. Leong, Esq., 737 Bishop Street, #2060, Honolulu, Hawaii 96813-3214 |
| 5974613 | + | TechTeam Global, Inc., c/o Matthew E. Wilkins, Brooks Wilkins Sharkey & Turco, PLLC, 401 S. Old Woodward Avenue, Suite 460, Birmingham, MI 48009-6622 |
| 5974922 | + | Teitelbaum & Baskin, LLP, 3 Baker Avenue, Third Floor, White Plains, N.Y. 10601-1509, ATTN: Kenneth M. Lewis |
| 5974962 | + | Teitelbaum & Baskin, LLP, 3 Baker Avenue, Third Floor, White Plains, N.Y. 10601, ATTN: Kenneth M. Lewis, Jay Teitelblaum 10601-1509 |
| 5974692 | | Tennessee Department of Revenue, c/o TN Attorney General's Office, Bankru, PO Box 20207, Nashville, TN 37202-4015 |
| 5974726 | + | Ternes Procurement Services, 12285 Dixie Rd, Redford, MI 48239-4798 |
| 5974901 | + | Terry Martin, et al., 130 W. Second St., Suite 900, Dayton, OH 45402-1590 |
| 5974904 | | Terry Martin, et. al., Brannon & Associates, 130 West Second Street, Suite 900, Dayton, OH 45402-1590 |
| 5974801 | + | The Epitec Group, Inc, c/o Lynn M. Brimer, Strobl & Sharp, PC, 300 E. long Lake Rd., Ste. 200, Bloomfield Hills, MI 48304-2376 |
| 5974560 | + | The Pasha Group, Amy E. Sherburne, Esq., Senior Vice President and General Counsel, 5725 Paradise Drive, Suite 1000, Corte Madera, California 94925-1255 |
| 5975023 | | The Sherwin Williams Company, Diana M. Thimmig, Esq., ROETZEL & ANDRESS, 1375 East Ninth Street,, One Cleveland Center, 9th Floor Cleveland, Ohio 44115 |
| 5974838 | + | The Sherwin Williams Company, c/o Diana M. Thimmig, Esq., Roetzel & Andress LPA, 1375 East Ninth Street, 9th Floor, Cleveland, OH 44114-1756 |
| 5974347 | + | The Timken Company, c/o James M. Sullivan, Esq., Arent Fox LLP, 1675 Broadway, New York, NY 10019-5820 |
| 5974401 | + | The Wackenhut Corporation, c/o Cozen O'Connor, Mark E. Felger, 1201 North Market Street, Suite 1400, Wilmington, DE 19801-1163 |
| 5974400 | + | The Wackenhut Corporation, c/o Cozen O'Connor, Neal D. Colton, 1900 Market Street, Philadelphia, PA 19103-3527 |
| 5975127 | + | Thomas A. Connop, Bradley C. Knapp, 2200 Ross Avenue, Ste. 2200, Dallas, TX 75201-2748 |
| 5974491 | + | Thomas B. Radom, Esq., Max J. Newman, Esq., Butzel Long, PC, 41000 Woodward Avenue, Bloomfield Hills, MI 48304-5130 |
| 5975155 | + | Thomas J. Fitzgerald, Esq., Lathrop & Gage LLP, 230 Park Avenue, Suite 1847, New York, N.Y. 10169-0005 |
| 5974988 | + | Thomas J. Schank, Hunter & Schank Co. LPA, One Canton Square, 1700 Canton Avenue, Toledo, OH 43604-5392 |
| 5974445 | + | Thomas K. Lindahl, Esq., McDonald Hopkins PLC, 39533 Woodward Ave., Ste. 318, Bloomfield Hills, MI 48304-5106 |
| 5974618 | | Thomas P. Sarb, 250 Monroe Avenue, N.W., Suite 800, P.O. Box 306, Grand Rapids, MI 49501-0306 |
| 5974996 | + | Thomas R. Fawkes, Esq., Freeborn & Peters LLP, 311 South Wacker Drive, Suite 3000, Chicago, IL 60606-6679 |
| 5974819 | + | Thomas W. Sidlik, c/o Leo J. Gibson, Esq., 211 W. Fort St., 15th Fl., Detroit, MI 48226-3235 |
| 5974679 | + | Thule, Inc., 42 Silvermine Road, Seymour, CT 06483-3928 |
| 5974924 | + | Timothy A. Barnes, Esq., Curtis, Mallet-Prevost, Colt & Mosle LLP, 101 Park Avenue, New York, NY 10178-0061, Tel: (212) 696-6006, Fax: (212) 697-1559 E-mail: tbarnes@curtis.com 10178-0061 |
| 5974970 | + | Togut, Segal & Segal LLP, Frank A. Oswald, One Penn Plaza, Suite 3335, New York, N.Y. 10119-3335 |
| 5974947 | + | Tommy Manuel, c/o Randyl Meigs, McDonald Sanders, P.C., 777 Main St., Suite 1300, Fort Worth, Texas 76102-5385 |
| 5974945 | + | Tommy Manuel Chrysler - Jeep, Inc., c/o Randyl Meigs, McDonald Sanders, P.C., 777 Main St., Suite 1300, Fort Worth, Texas 76102-5385 |
| 5974958 | | Toro Energy of Missouri, Attn: Angela Z Miller, 3400 HSBC Center, Buffalo, NY 14203 |
| 5974558 | + | Transmisiones y Equipos Mecanicos, S.A.B. de C.V., c/o Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404, Attn: Deborah M. Buell, Esq. |
| 5974740 | + | TransForm Automotive Inc., c/o Winston & Strawn LLP, 35 West Wacker Drive, Chicago, IL 60601, Attn: Matthew J. Botica Mindy D. Cohn 60601-1723 |
| 5974559 | + | Transmission Technologies Corporation (TTC), c/o Cleary Gottlieb Steen & Hamilton LLP, One Liberty Plaza, New York, NY 10006-1404, Attn: Deborah M. Buell, Esq. |
| 5974986 | + | Trenk, Dipasquale, Webster, Della Fera & Sodono, P.C., 347 Mt. Pleasant Avenue, Ste. 300, West Orange, N.J. 07052-2730, ATTN: Sam Della Fera, Jr. |
| 5974406 | + | Tricia A. Sherick, Honigman Miller Schwartz and Cohn LLP, 2290 First National Building, 660 Woodward Avenue, Detroit, MI 48226-3516 |
| 5975103 | + | Troutman Sanders LLP, Brett D. Goodman, 405 Lexington Avenue, New York, N.Y. 10174-0002 |
| 5974928 | + | Trudi Voltz, 5840 315th Street, Toledo, OH 43611-2439 |
| 5974488 | + | Turner Broadcasting System, Inc., c/o Tiffany Strelow Cobb, Esq., Vorys, Sater, Seymour and Pease LLP, 52 East Gay Street, Columbus, Ohio 43215-3161 |
| 5974407 | + | Union Pacific Railroad, 1400 Douglas Street, STOP 1580, Omaha, NE 68179-0002 |
| 5975095 | + | University of Delaware, Lucian B. Murley, Esq., Saul Ewing LLP, 222 Delaware Avenue, Suite 1200, P.O. Box 1266 Wilmington, DE 19899-1266 |
| 5975094 | + | University of Delaware, Teresa K.D. Currier, Esq., Saul Ewing LLP, 222 Delaware Avenue, Suite 1200, P.O. Box 1266 Wilmington, DE 19899-1266 |
| 5974868 | + | University of Delaware, c/o Teresa K.D. Currier, Esquire, Saul Ewing LLP, P.O. Box 1266, Wilmington, DE 19899-1266 |
| 5974526 | + | Urban Science Applications, Inc., c/o Pepper Hamilton LLP, Attn: Dennis S. Kayes, Esq., 100 Renaissance Center, Suite 3600, Detroit, MI 48243 kayesd@pepperlaw.com 48243-1157 |
| 5975002 | + | VARNUM LLP, Jason W. Bank, 39500 High Pointe Boulevard, Suite 350, Novi, MI 48375-5516 |
| 5974525 | + | Valeo Sylvania Illuminacion S. de R.L. de C.V., c/o Pepper Hamilton LLP, Attn: Dennis S. Kayes, Esq., 100 Renaissance Center, Suite 3600, Detroit, MI 48243 kayesd@pepperlaw.com 48243-1157 |
| 5974524 | + | Valeo Sylvania L.L.C., c/o Pepper Hamilton LLP, Attn: Dennis S. Kayes, Esq., 100 Renaissance Center, Suite 3600, Detroit, MI 48243 kayesd@pepperlaw.com 48243-1157 |
| 5974720 | | Van-Rob, Inc., c/o Bruce N. Elliott, Esq., Conlin, McKenney & Philbrick, P.C., 350 South Main Street, Suite 400, Ann Arbor, Michigan 48104-2131 |

District/off: 0208-1                          User: admin                                    Page 13 of 77
Date Rcvd: Mar 01, 2021                       Form ID: 144                                    Total Noticed: 702

| | | |
|---|---|---|
| 5974544 | + | Ventra Belvidere, LLC, c/o Pepper Hamilton LLP, Attn: Dennis S. Kayes, Esq., 100 Renaissance Center, Suite 3600, Detroit, MI 48243-1157 |
| 5974548 | + | Ventra Evart, LLC, c/o Pepper Hamilton LLP, Attn: Dennis S. Kayes, Esq., 100 Renaissance Center, Suite 3600, Detroit, MI 48243-1157 |
| 5974528 | + | Ventra Group Co., c/o Pepper Hamilton LLP, Attn: Dennis S. Kayes, Esq., 100 Renaissance Center, Suite 3600, Detroit, MI 48243 kayesd@pepperlaw.com 48243-1157 |
| 5974527 | + | Ventra Ohio Corp., c/o Pepper Hamilton LLP, Attn: Dennis S. Kayes, Esq., 100 Renaissance Center, Suite 3600, Detroit, MI 48243 kayesd@pepperlaw.com 48243-1157 |
| 5974550 | + | Ventra SPD, LLC, c/o Pepper Hamilton LLP, Attn: Dennis S. Kayes, Esq., 100 Renaissance Center, Suite 3600, Detroit, MI 48243-1157 |
| 5974549 | + | Ventra Salem, LLC, c/o Pepper Hamilton LLP, Attn: Dennis S. Kayes, Esq., 100 Renaissance Center, Suite 3600, Detroit, MI 48243-1157 |
| 5974551 | + | Ventramex S.A. de C.V., c/o Pepper Hamilton LLP, Attn: Dennis S. Kayes, Esq., 100 Renaissance Center, Suite 3600, Detroit, MI 48243-1157 |
| 5974770 | | Verona Motor Sales, Inc., 524 Verona Road, Verona, PA 15147 |
| 5975027 | + | Volkswagen, James E. DeLine, KERR, RUSSELL AND WEBER, PLC, 500 Woodward Avenue, Suite 2500, Detroit, MI 48226-5499 |
| 5975028 | + | Volkswagen, P. Warren Hunt, KERR, RUSSELL AND WEBER, PLC, 500 Woodward Avenue, Suite 2500, Detroit, MI 48226-5499 |
| 5974342 | + | W A Thomas Company, c/o Richard W. Martinez, APLC, 228 St. Charles Ave., Suite 1310, New Orleans, LA 70130-2601 |
| 5975059 | + | W. Clark Watson, Esq., Balch & Bingham LLP, 1901 Sixth Avenue North, Ste. 1500, Birmingham, AL 35203-4642 |
| 5974412 | + | W/H No. 26, Ltd., L.L.C., c/o Monica S. Blacker, Andrews Kurth LLP, 1717 Main St., Suite 3700, Dallas, TX 75201-4749 |
| 5974846 | + | WA Department of Revenue, Attn: Doug Houghton, 2101 4th Ave, Ste 1400, Seattle, WA 98121-2300 |
| 5974993 | ++ | WHITE AND WILLIAMS LLP, 7 TIMES SQUARE SUITE 2900, NEW YORK NY 10036-6516 address filed with court:, White and Williams LLP, One Penn Plaza, Suite 4110, New York, N.Y. 10119, ATTN: Karel S. Karpe, Esq. |
| 5974938 | | WR Thomas, Inc., c/o Feria & Corona, 10 Universal City Plaza, Suite 2000, Universal City, CA 91608 |
| 5974714 | + | WR Thomas, Inc., 2351 South 4th Street, El Centro, CA 92243-6004 |
| 5975045 | | Wallace M. Handler, Sullivan, Ward,, Sher & Patton, P.C., 1000 Maccabees Center, 25800 Northwestern Highway, Southfield, MI 48075-1000 |
| 5974638 | | Warner Norcross & Judd LLP, Dennis W. Loughlin, 2000 Town Center, Suite 2700, Southfield, MI 48075-1318 |
| 5974436 | + | Warner Norcross & Judd LLP, Stephen B. Grow, 900 Fifth Avenue, 111 Lyon Street, NW, Grand Rapids, MI 49503-2406 |
| 5974690 | | Weiss Serota Helfman Pastoriza, Cole & Boniske, P.I., 200 East Broward Blvd., St. 1900, Fort Lauderdale, FL 33301 |
| 5974730 | | Wellington Industries, Inc., 39555 1-94 S. Service Drive, Belleville, MI 48111 |
| 5974903 | + | Wells Fargo Bank, N.A., c/o McCalla, Raymer, et al., Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 5974873 | + | Westoaks Chrysler-Dodge, Inc., 3832 Thousand Oaks Boulevard, Thousand Oaks, CA 91362-3627 |
| 5975133 | + | Westoaks Chrysler-Dodge, Inc., Lawrence A. Katz, Venable LLP, 8010 Towers Crescent Drive, Suite 300, Vienna, Virginia 22182-2723 |
| 5974405 | + | Wheels, Inc., c/o Erin M. Casey, Goldberg Kohn, 55 East Monroe St., Suite 3300, Chicago, IL 60603-5800 |
| 5974411 | + | Wilhelm Karmann GmbH, With Consent of Ottmar Hermann, Esq., c/o Barton Nachamie, Esq., 425 Park Avenue, New York, NY 10022-3506 |
| 5974438 | + | Wilhelm Karmann GmbH, c/o Todtman, Nachamie, Spizz & Johns, P., 425 Park Avenue, 5th Fl, New York, New York 10022-3506, Attn: Barton Nachamie, Arthur Goldstein, |
| 5974909 | + | William F. Bologna & Associates, 1515 Poydras Street, Suite 2323, New Orleans, LA 70112-3721 |
| 5974492 | + | William J. Kohler, Esq., Butzel Long, PC, 150 West Jefferson, Suite 100, Detroit, MI 48226-4452 |
| 5975176 | + | William M. Hawkins, Joshua Levin-Epstein, Loeb & Loeb LLP, 345 Park Avenue, New York, N.Y. 10154-1895 |
| 5974573 | + | William T. Green, III, P.C., 11 Greenway Plaza, Suite 2820, Houston, TX 77046-1114 |
| 5974442 | + | Williams Industrial Service, Inc., c/o H. Buswell Roberts, Shumaker, Loop & Kendrick, LLP, 1000 Jackson Street, Toledo, OH 43604-5573 |
| 5975173 | + | Wisconsin Gas LLC, DBA We Enegies, c/o Liquidity Solutions, Inc., One University Plaza, Suite 312, Hackensack, N.J. 07601-6205 |
| 5974783 | | Wix Filtration Corp., c/o W. David Arnold, Esq., Robison, Curphey & O'Connell, Four Seagate, Ninth FLoor, Toledo, Ohio 43604 |
| 5974495 | + | Wolverine Tool & Engineering, Inc., c/o David S. Lefere, Bolhouse VanderHulst Risko Baar & Lefere, 3996 Chicago Drive SW Grandville, MI 49418-1384 |
| 5974408 | + | Workers' Compensation Agency, PO Box 30016, Lansing, MI 48909-7516 |
| 5975070 | + | Xerox Capital Services, LLC, John J. Jolley, Jr., Kutak Rock LLP, 1650 Farnam Street, Omaha, NE 68102-2186 |
| 5974977 | | Zachary Mosner, 800 Fifth Avenue, Suite 2000, Seattle, WA 98104-3188 |
| 5974455 | | Zanetti Chrysler Jeep Dodge, 4700 Boston Road, Bronx, NY 10466, ATTN: Richard Zanetti |
| 5974697 | + | Zimmer Motor, Inc., Zimmer Chrysler Jeep, c/o Frost Brown Todd LLC, 201 E. Fifth Street, Suite 2200, Cincinnati, OH 45202-4113 |
| 5974647 | + | c/o FAEGRE & BENSON LLP, Lawrence Bass, 3200 Wells Fargo Center, 1700 Lincoln Street, Denver, CO 80203-4500 |
| 5974415 | + | c/o Kirkland & Ellis LLP, 300 North LaSalle Street, Chicago, IL 60654-5412, Attn.: Marc Kieselstein |
| 5975175 | + | c/o Loeb & Loeb LLP, 345 Park Avenue, New York, New York 10154-1895 |
| 5974416 | + | c/o Tiffany Strelow Cobb, VOrys, Sater, Seymour and Pease LLP, 52 East Gay Street, Columbus, Ohio 43215-3161 |

TOTAL: 632

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | Mar 01 2021 23:19:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | Email/Text: nys.dtf.bncnotice@tax.ny.gov | | |
| | | Mar 01 2021 23:23:00 | New York State Tax Commission, |

District/off: 0208-1                          User: admin                                    Page 14 of 77
Date Rcvd: Mar 01, 2021                       Form ID: 144                                   Total Noticed: 702

| | | | |
|---|---|---|---|
| | | | Bankruptcy/Special Procedures Section, P.O. Box 5300, Albany, NY 12205-0300 |
| 5974910 | | Email/Text: bankruptcy@revenue.alabama.gov | |
| | | Mar 01 2021 23:23:00 | ALABAMA DEPARTMENT OF REVENUE LEGAL DIVISION, P O BOX 320001, MONTGOMERY, AL 36132-0001 |
| 5975004 | + | Email/Text: awilliams@alwlaw.com | |
| | | Mar 01 2021 21:46:00 | Alan L. Williams, Law Offices of Alan L. Williams, 2550 Fifth Avenue, Ste. 520, San Diego, CA 92103-6624 |
| 5974942 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | |
| | | Mar 01 2021 23:17:32 | American InfoSource LP as agent for T Mobile/, T-Mobile USA Inc, PO Box 248848, Oklahoma City OK 73124-8848 |
| 5974420 | + | Email/Text: andrew.silfen@arentfox.com | |
| | | Mar 01 2021 23:19:00 | Arent Fox LLP, Jeffrey N. Rothleder, 1050 Connecticut Ave., N.W., Washington, DC 20036-5369 |
| 5974419 | + | Email/Text: andrew.silfen@arentfox.com | |
| | | Mar 01 2021 23:19:00 | Arent Fox LLP, Christopher J. Giaimo, Jr., Esq., 1050 Connecticut Ave., N.W., Washington, DC 20036-5369 |
| 5975140 | + | Email/Text: blemoine@armstrongteasdale.com | |
| | | Mar 01 2021 21:46:00 | Armstrong Teasdale LLP, One Metropolitan Square, Ste. 2600, St. Louis, MO 63102, ATTN: Steven N. Cousins, Susan K. Ehlers 63102-2742 |
| 5974836 | + | Email/Text: dneier@winston.com | |
| | | Mar 01 2021 23:28:00 | Aspen Marketing Services, Inc., c/o Winston & Strawn LLP, 200 Park Avenue, New York, New York 10166, Attn: Matthew J. Botica, Esq., Mindy D. Cohn, Esq. 10166-0005 |
| 5975169 | + | Email/Text: m.rao@ssss.com | |
| | | Mar 01 2021 23:21:00 | Atlantic Detroit Diesel Allison LLC, 180 Rt. 17 South, P.O. Box 950, Lodi, N.J. 07644-0950 |
| 5974329 | + | Email/Text: dloughlin@wnj.com | |
| | | Mar 01 2021 23:21:00 | BorgWarner,Inc., c/o Michael G. Cruse, Warner Norcross & Judd LLP, 2000 Town Center, Suite 2700, Southfield, MI 48075-1318 |
| 5974597 | + | Email/Text: dloughlin@wnj.com | |
| | | Mar 01 2021 23:21:00 | Brose North America, Inc., c/o Michael G. Cruse, Warner Norcross & Judd LLP, 2000 Town Center, Suite 2700, Southfield, MI 48075-1318 |
| 5974381 | + | Email/Text: scook@lambertleser.com | |
| | | Mar 01 2021 23:20:00 | Caravan/Knight Facilities, Management, LLC, c/o Susan M. Cook, 916 Washington Avenue, Suite 309, Bay City, MI 48708-5723 |
| 5974335 | + | Email/Text: dallas.bankruptcy@LGBS.com | |
| | | Mar 01 2021 23:21:00 | City of Desoto, c/o Elizabeth Weller, Linebarger Goggan Blair & Sampson, LLP, 2323 Bryan Street, Suite 1600, Dallas, TX 75201-2637 |
| 5974386 | + | Email/Text: ebcalvo@pbfcm.com | |
| | | Mar 01 2021 21:45:00 | City of Ennis, c/o Elizabeth Banda, Esq., Perdue, Brandon, Fielder, et al, P. O. Box 13430, Arlington, Texas 76094-0430 |
| 5974388 | + | Email/Text: ebcalvo@pbfcm.com | |
| | | Mar 01 2021 21:45:00 | City of Grapevine, c/o Elizabeth Banda, Esq., Perdue, Brandon, Fielder, et al, P. O. Box 13430, Arlington, Texas 76094-0430 |
| 5974336 | + | Email/Text: dallas.bankruptcy@LGBS.com | |
| | | Mar 01 2021 23:21:00 | City of Richardson, c/o Elizabeth Weller, Linebarger Goggan Blair & Sampson, LLP, 2323 Bryan Street, Suite 1600, Dallas, TX 75201-2637 |
| 5974600 | + | Email/Text: dloughlin@wnj.com | |
| | | Mar 01 2021 23:21:00 | Compuware Corporation, c/o Michael G. Cruse, Warner Norcross & Judd LLP, 2000 Town Center, Suite 2700, Southfield, MI 48075-1318 |
| 5974605 | + | Email/Text: dloughlin@wnj.com | |
| | | Mar 01 2021 23:21:00 | Creative Foam Corporation, c/o Michael G. Cruse, Warner Norcross & Judd LLP, 2000 Town Center, Suite 2700, Southfield, MI 48075-1318 |
| 5974845 | | Email/Text: houston_bankruptcy@LGBS.com | |
| | | Mar 01 2021 23:21:00 | Cypress Fairbanks ISD, c/o John P Dillman, Linebarger Goggan Blair & Sampson LLP, P.O. Box 3064, Houston, Tx. 77253-3064 |
| 5974603 | + | Email/Text: dloughlin@wnj.com | |
| | | Mar 01 2021 23:21:00 | Daewoo International (America) Corp., c/o Michael G. Cruse, Warner Norcross & Judd LLP, |

|  |  |  |
|---|---|---|
|  |  | 2000 Town Center, Suite 2700, Southfield, MI 48075-1318 |
| 5974334 | + Email/Text: dallas.bankruptcy@LGBS.com | |
|  |  | Mar 01 2021 23:21:00 | Dallas County, c/o Elizabeth Weller, Lineberger Goggan Blair & Sampson, LLP, 2323 Bryan Street, Suite 1600, Dallas, TX 75201-2637 |
| 5974976 | + Email/Text: bkrfilings@agg.com | |
|  |  | Mar 01 2021 23:19:03 | Darryl S. Laddin, Frank N. White, Arnall Golden Gregory LLP, 171 17th Street NW, Suite 2100, Atlanta, GA 30363-1031 |
| 5974338 | + Email/Text: dallas.bankruptcy@LGBS.com | |
|  |  | Mar 01 2021 23:21:00 | DeSoto ISD, c/o Elizabeth Weller, Lineberger Goggan Blair & Sampson, LLP, 2323 Bryan Street, Suite 1600, Dallas, TX 75201-2637 |
| 5974960 | + Email/Text: dtkctr@gmail.com | |
|  |  | Mar 01 2021 23:22:00 | Don Kozich, 601 No. Rio Vista Blvd., #113, Ft. Lauderdale, FL 33301-2935 |
| 5974968 | Email/Text: ebcalvo@pbfcm.com | |
|  |  | Mar 01 2021 21:45:00 | Elizabeth Banda, Perdue, Brandon, Fielder, Collins & Mott, L.L.P., P.O. Box 13430, Arlington, TX 76094-0430 |
| 5974387 | + Email/Text: ebcalvo@pbfcm.com | |
|  |  | Mar 01 2021 21:45:00 | Ennis ISD, c/o Elizabeth Banda, Esq., Perdue, Brandon, Fielder, et al, P. O. Box 13430, Arlington, Texas 76094-0430 |
| 5974614 | + Email/Text: dloughlin@wnj.com | |
|  |  | Mar 01 2021 23:21:00 | Esys Corporation, c/o Michael G. Cruse, Warner Norcross & Judd LLP, 2000 Town Center, Suite 2700, Southfield, MI 48075-1318 |
| 5974382 | + Email/Text: scook@lambertleser.com | |
|  |  | Mar 01 2021 23:20:00 | Federal Screw Works, c/o Susan M. Cook, 916 Washington Avenue, Suite 309, Bay City, MI 48708-5723 |
| 5974602 | + Email/Text: dloughlin@wnj.com | |
|  |  | Mar 01 2021 23:21:00 | Fidia Co., c/o Michael G. Cruse, Warner Norcross & Judd LLP, 2000 Town Center, Suite 2700, Southfield, MI 48075-1318 |
| 5974604 | + Email/Text: dloughlin@wnj.com | |
|  |  | Mar 01 2021 23:21:00 | Fori Automation, Inc., c/o Michael G. Cruse, Warner Norcross & Judd LLP, 2000 Town Center, Suite 2700, Southfield, MI 48075-1318 |
| 5974842 | Email/Text: houston_bankruptcy@LGBS.com | |
|  |  | Mar 01 2021 23:21:00 | Fort Bend County, c/o John P Dillman, Lineberger Goggan Blair & Sampson LLP, P.O. Box 3064, Houston, Tx. 77253-3064 |
| 5974818 | + Email/Text: dneier@winston.com | |
|  |  | Mar 01 2021 23:28:00 | GEMS Performance Parts LLC, c/o Winston & Strawn LLP, 200 Park Avenue, New York, NY 10166-4002, Attn: Carey D. Schreiber, Esq. |
| 5974389 | + Email/Text: ebcalvo@pbfcm.com | |
|  |  | Mar 01 2021 21:45:00 | Grapevine-Colleyville ISD, c/o Elizabeth Banda, Esq., Perdue, Brandon, Fielder, et al, P. O. Box 13430, Arlington, Texas 76094-0430 |
| 5974941 | Email/Text: KDTinsley-Straus@hanovercounty.gov | |
|  |  | Mar 01 2021 21:47:00 | Hanover County, Virginia, County Attorney's Office, PO Box 470, Hanover, VA 23069 |
| 5974981 | Email/Text: sselbst@herrick.com | |
|  |  | Mar 01 2021 21:47:00 | Stephen B. Selbst, Herrick, Feinstein LLP, 2 Park Avenue, New York, N.Y. 10016 |
| 5974418 | + Email/Text: andrew.silfen@arentfox.com | |
|  |  | Mar 01 2021 23:19:00 | Harman International Industries, Inc., c/o Arent Fox LLP, Christopher J. Giaimo, Jr., Esq., 1050 Connecticut Avenue, N.W., Washington, DC 20036-5369 |
| 5974841 | Email/Text: houston_bankruptcy@LGBS.com | |
|  |  | Mar 01 2021 23:21:00 | Harris County et al, c/o John P Dillman, Lineberger Goggan Blair & Sampson LLP, P.O. Box 3064, Houston, Tx. 77253-3064 |
| 5974731 | + Email/Text: dneier@winston.com | |
|  |  | Mar 01 2021 23:28:00 | International Automotive Components Group North Am, c/o Winston & Strawn LLP, 200 Park Avenue, New York, New York 10166-0005 |
| 5974337 | + Email/Text: dallas.bankruptcy@LGBS.com | |
|  |  | Mar 01 2021 23:21:00 | Irving ISD, c/o Elizabeth Weller, Lineberger Goggan Blair & Sampson, LLP, 2323 Bryan Street, Suite 1600, Dallas, TX 75201-2637 |
| 5974429 | + Email/Text: jsdlaw@msn.com | |

District/off: 0208-1                        User: admin                                    Page 16 of 77
Date Rcvd: Mar 01, 2021                     Form ID: 144                                    Total Noticed: 702

|  |  |  | Mar 01 2021 21:46:00 | J. Scott Douglass, 909 Fannin, Suite 1800, Houston, TX 77010-1016 |
| 5974863 | + | Email/Text: kburkley@bernsteinlaw.com |  |  |
|  |  |  | Mar 01 2021 23:23:00 | James Wallace, Griffith, McCague & Wallace, P.C., The Gulf Tower, 38th Floor, 707 Grant Street, Pittsburgh, PA 15219-1908 |
| 5974423 |  | Email/Text: rcharles@lrlaw.com |  |  |
|  |  |  | Mar 01 2021 23:20:00 | Jim Click, Inc., c/o Lewis and Roca LLP, 1 S. Church Ave. #700, Tucson, AZ 85701-1611 |
| 5975008 |  | Email/Text: houston_bankruptcy@LGBS.com |  |  |
|  |  |  | Mar 01 2021 23:21:00 | John P. Dillman Esq., Taxing Authority, Harris, Fort Bend, Montgomery Counties, PO Box 3064, Houston, Texas 77253-3064 |
| 5974844 |  | Email/Text: houston_bankruptcy@LGBS.com |  |  |
|  |  |  | Mar 01 2021 23:21:00 | Katy ISD, c/o John P Dillman, Linebarger Goggan Blair & Sampson LLP, P.O. Box 3064, Houston, Tx. 77253-3064 |
| 5974380 | + | Email/Text: scook@lambertleser.com |  |  |
|  |  |  | Mar 01 2021 23:20:00 | Linamar Corporation, c/o Susan M. Cook, 916 Washington Avenue, Suite 309, Bay City, MI 48708-5723 |
| 5974344 | + | Email/Text: KMORRISS@mvbalaw.com |  |  |
|  |  |  | Mar 01 2021 23:20:00 | Local Texas Taxing Authorities, c/o Michael Reed, PO Box 1269, Round Rock, TX 78680-1269 |
| 5974383 | + | Email/Text: scook@lambertleser.com |  |  |
|  |  |  | Mar 01 2021 23:20:00 | Mahar Tool Supply Co., c/o Susan M. Cook, 916 Washington Avenue, Suite 309, Bay City, MI 48708-5723 |
| 5974972 | + | Email/Text: KMORRISS@mvbalaw.com |  |  |
|  |  |  | Mar 01 2021 23:20:00 | McCreary, Veselka, Bragg & Allen, P.C., P.O. Box 1269, Round Rock, TX 78680-1269, ATTN: Michael Reed |
| 5974493 | + | Email/Text: ecfnotices@dor.mo.gov |  |  |
|  |  |  | Mar 01 2021 21:47:00 | Missouri Department of Revenue, P.O Box 475, Jefferson City, MO 65105, ( 65105-0475 |
| 5974496 |  | Email/Text: ecfnotices@dor.mo.gov |  |  |
|  |  |  | Mar 01 2021 21:47:00 | Missouri Dept. of Revenue, Steven A. Ginther, 301 W. High Street, Rm 670, P.O. Box 475, Jefferson City, MO 65105-0475 |
| 5974843 |  | Email/Text: houston_bankruptcy@LGBS.com |  |  |
|  |  |  | Mar 01 2021 23:21:00 | Montgomery County, c/o John P Dillman, Linebarger Goggan Blair & Sampson LLP, P.O. Box 3064, Houston, Tx. 77253-3064 |
| 6500120 |  | Email/Text: uibankruptcy@jfs.ohio.gov |  |  |
|  |  |  | Mar 01 2021 23:21:00 | Ohio Department of Job and Family Services, PO Box 182404, Columbus OH 43218-2404 |
| 5974664 | + | Email/Text: dsanginari@daypitney.com |  |  |
|  |  |  | Mar 01 2021 23:22:00 | Oracle USA, Inc., c/o Day Pitney LLP, 7 Times Square, New York, NY 10036-6553, Attn: Amish R. Doshi, Esq. |
| 5975143 | + | Email/Text: bankruptcynotice@orrick.com |  |  |
|  |  |  | Mar 01 2021 23:27:00 | Orrick, Herrington & Sutcliffe LLP, Columbia Center, 1152 15th Street, N.W., Washington, D.C. 20005-1723, ATTN: Richard H. Wyron |
| 5974449 |  | Email/Text: bncctnotifications@pbgc.gov |  |  |
|  |  |  | Mar 01 2021 21:47:00 | Pension Benefit Guaranty Corporation, 1200 K Street NW, Washington, DC 20005-4026, ATTN: Dana Cann |
| 5974917 | + | Email/Text: BKRMailOps@weltman.com |  |  |
|  |  |  | Mar 01 2021 23:21:00 | Plain Dealer Publishing Company, c/o Weltman Weinberg & Reis Co LPA, 323 W Lakside Ave 2nd Fl Cleveland OH 44113-1085 |
| 5974385 | + | Email/Text: ebcalvo@pbfcm.com |  |  |
|  |  |  | Mar 01 2021 21:45:00 | Richardson ISD, c/o Elizabeth Banda, Esq., Perdue, Brandon, Fielder, et al, P. O. Box 13430, Arlington, Texas 76094-0430 |
| 5974431 |  | Email/Text: rcharles@lrlaw.com |  |  |
|  |  |  | Mar 01 2021 23:20:00 | Rob Charles, Lewis And Roca LLP, One South Church Avenue, Suite 700, Tucson, AZ 85701-1611 |
| 5974427 | + | Email/Text: bankruptcy@fult.com |  |  |
|  |  |  | Mar 01 2021 23:28:00 | SAP America, Inc., c/o Brown & Connery LLP, Attn: Kenneth J. Schweiker, Jr., 6 North Broad Street, Suite 100, Woodbury, NJ 08096-4635 |
| 5974965 | + | Email/Text: scook@lambertleser.com |  |  |
|  |  |  | Mar 01 2021 23:20:00 | Susan M. Cook, 916 Washington Ave., Suite 309, Bay City, MI 48708-5723 |

| District/off: 0208-1 | User: admin | Page 17 of 77 |
| Date Rcvd: Mar 01, 2021 | Form ID: 144 | Total Noticed: 702 |

| | | | | |
|---|---|---|---|---|
| 5975165 | | Email/Text: Jgarcia-perez@co.tulare.ca.us | Mar 01 2021 23:22:00 | Tulare County Tax Collector, ATTN: Melissa Quinn, 221 S. Mooney Blvd., Room 104-E, Visalia, CA 93291-4593 |
| 5974599 | + | Email/Text: dloughlin@wnj.com | Mar 01 2021 23:21:00 | Ube Industries, Ltd., c/o Michael G. Cruse, Warner Norcross & Judd LLP, 2000 Town Center, Suite 2700, Soufield, MI 48075-1318 |
| 5975159 | + | Email/Text: BankruptcyNotices@ulmer.com | Mar 01 2021 23:22:00 | Ulmer & Berne LLP, 1660 West 2nd Street, Suite 1100, Cleveland, OH 44113, ATTN: Jeffrey Baddeley, Todd A. Atkinson, Esq. 44113-1406 |
| 5974346 | | Email/Text: bkrfilings@agg.com | Mar 01 2021 23:19:14 | Verizon Communications Inc., Arnall Golden Gregory LLP, c/o Darryl S. Laddin, 171 17th St., NW, Ste. 2100, Atlanta, GA 30363-1031 |
| 5975182 | | Email/Text: radkeke@doj.state.wi.us | Mar 01 2021 21:46:00 | F. Mark Bromley, Department of Justice, P. O. Box 7857, Madison, WI 53707-7857 |
| 5975184 | | Email/Text: radkeke@doj.state.wi.us | Mar 01 2021 21:46:00 | F. Mark Bromley, Wisconsin Dept. o Justice, P.O. Box 7857, Madison, WI 53707-7857 |
| 5975183 | | Email/Text: radkeke@doj.state.wi.us | Mar 01 2021 21:46:00 | J.B. Van Hollen, Wisconsin Dept. o Justice, P.O. Box 7857, Madison, WI 53707-7857 |
| 5974359 | + | Email/Text: dneier@winston.com | Mar 01 2021 23:28:00 | Winston & Strawn LLP, 200 Park Avenue, New York, NY 10166-4193, ATTN: David Neier, William D. Brewer 10166-0005 |
| 5974654 | + | Email/Text: scook@lambertleser.com | Mar 01 2021 23:20:00 | Wright-K Technology, Inc., c/o Susan M. Cook, 916 Washington Avenue, Suite 309, Bay City, MI 48708-5723 |

TOTAL: 70

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5974840 | | ATEL Leasing Corporation |
| 5974327 | | Ad Hoc Committee of Mesothelioma and Lung Cancer C |
| 5974515 | | Aisin World Corp. of America |
| 5974556 | | Akebono Corporation (North America) d/b/a Akebono |
| 5974900 | | Allstate New Jersey Insurance Company, One Beacon and Hagerty PL Auto, by Essentia Insurance Co., Duane and Robin Raible, c/o White and Williams LLP, One Penn Plaza NYC |
| 5974663 | | Alpine Electronics of America, Inc. |
| 5974911 | | Anchor Bay Packaging Corp. |
| 5974708 | | Archer Dodge, Inc. |
| 5974509 | | Arvin Meritor OE, LLC |
| 5974823 | | Auffenberg Chrysler Jeep Inc. d/b/a Auffenberg Chr |
| 5974689 | | Autodata Solutions, Inc. |
| 5974825 | | Bob Rohrman Jeep, Inc. |
| 5974622 | | CHRY-Detroit, LLC |
| 5974752 | | CJ&M Transport, Inc. |
| 5974639 | | Chicago, IL 60603-3477 |
| 5974474 | | China Automotive Systems, Inc. |
| 5974921 | | Chrysler Jeep Import Hellas S.A. |
| 5975166 | | Chrysler Jeep Import Hellas S.A. |
| 5974403 | | Chrysler Non-TARP Lenders |
| 5974821 | | Continental Chrysler Jeep, Inc. |
| 5974645 | | Counsel to Rhonda Masquat, Lead Class Action Plain |
| 5974702 | | Daido Metal U.S.A., Inc. |
| 5974473 | | Diamond Electric Manufacturing Corp. |
| 5974542 | | Dresden Industrial-Ridgetown |
| 5974541 | | Dresden Industrial-Rodney |
| 5974540 | | Dresden Industrial-Stratford |
| 5974471 | | ElringKlinger North America, Inc. |

District/off: 0208-1
Date Rcvd: Mar 01, 2021

User: admin
Form ID: 144

Page 18 of 77

Total Noticed: 702

| | |
|---|---|
| 5974472 | ElringKlinger USA, Inc. |
| 5974462 | Exedy-Dynax America Corp. |
| 5974463 | FEV, Inc. |
| 6797494 | FINAL CLAIMS REGISTER, FROM CLAIMS AGENT:, EPIQ SYSTEMS BANKRUPTCY SOLUTIONS |
| 5974505 | Faurecia Automotive Seating, Inc. |
| 5974506 | Faurecia Exhaust Systems, Inc. |
| 5974504 | Faurecia Interiors Systems, Inc. |
| 5974477 | Federal-Mogul Canada Limited |
| 5974476 | Federal-Mogul Corporation |
| 5974478 | Federal-Mogul Ignition Company |
| 5974482 | Federal-Mogul Leakless Sealing Co. |
| 5974479 | Federal-Mogul Piston Rings, Inc. |
| 5974480 | Federal-Mogul Powertrain, Inc. |
| 5974481 | Federal-Mogul Products, Inc. |
| 5974484 | Federal-Mogul SA de CV |
| 5974483 | Federal-Mogul Weisbaden GmbH |
| 5974755 | Fire Defense Equipment Co., Inc. |
| 5974756 | Fire Defense Equipment Co., Inc. |
| 5974536 | Flexible Products Co. |
| 5974470 | GKN Driveline Bowling Green, Inc. |
| 5974468 | GKN Driveline North America, Inc. |
| 5974469 | GKN Sinter Metals, LLC |
| 5974545 | Gates Corporation |
| 5974320 | Gelco Corporation d/b/a General Electric Capital F |
| 5974643 | Gestamp North America, Gestamp Toluca SA de CV, Gestamp-Alabama, Inc., Gestamp Mason |
| 5974822 | Gregory Chrysler Jeep, Inc. |
| 5974467 | Guangzhou Fuyao Glass Co. Ltd. |
| 5974494 | Hanson International Inc. d/b/a Hanson Mold, c/o David S. Lefere, Bolhouse VanderHulst Risko Baar & Lefere, 3996 Chicago Drive SW, Grandville, MI 49 |
| 5974700 | Harada Industry of America, Inc. |
| 5974751 | Honeywell International Inc. |
| 5974650 | Hutchinson FTS, Inc. |
| 5974653 | Hutchinson Seal de Mexico, S.A. de C.V. |
| 5974651 | Hutchinson Sealing Systems, Inc. |
| 5974703 | Ideal Clamp Products, Inc. |
| 5974693 | Iljin USA Corporation |
| 5974517 | Irvin Automotive Products, Inc. |
| 5974586 | JJF Management Services, Inc. |
| 5974519 | JTEKT Automotive South Carolina |
| 5974521 | JTEKT Automotive Tennessee |
| 5974912 | Jeremy Flax and Rachel Sparkman |
| 5974918 | Judith David |
| 5974539 | KSR Internacional S de RL de CV |
| 5974538 | KSR International Co |
| 5974698 | KYB Manufacturing NA, Inc. |
| 5974721 | Kabaya Industry Company, Ltd. |
| 5974520 | Koyo Corporation Tennessee-Morristown |
| 5974507 | Kyoritsu Seiki America, Inc. |
| 5974939 | Lawrence Marshall Chrysler, LLC |
| 5974626 | Machine Tool & Gear, Inc. |
| 5974485 | McCord Payen de Mexico, S De R.L. de C.V. |
| 5974510 | Meritor LVS, S.A. de C.V. |
| 5974511 | Meritor Mexicana S.A. de C.V. |
| 5974512 | Meritor Suspension Systems Company |
| 5974513 | Meritor Suspension Systems Company, U.S. |
| 5974503 | Minacs Group (USA), Inc. |
| 5974518 | Minacs Group (USA), Inc. |
| 5974502 | NGK Spark Plugs (USA), Inc. |
| 5974465 | NSK Corporation |
| 5974466 | NSK Steering Systems America, Inc. |
| 5974759 | NTN Bearing Corporation of America |
| 5974914 | Navisite, Inc. |
| 5974915 | Navisite, Inc. |

| | | |
|---|---|---|
| 5974916 | | Navisite, Inc. |
| 5974699 | | New Mather Metals |
| 5974629 | | Newcor, Inc. |
| 5974833 | | Nissan Motor Co., Ltd. |
| 5974859 | | Notice of Appearance and Demand for Notices and Pa |
| 5974514 | | Oakley Industries |
| 5974398 | | Overseas Military Sales Corporation OMSC Ltd. |
| 5975168 | | Overseas Military Sales Corporation - OMSC Ltd. |
| 5974652 | | Paulstra CRC Corporation |
| 5974628 | | Plastronics Plus, Inc. |
| 5974691 | | Priority Health |
| 5974627 | | Rochester Gear, Inc. |
| 5974824 | | Rohr Alpa Motors, Inc. d/b/a Arlington Chrysler Je |
| 5974709 | | Sanyo Machine America Corp. |
| 5974546 | | Schrader Electronics, Ltd. |
| 5974547 | | Schrader International, Inc. |
| 6380699 | | State of Michigan, LARA, UIA |
| 6380704 | | State of Michigan, LARA, UIA |
| 5974413 | | Sumitomo Corporation of America |
| 5974464 | | Sur-Flo Plastics & Engineering, Inc. |
| 5974501 | | TK Holdings, Inc. |
| 5974952 | | TK Holdings, Inc. |
| 5974571 | | TRW Automotive US LLC |
| 5974475 | | Technical Training, Inc. |
| 5974701 | | ThyssenKrupp Waupaca, Inc. |
| 5974516 | | Toyoda Gosei, NA |
| 5974704 | | Trelleborg YSH, Inc. |
| 5974648 | | U.S.Bank National Association, as trustee for the |
| 5974534 | | UFI Filters Group |
| 5974508 | | Washers, Inc. d/b/a Alpha Stamping Company |
| 5974757 | | Wolverine Fire Protection Company |
| 5974758 | | Wolverine Fire Protection Company |
| 5974641 | | ZF Friedrichshafen AG |
| 5974642 | | ZF Friedrichshafen AG |
| 5974582 | *+ | Blanka K. Wolfe, Esq., Sheppard Mullin Richter & Hampton LLP, 30 Rockefeller Plaza, Suite 2400, New York, New York 10112-0079 |
| 5974585 | *+ | Blanka K. Wolfe, Esq., Sheppard Mullin Richter & Hampton LLP, 30 Rockefeller Plaza, Suite 2400, New York, New York 10112-0079 |
| 5974673 | *+ | Charles D. Bullock, 29200 Southfield Rd., Ste. 210, Southfield, MI 48076-1925 |
| 5974804 | *+ | Charles D. Bullock, 29200 Southfield Rd., Ste. 210, Southfield, MI 48076-1925 |
| 5974812 | *+ | Dale M. Rett Holidy, Germer Gertz, L.L.P., Three Allen Center, 333 Clay Street, Suite 4950, Houston, TX 77002-4181 |
| 5974366 | *+ | Davis Polk & Wardwell, 450 Lexington Avenue, New York, NY 10017, ATTN: Donald S. Bernstein, Marshall S. Huebner 10017-3982 |
| 5974365 | *+ | Deborah L. Fish, Esq., Allard & Fish, P.C., 2600 Buhl Building, 535 Griswold, Detroit, MI 48226-3687 |
| 5974665 | *+ | Deluxe Stamping & Die Company, 6690 Sterling Drive North, Sterling Heights, MI 48312-4558 |
| 5974583 | *+ | Edward H. Tillinghast, III, Esq., Sheppard Mullin Richter & Hampton LLP, 30 Rockefeller Plaza, Suite 2400, New York 10112-0079 |
| 5974364 | *+ | Eric A. Schaffer, Reed Smith LLP, 435 Sixth Avenue, Pittsburg, PA 15219-1808 |
| 5974372 | *+ | Gordon J. Toering, Warner Norcross & Juss LLP, 900 Fifth Third Center, 111 Lyon Street N.W., Grand Rapids, MI 49503-2495 |
| 5974814 | *+ | J. Mitchell Smith, Germer Gertz, L.L.P., Three Allen Center, 333 Clay Street, Suite 4950, Houston, TX 77002-4181 |
| 5974569 | *+ | Jatco Mexico, S.A. DE C.V., c/o Stephen Gross, Esq., McDonald Hopkins PLC, 39533 Woodward Ave., Ste. 318, Bloomfield Hills, MI 48304-5106 |
| 5974376 | * | Kelley Drye & Warren LLP, 101 Park Avenue, New York, NY 10178, ATTN: James S. Carr, Benjamin D. Feder, Jordan A. Bergman |
| 5974363 | *+ | Kurt F. Gwynne, Reed Smith LLP, 1201 Market Street, Suite 1500, Wilmington, DE 19801-1163 |
| 5974584 | *+ | Malani J. Cademartori, Esq., Sheppard Mullin Richter & Hampton LLP, 30 Rockefeller Plaza, Suite 2400, New York, New York 10112-0079 |
| 5974950 | *+ | Manuel Dodge, Ltd., c/o Randyl Meigs, McDonald Sanders, P.C., 777 Main St., Suite 1300, Fort Worth, Texas 76102-5385 |
| 5974957 | * | Mark Browning, Assistant Attorney General, Bankruptcy & Collections Division, P.O. Box 12548, Austin, TX 78711-2548 |
| 5974377 | *+ | McCarter & English, LLP, 245 Park Avenue, 27th Floor, New York, NY 10167-2801, ATTN: David J. Adler |
| 5974778 | *+ | Mee O. Sanders, c/o Sheila M. Smith, Esq., Freking & Betz, LLC, 525 Vine Street, Sixth Floor, Cincinnati, OH 45202-3151 |
| 5974371 | *+ | Miller Johnson, ATTN: Thomas P. Sarb, 250 Monroe Avenue, N.S. Suite 800, Grand Rapids, MI 49503-2283 |
| 5974421 | * | Miller Johnson, 250 Monroe Avenue, N.W. Suite 800, PO Box 306, Grand Rapids, MI 49501-0306 |
| 5974369 | * | Miller Johnson, 250 Monroe Avenue, N.W.,, Suite 800, PO Box 306, Grand Rapids, MI 49501-0306 |

District/off: 0208-1             User: admin                                  Page 20 of 77

Date Rcvd: Mar 01, 2021           Form ID: 144                              Total Noticed: 702

| | | |
|---|---|---|
| 5974805 | *+ | Moeller Manufacturing Company, Inc., 43938 Plymouth Oaks Blvd., Plymouth, MI 48170-2584 |
| 5974806 | *+ | Moeller Manufacturing Company, Inc., 43938 Plymouth Oaks Blvd., Plymouth, MI 48170-2584 |
| 5974373 | *+ | Reed Smith LLP, 599 Lexington Avenue, New York, NY 10022, ATTN: Constantine Karides, Michael J. Venditto 10022-7684 |
| 5974367 | *+ | Robert W. Phillips, SIMMONCOOPER LLC, 707 Berkshire Boulevard, East Alton, IL 62024-1349 |
| 5974375 | *+ | Rosner Nocera & Ragone, LLP, 110 Wall Street, 23rd Floor, New York, NY 10005, ATTN: Peter A. Ragone, Randy G. Rosner 10005-3836 |
| 5974878 | *+ | Scott A. Wolfson, Bush Seyferth & Paige PLLC, 3001 W. Big Beaver Road, Suite 600, Troy, MI 48084-3107 |
| 5974892 | *+ | Sedgwick Detert Moran and Arnold, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, CA 94105-1101 |
| 5974788 | *+ | Sorg South, Inc., c/o David E. Swihart, Esq., 130 N. Main St., P.O. Box 575, Goshen, IN 46527-0575 |
| 5974789 | *+ | Sorg South, Inc., c/o David E. Swihart, Esq., 130 N. Main St., P.O. Box 575, Goshen, IN 46527-0575 |
| 5974368 | *+ | Stephen B. Grow, Warner Norcross & Judd LLP, 900 Fifth Third Center, 111 Lyon Street, NW, Grand Rapids, MI 49503-2495 |
| 5975180 | *+ | Stevenson & Bullock PLC, 26100 American Dr., Ste. 500, Southfield, MI 48034-6184, Attn: Sonya N. Goll |
| 5975179 | *+ | Stevenson & Bullock PLC, 26100 American Dr., Ste. 500, Southfield, MI 48034-6184, Attn: Charles D. Bullock |
| 5974370 | *+ | Stinson Morris Hecker LLP, 1150 18th Street, NW, Suite 800, Washington, DC 20036-3845, ATTN: Darrell W. Clark, Esq. |
| 5974625 | *+ | TechTeam Global, Inc., c/o Matthew E. Wilkins, Brooks Wilkins Sharkey & Turco PLLC, 401 S. Old Woodward Avenue, Suite 460, Birmingham, MI 48009-6622 |
| 5974923 | *+ | Teitelbaum & Baskin, LLP, 3 Baker Avenue, Third Floor, White Plains, N.Y. 10601-1509, ATTN: Kenneth M. Lewis |
| 5975024 | * | The Sherwin Williams Company, Diana M. Thimmig, Esq., ROETZEL & ANDRESS, 1375 East Ninth Street,, One Cleveland Center, 9th Floor, Cleveland, Ohio 44115 |
| 5974925 | *+ | Timothy A. Barnes, Esq., Curtis, Mallet-Prevost, Colt & Mosle LLP, 101 Park Avenue, New York, NY 10178-0061, Tel: (212) 696-6006, Fax: (212) 697-1559, E-mail: tbarnes@curtis.com 10178-0061 |
| 5974949 | *+ | Tommy Manuel, c/o Randyl Meigs, McDonald Sanders, P.C., 777 Main St., Suite 1300, Fort Worth, Texas 76102-5385 |
| 5974948 | *+ | Tommy Manuel Chrysler - Jeep, Inc., c/o Randyl Meigs, McDonald Sanders, P.C., 777 Main St., Suite 1300, Fort Worth, Texas 76102-5385 |
| 5974374 | *+ | Winston & Strawn LLP, 200 Park Avenue, New York, NY 10166-4193, ATTN: David Neier, William D. Brewer 10166-0005 |
| 5974461 | ##+ | Alpine Electronics of America, Inc., 19145 Gramercy Place, Torrance, CA 90501-1128 |
| 5975071 | ##+ | Aspect Communications, Inc., Chadbourne & Parke LLP, 30 Rockefeller Plaza, New York, New York 10112-0015, ATTN: Douglas Deutsch |
| 5974633 | ##+ | Christopher R. Momjian, Office of Attorney General, 21 S. 12th Street, 3rd Floor, Philadelphia, PA 19107-3604 |
| 5974777 | ##+ | Corwin Chrysler Jeep, 133 Main Street, Hickory, PA 15340-1144 |
| 5974379 | ## | Cummins Inc., et al., c/o Jill Murch, Mark Prager, Lars Peters, FOLEY & LARDNER LLP, 321 North Clark Street, Suite 2800, Chicago, IL 60654-5313 |
| 5974594 | ##+ | DLA Piper LLP (US), Attn.: Timothy W. Brink, Esq., 203 North LaSalle Street, Suite 1900, Chicago, IL 60601-1263 |
| 5974350 | ##+ | Deborah L. Fish, Esq., Allard & Fish, P.C., 2600 Buhl Building, 535 Griswold, Detroit, MI 48226-3687 |
| 5974723 | ##+ | Jeffrey S. Lowenstein, Esq., Heather H. Jobe, Esq., Bell Nunnally & Martin LLP, 1400 One McKinney Plaza, 3232 McKinney Avenue, Dallas, TX 75204-7422 |
| 5974362 | ##+ | McCarter & English, LLP, 245 Park Avenue, 27th Floor, New York, NY 10167-2801, ATTN: David J. Adler |
| 5974742 | ##+ | The Crown Group, Incorporated, 2111 Walter Reuther Drive, Warren, MI 48091-6108 |
| 5975104 | ##+ | Troutman Sanders LLP, Jeffrey W. Kelley, 600 Peachtree Street, NE Suite 5200, Atlanta, GA 30308-2231 |

TOTAL: 123 Undeliverable, 43 Duplicate, 11 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2021                 Signature:           /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2021 at the address(es) listed below:**

**Name**                        **Email Address**

Abigail Snow

Abigail Snow
    on behalf of Interested Party Carson Dodge Chrysler  Inc. aesnow@duanemorris.com

    on behalf of Creditor WIGO Chemie GmbH aesnow@duanemorris.com

Adam C. Rogoff
    on behalf of Attorney Kramer Levin Naftalis & Frankel LLP arogoff@kramerlevin.com

Adam C. Rogoff
    on behalf of Financial Advisor Mesirow Financial Consulting  LLC arogoff@kramerlevin.com

Adam C. Rogoff
    on behalf of Creditor Committee Official Committee of Unsecured Creditors arogoff@kramerlevin.com

Adam C. Rogoff
    on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Chrysler LLC  et al.
arogoff@kramerlevin.com

Adam C. Rogoff
    on behalf of Other Prof. Pachulski Stang Ziehl & Jones LLP arogoff@kramerlevin.com

Adam Craig Harris
    on behalf of Spec. Counsel Schulte Roth & Zabel LLP adam.harris@srz.com  ecf-1822127e5d6b@ecf.pacerpro.com

Adam D. Bruski
    on behalf of Unknown Linamar Corporation adbruski@lambertleser.com

Adam D. Bruski
    on behalf of Creditor Federal Screw Works adbruski@lambertleser.com

Adam D. Bruski
    on behalf of Creditor Linamar Corporation adbruski@lambertleser.com

Adam D. Bruski
    on behalf of Creditor Mahar Tool Supply Co. adbruski@lambertleser.com

Adam H. Isenberg
    on behalf of Creditor JAC Products  Inc. aisenberg@saul.com

Adam K. Keith
    on behalf of Creditor Behr Dayton Thermal Products  LLC akeith@honigman.com

Adam K. Keith
    on behalf of Creditor Behr America  Inc. akeith@honigman.com

Adam M. Apollo
    on behalf of Unknown Manuel Mara adam@aoelaw.com

Adam M. Apollo
    on behalf of Unknown Lynn Grimstad adam@aoelaw.com

Adina H. Rosenbaum
    arosenbaum@citizen.org

Alan J. Brody
    on behalf of Creditor Stant Corp. brodya@gtlaw.com

Alan L. Williams
    on behalf of Creditor Extreme Automotive Group awilliams@alwlaw.com

Alan L. Williams
    on behalf of Unknown Don-A-Vee Chrysler Jeep awilliams@alwlaw.com

Alan R. Brayton
    on behalf of Attorney Brayton Purcell LLP bankruptcy@braytonlaw.com

Alan S. Goudiss
    on behalf of Unknown Daimler AG and certain affiliates agoudiss@shearman.com

Alan S. Goudiss
    on behalf of Plaintiff Daimler Investments US Corporation agoudiss@shearman.com

Alan S. Goudiss
    on behalf of Unknown Daimler Investments US Corporation agoudiss@shearman.com

Alan S. Goudiss
    on behalf of Creditor Daimler AG agoudiss@shearman.com

Alan S. Goudiss
    on behalf of Counter-Defendant Daimler North America Finance Corporation agoudiss@shearman.com

Alan S. Goudiss
    on behalf of Counter-Defendant Daimler Investments US Corporation agoudiss@shearman.com

District/off: 0208-1                                    User: admin                                    Page 22 of 77
Date Rcvd: Mar 01, 2021                                Form ID: 144                                  Total Noticed: 702

Alan S. Goudiss
on behalf of Creditor Daimler North America Corp. agoudiss@shearman.com

Alan S. Goudiss
on behalf of Plaintiff Daimler North America Finance Corporation agoudiss@shearman.com

Alan S. Goudiss
on behalf of Defendant Daimler AG (f/k/a DaimlerChrysler AG) agoudiss@shearman.com

Alan S. Goudiss
on behalf of Defendant Daimler Investments US Corporation (f/k/a DaimlerChrysler Holding Corporation) agoudiss@shearman.com

Alan S. Goudiss
on behalf of Defendant Daimler North America Corporation (f/k/a DaimlerChrysler North America Holding Corporation) agoudiss@shearman.com

Albert Togut
on behalf of Plaintiff Old Carco LLC altogut@teamtogut.com
kackerman@teamtogut.com;alcourt@teamtogut.com;dperson@teamtogut.com

Allen J. Guon
on behalf of Creditor National Material of Mexico  S de R.L de C.V. aguon@cozen.com, cknez@cozen.com;allen-guon-6333@ecf.pacerpro.com

Allen J. Underwood
on behalf of Unknown Dodge of Englewood Inc. d/b/a Grand Dodge of Englewood ajunderwood@becker.legal mambrose@becker.legal

Allen J. Underwood
on behalf of Unknown Jelmac LLC d/b/a Westwood Chrysler Jeep ajunderwood@becker.legal  mambrose@becker.legal

Alyson M. Fiedler
on behalf of Creditor KGF Trading Company alyson.fiedler@icemiller.com
michele.rodriguez@icemiller.com;john.cannizzaro@icemiller.com

Alyson M. Fiedler
on behalf of Creditor Joester Loria Group alyson.fiedler@icemiller.com
michele.rodriguez@icemiller.com;john.cannizzaro@icemiller.com

Alyson M. Fiedler
on behalf of Creditor Brand Sense Partners  LLC alyson.fiedler@icemiller.com,
michele.rodriguez@icemiller.com;john.cannizzaro@icemiller.com

Alyssa Englund
on behalf of Creditor Vascor  Ltd. aenglund@orrick.com

Alyssa Englund
on behalf of Creditor APL Logistics Americas  Ltd. aenglund@orrick.com

Amanda Raboy
on behalf of Unknown Covington & Burling LLP araboy@cov.com

Amy Bennecoff
on behalf of Creditor Ad Hoc Committee Seeking Fairness for Warranty and Lemon Law Claimants abennecoff@lemonlaw.com

Amy Bennecoff
on behalf of Plaintiff Edward F. Clark abennecoff@lemonlaw.com

Amy Bennecoff
on behalf of Unknown Edmund Defilippis abennecoff@lemonlaw.com

Andrea Fischer,
on behalf of Unknown Worthington Industries  Inc. afischer@sflawgroup.com

Andrea Fischer,
on behalf of Creditor Hirschvogel Inc. afischer@sflawgroup.com

Andrea Fischer,
on behalf of Unknown Hirschvogel Incorporated afischer@sflawgroup.com

Andrea Sheehan
on behalf of Creditor Carrollton-Farmers Branch ISD sheehan@txschoollaw.com  coston@txschoollaw.com

Andrew B. Eckstein
on behalf of Attorney Chrysler Group LLC aeckstein@blankrome.com

Andrew D. Velez-Rivera
on behalf of U.S. Trustee United States Trustee andy.velez-rivera@usdoj.gov

Andrew G. Dietderich
on behalf of Interested Party New CarCo Acquisition LLC dietdericha@sullcrom.com
s&cmanagingclerk@sullcrom.com;andrew-dietderich-6008@ecf.pacerpro.com

District/off: 0208-1
User: admin
Page 23 of 77

Date Rcvd: Mar 01, 2021
Form ID: 144
Total Noticed: 702

Andrew G. Dietrich
on behalf of Unknown Chrysler Group LLC dietdericha@sullcrom.com
s&cmanagingclerk@sullcrom.com;andrew-dietderich-6008@ecf.pacerpro.com

Andrew G. Dietrich
on behalf of Interested Party Chrysler Group LLC f/k/a New CarCo Acquisition LLC dietdericha@sullcrom.com
s&cmanagingclerk@sullcrom.com;andrew-dietderich-6008@ecf.pacerpro.com

Andrew N. DeClercq
adeclercq@boardmanlawfirm.com

Angela L. Baglanzis
on behalf of Creditor Chrysler Non-TARP Lenders mastrangelo@hylandlevin.com

Angela L. Baglanzis
on behalf of Creditor Chrysler CarCo Lenders Group mastrangelo@hylandlevin.com

Angela L. Baglanzis
on behalf of Interested Party Chrysler National Dealer Council mastrangelo@hylandlevin.com

Angela L. Baglanzis
on behalf of Interested Party Chrysler Group LLC f/k/a New CarCo Acquisition LLC mastrangelo@hylandlevin.com

Angela L. Baglanzis
on behalf of Interested Party Chrysler Financial Services Americas LLC mastrangelo@hylandlevin.com

Angela Z. Miller
on behalf of Creditor Gibraltar Industries  Inc. amiller@phillipslytle.com, styrone@phillipslytle.com

Angela Z. Miller
on behalf of Creditor Ingersoll Machine Tools  Inc. amiller@phillipslytle.com, styrone@phillipslytle.com

Ann Marie Uetz
on behalf of Creditor Meridian Automotive Systems  Inc auetz@foley.com

Ann Marie Uetz
on behalf of Creditor SABIC Innovative Plastics US LLC auetz@foley.com

Ann Marie Uetz
on behalf of Creditor Roush Manufacturing  Inc. auetz@foley.com

Ann Marie Uetz
on behalf of Creditor Roush Industries  Inc. auetz@foley.com

Ann Marie Uetz
on behalf of Creditor Tower Automotive Inc. auetz@foley.com

Ann Marie Uetz
on behalf of Creditor Yokohama Tire Corporation auetz@foley.com

Ann Marie Uetz
on behalf of Creditor Technical Solutions  LLC auetz@foley.com

Ann Marie Uetz
on behalf of Creditor Android Industries-Sterling Heights  LLC auetz@foley.com

Ann Marie Uetz
on behalf of Creditor Getrag Corporation auetz@foley.com

Ann Marie Uetz
on behalf of Creditor Automotive Corporation  Inc. auetz@foley.com

Ann Marie Uetz
on behalf of Creditor Dearborn Mid-West Conveyor Co. auetz@foley.com

Ann Marie Uetz
on behalf of Creditor Dura Automotive Systems  Inc. auetz@foley.com

Ann Marie Uetz
on behalf of Creditor Android Industries LLC auetz@foley.com

Ann Marie Uetz
on behalf of Creditor Kautex Inc. auetz@foley.com

Ann Marie Uetz
on behalf of Creditor Detroit Technologies  Inc. auetz@foley.com

Ann Marie Uetz
on behalf of Creditor Android Industries-Belvidere  LLC auetz@foley.com

Ann W. Matthews
on behalf of Defendant Gene Conti amatthews@ncdoj.gov

Anne Owings Ford

    on behalf of Counter-Defendant Anchor Tool & Die Co. aoford@mcdonaldhopkins.com

Anthony B. Giardini

    on behalf of Unknown Lakewood Chrysler-Plymouth  Inc. abglaw@yahoo.com

Anthony B. Giardini

    on behalf of Unknown Spitzer Columbus  Inc. abglaw@yahoo.com

Anthony B. Giardini

    on behalf of Unknown Spitzer Autoworld Sheffield  LLC abglaw@yahoo.com

Anthony B. Giardini

    on behalf of Unknown Spitzer Motor Center  Inc. abglaw@yahoo.com

Anthony B. Giardini

    on behalf of Unknown Spitzer Motor City  Inc. abglaw@yahoo.com

Anthony B. Giardini

    on behalf of Unknown Spitzer Dodge  Inc. abglaw@yahoo.com

Anthony B. Giardini

    on behalf of Unknown Spitzer Autoworld Akron  LLC abglaw@yahoo.com

Anthony D. Boccanfuso

    on behalf of Interested Party Chrysler National Dealer Council Anthony.Boccanfuso@apks.com
    ecf-b9841d808f73@ecf.pacerpro.com

Anthony M. Conti

    on behalf of Defendant Chrysler Group  LLC tony@lawcfl.com

Anthony M. Conti

    tony@lawcfl.com

Anthony M. Conti

    on behalf of Defendant Diamler Chrysler Service Con  Inc. tony@lawcfl.com

Anthony M. Conti

    on behalf of Unknown Conti Fenn & Lawrence LLC tony@lawcfl.com

Anthony O. Egbase

    on behalf of Plaintiff Lynn Grimstad info@anthonyegbaselaw.com

Anthony O. Egbase

    on behalf of Plaintiff Mara Manuel info@anthonyegbaselaw.com

Anthony S. Potter

    on behalf of Unknown Millerstown Chrysler  Inc. apotter@powelltrachtman.com

Arthur Goldstein

    on behalf of Creditor Wilhelm Karmann GmbH agoldstein@tarterkrinsky.com  snobles@tarterkrinsky.com

Arthur Goldstein

    on behalf of Unknown Ganley Chrysler Jeep Dodge  Inc. agoldstein@tarterkrinsky.com, snobles@tarterkrinsky.com

Arthur Goldstein

    on behalf of Creditor Ganley Chrysler - Jeep  Inc. agoldstein@tarterkrinsky.com, snobles@tarterkrinsky.com

Arthur Goldstein

    on behalf of Attorney Todtman  Nachamie, Spizz & Johns, P.C. agoldstein@tarterkrinsky.com, snobles@tarterkrinsky.com

Arthur Goldstein

    on behalf of Creditor Ganley East  Inc. agoldstein@tarterkrinsky.com, snobles@tarterkrinsky.com

Arthur Goldstein

    on behalf of Creditor Ganley Dodge  West, Inc. agoldstein@tarterkrinsky.com, snobles@tarterkrinsky.com

Arthur E. Rosenberg

    on behalf of Creditor JOHN BEAN TECHNOLOGIES CORPORATION arthur.rosenberg@hklaw.com

Arthur E. Rosenberg

    on behalf of Creditor NIELSEN MEDIA RESEARCH LIMITED arthur.rosenberg@hklaw.com

Arthur E. Rosenberg

    on behalf of Creditor NIELSEN IAG  INC. arthur.rosenberg@hklaw.com

Ashleigh A. Danker

    on behalf of Creditor Canadian Export Antitrust Plaintiffs ashleigh.danker@dinsmore.com

Ashley Davis

    on behalf of Unknown Florida Attorney General ashley.davis@myfloridalegal.com

Austin L. McMullen

on behalf of Creditor General Products Corporation amcmullen@babc.com

Barton Nachamie (+)

on behalf of Creditor Wilhelm Karmann GmbH bnachamie@nscslaw.com

Belkys Escobar

on behalf of Creditor c/o Belkys Escobar County of Loudoun  Virginia belkys.escobar@loudoun.gov,
Courtney.Sydnor@loudoun.gov;bankrupt@loudoun.gov

Benjamin Rosenblum

on behalf of Debtor Old Carco LLC brosenblum@jonesday.com

Benjamin P. Deutsch

on behalf of Unknown Paula Peterson bdeutsch@schnader.com

Benjamin P. Deutsch

on behalf of Unknown Shelley Mellot bdeutsch@schnader.com

Benjamin P. Deutsch

on behalf of Creditor Committee of Consumer-Victims of Chrysler LLC bdeutsch@schnader.com

Benjamin P. Deutsch

on behalf of Creditor Liberty Property Limited Partnership bdeutsch@schnader.com

Benjamin P. Deutsch

on behalf of Unknown Donald Cartier bdeutsch@schnader.com

Benjamin P. Deutsch

on behalf of Unknown Terri Cartier bdeutsch@schnader.com

Benjamin P. Deutsch

on behalf of Unknown Charles Mills bdeutsch@schnader.com

Benjamin P. Deutsch

on behalf of Unknown Darla Johns bdeutsch@schnader.com

Benjamin Robert Walker

on behalf of Defendant CHRYSLER GROUP  LLC. walkerb@sullcrom.com,
s&cmanagingclerk@sullcrom.com,benjamin-walker-3130@ecf.pacerpro.com

Benjamin Robert Walker

on behalf of Defendant Chrysler Group L.L.C. walkerb@sullcrom.com
s&cmanagingclerk@sullcrom.com,benjamin-walker-3130@ecf.pacerpro.com

Benjamin Robert Walker

on behalf of Defendant Chrysler Group LLC walkerb@sullcrom.com
s&cmanagingclerk@sullcrom.com,benjamin-walker-3130@ecf.pacerpro.com

Benjamin Robert Walker

on behalf of 3rd Pty Defendant Chrysler Group LLC walkerb@sullcrom.com
s&cmanagingclerk@sullcrom.com,benjamin-walker-3130@ecf.pacerpro.com

Benjamin Robert Walker

on behalf of Defendant FCA US LLC walkerb@sullcrom.com
s&cmanagingclerk@sullcrom.com,benjamin-walker-3130@ecf.pacerpro.com

Bernard Schenkler

on behalf of Creditor Rotor Clip Co. Inc. bschenkler@woodsoviatt.com  bernard.schenkler@gmail.com

Beverly H. Shideler

bhshide@us.ibm.com

Blanka K. Wolfe

on behalf of Creditor Exel Inc. bwolfe@sheppardmullin.com  ny-docketing@sheppardmullin.com

Blanka K. Wolfe

on behalf of Creditor Hankook Tire Co.  Ltd. bwolfe@sheppardmullin.com, ny-docketing@sheppardmullin.com

Blanka K. Wolfe

on behalf of Creditor Urstadt Biddle Properties Inc. bwolfe@sheppardmullin.com  ny-docketing@sheppardmullin.com

Blanka K. Wolfe

on behalf of Creditor Lithia Motors  Inc. bwolfe@sheppardmullin.com, ny-docketing@sheppardmullin.com

Blanka K. Wolfe

on behalf of Creditor Hankook Tire America Corporation bwolfe@sheppardmullin.com  ny-docketing@sheppardmullin.com

Bradley P. Smith

on behalf of Unknown Chrysler Group LLC smithbr@sullcrom.com  bradley-smith-5682@ecf.pacerpro.com

Bradley P. Smith

on behalf of Plaintiff Chrysler Group LLC smithbr@sullcrom.com  bradley-smith-5682@ecf.pacerpro.com

Bradley S. Defoe
on behalf of Creditor Fifth Third Bank bsdefoe@varnumlaw.com  tladgate@varnumlaw.com

Brent Adam Burns
on behalf of Creditor Hollister Incorporated bburns@babfirm.com

Bret G. Anderson
on behalf of Unknown Hofer Vineyards  LLC banderson@fcoplaw.com

Brett D. Goodman
on behalf of Unknown Allied Systems Ltd. (L.P.) brett.goodman@troutman.com  john.murphy@troutman.com

Brett D. Goodman
on behalf of Unknown Allied Automotive Group  Inc. brett.goodman@troutman.com, john.murphy@troutman.com

Brett D. Goodman
on behalf of Unknown Transport Support LLC brett.goodman@troutman.com  john.murphy@troutman.com

Brian LaCien
on behalf of Plaintiff Geri Thompson blacien@prslaw.com  tmoran@prslaw.com

Brian D. Chase
on behalf of Creditor Richard Blair bchase@bisnarchase.com  nmichau@bisnarchase.com

Brian D. Glueckstein
on behalf of Unknown FCA US LLC gluecksb@sullcrom.com
s&cmanagingclerk@sullcrom.com;brian-glueckstein-5384@ecf.pacerpro.com

Brian D. Glueckstein
on behalf of Defendant FCA US gluecksb@sullcrom.com
s&cmanagingclerk@sullcrom.com;brian-glueckstein-5384@ecf.pacerpro.com

Brian D. Glueckstein
on behalf of Unknown Chrysler Group LLC gluecksb@sullcrom.com
s&cmanagingclerk@sullcrom.com;brian-glueckstein-5384@ecf.pacerpro.com

Brian D. Glueckstein
on behalf of Defendant FCA US LLC gluecksteinb@sullcrom.com
s&cmanagingclerk@sullcrom.com;brian-glueckstein-5384@ecf.pacerpro.com

Brian D. Glueckstein
on behalf of Interested Party Chrysler Group LLC f/k/a New CarCo Acquisition LLC gluecksb@sullcrom.com
s&cmanagingclerk@sullcrom.com;brian-glueckstein-5384@ecf.pacerpro.com

Brian D. O'Keefe
on behalf of Unknown Image Tele/Video  Inc. d/b/a Televideo Studios bokeefe@hymanlippitt.com

Brian D. O'Keefe
on behalf of Unknown Sanctus  LLC d/b/a Shift Digital bokeefe@hymanlippitt.com

Brian L. Shaw
on behalf of Creditor ATC Technology Corporation bshaw@foxrothschild.com
bshaw@foxrothschild.com;cknez@foxrothschild.com;brian-shaw-5749@ecf.pacerpro.com

Brian L. Shaw
on behalf of Creditor ATC Drivetrain  Inc. bshaw@foxrothschild.com,
bshaw@foxrothschild.com;cknez@foxrothschild.com;brian-shaw-5749@ecf.pacerpro.com

Brian L. Shaw
on behalf of Attorney Shaw Gussis Fishman Glantz Wolfson & Towbin LLC bshaw@foxrothschild.com
bshaw@foxrothschild.com;cknez@foxrothschild.com;brian-shaw-5749@ecf.pacerpro.com

Brian S. Lennon
on behalf of Interested Party Visteon Corporation maosbny@willkie.com  blennon@willkie.com

Bruce R. Millar
on behalf of Plaintiff Richard Dale Cooper bmillar@millarandmixon.com

Bruce Robert Pfaff
bpfaff@pfaffgill.com

Bruce Robert Pfaff
on behalf of Unknown Joseph and Patricia Murphy bpfaff@pfaffgill.com

Bruce S. Nathan
on behalf of Creditor International Crankshaft  Inc. bnathan@lowenstein.com, msavetsky@lowenstein.com

Bruce S. Nathan
on behalf of Creditor Sumitomo Corporation Of America bnathan@lowenstein.com  msavetsky@lowenstein.com

Bruce S. Nathan
on behalf of Creditor Sumitomo Metal USA Inc. bnathan@lowenstein.com  msavetsky@lowenstein.com

Bruce W. Akerly
on behalf of Unknown Ryan Inc. bakerly@canteyhanger.com, nstarr@canteyhanger.com

Bruce W. Akerly
on behalf of Plaintiff Ryan Inc. bakerly@canteyhanger.com, nstarr@canteyhanger.com

Carey D. Schreiber
on behalf of Creditor Aspen Marketing Services Inc. cschreiber@winston.com, carey-schreiber-2307@ecf.pacerpro.com

Carey D. Schreiber
on behalf of Creditor International Automotive Components Group North America Inc. cschreiber@winston.com carey-schreiber-2307@ecf.pacerpro.com

Carey D. Schreiber
on behalf of Creditor GEMS Performance Parts LLC cschreiber@winston.com carey-schreiber-2307@ecf.pacerpro.com

Carl Dore, Jr.
on behalf of Creditor T3 Energy Services Inc. carl@dorelawgroup.net

Carol A. Felicetta
on behalf of Creditor Barnes Group Inc. cfelicetta@reidandriege.com

Celeste R. Gill
on behalf of Attorney Michigan Department of Environmental Quality gillc1@michigan.gov hiarr@michigan.gov

Charles D. Bullock
on behalf of Unknown HP Pelzer Automotive Systems Inc. cbullock@sbplclaw.com

Charles D. Bullock
on behalf of Creditor Moeller Manufacturing Company LLC cbullock@sbplclaw.com

Charles D. Bullock
on behalf of Creditor Deluxe Stamping & Die Company cbullock@sbplclaw.com

Charles Darwin Davidson
on behalf of Unknown Crain CDJ LLC. skipd@dlf-ar.com

Charles H. Lee
on behalf of Creditor Central States Southeast and Southwest Areas Pension Fund chlee@centralstates.org

Chester B. Salomon
on behalf of Creditor Horton Inc. csalomon@beckerglynn.com,
mghose@beckerglynn.com;hhill@beckerglynn.com;hlin@beckerglynn.com

Chester B. Salomon
on behalf of Unknown Carlson Marketing Worldwide csalomon@beckerglynn.com
mghose@beckerglynn.com;hhill@beckerglynn.com;hlin@beckerglynn.com

Christine D. Lynch
on behalf of Creditor Bellambert LLC clynch@goulstonstorrs.com

Christine D. Lynch
on behalf of Creditor Eaton Vance Corp. clynch@goulstonstorrs.com

Christopher Combest
on behalf of Creditor Modine Manufacturing Company christopher.combest@quarles.com faye.feinstein@quarles.com

Christopher Combest
on behalf of Creditor Groot Industries Inc. christopher.combest@quarles.com, faye.feinstein@quarles.com

Christopher Kern
on behalf of Creditor Marilyn Wood Mobile County (Alabama) Revenue Commissioner chriskernlaw@comcast.net

Christopher A. Jarvinen
on behalf of Creditor Taylor Steel Inc. cjarvinen@bergersingerman.com
cjarvinen@bergersingerman.com;FGoldberg@bergersingerman.com;SCapuano@bergersingerman.com;mdiaz@bergersingerman.com;E-File@bergersingerman.com

Christopher F. Graham
on behalf of Creditor Industry Canada cgraham@eckertseamans.com

Christopher J. Ewert
on behalf of Unknown Mike Pile Auto Group Ltd. d/b/a Mike Pile Jeep-Eagel ewee@suddenlinkmail.com

Christopher J. Ewert
on behalf of Unknown Mike Pile Auto Group Ltd. ewee@suddenlinkmail.com

Christopher J. Major
on behalf of Unknown Napa Chrysler Inc. cjm@msf-law.com bm@msf-law.com

Christopher J. Major
on behalf of Unknown Shaver Automotive Huntington Beach Chrysler, Napa Associates, Napa Chrysler, Don-A-Vee Chrysler, Reseda Dodge cjm@msf-law.com, bm@msf-law.com

Christopher J. Major

    on behalf of Unknown Huntington Beach Chrysler Jeep  Inc. cjm@msf-law.com, bm@msf-law.com

Christopher J. Major

    on behalf of Unknown Shaver Automotive Group  Inc. cjm@msf-law.com, bm@msf-law.com

Christopher J. Major

    on behalf of Unknown Sowell Automotive  Inc. d/b/a Dodge City Chrysler Jeep cjm@msf-law.com, bm@msf-law.com

Christopher J. Major

    on behalf of Unknown Don-A-Vee Chrysler Jeep cjm@msf-law.com  bm@msf-law.com

Christopher J. Major

    on behalf of Unknown Reseda Dodge Sales  Inc. cjm@msf-law.com, bm@msf-law.com

Christopher J. Major

    on behalf of Unknown Napa Associates  LLC cjm@msf-law.com, bm@msf-law.com

Christopher R. Momjian

    on behalf of Creditor Pennsylvania Department of Revenue crmomjian@attorneygeneral.gov

Christopher T. Greco

    on behalf of Unknown Kirkland & Ellis LLP christopher.greco@kirkland.com  whitney.fogelberg@kirkland.com

Claude F. Reynaud, III

    on behalf of Unknown Henderson-Saia II  LLC cfr@bswllp.com

Claude F. Reynaud, III

    on behalf of Interested Party M & M Dodge  Inc. cfr@bswllp.com

Constantine Dean Pourakis

    on behalf of Attorney Stevens & Lee  P.C. cp@stevenslee.com

Constantine Dean Pourakis

    on behalf of Interested Party Rudolph Libbe  Inc. cp@stevenslee.com

Constantine Dean Pourakis

    on behalf of Interested Party East Penn Manufacturing Co. cp@stevenslee.com

Cynthia Woodruff-Neer

    on behalf of Unknown Alpine Electronics of America  Inc. cwoodruff-neer@alpine-usa.com

D. Christopher Carson

    on behalf of Creditor Gestamp Mason ccarson@burr.com

D. Christopher Carson

    on behalf of Creditor Gestamp-Alabama  Inc. ccarson@burr.com

D. Christopher Carson

    on behalf of Creditor Gilbert Mohr ccarson@burr.com

D. Christopher Carson

    on behalf of Creditor Gestamp North America ccarson@burr.com

D. Christopher Carson

    on behalf of Creditor Gestamp Touca SA de CV ccarson@burr.com

Dale K. Cathell

    on behalf of Creditor First Fleet Corporation dale.cathell@dlapiper.com

Dale M. Holidy

    on behalf of Creditor Allen Samuels Austin Dodge  Inc d/b/a Allen Samuels Dodge d/b/a Allen Samuels Heart of Texas Dodge
rholidy@germer.com

Dale M. Holidy

    on behalf of Creditor Allen Samuels Chrysler Jeep  Inc. rholidy@germer.com

Daniel G. Kielczewski

    on behalf of Creditor Inalfa Roof Systems  Inc dgkielczewski@abbottnicholson.com

Daniel G. Kielczewski

    on behalf of Interested Party Anchor Bay Packaging Corp. dgkielczewski@abbottnicholson.com

Daniel G. McDermott

    on behalf of Unknown Solomon Chrysler Dodge  Inc. dgmcdermott@mdwcg.com

Daniel J. Flanigan

    on behalf of Creditor Aschinger Electric Company dflanigan@polsinelli.com  tbackus@polsinelli.com;docket@polsinelli.com

Daniel J. McCarthy

    on behalf of Unknown Sanctus  LLC d/b/a Shift Digital dmccarthy@hillfarrer.com

Daniel J. McCarthy

|  |  |
|---|---|
|  | on behalf of Unknown Image Tele/Video  Inc. d/b/a Televideo Studios dmccarthy@hillfarrer.com |
| Daniel P. Mazo | |
|  | on behalf of Creditor Avibank Manufacturing  Inc. dpmazo@verizon.net |
| Daniel P. Mazo | |
|  | on behalf of Creditor SPS Technologies  LLC dpmazo@verizon.net |
| Daniel P. Mazo | |
|  | on behalf of Unknown NSS Technologies  Inc. dpmazo@verizon.net |
| David Hamilton | |
|  | on behalf of Unknown Faouzi Khouri dhamilton@zeklaw.com  7419629420@filings.docketbird.com |
| David Hamilton | |
|  | on behalf of Unknown Halim Khouri dhamilton@zeklaw.com  7419629420@filings.docketbird.com |
| David Hamilton | |
|  | on behalf of Unknown Elie Khouri dhamilton@zeklaw.com  7419629420@filings.docketbird.com |
| David A. Golin | |
|  | on behalf of Creditor Bob Rohrman Motors Inc. d/b/a Bob Rohrman Jeep dagolin@arnstein.com |
| David A. Golin | |
|  | on behalf of Creditor Auffenberg Chrysler  Inc. d/b/a Auffenberg Chrysler/Jeep in O'Fallon, IL dagolin@arnstein.com |
| David A. Golin | |
|  | on behalf of Creditor Rohr Alpha Motors Inc d/b/a Arlington Chrysler Jeep Dodge dagolin@arnstein.com |
| David A. Golin | |
|  | on behalf of Creditor Continental Chrysler Jeep  Inc. dagolin@arnstein.com |
| David A. Golin | |
|  | on behalf of Creditor On behalf of Continental Chrysler Jeep  Inc.; Gregory Chrysler Jeep, Inc.; Auffenberg Chrysler Jeep Inc. d/b/a Auffenberg Chrysler/Jeep; Rohr Alpha Motors, Inc., and Bob Rohrman Jeep, Inc. dagolin@arnstein.com |
| David A. Golin | |
|  | on behalf of Creditor Gregory Chrysler Jeep  Inc. dagolin@arnstein.com |
| David A. Robinson | |
|  | robinsonda@aol.com |
| David A. Rosenzweig | |
|  | on behalf of Attorney Fulbright & Jaworski L.L.P. david.rosenzweig@nortonrosefulbright.com |
| David A. Rosenzweig | |
|  | on behalf of Creditor Eisenwerk Bruhl GmbH david.rosenzweig@nortonrosefulbright.com |
| David A. Rosenzweig | |
|  | on behalf of Unknown Southwest Research Institute david.rosenzweig@nortonrosefulbright.com |
| David A. Stein | |
|  | on behalf of Unknown Roger Jobs Motors  Inc. d/b/a Roger Jobs Jeep dstein@lubojathau.com |
| David B. Aaronson | |
|  | on behalf of Creditor QEK Global Solutions daaronson@mccarter.com |
| David B. Aaronson | |
|  | on behalf of Creditor UAG Citrus Motors  LLC daaronson@mccarter.com |
| David B. Galle | |
|  | on behalf of Unknown TCF Equipment Finance  Inc. Dgalle@oppenheimer.com |
| David Christopher Wright | |
|  | on behalf of Plaintiff Wendy Hightman dcw@mccunewright.com  ams@mccunewright.com |
| David D. Ritter | |
|  | on behalf of Unknown Stanley-Lynd Autoplex  LLC ecf@krcl.com |
| David D. Ritter | |
|  | ecf@krcl.com |
| David D. Ritter | |
|  | on behalf of Unknown Dodge Country  LTD. ecf@krcl.com |
| David D. Ritter | |
|  | on behalf of Unknown Dodge Country  Ltd., d/b/a Freedom Jeep Chrysler ecf@krcl.com |
| David G. Aelvoet | |
|  | on behalf of Creditor Bexar County sanantonio.bankruptcy@publicans.com |
| David G. Aelvoet | |
|  | on behalf of Creditor City of El Paso sanantonio.bankruptcy@publicans.com |

David G. Dragich
      on behalf of Creditor Meadowbrook Motors  Inc. ddragich@harringtondragich.com

David G. Dragich
      on behalf of Creditor Village Automotive ddragich@harringtondragich.com

David G. Dragich
      on behalf of Creditor Mt. Clemens Auto Center  Inc. ddragich@harringtondragich.com

David G. Dragich
      on behalf of Creditor Bruce Campbell Automotive Group ddragich@harringtondragich.com

David G. Dragich
      on behalf of Creditor Prototype Systems  Inc. ddragich@harringtondragich.com

David G. Dragich
      on behalf of Creditor Monicatti Chrysler Jeep ddragich@harringtondragich.com

David G. Dragich
      on behalf of Creditor Troy Auto World ddragich@harringtondragich.com

David G. Dragich
      on behalf of Creditor Birmingham Chrysler Jeep ddragich@harringtondragich.com

David G. Dragich
      on behalf of Creditor Dick Huvaere's of Richmond Chrysler  Dodge, Jeep, Inc. ddragich@harringtondragich.com

David G. Dragich
      on behalf of Creditor Joe Ricci Dodge  Inc. ddragich@harringtondragich.com

David G. Dragich
      on behalf of Unknown Clarkston Motors  Inc. ddragich@harringtondragich.com

David G. Dragich
      on behalf of Creditor Motorquest of Jackson LLC ddragich@harringtondragich.com

David G. Dragich
      on behalf of Creditor Fox Hills Motor Sales ddragich@harringtondragich.com

David G. Dragich
      on behalf of Unknown Taylor & Sons  Inc. ddragich@harringtondragich.com

David G. Dragich
      on behalf of Creditor Lochmoor Chrysler Jeep ddragich@harringtondragich.com

David G. Dragich
      on behalf of Creditor Huvaere's Richmond Chrysler Dodge Jeep  Inc. ddragich@harringtondragich.com

David G. Dragich
      on behalf of Creditor Colonial Dodge  Inc. ddragich@harringtondragich.com

David G. Dragich
      on behalf of Unknown Tamaroff Dodge ddragich@harringtondragich.com

David G. Dragich
      on behalf of Creditor Joe Ricci Dodge of Dearborn LLC ddragich@harringtondragich.com

David G. Dragich
      on behalf of Creditor Tata Technologies ddragich@harringtondragich.com

David G. Dragich
      on behalf of Creditor Fox Hills Chrysler Jeep ddragich@harringtondragich.com

David G. Dragich
      on behalf of Creditor Monicatti Motors ddragich@harringtondragich.com

David H. Pikus
      on behalf of Interested Party Expeditors International of Washington  Inc. dpikus@bressler.com

David J. Adler
      on behalf of Creditor Harr Motor Company Inc. d/b/a Harr Chrysler Jeep Dodge dadler@mccarter.com

David K. Spiro
      on behalf of Creditor Davis Dodge  Chrysler-Jeep, Inc. dspiro@hf-law.com

David K. Spiro
      on behalf of Creditor Lawrence Motor Company  Inc. dspiro@hf-law.com

David M. Grogan
      on behalf of Creditor Bob Mayberry Chrysler  Dodge, Jeep, Inc. david@davidmgrogan.com, david@davidmgrogan.com

David M. LeMay
      on behalf of Creditor Tacoma Dodge  Inc. david.lemay@nortonrosefulbright.com

09-50002-mg    Doc 8559    Filed 03/03/21    Entered 03/04/21 00:57:08    Imaged
Certificate of Notice    Pg 32 of 78

District/off: 0208-1
Date Rcvd: Mar 01, 2021

User: admin
Form ID: 144

Page 31 of 77
Total Noticed: 702

David N. Crapo
on behalf of Interested Party Hewlett-Packard Financial Services Company dcrapo@gibbonslaw.com  elrosen@gibbonslaw.com

David S. Gragg
on behalf of Creditor Behrend Garage  Inc. d/b/a Immel Motors dgragg@langleybanack.com, cjohnston@langleybanack.com

David S. Lefere
on behalf of Creditor Engineered Tooling Systems  Inc. davidl@bolhouselaw.com

David S. Lefere
on behalf of Interested Party Competition Engineering  Inc. davidl@bolhouselaw.com

David S. Lefere
on behalf of Interested Party Eclipse Tool and Die Inc. davidl@bolhouselaw.com

David S. Lefere
on behalf of Creditor Advanced Tooling Systems  Inc. davidl@bolhouselaw.com

David S. Lefere
on behalf of Interested Party STM Mfg. Inc. davidl@bolhouselaw.com

David S. Lefere
on behalf of Interested Party International Tooling Solutions  LLC davidl@bolhouselaw.com

David S. Lefere
on behalf of Creditor Hanson International Inc. d/b/a Hanson Mold davidl@bolhouselaw.com

David S. Lefere
on behalf of Creditor Wolverine Tool & Engineering  Inc. davidl@bolhouselaw.com

David T. Lin
on behalf of Creditor Fire Defense Equipment Co.  Inc. dlin@seyburn.com, kbilpo@seyburn.com

David T. Lin
on behalf of Unknown Seyburn, Kahn, Ginn, Bess and Serlin, P.C. dlin@seyburn.com, kbilpo@seyburn.com

David T. Lin
on behalf of Creditor Wolverine Fire Protection Co. dlin@seyburn.com  kbilpo@seyburn.com

David T. Lin
on behalf of Creditor Superior Acquisition  Inc. dba Superior Electric Great Lakes Company dlin@seyburn.com,
kbilpo@seyburn.com

Deborah Kovsky-Apap
on behalf of Creditor Alliance Steel Inc. deborah.kovsky@troutman.com  kay.kress@troutman.com

Deborah Kovsky-Apap
on behalf of Interested Party Ventra Belvidere  LLC deborah.kovsky@troutman.com, kay.kress@troutman.com

Deborah Kovsky-Apap
on behalf of Interested Party Ventra Evart  LLC deborah.kovsky@troutman.com, kay.kress@troutman.com

Deborah Kovsky-Apap
on behalf of Creditor Wilmington Trust Company deborah.kovsky@troutman.com  kay.kress@troutman.com

Deborah Kovsky-Apap
on behalf of Interested Party Flex-N-Gate Nine Mile Road  LLC deborah.kovsky@troutman.com, kay.kress@troutman.com

Deborah Kovsky-Apap
on behalf of Interested Party Ventra Group Co. deborah.kovsky@troutman.com  kay.kress@troutman.com

Deborah Kovsky-Apap
on behalf of Interested Party Flex-N-Gate Royal Oak  LLC deborah.kovsky@troutman.com, kay.kress@troutman.com

Deborah Kovsky-Apap
on behalf of Creditor Flex-N-Gate Corporation deborah.kovsky@troutman.com  kay.kress@troutman.com

Deborah Kovsky-Apap
on behalf of Interested Party Flex-N-Gate Forming Technologies  LLC deborah.kovsky@troutman.com, kay.kress@troutman.com

Deborah Kovsky-Apap
on behalf of Interested Party Grob Systems  Inc. deborah.kovsky@troutman.com, kay.kress@troutman.com

Deborah Kovsky-Apap
on behalf of Interested Party Lunkomex S.A. de C.V. deborah.kovsky@troutman.com  kay.kress@troutman.com

Deborah Kovsky-Apap
on behalf of Interested Party Pilkington North America  Inc. deborah.kovsky@troutman.com, kay.kress@troutman.com

Deborah Kovsky-Apap
on behalf of Interested Party Valeo Sylvania L.L.C. deborah.kovsky@troutman.com  kay.kress@troutman.com

Deborah Kovsky-Apap

09-50002-mg   Doc 8559   Filed 03/03/21   Entered 03/04/21 00:57:08   Imaged
Certificate of Notice   Pg 33 of 78
District/off: 0208-1                          User: admin                                    Page 32 of 77
Date Rcvd: Mar 01, 2021                       Form ID: 144                                    Total Noticed: 702

Deborah Kovsky-Apap

on behalf of Interested Party Flex-N-Gate Battle Creek  LLC deborah.kovsky@troutman.com, kay.kress@troutman.com

Deborah Kovsky-Apap

on behalf of Interested Party Ventramex S.A. de C.V. deborah.kovsky@troutman.com  kay.kress@troutman.com

Deborah Kovsky-Apap

on behalf of Interested Party Ventra SPD  LLC deborah.kovsky@troutman.com, kay.kress@troutman.com

Deborah Kovsky-Apap

on behalf of Interested Party Ventra Ohio Corp. deborah.kovsky@troutman.com  kay.kress@troutman.com

Deborah Kovsky-Apap

on behalf of Interested Party Osram Sylvania Products  Inc. deborah.kovsky@troutman.com, kay.kress@troutman.com

Deborah Kovsky-Apap

on behalf of Interested Party Ventra Salem  LLC deborah.kovsky@troutman.com, kay.kress@troutman.com

Deborah Kovsky-Apap

on behalf of Interested Party Urban Science Applications  Inc. deborah.kovsky@troutman.com, kay.kress@troutman.com

Deborah Kovsky-Apap

on behalf of Interested Party Valeo Sylvania Illuminacion S. de R.L. de C.V. deborah.kovsky@troutman.com
kay.kress@troutman.com

Deborah Kovsky-Apap

on behalf of Interested Party Flex-N-Gate Mexico S. de R.L. de C.V. deborah.kovsky@troutman.com  kay.kress@troutman.com

Deborah Kovsky-Apap

on behalf of Creditor SEMCO Energy Inc. deborah.kovsky@troutman.com  kay.kress@troutman.com

Deborah Kovsky-Apap

on behalf of Interested Party Flex-N-Gate Plastics Corporation deborah.kovsky@troutman.com  kay.kress@troutman.com

Deborah Kovsky-Apap

on behalf of Interested Party Flex-N-Gate Hoover Road  LLC deborah.kovsky@troutman.com, kay.kress@troutman.com

Deborah Benedict Waldmeir

on behalf of Unknown State of Michigan Department of Treasury waldmeird@michigan.gov

Deborah L. Fish

on behalf of Unknown Mayco International  Inc. dfish@allardfishpc.com

Deborah L. Fish

on behalf of Unknown RCO Engineering  Inc. dfish@allardfishpc.com

Deborah L. Fish

on behalf of Creditor Mayco International dfish@allardfishpc.com

Deborah L. Thorne

on behalf of Creditor TAC Worldwide Companies deborah.thorne@btlaw.com

Deborah L. Thorne

on behalf of Creditor H.M. White  Inc. deborah.thorne@btlaw.com

Deborah L. Thorne

on behalf of Creditor Yasunaga Corporation deborah.thorne@btlaw.com

Deborah M. Buell

on behalf of Creditor Grupo Kuo  S.A.B. de C.V. and affiliates maofiling@cgsh.com

Deborah M. Buell

on behalf of Creditor Transmission Technologies Corporation (TTC) and affiliates maofiling@cgsh.com

Deborah M. Buell

on behalf of Creditor International Union  United Automobile, Aerospace and Agricultural Implement Workers of America
(UAW) maofiling@cgsh.com

Deborah M. Buell

on behalf of Attorney Cleary Gottlieb Steen & Hamilton LLP maofiling@cgsh.com

Deborah M. Buell

on behalf of Creditor Tramsmisiones y Equios Mecanicos  S.A.B. de C.V. (TREMEC) and affiliates maofiling@cgsh.com

Deirdre Woulfe Pacheco

on behalf of Unknown Liccardi Motors  Inc. dpacheco@wilentz.com, dpacheco@wilentz.com

Demetra Liggins

on behalf of Creditor Chevron U.S.A Inc. demetra.liggins@tklaw.com  hope.daniels@tklaw.com

Denise Mondell

on behalf of Interested Party State of Connecticut denise.mondell@ct.gov

Denise F. Meiners

on behalf of Unknown National Labor Relations Board denise.meiners@nlrb.gov

Dennis J. Connolly

on behalf of Interested Party Autoliv ASP  Inc. Dennis.Connolly@alston.com

Dennis Jay Raterink

on behalf of Creditor Michigan Unemployment Insurance Agency raterinkd@michigan.gov  bannisters@michigan.gov

Dennis Jay Raterink

on behalf of Creditor Workers' Compensation Agency raterinkd@michigan.gov  bannisters@michigan.gov

Dennis Jay Raterink

on behalf of Creditor Funds Administration raterinkd@michigan.gov  bannisters@michigan.gov

Dennis M. Rauss

on behalf of Creditor W.J. O'NEIL COMPANY drauss@gmhlaw.com

Dennis W. Loughlin

on behalf of Creditor Orbitform Group  L.L.C. dloughlin@wnj.com

Dennis W. Loughlin

on behalf of Creditor MPD Welding  Inc. dloughlin@wnj.com

Dennis W. Loughlin

on behalf of Creditor The PIC Group  Inc. dloughlin@wnj.com

Dennis W. Loughlin

on behalf of Creditor Dominion Technologies Group  Inc. dloughlin@wnj.com

Dennis W. Loughlin

on behalf of Creditor The PIC Group  Ltd. dloughlin@wnj.com

Dennis W. Loughlin

on behalf of Creditor Divdat dloughlin@wnj.com

Diana M. Thimmig

on behalf of Creditor The Sherwin Williams Company dthimmig@ralaw.com  jvarhola@ralaw.com

Diane W. Sanders

on behalf of Creditor McLennan County austin.bankruptcy@lgbs.com

Diane W. Sanders

on behalf of Creditor Round Rock ISD austin.bankruptcy@lgbs.com

Diane W. Sanders

on behalf of Creditor South Texas College austin.bankruptcy@lgbs.com

Diane W. Sanders

on behalf of Creditor Nueces County austin.bankruptcy@lgbs.com

Donald F. Baty, Jr.

on behalf of Creditor MSX International Technical Services dbaty@honigman.com

Donald F. Baty, Jr.

on behalf of Creditor MSX International  Inc. dbaty@honigman.com

Donald F. Baty, Jr.

on behalf of Creditor R. L. Polk & Co. dbaty@honigman.com

Donald F. Baty, Jr.

on behalf of Creditor Anderson-Cook  Inc. d/b/a MRA Industries, Inc. dbaty@honigman.com

Donald L. Gaffney

on behalf of Creditor Swift Transportation Co.  Inc. dgaffney@swlaw.com, docket@swlaw.com

Douglas Bacon

on behalf of Creditor GT Technologies  Inc. chefiling@lw.com, beth.arnold@lw.com

Douglas Deutsch

on behalf of Creditor Boardwalk Auto Center Inc. douglas.deutsch@cliffordchance.com  damien.morris@cliffordchance.com

Douglas Deutsch

on behalf of Creditor Metalsa  S.A. de C.V. douglas.deutsch@cliffordchance.com, damien.morris@cliffordchance.com

Douglas Deutsch

on behalf of Creditor Tacoma Dodge  Inc. douglas.deutsch@cliffordchance.com, damien.morris@cliffordchance.com

Douglas Deutsch

on behalf of Creditor Aspect Communications  Inc. douglas.deutsch@cliffordchance.com, damien.morris@cliffordchance.com

Douglas L. Lutz

on behalf of Attorney Frost Brown Todd LLC dlutz@fbtlaw.com  dlutz@ecf.inforuptcy.com

Douglas L. Lutz
    on behalf of Creditor Zimmer Motor  Inc. dlutz@fbtlaw.com, dlutz@ecf.inforuptcy.com

Douglas L. Lutz
    on behalf of Creditor AK Steel Corporation dlutz@fbtlaw.com  dlutz@ecf.inforuptcy.com

Douglas L. Lutz
    on behalf of Creditor Auto Temp  Inc. and ADC Distribution dlutz@fbtlaw.com, dlutz@ecf.inforuptcy.com

Douglas L. Lutz
    on behalf of Creditor Convergys Customer Management Group  Inc. dlutz@fbtlaw.com, dlutz@ecf.inforuptcy.com

Douglas R. Gonzales
    on behalf of Unknown City of Homestead  Florida dgonzales@wsh-law.com

E. Todd Sable
    on behalf of Creditor Behr America  Inc. tsable@honigman.com

E. Todd Sable
    on behalf of Creditor Walbridge Facility Maintenance Company tsable@honigman.com

E. Todd Sable
    on behalf of Creditor Resource Technology Corporation tsable@honigman.com

E. Todd Sable
    on behalf of Unknown Diversified Machine Inc. tsable@honigman.com

E. Todd Sable
    on behalf of Creditor Walbridge Equipment Installation Co. tsable@honigman.com

E. Todd Sable
    on behalf of Creditor Walbridge Aldinger Company tsable@honigman.com

E. Todd Sable
    on behalf of Creditor Valeo Inc. tsable@honigman.com

Edgar G. Sargent
    on behalf of Plaintiff Liquidation Trust esargent@susmangodfrey.com  eehrenfeld@susmangodfrey.com

Edward Smith
    on behalf of Creditor CRAssociates  Inc., Harbor Motors, Inc., Orange Coast AMC/JEEP, Inc., Raytheon Professional Services LLC, and Westoaks Chrysler-Dodge, Inc. easmith@sbjlaw.com

Edward Smith
    on behalf of Creditor Westoaks Chrysler-Dodge  Inc. easmith@sbjlaw.com

Edward Smith
    on behalf of Creditor Orange Coast AMC/JEEP  Inc. easmith@sbjlaw.com

Edward Smith
    on behalf of Creditor CRAssociates  Inc. easmith@sbjlaw.com

Edward Smith
    on behalf of Creditor Raytheon Professional Services LLC easmith@sbjlaw.com

Edward Smith
    on behalf of Creditor Harbor Motors  Inc. easmith@sbjlaw.com

Edward J. Estrada
    on behalf of Creditor NBC Universal  Inc. and its direct and indirect subsidiaries, including NBC Television eestrada@reedsmith.com, DocketingECFNYC@ReedSmith.com

Edward J. Estrada
    on behalf of Creditor General Electric Capital Corporation eestrada@reedsmith.com  DocketingECFNYC@ReedSmith.com

Edward J. LoBello
    on behalf of Creditor Class Representatives of Int'l Union  UAW, et al. v. Chrysler, LLC, Case No. 07-CV-14310 (E.D. Mich.) (Southern Division) elobello@msek.com

Edward J. Peterson, III
    on behalf of Unknown Adriana Mrza epeterson.ecf@srbp.com

Edward J. Peterson, III
    on behalf of Unknown Adriana Mraz epeterson.ecf@srbp.com

Edward J. Peterson, III
    on behalf of Unknown August and Julie Guillot  et al epeterson.ecf@srbp.com

Edward J. Peterson, III
    on behalf of Unknown William Lovitz  et al. epeterson.ecf@srbp.com

Elden J. Hopple
    on behalf of Creditor Midwest Acoust-A-Fiber  Inc. Jim.Hopple@icemiller.com, Kathy.Stiles@icemiller.com

Elias Feuer
on behalf of Unknown National Labor Relations Board elias.feuer@nlrb.gov

Elizabeth Weller
on behalf of Creditor Local Texas Taxing Authorities dallas.bankruptcy@publicans.com
Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Elizabeth Weller
on behalf of Creditor Harris County dallas.bankruptcy@publicans.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Elizabeth Weller
on behalf of Creditor Wise CAD dallas.bankruptcy@publicans.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Elizabeth Weller
on behalf of Creditor Desoto ISD dallas.bankruptcy@publicans.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Elizabeth Weller
on behalf of Creditor Local Texas Tax Authorities and City of Memphis (as identified) dallas.bankruptcy@publicans.com
Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Elizabeth Weller
on behalf of Creditor Irving ISD dallas.bankruptcy@publicans.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Elizabeth Weller
on behalf of Creditor Tarrant County dallas.bankruptcy@publicans.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Elizabeth Weller
on behalf of Creditor City of Desoto dallas.bankruptcy@publicans.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Elizabeth Weller
on behalf of Creditor Wise County dallas.bankruptcy@publicans.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Elizabeth Weller
on behalf of Creditor County of Denton  City of Waco, Waco Independent School District dallas.bankruptcy@publicans.com,
Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Elizabeth Weller
on behalf of Creditor City of Richardson dallas.bankruptcy@publicans.com
Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Elizabeth Weller
on behalf of Creditor City of Coppell dallas.bankruptcy@publicans.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Elizabeth Weller
on behalf of Creditor Coppell ISD dallas.bankruptcy@publicans.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Elizabeth Weller
on behalf of Creditor City of Memphis (TN) dallas.bankruptcy@publicans.com
Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Elizabeth Weller
on behalf of Creditor Dallas County dallas.bankruptcy@publicans.com  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

Elizabeth J. Wyman
on behalf of Defendant Matthew Dunlap liz.wyman@maine.gov

Elizabeth K. Flaagan
on behalf of Creditor CSG Systems  Inc. elizabeth.flaagan@faegrebd.com,
carol.wildt@faegrebd.com,brad.dempsey@faegrebd.com

Emily L. Pagorski
on behalf of Creditor Steel Technologies  Inc. emily.pagorski@skofirm.com, emily.keith@skofirm.com

Erach F. Screwvala
on behalf of Defendant Don Glo Auto Service Center erach@screwvalallc.com

Eric Lopez Schnabel
on behalf of Unknown U.S. Bank National Association  in its capacity as Indenture Trustee
mikhailevich.jessica@dorsey.com;de.ecf@dorsey.com

Eric Olson
on behalf of Plaintiff Makenna Bennett eolson@egclegal.com  cmiller@egclegal.com

Eric Rosof
on behalf of Interested Party GMAC LLC emrosof@wlrk.com  calert@wlrk.com

Eric A Schaffer
on behalf of Creditor United States Steel Corporation eschaffer@reedsmith.com  slucas@reedsmith.com

Eric Alwin Boden
on behalf of Plaintiff Dan Gulick tclancy@schnader.com

Eric Alwin Boden

on behalf of Plaintiff Mike Burke tclancy@schnader.com

Eric Alwin Boden

on behalf of Plaintiff Eric Malloy tclancy@schnader.com

Eric Alwin Boden

on behalf of Plaintiff Rodney LaFleur tclancy@schnader.com

Eric Alwin Boden

on behalf of Creditor Committee of Consumer-Victims of Chrysler LLC tclancy@schnader.com

Eric Alwin Boden

on behalf of Plaintiff Autumn Burton tclancy@schnader.com

Eric Alwin Boden

on behalf of Plaintiff Mike Gasman tclancy@schnader.com

Eric Alwin Boden

on behalf of Plaintiff Matthew Cox tclancy@schnader.com

Eric Alwin Boden

on behalf of Plaintiff Ryan Gillette tclancy@schnader.com

Eric Alwin Boden

on behalf of Plaintiff James Spitler tclancy@schnader.com

Eric H. Lindenman

on behalf of Creditor Crestmont Chrysler Jeep  LLC elindenman@harrisbeach.com

Eric H. Lindenman

on behalf of Creditor Union Dodge  Inc. elindenman@harrisbeach.com

Eric H. Lindenman

on behalf of Creditor South Charlotte Chrysler Jeep d/b/a Metrolina Chrysler Jeep Dodge  Inc. elindenman@harrisbeach.com

Eric H. Lindenman

on behalf of Creditor Weavertown Transport Leasing  Inc. elindenman@harrisbeach.com

Eric H. Lindenman

on behalf of Creditor Southland Chrysler Jeep  Inc. elindenman@harrisbeach.com

Eric H. Lindenman

on behalf of Creditor Webster Chrysler Jeep  Inc. elindenman@harrisbeach.com

Eric J. Snyder

on behalf of Creditor Tarbox Motors  Inc. and Tarbox Chrysler Jeep, LLC esnyder@wilkauslander.com,
jstauder@wilkauslander.com

Eric J. Snyder

on behalf of Unknown Bellavia  Gentile & Associates, Counsel to the Affected Dealers esnyder@wilkauslander.com,
jstauder@wilkauslander.com

Eric R. Perkins

on behalf of Unknown Bay Ridge Chrysler Jeep Dodge  Inc. eperkins@becker.legal,
mambrose@becker.legal;lrodriguez@becker.legal

Eric T. Moser

on behalf of Creditor PPG Industries  Inc. emoser@r3mlaw.com

Eric T. Moser

on behalf of Creditor Hutchinson Limited Partnership II emoser@r3mlaw.com

Erica Tukel Wax

on behalf of Unknown Nissan Motor Co.  Ltd. ewax@ulmer.com

Erica Tukel Wax

on behalf of Unknown Nissan Motor Acceptance Corporation ewax@ulmer.com

Erin L. Eliasen

on behalf of Creditor The Cobalt Group  Inc. eleliasen@stoel.com, sea_docket@stoel.com;ajbrumble@stoel.com

Erin M. Casey

on behalf of Creditor Wheels  Inc. erin.casey@goldbergkohn.com, jeremy.downs@goldbergkohn.com

Eugene J. Chikowski

on behalf of Creditor American Express Travel Related Services Company  Inc. eugene.chikowski@flastergreenberg.com

Eugene J. Chikowski

on behalf of Unknown American Express Travel Related Services Company  Inc. eugene.chikowski@flastergreenberg.com

Evan Mandel

on behalf of Creditor Honeywell International Inc. em@mandelbhandari.com

Evan J. Salan
    on behalf of Creditor First Bank of Highland Park esalan@platzerlaw.com

Evan J. Salan
    on behalf of Creditor Koons Dodge esalan@platzerlaw.com

Evan J. Salan
    on behalf of Creditor Park National Bank esalan@platzerlaw.com

Evan J. Salan
    on behalf of Creditor Koons of Tysons Corner esalan@platzerlaw.com

Evan J. Salan
    on behalf of Creditor Koons Ford esalan@platzerlaw.com

F. Mark Bromley
    on behalf of Interested Party State of Wisconsin Dept. of Workforce Development bromleyfm@doj.state.wi.us
    gurholtks@doj.state.wi.us

F. Mark Bromley
    on behalf of Interested Party State of Wisconsin-Dept. of Workforce Development & Dept. of Natural Resources
    bromleyfm@doj.state.wi.us  gurholtks@doj.state.wi.us

Francis J. Lawall
    on behalf of Interested Party Pepper Hamilton LLP francis.lawall@troutman.com
    henrys@pepperlaw.com;mclaughlinm@pepperlaw.com

Francis J. Lawall
    on behalf of Interested Party Exxon Mobil Oil Corporation francis.lawall@troutman.com
    henrys@pepperlaw.com;mclaughlinm@pepperlaw.com

Francis J. Lawall
    on behalf of Interested Party Ametek Inc and Subsidiaries francis.lawall@troutman.com
    henrys@pepperlaw.com;mclaughlinm@pepperlaw.com

Frank McGinn
    on behalf of Creditor Iron Mountain Information Management  Inc. ffm@bostonbusinesslaw.com

Frank Peretore
    on behalf of Creditor Hewitt Associates LLC fperetore@csglaw.com  ecf@csglaw.com

Frank A. Oswald
    on behalf of Plaintiff Old Carco LLC frankoswald@teamtogut.com
    dperson@teamtogut.com;arodriguez@teamtogut.com;kscott@teamtogut.com

Franklin P. Brannen, Jr.
    on behalf of Defendant Daimler AG fbrannen@kslaw.com

Fred A. Custer
    on behalf of Creditor Joseph R Bragg fred@mclawyers.net  office@mclawyers.net

Frederick A. Berg
    on behalf of Creditor Iafrate Construction Company fberg@kotzsangster.com

Frederick A. Berg
    on behalf of Creditor Quality Measurement Control  Inc. a/k/a QMC fberg@kotzsangster.com

Frederick A. Berg
    on behalf of Unknown Atlas Tool  Inc. fberg@kotzsangster.com

Frederick A. Berg
    on behalf of Creditor Radar Industries  Inc. fberg@kotzsangster.com

Frederick A. Berg
    on behalf of Creditor Ternes Procurement Services fberg@kotzsangster.com

Frederick A. Berg
    on behalf of Unknown Ternes Procurement Services fberg@kotzsangster.com

Frederick A. Berg
    on behalf of Unknown Radar Industries  Inc fberg@kotzsangster.com

Frederick A. Berg
    on behalf of Creditor Applied Manufacturing Technologies fberg@kotzsangster.com

Frederick A. Berg
    on behalf of Creditor Atlas Tool  Inc. fberg@kotzsangster.com

Fredrick J. Levy
    on behalf of Creditor Gurley-Jeep Dodge  Inc. n/k/a Gurley-Jeep Dodge, LLC flevy@olshanlaw.com, ssallie@olshanlaw.com

Fredrick J. Levy
    on behalf of Creditor Gurley-Leep Dodge  Inc. n/k/a Gurley-Leep Dodge, LLC flevy@olshanlaw.com, ssallie@olshanlaw.com

Fredrick J. Levy
    on behalf of Creditor Rhonda Masquat  Lead Class Action Plaintiff and All Other Similarly Situated Members of the Certified Class flevy@olshanlaw.com, ssallie@olshanlaw.com

Fredrick J. Levy
    on behalf of Creditor Mike Finnin Motor  Inc. flevy@olshanlaw.com, ssallie@olshanlaw.com

G. Christopher Meyer
    on behalf of Creditor Eaton Corporation cmeyer@ssd.com

G. Christopher Meyer
    on behalf of Creditor TRW Automotive US LLC cmeyer@ssd.com

Gary H. Cunningham
    on behalf of Creditor Automobile plant GAZ gcunningham@gmhlaw.com

Gary H. Cunningham
    on behalf of Unknown Dunn & Mavis  Inc. gcunningham@gmhlaw.com

Gary H. Cunningham
    on behalf of Unknown Limited Liability Company Automobile plant GAZ gcunningham@gmhlaw.com

Gary H. Cunningham
    on behalf of Creditor W.J. O'NEIL COMPANY gcunningham@gmhlaw.com

Gary S. Graifman
    on behalf of Unknown (collectively the "Claimants") ggraifman@kgglaw.com  ccornfield@kgglaw.com

Gary S. Graifman
    on behalf of Plaintiff Javier R. Garcia ggraifman@kgglaw.com  ccornfield@kgglaw.com

Gary S. Graifman
    on behalf of Creditor Javier R. Garcia ggraifman@kgglaw.com  ccornfield@kgglaw.com

George Rosenberg
    on behalf of Creditor Treasurer Arapahoe County grosenberg@co.arapahoe.co.us

George B. Cauthen
    on behalf of Creditor Michelin Tire Corp. george.cauthen@nelsonmullins.com Linnea.hann@nelsonmullins.com;joan.kishline@nelsonmullins.com

George B. Hofmann,
    on behalf of Plaintiff Makenna Bennett ghofmann@cohnekinghorn.com  mparks@cohnekinghorn.com

George Gregory Constance
    on behalf of Creditor State of Michigan  Department of Licensing & Regulatory Affairs, Unemployment Insurance Agency constanceg@michigan.gov, herbstreitd@michigan.gov

George T. Fishback
    gtfishback@sachswaldman.com

German Yusufov
    on behalf of Unknown Pima County  Arizonia pcaocvbk@pcao.pima.gov

German Yusufov
    on behalf of Creditor PIMA COUNTY pcaocvbk@pcao.pima.gov

Glenn M. Kurtz
    on behalf of Creditor Indiana Pensioners gkurtz@whitecase.com  jdisanti@whitecase.com;mcosbny@whitecase.com

Gordon J. Toering
    on behalf of Creditor MAHLE Industries  Incorporated gtoering@wnj.com

Gordon J. Toering
    on behalf of Creditor Robert Bosch LLC gtoering@wnj.com

Gordon J. Toering
    on behalf of Creditor Shape Corp. gtoering@wnj.com

Gordon J. Toering
    on behalf of Creditor MAHLE Argentina S.A. gtoering@wnj.com

Gordon J. Toering
    on behalf of Creditor Keiper GmbH gtoering@wnj.com

Gordon J. Toering
    on behalf of Creditor Bosch Rexroth Corporation gtoering@wnj.com

Gordon J. Toering
    on behalf of Creditor Keiper LLC gtoering@wnj.com

Gordon J. Toering
    on behalf of Creditor Allevard Sogefi USA Inc. gtoering@wnj.com

Gordon J. Toering
on behalf of Creditor GHSP  Inc. gtoering@wnj.com

Gregory G. Plotko
on behalf of Creditor Committee Official Committee of Unsecured Creditors gplotko@rkollp.com
RKOManagingClerk@rkollp.com

Gregory G. Plotko
on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Chrysler LLC  et al. gplotko@rkollp.com,
RKOManagingClerk@rkollp.com

Gregory O. Kaden
on behalf of Creditor Bellambert LLC gkaden@goulstonstorrs.com

Gregory O. Kaden
on behalf of Creditor Eaton Vance Corp. gkaden@goulstonstorrs.com

Gregory P. Joseph
on behalf of Attorney Chrysler Group LLC gjoseph@jhany.com

H. Buswell Roberts, Jr.
on behalf of Creditor Powers and Sons  LLC hbroberts@live.com, droberts1949@live.com

H. Buswell Roberts, Jr.
on behalf of Creditor Exco Engineering Division of Exco Technology LTD hbroberts@live.com  droberts1949@live.com

H. Buswell Roberts, Jr.
on behalf of Unknown Edco  Inc. hbroberts@live.com, droberts1949@live.com

H. Buswell Roberts, Jr.
on behalf of Creditor Neocon USA  Inc. hbroberts@live.com, droberts1949@live.com

H. Buswell Roberts, Jr.
on behalf of Creditor Williams Industrial Service  Inc. hbroberts@live.com, droberts1949@live.com

Harley E. Riedel
on behalf of Unknown Adriana Mraz hriedel.ecf@srbp.com

Heather H. McIntyre
on behalf of Creditor Ramirez Chrysler Jeep Dodge  Inc. hhm@hwa.com

Heather M Crockett
on behalf of Creditor Indiana Department of Workforce Development heather.crockett@atg.in.gov  marie.baker@atg.in.gov

Heather M Crockett
on behalf of Creditor State of Indiana  Indiana Department of Workforce Development heather.crockett@atg.in.gov,
marie.baker@atg.in.gov

Henry Jaffe
on behalf of Interested Party SKF USA Inc. Henry.Jaffe@troutman.com  wlbank@troutman.com;Monica.Molitor@troutman.com

Henry Jaffe
on behalf of Interested Party Peer Bearing Co. Henry.Jaffe@troutman.com
wlbank@troutman.com;Monica.Molitor@troutman.com

Howard Seife
on behalf of Creditor Boardwalk Auto Center Inc. andrew.rosenblatt@nortonrosefulbright.com

Howard P. Magaliff
on behalf of Plaintiff Old Carco LLC hmagaliff@r3mlaw.com  hcolon@r3mlaw.com

Hutchinson Limited Partnership II
eric.moser@klgates.com

Hydee R. Feldstein
on behalf of Unknown Fiat S.P.A s&cmanagingclerk@sullcrom.com;hydee-feldstein-2275@ecf.pacerpro.com

Ingrid S. Palermo
on behalf of Creditor Marketplace Chrysler  Inc. ipalermo@bsk.com, cfreeman@bsk.com

Ira M. Levee
on behalf of Creditor Aramark Uniform & Career Apparel LLC ilevee@lowenstein.com  mseymour@lowenstein.com

J. Bennett White
on behalf of Creditor Larry and Patsy Hauptrief jbw@jbwlawfirm.com

J. David Dickson
on behalf of Creditor Waco Dodge Sales Dickson@thetexasfirm.com  czimskey@thetexasfirm.com;perez@thetexasfirm.com

J. Mitchell Smith
on behalf of Creditor Allen Samuels Austin Dodge  Inc d/b/a Allen Samuels Dodge d/b/a Allen Samuels Heart of Texas Dodge
jmsmith@germer.com

J. Mitchell Smith
on behalf of Creditor Allen Samuels Chrysler Jeep Inc. jmsmith@germer.com

Jacob Buchdahl
on behalf of Plaintiff Liquidation Trust jbuchdahl@susmangodfrey.com lnand@susmangodfrey.com

James Addison Wright, III
on behalf of Creditor Cross Country Automotive Services Inc. james.wright@klgates.com, bobankruptcyecf@klgates.com

James A. Beldner
on behalf of Creditor FT Automotive II LLC, and FT Automotive IV, LLC JBeldner@media5LLC.com;

James A. Beldner
on behalf of Unknown Jim Marsh American Corporation JBeldner@media5LLC.com;

James A. Beldner
on behalf of Unknown FT Automotive II LLC, and FT Automotive IV, LLC JBeldner@media5LLC.com;

James A. Plemmons
on behalf of Spec. Counsel Dickinson Wright PLLC jplemmons2@dickinsonwright.com

James C. Carignan
on behalf of Interested Party SKF USA Inc. carignanj@ecf.inforuptcy.com;wlbank@ecf.inforuptcy.com

James D. Newbold
on behalf of Creditor Illinois Workers' Compensation Commission ATTN: Lynette Thompson Edwards
James.Newbold@illinois.gov

James D. Newbold
on behalf of Creditor State of illinois James.Newbold@illinois.gov

James D. Newbold
on behalf of Defendant Jesse White James.Newbold@illinois.gov

James D. Newbold
on behalf of Interested Party Illinois Department of Employment Security James.Newbold@illinois.gov

James D. Newbold
on behalf of Unknown Jesse White James.Newbold@illinois.gov

James E. DeLine
on behalf of Creditor Wellington Industries Inc. jed@krwlaw.com, pal@krwlaw.com

James E. DeLine
on behalf of Creditor Fleet-Car Lease Inc. jed@krwlaw.com, pal@krwlaw.com

James E. DeLine
on behalf of Creditor KS Centoco Ltd. jed@krwlaw.com pal@krwlaw.com

James E. DeLine
on behalf of Creditor Tweddle Group jed@krwlaw.com pal@krwlaw.com

James E. DeLine
on behalf of Creditor Volkswagen Group of America Inc. jed@krwlaw.com, pal@krwlaw.com

James E. DeLine
on behalf of Creditor The Crown Group Incorporated jed@krwlaw.com, pal@krwlaw.com

James E. DeLine
on behalf of Creditor National Automotive Radiator Manufacturing Company Limited jed@krwlaw.com pal@krwlaw.com

James E. DeLine
on behalf of Creditor Keykert USA Inc. jed@krwlaw.com, pal@krwlaw.com

James E. DeLine
on behalf of Creditor Fairmont Sign Company jed@krwlaw.com pal@krwlaw.com

James E. DeLine
on behalf of Creditor Reliable Carriers Inc. jed@krwlaw.com, pal@krwlaw.com

James H. Greer
on behalf of Unknown Terry Martin et al. jhg@bgllaw.com

James H.M. Sprayregen
on behalf of Interested Party Tenneco Inc. jsprayregen@kirkland.com jstempel@kirkland.com;joe.graham@kirkland.com

James L. Bromley
on behalf of Creditor International Union United Automobile, Aerospace and Agricultural Implement Workers of America
(UAW) bromleyj@sullcrom.com, james-bromley-2240@ecf.pacerpro.com,s&cmanagingclerk@sullcrom.com

James M. Garner
on behalf of Creditor Orleans Dodge Chrysler Jeep L.L.C. jgarner@shergarner.com, jchocheles@shergarner.com

District/off: 0208-1                                                Page 41 of 77
Date Rcvd: Mar 01, 2021                                    Total Noticed: 702
User: admin
Form ID: 144

James M. Sullivan

on behalf of Creditor Superior Industries International  Inc. jsullivan@windelsmarx.com, jcrockwell@windelsmarx.com

James M. Sullivan

on behalf of Creditor Superior Industries  Inc. jsullivan@windelsmarx.com, jcrockwell@windelsmarx.com

James M. Sullivan

on behalf of Creditor The Timken Company jsullivan@windelsmarx.com  jcrockwell@windelsmarx.com

James Michael Lawniczak

on behalf of Creditor Soundwich  Inc. jlawniczak@calfee.com

James Michael Lawniczak

on behalf of Creditor Park Ohio Industries  Inc. jlawniczak@calfee.com

James Michael Lawniczak

on behalf of Creditor Keller Group  Inc. jlawniczak@calfee.com

James O. Moore,

on behalf of Creditor CDI Corporation james.moore@morganlewis.com

James P. Murphy

on behalf of Creditor Kamax L.P. murph@berrymoorman.com

Jane Rue Wittstein

on behalf of 3rd Party Plaintiff Old Carco Liquidation Trust jruewittstein@jonesday.com

Jane S. Welch

on behalf of Creditor Honeywell International Inc. jwelch@morrisonfenske.com  lgottsman@morrisonsund.com

Jason H. Rock

on behalf of Creditor Lou Bachrodt Chevrolet  LLC jrock@bslbv.com

Jason W. Bank

on behalf of Creditor Fifth Third Bank jwb@krwlaw.com

Jason W. Bank

on behalf of Creditor Nelson Metal Products LLC jwb@krwlaw.com

Jason W. Bank

on behalf of Interested Party Fifth Third Bank jwb@krwlaw.com

Jason W. Bank

on behalf of Creditor J.L. French LLC jwb@krwlaw.com

Jason W. Bank

on behalf of Creditor Leon Plastics Inc. jwb@krwlaw.com

Jason W. Bank

on behalf of Creditor J.L. French Automotive Castings  Inc. jwb@krwlaw.com

Jayson Macyda

on behalf of Unknown Ternes Procurement Services generalcounsel@kykoglobal.com

Jayson Macyda

on behalf of Unknown Radar Industries  Inc. generalcounsel@kykoglobal.com

Jean Winborne Boyles

on behalf of Unknown D&J Automotive  LLC jboyles@jhvgglaw.com, dbest@jhvgglaw.com

Jeanne C. Comeaux

on behalf of Unknown Henderson-Saia II  LLC jcc@bswllp.com

Jeannette Vargas

on behalf of Creditor United States of America jeannette.vargas@usdoj.gov

Jeannette Vargas

on behalf of Unknown United States Department of the Treasury jeannette.vargas@usdoj.gov

Jeff Klusmeier

on behalf of Creditor State of Missouri jeff.klusmeier@ago.mo.gov  Michelle.Hirschvogel@ago.mo.gov

Jeffrey A. Marks

on behalf of Unknown Committee of Chrysler Affected Dealers jamarks@vorys.com

Jeffrey A. Oppenheim

on behalf of Unknown Moore Medical LLC JAOPPENHEIM@EARTHLINK.NET

Jeffrey C. Wisler

on behalf of Creditor Connecticut General Life Insurance Company and Life Insurance Company of America jwisler@connollygallagher.com

Jeffrey H. Zaiger

on behalf of Attorney Chrysler Group LLC jzaiger@josephnyc.com

Jeffrey Morgan Carbino

on behalf of Creditor ATEL LEASING CORPORATION jcarbino@cohenseglias.com

Jeffrey S. Grasl

on behalf of Creditor Getrag Transmissions Manufacturing LLC jgrasl@mcdonaldhopkins.com

Jeffrey S. Grasl

on behalf of Creditor Royal Oak Industries  Inc. jgrasl@mcdonaldhopkins.com

Jeffrey S. Grasl

on behalf of Creditor US Farathane Corp. jgrasl@mcdonaldhopkins.com

Jeffrey S. Grasl

on behalf of Creditor Marquardt Switches  Inc, jgrasl@mcdonaldhopkins.com

Jennifer A. Christian

on behalf of Creditor Janesville de Mexico  S.A. de C.V. jennifer.christian@tklaw.com

Jennifer B. Kimble

on behalf of Creditor Gestamp Touca SA de CV jkimble@lowenstein.com  jkimble@lowenstein.com;dclaussen@lowenstein.com

Jennifer B. Kimble

on behalf of Creditor Gestamp Mason jkimble@lowenstein.com  jkimble@lowenstein.com;dclaussen@lowenstein.com

Jennifer B. Kimble

on behalf of Creditor Gestamp North America jkimble@lowenstein.com  jkimble@lowenstein.com;dclaussen@lowenstein.com

Jennifer B. Kimble

on behalf of Creditor Gestamp-Alabama  Inc. jkimble@lowenstein.com, jkimble@lowenstein.com;dclaussen@lowenstein.com

Jennifer B. Kimble

on behalf of Creditor Susan Schein Chrysler  Dodge, Inc. jkimble@lowenstein.com,
jkimble@lowenstein.com;dclaussen@lowenstein.com

Jennifer E. Gauger

on behalf of Creditor Indiana Department of Workforce Development jennifer.gauger@atg.in.gov

Jill Levi

on behalf of Creditor OmniSource Indianapolis  LLC jlevi@toddlevi.com, drosenberg@toddlevi.com

Jill Levi

on behalf of Creditor OmniSource Corporation jlevi@toddlevi.com  drosenberg@toddlevi.com

Joan Kehlhof

on behalf of Creditor Archer Chrysler Jeep West  Inc. pci@whkllp.com

Joan Kehlhof

on behalf of Creditor Archer Chrysler Plymouth  Inc. dba Archer Chrysler Jeep and Archer Dodge, Inc. pci@whkllp.com

Joan M Blackwell

on behalf of Creditor Indiana Department of Workforce Development joan.blackwell@atg.in.gov

Joel D. Applebaum

on behalf of Creditor Prefix Corporation japplebaum@clarkhill.com

Joel D. Applebaum

on behalf of Creditor SPX Filtran LLC japplebaum@clarkhill.com

Joel D. Applebaum

on behalf of Creditor SPX Corporation japplebaum@clarkhill.com

Joel D. Applebaum

on behalf of Creditor Arrow Racing Engines japplebaum@clarkhill.com

Joel H. Levitin

on behalf of Other Prof. Cahill  Gordon & Reindel, LLP JLevitin@cahill.com,
MMcLoughlin@cahill.com;Rstieglitz@cahill.com;ma@cahill.com

Joel H. Levitin

on behalf of Other Prof. Cahill Gordon & Reindel LLP JLevitin@cahill.com
MMcLoughlin@cahill.com;Rstieglitz@cahill.com;ma@cahill.com

Joel H. Levitin

on behalf of Interested Party Independent Directors JLevitin@cahill.com
MMcLoughlin@cahill.com;Rstieglitz@cahill.com;ma@cahill.com

John Crotty

on behalf of Plaintiff Bonnie Barcomb johnc@nilesbracy.com

John Simon

on behalf of Creditor Meridian Automotive Systems LLC jsimon@foley.com

District/off: 0208-1                         User: admin                              Page 43 of 77
Date Rcvd: Mar 01, 2021                      Form ID: 144                             Total Noticed: 702

John Simon
                    on behalf of Creditor EMCON Technologies LLC jsimon@foley.com

John Simon
                    on behalf of Creditor Getrag Transmissions Manufacturing LLC jsimon@foley.com

John Simon
                    on behalf of Creditor Getrag Corporation jsimon@foley.com

John C. Englehardt
                    on behalf of Creditor Emergency Insurance Restoration Services  Inc. jcenglehardt@aol.com

John E. Berg
                    on behalf of Unknown Chrysler Group LLC jberg@clarkhill.com

John E. Berg
                    on behalf of Debtor Old Carco LLC jberg@clarkhill.com

John E. Hilton
                    on behalf of Creditor Florissant Dodge Sales  Inc. jeh@carmodymacdonald.com

John E. Jureller, Jr.
                    on behalf of Creditor Kathy Sandlin jjureller@klestadt.com  jjureller@klestadt.com

John G. McCarthy
                    on behalf of Unknown Crown Equipment Corporation jmccarthy@sgrlaw.com  nyoecf@sgrlaw.com

John H. Drucker
                    on behalf of Interested Party Safeco Insurance Company of America
                    jdrucker@aol.com;Drucker212@gmail.com;ssallie@coleschotz.com

John H. Drucker
                    on behalf of Interested Party The Spears Plaintiffs jdrucker@aol.com;Drucker212@gmail.com;ssallie@coleschotz.com

John J. Cooper
                    on behalf of Unknown Donald Ellison johnjcooper@sbcglobal.net

John J. Cooper
                    on behalf of Plaintiff Donald Ellison johnjcooper@sbcglobal.net

John J. Hunter, Jr.
                    on behalf of Creditor ZF Friedrichshafen AG jrhunter@hunterschank.com

John J. Hunter, Jr.
                    on behalf of Creditor ZF Group North American Operations  Inc. jrhunter@hunterschank.com

John J. Jolley, Jr.
                    on behalf of Creditor Xerox Capital Services  LLC jay.jolley@fcsamerica.com

John J. Jolley, Jr.
                    on behalf of Creditor Tom Donahue Trucking  Inc. jay.jolley@fcsamerica.com

John N. Poulos
                    on behalf of Plaintiff Jay Miller poulos@pllawfirm.com

John N. Poulos
                    on behalf of Plaintiff Brooke Willman poulos@pllawfirm.com

John P. Dillman
                    on behalf of Creditor Fort Bend County houston_bankruptcy@publicans.com

John P. Dillman
                    on behalf of Creditor Cypress Fairbanks ISD houston_bankruptcy@publicans.com

John P. Dillman
                    on behalf of Creditor Katy ISD houston_bankruptcy@publicans.com

John P. Dillman
                    on behalf of Creditor Harris County houston_bankruptcy@publicans.com

John P. Dillman
                    on behalf of Creditor Montgomery County houston_bankruptcy@publicans.com

John R. Humphrey
                    on behalf of Creditor MRC Holdings  Inc. jhumphrey@taftlaw.com, ecfclerk@taftlaw.com;aolave@taftlaw.com

John R. Weider,
                    on behalf of Creditor Marketplace Chrysler  Inc. jweider@barclaydamon.com

John S. Mairo
                    on behalf of Interested Party Magna Seating of America  Inc. jsmairo@pbnlaw.com,
                    pnbalala@pbnlaw.com;mpdermatis@pbnlaw.com;kdcurtin@pbnlaw.com

John T. Gregg
    on behalf of Creditor Aramark Uniform & Career Apparel LLC jgregg@btlaw.com

John T. Gregg
    on behalf of Creditor Continental Tire North America  Inc. jgregg@btlaw.com

John T. Gregg
    on behalf of Creditor Iljin USA Corporation jgregg@btlaw.com

John T. Gregg
    on behalf of Creditor Keeler Brass Company jgregg@btlaw.com

John T. Gregg
    on behalf of Creditor Priority Health jgregg@btlaw.com

John T. Gregg
    on behalf of Creditor Comforce Corporation jgregg@btlaw.com

John T. Morrier
    on behalf of Creditor KEMA Incorporated morrier@casneredwards.com

Jonathan Levine
    on behalf of Creditor Dynetics  Inc. jonathan.levine@arnoldporter.com, jonathan.levine@arnoldporter.com

Jonathan Wall
    on behalf of Creditor John Bussian jwall@robertsonmedlin.com

Jonathan A Michaels
    on behalf of Plaintiff Timothy L. Blackwell jmichaels@mlgautomotivelaw.com

Jonathan D. Schiller
    on behalf of Defendant Daimler North America Corporation (f/k/a DaimlerChrysler North America Holding Corporation)
jschiller@bsfllp.com  jonathan-schiller-4417@ecf.pacerpro.com

Jonathan D. Schiller
    on behalf of Defendant Daimler AG (f/k/a DaimlerChrysler AG) jschiller@bsfllp.com  jonathan-schiller-4417@ecf.pacerpro.com

Jonathan D. Schiller
    on behalf of Defendant Daimler Investments US Corporation (f/k/a DaimlerChrysler Holding Corporation) jschiller@bsfllp.com
jonathan-schiller-4417@ecf.pacerpro.com

Jonathan L. Flaxer
    on behalf of Interested Party Panasonic Automotive Systems Company of America  Division of Panasonic Corporation of North
America jflaxer@golenbock.com, courtnotifications@golenbock.com;mweinstein@golenbock.com

Jonathan R. Schulz
    on behalf of Creditor IEE Sensing  Inc. reiss@bsplaw.com

Jonathan S. Henes
    on behalf of Plaintiff FTE Automotive USA  Inc. jhenes@kirkland.com,
laura.saal@kirkland.com;stephen.iacovo@kirkland.com;hannah-kupsky-3566@ecf.pacerpro.com

Jordanna L. Nadritch
    on behalf of Creditor Rhonda Masquat  Lead Class Action Plaintiff and All Other Similarly Situated Members of the Certified
Class jnadritch@olshanlaw.com, ssallie@olshanlaw.com

Jordanna L. Nadritch
    on behalf of Defendant Rhonda Masquat  Class Representative jnadritch@olshanlaw.com, ssallie@olshanlaw.com

Joseph Corneau
    on behalf of Creditor Concur Technologies  Inc. jcorneau@klestadt.com

Joseph Corneau
    on behalf of Creditor Katayama Kogyo jcorneau@klestadt.com

Joseph Corneau
    on behalf of Attorney Klestadt & Winters  LLP jcorneau@klestadt.com

Joseph Corneau
    on behalf of Creditor Sirius XM Radio Inc. jcorneau@klestadt.com

Joseph Zagraniczny
    on behalf of Interested Party Sensia Healthcare zagranj@bsk.com  kdoner@bsk.com

Joseph B. Lyle
    on behalf of Unknown Alley's of Kingsport  Inc. jlyle@halelyle.com

Joseph H. Cerame
    on behalf of Creditor Fran-Roc LLC and The Rocky Mountain Group LLC j.cerame@Verizon.net  r42921@notify.bestcase.com

Joseph H. Lemkin
    on behalf of Unknown AON Consulting Inc. jlemkin@stark-stark.com

Joseph H. Lemkin
   on behalf of Creditor Mitshubishi Heavy Industries America  Inc. and Mitsubishi Engine North America, Inc.
   jlemkin@stark-stark.com

Joseph H. Lemkin
   on behalf of Creditor SL America Corporation jlemkin@stark-stark.com

Joseph H. Lemkin
   on behalf of Creditor Foster Electric USA  Inc. jlemkin@stark-stark.com

Joseph H. Lemkin
   on behalf of Creditor Mitsuboshi Belting LTD. and MBL (USA) Corporation jlemkin@stark-stark.com

Joseph J. Rhoades
   on behalf of Unknown John Mason Stephen.morrow@rhoadeslegal.com

Joseph Parker Miller
   on behalf of Plaintiff Scott Graham parker.miller@beasleyallen.com
   matthew.yarema@beasleyallen.com,candice.wyatt@beasleyallen.com

Joseph Parker Miller
   on behalf of Creditor Frankie Overton parker.miller@beasleyallen.com
   matthew.yarema@beasleyallen.com,candice.wyatt@beasleyallen.com

Josephine Yang-Patyi
   on behalf of Creditor Canadian National Railway Company jyangpat@menterlaw.com

Josephine Yang-Patyi
   on behalf of Creditor Autoport Limited jyangpat@menterlaw.com

Joshua Ian Divack
   on behalf of Plaintiff Rachel Sparkman jdivack@hahnhessen.com
   hahnhessen@ecf.inforuptcy.com;jdivack@hahnhessen.com;jzawadzki@hahnhessen.com;sthompson@hahnhessen.com;dreinhart
   @hahnhessen.com

Joshua Ian Divack
   on behalf of Creditor Jeremy Flax and Rachel Sparkman jdivack@hahnhessen.com
   hahnhessen@ecf.inforuptcy.com;jdivack@hahnhessen.com;jzawadzki@hahnhessen.com;sthompson@hahnhessen.com;dreinhart
   @hahnhessen.com

Joshua Ian Divack
   on behalf of Plaintiff Jeremy Flax jdivack@hahnhessen.com
   hahnhessen@ecf.inforuptcy.com;jdivack@hahnhessen.com;jzawadzki@hahnhessen.com;sthompson@hahnhessen.com;dreinhart
   @hahnhessen.com

Joshua Irwin Schiller
   on behalf of Defendant Daimler Investments US Corporation (f/k/a DaimlerChrysler Holding Corporation) jischiller@bsfllp.com
   josh-schiller-2948@ecf.pacerpro.com

Joshua Irwin Schiller
   on behalf of Defendant Daimler North America Corporation (f/k/a DaimlerChrysler North America Holding Corporation)
   jischiller@bsfllp.com  josh-schiller-2948@ecf.pacerpro.com

Joshua Irwin Schiller
   on behalf of Defendant Daimler AG (f/k/a DaimlerChrysler AG) jischiller@bsfllp.com  josh-schiller-2948@ecf.pacerpro.com

Juandisha Harris
   on behalf of Creditor State Of Michigan  Department Of Treasury harrisj12@michigan.gov

Juandisha Harris
   on behalf of Unknown State of Michigan Department of Treasury harrisj12@michigan.gov

Juandisha Harris
   on behalf of Creditor State of Michigan  Department of Treasury, Revenue Division harrisj12@michigan.gov

Judy B. Calton
   on behalf of Creditor Walbridge Equipment Installation Co. jcalton@honigman.com

Judy B. Calton
   on behalf of Creditor Walbridge Facility Maintenance Company jcalton@honigman.com

Judy B. Calton
   on behalf of Creditor Walbridge Aldinger Company jcalton@honigman.com

Judy B. Calton
   on behalf of Creditor EQ - The Environmental Quality Company jcalton@honigman.com

Judy G.Z. Liu
   on behalf of Interested Party Chrysler Financial Services Americas LLC jliu@proskauer.com
   mgiddens@proskauer.com;erodriguez@proskauer.com

June K. Allison
   on behalf of Creditor Savannah Dodge  Inc. michelle.marblo@wnhplaw.com

June K. Allison
on behalf of Creditor Lancaster Dodge Chrysler Jeep  Inc. michelle.marblo@wnhplaw.com

Karel S. Karpe
on behalf of Creditor Sun Microsystems  Inc. kkarpe@karpelaw.com

Karel S. Karpe
on behalf of Creditor Rieter Automotive North America Inc kkarpe@karpelaw.com

Karel S. Karpe
on behalf of Creditor Sun Microsystems  Inc., Cisco Systems Capital Corp., and Salesforce.com kkarpe@karpelaw.com

Karel S. Karpe
on behalf of Creditor Nicor Gas kkarpe@karpelaw.com

Karel S. Karpe
on behalf of Creditor Siemens Product Lifecycle Mangement Systems Inc. kkarpe@karpelaw.com

Karel S. Karpe
on behalf of Attorney White and Williams LLP kkarpe@karpelaw.com

Karel S. Karpe
on behalf of Creditor Cisco Systems Capital Corporation kkarpe@karpelaw.com

Karel S. Karpe
on behalf of Creditor SalesForce.com Inc kkarpe@karpelaw.com

Karen Cordry
kcordry@naag.org

Karin F. Avery
on behalf of Creditor Kenosha Releasing  Inc. avery@silvermanmorris.com

Karin F. Avery
on behalf of Creditor Cassens Transport Company avery@silvermanmorris.com

Karin F. Avery
on behalf of Creditor Cassens Transport Ltd. avery@silvermanmorris.com

Karin F. Avery
on behalf of Creditor FATA Automation  Inc. avery@silvermanmorris.com

Karin F. Avery
on behalf of Creditor DongAh America Inc avery@silvermanmorris.com

Karin F. Avery
on behalf of Creditor Auto Releasing  Inc. avery@silvermanmorris.com

Karin F. Avery
on behalf of Creditor Mackie Moving Systems Inc. avery@silvermanmorris.com

Karon Y. Wright
on behalf of Creditor c/o Karon Y. Wright Travis County karon.wright@co.travis.tx.us  bkecf@co.travis.tx.us

Kathy A. Wisniewski
on behalf of Defendant FCA US LLC kwisnieski@thompsoncoburn.com

Kay S. Kress
on behalf of Creditor SEMCO Energy Inc. kay.kress@troutman.com

Keith A. Schofner
on behalf of Unknown Linamar Corporation kaschofner@lambertleser.com

Keith B. Rose
on behalf of Defendant Chrysler Group L.L.C Service Contracts krose@theroselawfirm.com

Keith B. Rose
on behalf of Attorney Matthew M. Proudfoot krose@theroselawfirm.com

Keith B. Rose
on behalf of Defendant New Chrysler Group LLC  et al krose@theroselawfirm.com

Keith B. Rose
on behalf of Attorney Keith Bryan Rose krose@theroselawfirm.com

Keith B. Rose
on behalf of Defendant Chrysler Group  LLC krose@theroselawfirm.com

Keith B. Rose
on behalf of Attorney Matthew R. Beatty krose@theroselawfirm.com

Keith B. Rose
on behalf of Defendant Chrysler Group LLC krose@theroselawfirm.com

Keith B. Rose

on behalf of Defendant Chrysler (Group) LLC. krose@theroselawfirm.com

Keith D. Cermak

on behalf of Unknown Judith David kdcermak@yahoo.com

Keith D. Heinold

on behalf of Defendant Chrysler Group  LLC kdheinold@mdwcg.com, jmsmith@mdwcg.com

Keith D. Price

on behalf of Unknown DAR  Inc. d/b/a Dave Mungenast Alton Dodge kprice@spvg.com

Keith D. Price

on behalf of Creditor DAR Inc. d/b/a Dave Mungenast Alton Dodge kprice@spvg.com

Keith R. Murphy

on behalf of Creditor HP Enterprise Services  LLC (f/k/a Electronic Data Systems, LLC, f/k/a Electronic Data Systems
Corporation) bhaa@bakerlaw.com

Keith R. Murphy

on behalf of Unknown Electronic Data Systems  LLC, d/b/a HP Enterprise Services bhaa@bakerlaw.com

Kenneth C. Baker

on behalf of Creditor Eastman & Smith Ltd kcbaker@eastmansmith.com

Kenneth M. Schneider

on behalf of Creditor Visscher-Caravelle NA  Inc. kschneider@schneidermiller.com,
kclayson@schneidermiller.com;slove@schneidermiller.com

Kenneth P. Coleman

on behalf of Creditor HSBC BANK USA
kurt.vellek@allenovery.com;jonathan.cho@allenovery.com;Benjamin.taylor@allenovery.com

Kimberly E. Neureiter

on behalf of Creditor Pension Benefit Guaranty Corporation neureiter.kimberly@pbgc.gov  efile@pbgc.gov

Kristan Howard

on behalf of Unknown American Express Travel Related Services Company  Inc. kristan.howard@flastergreenberg.com

Kristin D. Ogburn

on behalf of Creditor J.G. Management Company kogburn@horacktalley.com  tking@horacktalley.com

L. Allyn Stockton, Jr.

on behalf of Unknown Committee of Chrysler Affected Dealers lastockton@windstream.net

Larri Parker

on behalf of Interested Party Westboro Motors  Incorporated larri@larriparker.com

Larry E. Kelly

on behalf of Creditor Waco Dodge Sales king@thetexasfirm.com

Larry Keith Evans

on behalf of Plaintiff Richard Dale Cooper lkevans@bellsouth.net

Larry R. Hoddick

on behalf of Unknown Larry R Hoddick Lhoddick@dc.rr.com

Larry R. Hoddick

on behalf of Plaintiff Bradley E. Wolff Lhoddick@dc.rr.com

Laurence May

on behalf of Interested Party University Motors  Ltd. lmay@eisemanlevine.com

Laurence May

on behalf of Interested Party Woodbridge Nissan  Inc., t/a Cowles Nissan Chrysler lmay@eisemanlevine.com

Laurent Stephan Wiesel

on behalf of Debtor Old Carco LLC s&cmanagingclerk@sullcrom.com

Laurent Stephan Wiesel

on behalf of Counter-Claimant Chrysler Group L.L.C. s&cmanagingclerk@sullcrom.com

Laurent Stephan Wiesel

on behalf of Interested Party Chrysler Group LLC f/k/a New CarCo Acquisition LLC s&cmanagingclerk@sullcrom.com

Laurent Stephan Wiesel

on behalf of Unknown Chrysler Group LLC s&cmanagingclerk@sullcrom.com

Laurent Stephan Wiesel

on behalf of Defendant Chrysler Group L.L.C. s&cmanagingclerk@sullcrom.com

Lawrence Bass

on behalf of Creditor Overland West  Inc. lawrence.bass@hro.com

Lawrence A. Katz
    lkatz@hirschlerlaw.com  llewis@hirschlerlaw.com

Lawrence E. Oscar
    on behalf of Creditor Drivers Village  Inc. dba Burdick Dodge Chrysler Jeep leoscar@hahnlaw.com,
    hlpcr@hahnlaw.com;cmbeitel@hahnlaw.com

Lawrence E. Oscar
    on behalf of Creditor Mid-West Forge Corporation leoscar@hahnlaw.com  hlpcr@hahnlaw.com;cmbeitel@hahnlaw.com

Lawrence E. Oscar
    on behalf of Creditor Casco Products  a Unit of Sequa Corporation leoscar@hahnlaw.com,
    hlpcr@hahnlaw.com;cmbeitel@hahnlaw.com

Lawrence J. Hutchens
    on behalf of Unknown Michael Hayes ljhutchens@hutchenslaw.com

Lawrence J. Hutchens
    on behalf of Unknown Jennifer Hayes ljhutchens@hutchenslaw.com

Lawrence J. Kotler
    on behalf of Creditor CHRY-Detroit  LLC ljkotler@duanemorris.com

Lawrence J. Kotler
    on behalf of Creditor JOHNSON MATTHEY PLC and JOHNSON MATTHEY INC. ljkotler@duanemorris.com

Lawrence P. Eagel
    on behalf of Creditor County of Denton  City of Waco, Waco Independent School District eagel@bespc.com

Lawrence P. Eagel
    on behalf of Creditor LSC Holdings  LLC eagel@bragarwexler.com

Lawrence P. Eagel
    on behalf of Creditor Local Texas Tax Authorities and City of Memphis (as identified) eagel@bespc.com

Lee E. Woodard
    on behalf of Creditor NAMAD - National Association of Minority Automobile Dealers bkemail@harrisbeach.com
    kgriffith@harrisbeach.com;efilings@harrisbeach.com

Lee E. Woodard
    on behalf of Creditor Patrick Pontiac  Inc. d/b/a Patrick Jeep bkemail@harrisbeach.com,
    kgriffith@harrisbeach.com;efilings@harrisbeach.com

Lee E. Woodard
    on behalf of Attorney Harris Beach PLLC bkemail@harrisbeach.com  kgriffith@harrisbeach.com;efilings@harrisbeach.com

Lee E. Woodard
    on behalf of Creditor CMDA - Chrysler Minority Dealers Association bkemail@harrisbeach.com
    kgriffith@harrisbeach.com;efilings@harrisbeach.com

Leo C. Donofrio
    on behalf of Interested Party South Holland Dodge  Inc. leo_donofrio2000@yahoo.com

Leon S. Jones
    on behalf of Creditor Leslie Denton ljones@joneswalden.com
    jwdistribution@joneswalden.com,lpineyro@joneswalden.com,cmccord@joneswalden.com

Leon S. Jones
    on behalf of Creditor Ronnie Denton ljones@joneswalden.com
    jwdistribution@joneswalden.com,lpineyro@joneswalden.com,cmccord@joneswalden.com

Leonora K. Baughman
    on behalf of Creditor Wayne County Treasurer ecf@kaalaw.com

Leonora K. Baughman
    on behalf of Creditor City of Detroit ecf@kaalaw.com

Leonora K. Baughman
    on behalf of Creditor Oakland County Treasurer ecf@kaalaw.com

Leonora K. Baughman
    on behalf of Creditor Heidtman Steel Products  Inc. ecf@kaalaw.com

Leonora K. Baughman
    on behalf of Creditor North America Fuel Systems Remanufacturing  LLC ecf@kaalaw.com

Leonora K. Baughman
    on behalf of Creditor Hoegh Autoliners Holdings  Inc. ecf@kaalaw.com

Leslie Stein
    on behalf of Creditor Fire Defense Equipment Co.  Inc. seccles@plunkettcooney.com

Leslie Stein

on behalf of Creditor Superior Acquisition  Inc. dba Superior Electric Great Lakes Company seccles@plunkettcooney.com

Leslie Stein

on behalf of Creditor Wolverine Fire Protection Co. seccles@plunkettcooney.com

Leslie Ann Berkoff

on behalf of Creditor Gilbert Mohr lberkoff@moritthock.com

Leslie Ann Berkoff

on behalf of Creditor Mid-West Forge Corporation lberkoff@moritthock.com

Li Yu

on behalf of Unknown United States Department of the Treasury li.yu@usdoj.gov

Lilys D. McCoy

on behalf of Plaintiff Bradley E. Wolff ldm@mtrlaw.com

Linda J. Casey

on behalf of Interested Party BNSF Railway Company caseyl@pepperlaw.com  jaffeh@pepperlaw.com;shieldsa@pepperlaw.com

Lindsey H. Taylor

on behalf of Interested Party Gabriella Tatum ltaylor@carellabyrne.com

Lindsey H. Taylor

on behalf of Plaintiff Gabriella Tatum ltaylor@carellabyrne.com

Lindsey H. Taylor

on behalf of Interested Party Denise Shephard ltaylor@carellabyrne.com

Lindsey H. Taylor

on behalf of Plaintiff Jamie Meyer ltaylor@carellabyrne.com

Lindsey H. Taylor

on behalf of Interested Party Jamie Meyer ltaylor@carellabyrne.com

Lisa M. Schweitzer

on behalf of Unknown International Business Machines Corporation and IBM Credit LLC lschweitzer@cgsh.com
maofiling@cgsh.com

Louis A. Scarcella

on behalf of Creditor RWD Technologies  LLC lscarcella@farrellfritz.com

Louis Thomas DeLucia

on behalf of Creditor KGF Trading Company louis.delucia@icemiller.com  john.acquaviva@icemiller.com

Lynne B. Xerras

on behalf of Interested Party Best Doctors  Inc. bos-bankruptcy@hklaw.com, lynne.xerras@hklaw.com

Madison L. Conquest

on behalf of Creditor Bridgestone Americas Tire Operations  LLC mconquest@burr.com, mmayes@burr.com

Maeghan J. McLoughlin

on behalf of Plaintiff TRW Automotive U.S. LLC mmcloughlin@klestadt.com

Maeghan J. McLoughlin

on behalf of Unknown TRW Automotive U.S. LLC and its affiliates mmcloughlin@klestadt.com

Maeghan J. McLoughlin

on behalf of Creditor TRW Automotive US LLC mmcloughlin@klestadt.com

Maeghan J. McLoughlin

on behalf of Unknown TRW Automotive U.S. LLC mmcloughlin@klestadt.com

Maeghan J. McLoughlin

on behalf of Plaintiff TRW Automotive Holdings Corp.  mmcloughlin@klestadt.com

Marc Kieselstein

on behalf of Creditor Johnson Controls  Inc. mkieselstein@kirkland.com, ecf-9b7a1a52c6e8@ecf.pacerpro.com

Marc Kieselstein

on behalf of Interested Party Visteon Corporation mkieselstein@kirkland.com  ecf-9b7a1a52c6e8@ecf.pacerpro.com

Marc B. Merklin

on behalf of Creditor Steere Enterprises  Inc. mmerklin@brouse.com

Marc E. Richards

on behalf of Attorney DENSO International America  Inc. mrichards@blankrome.com

Marc E. Richards

on behalf of Attorney DENSO International America  Inc., mrichards@blankrome.com

Marc E. Richards

on behalf of Other Prof. Blank Rome LLP mrichards@blankrome.com

Marc S. Cohen
    on behalf of Creditor Canadian Export Antitrust Plaintiffs mscohen@loeb.com
    klyles@loeb.com;mnielson@loeb.com;ladocket@loeb.com

Marcus M. Wilson
    on behalf of Creditor The Pasha Group mwilson@blswlaw.com

Maria J. DiConza
    on behalf of Unknown Teachers Insurance and Annuity Association - College Retirement Equities Fund (TIAA-CREF)
    mdiconza@omm.com  maria-diconza-0046@ecf.pacerpro.com

Marianne Goldstein Robbins
    on behalf of Creditor International Association of Machinists & Aerospace Workers  District 10, Local Lodge 66
    MGR@PREVIANT.COM, MGR@PREVIANT.COM;EM@PREVIANT.COM

Maricel E.V. Skiles
    on behalf of Creditor Indiana Department of Workforce Development maricel.skiles@atg.in.gov
    Heather.Crockett@atg.in.gov;Stephanie.Patrick@atg.in.gov

Marius Segal Gebski
    on behalf of Plaintiff Patricia Miller marius@gebskilaw.com

Marius Segal Gebski
    on behalf of Plaintiff Niki Monk marius@gebskilaw.com

Marius Segal Gebski
    on behalf of Plaintiff Richard Dale Cooper marius@gebskilaw.com

Marius Segal Gebski
    on behalf of Plaintiff Callene Cole marius@gebskilaw.com

Mark Minuti
    on behalf of Creditor University of Delaware mark.minuti@saul.com  robyn.warren@saul.com

Mark Richards
    on behalf of Plaintiff Wendy Hightman mir@mccunewright.com  cs@mccunewright.com

Mark Shapiro
    on behalf of Creditor Logistics Insight Corporation Shapiro@steinbergshapiro.com  Shapiro@steinbergshapiro.com

Mark Shapiro
    on behalf of Creditor Toledo Molding & Die  Inc. Shapiro@steinbergshapiro.com, Shapiro@steinbergshapiro.com

Mark Shapiro
    on behalf of Unknown Hitzert Properties  LLC Shapiro@steinbergshapiro.com, Shapiro@steinbergshapiro.com

Mark Shapiro
    on behalf of Creditor Central Transport International  Inc. Shapiro@steinbergshapiro.com, Shapiro@steinbergshapiro.com

Mark Tsukerman
    on behalf of Creditor Frankie Overton  as Executor of the Estate of Sue Ann Graham mtsukerman@coleschotz.com,
    ssallie@coleschotz.com;pratkowiak@coleschotz.com;bankruptcy@coleschotz.com

Mark Edwin Browning
    on behalf of Creditor Texas Comptroller of Public Accounts SHERRI.SIMPSON@OAG.STATE.TX.US

Mark L. Radtke
    on behalf of Creditor Illinois Tool Works Inc. mradtke@shawfishman.com

Mark L. Radtke
    on behalf of Creditor Mancari's Chrysler Plymouth mradtke@shawfishman.com

Mark L. Radtke
    on behalf of Creditor Mancari's of Orland Hills mradtke@shawfishman.com

Mark L. Radtke
    on behalf of Attorney Shaw Gussis Fishman Glantz Wolfson & Towbin LLC mradtke@shawfishman.com

Mark Nelson Parry
    on behalf of Unknown Hengst of North America  Inc mparry@mosessinger.com,
    jbonteque@mosessinger.com;mbobian@mosessinger.com

Mark Russell Owens
    on behalf of Creditor Gibbs Die Casting Corporation mowens@btlaw.com  mowens@btlaw.com;bankruptcyindy@btlaw.com

Mark Russell Owens
    on behalf of Creditor HC Queretaro SA de CV mowens@btlaw.com  mowens@btlaw.com;bankruptcyindy@btlaw.com

Mark Russell Owens
    on behalf of Creditor Hitachi Cable Florida mowens@btlaw.com  mowens@btlaw.com;bankruptcyindy@btlaw.com

Mark Russell Owens
    on behalf of Creditor GECOM Corp. mowens@btlaw.com  mowens@btlaw.com;bankruptcyindy@btlaw.com

Mark Russell Owens

    on behalf of Creditor Hitachi Cable Indiana mowens@btlaw.com  mowens@btlaw.com;bankruptcyindy@btlaw.com

Mark Russell Owens

    on behalf of Creditor Hirata Corporation of America mowens@btlaw.com  mowens@btlaw.com;bankruptcyindy@btlaw.com

Mark S. Frankel

    on behalf of Creditor Commercial Contracting Corporation mfrankel@couzens.com

Mark S. Gamell

    on behalf of Creditor Chrysler Insurance Company mgamell@tlggr.com  canderson@tlggr.com

Mark S. Halpern

    on behalf of Unknown J.J. Flynn  Inc. d/b/a John Flynn Chrysler Jeep mail@halpernlevy.com

Mark U. Schneiderman

    on behalf of Defendant Chrysler Group LLC schneidermanm@sullcrom.com

Mark U. Schneiderman

    on behalf of Unknown Chrysler Group LLC schneidermanm@sullcrom.com

Mark W. Skanes

    on behalf of Defendant Chrysler Group LLC mskanes@theroselawfirm.com

Mark W. Skanes

    on behalf of Defendant Chrysler Group  LLC mskanes@theroselawfirm.com

Mark W. Skanes

    on behalf of Defendant New Chrysler Group LLC  et al mskanes@theroselawfirm.com

Marshall Scott Huebner

    on behalf of Interested Party Ford Motor Company bankruptcy.routing@dpw.com

Martha E. Romero

    on behalf of Creditor San Bernardino County romero@mromerolawfirm.com

Martin Alaniz

    on behalf of Creditor Cardenas Motors  Inc. martin.alaniz@gmail.com

Marvin E. Clements, Jr.

    on behalf of Creditor Tennessee Department of Revenue agbanknewyork@ag.tn.gov

Mary C. Lobdell

    on behalf of Unknown State of Washington maryl@atg.wa.gov  RevOlyEF@atg.wa.gov

Mary Elisabeth Naumann

    on behalf of Creditor Hall Green Chevrolet  Inc. kybankruptcy@jacksonkelly.com

Mary Elisabeth Naumann

    on behalf of Creditor Midtown Motors  Inc. kybankruptcy@jacksonkelly.com

Mary Elisabeth Naumann

    on behalf of Attorney Jackson Kelly PLLC kybankruptcy@jacksonkelly.com

Mary Elisabeth Naumann

    on behalf of Creditor Wharton-Cadillac-Olds Co. d/b/a Wharton Jeep kybankruptcy@jacksonkelly.com

Mary Elisabeth Naumann

    on behalf of Creditor Harry Green Chevrolet  Inc. kybankruptcy@jacksonkelly.com

Mary Elisabeth Naumann

    on behalf of Creditor Consolidated Motor Holdings  LLC kybankruptcy@jacksonkelly.com

Mary Joanne Dowd

    on behalf of Unknown JFF Management Services  Inc. mary.dowd@arentfox.com

Mary Joanne Dowd

    on behalf of Unknown JJF Management Services  Inc. mary.dowd@arentfox.com

Mary Kay Shaver

    on behalf of Creditor Cascade Engineering  Inc. mkshaver@varnumlaw.com

Mary Kay Shaver

    on behalf of Creditor Fifth Third Bank mkshaver@varnumlaw.com

Mary Kay Shaver

    on behalf of Attorney Varnum LLP mkshaver@varnumlaw.com

Mary Kay Shaver

    on behalf of Creditor Leon Plastics Inc. mkshaver@varnumlaw.com

Mary Kay Shaver

    on behalf of Creditor Fifth Third Bank mkshaver@varnumlaw.com

Mary Kay Shaver
on behalf of Creditor Nelson Metal Products LLC mkshaver@varnumlaw.com

Mary Kay Shaver
on behalf of Creditor J.L. French LLC mkshaver@varnumlaw.com

Mary Kay Shaver
on behalf of Creditor Dakkota Integrated Systems  L.L.C. mkshaver@varnumlaw.com

Mary Kay Shaver
on behalf of Creditor J.L. French Automotive Castings  Inc. mkshaver@varnumlaw.com

Mary Kay Shaver
on behalf of Creditor Summit Polymers  Inc. mkshaver@varnumlaw.com

Matthew Dyer
on behalf of Creditor WELLS FARGO BANK  N.A. BkMail@prommis.com

Matthew E. Wilkins
on behalf of Creditor Guardian Automotive  Inc. and SRG Global, Inc. wilkins@bwst-law.com, marbury@bwst-law.com

Matthew E. Wilkins
on behalf of Creditor Guardian Industries Corp. wilkins@bwst-law.com  marbury@bwst-law.com

Matthew E. Wilkins
on behalf of Creditor TechTeam Global  Inc. wilkins@bwst-law.com, marbury@bwst-law.com

Matthew E. Wilkins
on behalf of Creditor Evigna wilkins@bwst-law.com  marbury@bwst-law.com

Matthew E. Wilkins
on behalf of Creditor Hi-Lex Controls  Inc. and Hi-Lex America, Inc. wilkins@bwst-law.com, marbury@bwst-law.com

Matthew E. Wilkins
on behalf of Creditor Mid West Fabricating Co. wilkins@bwst-law.com  marbury@bwst-law.com

Matthew E. Wilkins
on behalf of Creditor L & L Products  Inc. wilkins@bwst-law.com, marbury@bwst-law.com

Matthew F. Fitzsimmons
on behalf of Unknown State of Connecticut Office of the Attorney General matthew.fitzsimmons@ct.gov

Matthew J. McGowan
on behalf of Creditor Tarbox Motors  Inc. and Tarbox Chrysler Jeep, LLC mmcgowan@smsllaw.com

Matthew J. Shier
on behalf of Creditor Sierra Mountain Express  Inc. mshier@shierkatz.com, mterry@shierkatz.com

Maurice W. McLaughlin
on behalf of Plaintiff Scott Perno maurice.mclaughlin@esqnj.com

Mayer Morganroth
on behalf of Creditor Gary Henson mmorganroth@morganrothlaw.com
dantovski@morganrothlaw.com;shall@morganrothlaw.com

Mayer Morganroth
on behalf of Creditor Richard O. Schaum mmorganroth@morganrothlaw.com
dantovski@morganrothlaw.com;shall@morganrothlaw.com

Mayer Morganroth
on behalf of Creditor Robert A. Lutz mmorganroth@morganrothlaw.com
dantovski@morganrothlaw.com;shall@morganrothlaw.com

Mayer Morganroth
on behalf of Creditor Donald Miltz mmorganroth@morganrothlaw.com
dantovski@morganrothlaw.com;shall@morganrothlaw.com

Melissa A. Pena
on behalf of Creditor ABB  Inc. mapena@norris-law.com, pfreda@nmmlaw.com

Melissa A. Pena
on behalf of Creditor E.R. Wagner Manufacturing Co. mapena@norris-law.com  pfreda@nmmlaw.com

Melissa A. Pena
on behalf of Creditor Integrys Energy Services  Inc. mapena@norris-law.com, pfreda@nmmlaw.com

Melissa A. Pena
on behalf of Unknown ABB  Inc. mapena@norris-law.com, pfreda@nmmlaw.com

Melissa Z. Neier
on behalf of Interested Party AGC Automotive Americas Co. mneier@ibolaw.com

Melissa Z. Neier

| | |
|---|---|
| | on behalf of Interested Party Sonic Automotive  Inc. mneier@ibolaw.com |
| Melissa Z. Neier | |
| | on behalf of Unknown AGC Automotive Americas Co. & Sonic Automotive mneier@ibolaw.com |
| Melissa Z. Neier | |
| | on behalf of Interested Party Oiles America Corporation mneier@ibolaw.com |
| Melissa Z. Neier | |
| | on behalf of Interested Party AGC Europe mneier@ibolaw.com |
| Michael A. Nedelman | |
| | on behalf of Creditor Century Dodge  Inc. mnedelman@nglegal.com |
| Michael A. Nedelman | |
| | on behalf of Creditor Livonia Chrysler Jeep  Inc. mnedelman@nglegal.com |
| Michael A. Trentadue | |
| | on behalf of Creditor Createc Corporation MTrentadue@seanmclapp.com |
| Michael A.T. Pagni | |
| | on behalf of Interested Party Carson Dodge Chrysler  Inc. mpagni@mcdonaldcarano.com |
| Michael B. Solow | |
| | on behalf of Liquidating Trustee RJM I  LLC, as Liquidation Trustee for Old Carco Liquidation Trust msolow@kayescholer.com |
| Michael D. Lieberman | |
| | on behalf of Creditor Altair Engineering  Inc. mlieberman6160@yahoo.com |
| Michael D. Silberfarb | |
| | on behalf of Defendant Old Carco Liquidation Trust mikeys67@yahoo.com |
| Michael D. Zaverton | |
| | on behalf of Creditor Great Northern Dodge  Inc. mzaverton@walterhav.com |
| Michael D. Zaverton | |
| | on behalf of Unknown Ottawa River Group mzaverton@walterhav.com |
| Michael E. Idzkowski | |
| | on behalf of Unknown State of Ohio  ex rel. Richard Cordray, Attorney General michael.idzkowski@ohioattorneygeneral.gov, scott.hainer@ohioattorneygeneral.gov |
| Michael E. Norton | |
| | on behalf of Unknown Emerson Electric Company mnorton@nortonlawassociates.com |
| Michael G. Burke | |
| | on behalf of Creditor Edmunds.com  Inc. mgburke@sidley.com, emcdonnell@sidley.com;mmoreland@sidley.com |
| Michael G. Burke | |
| | on behalf of Creditor Bombardier Capital  Inc. mgburke@sidley.com, emcdonnell@sidley.com;mmoreland@sidley.com |
| Michael G. Cruse | |
| | on behalf of Creditor Fori Automation  Inc. mcruse@wnj.com, hziegler@wnj.com |
| Michael G. Cruse | |
| | on behalf of Creditor Compuware Corporation mcruse@wnj.com  hziegler@wnj.com |
| Michael G. Cruse | |
| | on behalf of Creditor Fidia Co. mcruse@wnj.com  hziegler@wnj.com |
| Michael G. Cruse | |
| | on behalf of Creditor Brose North America  Inc. mcruse@wnj.com, hziegler@wnj.com |
| Michael G. Cruse | |
| | on behalf of Creditor Esys Corporation mcruse@wnj.com  hziegler@wnj.com |
| Michael G. Cruse | |
| | on behalf of Creditor Daewoo International (America) Corp. mcruse@wnj.com  hziegler@wnj.com |
| Michael G. Cruse | |
| | on behalf of Creditor Brose Fahrzeugteile GMBH & Co. mcruse@wnj.com  hziegler@wnj.com |
| Michael G. Cruse | |
| | on behalf of Creditor BorgWarner  Inc. mcruse@wnj.com, hziegler@wnj.com |
| Michael G. Cruse | |
| | on behalf of Creditor Ube Industries  Ltd. mcruse@wnj.com, hziegler@wnj.com |
| Michael G. Cruse | |
| | on behalf of Creditor Creative Foam Corporation mcruse@wnj.com  hziegler@wnj.com |
| Michael I. Silverstein | |
| | on behalf of Interested Party Uftring Ford  Inc., d/b/a Uftring Jeep MSilverstein@wbgllp.com |

District/off: 0208-1                          User: admin                                      Page 54 of 77
Date Rcvd: Mar 01, 2021                       Form ID: 144                                      Total Noticed: 702

Michael I. Silverstein
    on behalf of Interested Party Roberts Motors  Inc. d/b/a Roberts Chrysler-Jeep MSilverstein@wbgllp.com

Michael I. Silverstein
    on behalf of Interested Party Uftring Chrysler  Inc., d/b/a Uftring Jeep MSilverstein@wbgllp.com

Michael J. Connolly
    on behalf of Interested Party Sullivan Bros. Chrysler-Dodge  Inc. mconnolly@formanlaw.com, kanema@formanlaw.com

Michael J. Connolly
    on behalf of Interested Party Expeditors International of Washington  Inc. mconnolly@formanlaw.com, kanema@formanlaw.com

Michael J. Connolly
    on behalf of Interested Party Wayne Dodge  Inc. mconnolly@formanlaw.com, kanema@formanlaw.com

Michael J. Connolly
    on behalf of Interested Party Beyer Motor Company mconnolly@formanlaw.com  kanema@formanlaw.com

Michael J. Connolly
    on behalf of Attorney Bressler  Amery & Ross, P.C. mconnolly@formanlaw.com, kanema@formanlaw.com

Michael J. Connolly
    on behalf of Creditor O'Neal Chrysler Dodge Jeep  Inc. mconnolly@formanlaw.com, kanema@formanlaw.com

Michael J. Connolly
    on behalf of Interested Party Loris Brubeck mconnolly@formanlaw.com  kanema@formanlaw.com

Michael J. Connolly
    on behalf of Interested Party Jim Clark Motors  Inc. mconnolly@formanlaw.com, kanema@formanlaw.com

Michael J. Connolly
    on behalf of Interested Party Palmer Dodge  Inc. mconnolly@formanlaw.com, kanema@formanlaw.com

Michael J. Connolly
    on behalf of Interested Party Palmer Chrysler Jeep Dodge  Inc. mconnolly@formanlaw.com, kanema@formanlaw.com

Michael J. Connolly
    on behalf of Interested Party Conti Causeway Ford mconnolly@formanlaw.com  kanema@formanlaw.com

Michael J. Reynolds
    on behalf of Creditor General Products Corporation mreynolds@webbermcgill.com  mlynch@webbermcgill.com

Michael J. Ushkow
    on behalf of Defendant Chrysler Group LLC ushkowm@sullcrom.com  s&cmanagingclerk@sullcrom.com

Michael J. Ushkow
    on behalf of Unknown Chrysler Group LLC ushkowm@sullcrom.com  s&cmanagingclerk@sullcrom.com

Michael J. Ushkow
    on behalf of 3rd Pty Defendant Chrysler Group LLC ushkowm@sullcrom.com  s&cmanagingclerk@sullcrom.com

Michael J. Ushkow
    on behalf of Unknown Fiat S.P.A ushkowm@sullcrom.com  s&cmanagingclerk@sullcrom.com

Michael J. Venditto
    on behalf of Creditor General Electric Company mvenditto@reedsmith.com
    DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto
    on behalf of Creditor Gelco Corporation d/b/a GE Capital Fleet Services mvenditto@reedsmith.com
    DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael J. Venditto
    on behalf of Creditor General Electric Capital Corporation mvenditto@reedsmith.com
    DocketingECFNYC@ReedSmith.com;bankruptcy-2628@ecf.pacerpro.com

Michael James Edelman
    on behalf of Unknown Export Development Canada mjedelman@vedderprice.com
    ecfnydocket@vedderprice.com;docketing-6992@ecf.pacerpro.com;michael-jedelman-7401@ecf.pacerpro.com

Michael M. Krauss
    on behalf of Unknown U.S. Bank National Association  in its capacity as Indenture Trustee michael.krauss@dlapiper.com,
    Brenda.hanson@dlapiper.com

Michael P. Mallaney
    on behalf of Unknown McGurk-Meyers Chrysler mpmallaney@hudsonlaw.net

Michael P. Mallaney
    on behalf of Unknown Des Moines Chrysler mpmallaney@hudsonlaw.net

Michael R. Wernette
    on behalf of Creditor CIE Automotive USA  Inc. mwernette@schaferandweiner.com

Michael R. Wernette

on behalf of Creditor Cie Celaya  SA de CV mwernette@schaferandweiner.com

Michael R. Wernette

on behalf of Creditor Pintura Estampado y Montaje  SA de CV mwernette@schaferandweiner.com

Michael R. Wernette

on behalf of Creditor Pintura y Ensambles de Mexico  SA de CV mwernette@schaferandweiner.com

Michael R. Wernette

on behalf of Creditor Nugar SA de CV mwernette@schaferandweiner.com

Michael S. Davi

on behalf of Creditor Asbury Automotive Brandon  L.P. dba Courtesy Chrysler-Jeep-Dodge mdavi@chadbourne.com

Michael S. Davi

on behalf of Creditor Crown GDO LLC dba Crown Chrysler Dodge mdavi@chadbourne.com

Michael S. Davi

on behalf of Creditor Asbury Automotive Brandon  L.P. mdavi@chadbourne.com

Michael S. Davi

on behalf of Creditor Crown FDO LLC dba Crown Dodge of Fayetteville mdavi@chadbourne.com

Michael S. Fox

on behalf of Defendant Rhonda Masquat  Class Representative mfox@olshanlaw.com, docketclerk@olshanlaw.com

Michael S. Fox

on behalf of 3rd Pty Defendant Rhonda Masquat  Class Representative, mfox@olshanlaw.com, docketclerk@olshanlaw.com

Michael S. Fox

on behalf of Interested Party Rhonda Masquat  Class Representative, mfox@olshanlaw.com, docketclerk@olshanlaw.com

Michael T. Conway

on behalf of Unknown Jonathan L. Gold michael.conway@offitkurman.com

Michael T. Conway

on behalf of Creditor Florida East Coast Railway  L.L.C. michael.conway@offitkurman.com

Michael T. Materna

on behalf of Creditor Joseph R Bragg office@mclawyers.net

Michael Todd Ratay

on behalf of Plaintiff Timothy L. Blackwell tratay@mlgautomotivelaw.com

Michael W. Case

on behalf of Unknown Hofer Vineyards  LLC banderson@fcoplaw.com

Michelle Goldis

on behalf of Unknown Chrysler Group LLC michelle.goldis@wilmerhale.com

Michelle T. Sutter

on behalf of Unknown State of Ohio  ex rel. Richard Cordray, Attorney General msutter@ag.state.oh.us

Monica Susan Blacker,

on behalf of Creditor Knickerbocker Properties  Inc. XXV mblacker@jw.com

Monica Susan Blacker,

on behalf of Creditor W/H No. 26  Ltd., L.L.C. mblacker@jw.com

Nancy A. Valentine

on behalf of Unknown Casco Products  a Unit of Sequa Corporation navalentine@hahnlaw.com

Nancy A. Valentine

on behalf of Creditor Mid-West Forge Corporation navalentine@hahnlaw.com

Nancy Godinho Everett

on behalf of Creditor TransForm Automotive Inc. ecf_bank@winston.com

Nathan A Dickson, II

on behalf of Plaintiff Teixeira Powell ndickson@jinkslaw.com  csconyers@jinkslaw.com;cdavis@jinkslaw.com

Nathan E. Jones

on behalf of Creditor US Debt Recovery III  LP info@usdrllc.com

Nathan E. Jones

on behalf of Creditor US Debt Recovery IV  LLC info@usdrllc.com

Nathaniel Peter Holzer

on behalf of Unknown Cantwell Chrysler (Kingsville  Texas) ecf@jhwclaw.com

Neil E. Herman

on behalf of Creditor Drivesol Worldwide  Inc. neil.herman@kirkland.com

New Process Gear, Inc.
rweiss@honigman.com

Nicholas M. Miller
on behalf of Creditor BankFinancial FSB nmiller@mcdonaldhopkins.com  kporter@mcdonaldhopkins.com

Nina M. Varughese
on behalf of Interested Party SKF USA Inc. ninavarughese@yahoo.com

Nina M. Varughese
on behalf of Interested Party Peer Bearing Co. ninavarughese@yahoo.com

Nina M. Varughese
on behalf of Creditor Wilmington Trust Company ninavarughese@yahoo.com

Norman J. Hoffman
on behalf of Attorney Norman J. Hoffman njhinc@aol.com

Norman J. Hoffman
on behalf of Unknown Kirby Oldsmobile njhinc@aol.com

Norman J. Hoffman
njhinc@aol.com

Norman N Kinel
on behalf of Creditor Kawasaki Kisen Kaisha  Ltd., by and through its Agent, "K" Line America, Inc.
norman.kinel@squirepb.com, sarah.conley@squirepb.com,norman-kinel-4300@ecf.pacerpro.com

Norman N Kinel
on behalf of Unknown Stillwater Designs  Inc. norman.kinel@squirepb.com,
sarah.conley@squirepb.com,norman-kinel-4300@ecf.pacerpro.com

Norman N Kinel
on behalf of Creditor Avenir Technologies  Inc. d/b/a/ Visara International norman.kinel@squirepb.com,
sarah.conley@squirepb.com,norman-kinel-4300@ecf.pacerpro.com

Norman N Kinel
on behalf of Creditor Stillwater Designs  Inc. norman.kinel@squirepb.com,
sarah.conley@squirepb.com,norman-kinel-4300@ecf.pacerpro.com

Norman N Kinel
on behalf of Unknown Norman N. Kinel  Esq. norman.kinel@squirepb.com,
sarah.conley@squirepb.com,norman-kinel-4300@ecf.pacerpro.com

Norman N Kinel
on behalf of Attorney Duval & Stachenfeld LLP norman.kinel@squirepb.com
sarah.conley@squirepb.com,norman-kinel-4300@ecf.pacerpro.com

Oren Tasini
on behalf of Interested Party Hialeah Dodge  LLC otasini@hsplaw.com

P. Warren Hunt
on behalf of Creditor Fairmont Sign Company pwh@krwlaw.com

P. Warren Hunt
on behalf of Creditor Fleet-Car Lease  Inc. pwh@krwlaw.com

P. Warren Hunt
on behalf of Creditor Wellington Industries  Inc. pwh@krwlaw.com

P. Warren Hunt
on behalf of Creditor Reliable Carriers  Inc. pwh@krwlaw.com

P. Warren Hunt
on behalf of Creditor National Automotive Radiator Manufacturing Company Limited pwh@krwlaw.com

P. Warren Hunt
on behalf of Creditor KS Centoco Ltd. pwh@krwlaw.com

P. Warren Hunt
on behalf of Creditor The Crown Group  Incorporated pwh@krwlaw.com

P. Warren Hunt
on behalf of Creditor Keykert USA  Inc. pwh@krwlaw.com

P. Warren Hunt
on behalf of Creditor Volkswagen Group of America  Inc. pwh@krwlaw.com

P. Warren Hunt
on behalf of Creditor Tweddle Group pwh@krwlaw.com

Patrick Collins
on behalf of Unknown National Automobile Dealers Association pcollins@farrellfritz.com

Patrick J. Kukla

on behalf of Creditor Mt. Clemens Dodge  Inc. pkukla@carsonfischer.com

Patrick J. Kukla

on behalf of Creditor Behr America  Inc. pkukla@carsonfischer.com

Patrick J. Kukla

on behalf of Creditor Ruch Trucking Corporation pkukla@carsonfischer.com

Patrick J. Kukla

on behalf of Interested Party Bing Metals Group  Inc. pkukla@carsonfischer.com

Patrick J. Kukla

on behalf of Creditor Findlay Industries  Inc. pkukla@carsonfischer.com

Patrick J. Kukla

on behalf of Creditor Behr Dayton Thermal Products  LLC pkukla@carsonfischer.com

Patrick J. Kukla

on behalf of Unknown Rush Trucking Corporation pkukla@carsonfischer.com

Patrick J. Kukla

on behalf of Creditor Cobasys LLC pkukla@carsonfischer.com

Patrick J. Kukla

on behalf of Creditor DBM Technologies  LLC pkukla@carsonfischer.com

Paul J. Pascuzzi

on behalf of Creditor The McClatchy Company ppascuzzi@ffwplaw.com  docket@ffwplaw.com

Paul J. Ricotta

on behalf of Creditor Hitachi Automotive Products (USA)  Inc. and Tokico USA Incorporated pricotta@mintz.com, docketing@mintz.com

Paul J. Ricotta

on behalf of Creditor Hitachi Automotive Products (USA)  Inc. pricotta@mintz.com, docketing@mintz.com

Paul M. Alexander

on behalf of Unknown Bank of America  N.A. paul.alexander@millermartin.com, jennipher.borey@millermartin.com

Paul R. Hage

on behalf of Creditor Oakley Industries phage@jaffelaw.com  tneddermeyer@jaffelaw.com

Paul R. Hage

on behalf of Creditor Espas  Inc. phage@jaffelaw.com, tneddermeyer@jaffelaw.com

Paul R. Hage

on behalf of Creditor Industrial Experimental Technologies  LLC phage@jaffelaw.com, tneddermeyer@jaffelaw.com

Paul R. Hage

on behalf of Creditor Oakley Industries  Inc. phage@jaffelaw.com, tneddermeyer@jaffelaw.com

Paul R. Hage

on behalf of Creditor MPS Group  Inc. phage@jaffelaw.com, tneddermeyer@jaffelaw.com

Paul R. Hage

on behalf of Creditor Sharp Model Company phage@jaffelaw.com  tneddermeyer@jaffelaw.com

Paul R. Hage

on behalf of Attorney Jaffe Raitt Heuer & Weiss  P.C. phage@jaffelaw.com, tneddermeyer@jaffelaw.com

Paul R. Hage

on behalf of Creditor Quality Metalcraft  Inc. phage@jaffelaw.com, tneddermeyer@jaffelaw.com

Paul R. Hage

on behalf of Creditor Vitro Automotriz S.A. de C.V. phage@jaffelaw.com  tneddermeyer@jaffelaw.com

Paul R. Hage

on behalf of Creditor Sharp Model  Inc. phage@jaffelaw.com, tneddermeyer@jaffelaw.com

Paul R. Hage

on behalf of Creditor Vitro Flex S.A. de C.V. phage@jaffelaw.com  tneddermeyer@jaffelaw.com

Paul R. Norman

pnorman@boardmanlawfirm.com

Paul R. Norman

on behalf of Attorney Paul R. Norman pnorman@boardmanlawfirm.com

Paula A. Hall

on behalf of Creditor BRC Rubber & Plastics  Inc. hall@bwst-law.com, marbury@bwst-law.com

Paula A. Hall

|  |  |
|---|---|
| | on behalf of Unknown Brooks Wilkins Sharkey & Turco PLLC hall@bwst-law.com  marbury@bwst-law.com |
| Paula A. Hall | |
| | on behalf of Creditor Miniature Precision Components  Inc. hall@bwst-law.com, marbury@bwst-law.com |
| Paula A. Hall | |
| | on behalf of Creditor Weber Automotive Corporation hall@bwst-law.com  marbury@bwst-law.com |
| Paula A. Hall | |
| | on behalf of Creditor Viking Plastics hall@bwst-law.com  marbury@bwst-law.com |
| Paula A. Hall | |
| | on behalf of Creditor Charter Automotive hall@bwst-law.com  marbury@bwst-law.com |
| Paula A. Hall | |
| | on behalf of Creditor Repair Industries of Michigan  Inc. hall@bwst-law.com, marbury@bwst-law.com |
| Paula K. Jacobi | |
| | on behalf of Unknown H.M. White  Inc. pjacobi@btlaw.com |
| Paula K. Jacobi | |
| | on behalf of Creditor H.M. White  Inc. pjacobi@btlaw.com |
| Pauline MK Young | |
| | on behalf of Plaintiff Scott Perno pauline.young@esqnj.com |
| Peter Corey | |
| | on behalf of Unknown Kin Properties  Inc. pcorey@maccosternlaw.com, cgallo@maccosternlaw.com |
| Peter Corey | |
| | on behalf of Unknown Auto Meter Products  Inc. pcorey@maccosternlaw.com, cgallo@maccosternlaw.com |
| Peter D'Apice | |
| | on behalf of Creditor Patricia Pascale dapice@sbep-law.com |
| Peter D'Apice | |
| | on behalf of Creditor Committee Official Committee of Unsecured Creditors dapice@sbep-law.com |
| Peter D'Apice | |
| | on behalf of Plaintiff The Official Committee of Unsecured Creditors of Old Carco LLC (f/k/a Chrysler LLC) dapice@sbep-law.com |
| Peter A. Clark | |
| | pclark@btlaw.com |
| Peter Alan Zisser | |
| | on behalf of Creditor Arcelormittal Dofasco Inc. Lawzisser@twcny.rr.com |
| Peter Alan Zisser | |
| | on behalf of Creditor Dofasco  Inc. Lawzisser@twcny.rr.com |
| Peter Alan Zisser | |
| | on behalf of Creditor ArcelorMittal Tubular Products USA Corporation Lawzisser@twcny.rr.com |
| Peter Alan Zisser | |
| | on behalf of Creditor The Goodyear Tire & Rubber Company Lawzisser@twcny.rr.com |
| Peter Alan Zisser | |
| | on behalf of Creditor ArcelorMittal USA  Inc. Lawzisser@twcny.rr.com |
| Peter Alan Zisser | |
| | on behalf of Unknown Committee of Chrysler Affected Dealers Lawzisser@twcny.rr.com |
| Peter Alan Zisser | |
| | on behalf of Creditor Morse Electric Inc. Lawzisser@twcny.rr.com |
| Peter B. McGlynn | |
| | on behalf of Unknown Newbury Street Real Estate  Inc. pmcglynn@bg-llp.com |
| Peter Gregory Schwed | |
| | on behalf of Unknown Deloitte Tax LLP gschwed@loeb.com  tcummins@ecf.courtdrive.com |
| Peter J. Tranchida | |
| | on behalf of Unknown Iroquois Industries  Inc. pjtranchida@sbcglobal.net |
| Peter S. Russ | |
| | on behalf of Creditor ATEL LEASING CORPORATION peter.russ@bipc.com  donna.curcio@bipc.com |
| Peter Thomas Kotula | |
| | on behalf of Unknown State of Michigan  Department of Licensing & Regulatory Affairs, Unemployment Insurance Agency kotulap@michigan.gov |
| Peter Thomas Kotula | |

on behalf of Creditor State of Michigan  Department of Licensing & Regulatory Affairs, Unemployment Insurance Agency kotulap@michigan.gov

Peter V. Pantaleo

on behalf of Creditor JP Morgan Chase Bank  N.A. ppantaleo@stblaw.com

R. Scott Williams

on behalf of Interested Party Engine Oil Sludge Products Lia. MDL No. 20 In re: Chrysler LLC 2.7 Ltr V-6 rsw@hsy.com

R. Scott Williams

on behalf of Interested Party Case No. 2:09-01149 West VA Class Representatives Robert Trezza rsw@hsy.com

R. Scott Williams

on behalf of Interested Party ED CA Case No. 1:08-632 Class Representatives Lisa Stuart  Scott Stuart, Patricia Heinen, John Darago and Mike Potter v. DaimlerChrysler Corp. rsw@hsy.com

R. Scott Williams

on behalf of Interested Party Dist Mass Case No. 2:09-11049 Class Representative Ellen Burk v. Chrysler  LLC rsw@hsy.com

Rachel M. Cherington

on behalf of Attorney Chrysler Group LLC rcherington@jhany.com

Ralph E. McDowell

on behalf of Interested Party Comerica Bank rmcdowell@bodmanlaw.com

Ralph E. McDowell

on behalf of Creditor Key Plastics  L.L.C. rmcdowell@bodmanlaw.com

Ralph E. McDowell

on behalf of Creditor Edscha North America rmcdowell@bodmanlaw.com

Ralph E. McDowell

on behalf of Creditor Avon Automotive rmcdowell@bodmanlaw.com

Ralph E. McDowell

on behalf of Creditor Techform Products Limited rmcdowell@bodmanlaw.com

Ralph E. McDowell

on behalf of Creditor Cadillac Rubber & Plastic  d/b/a Avon Automotive rmcdowell@bodmanlaw.com

Ralph E. McDowell

on behalf of Unknown KUKA AG  KUKA Toledo Production Operations LLC, KUKA Robotics Corporation, KUKA Assembly and Test Corp. and KUKA Systems Corporation North America rmcdowell@bodmanlaw.com

Ralph E. McDowell

on behalf of Creditor Detroit Diesel Corporation and Detroit Diesel Remanufacturing Corporation rmcdowell@bodmanlaw.com

Ralph E. McDowell

on behalf of Creditor Gil-Mar Manufacturing Co. rmcdowell@bodmanlaw.com

Ralph E. McDowell

on behalf of Creditor Bharat Forge America Inc. rmcdowell@bodmanlaw.com

Ralph E. McDowell

on behalf of Creditor Citation Corporation rmcdowell@bodmanlaw.com

Ralph E. McDowell

on behalf of Unknown Hayes Lemmerz International  Inc. rmcdowell@bodmanlaw.com

Ralph E. McDowell

on behalf of Creditor Brembo North America  Inc. rmcdowell@bodmanlaw.com

Ralph E. McDowell

on behalf of Creditor Experi-Metal  Inc. rmcdowell@bodmanlaw.com

Ralph E. McDowell

on behalf of Creditor Production Modeling Corporation rmcdowell@bodmanlaw.com

Ralph E. McDowell

on behalf of Creditor Freudenberg-NOK General Partnership rmcdowell@bodmanlaw.com

Ralph R. McKee

on behalf of Creditor Mayco International rmckee@allardfishpc.com

Randyl Meigs

on behalf of Defendant Tommy Manuel Chrysler Jeep  Inc. rmeigs@mcdonaldlaw.com

Randyl Meigs

on behalf of Unknown Tommy Manuel Chrysler - Jeep  Inc. rmeigs@mcdonaldlaw.com

Randyl Meigs

on behalf of Defendant Tommy J. Manuel rmeigs@mcdonaldlaw.com

Raymond D. McElfish
          on behalf of Unknown Carolyn Carlson opotanas@mcelfishlaw.com

Raymond D. McElfish
          on behalf of Unknown Richard Carlson opotanas@mcelfishlaw.com

Rebecca Randolph
          on behalf of Unknown Hanover County  Virginia rbrandolph@co.hanover.va.us

Rein F. Krammer
          on behalf of Creditor Foster Electric USA  Inc. rkrammer@masudafunai.com, docketing@masudafunai.com

Rein F. Krammer
          on behalf of Creditor Mitsubishi Heavy Industries America  Inc. and Mitsubishi Engine North America, Inc.
          rkrammer@masudafunai.com, docketing@masudafunai.com

Richard B. Honig
          on behalf of Creditor Bruss North America  Inc. rbhonig@hlgslaw.com, efiling@hlgslaw.com

Richard E. Kruger
          on behalf of Creditor Industrial Experimental Technologies  LLC rkruger@jaffelaw.com, tneddermeyer@jaffelaw.com

Richard E. Kruger
          on behalf of Interested Party BMW Hybrid Technology Corp. rkruger@jaffelaw.com  tneddermeyer@jaffelaw.com

Richard E. Kruger
          on behalf of Creditor Vitro Flex S.A. de C.V. rkruger@jaffelaw.com  tneddermeyer@jaffelaw.com

Richard E. Kruger
          on behalf of Creditor Sharp Model  Inc. rkruger@jaffelaw.com, tneddermeyer@jaffelaw.com

Richard E. Kruger
          on behalf of Creditor Oakley Industries rkruger@jaffelaw.com  tneddermeyer@jaffelaw.com

Richard Gary Mason
          on behalf of Creditor Morgan Stanley Senior Funding  INC. rgmason@wlrk.com, calert@wlrk.com

Richard J. Bernard
          on behalf of Unknown Ohio Bureau Workers Compensation rbernard@foley.com

Richard J. Bernard
          on behalf of Unknown Hewlett Packard Canada Limited rbernard@foley.com

Richard J. Bernard
          on behalf of Unknown Electronic Data Systems  LLC, d/b/a HP Enterprise Services rbernard@foley.com

Richard J. Bernard
          on behalf of Unknown Hewlett Packard rbernard@foley.com

Richard J. Bernard
          on behalf of Unknown EDS Canada Corp.  f/k/a EDS Canada, Inc. rbernard@foley.com

Richard M. Kremen
          on behalf of Creditor Wisconsin Electric Power Company richard.kremen@dlapiper.com

Richard M. Kremen
          on behalf of Creditor Computer Sciences Corporation richard.kremen@dlapiper.com

Richard M. Kremen
          on behalf of Creditor Wisconsin Gas LLC d/b/a WE Energies richard.kremen@dlapiper.com

Richard M. Kremen
          on behalf of Unknown Sedgwick Claims Management Services  Inc. richard.kremen@dlapiper.com

Richard M. Meth
          on behalf of Creditor Ancira Motor Company (d/b/a Ancira Chrysler Jeep Dodge) msteen@foxrothschild.com

Richard M. Meth
          on behalf of Creditor Oakland County Treasurer  Wayne County Treasurer, Heidtman Steel Products, Inc., New Technology Steel,
          LLC and HOEGH Autoliners Holdings AS msteen@foxrothschild.com

Richard M. Meth
          on behalf of Creditor Kraft Foods Global  Inc. msteen@foxrothschild.com

Richard M. Meth
          on behalf of Creditor Lone Star IH-10  Ltd. msteen@foxrothschild.com

Richard M. Meth
          on behalf of Creditor Broadway Lone Star  Ltd. msteen@foxrothschild.com

Richard M. Meth
          on behalf of Creditor Collector of Revenue of St. Louis County  Missouri and St. Louis County Economic Council
          msteen@foxrothschild.com

Richard M. Meth
on behalf of Creditor St. Louis County  Missouri and the City of Fenton, Missouri msteen@foxrothschild.com

Richard W. Martinez
on behalf of Creditor Specialty Engine Components  LLC claire@rwmaplc.com

Richard W. Martinez
on behalf of Creditor W A Thomas Company claire@rwmaplc.com

Richardo I. Kilpatrick
on behalf of Creditor Heidtman Steel Products  Inc. ecf@kaalaw.com

Richardo I. Kilpatrick
on behalf of Creditor Hoegh Autoliners Holdings  Inc. ecf@kaalaw.com

Richardo I. Kilpatrick
on behalf of Creditor North America Fuel Systems Remanufacturing  LLC ecf@kaalaw.com

Richardo I. Kilpatrick
on behalf of Creditor Oakland University ecf@kaalaw.com

Richardo I. Kilpatrick
on behalf of Creditor Oakland County Treasurer ecf@kaalaw.com

Richardo I. Kilpatrick
on behalf of Creditor Wayne County Treasurer ecf@kaalaw.com

Richardo I. Kilpatrick
on behalf of Creditor Hapag-Lloyd AG ecf@kaalaw.com

Richardo I. Kilpatrick
on behalf of Creditor City of Detroit ecf@kaalaw.com

Richardo I. Kilpatrick
on behalf of Creditor New Technology Steel  LLC ecf@kaalaw.com

Rob Charles
on behalf of Creditor Jim Click  Inc. rcharles@lrrc.com, bankruptcynotices@lrrc.com

Robert Dehney
on behalf of Creditor Carman Dodge  Inc. rdehney@mnat.com, chare@mnat.com;mhall@mnat.com

Robert Sidorsky
on behalf of Creditor Meritor Suspension Systems Company  U.S. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky
on behalf of Creditor Koyo Corporation Tennessee-Morristown rsidorsky@russopllc.com  yana@kruzhkovrusso.com

Robert Sidorsky
on behalf of Creditor GKN Sinter Metals  LCC rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky
on behalf of Creditor FEV  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky
on behalf of Creditor Kyoritsu Seiki America  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky
on behalf of Creditor Machine Tool & Gear  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky
on behalf of Creditor ThyssenKrupp Materials NA  Inc. d/b/a Ken-Mac Metals rsidorsky@russopllc.com,
yana@kruzhkovrusso.com

Robert Sidorsky
on behalf of Creditor Tupy American Foundry  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky
on behalf of Creditor Kabaya Industry Company  Ltd. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky
on behalf of Creditor NGK Spark Plugs (USA)  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky
on behalf of Creditor Guangzhou Fuyao Glass Co. Ltd. rsidorsky@russopllc.com  yana@kruzhkovrusso.com

Robert Sidorsky
on behalf of Creditor syncreon North America Holdings Inc. rsidorsky@russopllc.com  yana@kruzhkovrusso.com

Robert Sidorsky
on behalf of Creditor Trelleborg YSH  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky

on behalf of Creditor JKEKT Automotive South Carolina rsidorsky@russopllc.com  yana@kruzhkovrusso.com

Robert Sidorsky

on behalf of Creditor Schrader International  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky

on behalf of Creditor TWB Company  LLC rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky

on behalf of Creditor JTEKT Automotive Tennessee-Morristown  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky

on behalf of Creditor Qualis Automotive LLC rsidorsky@russopllc.com  yana@kruzhkovrusso.com

Robert Sidorsky

on behalf of Creditor Federal-Mogul Ignition Company rsidorsky@russopllc.com  yana@kruzhkovrusso.com

Robert Sidorsky

on behalf of Creditor ThyssenKrupp Presta Danville  LLC rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky

on behalf of Creditor Synova  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso

Robert Sidorsky

on behalf of Creditor Hutchinson Sealing Systems  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky

on behalf of Creditor Aisin World Corp. of America rsidorsky@russopllc.com  yana@kruzhkovrusso.com

Robert Sidorsky

on behalf of Creditor JTEKT Automotive Tennessee rsidorsky@russopllc.com  yana@kruzhkovrusso.com

Robert Sidorsky

on behalf of Creditor Sanyo Machine America Corp. rsidorsky@russopllc.com  yana@kruzhkovrusso.com

Robert Sidorsky

on behalf of Creditor Diamond Electric Manufacturing Corp. rsidorsky@russopllc.com  yana@kruzhkovrusso.com

Robert Sidorsky

on behalf of Creditor Federal-Mogul Powertrain  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky

on behalf of Creditor Air International (U.S.)  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky

on behalf of Creditor Technical Training  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky

on behalf of Creditor Arvin Meritor OE  LLC rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky

on behalf of Creditor Autodata Solutions  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky

on behalf of Creditor Newcor  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky

on behalf of Creditor Federal-Mogul Piston Rings  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky

on behalf of Creditor Schrader Electronics  Ltd. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky

on behalf of Creditor Tupy S.A. rsidorsky@russopllc.com  yana@kruzhkovrusso.com

Robert Sidorsky

on behalf of Creditor Meritor Suspension Systems Company rsidorsky@russopllc.com  yana@kruzhkovrusso.com

Robert Sidorsky

on behalf of Creditor Pierburg  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky

on behalf of Creditor Federal-Mogul Canada Limited rsidorsky@russopllc.com  yana@kruzhkovrusso.com

Robert Sidorsky

on behalf of Creditor Hutchinson Transferencia de Fluidos Mexico S.A. de C.V. rsidorsky@russopllc.com
yana@kruzhkovrusso.com

Robert Sidorsky

on behalf of Creditor Toyoda Gosei  NA rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky

on behalf of Creditor Ideal Clamp Products  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

District/off: 0208-1                              User: admin                                    Page 63 of 77
Date Rcvd: Mar 01, 2021                          Form ID: 144                                    Total Noticed: 702

Robert Sidorsky
                    on behalf of Creditor Faurecia Automotive Seating  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky
                    on behalf of Creditor Federal-Mogul Weisbaden GmbH rsidorsky@russopllc.com  yana@kruzhkovrusso.com

Robert Sidorsky
                    on behalf of Creditor Harada Industry of America  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky
                    on behalf of Creditor Faurecia Interior Systems  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky
                    on behalf of Creditor Irvin Automotive Products  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky
                    on behalf of Creditor Federal-Mogul Corporation rsidorsky@russopllc.com  yana@kruzhkovrusso.com

Robert Sidorsky
                    on behalf of Creditor Meritor Mexicana S.A. de C.V. rsidorsky@russopllc.com  yana@kruzhkovrusso.com

Robert Sidorsky
                    on behalf of Creditor New Mather Metals rsidorsky@russopllc.com  yana@kruzhkovrusso.com

Robert Sidorsky
                    on behalf of Creditor Federal-Mogul Leakless Sealing Co. rsidorsky@russopllc.com  yana@kruzhkovrusso.com

Robert Sidorsky
                    on behalf of Creditor Sur-Flo Plastics & Engineering  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky
                    on behalf of Creditor Koyo Corporation of USA rsidorsky@russopllc.com  yana@kruzhkovrusso.com

Robert Sidorsky
                    on behalf of Creditor Faurecia Exhaust Systems  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky
                    on behalf of Creditor Federal-Mogul SA de CV rsidorsky@russopllc.com  yana@kruzhkovrusso.com

Robert Sidorsky
                    on behalf of Creditor ThyssenKrupp Materials NA  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky
                    on behalf of Creditor Air International Thermal (Australia) Pty Ltd. rsidorsky@russopllc.com  yana@kruzhkovrusso.com

Robert Sidorsky
                    on behalf of Creditor ThyssenKrupp Waupaca  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky
                    on behalf of Creditor Dresden Industrial-Rodney rsidorsky@russopllc.com  yana@kruzhkovrusso.com

Robert Sidorsky
                    on behalf of Creditor UFI Filters Group rsidorsky@russopllc.com  yana@kruzhkovrusso.com

Robert Sidorsky
                    on behalf of Creditor Washers  Inc. d/b/a Alpha Stamping Company rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky
                    on behalf of Creditor EFTEC North America  LLC rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky
                    on behalf of Creditor Plastronics Plus  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky
                    on behalf of Creditor Bates Acquisition LLC rsidorsky@russopllc.com  yana@kruzhkovrusso.com

Robert Sidorsky
                    on behalf of Creditor KSR International Co rsidorsky@russopllc.com  yana@kruzhkovrusso.com

Robert Sidorsky
                    on behalf of Creditor Gates Corporation rsidorsky@russopllc.com  yana@kruzhkovrusso.com

Robert Sidorsky
                    on behalf of Creditor Paulstra CRC Corporation rsidorsky@russopllc.com  yana@kruzhkovrusso.com

Robert Sidorsky
                    on behalf of Creditor Exedy-Dynax America Corp. rsidorsky@russopllc.com  yana@kruzhkovrusso.com

Robert Sidorsky
                    on behalf of Creditor Federal-Mogul Products  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky
                    on behalf of Creditor syncreon.US Inc. rsidorsky@russopllc.com  yana@kruzhkovrusso.com

District/off: 0208-1 · · · · · · · · · · · · · · · · · · · · User: admin · · · · · · · · · · · · · · · · · · · · · · · · · · · Page 64 of 77
Date Rcvd: Mar 01, 2021 · · · · · · · · · · · · · · · · Form ID: 144 · · · · · · · · · · · · · · · · · · · · · · · · Total Noticed: 702

Robert Sidorsky
        on behalf of Creditor Karl Schmidt Unisia  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky
        on behalf of Creditor GKN Driveline Bowling Green  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky
        on behalf of Creditor ElringKlinger North America  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky
        on behalf of Creditor Syncreon America  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky
        on behalf of Creditor ThyssenKrupp System Engineering  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky
        on behalf of Creditor Daido Metal U.S.A.  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky
        on behalf of Creditor Meritor LVS  S.A. de C.V. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky
        on behalf of Creditor GKN Driveline North America  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky
        on behalf of Creditor Hutchinson Autopartes Mexico  S.A. de C.V. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky
        on behalf of Creditor ThyssenKrupp Bilstein Sasa S.A. de C.V. rsidorsky@russopllc.com  yana@kruzhkovrusso.com

Robert Sidorsky
        on behalf of Creditor Dresden Industrial-Stratford rsidorsky@russopllc.com  yana@kruzhkovrusso.com

Robert Sidorsky
        on behalf of Creditor Oakley Industries rsidorsky@russopllc.com  yana@kruzhkovrusso.com

Robert Sidorsky
        on behalf of Creditor ThyssenKrupp North America  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky
        on behalf of Creditor Minacs Group (USA)  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky
        on behalf of Creditor Martinrea International  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky
        on behalf of Creditor ThyssenKrupp Automotive Sales and Technical Center  Inc. rsidorsky@russopllc.com,
        yana@kruzhkovrusso.com

Robert Sidorsky
        on behalf of Creditor Marposs Corporation rsidorsky@russopllc.com  yana@kruzhkovrusso.com

Robert Sidorsky
        on behalf of Creditor NSK Steering Systems America  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky
        on behalf of Creditor TK Holdings  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky
        on behalf of Creditor Faurecia Interiors Systems  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky
        on behalf of Creditor Alps Automotive  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky
        on behalf of Creditor ThyssenKrupp Presta SteerTec USA  LLC rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky
        on behalf of Creditor ElringKlinger USA  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky
        on behalf of Creditor Dresden Industrial-Ridgetown rsidorsky@russopllc.com  yana@kruzhkovrusso.com

Robert Sidorsky
        on behalf of Creditor Hutchinson Seal de Mexico  S.A. de C.V. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky
        on behalf of Creditor KYB Manufacturing NA  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky
        on behalf of Creditor Machining Center  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky

District/off: 0208-1
User: admin

Date Rcvd: Mar 01, 2021
Form ID: 144
Total Noticed: 702

on behalf of Creditor Sankyo Oilless Industry (USA) Corp. rsidorsky@russopllc.com  yana@kruzhkovrusso.com

Robert Sidorsky

on behalf of Creditor China Automotive Systems  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky

on behalf of Creditor Rochester Gear  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky

on behalf of Creditor KSR Internacional S de RL de CV rsidorsky@russopllc.com  yana@kruzhkovrusso.com

Robert Sidorsky

on behalf of Creditor Flexible Products Co. rsidorsky@russopllc.com  yana@kruzhkovrusso.com

Robert Sidorsky

on behalf of Creditor Dirksen Screw Products Co. rsidorsky@russopllc.com  yana@kruzhkovrusso.com

Robert Sidorsky

on behalf of Creditor McCord Payen de Mexico  S De R.L. de C.V. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky

on behalf of Creditor Hutchinson FTS  Inc. rsidorsky@russopllc.com, yana@kruzhkovrusso.com

Robert Sidorsky

on behalf of Creditor NSK Corporation rsidorsky@russopllc.com  yana@kruzhkovrusso.com

Robert A Rausch

on behalf of Defendant Durocher Auto Sales  Inc. rausch@maynardoconnorlaw.com

Robert A. Bell, Jr.

on behalf of Creditor Hirschvogel Inc. rabell@vorys.com

Robert A. Kennedy, Jr.

on behalf of Unknown Estate Of Evelyn Jeranek kennedy.law@frontiernet.net

Robert B. Rubin

on behalf of Creditor Susan Schein Chrysler  Dodge, Inc. brubin@burr.com

Robert B. Rubin

on behalf of Creditor Gilbert Mohr brubin@burr.com

Robert B. Weiss

on behalf of Creditor A.G. Simpson Automotive Inc. rweiss@honigman.com

Robert B. Weiss

on behalf of Interested Party VM Motori  S.p.A. rweiss@honigman.com

Robert B. Weiss

on behalf of Interested Party General Motors Corporation rweiss@honigman.com

Robert B. Weiss

on behalf of Interested Party Magna International  Inc. rweiss@honigman.com

Robert B. Weiss

on behalf of Creditor New Process Gear  Inc. rweiss@honigman.com

Robert B. Weissman,

on behalf of Creditor Nicholas L. Pullano  Jr. rweissman@skdllp.com

Robert B. Weissman,

on behalf of Creditor Lorraine E. Pullano rweissman@skdllp.com

Robert Beau Leonard

on behalf of Creditor Chrysler Insurance Company rleonard@tlggr.com  canderson@tlggr.com

Robert C. Goodrich, Jr.

on behalf of Creditor Bridgestone Americas Tire Operations  LLC bgoodrich@burr.com, mmayes@burr.com;sspeed@burr.com

Robert C. Goodrich, Jr.

on behalf of Creditor Akebono Corporation (North America) bgoodrich@burr.com  mmayes@burr.com;sspeed@burr.com

Robert D. Gordon

on behalf of Creditor Master Automatic Machine Company  Inc. rgordon@clarkhill.com

Robert D. Gordon

on behalf of Creditor McNaughton-McKay Electric Co. rgordon@clarkhill.com

Robert D. Wolford

on behalf of Creditor Benteler Automotive Corp. ecfwolfordr@millerjohnson.com

Robert E. Kaelin

on behalf of Creditor Bob Boast Dodge  Inc. rkaelin@murthalaw.com, jrabin@murthalaw.com

Robert H. Skilton, III
on behalf of Creditor MAHLE Industries  Inc. rskilton@wnj.com

Robert H. Skilton, III
on behalf of Creditor Shape Corp. rskilton@wnj.com

Robert H. Skilton, III
on behalf of Creditor Robert Bosch rskilton@wnj.com

Robert H. Skilton, III
on behalf of Creditor GHSP  Inc. rskilton@wnj.com

Robert J. Feinstein
on behalf of Creditor Committee Conflicts Counsel to the Official Committee of Unsecured Creditors of Old Carco LLC f/k/a
Chrysler LLC  et al. rfeinstein@pszyj.com, lcanty@pszjlaw.com

Robert J. Feinstein
on behalf of Creditor Committee Official Committee of Unsecured Creditors rfeinstein@pszyj.com  lcanty@pszjlaw.com

Robert J. Feinstein
on behalf of Other Prof. Pachulski Stang Ziehl & Jones LLP rfeinstein@pszyj.com  lcanty@pszjlaw.com

Robert J. Figa
on behalf of Creditor George P. Johnson Company rfiga@comlawone.com

Robert N. Bassel
on behalf of Creditor Eberspaecher North America  Inc. bbassel@gmail.com

Robert N. Michaelson
on behalf of Creditor SAS Institute Inc. rmichaelson@r3mlaw.com  hcolon@r3mlaw.com

Robert R. Kracht
on behalf of Creditor Dealer Tire  LLC. rrk@mccarthylebit.com

Robert R. Leinwand
on behalf of Interested Party Neil Huffman Inc. rrl@robinsonbrog.com  rleinwand@yahoo.com

Robert R. Leinwand
on behalf of Creditor Milam Jeep Mazda Inc. rrl@robinsonbrog.com  rleinwand@yahoo.com

Robert R. Leinwand
on behalf of Creditor John Cullen Dodge  Inc. rrl@robinsonbrog.com, rleinwand@yahoo.com

Robert R. Leinwand
on behalf of Interested Party Wright Dodge  LLC rrl@robinsonbrog.com, rleinwand@yahoo.com

Robert R. Leinwand
on behalf of Interested Party South Holland Dodge  Inc. rrl@robinsonbrog.com, rleinwand@yahoo.com

Robert R. Leinwand
on behalf of Interested Party Southeast Automotive  Inc. rrl@robinsonbrog.com, rleinwand@yahoo.com

Robert R. Leinwand
on behalf of Creditor Performance Dodge LLC rrl@robinsonbrog.com  rleinwand@yahoo.com

Robert R. Leinwand
on behalf of Interested Party Coleman Chrysler Jeep  Inc. rrl@robinsonbrog.com, rleinwand@yahoo.com

Robert R. Leinwand
on behalf of Creditor Wallace Chrysler Jeep LLC rrl@robinsonbrog.com  rleinwand@yahoo.com

Robert R. Leinwand
on behalf of Creditor Golden Motors  Inc. rrl@robinsonbrog.com, rleinwand@yahoo.com

Robert R. Leinwand
on behalf of Interested Party Chris Auffenberg Ford Inc. rrl@robinsonbrog.com  rleinwand@yahoo.com

Robert R. Leinwand
on behalf of Interested Party Brown & Wood  Inc. rrl@robinsonbrog.com, rleinwand@yahoo.com

Robert R. Leinwand
on behalf of Interested Party Riverside Auto Sales of Marquette Inc. rrl@robinsonbrog.com  rleinwand@yahoo.com

Robert R. Leinwand
on behalf of Interested Party Coleman Auto Group  Inc. rrl@robinsonbrog.com, rleinwand@yahoo.com

Robert R. Leinwand
on behalf of Interested Party Neil Huffman Enterprises  Inc. rrl@robinsonbrog.com, rleinwand@yahoo.com

Robert R. Leinwand
on behalf of Interested Party Cook Jeep Chrysler  Inc. rrl@robinsonbrog.com, rleinwand@yahoo.com

Robert R. Leinwand

on behalf of Interested Party South Shore Chrysler  Inc. rrl@robinsonbrog.com, rleinwand@yahoo.com

Robert R. Leinwand

on behalf of Interested Party Rhodes Auto Center  Inc. rrl@robinsonbrog.com, rleinwand@yahoo.com

Robert R. Leinwand

on behalf of Interested Party Quality Jeep Chrysler  Inc. rrl@robinsonbrog.com, rleinwand@yahoo.com

Robert R. Leinwand

on behalf of Interested Party Cape County Autopark I  Inc. rrl@robinsonbrog.com, rleinwand@yahoo.com

Robert R. Leinwand

on behalf of Interested Party Southeast Signature Motors  Inc. rrl@robinsonbrog.com, rleinwand@yahoo.com

Robert T. Schmidt

on behalf of Attorney Kramer Levin Naftalis & Frankel LLP rschmidt@kramerlevin.com

Robert T. Schmidt

on behalf of Financial Advisor Mesirow Financial Consulting  LLC rschmidt@kramerlevin.com

Robert T. Schmidt

on behalf of Creditor Committee Official Committee of Unsecured Creditors rschmidt@kramerlevin.com

Robert T. Smith

on behalf of Creditor CNI Enterprises  Inc. rsmith@cniinc.cc

Robert W. Phillips

on behalf of Creditor Ad Hoc Committee of Mesothelioma and Lung Cancer Claimants rphillips@simmonscooper.com

Rocco A. Cavaliere

on behalf of Creditor The CIT Group/Equipment Financing  Inc. & CIT Financial USA, Inc. rcavaliere@tarterkrinsky.com,
snobles@tarterkrinsky.com

Rocco A. Cavaliere

on behalf of Attorney CIT Group/Equipment Financing  Inc. & CIT Financial USA, Inc. rcavaliere@tarterkrinsky.com,
snobles@tarterkrinsky.com

Rocco A. Cavaliere

on behalf of Attorney De Lage Landen Financial Services rcavaliere@tarterkrinsky.com  snobles@tarterkrinsky.com

Ronald L. Rose

on behalf of Spec. Counsel Dykema Gossett PLLC rrose@dykema.com

Rowena G. Santos

on behalf of Defendant FCA US LLC rsantos@thompsoncoburn.com

Russell Kent

on behalf of Unknown Florida Attorney General russell.kent@myfloridalegal.com

Ryan B. Bennett

on behalf of Interested Party Lear Corporation rbennett@kirkland.com
cristine.pirro@kirkland.com;jacob.johnston@kirkland.com;anna.terteryan@kirkland.com

Ryan D. Heilman

on behalf of Creditor Kongsberg Automotive  Inc. ryan@wernetteheilman.com

Ryan D. Heilman

on behalf of Creditor BASF Catalysts  LLC ryan@wernetteheilman.com

Ryan D. Heilman

on behalf of Interested Party Plast-O-Foam ryan@wernetteheilman.com

Ryan D. Heilman

on behalf of Creditor CIE Automotive USA  Inc. ryan@wernetteheilman.com

Ryan D. Heilman

on behalf of Creditor Active Burgess Mould & Design  Inc. ryan@wernetteheilman.com

Ryan D. Heilman

on behalf of Creditor Midwest Mold  LLC ryan@wernetteheilman.com

Ryan D. Heilman

on behalf of Creditor BASF Corporation ryan@wernetteheilman.com

Ryan D. Heilman

on behalf of Creditor Pintura y Ensambles de Mexico  SA de CV ryan@wernetteheilman.com

Ryan D. Heilman

on behalf of Unknown Kongsberg Automotive  Inc. ryan@wernetteheilman.com

Ryan D. Heilman

on behalf of Creditor Pintura Estampado y Montaje  SA de CV ryan@wernetteheilman.com

Ryan D. Heilman
on behalf of Creditor Cie Celaya  SA de CV ryan@wernetteheilman.com

Ryan D. Heilman
on behalf of Creditor Nugar SA de CV ryan@wernetteheilman.com

Ryan D. Heilman
on behalf of Creditor Flight Systems Automotive Group LLC ryan@wernetteheilman.com

SAP America. Inc.
kschweiker@brownconnery.com

Sally M. Henry
on behalf of Unknown Skadden  Arps, Slate, Meagher & Flom LLP Sally.Henry@skadden.com

Sally M. Henry
on behalf of Unknown Daimler AG and certain affiliates Sally.Henry@skadden.com

Sally M. Henry
on behalf of Defendant Daimler AG Sally.Henry@skadden.com

Sally M. Henry
on behalf of Creditor Daimler AG and DaimlerChrysler do Brazil Ltda Sally.Henry@skadden.com

Sally M. Henry
on behalf of Interested Party Mercedes-Benz USA  LLC Sally.Henry@skadden.com

Sally M. Henry
on behalf of Creditor Daimler AG Sally.Henry@skadden.com

Sam Della Fera, Jr.
on behalf of Creditor Sika Corporation sdellafera@msbnj.com  ldipaolo@msbnj.com

Samuel C. Wisotzkey
on behalf of Creditor Integrys Energy Services  Inc. swisotzkey@kmksc.com, kmksc@kmksc.com

Sandra E. Mayerson
on behalf of Creditor The Goodyear Tire & Rubber Company sandy@mhlaw-ny.com

Sandra E. Mayerson
on behalf of Creditor ArcelorMittal USA  Inc. sandy@mhlaw-ny.com

Sanford Philip Rosen
on behalf of Attorney Sanford P. Rosen & Associates  P.C. srosen@rosenpc.com, RosenSR81087@notify.bestcase.com

Sanford Philip Rosen
on behalf of Creditor Madison Electric Company srosen@rosenpc.com  RosenSR81087@notify.bestcase.com

Sanford Philip Rosen
on behalf of Unknown N.S. International Ltd. srosen@rosenpc.com  RosenSR81087@notify.bestcase.com

Sarah M. Chen
on behalf of Unknown Grubbs Nissan Mid-Cities  Ltd. docket@lockelord.com

Sarasota Chrysler Ltd.
wgreen@formanlaw.com

Sathyan Mathai
on behalf of Unknown Terry Martin  et al. sathyan.mathai@gmail.com

Scott Cargill
on behalf of Creditor AT&T Companies scargill@lowenstein.com

Scott A. Golden
on behalf of Unknown News America Incorporated scott.golden@hoganlovells.com

Scott A. Wolfson
on behalf of Creditor Automotive Components Holdings  LLC swolfson@wolfsonbolton.com, stravis@wolfsonbolton.com

Scott A. Wolfson
on behalf of Interested Party Ford Motor Company swolfson@wolfsonbolton.com  stravis@wolfsonbolton.com

Scott H. Morgan
on behalf of Defendant FCA US LLC smorgan@thompsoncoburn.com

Scott J. Freedman
on behalf of Creditor The Dow Chemical Company sfreedman@dilworthlaw.com

Scott M. Harrington
on behalf of Creditor Thule  Inc. sharrington@dmoc.com

Scott M. Harrington
on behalf of Creditor Valley Towing Products sharrington@dmoc.com

District/off: 0208-1
Date Rcvd: Mar 01, 2021

User: admin
Form ID: 144

Page 69 of 77
Total Noticed: 702

Sean A. O'Neal
on behalf of Creditor APS East Coast  Inc. soneal@cgsh.com, maofiling@cgsh.com

Sean A. O'Neal
on behalf of Creditor AMPORTS  Inc. soneal@cgsh.com, maofiling@cgsh.com

Sean C. Southard
on behalf of Plaintiff TRW Automotive U.S. LLC ssouthard@klestadt.com

Sean C. Southard
on behalf of Unknown TRW Automotive U.S. LLC and its affiliates ssouthard@klestadt.com

Sean C. Southard
on behalf of Plaintiff TRW Automotive Holdings Corp.  ssouthard@klestadt.com

Sean C. Southard
on behalf of Creditor TRW Automotive US LLC ssouthard@klestadt.com

Sean M. Walsh
on behalf of Creditor L&W Engineering Co. swalsh@gmhlaw.com  lsugars@gmhlaw.com

Sean M. Walsh
on behalf of Creditor CTA Acoustics  Inc. swalsh@gmhlaw.com, lsugars@gmhlaw.com

Sean M. Walsh
on behalf of Creditor AZ Automotive Corporation swalsh@gmhlaw.com  lsugars@gmhlaw.com

Sean M. Walsh
on behalf of Creditor TSM Corporation swalsh@gmhlaw.com  lsugars@gmhlaw.com

Sedoo A. Manu
on behalf of Plaintiff Mara Manuel info@aoelaw.com  sedoo@aoelaw.com

Sedoo A. Manu
on behalf of Unknown Lynn Grimstad info@aoelaw.com  sedoo@aoelaw.com

Sedoo A. Manu
on behalf of Unknown Manuel Mara info@aoelaw.com  sedoo@aoelaw.com

Sedoo A. Manu
on behalf of Defendant FCA US LLC info@aoelaw.com  sedoo@aoelaw.com

Sedoo A. Manu
on behalf of Plaintiff Lynn Grimstad info@aoelaw.com  sedoo@aoelaw.com

Sergei Lemberg
on behalf of Unknown Michelle Simmons slemberg@lemberglaw.com

Sharon B. Rosenberg
on behalf of Defendant FCA US LLC srosenberg@thompsoncoburn.com

Shawn M. Christianson
on behalf of Creditor Oracle USA  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Shawn Randall Fox
on behalf of Creditor Tyco International Ltd. sfox@mcguirewoods.com

Shawn Randall Fox
on behalf of Creditor ADT Security Services  Inc. sfox@mcguirewoods.com

Shawn Randall Fox
on behalf of Unknown CSX Transportation  Inc. sfox@mcguirewoods.com

Shawn Randall Fox
on behalf of Creditor SimplexGrinnell LP sfox@mcguirewoods.com

Shawn Randall Fox
on behalf of Creditor Hitchiner Manufacturing Co.  Inc. sfox@mcguirewoods.com

Sheila A. Ramacci
on behalf of Interested Party River Oaks Chrysler Jeep  Inc. dlf9601b@aol.com

Sheila M. Smith
on behalf of Creditor Mee O Sanders ssmith@frekingandbetz.com

Shelly A. DeRousse
on behalf of Unknown Nissan Motor Co.  Ltd. sderousse@stahlcowen.com

Shelly A. DeRousse
on behalf of Creditor Nissan North America  Inc. sderousse@stahlcowen.com

Shelly A. DeRousse
on behalf of Unknown Nissan Motor Acceptance Corporation sderousse@stahlcowen.com

Sherry K. Dreiserwerd
on behalf of Creditor Reuther's Investment Company  d/b/a Reuther's Jeep-Chrysler-Plymouth sdreiserwerd@polsinelli.com, robrien@polsinelli.com;docket@polsinelli.com

Sherry K. Dreiserwerd
on behalf of Creditor Reuther Dodge LLC sdreiserwerd@polsinelli.com, robrien@polsinelli.com;docket@polsinelli.com

Sonya N. Goll
on behalf of Creditor Deluxe Stamping & Die Company sgoll@sbplclaw.com

Sonya N. Goll
on behalf of Unknown HP Pelzer Automotive Systems  Inc. sgoll@sbplclaw.com

Sonya N. Goll
on behalf of Creditor Moeller Manufacturing Company  LLC sgoll@sbplclaw.com

Stanley B. Tarr
on behalf of Attorney CIT Financial USA  Inc. tarr@blankrome.com

Stanley B. Tarr
on behalf of Attorney CIT Group/Equipment Financing  Inc. tarr@blankrome.com

Stanley B. Tarr
on behalf of Unknown The CIT Group/Equipment Financing  Inc. tarr@blankrome.com

Stanley D. Ference, III
on behalf of Creditor New City Auto Sales courts@ferencelaw.com

Stanley D. Ference, III
on behalf of Creditor Corwin Jeep Sales & Service  Inc. courts@ferencelaw.com

Stanley D. Ference, III
on behalf of Creditor Corwin Chrysler courts@ferencelaw.com

Stanley D. Ference, III
on behalf of Creditor Golick Chrysler Jeep  Inc. courts@ferencelaw.com

Stanley D. Ference, III
on behalf of Creditor Krebs Chrysler Plymouth  Inc. courts@ferencelaw.com

Stanley D. Ference, III
on behalf of Creditor Beckman Motor Co. Inc. courts@ferencelaw.com

Stanley D. Ference, III
on behalf of Creditor Kalmar Motor Sales  Inc. courts@ferencelaw.com

Stanley D. Ference, III
on behalf of Creditor Verona Motor Sales  Inc. courts@ferencelaw.com

Stanley D. Ference, III
on behalf of Creditor Krebs Motors North  Inc. courts@ferencelaw.com

Stanley D. Ference, III
on behalf of Creditor H.E. Wagner Motor Sales Co. courts@ferencelaw.com

Stanley D. Ference, III
on behalf of Creditor Krebs Chrysler Jeep  Inc. courts@ferencelaw.com

Stephanie Wickouski
on behalf of Creditor Brehm Praezisionstechnik GmBH & Co. KG d/b/a Brehm GmBH swickouski@lockelord.com dortiz@bclplaw.com;REC_KM_ECF_NYC@bclplaw.com

Stephanie S. Monplaisir
on behalf of Creditor Frankie Overton stephanie.monplaisir@beasleyallen.com  angela.talley@beasleyallen.com

Stephanie S. Monplaisir
on behalf of Plaintiff Scott Graham stephanie.monplaisir@beasleyallen.com  angela.talley@beasleyallen.com

Stephen Pidgeon
on behalf of Interested Party South Holland Dodge  Inc. stephen.pidgeon@comcast.net

Stephen A. D'Aunoy
on behalf of Defendant FCA US LLC sdaunoy@thompsoncoburn.com

Stephen B. Grow
on behalf of Creditor Shape Corp. sgrow@wnj.com  kfrantz@wnj.com

Stephen B. Grow
on behalf of Creditor Corvac Composites  LLC sgrow@wnj.com, kfrantz@wnj.com

Stephen B. Grow
on behalf of Creditor Haworth  Inc. sgrow@wnj.com, kfrantz@wnj.com

District/off: 0208-1                                    User: admin                                    Page 71 of 77
Date Rcvd: Mar 01, 2021                                 Form ID: 144                                    Total Noticed: 702

Stephen B. Grow
on behalf of Creditor GHSP  Inc. sgrow@wnj.com, kfrantz@wnj.com

Stephen B. Kass
on behalf of Unknown Jack Key Auto Transport  Inc. skass@sbkass.com,
drevzin@sbkass.com;ovishneva@sbkass.com;SBK.ECF@gmail.com

Stephen B. Selbst
on behalf of Creditor Bridgestone Americas Tire Operations  LLC sselbst@herrick.com,
courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst
on behalf of Unknown Lakewood Chrysler-Plymouth  Inc. sselbst@herrick.com,
courtnotices@herrick.com;lporetsky@herrick.com

Stephen B. Selbst
on behalf of Unknown Medved Chrysler Jeep Dodge  Inc. sselbst@herrick.com,
courtnotices@herrick.com;lporetsky@herrick.com

Stephen D. Lerner
on behalf of Unknown Committee of Chrysler Affected Dealers stephen.lerner@squirepb.com
sarah.conley@squirepb.com;stephen-lerner-2073@ecf.pacerpro.com

Stephen D. Susman
on behalf of Plaintiff The Official Committee of Unsecured Creditors of Old Carco LLC (f/k/a Chrysler LLC)
ssusman@susmangodfrey.com  mritter@susmangodfrey.com

Stephen D. Susman
on behalf of Plaintiff Liquidation Trust ssusman@susmangodfrey.com  mritter@susmangodfrey.com

Stephen D. Susman
on behalf of Debtor Old Carco Motors LLC ssusman@susmangodfrey.com  mritter@susmangodfrey.com

Stephen H. Gross
on behalf of Unknown Dell Financial Services L.L.C. shgross5@yahoo.com

Stephen H. Gross
on behalf of Unknown Dell Marketing  L.P. shgross5@yahoo.com

Stephen L. Gershner
on behalf of Unknown Crain CDJ  LLC. slg@dlf-ar.com

Stephen L. Yonaty
on behalf of Creditor CEVA Freight Management syonaty@chwattys.com

Stephen M. Gross
on behalf of Creditor ADCO Products  Inc. sgross@mcdonaldhopkins.com

Stephen M. Gross
on behalf of Attorney McDonald Hopkins PLC sgross@mcdonaldhopkins.com

Stephen M. Gross
on behalf of Creditor Getrag Transmissions Manufacturing LLC sgross@mcdonaldhopkins.com

Stephen T. Morrow
on behalf of Unknown John Mason stephen.morrow@rhoadeslegal.com  carol.mccool@rhoadeslegal.com

Stephen Vincent Falanga
on behalf of Creditor Panasonic Electric Works Corporation of America sfalanga@connellfoley.com  ntravostino@walsh.law

Steve Mark Fuhrman
on behalf of Creditor JP Morgan Chase Bank  N.A. sfuhrman@stblaw.com

Steven Cousins
on behalf of Interested Party St. Louis County Economic Council scousins@armstrongteasdale.com

Steven Cousins
on behalf of Creditor St. Louis County Collector of Revenue scousins@armstrongteasdale.com

Steven A. Ginther
on behalf of Unknown Missouri Department of Revenue sdnyecf@dor.mo.gov

Steven B. Flancher
on behalf of Creditor State Of Michigan  Department Of Treasury flanchers@michigan.gov

Steven B. Flancher
on behalf of Creditor State of Michigan  Department of Treasury, Revenue Division flanchers@michigan.gov

Steven D. DeRuyter
steven.deruyter@leonard.com

Steven D. DeRuyter
on behalf of Interested Party Hudson Chrysler  LLC steven.deruyter@leonard.com

Steven D. DeRuyter
          on behalf of Interested Party Stillwater Motor Company steven.deruyter@leonard.com

Steven D. DeRuyter
          on behalf of Interested Party Fury Dodge d/b/a Fury Dodge Chrysler Lake Elmo steven.deruyter@leonard.com

Steven D. DeRuyter
          on behalf of Interested Party Pen Motors  Inc. d/b/a Miller Hill Chrysler Jeep steven.deruyter@leonard.com

Steven D. DeRuyter
          on behalf of Interested Party Roseville Chrysler  Inc. steven.deruyter@leonard.com

Steven D. DeRuyter
          on behalf of Interested Party Dodge of Burnsville  Inc. steven.deruyter@leonard.com

Steven D. DeRuyter
          on behalf of Interested Party Brooklyn Center Motors  LLC steven.deruyter@leonard.com

Steven D. DeRuyter
          on behalf of Interested Party Juettner Motors  Inc. steven.deruyter@leonard.com

Steven D. Moore
          on behalf of Unknown Holdiman Motor  Inc. moore@cflaw.com

Steven F. Alexsy
          on behalf of Creditor Future Die Cast and Engineering  Inc. sa@alawdetroit.com

Steven F. Alexsy
          on behalf of Creditor Logghe Stamping Co. sa@alawdetroit.com

Steven Harris Blatt
          on behalf of Creditor Tarbox Motors  Inc. and Tarbox Chrysler Jeep, LLC sblatt@dealerlaw.com

Steven Harris Blatt
          on behalf of Unknown The Rejected Dealer Clients sblatt@dealerlaw.com

Steven J. Reisman
          on behalf of Unknown Curtis  Mallet-Prevost, Colt & Mosle LLP sreisman@katten.com, nyc.bknotices@katten.com

Steven J. Reisman
          on behalf of Interested Party Chrysler Canada Inc. sreisman@katten.com  nyc.bknotices@katten.com

Steven J. Reisman
          on behalf of Interested Party Chrysler de Mexico  S.A. de C.V. sreisman@katten.com, nyc.bknotices@katten.com

Steven J. Reisman
          on behalf of Creditor WRR Environmental Services Co.  Inc. sreisman@katten.com, nyc.bknotices@katten.com

Steven L. Holley
          on behalf of Defendant Chrysler Group LLC holleys@sullcrom.com
          s&cmanagingclerk@sullcrom.com;steven-holley-2342@ecf.pacerpro.com

Steven L. Holley
          on behalf of Defendant Chrysler LLC holleys@sullcrom.com
          s&cmanagingclerk@sullcrom.com;steven-holley-2342@ecf.pacerpro.com

Steven L. Holley
          on behalf of Defendant Chrysler Group L.L.C. holleys@sullcrom.com
          s&cmanagingclerk@sullcrom.com;steven-holley-2342@ecf.pacerpro.com

Steven L. Holley
          on behalf of 3rd Pty Defendant Chrysler Group LLC holleys@sullcrom.com
          s&cmanagingclerk@sullcrom.com;steven-holley-2342@ecf.pacerpro.com

Steven L. Holley
          on behalf of Defendant Daimler Chrysler Motor Company LLC holleys@sullcrom.com
          s&cmanagingclerk@sullcrom.com;steven-holley-2342@ecf.pacerpro.com

Steven L. Holley
          on behalf of Defendant CHRYSLER GROUP  LLC. holleys@sullcrom.com,
          s&cmanagingclerk@sullcrom.com;steven-holley-2342@ecf.pacerpro.com

Steven L. Holley
          on behalf of Unknown Chrysler Group LLC holleys@sullcrom.com
          s&cmanagingclerk@sullcrom.com;steven-holley-2342@ecf.pacerpro.com

Steven L. Holley
          on behalf of Defendant Chrysler Corp. holleys@sullcrom.com
          s&cmanagingclerk@sullcrom.com;steven-holley-2342@ecf.pacerpro.com

Steven L. Holley
          on behalf of Plaintiff Chrysler Group LLC holleys@sullcrom.com
          s&cmanagingclerk@sullcrom.com;steven-holley-2342@ecf.pacerpro.com

Steven R. Montgomery

on behalf of Unknown Data Sales Co.  Inc. smontgomery@rawle.com

Stuart A. Laven, Jr.

on behalf of Creditor Hilite Industries  Inc. slaven@cavitch.com

Stuart I. Rich

on behalf of Unknown St. Pete Jeep Eagle Inc. sir@msf-law.com

Susan Power-Johnston

on behalf of Unknown Union Pacific Railroad sjohnston@cov.com

Susan Power-Johnston

on behalf of Creditor UNION PACIFIC RAILROAD COMPANY sjohnston@cov.com

Susan Power-Johnston

on behalf of Creditor Union Pacific Railway Company sjohnston@cov.com

Susan Power-Johnston

on behalf of Unknown Covington & Burling LLP sjohnston@cov.com

Susan Power-Johnston

on behalf of Creditor Union Pacific Railroad Company sjohnston@cov.com

Susan Power-Johnston

on behalf of Creditor Insight Network Logistics  LLC and Insight Network Transportation Inc. sjohnston@cov.com

Susan Power-Johnston

on behalf of Unknown Mitsubishi Motors North America  Inc. sjohnston@cov.com

Susan Przekop-Shaw

on behalf of Unknown Michigan Workers' Compensation Agency przekopshaws@michigan.gov

Susan Przekop-Shaw

on behalf of Creditor Workers' Compensation Agency przekopshaws@michigan.gov

Susan K. Ehlers

on behalf of Creditor St. Louis County  Missouri and the City of Fenton, Missouri sehlers@armstrongteasdale.com

Susan K. Ehlers

on behalf of Creditor St. Louis County Collector of Revenue sehlers@armstrongteasdale.com

Susan K. Ehlers

on behalf of Interested Party St. Louis County Economic Council sehlers@armstrongteasdale.com

Susan M. Cook

on behalf of Creditor Linamar Corporation smcook@lambertleser.com

Susan M. Cook

on behalf of Creditor Caravan/Knight Facilities Management  LLC smcook@lambertleser.com

Susan M. Cook

on behalf of Creditor Federal Screw Works smcook@lambertleser.com

Susan M. Cook

on behalf of Creditor Wright-K Technology  Inc. smcook@lambertleser.com

Susan M. Cook

on behalf of Creditor Mahar Tool Supply Co. smcook@lambertleser.com

T. Darin Boggs

on behalf of Unknown Dave Croft Motor  Inc. tboggs@balblawyers.com

Tad Thomas

on behalf of Defendant Raymond Cottrell maryellen.mynear@ag.ky.gov

Tara La Morte

on behalf of Unknown United States Department of the Treasury tara.lamorte2@usdoj.gov

Terence D. Watson

on behalf of Creditor Gregory L. Smith  as Co-Trustee of the Gregory L. Smith GST Nonexempt Trust under the Smith Family
Irrevocable Trust and the Gary P. Smith GST Nonexempt Trust twatson@lowenstein.com

Teresa K.D. Currier

on behalf of Creditor University of Delaware tcurrier@saul.com  tbuck@saul.com

Terry L. Zabel

on behalf of Creditor Martin Transportation Systems  Inc. ecf-tlz@rhoadesmckee.com

Terry L. Zabel

on behalf of Creditor Grand Rapids Plastics  Inc. ecf-tlz@rhoadesmckee.com

Theresa V. Brown-Edwards

on behalf of Creditor Norfolk Southern Corporation and Norfolk Southern Railway bankruptcy@potteranderson.com

Thomas A. Biscup

tombiscup1@aol.com  nmgriffith88@aol.com

Thomas A. Connop

on behalf of Creditor Grubbs Nissan Mid-Cities  Ltd. dba Grubbs Nissan Chrysler Jeep tconnop@lockeliddell.com

Thomas C. Johnson

on behalf of Creditor Michigan Unemployment Insurance Agency johnsontc@michigan.gov

Thomas F. Koegel

on behalf of Interested Party Enterprise Rent-A-Car Company tkoegel@flk.com

Thomas H. Yardley

on behalf of Unknown Massey-Yardley Chrysler-Plymouth Inc bankruptcy@yardleylaw.net

Thomas J. FitzGerald

on behalf of Unknown Bud Brown Chrysler  Inc tfitzgerald@lathropgage.com

Thomas J. Schank

on behalf of Creditor ZF Friedrichshafen AG tomschank@hunterschank.com

Thomas J. Schank

on behalf of Creditor ZF Group North American Operations  Inc. tomschank@hunterschank.com

Thomas K. Lindahl

on behalf of Creditor Chemico Systems  Inc. tlindahl@kotzsangster.com, jdesantis@kotzsangster.com

Thomas K. Lindahl

on behalf of Creditor Global Automotive Systems  LLC tlindahl@kotzsangster.com, jdesantis@kotzsangster.com

Thomas K. Lindahl

on behalf of Unknown Comau  Inc. tlindahl@kotzsangster.com, jdesantis@kotzsangster.com

Thomas Moers Mayer

on behalf of Unknown The Official Committee of Unsecured Creditors tmayer@kramerlevin.com
docketing@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com;wkane@kramerlevin.com

Thomas Moers Mayer

on behalf of Creditor Committee The Official Committee of Unsecured Creditors of Chrysler LLC  et al.
tmayer@kramerlevin.com, docketing@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com;wkane@kramerlevin.com

Thomas P. Sarb

on behalf of Creditor Burke E. Porter Machinery Co. ecfsarbt@millerjohnson.com

Thomas P. Sarb

on behalf of Creditor Michigan Spring & Stamping ecfsarbt@millerjohnson.com

Thomas P. Sarb

on behalf of Creditor Benteler Automotive Corp. ecfsarbt@millerjohnson.com

Thomas P. Sarb

on behalf of Creditor Pridgeon & Clay  Inc. ecfsarbt@millerjohnson.com

Thomas R. Fawkes

on behalf of Creditor Trico Products Corporation thomas.fawkes@tuckerellis.com
brittany.falkner@tuckerellis.com;Docket-CHI@tuckerellis.com

Thomas R. Fawkes

on behalf of Creditor PGW  LLC thomas.fawkes@tuckerellis.com,
brittany.falkner@tuckerellis.com;Docket-CHI@tuckerellis.com

Thomas R. Fawkes

on behalf of Creditor Mercer Health and Benefits LLC thomas.fawkes@tuckerellis.com
brittany.falkner@tuckerellis.com;Docket-CHI@tuckerellis.com

Thomas R. Fawkes

on behalf of Creditor Mercer LLC thomas.fawkes@tuckerellis.com
brittany.falkner@tuckerellis.com;Docket-CHI@tuckerellis.com

Thomas R. Fawkes

on behalf of Creditor Country Motors d/b/a Lincoln Trail Chrysler Jeep Dodge thomas.fawkes@tuckerellis.com
brittany.falkner@tuckerellis.com;Docket-CHI@tuckerellis.com

Thomas V. Askounis

on behalf of Creditor Park National Bank taskounis@askounisdarcy.com  rwoolley@askounisdarcy.com

Thomas V. Askounis

on behalf of Creditor First Bank of Highland Park taskounis@askounisdarcy.com  rwoolley@askounisdarcy.com

Tiffany Strelow Cobb

on behalf of Creditor TWB de Mexico  S.A. de C.V. tscobb@vorys.com, mdwalkuski@vorys.com;lnfromme@vorys.com

District/off: 0208-1                          User: admin                          Page 75 of 77
Date Rcvd: Mar 01, 2021                       Form ID: 144                         Total Noticed: 702

Tiffany Strelow Cobb

on behalf of Creditor AOL LLC tscobb@vorys.com  mdwalkuski@vorys.com;lnfromme@vorys.com

Tiffany Strelow Cobb

on behalf of Creditor The Gerstenslager Company tscobb@vorys.com  mdwalkuski@vorys.com;lnfromme@vorys.com

Tiffany Strelow Cobb

on behalf of Creditor Worthington Specialty Processing tscobb@vorys.com  mdwalkuski@vorys.com;lnfromme@vorys.com

Tiffany Strelow Cobb

on behalf of Creditor TWB Company LLC tscobb@vorys.com  mdwalkuski@vorys.com;lnfromme@vorys.com

Tiffany Strelow Cobb

on behalf of Creditor The Worthington Steel Company tscobb@vorys.com  mdwalkuski@vorys.com;lnfromme@vorys.com

Tiffany Strelow Cobb

on behalf of Creditor Turner Broadcasting System  Inc. tscobb@vorys.com, mdwalkuski@vorys.com;lnfromme@vorys.com

Timothy A. Barnes

on behalf of Interested Party Chrysler Canada Inc. tbarnes@curtis.com

Timothy A. Barnes

on behalf of Interested Party Chrysler de Mexico  S.A. de C.V. tbarnes@curtis.com

Timothy D. Moratzka

on behalf of Creditor Bowman & Brooke  LLP tdm@mcmlaw.com

Timothy M. Mauser

on behalf of Creditor Richard Olson tmauser@mauserlaw.com

Timothy W. Brink

on behalf of Unknown Sedgwick Claims Management Services  Inc. tbrink@mpslaw.com, dnichols@mpslaw.com

Tracy L. Klestadt

on behalf of Creditor Steel Technologies  Inc. tklestadt@klestadt.com, tklestadt@yahoo.com

Travis N. Turner

on behalf of Creditor CSC Corporate Domains  Inc. tturner@cscinfo.com

Trent P. Cornell

on behalf of Interested Party National Chrysler Retirement Organization tcornell@pedersenhoupt.com

Tricia A. Sherick

on behalf of Interested Party Magna International  Inc. tsherick@honigman.com

Tricia J. Bloomer

on behalf of Defendant Daimler North America Corporation (f/k/a DaimlerChrysler North America Holding Corporation) tbloomer@bsfllp.com

Tricia J. Bloomer

on behalf of Defendant Daimler Investments US Corporation (f/k/a DaimlerChrysler Holding Corporation) tbloomer@bsfllp.com

Tricia J. Bloomer

on behalf of Defendant Daimler AG (f/k/a DaimlerChrysler AG) tbloomer@bsfllp.com

Tyson A. Crist

on behalf of Creditor Midwest Acoust-A-Fiber  Inc. Tyson.Crist@icemiller.com, Thyrza.Skofield@icemiller.com

United States Trustee

USTPRegion02.NYECF@USDOJ.GOV

Veerle Roovers

on behalf of Debtor Old Carco International Corporation vroovers@jonesday.com

Veerle Roovers

on behalf of Debtor Old Carco LLC vroovers@jonesday.com

Veerle Roovers

on behalf of Debtor Old Carco Realty Company LLC vroovers@jonesday.com

Veerle Roovers

on behalf of Debtor TPF Asset  LLC vroovers@jonesday.com

Veerle Roovers

on behalf of Debtor Old Carco International Limited  L.L.C. vroovers@jonesday.com

Veerle Roovers

on behalf of Debtor Old Carco International Services  S.A. vroovers@jonesday.com

Veerle Roovers

on behalf of Debtor Dealer Capital  Inc. vroovers@jonesday.com

Veerle Roovers

on behalf of Debtor Peapod Mobility LLC vroovers@jonesday.com

Veerle Roovers

on behalf of Debtor Old Carco Service Contracts Inc. vroovers@jonesday.com

Veerle Roovers

on behalf of Debtor Old Carco Technologies Middle East Ltd. vroovers@jonesday.com

Veerle Roovers

on behalf of Debtor Old Carco Aviation Inc. vroovers@jonesday.com

Veerle Roovers

on behalf of Debtor Old Carco Dutch Holding LLC vroovers@jonesday.com

Veerle Roovers

on behalf of Debtor Old Carco Motors LLC vroovers@jonesday.com

Veerle Roovers

on behalf of Debtor NEV Mobile Service  LLC vroovers@jonesday.com

Veerle Roovers

on behalf of Debtor Old Carco Vans LLC vroovers@jonesday.com

Veerle Roovers

on behalf of Debtor Old Carco Transport Inc. vroovers@jonesday.com

Veerle Roovers

on behalf of Debtor Utility Assets LLC vroovers@jonesday.com

Veerle Roovers

on behalf of Debtor Chrysler Service Contracts Florida  Inc. vroovers@jonesday.com

Veerle Roovers

on behalf of Debtor NEV Service  LLC vroovers@jonesday.com

Veerle Roovers

on behalf of Debtor Chrysler Institute of Engineering vroovers@jonesday.com

Veerle Roovers

on behalf of Debtor TPF Note  LLC vroovers@jonesday.com

Veerle Roovers

on behalf of Debtor Old Carco Dutch Investment LLC vroovers@jonesday.com

Veerle Roovers

on behalf of Debtor Global Electric Motorcars  LLC vroovers@jonesday.com

Veerle Roovers

on behalf of Debtor Old Carco Dutch Operating Group LLC vroovers@jonesday.com

Veerle Roovers

on behalf of Debtor DCC 929  Inc. vroovers@jonesday.com

Victoria D. Garry

on behalf of Unknown Ohio Bureau Workers Compensation vgarry@ag.state.oh.us

Victoria D. Garry

on behalf of Unknown Ohio Attorney General vgarry@ag.state.oh.us

Victoria D. Garry

on behalf of Unknown State of Ohio  ex rel. Richard Cordray, Attorney General vgarry@ag.state.oh.us

Victoria D. Garry

on behalf of Creditor Ohio Department of Taxation vgarry@ag.state.oh.us

Victoria D. Garry

on behalf of Defendant Joseph W. Testa  Tax Commissioner of Ohio and the Ohio Department of Taxation vgarry@ag.state.oh.us

Victoria D. Garry

on behalf of Unknown Ohio Bureau of Workers' Compensation vgarry@ag.state.oh.us

Victoria Torkwase Orafa

on behalf of Plaintiff Lynn Grimstad info@aoelaw.com

Victoria Torkwase Orafa

on behalf of Plaintiff Mara Manuel info@aoelaw.com

W. Clark Watson

on behalf of Creditor Don Drennen Chrysler-Jeep  Inc. cwatson@balch.com

W. Clark Watson

on behalf of Creditor Crown Motors  Inc. cwatson@balch.com

W. Clark Watson
                    on behalf of Attorney Balch & Bingham LLP cwatson@balch.com

W. David Arnold
                    on behalf of Unknown Affinia Group  Inc./Wix Filtration Corp. darnold@rcolaw.com

W. David Arnold
                    on behalf of Creditor Affinia Group  Inc./Wix Filtration Corp. darnold@rcolaw.com

W. Timothy Miller
                    on behalf of Creditor Brenntag Great Lakes  LLC miller@taftlaw.com, docket@taftlaw.com;ljasper@taftlaw.com

Wallace M. Handler
                    on behalf of Creditor Woco Acoustic Systems  Inc. whandler@swappc.com, tlooney@swappc.com

Wanda Borges
                    on behalf of Creditor Raycom Media  Inc. ecfcases@borgeslawllc.com

Wayne Kitchens
                    on behalf of Creditor Ramirez Chrysler Jeep Dodge  Inc. wkitchens@hwa.com

Wayne Kitchens
                    wkitchens@hwa.com

Wayne M. Greenwald
                    on behalf of Creditor Nicholas L. Pullano  Jr. grimlawyers@aol.com

Wayne M. Greenwald
                    on behalf of Creditor Lorraine E. Pullano grimlawyers@aol.com

Wendy B. Green
                    on behalf of Creditor Sarasota Chrysler Ltd. wgreen@formanlaw.com

Wesley B Gilchrist
                    on behalf of Defendant FCA US LLC wgilchrist@lightfootlaw.com

William Heuer
                    on behalf of Creditor Kumho Tires U.S.A wheuer@westernmanllp.com

William D. Kahn
                    on behalf of Unknown Susan Uresti lawofficesofdennisross@yahoo.com

William Douglas White
                    on behalf of Creditor Delmarva Power & Light Company wdw@mccarthywhite.com

William Douglas White
                    on behalf of Creditor Potomac Electric Power Company wdw@mccarthywhite.com

William F. Bologna
                    on behalf of Unknown William F. Bologna & Associates wfbologna@aol.com

William F. Bologna
                    on behalf of Defendant Chrysler Group LLC wfbologna@aol.com

William J. Hanlon
                    on behalf of Creditor National Logistics Management Co. whanlon@seyfarth.com  bosdocket@seyfarth.com

William M. Barron
                    on behalf of Creditor Durr Ecoclean Inc. wbarron@sgrlaw.com  nyoecf@sgrlaw.com

William M. Hawkins
                    on behalf of Plaintiff Ryan  Inc. whawkins@loeb.com, NYBKDocket@loeb.com

William M. Olah
                    wmolah@wilkinsonlaw.com

William M. Olah
                    on behalf of Attorney William M. Olah wmolah@wilkinsonlaw.com

William M. Olah
                    on behalf of Unknown Jacob Consulting wmolah@wilkinsonlaw.com

William T. Green, III
                    on behalf of Creditor c/o William T. Green Lawrence Marshall Chrysler uncbill@msn.com

Winnifred P. Boylan
                    on behalf of Unknown Linamar Corporation wpboylan@lambertleser.com

Wm. David Coffey, III
                    on behalf of Creditor Cardenas Motors  Inc. wdcoffeylaw@yahoo.com


TOTAL: 1530