**Hearing Date and Time: October 14, 2021 @ 10:00 a.m. EDT**
**Objection Deadline: October 7, 2021 at 4:00p.m. EDT**

**GIBBONS P.C.**
Robert K. Malone, Esq.
Brett S. Theisen, Esq.
One Pennsylvania Plaza, 37th Fl.
New York, New York 10119
Telephone:  (212) 613-2000
Facsimile:   (212) 290-2018
E-mail:  rmalone@gibbonslaw.com
 btheisen@gibbonslaw.com

*Counsel for FCA US LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| OLD CARCO LLC, *et al.,* | Case No. 09-50002 (DSJ) |
| Debtors. | (Jointly Administered) |

**NOTICE OF HEARING**

This hearing will be held on Zoom.
Anyone wishing to appear by Zoom is invited to register using the link below.

Topic: OLD CARCO LLC  09-50002(DSJ)
Hearing on *FCA US LLC's Motion to Enforce the Court's Sale Order [Docket No. 3232]*
October 14, 2021 10:00 AM Eastern Time

**Join Zoom Meeting**
**For more information, here's a link to the Court's Zoom Video Hearing Guide**
**https://www.nysb.uscourts.gov/zoom-video-hearing-guide**

**PLEASE TAKE NOTICE** that on September 30, 2021, FCA US LLC ("**Movant**") filed

the *FCA US LLC's Motion to Enforce the Court's Sale Order [Docket No. 3232]* (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that a virtual hearing via Zoom (the "**Virtual**

**Hearing**") on the Motion has been scheduled to be held before the Honorable David S. Jones,

United States Bankruptcy Judge, of the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, 10004 (the "**Bankruptcy Court**") on **October 14, 2021 at 10:00a.m. (EDT)** seeking entry of an order to enforce the Court's Sale Order.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the Motion must be made in writing, with a hard copy to Chambers, conform to the Federal Rules of Bankruptcy Procedure and the Local Rules for the United States Bankruptcy Court for the Southern District of New York, to be filed with the Bankruptcy Court so as to be actually received by the undersigned counsel for FCA US LLC not later than **October 7, 2021 at 4:00 p.m. (EDT)** (the "**Objection Deadline**")**.**

**If you fail to respond in accordance with this notice by the Objection Deadline, the Court may grant the relief requested in the Motion without further notice or an opportunity to be heard.**

Dated: September 30, 2021
    New York, New York

                                          Respectfully submitted,

                                          By:   */s/ Brett S. Theisen*
                                              Robert K. Malone, Esq.
                                              Brett S. Theisen, Esq.
                                              **GIBBONS P.C.**
                                              One Pennsylvania Plaza, 37th Fl.
                                              New York, New York 10119
                                              Telephone: (212) 613-2000
                                              Facsimile: (212) 290-2018
                                              E-mail:   rmalone@gibbonslaw.com
                                                                   btheisen@gibbonslaw.com

                                          *Counsel for FCA US LLC*