**GIBBONS P.C.**
Robert K. Malone
Brett S. Theisen
One Pennsylvania Plaza, 37th Floor
New York, New York 10119
Telephone: (212) 613-2000
Facsimile: (212) 290-2018
Email:  rmalone@gibbonslaw.com
btheisen@gibbonslaw.com
*Counsel to FCA US LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re                                                                           :        Chapter 11
                                                                                    :
OLD CARCO LLC, *et al.*,                                      :        Case No. 09-50002 (DSJ)
                                                                                    :
                                        Debtors.               :        (Jointly Administered)
                                                                                    :
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

1.  I, Brett S. Theisen, an attorney representing FCA US LLC in the above-captioned matter, hereby certify that on September 30, 2021, I caused a copy of *FCA US LLC's Motion to Enforce the Court's Sale Order [Docket No. 3232]* along with proposed order, declarations in support and notice ("the Motion to Enforce") to be electronically filed through the Court's CM/ECF system and served on all parties who have electronically entered a notice of appearance by means of the Court's CM/ECF System.

2.  Further, on the same date, I caused a copy of the Motion to Enforce to be served via electronic mail upon the parties indicated on the attached Service List.

3.  Further, on October 1, 2021, I caused a copy of the Motion to Enforce to be served via regular U.S. Mail upon the parties indicated on the attached Service List.

2567270.1 117130-105940

I hereby certify under penalty of perjury that the above documents were served in the manner set forth above.

Dated: October 1, 2021                                                          /s/ Brett S. Theisen

2567270.1 117130-105940

## SERVICE LIST

ARONOVITZ LAW
Tod N. Aronovitz
One Biscayne Tower
8950 SW 74 Court, Ste 2201
Miami, FL 33156
ta@aronovitzlaw.com

BARON & BUDD, P.C.
J. Burton LeBlanc
2600 Citiplace Drive
Suite 400
Baton Rouge, LA 70808
bleblanc@baronbudd.com

BARON & BUDD, PC
David Fernandes
Mark Pifko
Roland Tellis
15910 Ventura Blvd., Suite 1600
Encino, CA 91436
dfernandes@baronbudd.com
mpifko@baronbudd.com
rtellis@baronbudd.com

LABATON SUCHAROW LLP
Michael W. Stocker
Lawrence A. Sucharow
Gregory S. Asciolla
Eric D. Gottlieb
Robin A. van der Meulen
140 Broadway, 34th Floor
New York, NY 10005
mstocker@labaton.com
lsucharow@labaton.com
gasciolla@labaton.com
egottlieb@labaton.com
rvandermeulen@labaton.com

STUCKY & FIELDS, LLC
Benjamin C. Fields
214 West 18th Street, Suite 200
Kansas City, MO 66108
ben@stuckyfields.com

BOIES, SCHILLER & FLEXNER LLP
David Boies
Motty Shulman
333 Main Street
Armonk, NY 10504
dboies@bsfllp.com
mshulman@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
Stephen N. Zack
100 Southeast 2nd Street, Suite 2800
Miami, FL 33131
szack@bsfllp.com
mheise@bsfllp.com

CARELLA BYRNE CECCHI OLSTEIN BRODY &
AGNELLO, PC
James E. Cecchi
5 Becker Farm Road
Roseland, NJ 07068-1739
jcecchi@carellabyrne.com

SMITH LACIEN, LLP
Todd A. Smith
70 West Madison St., Ste. 5770
Chicago, IL 60602
tsmith@smithlacien.com

LIEFF CABRASER HEIMANN & BERNSTEIN LLP
Rachel Geman
David Stellings
250 Hudson Street, 8th Floor
New York, NY 10013
rgeman@lchb.com
dstellings@lchb.com

LIEFF CABRASER HEIMANN & BERNSTEIN LLP
Elizabeth Cabraser
Nimish R. Desai
275 Battery St., Suite 3000
San Francisco, CA 94111-3339
ecabraser@lchb.com
ndesai@lchb.com

2919782.1 117130-105940

PODHURST ORSECK, P.A.
Peter Prieto
Aaron S. Podhurst
Stephen F. Rosenthal
John Gravante
Matthew P. Weinshall
Alissa Del Riego
SunTrust International Center
One Southeast 3rd Ave, Suite 2300
Miami, Florida 33131
pprieto@podhurst.com
apodhurst@podhurst.com
srosenthal@podhurst.com
jgravante@podhurst.com
mweinshall@podhurst.com
adelriego@podhurst.com

OLSON HICKS EIDSON
Lewis S. "Mike" Eidson
Curtis Bradley Miner
255 Alhambra Circle, PH
Coral Gables, FL 33134
mike@colson.com
curt@colson.com