# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004–1408**

---

IN RE: Old Carco LLC and RJM I, LLC, as Liquidation    CASE NO.: 09–50002–mg
Trustee for Old Carco L

aka    Chrysler Town & Country
aka    Chrysler 300
aka    Chrysler Sebring
aka    Chrysler PT Cruiser
aka    Dodge
aka    Dodge Avenger
aka    Dodge Caliber
aka    Dodge Challenger
aka    Dodge Dakota
aka    Dodge Durango
aka    Dodge Grand Caravan
aka    Dodge Journey
aka    Chrysler Aspen
aka    Dodge Nitro
aka    Dodge Charger
aka    Dodge Ram
aka    Dodge Sprinter
aka    Dodge Viper
aka    Jeep
aka    Jeep Commander

Social Security/Taxpayer ID/Employer ID/Other Nos.:    CHAPTER:  11
38–2673623

---

## NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge Martin Glenn on October 12, 2021 for administration. Please style all future captions with the appropriate judicial suffix (mg ).

Dated: October 12, 2021                    Vito Genna
                                           Clerk of the Court