**Hearing Date and Time: December 2, 2021 at 10:00 a.m. ET**
**Objection Deadline:   November 4, 2021 at 1:00p.m. ET**
**Reply Deadline: November 18, 2021**

**GIBBONS P.C.**
Robert K. Malone, Esq.
Brett S. Theisen, Esq.
One Pennsylvania Plaza, 37th Fl.
New York, New York 10119
Telephone:  (212) 613-2000
Facsimile:   (212) 290-2018
E-mail:  rmalone@gibbonslaw.com
           btheisen@gibbonslaw.com

*Counsel for FCA US LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| OLD CARCO LLC, *et al.*, | Case No. 09-50002 (MG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF ADJOURNMENT OF HEARING ON FCA US LLC'S MOTION TO ENFORCE THE COURT'S SALE ORDER [DOCKET NO. 3232]**

> This hearing will be held on Zoom for Government.
> Anyone wishing to appear by Zoom is invited to register using the link below
> **before 4:00 p.m. on December 1, 2021**, the business day before the hearing is scheduled.[1]
>
> Topic: OLD CARCO LLC  09-50002(DSJ)
> Hearing on *FCA US LLC's Motion to Enforce the Court's Sale Order [Docket No. 3232]*
> December 2, 2021 10:00 AM Eastern Time
>
> **Join Zoom Meeting**
> **For more information, here's a link to the Court's Zoom Video Hearing Guide**
> **https://www.nysb.uscourts.gov/zoom-video-hearing-guide**

---

[1]  If an eCourtAppearance request is made on an emergency basis after 4 PM the business day before the hearing, please email only the **chambers_email_address, mg.chambers@nysb.uscourts.gov,** to request that an Outlook link be sent.  Please note that chambers staff are unlikely to be available to forward the Outlook invitation the morning of the hearing or during the hearing.

2922324.1 117130-105940

**PLEASE TAKE NOTICE** that on September 30, 2021, FCA US LLC ("**Movant**") filed the *FCA US LLC's Motion to Enforce the Court's Sale Order [Docket No. 3232]* (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that a virtual hearing via Zoom (the "**Virtual Hearing**") on the Motion seeking entry of an order to enforce the Court's Sale Order was previously adjourned to be held before the Honorable David S. Jones, United States Bankruptcy Judge of the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, 10004 don November 23, 2021 at 10:00a.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that the Virtual Hearing has now been adjourned to be held before the Honorable Martin Glenn, United States Bankruptcy Judge of the United States Bankruptcy Court, Alexander Hamilton Custom House, One Bowling Green, New York, New York, 10004 on **December 2, 2021 at 10:00a.m. (ET).** .

**PLEASE TAKE FURTHER NOTICE** that the deadline to file an objection to the relief sought in the Motion has not been changed:  **November 4, 2021 at 1:00 p.m. (ET)** (the "**Objection Deadline**")**.**  Replies, if any, shall be filed no later than **November 18, 2021** (the **"Reply Deadline**").

**If you fail to respond by the Objection Deadline in accordance with the original Notice [8560-4] and any subsequent Notice, the Court may grant the relief requested in the Motion without further notice or opportunity to be heard.**

2922324.1 117130-105940

Dated: October 15, 2021
      New York, New York

Respectfully submitted,

By:   */s/ Brett S. Theisen*
    Robert K. Malone, Esq.
    Brett S. Theisen, Esq.
    **GIBBONS P.C.**
    One Pennsylvania Plaza, 37th Fl.
    New York, New York 10119
    Telephone: (212) 613-2000
    Facsimile: (212) 290-2018
    E-mail:   rmalone@gibbonslaw.com
                 btheisen@gibbonslaw.com

*Counsel for FCA US LLC*