**STUTZMAN, BROMERG, ESSERMAN, & PLIFKA,**
**A PROFESSIONAL CORPORATION**
Sander L. Esserman, Esq.
Peter C. D'Apice, Esq.
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
Telephone: (214) 969-4900
Facsimile: (214) 969-4999
Email:   esserman@sbep-law.com
         dapice@sbep-law.com

*Counsel for the Plaintiffs' Steering Committee*
*in In Re: Takata Airbag Product Liability*
*Litigation MDL*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| OLD CARCO LLC, *et al.*, | Case No. 09-50002 (MG) |
| Debtors. | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on November 4, 2021, he caused a true and correct copy of (a) the *Plaintiffs' Opposition to FCA US LLC's Motion to Enforce the Court's Sale Order [Docket No. 3232], and Incorporated Brief* [Dkt. No. 8568] *and* (b) *Declaration of Kaitlyn C. Fletcher Pursuant to 28 U.S.C. 1746 In Support of Plaintiffs' Opposition to FCA US LLC's Motion to Enforce the Court's Sale Order [Docket No. 3232], and Incorporated Brief* [Dkt. No. 8569] to be served (1) via the Court's electronic case filing system ("ECF") on all those parties receiving such service; (2) via email to the parties indicated on the attached Service List; (3) and via first-class mail postage prepaid upon the parties indicated on the attached Service List.

Dated: November 4, 2021

        **STUTZMAN, BROMBERG,**
        **ESSERMAN & PLIFKA,**
        **A PROFESSIONAL CORPORATION**

        By:   */s/ Peter C. D'Apice*
        Peter C. D'Apice
        2323 Bryan Street
        Suite 2200
        Dallas, Texas 75201
        Telephone: (214) 969-4900
        Facsimile: (214) 969-4999
        Email: dapice@sbep-law.com

**Counsel for the Plaintiffs' Steering Committee in In Re: Takata Airbag Product Liability Litigation MDL**

**SERVICE LIST**

Aronvitz Law
Tod N. Aronovitz
One Biscayne Tower
8950 SW 74 Court, Ste 2201
Miami, FL 33156
ta@aronovitzlaw.com

Baron & Budd, P.C.
J. Burton LeBlanc
2600 Citiplace Drive
Suite 400
Baton Rouge, LA 70808
bleblanc@baronbudd.com

Baron & Budd, P.C.
David Fernandes
Mark Pifko
Roland Tellis
15910 Ventura Blvd., Suite 1600
Encino, CA 91436
dfernandes@baronbudd.com
mpifko@baronbudd.com
rtellis@baronbudd.com

Labatron Sucharow LLP
Michael W. Stocker
Lawrence A. Sucharow
Gregory S. Asciolla
Eric D. Gottlieb
Robin A. van der Meulen
140 Broadway, 34th Floor
New York, NY 10005
mstocker@labaton.com
lsucharow@labaton.com
gasciolla@labaton.com
egottlieb@labaton.com
rvandermeulen@labaton.com

Stucky & Fields, LLC
Benjamin C. Fields
214 West 18th Street, Suite 200
Kansas City, MO 66108
ben@stuckyfields.com

Boies, Schiller & Flexner LLP
David Boies
Motty Shulman
333 Main Street
Armonk, NY 10504
dboies@bsfllp.com
mshulman@bsfllp.com

Boies, Schiller & Flexner LLP
Stephen N. Zack
100 Southeast 2nd Street, Suite 2800
Miami, FL 33131
szack@bsfllp.com
mheise@bsfllp.com

Carella Byrne Cecchi Olstein Brody &
Agnello, PC
James E. Cecchi
5 Becker Farm Road
Roseland, NJ 07068-1739
jcecchi@carellabyrne.com

Smith Lacien, LLP
Todd A. Smith
70 West Madison St., Ste. 5770
Chicago, IL 60602
tsmith@smithlacien.com

Lieff Cabraser Heimann & Bernstein LLP
Rachel Geman
David Stellings
250 Hudson Street, 8th Floor
New York, NY 10013
rgeman@lchb.com
dstellings@lchb.com

Lieff Cabraser Heimann & Bernstein LLP
Elizabeth Cabraser
Nimish R. Desai
275 Battery St., Suite 3000
San Francisco, CA 94111-3339
ecabraser@lchb.com
ndesai@lchb.com

Podhurst Orseck, P.A.
Peter Prieto Aaron S. Podhurst
Stephen F. Rosenthal John Gravante
Matthew P. Weinshall Alissa Del Riego
SunTrust International Center
One Southeast 3rd Ave, Suite 2300
Miami, Florida 33131
pprieto@podhurst.com
apodhurst@podhurst.com
srosenthal@podhurst.com
jgravante@podhurst.com
mweinshall@podhurst.com
adelriego@podhurst.com

Olson Hicks Eidson
Lewis S. "Mike" Eidson
Curtis Bradley Miner
255 Alhambra Circle, PH Coral Gables,
FL 33134
mike@colson.com
curt@colson.com

Gibbons P.C.
Robert K. Malone
Brett S. Theisen
One Pennsylvania Plaza, 37th Floor
New York, New York 10119
rmalone@gibbonslaw.com
btheisen@gibbonslaw.com

United States Bankruptcy Court
Southern District of New York
Chambers of Honorable Martin Glenn
One Bowling Green
New York, New York, 10004
mg.chambers@nysb.uscourts.gov