**GIBBONS P.C.**
Robert K. Malone, Esq.
Brett S. Theisen, Esq.
One Pennsylvania Plaza, 37th Fl.
New York, New York 10119
Telephone:  (212) 613-2000
Facsimile:  (212) 290-2018
E-mail:  rmalone@gibbonslaw.com
 btheisen@gibbonslaw.com

*Counsel for FCA US LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| OLD CARCO LLC, *et al.,* | Case No. 09-50002 (MG) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF ANDREW M. MAST, ESQ.**
**PURSUANT TO 28 U.S.C. § 1746 IN SUPPORT OF FCA US LLC'S**
**MOTION TO ENFORCE THE COURT'S SALE ORDER**

ANDREW M. MAST, ESQ. declares as follows:

1.      I am a member of Bush Seyferth PLLC, counsel for FCA US LLC ("FCA") in the Takata Airbag Products multidistrict litigation (the "Takata MDL") and in the above-captioned proceedings.  I am one of the responsible attorneys for *FCA US LLC's Motion to Enforce the Court's Sale Order [Docket No. 3232]* (the "Motion") and as such I have personal knowledge of the facts and statements herein.

2.      I submit this declaration in further support of the Motion and to provide the Court with copies of certain materials filed on this Court's docket and referenced in the Motion.

3.      Attached as Exhibit M is a true and correct copy of *Deviation for TRW Inflator* dated June 28, 2013.

2929226.1 117130-105940

2

I declare under penalty of perjury under the laws of the United States that, to the best of my

knowledge and belief, that the foregoing is true and correct.


Executed on:   November 19, 2021
Troy, Michigan

By:    /s/ Andrew M. Mast
              Andrew M. Mast

2929226.1 117130-105940

# EXHIBIT M

Supplier DOC#   <u>SPI2 EVO TRW 0001</u>

CHRYSLER

## ENGINEERING STANDARD - REQUEST FOR EXCEPTION

Company:   TRW Automotive Mesa   Contact:   Ann Ling   Phone/Fax:   480-722-6256
and Laage Operations                                              480-600-3982

Assy/Component:   MY: 2014+   Model:

Part Number:   Inflator Assemblies   Submission Date:   6/28/2013
SPI2 EVO

Performance Standard:   SAE/USCAR -24-2   Title:   USCAR inflator Technical Requirements and   Rev:   2
April 2013   Validation

Paragraph:   3.2.7   Standard Author:   USCAR committee

**REQUIREMENT:** (Copy below the complete text of the paragraph(s) of the performance standard for which an exception is being sought. Longer sections may be attached as separate pages.)

Page 21

| TABLE 3.2.7.A - INFLATOR VARIABILITY LIMITS | | |
|---|---|---|
| Inflator Variability Parameters | | |
| (for Closed Tank Tests) | | |
| □3 Standard Deviation and TTFG Attribute Limits | | |
| | | |
| Time at P=10% of peak | T10% of peak | $t(10\%\text{ of peak}) \pm (30\% * t(10\%\text{ of peak}))$ i.e . $T10 \pm (0.3 * T10)$ |
| | | |
| | | |
| Time at P=25% of peak | T25% of peak | $t(25\%\text{ of peak}) \pm (20\% * t(25\%\text{ of peak}))$ i.e . $T25 \pm (0.2 * T25)$ |

**EXCEPTION:** (Identify exactly what exception to the performance standard is being requested with detail of supporting circumstances. Additional supporting data and/or test summaries may be attached as separate pages. Submit to Chrysler Core Restraints Performance Representative with Supplier Business Unit Manager signature approval.)

TRW is requesting Exception to the gate defined as Time to 10% of Peak pressure and Time to 25% of Peak Pressure to be evaluated as to be evaluated ± 35% and±25 as detailed below

| Time at P=10% of peak | T10% of peak | $t(10\%\text{ of peak}) \pm (35\% * t(10\%\text{ of peak}))$ i.e . $T10 \pm (0.35 * T10)$ |
|---|---|---|
| | | |
| | | |
| Time at P=25% of peak | T25% of peak | $t(25\%\text{ of peak}) \pm (25\% * t(25\%\text{ of peak}))$ i.e . $T25 \pm (0.25 * T25)$ |

Based on TRW Laage Serial Production data and preliminary Mesa data , Time to 10% and Time to 25% of peak pressure fall within the bounds as defined for TTFG by SAE/USCAR-24 -2. As the Actual values are small < 4ms at +23°C and < 5 at -40°C the increase is needed account for test variation.

Supplier Business Unit Manager:   _Sven Sero_

### REQUESTER – DO NOT WRITE BELOW THIS LINE

**DISPOSITION:** (Describe exact response to request with supporting explanation. Submit for management approval with both Core Restraints and Product Team signatures completed.)

CC: Core & Product Team Engineer/s, Core & Product Team Manager/s, Supplier Quality Specialist, Buyer, Specification Author
(NOTE: Original is to be maintained at the requesting supplier.)

Revised: July 7, 2004

Highly Confidential

Deviation Approval Date: _____     Deviation Expiration Date: _____

Approval: _____     Approval: _____     Concurrence: _____
        Core Restraints Engineer            Core Restraints Supervisor          Product Team Restraints Program Leader

**Approval:** _____          **Concurrence:** _____
        (Core Restraints Manager)                          (Product Team Restraints Manager(s)

**Requestor Notification:**

Made to: _____     How: _____

Date/Time: _____     By: _____

CN #: _____     IAA#: _____

(NOTE: The exception is not official until documented on the drawing with a CN)

CC: Core & Product Team Engineer/s, Core & Product Team Manager/s, Supplier Quality Specialist, Buyer, Specification Author
(NOTE: Original is to be maintained at the requesting supplier.)

Revised: July 7, 2004

Highly Confidential     FCA_US_LLC_000721845