**GIBBONS P.C.**
Robert K. Malone
Brett S. Theisen
One Pennsylvania Plaza, 37th Floor
New York, New York 10119
Telephone: (212) 613-2000
Facsimile: (212) 290-2018
Email: rmalone@gibbonslaw.com
btheisen@gibbonslaw.com
*Counsel to FCA US LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| OLD CARCO LLC, *et al.*, | : | Case No. 09-50002 (DSJ) |
| | : | |
| Debtors. | : | (Jointly Administered) |

---------------------------------------------------------------x

## CERTIFICATE OF SERVICE

1. I, Brett S. Theisen, an attorney representing FCA US LLC in the above-captioned matter, hereby certify that on November 19, 2021, I caused a copy of *FCA US LLC's Reply in Further Support of Motion to Enforce the Court's Sale Order [Docket No. 3232]* ("the Reply") to be electronically filed through the Court's CM/ECF system and served on all parties who have electronically entered a notice of appearance by means of the Court's CM/ECF System.

2. Further, on the same date, I caused a copy of the Reply to be served via electronic mail upon the parties as indicated on the attached Service List.

3. Further, on November 22, 2021, I caused a copy of the Reply to be served via regular U.S. Mail upon the parties as indicated on the attached Service List.

I hereby certify under penalty of perjury that the above documents were served in the manner set forth above.

Dated: November 22, 2021                    /s/ Brett S. Theisen

## **SERVICE LIST**

**VIA EMAIL**

ARONOVITZ LAW
Tod N. Aronovitz
One Biscayne Tower
8950 SW 74 Court, Ste 2201
Miami, FL 33156
ta@aronovitzlaw.com

BARON & BUDD, P.C.
J. Burton LeBlanc
2600 Citiplace Drive
Suite 400
Baton Rouge, LA 70808
bleblanc@baronbudd.com

BARON & BUDD, PC
David Fernandes
Mark Pifko
Roland Tellis
15910 Ventura Blvd., Suite 1600
Encino, CA 91436
dfernandes@baronbudd.com
mpifko@baronbudd.com
rtellis@baronbudd.com

LABATON SUCHAROW LLP
Lawrence A. Sucharow
Gregory S. Asciolla
Robin A. van der Meulen
140 Broadway, 34th Floor
New York, NY 10005
gasciolla@labaton.com
rvandermeulen@labaton.com

STUCKY & FIELDS, LLC
Benjamin C. Fields
214 West 18th Street, Suite 200
Kansas City, MO 66108
ben@stuckyfields.com

BOIES, SCHILLER & FLEXNER LLP
David Boies
333 Main Street
Armonk, NY 10504
dboies@bsfllp.com
hmaher@bsfllp.com

BOIES, SCHILLER & FLEXNER LLP
Stephen N. Zack
100 Southeast 2nd Street, Suite 2800
Miami, FL 33131
szack@bsfllp.com

CARELLA BYRNE CECCHI OLSTEIN BRODY &
AGNELLO, PC
James E. Cecchi
5 Becker Farm Road
Roseland, NJ 07068-1739
jcecchi@carellabyrne.com

SMITH LACIEN, LLP
Todd A. Smith
70 West Madison St., Ste. 5770
Chicago, IL 60602
tsmith@smithlacien.com

LIEFF CABRASER HEIMANN & BERNSTEIN LLP
Rachel Geman
David Stellings
250 Hudson Street, 8th Floor
New York, NY 10013
rgeman@lchb.com
dstellings@lchb.com

LIEFF CABRASER HEIMANN & BERNSTEIN LLP
Elizabeth Cabraser
Nimish R. Desai
275 Battery St., Suite 3000
San Francisco, CA 94111-3339
ecabraser@lchb.com
ndesai@lchb.com

| | |
|---|---|
| PODHURST ORSECK, P.A.<br>Peter Prieto<br>Aaron S. Podhurst<br>Stephen F. Rosenthal<br>John Gravante<br>Matthew P. Weinshall<br>Alissa Del Riego<br>SunTrust International Center<br>One Southeast 3rd Ave, Suite 2300<br>Miami, Florida 33131<br>pprieto@podhurst.com<br>apodhurst@podhurst.com<br>srosenthal@podhurst.com<br>jgravante@podhurst.com<br>mweinshall@podhurst.com<br>adelriego@podhurst.com<br><br>OLSON HICKS EIDSON<br>Lewis S. "Mike" Eidson<br>Curtis Bradley Miner<br>255 Alhambra Circle, PH<br>Coral Gables, FL 33134<br>mike@colson.com<br>curt@colson.com<br><br>STUTZMAN, BROMBERG, ESSERMAN & PLIFKA<br>Peter C. D'Apice<br>Sander L. Esserman<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201<br>dapice@sbep-law.com<br>Esserman@sbep-law.com | **BY REGULAR U.S. MAIL**<br><br>UNITED STATES BANKRUPTCY COURT<br>Vito Genna, Clerk<br>Southern District of New York<br>One Bowling Green<br>New York, New York 10004-1408<br><br>OFFICE OF THE UNITED STATES TRUSTEE,<br>REGION TWO<br>Hon. William K. Harrington<br>U.S. Federal Office Building<br>201 Varick Street, Room 1006<br>New York, New York 10014<br>Attn: Andrew D. Velez-Rivera, Esq.<br><br>STUTZMAN, BROMBERG, ESSERMAN & PLIFKA,<br>P.C.<br>Peter D'Apice, Esq.<br>Sander Esserman, Esq.<br>2323 Bryan Street<br>Suite 2200<br>Dallas, Texas 75201-2689 |