**GIBBONS P.C.**
One Pennsylvania Plaza, 37th Fl.
New York, New York 10119
Telephone: (212) 613-2000
Facsimile: (212) 290-2018
E-mail: rmalone@gibbonslaw.com
       btheisen@gibbonslaw.com
*Counsel for FCA US LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>OLD CARCO LLC, *et al.,*<br><br>          Debtors. | Chapter 11<br><br>Case No. 09-50002 (MG)<br><br>(Jointly Administered) |

**SUPPLEMENTAL SUBMISSION OF FCA US LLC IN CONNECTION WITH**
**MOTION TO ENFORCE THE COURT'S SALE ORDER**

    On behalf of FCA US LLC ("FCA") and as discussed at the hearing held December 2, 2021, we write to inform the Court that we did not identify a decision in response to the Court's inquiry, specifically in which a bankruptcy court enforced a sale order injunction after the issue had been decided by another court. We did review the transcript of the MDL Court's hearing on motions to dismiss filed by FCA and other automakers, a copy of which is submitted herewith.

Dated: January 4, 2022
       New York, New York

                                Respectfully submitted,

                                By: */s/ Robert K. Malone*
                                  Robert K. Malone, Esq.
                                  Brett S. Theisen, Esq.
                                **GIBBONS P.C.**
                                  One Pennsylvania Plaza, 37th Fl.
                                  New York, New York 10119
                                  Telephone: (212) 613-2000
                                  Facsimile: (212) 290-2018
                                  E-mail: rmalone@gibbonslaw.com
                                             btheisen@gibbonslaw.com
                                  *Counsel for FCA US LLC*