THE UNITED STATES BANKRUPTYC COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| OLD CARCO LLC, *et al.*, | ) ) ) | Case No. 09-50002 (MG) |
| Debtors | ) ) | Jointly Administered |

**NOTICE OF CHANGE OF ADDRESS FOR**
**CREDITOR PENSION BENEFIT GUARANTY CORPORATION**

PLEASE TAKE NOTICE that, as of July 25, 2022, the mailing address for the Pension Benefit Guaranty Corporation ("PBGC") and its undersigned counsels in the above-captioned chapter 11 cases, has changed to:

Old Address:   Pension Benefit Guaranty Corporation
               1200 K Street, N.W.
               Washington, D.C. 20005-4026

New Address:   Pension Benefit Guaranty Corporation
               Office of General Counsel
               445 12th Street, S.W.
               Washington, D.C. 20024-2101

PLEASE TAKE FUTHER NOTICE that all email addresses and telephone numbers affiliated with PBGC will remain the same.

PLEASE TAKE FURTHER NOTICE that all future pleadings, correspondence, and other documents that require receipt by or service on PBGC are to be directed to the new mailing address.

Dated: February 1, 2023　　　　　　　　　　/s/ Kimberly E. Neureiter
　　　　Washington, D.C.　　　　　　　　　　Kimberly E. Neureiter

　　　　　　　　　　　　　　　　　　　　　　KAREN L. MORRIS
　　　　　　　　　　　　　　　　　　　　　　General Counsel
　　　　　　　　　　　　　　　　　　　　　　KARTAR S. KHALSA
　　　　　　　　　　　　　　　　　　　　　　Deputy General Counsel
　　　　　　　　　　　　　　　　　　　　　　STEPHANIE THOMAS
　　　　　　　　　　　　　　　　　　　　　　Assistant General Counsel
　　　　　　　　　　　　　　　　　　　　　　KIMBERLY E. NEUREITER
　　　　　　　　　　　　　　　　　　　　　　Attorney
　　　　　　　　　　　　　　　　　　　　　　PENSION BENEFIT GUARANTY
　　　　　　　　　　　　　　　　　　　　　　　CORPORATION
　　　　　　　　　　　　　　　　　　　　　　445 12th Street, S.W.
　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20024-2101
　　　　　　　　　　　　　　　　　　　　　　Tel.: (202) 229-3581
　　　　　　　　　　　　　　　　　　　　　　Emails: Neureiter.Kimberly@pbgc.gov and
　　　　　　　　　　　　　　　　　　　　　　　　　　　efile@pbgc.gov

## **CERTIFICATE OF SERVICE**

I certify that on this 1st day of February, 2023, a true and correct copy of the Notice of **Change of Address of Creditor Pension Benefit Guaranty Corporation,** was served on all parties registered to receive notices for this case.

/s/ Kimberly E. Neureiter
Kimberly E. Neureiter