UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                                   : Chapter 11
                                                         :
Old Carco, LLC                                           : Case No. 09-50002 (MG)
                                                         :
                    Debtor(s)                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

# ORDER REQUIRING STATUS REPORT TO BE FILED WHY CASE SHOULD NOT BE CLOSED

A memorandum opinion and order permissively abstaining from deciding the motion to enforce (document no. 8577) was entered on January 27, 2022. It is hereby,

Ordered, that a status report stating why the above referenced case should not be closed must be filed by November 20, 2023.

Dated: November 6, 2023
       New York, New York

                                                     /s/Martin Glenn
                                              U.S. Bankruptcy Court, SDNY
                                              Chief U.S. Bankruptcy Judge