UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
: 
In re                                               :  Chapter 11
:
Old Carco LLC                                       :  Case No. 09-50002 (MG)
(f/k/a Chrysler LLC), *et al.*,[1]                  :
:  (Jointly Administered)
Debtors.                                            :
:
---------------------------------------------------------------x

## STATUS REPORT

The undersigned firm ("Jones Day") is the former counsel to the Old Carco Liquidation Trust (the "Liquidation Trust") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"). Jones Day files this Status Report in response to the Court's *Order Requiring Status Report To Be Filed Why Case Should Not Be Closed*, dated November 6, 2023 (Docket No. 8579).

On June 18, 2015, Jones Day filed a motion on behalf of the Liquidation Trust seeking a final decree closing the Chapter 11 Cases and for related relief. *See* Docket No. 8411. On July 29, 2015, this Court granted that motion and entered the *Final Decree, Pursuant to Section 350 of the Bankruptcy Code, Bankruptcy Rule 3022 and Local Bankruptcy Rule 3022-1, (A) Closing the Chapter 11 Cases of Old Carco LLC and Alpha Holding LP, (B) Terminating the Appointment of the Claims and Noticing Agent, (C) Granting Releases and (D) Granting Related Relief* (Docket No. 8428) (the "Final Decree").

---

[1] A second amended list of the Debtors, their addresses and tax identification numbers is filed at Docket No. 3945.

NAI-1538643248

Pursuant to paragraph 1 of the Final Decree, the remaining open Chapter 11 Cases (Case Nos. 09-50002 and 09-50025) were "closed, pursuant to section 350 of the Bankruptcy Code, Bankruptcy Rule 3022 and Local Bankruptcy Rule 3022-1." Thereafter, the Liquidation Trust ceased to exist in accordance with its governing agreement on March 1, 2016. *See* Docket No. 8460.

Jones Day is aware that the Chapter 11 Cases have been reopened by parties other than the Liquidation Trust on occasion for designated limited purposes. As former counsel to the Liquidation Trust, we are not aware of any reason that the Chapter 11 Cases should not be closed, and remain closed, consistent with the Final Decree.

Dated: November 10, 2023   Respectfully submitted,
       New York, New York

   /s/ *Jane Rue Wittstein*
  Jane Rue Wittstein
  JONES DAY
  250 Vesey Street
  New York, New York  10281-1047
  Telephone: (212) 326-3939
  E-mail:  jruewittstein@jonesday.com

  Jeffrey B. Ellman
  JONES DAY
  1221 Peachtree Street, N.E., Suite 400
  Atlanta, Georgia  30361
  Telephone:  (404) 581-3939
  E-mail:  jbellman@jonesday.com

  FORMER ATTORNEYS FOR
  OLD CARCO LIQUIDATION TRUST